# Exhibit K

**Wirecutter Copyright Registrations**

| Title | Publication Date | Registration No. | Registration Date |
|---|---|---|---|
| The 8 Best Water Bottles | 28-Mar-23 | TX 9-340-591 | 7-Dec-23 |
| The Best Weighted Blankets | 13-Jan-23 | TX 9-340-593 | 7-Dec-23 |
| The Best Cookware Set | 16-Dec-22 | TX 9-340-596 | 7-Dec-23 |
| The Best Food Storage Containers | 28-Apr-21 | TX 9-340-599 | 7-Dec-23 |
| The Best Sheets | 13-Jan-23 | TX 9-340-602 | 7-Dec-23 |
| The Best Gas Grills | 17-May-23 | TX 9-338-579 | 8-Dec-23 |
| The Best Cordless Stick Vacuum | 13-Jun-23 | TX 9-338-617 | 8-Dec-23 |
| The Best Carry-On Luggage | 20-Jun-23 | TX 9-338-642 | 8-Dec-23 |
| The Best Immersion Blender | 10-Nov-22 | TX 9-338-644 | 8-Dec-23 |
| The Best Kitchen Scale | 20-Jan-22 | TX 9-338-646 | 8-Dec-23 |
| The Best Portable Air Conditioner | 19-Sep-23 | TX 9-338-689 | 8-Dec-23 |
| The Best Memory Foam Mattresses You Can Buy Online | 25-May-23 | TX 9-339-051 | 8-Dec-23 |
| The Best AV Receivers for Most People | 13-Mar-23 | TX 9-339-058 | 8-Dec-23 |
| The Best Air Purifier | 8-Apr-21 | TX 9-339-340 | 8-Dec-23 |
| The Best Office Chair | 9-Nov-20 | TX 9-341-325 | 18-Dec-23 |
| The Best Washing Machines | 8-Feb-23 | TX 9-341-363 | 18-Dec-23 |
| The Best Nonstick Pan | 16-May-23 | TX 9-341-987 | 19-Dec-23 |