AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| THE NEW YORK TIMES COMPANY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-11195 |
| MICROSOFT CORPORATION et al. ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Times Company.

Date: 12/27/2023

/s/ Steven M. Lieberman
*Attorney's signature*

Steven M. Lieberman (Bar No. SL8687)
*Printed name and bar number*
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

*Address*

slieberman@rfem.com
*E-mail address*

(202) 783-6040
*Telephone number*

(202) 783-6031
*FAX number*