AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| THE NEW YORK TIMES COMPANY ) <br> *Plaintiff* ) <br> v.  ) <br> MICROSOFT CORPORATION et al. ) <br> *Defendant* ) | Case No. 1:23-cv-11195 |

**APPEARANCE OF COUNSEL**

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Times Company	.

Date:	12/27/2023	/s/ Jennifer B. Maisel
						*Attorney's signature*

						Jennifer B. Maisel (Bar No. 5096995)
						*Printed name and bar number*
						Rothwell, Figg, Ernst & Manbeck, P.C.
						901 New York Avenue, N.W.
						Suite 900 East
						Washington, DC 20001
						*Address*

						jmaisel@rfem.com
						*E-mail address*

						(202) 783-6040
						*Telephone number*

						(202) 783-6031
						*FAX number*