UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>　　　　Defendants. | Civil Action No. 23-11195 |

**PLAINTIFF'S CORPORATE RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10 percent or more of its stock.

Dated: December 27, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Elisha Barron*
　　　　　　　　　　　　　　　　　　　　Ian Crosby *(pro hac vice forthcoming)*
　　　　　　　　　　　　　　　　　　　　SUSMAN GODFREY L.L.P.
　　　　　　　　　　　　　　　　　　　　401 Union Street, Suite 3000
　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　Telephone: (206) 516-3880
　　　　　　　　　　　　　　　　　　　　Facsimile: (206) 516-3883
　　　　　　　　　　　　　　　　　　　　icrosby@susmangodfrey.com

　　　　　　　　　　　　　　　　　　　　Davida Brook *(pro hac vice forthcoming)*
　　　　　　　　　　　　　　　　　　　　Ellie Dupler *(pro hac vice forthcoming)*
　　　　　　　　　　　　　　　　　　　　SUSMAN GODFREY L.L.P.
　　　　　　　　　　　　　　　　　　　　1900 Ave of the Stars, Suite 1400
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　Telephone: (310) 789-3100
　　　　　　　　　　　　　　　　　　　　Facsimile: (310) 789-3150
　　　　　　　　　　　　　　　　　　　　dbrook@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　　edupler@susmangodfrey.com

Elisha Barron (5036850)
Tamar Lusztig (5125174)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
tlusztig@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice forthcoming)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*