IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>MICROSOFT CORP., OPENAI, INC., OPEN AI LP, OPENAI GP, LLC, OPENAI LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORP., LLC, and OPENAI HOLDINGS, LLC,<br><br>*Defendants..* | Case No. 1:23-CV-11195-SHS<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, _____Kristen Logan_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for ___The New York Times Company_____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of ___District of Columbia_____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censures, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date: January 3, 2024

Respectfully Submitted,

Applicant Signature: /s/Kristen Logan _____
Applicant's Name: Kristen Logan _____
Firm Name: Rothwell, Figg, Ernst & Manbeck P.C.
Address: 901 New York Ave., NW, Suite 900 _____
City/State/Zip: Washington D.C. 20001

Telephone/Fax: <u>202-483-6040, 202-783-6031</u>

Email: <u>klogan@rfem.com</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>MICROSOFT CORP., OPENAI, INC., OPEN AI LP, OPENAI GP, LLC, OPENAI LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORP., LLC, and OPENAI HOLDINGS, LLC,<br><br>*Defendants.* | Case No. 1:23-CV-11195-SHS<br><br>**DECLARATION OF KRISTEN LOGAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Kristen Logan, declare as follows:

     1.    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I respectfully submit this Declaration in support of my motion for an Order for admission to practice *pro hac vice* to appear as counsel for The New York Times Company in the above-captioned action.

     2.    I am a member in good standing of the bar of the District of Columbia. Attached as Exhibit A is a true and correct copy of the Certificate of my Good Standing from the District of Columbia Court of Appeals.

     3.    I have never been convicted of a felony, I have never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2024

Washington, DC

                                                                                                          /s/Kristen Logan_____
                                                                                                         Kristen Logan