**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY, | **ECF CASE** |
| Plaintiff, | No. 1:23-cv-11195 |
| v. | |
| OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, | **[PROPOSED] ORDER FOR ATTORNEY ADMISSION PRO HAC VICE** |
| Defendant. | |

The motion of Ian B. Crosby, for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is an active member in good standing of the bar of the State of Washington; and that his contact information is as follows:

Ian B. Crosby
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Plaintiff in the above-captioned action.

**IT IS HEREBY ORDERED** that Ian B. Crosby is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
The Honorable _____
UNITED STATES DISTRICT JUDGE