UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>              Plaintiff,<br>   v.<br><br>OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>              Defendant. | ECF CASE<br><br>Civil Action No. 1:23-cv-11195-SHS<br><br>**[PROPOSED] ORDER FOR ATTORNEY ADMISSION PRO HAC VICE** |

      The motion of Ellie R. Dupler, for admission to practice Pro Hac Vice in the above-captioned action is granted.  Applicant has declared that she is an active member in good standing of the bar of the State of California; and that her contact information is as follows:

Ellie R. Dupler<br>
SUSMAN GODFREY L.L.P.<br>
1900 Avenue of the Stars, Suite 1400<br>
Los Angeles, CA 90067-2906<br>
Telephone: (310) 789-3100<br>
Facsimile: (310) 789-3150<br>
edupler@susmangodfrey.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff and the Proposed Class in the above-captioned action.

      **IT IS HEREBY ORDERED** that Ellie R. Dupler is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                                              UNITED STATES DISTRICT JUDGE