AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| New York Times Company | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-11195 |
| Microsoft Corporation et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Times Company.

Date: 01/11/2024

/s/ Tamar Lusztig
*Attorney's signature*

Tamar Lusztig (Bar No. TL1082)
*Printed name and bar number*

Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor, New York, New York 10019
*Address*

Tlusztig@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*