**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE NEW YORK TIMES COMPANY,

                             Plaintiff,

           v.

MICROSOFT CORPORATION, *et al.*

                      Defendants.

Case No. 1:23-cv-11195-SHS

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York, Annette L. Hurst hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned actions.

I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached an affidavit pursuant to Local Rule 1.3.

Dated: January 16, 2024        By:  */s/ Annette L. Hurst*

                          Annette L. Hurst
                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                          The Orrick Building
                          405 Howard Street
                          San Francisco, CA 94105-2669
                          Telephone (415) 773-5700
                          ahurst@orrick.com

                          *Attorneys for Defendant*
                          *Microsoft Corporation*