UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, *et al.*<br><br>　　　　　　　　　　　　　Defendants. | Case No. 1:23-cv-11195-SHS |

**AFFIDAVIT OF ANNETTE L. HURST IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

COUNTY OF SAN FRANCISCO)
　　　　　　　　　　　　　　):ss
STATE OF CALIFORNIA　　　)

Annette L. Hurst, being duly sworn, deposes and says as follows:

　　1.　　I am a Partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

　　2.　　I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

　　3.　　As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

　　4.　　There are no pending disciplinary proceedings against me in any State or Federal court.

　　5.　　I have not been convicted of a felony.

　　6.　　I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.	Wherefore I, Annette L. Hurst, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

*[Signature]*
Annette L. Hurst

Sworn to before me
this ___ day of January, 2024

_____
Notary Public

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA, SAN FRANCISCO COUNTY
Subscribed and sworn to (or affirmed) before me on this 15 day of January, 2024 by Annette L. Hurst proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of Notary)

LINDA WONG
COMM. # 2424728
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
MY COMM. EXP. NOV. 1, 2026