# EXHIBIT B

| From: | Elana.NightingaleDawson@lw.com |
|---|---|
| To: | Jennifer B. Maisel |
| Cc: | Mark T. Rawls; DailyNews-AI-RFEM; NYT-AI-SG-Service@simplelists.susmangodfrey.com; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright@mofo.com; KVPOAI@keker.com |
| Subject: | RE: NYT/DN - Correspondence |
| Date: | Wednesday, April 30, 2025 11:32:41 PM |
| Attachments: | image001.png |

Counsel,

Thank you for your email.   As OpenAI has made clear throughout, it has to date and continues to take reasonable steps to preserve all evidence that may be relevant to this litigation.  The Court also recognized that there is an ongoing dispute related to preservation of "output log data."  Indeed, your email notably omits the Court's footnote stating: "If there is currently a dispute about the scope or degree of preservation of output log data, the parties should identify the dispute in the Report."  MDL, ECF 14 at 4 n.1.

The letters you sent contained numerous additional as well as follow-up questions on various, discrete topics.  We are endeavoring to respond as soon as we are able, and to the extent we are able.  We expect to respond to both letters at the same time in advance of the parties' submission of the Case Management Statement.

Best regards,
Elana

**Elana Nightingale Dawson** (she/her/hers)| **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Wednesday, April 30, 2025 6:39 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Mark T. Rawls <MRawls@rothwellfigg.com>; DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>; NYT-AI-SG-Service@simplelists.susmangodfrey.com; #C-M OPENAI COPYRIGHT LITIGATION - LW TEAM <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright@mofo.com; KVPOAI@keker.com
**Subject:** RE: NYT/DN - Correspondence

Counsel,
In view of Judge Stein's Order issued today (MDL Dkt. 14), and the parties' dispute and ongoing meet and confer efforts concerning OpenAI's destruction practices for its output log data, please confirm that OpenAI will immediately cease its ongoing destruction of potentially relevant output log data and preserve all such data hereinafter. *See* Order at p. 4 ("Until the parties reach an agreement on a preservation plan for all actions or the Court orders otherwise, each party shall take reasonable steps to preserve all evidence that may be relevant to this litigation.").
Relatedly, I am following up again on OpenAI's response to our April 2 letter, which you

promised "in short order." Please confirm that we will have a written response by Friday May 2nd.

Best regards,

Jen



**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C.  20001

Main Number:  202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website:  www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

---

**From:** Jennifer B. Maisel
**Sent:** Friday, April 18, 2025 9:49 AM
**To:** Elana.NightingaleDawson@lw.com
**Cc:** Mark T. Rawls <MRawls@rothwellfigg.com>; DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>; NYT-AI-SG-Service@simplelists.susmangodfrey.com; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright@mofo.com; KVPOAI@keker.com
**Subject:** RE: NYT/DN - Correspondence

Counsel,

Following up on OpenAI's response to our April 2 letter, as it has now been over two weeks. When can we expect a response?

Thanks,
Jen



**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.

901 New York Avenue, N.W.
Suite 900 East
Washington, D.C.  20001

Main Number:  202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website:  www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Monday, April 7, 2025 3:56 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Cc:** Mark T. Rawls <MRawls@rothwellfigg.com>; DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>; NYT-AI-SG-Service@simplelists.susmangodfrey.com; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright@mofo.com; KVPOAI@keker.com
**Subject:** RE: NYT/DN - Correspondence

Jen,

Thank you for your letter.  As you saw, I was out of the office last week when you sent the letter.  I am writing to confirm receipt and to let you know that we will get back to you in short order.

Best regards,
Elana

**Elana Nightingale Dawson** (she/her/hers)| **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Wednesday, April 2, 2025 5:58 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Mark T. Rawls <MRawls@rothwellfigg.com>; DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>; NYT-AI-SG-Service@simplelists.susmangodfrey.com; #C-M OPENAI COPYRIGHT LITIGATION - LW TEAM <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright@mofo.com; KVPOAI@keker.com
**Subject:** RE: NYT/DN - Correspondence

Counsel,

Please see the attached correspondence.

Best regards,
Jen



**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C.  20001

Main Number:  202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website:  www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Monday, March 31, 2025 9:43 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Cc:** Mark T. Rawls <MRawls@rothwellfigg.com>; DailyNews-AI-RFEM <DailyNews-AI-RFEM@rothwellfigg.com>; NYT-AI-SG-Service@simplelists.susmangodfrey.com; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright@mofo.com; KVPOAI@keker.com
**Subject:** NYT/DN - Correspondence

Counsel,

Please see the attached correspondence.

Regards,
Elana

**Elana Nightingale Dawson** (she/her/hers)| **LATHAM & WATKINS LLP**
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201 | http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.