# EXHIBIT D

# ROTHWELL FIGG

G. Franklin Rothwell
(1928-2011)
Harry F. Manbeck, Jr.
(1926-2025)

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York | Boston

E. Anthony Figg
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols
Daniel L. Shores

Jennifer B. Maisel
Jess M. Collen
Jeffrey A. Lindenbaum*
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
James T. Pawlowski
Bryan B. Thompson
Melissa C. Santos, Ph.D.
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins*
Michael A. Saunders
Stephanie E. Waltersdorff

*Not a member of the D.C.
Bar. Practice limited to patent,
trademark and copyright matters
and cases in federal courts.

Of Counsel
Jane F. Collen
James R. Hastings*
Mitchell E. Radin*

April 2, 2025

**VIA EMAIL**

Elana Nightingale Dawson
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Elana.NightingaleDawson@lw.com

Re:     ChatGPT Retention Policies - *The New York Times Company v. Microsoft Corp. et al.*, Case No. 24-cv-1195-SHS; *Daily News, LP et al. v. Microsoft Corp. et al.*, Case No. 24-cv-3285-SHS

Counsel:

We are in receipt of your letter dated March 31, 2025, regarding output log data for OpenAI's ChatGPT and API Platform products that OpenAI has not retained since the filing of *The New York Times* litigation on December 27, 2023. We are also in receipt of your email dated April 1, 2025, regarding OpenAI's available output log data for ChatGPT. While you have now admitted that OpenAI has deleted or failed to retain over ███████ ChatGPT conversations, unfortunately the information you provided is incomplete with respect to our request for OpenAI to provide: (1) an identification of all output log data that has been destroyed, including an estimated volume thereof based on the best information available to OpenAI, since December 27, 2023, when The Times filed its original Complaint, (2) when such data was destroyed, and (3) whether such data is retrievable. We set forth below some of the omissions from your correspondence and our follow-up questions.

I.     API Platform and ChatGPT Enterprise

With respect to the output log data for OpenAI's API Platform and ChatGPT Enterprise, your March 31, 2025, letter states that ████████████████████████████████████████████
████████ As previously discussed, we are concerned that the volume of "completions" and "conversations" (i.e., prompts and outputs) that OpenAI did not retain from these products is substantial in view of OpenAI's Enterprise Privacy policy, which states: "OpenAI may securely retain API inputs and outputs for up to 30 days to provide the services and to identify abuse," and "[a]fter 30 days, API inputs and outputs are removed from our systems, unless we are legally

 ROTHWELL FIGG

Elana Nightingale Dawson
April 2, 2025
Page 2

required to retain them." *See* Enterprise privacy at OpenAI, dated October 31, 2024, available at https://openai.com/enterprise-privacy/ (accessed April 2, 2025).

In view of your representation that ██████████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████████████████, please provide: (1) a chart identifying the volume of data that OpenAI has preserved for these products over time since December 27, 2023, and (2) the usage of these products over time since December 27, 2023.

II.   ChatGPT Free, Pro, and Plus

Thank you for providing additional details on OpenAI's output log data for ChatGPT Free, Pro, and Plus. We have a few clarifying questions about the table and chart you provided.



\*\*\*

 ROTHWELL FIGG

Elana Nightingale Dawson
April 2, 2025
Page 3

In view of the many months we have been meeting and conferring on this issue, we expect OpenAI to provide an answer to these questions no later than Monday, April 7, 2025, so that we may address any further omissions with Magistrate Judge Wang at the April 10, 2025, hearing.

Very truly yours,

Jennifer Maisel

CC: All Counsel of Record