UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                    Defendants. | Case No. 1:23-cv-11195-SHS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, (together, "OpenAI").

>Joseph R. Wetzel
>Latham & Watkins LLP
>505 Montgomery Street, Suite 2000
>San Francisco, CA, 94111
>Telephone: (415) 391-0600
>Facsimile: (415) 395-8095
>Email: joe.wetzel@lw.com

Dated: January 29, 2024
        San Francisco, California

Respectfully submitted,

**LATHAM & WATKINS LLP**

 /s/ Joseph R. Wetzel
Joseph R. Wetzel
505 Montgomery Street, Suite 2000
San Francisco, CA, 94111

Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: joe.wetzel@lw.com

*Attorneys for Defendant OpenAI*