UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                     Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                     Defendants. | Case No. 1:23-cv-11195-SHS<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, (together, "OpenAI").

                                            Sarang V. Damle
                                            Latham & Watkins LLP
                                            1271 Avenue of the Americas
                                            New York, New York, 10020
                                            Telephone: (212) 906-1200
                                            Facsimile: (212) 751-4864
                                            Email: sy.damle@lw.com

Dated: January 29, 2024
       New York, New York
                                            Respectfully submitted,

                                            **LATHAM & WATKINS LLP**

                                            <u>/s/ Sarang V. Damle</u>
                                            Sarang V. Damle
                                            1271 Avenue of the Americas
                                            New York, New York, 10020
                                            Telephone: (212) 906-1200
                                            Facsimile: (212) 751-4864

Email: sy.damle@lw.com

*Attorneys for Defendant OpenAI*