# EXHIBIT A



# Supreme Court of California

### JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## *ANDREW MICHAEL GASS*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, ANDREW MICHAEL GASS #259694 was on the 5th day of December, 2008 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 17th day of January 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
    *Mery Chang, Senior Deputy Clerk*