UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                     Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                     Defendants. | Case No. 1:23-cv-11195-SHS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Andrew M. Gass for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

    Applicant's Name: Andrew M. Gass

    Firm Name: Latham & Watkins LLP

    Address: 505 Montgomery Street, Suite 2000

    City/State/Zip: San Francisco, CA 94111

    Telephone: (415) 391-0600

    Fax: (415) 395-8095

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, (together, "OpenAI"), in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2024

_____
United States District Judge Sidney H. Stein