UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>       Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>       Defendants. | Case No. 1:23-cv-11195-SHS<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, (together, "OpenAI").

                Allison L. Stillman
                Latham & Watkins LLP
                1271 Avenue of the Americas
                New York, New York, 10020
                Telephone: (212) 906-1200
                Facsimile: (212) 751-4864
                Email: alli.stillman@lw.com

Dated: January 29, 2024
   New York, New York

                Respectfully submitted,

                **LATHAM & WATKINS LLP**

                <u>/s/ Allison L. Stillman</u>
                Allison L. Stillman
                1271 Avenue of the Americas
                New York, New York, 10020
                Telephone: (212) 906-1200
                Facsimile: (212) 751-4864

2

Email: alli.stillman@lw.com

*Attorneys for Defendant OpenAI*