AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| THE NEW YORK TIMES COMPANY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-11195 |
| MICROSOFT CORPORATION et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Times Company.

Date:    01/31/2024

/s/ Alexander Frawley
*Attorney's signature*

Alexander Frawley, 5564539
*Printed name and bar number*

Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019

*Address*

afrawley@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*