UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendant. | Civil Action No. 1:23-cv-11195<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Emily K. Cronin, declares:

1. I am an Associate with the law firm of Susman Godfrey L.L.P.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Supreme Court of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration number for the State Bar of California is 322683.

1

8. Wherefore, your declarant respectively submits that she be permitted to appear as counsel and advocate pro hac vice in case 1:23-cv-11195 for Plaintiff (The New York Times Company).

I, Emily K. Cronin, declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2024            Respectfully submitted,

*/s/ Emily K. Cronin*
Emily K. Cronin  (Pro Hac Vice)
CA State Bar No. 322683
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com

*Attorney for Plaintiff*
*The New York Times Company*