

# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### *EMILY K. CRONIN*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify EMILY K. CRONIN, #322683 was on the 30th day of November 2018, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 26th day of January 2024.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
D. Urzua, Assistant Deputy Clerk