UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendant. | Civil Action No. 1:23-cv-11195<br><br>**[PROPOSED] ORDER FOR ATTORNEY ADMISSION PRO HAC VICE** |

The motion of Emily K. Cronin, for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is an active member in good standing of the bar of the State of California; and that her contact information is as follows:

Emily K. Cronin
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ecronin@susmangodfrey.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff in the above-captioned action;

**IT IS HEREBY ORDERED** that Emily K. Cronin is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                                       _____
                                                                                       UNITED STATES DISTRICT JUDGE