## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY

          Plaintiff,

-against-

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS LLC

          Defendants.

1:23 Civ. 11195 ( SHS )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Joseph C. Gratz__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings LLC in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __California__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 6, 2024

Respectfully Submitted,

Applicant Signature: */s/ Joseph C. Gratz*

Applicant's Name: Joseph C. Gratz

Firm Name: Morrison & Foerster LLP

Address: 425 Market Street

City/State/Zip: San Francisco, CA 94105

Telephone/Fax: 415-268-7000/415-268-7522

Email: jgratz@mofo.com