UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY

                         Plaintiff,

-against-

MICROSOFT CORPORATION, ET AL.

                         Defendant.

1:23 cv 11195 ( SHS )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Joseph C. Gratz__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California__; and that his/her contact information is as follows (please print):

Applicant's Name: Joseph C. Gratz

Firm Name: Morrison & Foerster LLP

Address: 425 Market Street

City / State / Zip: San Francisco, CA 94105

Telephone / Fax: 415-268-7000/415-268-7522

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge