UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                    Plaintiff,<br><br>      v.<br><br>OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                    Defendant. | Civil Action No. 1:23-cv-11195-SHS<br><br>**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Genevieve Vose Wallace, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff The New York Times Company in the above-captioned action.

      I am an active member in good standing of the State Bar of Washington. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached my declaration pursuant to Local Rule 1.3, as well as a certificate of good standing from the Washington Supreme Court.

Dated: February 6, 2024
                                          */s/ Genevieve Vose Wallace*
                                          Genevieve Vose Wallace (*pro hac vice*)
                                          SUSMAN GODFREY L.L.P.
                                          401 Union Street, Suite 3000
                                          Seattle, WA 98101
                                          Tel.: 206-516-3880
                                          gwallace@susmangodfrey.com

                                          ***Attorney for Plaintiff***
                                          ***The New York Times Company***