UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE NEW YORK TIMES COMPANY,

        Plaintiffs,

  -against-

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,

        Defendants.

--------------------------------------------------------- X

Case No. 1:23-cv-11195-SHS

**ORDER GRANTING ADMISSION OF ROSE S. LEE *PRO HAC VICE***

The motion of Rose S. Lee for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

> Rose S. Lee
> Morrison & Foerster LLP
> 707 Wilshire Boulevard, Suite 6000
> Los Angeles CA 90017
> T +1 (213) 892-5200
> F +1 (213) 892-5454]
> RoseLee@mofo.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
UNITED STATES DISTRICT JUDGE