AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| THE NEW YORK TIMES COMPANY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-11195-SHS |
| MICROSOFT CORPORATION, OPENAI, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Times Company.

Date: 2/20/2024

/s/ Eudokia (Evie) Spanos
*Attorney's signature*

Eudokia (Evie) Spanos, NY5021381
*Printed name and bar number*

Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
*Address*

espanos@susmangodfrey.com
*E-mail address*

212-336-8330
*Telephone number*

212-336-8340
*FAX number*