**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>               Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>               Defendants. | Case No. 1:23-cv-11195-SHS<br><br>Related Cases:<br>Case No. 1:23-cv-08292-SHS<br>Case No. 1:23-cv-10211-SHS<br>Case No. 1:24-cv-00084-SHS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE AND DISMISS, STAY OR TRANSFER** |

On this _____ day of _____ 2024, having considered the Motion to Intervene

submitted by Sarah Silverman, Paul Tremblay, Christopher Golden, Richard Kadrey, Michael Chabon,

Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura

Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson, the Court hereby

**GRANTS** the motion allowing them intervention for the purposes of allowing them to file their

accompanying Motion to Dismiss, Stay, or Transfer. Having further considered the Motion to Dismiss,

Stay, or Transfer, the Court hereby **GRANTS** the Motion and dismisses the action entitled *N.Y. Times

Co. v. Microsoft Corp. et al.*, Case No. 23-cv-11195 (S.D.N.Y. Dec. 27, 2023).

      **IT IS SO ORDERED.**

Dated:

                                              _____
                                              SIDNEY H. STEIN
                                              United States District Judge