# JOSEPH SAVERI
## LAW FIRM

40 WORTH STREET
SUITE 602
NEW YORK, NY 10013

TEL (646) 527-7310
FAX (212) 202-7678

February 23, 2024

**Via ECF**

Hon. Sidney H. Stein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Authors Guild et al., v. OpenAI, Inc. et al.*, Case No.: 1:23-cv-08292-SHS (S.D.N.Y. Sep. 19, 2023); *Alter et al. v. OpenAI, Inc. et al.*, No. 23-cv-10211-SHS (S.D.N.Y. Nov. 21, 2023); *The N.Y. Times Co. v. Microsoft Corp. et al.*, Case No. 23-cv-11195 (S.D.N.Y. Dec. 27, 2023); *Basbanes et al. v. Microsoft Corp. et al.*, No. 24-cv-00084 (S.D.N.Y. Jan. 5, 2024)

Dear Judge Stein:

On February 12, 2024, the Joseph Saveri Law Firm filed Plaintiff-Intervenors' Motion to Intervene and to Dismiss, Stay, or Transfer with respect to the above-referenced actions ("Motion"). The Motion was filed on the *Authors Guild* docket.

Filed concurrently with this letter is an analogous motion, which Plaintiff-Intervenors have filed on the docket for *The N.Y. Times Co. v. Microsoft Corp. et al.*, Case No. 23-cv-11195 (S.D.N.Y. Dec. 27, 2023) ("*N.Y. Times* Motion"). Plaintiff-Intervenors respectfully request a hearing for oral argument on the *N.Y. Times* Motion between April 8, 2024, and April 11, 2024. Plaintiff-Intervenors suggest that oral arguments on the Motion and the *N.Y. Times* Motion be heard on the same date.

Respectfully submitted,

*/s/ Christopher J. Hydal*

Christopher J. Hydal

cc:   Counsel of record in the *N.Y. Times* action (via ECF)