UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                              Plaintiff,<br><br>               v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                              Defendants. | Case No. 1:23-cv-11195 (SHS) (OTW)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of **Defendants** OpenAI, Inc., OpenAI LP, OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (together, the "OpenAI Defendants").

                                            Luke A. Budiardjo
                                            Latham & Watkins LLP
                                            1271 Avenue of the Americas
                                            New York, New York 10020
                                            Telephone: (212) 906-1200
                                            Facsimile: (212) 751-4864
                                            Email: luke.budiardjo@lw.com

Dated: February 26, 2024
       New York, New York

Respectfully submitted,

By: */s/ Luke A. Budiardjo*

LATHAM & WATKINS LLP
Luke A. Budiardjo
 luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for OpenAI Defendants*