UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                    Defendants. | Case No. 1:23-cv-11195 (SHS) (OTW)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendants OpenAI, Inc., OpenAI L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI Global, L.L.C., OAI Corporation L.L.C., and OpenAI Holdings, L.L.C. (together, the "OpenAI Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1.      OpenAI, Inc. states that it has no parent corporation and that no publicly held corporation has a financial interest of 10% or more.

2.      OpenAI L.P. changed its name in January 2023 to OpenAI OpCo, L.L.C. OpenAI OpCo, L.L.C. states that it is a subsidiary of OpenAI Global, L.L.C. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

3.      OpenAI GP, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

4.      OpenAI, L.L.C. states that it is a subsidiary of OpenAI Global, L.L.C. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

5.  OpenAI Global, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

6.  OAI Corporation, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

7.  OpenAI Holdings, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

Dated: February 26, 2024                Respectfully submitted,

By: /s/ Andrew M. Gass

LATHAM & WATKINS LLP
Andrew M. Gass (*pro hac vice*)
 andrew.gass@lw.com
Joseph R. Wetzel
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 sy.damle@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
 alli.stillman@lw.com
Luke A. Budiardjo
 luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

By: */s/ Joseph C. Gratz*

MORRISON & FOERSTER LLP
Joseph C. Gratz (*pro hac vice*)[*]
 jgratz@mofo.com
Vera Ranieri (*pro hac vice forthcoming*)
 vranieri@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Allyson R. Bennett (*pro hac vice forthcoming*)
 abennett@mofo.com
Rose S. Lee (*pro hac vice*)
 roselee@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

*Attorneys for OpenAI Defendants*

---

[*] The parties use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules.