UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY
                Plaintiff,

-against-

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS LLC
                Defendant.

1:23 Civ. 11195 ( SHS )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Allyson R. Bennett__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings LLC__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __California__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 29, 2024

Respectfully Submitted,

Applicant Signature: *[signature]*
Applicant's Name: Allyson R. Bennett
Firm Name: MORRISON & FOERSTER LLP
Address: 707 Wilshire Boulevard, Suite 6000
City/State/Zip: Los Angeles, CA 90017-3543
Telephone/Fax: (213) 892-5200 / (213) 892-5454
Email: ABennett@mofo.com