UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY

                  Plaintiff,

-against-

MICROSOFT CORPORATION, ET AL

                  Defendant.

1:23 cv 11195 ( SHS )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of **Allyson R. Bennett**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **California**; and that his/her contact information is as follows (please print):

Applicant's Name: Allyson R. Bennett
Firm Name: MORRISON & FOERSTER LLP
Address: 707 Wilshire Boulevard, Suite 6000
City / State / Zip: Los Angeles, CA 90017-3543
Telephone / Fax: (213) 892-5200 / (213) 892-5454

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge