**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

THE NEW YORK TIMES COMPANY

                      Plaintiff,

     -against-

MICROSOFT CORPORATION, OPENAI, INC.,
OPENAI LP, OPENAI GP, LLC, OPENAI, LLC,
OPENAI OPCO LLC, OPENAI GLOBAL LLC,
OAI CORPORATION, LLC, and OPENAI
HOLDINGS LLC             Defendant.

____1:23_ Civ. ___11195____ ( SHS )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, _____Vera Ranieri_____hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants
OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI
Global LLC, OAI Corporation, LLC and OpenAI Holdings LLC _____in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____California_____and

there are no pending disciplinary proceedings against me in any state or federal court. I have

never been convicted of a felony. I have never been censured, suspended, disbarred or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  March 1, 2024           Respectfully Submitted,

Applicant Signature:_____

Applicant's Name:_____Vera Ranieri_____

Firm Name:_____Morrison Foerster_____

Address:_____425 Market Street_____

City/State/Zip:_____San Francisco, CA 94105_____

Telephone/Fax:_____415-268-7000/415-268-7522_____

Email:_____vranieri@mofo.com_____