

# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *VERA RANIERI*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that VERA RANIERI, #271594, was on the 1st day of December, 2010 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 28th day of February, 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Robert R. Toy, Senior Deputy Clerk*

State of California
CLERK OF THE SUPREME COURT
350 McAllister Street
San Francisco, CA 94102
Phone: (415) 865-7000

Today's Date: _February 28_, 20_24_.

RECEIVED from _____

Case No: S ___ *certificate of good standing*

Case Name: _____

v. _____

☑ Cash          ☐ Check – No: _____

☐ Money order – No: _____

☐ CERTIFICATE OF GOOD STANDING   CLERK OF THE COURT

By: _____   Deputy Clerk

Updated 03202017

| | | |
|---|---|---|
| Petition for review | $710 | ☐ |
| Original proceeding | $710 | ☐ |
| Responsive brief | $390 | ☐ |
| Certificate | $1 | ☑ |
| Copy of opinion | $20 | ☐ |
| Copy of CD (oral argument) | $40 | ☐ |
| E-briefs flash drive | $40 | ☐ |
| Miscellaneous: | | ☐ |
| Total | $ | |