**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 1:23-cv-11195-SHS<br><br><br>**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Katherine M. Peaslee, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff The New York Times Company in the above-captioned action.

I am an active member in good standing of the State Bar of Washington and the State Bar of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached my declaration pursuant to Local Rule 1.3, as well as certificates of good standing from the Washington Supreme Court and the California Supreme Court.

Dated: March 1, 2024

*/s/ Katherine M. Peaslee*
Katherine M. Peaslee (*pro hac vice pending*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel.: 206-516-3880
kpeaslee@susmangodfrey.com

*Attorney for Plaintiff*
*The New York Times Company*

## **CERTIFICATE OF SERVICE**

I hereby certify this 1st day of March, 2024, I caused a true and correct copy of the

foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which

will send notification to the attorneys of record and is available for viewing and downloading.


       */s/ Katherine M. Peaslee*
       Katherine M. Peaslee