**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 1:23-cv-11195-SHS<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Katherine M. Peaslee, declares:

1. I am a Partner with the law firm of Susman Godfrey L.L.P.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the State Bar of Washington and State Bar of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My attorney registration number for the State Bar of Washington is 52881 and for the State Bar of California is 310298.

8. Wherefore, your declarant respectively submits that she be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-11195 for Plaintiff (The New York Times Company).

I, Katherine M. Peaslee, declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2024          Respectfully submitted,

                                           /s/ *Katherine M. Peaslee*
Katherine M. Peaslee
WA State Bar No. 52881
CA State Bar No. 310298
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel.: 206-516-3880
kpeaslee@susmangodfrey.com

***Attorney for Plaintiff***
***The New York Times Company***