UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>　　　　　　　Defendant. | Civil Action No. 1:23-cv-11195-SHS<br><br>**[PROPOSED] ORDER FOR ATTORNEY ADMISSION PRO HAC VICE** |

The motion of Katherine M. Peaslee for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is an active member in good standing of the bars of the State of Washington and the State of California; and that her contact information is as follows:

> Katherine M. Peaslee
> SUSMAN GODFREY L.L.P.
> 401 Union Street, Suite 3000
> Seattle, WA 98101
> Tel.: (206) 516-3880
> Fax: (206) 516-3883
> kpeaslee@susmangodfrey.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Plaintiff in the above-captioned action.

**IT IS HEREBY ORDERED** that Katherine M. Peaslee is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____      _____
                                                                                        UNITED STATES DISTRICT JUDGE