UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action 1:23-cv-11195 (SHS)<br><br>**AFFIDAVIT OF JARED B. BRIANT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF COLORADO     )
                     ) ss:
COUNTY OF DENVER      )

Jared B. Briant, of full age, being duly sworn, hereby deposes and says as follows:

1. I am a Partner with the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for defendant Microsoft Corporation in the above-captioned action.

2. I am admitted to practice in the highest court of the State of Colorado. I am a member in good standing of the highest court of the State of Colorado. Annexed hereto as Exhibit A is a Certificate of Good Standing from the Supreme Court of Colorado, dated February 23, 2024.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

_____
Jared B. Briant

Sworn and subscribed to before
me this 5th day of March, 2024

_____
Notary Public

> **VERONICA THOMAS**
> **NOTARY PUBLIC**
> **STATE OF COLORADO**
> **NOTARY ID 20064046069**
> **MY COMMISSION EXPIRES MARCH 28, 2027**

2