# EXHIBIT A



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**JARED B. BRIANT**

has been duly licensed and admitted to practice as an

## *ATTORNEY AND COUNSELOR AT LAW*

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**25th**__ day of __**October**__ A.D. __**2004**__ and that at the date hereof the said __**JARED B. BRIANT**__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**23rd**__ day of __**February**__ A.D. __**2024**__

*Cheryl Stevens*
Clerk

By *Myra Sanchez*
Deputy Clerk