UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>　　　　　　　Defendants. | Civil Action  1:23-cv-11195 (SHS)<br><br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

　　　　The motion of Jared B. Briant for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

　　　　Applicant has declared that he is a member in good standing of the bar of the State of Colorado; and that his contact information is as follows:

　　　　Jared B. Briant
　　　　Faegre Drinker Biddle & Reath LLP
　　　　1144 15th Street, Suite 3400
　　　　Denver, Colorado 80202
　　　　Telephone (303) 607-3588
　　　　jared.briant@faegredrinker.com

　　　　Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Microsoft Corporation, in the above-captioned action;

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* as counsel in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
United States District Judge
Sidney H. Stein