UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action  1:23-cv-11195 (SHS)<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jeffrey S. Jacobson of the law firm Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, New York, New York 10036, hereby enters his appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

New York, New York
Dated: March 6, 2024

FAEGRE DRINKER BIDDLE & REATH LLP

By:      */s/ Jeffrey S. Jacobson*
            Jeffrey S. Jacobson

1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 248-3191
jeffrey.jacobson@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*