

March 7, 2024

**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700

orrick.com

**VIA ECF**

**Annette L. Hurst**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

E ahurst@orrick.com
D +1 415 773 4585
F +1 415 773 5759

Re: *Authors Guild et al. v. OpenAI Inc. et al.*, 23-cv-08292-SHS;
*Alter et al. v. OpenAI Inc. et al.*, 23-cv-10211-SHS;
*Basbanes et al. v. Microsoft Corp. et al.*, 24-cv-00084-SHS;
*The New York Times Company v. Microsoft Corp. et al.*, 23-cv-11195-SHS;
Notice of Supplemental Authority

Dear Judge Stein:

On behalf of Defendant Microsoft Corporation, I write to notify the Court about Judge Araceli Martínez-Olguín's order in *Tremblay et al. v. OpenAI, Inc. et al.*, 23-cv-03223-AMO, denying the *Tremblay* Plaintiffs' motion in that case to enjoin the OpenAI Defendants from defending themselves in several actions before this Court: *Authors Guild et al. v. OpenAI Inc. et al.*, 23-cv-08292-SHS, which has been consolidated with *Alter et al. v. OpenAI Inc. et al.*, 23-cv-10211-SHS and *Basbanes et al. v. Microsoft Corp. et al.*, 24-cv-00084-SHS, and the related case *The New York Times Company v. Microsoft Corp. et al.*, 23-cv-11195-SHS.

The order is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Annette L. Hurst*
Annette L. Hurst

cc: All Counsel of Record (via ECF)