SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 1400 | 32ND FLOOR |
| --- | --- | --- |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

IAN B. CROSBY
DIRECT DIAL (206) 516-3861

E-MAIL ICROSBY@SUSMANGODFREY.COM

March 11, 2024

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

        Re:    *The New York Times Company v. Microsoft Corporation, et al.*,
                Case No.: 23-cv-11195-SHS

Dear Judge Stein:

      I write on behalf of Plaintiff, The New York Times Company ("The Times"), pursuant to Rule 2.F of Your Honor's Individual Practices. The Times respectfully requests oral argument on the OpenAI Defendants' partial motion to dismiss. Dkt. 51. The Times believes that oral argument will assist the court in segregating the non-pertinent factual allegations raised in the OpenAI Defendants' moving papers from the otherwise straightforward issues on which they have actually moved.

                                                    Respectfully submitted,

                                                    */s/ Ian B. Crosby*
                                                    Ian B. Crosby

cc:    All Counsel of Record (via ECF)