# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

_____

| | | |
|---|---|---|
| SUITE 5100 | SUITE 1400 | 32ND FLOOR |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

IAN B. CROSBY
DIRECT DIAL (206) 516-3861

E-MAIL ICROSBY@SUSMANGODFREY.COM

March 18, 2024

**<u>VIA ECF</u>**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

    Re: *The New York Times Company v. Microsoft Corporation, et al.*,
       Case No.: 23-cv-11195-SHS

Dear Judge Stein:

  I write on behalf of Plaintiff, The New York Times Company ("The Times"), pursuant to Rule 2.F of Your Honor's Individual Practices. The Times respectfully requests oral argument on Microsoft Corporation's partial motion to dismiss. Dkt. 64. The Times defers to the Court but believes it makes sense to hear argument on this motion concurrent with the OpenAI Defendants' partial motion to dismiss (Dkt. 51), which raises overlapping arguments. For both motions, The Times believes that oral argument will assist the Court in separating Defendants' improper factual assertions from The Times's well-pled allegations.

                 Respectfully submitted,

                 *<u>/s/ Ian B. Crosby</u>*
                 Ian B. Crosby

cc: All Counsel of Record (via ECF)