AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The New York Times Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-11195-SHS |
| Microsoft Corporation, OpenAI, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Times Company.

Date:   03/19/2024

/s/ Scarlett Colllings
*Attorney's signature*

Scarlett Collings (Bar No. 4985602)
*Printed name and bar number*
Susman Godfrey L.L.P.
1000 Louisiana Street
Suite 5100
Houston, Texas 77002
*Address*

scollings@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 654-6666
*FAX number*