UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

The New York Times Company,        Plaintiff,        Case No.  1:23-cv-11195-SHS

-against-

Microsoft Corporation, OpenAI, Inc., et al.,        Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending                ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Eudokia Spanos**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ES2815        My State Bar Number is: 5021381

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Susman Godfrey LLP
FIRM ADDRESS: 1301 Avenue of the Americas, 32nd Floor
FIRM TELEPHONE NUMBER: (212) 336-8330
FIRM FAX NUMBER: (212) 336-8334

NEW FIRM:
FIRM NAME: Susman Godfrey LLP
FIRM ADDRESS: One Manhattan West, 50th Floor, NY, NY 10001
FIRM TELEPHONE NUMBER: (212) 336-8330
FIRM FAX NUMBER: (212) 336-8334

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 03/26/2024                    */s/ Eudokia Spanos*
                                     ATTORNEY'S SIGNATURE