UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

The New York Times Company,   Plaintiff,

Case No. 1:23-cv-11195-SHS

-against-

Microsoft Corporation, OpenAI, Inc., et al.,   Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Elisha Barron
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EB6850         My State Bar Number is: 5036850

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Susman Godfrey LLP
            FIRM ADDRESS: 1301 Avenue of the Americas, 32nd Floor
            FIRM TELEPHONE NUMBER: (212) 336-8330
            FIRM FAX NUMBER: (212) 336-8334

NEW FIRM:   FIRM NAME: Susman Godfrey LLP
            FIRM ADDRESS: One Manhattan West, 50th Floor, NY, NY 10001
            FIRM TELEPHONE NUMBER: (212) 336-8330
            FIRM FAX NUMBER: (212) 336-8334

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 03/26/2024

*/s/ Elisha Barron*
_____
ATTORNEY'S SIGNATURE