UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                  Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, *et al.*<br><br>                  Defendants. | Case No. 1:23-cv-11195-SHS |

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York, Sheryl Garko hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned actions.

I am a member in good standing of the Bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: March 28, 2024

By: */s/ Sheryl Garko*

Sheryl Garko
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone (617) 880-1919
sgarko@orrick.com

*Attorneys for Defendant*
*Microsoft Corporation*