UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION, *et al.*<br><br>      Defendants. | Case No. 1:23-cv-11195-SHS |

**AFFIDAVIT OF SHERYL GARKO IN SUPPORT OF
<u>MOTION TO ADMIT COUNSEL *PRO HAC VICE*</u>**

COUNTY OF SUFFOLK       )
                ):ss
COMMONWEALTH OF MASSACHUSETTS )

Sheryl Garko, being duly sworn, deposes and says as follows:

  1.  I am a Partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

  2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

  3.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

  4.  There are no pending disciplinary proceedings against me in any State or Federal court.

  5.  I have not been convicted of a felony.

  6.  I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Sheryl, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

*Sheryl Garko*

Sworn to before me
this 27th day of March, 2024

*Lynne P. Sollis*
Notary Public

Lynne P. Sollis
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
June 3, 2027

2