UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-CV-11195-SHS |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Sheryl Garko for admission to appear *pro hac vice* in the above captioned matter is granted.

Applicant has declared that she is a member in good standing of the Bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

> Sheryl Garko
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 222 Berkeley Street,
> Suite 2000
> Boston, MA 02116
> Tel. (617) 880-1919
> Fax. (617) 880-1801
> sgarko@orrick.com

Sheryl Garko, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Microsoft Corporation in the above-entitled action;

**IT IS HEREBY ORDERED** that Sheryl Garko is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: March __, 2024

                                                    _____

                                                      Hon. Sidney H. Stein
                                                  United States District Judge