UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

           Plaintiff,

v.

MICROSOFT CORPORATION, *et al.*

           Defendants.

Case No. 1:23-cv-11195-SHS

**AFFIDAVIT OF LAURA NAJEMY IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

COUNTY OF SUFFOLK                )
                                                               ):ss
COMMONWEALTH OF MASSACHUSETTS  )

Laura Najemy, being duly sworn, deposes and says as follows:

      1.      I am a Partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

      2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

      3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

      4.      There are no pending disciplinary proceedings against me in any State or Federal court.

      5.      I have not been convicted of a felony.

      6.      I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Laura Najemy, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

_____
Laura Najemy

Sworn to before me
this 28th day of March, 2024

_____
Notary Public

Lynne P. Sollis
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
June 3, 2027