AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| THE NEW YORK TIMES COMPANY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-11195-SHS |
| Microsoft Corporation et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, The New York Times Company                                                                        .

Date: 04/08/2024

/s/ Zachary B. Savage
*Attorney's signature*

Zachary B. Savage SDNY Bar No.: ZS2668
*Printed name and bar number*

Susman Godfrey L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
*Address*

zsavage@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*