**Notice of Appeal to a Court of Appeals**
**From a Judgment or Order of a District Court.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTHORS GUILD, *ET AL.*,<br><br>                    Plaintiffs,<br>          -v-<br><br>OPEN AI, INC., *ET AL.*,<br><br>                    Defendants. | File Number 1:23-CV-8292 (SHS)<br><br>**NOTICE OF APPEAL** |
| JONATHAN ALTER, *ET AL.*,<br><br>                    Plaintiffs,<br>          -v-<br><br>OPEN AI, INC., *ET AL.*,<br><br>                    Defendants. | 23-CV-10211 (SHS) |
| NICHOLAS A. BASBANES and<br>NICHOLAS NGAGOYEANES,<br><br>                    Plaintiffs,<br>          -v-<br><br>MICROSOFT CORPORATION, *ET AL.*,<br><br>                    Defendants. | 24-CV-84 (SHS) |
| THE NEW YORK TIMES COMPANY,<br><br>                    Plaintiff,<br>          -v-<br><br>MICROSOFT CORPORATION, *ET AL.*,<br><br>                    Defendants. | 23-CV-11195 (SHS) |

Notice is hereby given that California Plaintiffs Paul Tremblay et al., ("California Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from an order (ECF No. 84) denying California Plaintiffs' motions to intervene for the purpose of transferring, staying, or dismissing the New York Actions. Entered in this action on the 15th day of April 2024.

Dated: April 15, 2024                             /s/ Christopher J. Hydal
                                                  Chrisopher J. Hydal

                                                  Christopher J. Hydal
                                                  **JOSEPH SAVERI LAW FIRM, LLP**
                                                  40 Worth Street, Suite 602
                                                  New York, NY 10013
                                                  Telephone: (646) 527-7310
                                                  Facsimile: (212) 202-7678
                                                  Email: chydal@saverilawfirm.com

California Plaintiffs Tremblay et al.

1