**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>　　　　　　Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>Hon. Sidney H. Stein<br><br>**AFFIDAVIT OF ROBERT A. VAN NEST JR IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

2639010

I, Robert A. Van Nest Jr, declare as follows:

I am an attorney at law licensed to practice in the state of California. I submit this declaration in support of the motion to admit my *pro hac vice* before the United States District Court for the Southern District of New York to represent Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC in the above-captioned action.

1. As shown in the Certificate of Good Standing attached hereto as **Exhibit A**, I am a member in good standing of the Bar of the State of California.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings presently against me in any State or Federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: April 23, 2024

>       */s/ Robert A. Van Nest Jr*
>       ROBERT A. VAN NEST JR

2639010