**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>Hon. Sidney H. Stein<br><br>**NOTICE OF APPEARANCE** |

2641292

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Thomas E. Gorman of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC in the above-captioned matter. He is admitted or otherwise authorized to practice in this Court. His address, telephone, facsimile, and email are as follows:

>Thomas E. Gorman
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA 94111
>Telephone:	(415) 391-5400
>Facsimile:	(415) 397-7188
>Email: tgorman@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: April 30, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ Thomas E. Gorman*
THOMAS E. GORMAN (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
tgorman@keker.com

Attorneys for Defendants OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

2641292