UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,

               Plaintiff,

-v-

MICROSOFT CORPORATION, *ET AL.*,

               Defendants.

23-CV-11195 (SHS)

<u>ORDER</u>

---

SIDNEY H. STEIN, U.S. District Judge.

    Having received the parties' Rule 26(f) Report and Proposed Case Management Plan (ECF No. 72), the Court HEREBY ORDERS the following deadlines:

a. The last day to amend pleadings and join other parties is May 20, 2024.

b. Substantial production of documents for all RFPs served by February 28, 2024 shall be completed by June 14, 2024.

c. Fact discovery shall be completed by September 17, 2024.

d. Opening expert reports shall be served by October 18, 2024.

e. Responsive expert reports shall be served by November 18, 2024.

f. Expert discovery shall be completed by December 9, 2024.

g. Motions for summary judgment shall be filed on or before January 7, 2025.

h. Oppositions to motions for summary judgment shall be filed on or before February 7, 2025.

i. Replies in support of motions for summary judgment shall be filed on or before February 28, 2025.

Dated: New York, New York
         May 3, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.