SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

---

| SUITE 5100 | SUITE 1400 | ONE MANHATTAN WEST |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | NEW YORK, NEW YORK |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | 10001-8602 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

IAN B. CROSBY
DIRECT DIAL (206) 516-3861

E-MAIL ICROSBY@SUSMANGODFREY.COM

May 22, 2024

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

    Re: *The New York Times Company v. Microsoft Corporation, et al.*,
       Case No.: 23-cv-11195-SHS

Dear Judge Stein:

  I write on behalf of Plaintiff, The New York Times Company, to respectfully provide an update on the parties' disputes regarding the proposed Protective Order and Electronically Stored Information Order ("ESI Order"). *See* Dkts. 110, 113. Defendants join in this update.

  The parties met and conferred and have significantly narrowed their disputes on the proposed Protective Order and ESI Order. The parties will file a letter motion with revised versions reflecting any remaining issues in dispute for the Court's consideration.

             Respectfully submitted,

             */s/ Ian B. Crosby*
             Ian B. Crosby

cc: All Counsel of Record (via ECF)