UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,

                    Plaintiff,

     v.

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,

                    Defendants.

Case No. 1:23-cv-11195 (SHS) (OTW)

**NOTICE OF CONDITIONAL CROSS-MOTION**

---

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Andrew M. Gass, dated June 3, 2024, and the accompanying Memorandum of Law, and upon all prior pleadings and proceedings herein, in the event this Court grants Plaintiff The New York Times Company's Motion for Leave to File First Amended Complaint, Dkt. 118, the undersigned hereby moves this Court on behalf of Defendants Open AI, Inc., OpenAI L.P., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, "OpenAI"), before the Honorable Judge Sidney H. Stein in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an order (1) requiring that such amendment occur immediately; (2) concluding that OpenAI's pending motion to dismiss shall be considered as directed to the amended complaint; and (3) extending the fact-discovery deadline to March 17, 2025.

| | |
|---|---|
| Dated: June 3, 2024 | Respectfully submitted,<br><br>By: /s/ *Andrew M. Gass*<br><br>LATHAM & WATKINS LLP<br>Andrew M. Gass (*pro hac vice*)*<br>  andrew.gass@lw.com<br>Joseph R. Wetzel<br>  joseph.wetzel@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br><br>Sarang V. Damle<br>  sy.damle@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br><br>Allison L. Stillman<br>  alli.stillman@lw.com<br>Luke A. Budiardjo<br>  luke.budiardjo@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212.751.4864<br><br>By: /s/ *Allyson R. Bennett*<br><br>MORRISON & FOERSTER LLP<br>Joseph C. Gratz (*pro hac vice*)*<br>  jgratz@mofo.com<br>Vera Ranieri (*pro hac vice*)<br>  vranieri@mofo.com<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.258.7522<br><br>Allyson R. Bennett (*pro hac vice*)<br>  abennett@mofo.com<br>Rose S. Lee (*pro hac vice*)<br>  roselee@mofo.com<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>Telephone: 213.892.5454 |

---

* The parties use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules.

By: */s/ Michelle S. Ybarra*

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (*pro hac vice*)*
  rvannest@keker.com
R. James Slaughter (*pro hac vice*)
  rslaughter@keker.com
Paven Malhotra
  pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
  mybarra@keker.com
Nicholas S. Goldberg (*pro hac vice*)
  ngoldberg@keker.com
Thomas E. Gorman (*pro hac vice*)
  tgorman@keker.com
Katie Lynn Joyce (*pro hac vice*)
  kjoyce@keker.com
Sarah Salomon (*pro hac vice*)
  ssalomon@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*