# EXHIBIT 1

| | |
|---|---|
| **From:** | Evie Spanos <ESpanos@susmangodfrey.com> |
| **Sent:** | Wednesday, May 29, 2024 6:49 PM |
| **To:** | OpenAICopyright@mofo.com; NewYorkTimes_Microsoft_OHS@orrick.com; MicrosoftNYClassActionFDBR@faegredrinker.com; KVP-OAI; #C-M OPENAI COPYRIGHT LITIGATION - LW TEAM |
| **Cc:** | NYT-AI-SG-Service@simplelists.susmangodfrey.com |
| **Subject:** | RE: The New York Times Company v. Microsoft Corporation, et al. - SDNY Case No 1:23-cv-11195-SHS |

Counsel,

We have uploaded three updated excel files for the exhibits of registered works at this previously shared link: https://susmangodfrey.sharefile.com/f/fo4170a1-90e1-4f94-8008-7a43fd350cf3 .

The files that have been updated are:

- 1943-1946
- 1975-1978
- 1991-1994

The new files add approximately 42,500 works and correct the registration numbers of <500 works.

Sincerely,
Evie Spanos



Evie Spanos | Of Counsel
espanos@susmangodfrey.com
212.729.2045 (Office) | 617.549.0148 (Cell)
One Manhattan West | 51st Floor
New York, New York 10001
Houston | New York | Los Angeles | Seattle

**From:** Evie Spanos
**Sent:** Tuesday, May 21, 2024 12:02 AM
**To:** OpenAICopyright@mofo.com; openaicopyrightlitigation.lwteam@lw.com; NewYorkTimes_Microsoft_OHS@orrick.com; MicrosoftNYClassActionFDBR@faegredrinker.com; MicrosoftNYClassActionFDBR@faegredrinker.com; KVP-OAI <KVPOAI@keker.com>
**Cc:** NYT-AI-SG-Service@simplelists.susmangodfrey.com
**Subject:** The New York Times Company v. Microsoft Corporation, et al. - SDNY Case No 1:23-cv-11195-SHS

Counsel,

Here is a link where you can download the excel files for the updated exhibits of registered works to The Times's proposed First Amended Complaint.  https://susmangodfrey.sharefile.com/f/fo4170a1-90e1-4f94-8008-7a43fd350cf3

Please let us know who specifically will be downloading the files, and we will ensure those folks have access to the folder.

Best,

Evie



Evie Spanos | Of Counsel
espanos@susmangodfrey.com
212.729.2045 (Office) | 617.549.0148 (Cell)
One Manhattan West | 51st Floor
New York, New York 10001
Houston | New York | Los Angeles | Seattle