

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Paven Malhotra**
(415) 676-2238
pmalhotra@keker.com

June 13, 2024

**VIA ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

Re:   *The New York Times Co. v. Microsoft Corp. et al.* (23-cv-11195-SHS) and *Daily News, LP et al. v. Microsoft Corp. et al.* (24-cv-03285-SHS) - Oral Argument Request

Dear Judge Stein:

On behalf of the OpenAI defendants,[1] I write pursuant to Rule 2.F of Your Honor's Individual Practices to respectfully request oral argument on OpenAI's motion to consolidate the above referenced *New York Times* and *Daily News* matters.

Respectfully submitted,

Paven Malhotra

cc: All Counsel of Record (via ECF)

---

[1] OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC.

2719621