**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

THE NEW YORK TIMES COMPANY,

                      Plaintiff,

      v.

MICROSOFT CORPORATION, OPENAI, INC.,
OPENAI LP, OPENAI GP, LLC, OPENAI, LLC,
OPENAI OPCO LLC, OPENAI GLOBAL LLC,
OAI CORPORATION, LLC, OPENAI
HOLDINGS, LLC,

                      Defendants.

Case No. 1:23-cv-11195-SHS-OTW

---

**OPENAI DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF MOTION TO COMPEL**

Defendants Open AI, Inc., OpenAI L.P., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, "OpenAI"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports Defendants' pending Letter Motion to Compel (Dkt. 124).

On June 24, 2024, in *Tremblay v. OpenAI, Inc.*, No. 23-cv-03223 (N.D. Cal.), the United States District Court for the Northern District of California granted OpenAI's nearly identical request to compel production.  *See* Order Re: Fourth Discovery Dispute, *Tremblay*, No. 23-cv-03223, Dkt. 154 (attached hereto as Exhibit 1); *see also* Joint Letter Brief, *Tremblay*, No. 23-cv-03223, Dkt. 153.  Specifically, the court granted "the request to compel the OpenAI account information for the individuals who used ChatGPT to investigate Plaintiffs' claims, and the prompts and outputs for Plaintiffs' testing of ChatGPT in connection with their pre-suit ChatGPT testing, including prompts and outputs that *did not* reproduce or summarize Plaintiffs' works or otherwise support Plaintiffs' claims, along with documentation of Plaintiffs' testing process."  Ex. 1 at 7.

1

Dated:  June 25, 2024                    Respectfully Submitted,

By:  _/s/ Joseph R. Wetzel_

**LATHAM & WATKINS LLP**
   Andrew M. Gass (*pro hac vice*)
    *andrew.gass@lw.com*
   Joseph R. Wetzel
    *joseph.wetzel@lw.com*
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
   Telephone: 415.391.0600

   Sarang V. Damle
    *sy.damle@lw.com*
   Elana Nightingale Dawson (*pro hac vice*)
    *elana.nightingaledawson@lw.com*
   555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004
   Telephone: 202.637.2200

   Allison L. Stillman
    *alli.stillman@lw.com*
   Luke A. Budiardjo
    *luke.budiardjo@lw.com*
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: 212.906.1200

By:  _/s/ Allyson R. Bennett_

**MORRISON & FOERSTER LLP**
   Joseph C. Gratz (*pro hac vice*)
    *jgratz@mofo.com*
   Vera Ranieri (*pro hac vice*)
    *vranieri@mofo.com*
   425 Market Street
   San Francisco, CA 94105
   Telephone: 415.268.7000

   Allyson R. Bennett (*pro hac vice*)[*]
    *abennett@mofo.com*
   Rose S. Lee (*pro hac vice*)
    *roselee@mofo.com*
   Eric K. Nikolaides
    *enikolaides@mofo.com*
   707 Wilshire Boulevard, Suite 6000
   Los Angeles, CA 90017-3543
   Telephone: 213.892.5200

By: /s/ *Michelle S. Ybarra*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
  *rvannest@keker.com*
Paven Malhotra
  *pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)[*]
  *mybarra@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
  *ngoldberg@keker.com*
Thomas E. Gorman (*pro hac vice*)
  *tgorman@keker.com*
Katie Lynn Joyce (*pro hac vice*)
  *kjoyce@keker.com*
Sarah Salomon (*pro hac vice*)
  *ssalomon@keker.com*
R. James Slaughter (pro hac vice)
  *rslaughter@keker.com*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.