**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                    Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>Hon. Sidney H. Stein<br><br>**DECLARATION OF PAVEN MALHOTRA IN SUPPORT OF OPENAI DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO CONSOLIDATE** |
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                    Defendants. | Civil Action No. 1:24-cv-03285-SHS<br><br>Hon. Sidney H. Stein<br><br>**DECLARATION OF PAVEN MALHOTRA IN SUPPORT OF OPENAI DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO CONSOLIDATE** |

**DECLARATION OF PAVEN MALHOTRA IN SUPPORT OF OPENAI DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO CONSOLIDATE**

1

2733221

1. I am a partner with the law firm of Keker, Van Nest & Peters LLP, counsel of record for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC (collectively, "OpenAI"), and am admitted to practice before this Court.

2. I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

3. On June 14, 2024, I met and conferred with counsel for plaintiffs in the *Daily News LP* action ("Daily News"). During that conversation, I requested that *Daily News* plaintiffs' counsel identify the number of works at issue in this case, and plaintiffs' counsel informed me that they were not in a position to provide that information yet. Their counsel further informed me that they did not have an estimate as to when they would be able to provide such information. The following week, on June 21, 2024, I emailed plaintiffs' counsel to follow up on my request that they identify the number of works at issue as well as provide an identification which works are being asserted. On June 24, 2024, plaintiffs' counsel informed me that plaintiffs are asserting approximately 8.4 million works, and noted that this number "is an approximation" and that plaintiffs' "investigation is ongoing." A true and correct copy of this correspondence is attached hereto as Exhibit A.

4. To date in the *New York Times* action, the parties are still negotiating ESI custodians and search terms and exchanging hit counts.

2733221

3

5.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 3, 2024, at San Francisco, California.

*/s/ Paven Malhotra*
PAVEN MALHOTRA

2733221