**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                       Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                       Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>Hon. Sidney H. Stein |

## NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE*

PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kirstin L. Stoll-DeBell, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned actions. I am in good standing of the bar of the State of Colorado and and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

                                            **FAEGRE DRINKER BIDDLE & REATH LLP**

Dated:  Denver, Colorado           By:   */s/ Kirstin Stoll-DeBell*
         July 11, 2024

                                             Kirstin L. Stoll-DeBell
                                           1144 15th Street, Suite 3400
                                           Denver, Colorado 80202

(303) 927-5212
kirstin.stolldebell@faegredrinker.com

*Attorneys for Microsoft Corporation*