UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>                      Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>                      Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>Hon. Sidney H. Stein |

### AFFIDAVIT OF KIRSTIN STOLL-DEBELL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF COLORADO        )
                                      ) ss:
COUNTY OF DENVER          )

        Kirstin Stoll-DeBell, of full age, being duly sworn, hereby deposes and says as follows:

        1.        I am a Partner with the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for defendant Microsoft Corporation in the above-captioned action.

        2.        I am admitted to practice in the highest court of the State of Colorado and the highest court of the State of Arizona. I am a member in good standing of the highest court of the State of Colorado and highest court of the State of Arizona. Annexed hereto as Exhibit A is a Certificate of Good Standing from the Supreme Court of Colorado, dated June 17, 2024.

Annexed hereto as Exhibit B is a Certificate of Good Standing from the Supreme Court of Arizona, dated June 18, 2024.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

_/s/ Kirstin Stoll-DeBell_
Kirstin Stoll-DeBell

Sworn and subscribed to before me this 8th day of July, 2024.

_/s/ Robin L. Rold_
Notary Public

> ROBIN L ROLD
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20214034910
> MY COMMISSION EXPIRES SEPTEMBER 01, 2025