# EXHIBIT A



**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**KIRSTIN LEIGH STOLL-DEBELL**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**30th**__ day of __**October**__ A.D. __**1998**__ and that at the date hereof the said __**KIRSTIN LEIGH STOLL-DEBELL**__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**17th**__ day of __**June**__ A.D. __**2024**__



*Cheryl Stevens*
Clerk

By _____Myra Sanchez_____
Deputy Clerk