**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                    Plaintiff,<br><br>      v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                    Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>Hon. Sidney H. Stein |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Kirstin Stoll-DeBell for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Colorado; and that her contact information is as follows:

   Kirstin Stoll-DeBell
   Faegre Drinker Biddle & Reath LLP
   1144 15th Street, Suite 3400
   Denver, Colorado 80202
   Telephone (303) 927-5212
   kirstin.stolldebell@faegredrinker.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Microsoft Corporation, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* as counsel in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: _____                                   _____
                                                           United States District Judge
                                                           Sidney H. Stein

2