UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action 1:23-cv-11195 (SHS)<br><br>**AFFIDAVIT OF CARRIE A. BEYER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF ILLINOIS      )
                       ) ss:
COUNTY OF COOK         )

Carrie A. Beyer, of full age, being duly sworn, hereby deposes and says as follows:

1. I am a Partner with the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for defendant Microsoft Corporation in the above-captioned action.

2. I am admitted to practice in the highest court of the State of Illinois. I am a member in good standing of the highest court of the State of Illinois. Annexed hereto as Exhibit A is a Certificate of Good Standing from the Supreme Court of Illinois, dated June 24, 2024.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

_____
Carrie A. Beyer

Sworn and subscribed to before me this __8__ day of July, 2024

_____
Notary Public

Official Seal
Patricia Guevara
Notary Public State of Illinois
My Commission Expires 5/25/2026