UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:23-cv-11195 (SHS)<br><br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

　　　　The motion of Carrie A. Beyer for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

　　　　Applicant has declared that she is a member in good standing of the bar of the State of Illinois; and that her contact information is as follows:

　　　　Carrie A. Beyer
　　　　Faegre Drinker Biddle & Reath LLP
　　　　320 South Canal Street, Suite 3300
　　　　Chicago, IL 60606-5707
　　　　Telephone (312) 569-1000
　　　　carrie.beyer@faegredrinker.com

　　　　Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Microsoft Corporation, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* as counsel in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                           _____
                                                                                                    United States District Judge
                                                                                                          Sidney H. Stein