UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:23-cv-11195 (SHS)<br><br><br>**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE*** |

　　　　PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Elizabeth M.C. Scheibel, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned actions. I am in good standing of the bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: July 11, 2024

                              FAEGRE DRINKER BIDDLE & REATH LLP

                              By: _/s/Elizabeth M.C. Scheibel_____
                                    Elizabeth M.C. Scheibel
                                    2200 Wells Fargo Center
                                    90 South 7th Street
                                    Minneapolis, MN 55402
                                    (612) 766-7628
                                    elizabeth.scheibel@faegredrinker.com

                            *Counsel for Defendant Microsoft Corporation*