UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE NEW YORK TIMES COMPANY,         :       23-cv-11195 (SHS) (OTW)

                Plaintiff,          :       And the Related Cases:
                                            24-cv-3285 (SHS) (OTW)
    -v-                              :       24-cv-4872 (SHS) (OTW)

MICROSOFT CORPORATION, ET AL.,      :       ORDER OF REFERENCE
                                                    TO A MAGISTRATE JUDGE
                Defendants.         :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| **X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute* | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | Purpose: |
| | ____ Habeas Corpus |
| ____ Settlement* | ____ Social Security |
| ____ Inquest After Default/Damages Hearing | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated:   New York, New York
          August 6, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

* Do not check if already referred for general pretrial