UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195 (SHS)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Carrie A. Beyer of the law firm of Faegre Drinker Biddle & Reath LLP, 320 South Canal Street, Suite 3300, Chicago, IL 60606-5707 hereby enters her appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

Dated: August 6, 2024                                FAEGRE DRINKER BIDDLE & REATH LLP

By:  */s/ Carrie A. Beyer*
Carrie A. Beyer
320 South Canal Street, Suite 3300
Chicago, Il 60606-5707
Tel:  312-569-1000
carrie.beyer@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*