UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>          Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>Hon. Sidney H. Stein |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Kirstin L. Stoll-DeBell of the law firm of Faegre Drinker Biddle & Reath LLP, 1144 Fifteenth Street, Suite 3400, Denver, Colorado 80202, hereby enters her appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

Dated: August 8, 2024

                              FAEGRE DRINKER BIDDLE & REATH LLP

                              By:  */s/ Kirstin Stoll-DeBell*
                                   Kirstin Stoll-DeBell
                                   1144 Fifteenth Street, Suite 3400
                                   Denver, CO 80202
                                   Tel:  303-607-3500
                                   kirstin.stolldebell@faegredrinker.com

                              *Counsel for Defendant Microsoft Corporation*