UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195 (SHS)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Elizabeth M.C. Scheibel of the law firm of Faegre Drinker Biddle & Reath LLP, 2200 Wells Fargo Center, 90 South 7th Street, Minneapolis, MN 55402, hereby enters her appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

**FAEGRE DRINKER BIDDLE & REATH LLP**

Dated:  August 8, 2024

By: */s/Elizabeth M.C. Scheibel*

Elizabeth M.C. Scheibel
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
(612) 766-7628
elizabeth.scheibel@faegredrinker.com

*Attorneys for Microsoft Corporation*