Exhibit C239