# Exhibit E121

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/schapiro-charged-with-conspiracy-company-and-owner-termed-hub-of-a.html | SCHAPIRO CHARGED WITH CONSPIRACY | True | By Max H. Seigel | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/market-place-profiting-from-disciplined-intuition.html | Market Place | True | By Vartanig G. Vartan | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/insurance-for-highrisk-early-days-of-the-newborn-babys-fragile-life.html | Insurance for High‑Risk Early Days Of the Newborn Baby's Fragile Life | True | By Nadine Brozan | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/usjury-convicts-mobsters-lawyer-of-evading-taxes.html | U.S. Jury Convicts Mobsters' Lawyer Of Evading Taxes | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/the-440-ferry-to-si-becomes-poetry-passage.html | The 4:40 Ferry To S.I. Becomes Poetry Passage | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/rescuers-look-for-victims.html | Rescuers Look for Victims | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/yonkers-teacher-pact-tilts-budget.html | Yonkers Teacher Pact Tilts Budget | True | By Ronald Smothers | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/2-reconvicted-in-seabrook-nh-nuclear-protest.html | 2 Reconvicted in Seabrook. N.H., Nuclear Protest | True | By Michael Knight | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/al-capp-harbinger-of-the-age-of-irreverence-gives-up-cartoons-but.html | Al Capp, Harbinger of the Age of Irreverence, Gives Up Cartoons but Not Irascibility | True | By Israel Shenker Special to The New York Times | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/pentagon-chief-tentatively-backs-budget-rise-to-130-billion-in-79.html | Pentagon Chief Tentatively Backs Budget Rise to $130 Billion in '79 | True | By Bernard Weinraub Special to The New York Times | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-cynthia-gregory-to-leave-ballet-theater-after.html | Cynthia Gregory to Leave Ballet Theater After Being Back a Year | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/patientdoctor-relationship-is-examined-patient-and-doctor-in-sports.html | Patient‑Doctor Relationship Is Examined | True | By Lawrence K. Altman | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/pentagon-chief-tentatively-backs-higher-budget-of-1305-billion.html | Pentagon Chief Tentatively Backs Higher Budget of $130.5 Billion | True | By Bernard Weinraub | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/aother-election-drive-begins-the-race-for-kochs-house-seat.html | Another Election Drive Begins: The Race for Koch's House Seat | True | By Frank Lynn | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/marjorie-lynch-dies-exus-aide.html | Marjorie Lynch Dies; Ex‑U.S. Aide | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-janos-starker-shifts-at-carnegie-from-classical.html | Janos Starker Shifts at Carnegie From Classical Cello to Jazz | True | By Raymond Ericson | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/canada-expels-iraqi-diplomat.html | Canada Expels Iraqi Diplomat | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/federal-reserve-statement.html | Federal Reserve Statement | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/texas-gets-doc-medich.html | Texas Gets Doc Medich | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/provocation-and-reprisal-in-lebanon.html | Provocation and Reprisal in Lebanon | True | | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/correction.html | CORRECTION | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/plane-crashes-on-top-of-car.html | Plane Crashes on Top of Car | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/dividends.html | Dividends | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-golden-years-at-central-plaza.html | Golden Years at Central Plaza | True | By John S. Wilson | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/about-real-estate-prudential-in-westchester-and-fairfield.html | About Real Estate | True | By Alan S. Oser | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/prices-of-commodity-futures.html | Prices of Commodity Futures | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-whats-new-in-the-discotheques-whats-new-in-the.html | What's New in the Discotheques | True | By Anna Quindlen | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/money.html | Money | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/soviet-sentences-2-hijackers.html | Soviet Sentences 2 Hijackers | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-pop-a-king-recalled.html | Pop: A King Recalled | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/the-newtime-religion-trend-to-blending-of-traditionally-opposed.html | The New€šÃ„¶â^šÃ'â^šâ„¢Time Religion | True | By Kenneth A. Briggs | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/health-insurance-for-children.html | Health Insurance For Children | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-stage-darrow-vs-bryan-again.html | Stage: Darrow vs. Bryan Again | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/173714-datsuns-are-recalled-for-flaws-in-emission-system.html | 173,714 Datsuns Are Recalled For Flaws In Emission System | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/soviet-offers-uranium-for-japanese-imports.html | SOVIET OFFERS URANIUM FOR JAPANESE IMPORTS | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/business-records.html | Business Records | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/cornells-ninth-president-is-inaugurated.html | Cornell's Ninth President Is Inaugurated | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-books-of-the-times.html | Books of The Times | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/sports-today.html | Sports Today | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/fort-hood-commander-named.html | Fort Hood Commander Named | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/money-supply-falls-34-billion-in-week-spurring-bond-surge-slower.html | MONEY SUPPLY FALLS $34 BILLION IN WEEK, SPURRING BOND SURGE | True | By John H. Allan | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/al-capp-harbinger-of-the-age-of-irreverence-gives-up-cartoons-bit.html | Al Capp, Harbinger of the Age of Irreverence, Gives Up Cartoons but Not Irascibility | True | By Israel Shenker | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-briefs-grand-jury-indicts-5-in-underworld-case-new.html | New Jersey Briefs | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/nervous-exhaustion-hospitalizes-indicted-pennsylvania-senator.html | Nervous Exhaustion Hospitalizes Indicted Pennsylvania Senator | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/scaling-the-heights-of-wall-st-arthur-levitt-jr-scaling-the-heights.html | Scaling the Heights of Wall St. | True | By Leonard Sloane | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/brooklyn-tech-wanderers-ready-for-its-semifinal-against-bayside.html | Brooklyn Tech â€šÃ„¶â`šÃ‘â`šâ‰¢Wanderersâ€šÃ„¶â`šÃ‘â`šÂ¥ Ready For Its Semifinal Against Bayside | True | By Arthur Pincus | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-opera-niobe-tears-and-all.html | Opera: Niobeâ€šÃ„¶â`šÃ‘â`šÂ¥ Tears and All | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/pope-drops-penalty-for-a-remarriage-after-divorce.html | Pope Drops Penalty for a Remarriage After Divorce | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/correction-75314449.html | CORRECTION | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/thomas-e-mullaney-us-interest-in-gold-picking-up-three-years-after.html | Thomas E. Mullaney | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-music-to-meet-someone-nice-to-where-theyre.html | Music to Meet Someone Nice To | True | By Eleanor Blau | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/president-says-hes-not-a-critic-of-burns-policy-a-contrast-to.html | President Says He's Not a Critic Of Burns Policy | True | By Charles Mohr | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-the-pop-life-sex-pistols-hit-the-target-in-first.html | The Pop Life | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-art-the-new-museum-where-small-is-beautiful.html | Art: The New Museum Where Small Is Beautiful | True | By John Russell | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/626-blacks-seized-in-south-africa-raid.html | 626 BLACKS SEIZED IN SOUTH AFRICA RAID | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/as-the-world-turns.html | As the World Turns | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/3-youths-wound-italian-executive-leftist-group-takes-responsibility.html | 3 Youths Wound Italian Executive; Leftist Group Takes Responsibility | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-redgrave-defends-plo-film.html | Redgrave Defends P.L.O. Film | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-weekender-guide-weekender-guide.html | WEEKENDER GUIDE | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/veterans-day.html | VETERANS DAY | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/carter-finding-power-limited.html | Carter Finding Power Limited | True | | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/corporation-affairs-kodak-votes-added-dividend-of-50-cents-dayton.html | Corporation Affairs | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/big-cross-county-center-in-westchester-is-sold-after-a-long.html | Big Cross County Center In Westceheter Is Sold After a Long Litigation | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/koch-asks-scoppetta-for-inquiry-into-smear-attempt.html | Koch Asks Scoppetta for Inquiry Into Smear Attempt | True | BY Lee Dembart | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/opportune-foes-for-giants-and-jets.html | Opportune Foes for Giants and Jets | True | By William N. Wallace | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/open-interest.html | Open Interest | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/clash-at-southwest-africa.html | Clash at Southâ€šÃ„Â¶â€šÃ„â€˜â€šâ€žÂ¢West Africa | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/irwin-steig-at-76-wrote-books-on-the-playing-of-gin-and-poker.html | Irwin Steig, at 76, Wrote Books On the Playing of Gin and Poker | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/flying-nun-triumphs-at-show-in-toronto.html | Flying Nun Triumphs At Show in Toronto | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/news-summary-75314712.html | News Summary | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/suspect-19-seized-in-subway-slaying-arrest-is-made-within-36-hours.html | SUSPECT, 19, SEIZED IN SUBWAY SLAYING | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/roosa-differs-with-brimmer-on-feds-effort-roosa-and-brimmer-differ.html | Roosa Differs With Brimmer On Fed's Effort | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/church-group-acts-over-south-africa-national-council-bids-members.html | CHURCH GROUP ACTS OVER SOUTH AFRICA | True | By George Dugan | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/icc-grants-railroads-a-5-rise-in-freight-rates-11th-since-1970.html | I.C.C. Grants Railroads a 5% Rise In Freight Rates, 11th Since 1970 | True | By Ernest Holsendolph | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/bowl-prospect-stirs-hopes-of-90-colgate-prospect-of-first-bowl.html | Bowl Prospect Stirs Hopes of 9â€šÃ„Â¶â€šÃ„â€˜â€šâ€žÂ¢0 Colgate | True | By White Gordon S Jr. | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/us-to-enforce-irrigated-land-rule.html | U.S. to Enforce Irrigated Land Rule | True | By Seth S. King | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/cornell-dean-informs-rhodes-hell-resign.html | Cornell Dean Informs Rhodes He'll Resign | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/the-creativity-of-burrows-the-drama-of-de-la-renta.html | The Creativity of Burrows, the Drama of de la Renta | True | By Bernadine Morris | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/more-nuclear-debate-ii.html | More Nuclear Debate: II | True | By Tom Wicker | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/carter-urges-arabs-to-join-with-egypt-and-go-t0-geneva-calls-for.html | CARTER URGES ARABS TO JOIN WITH EGYPT AND GO TO GENEVA | True | By Bernard Gwertzman | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/natl-hockey-league.html | Nat'l Hockey League | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-for-children.html | For Children | True | | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/us-publishers-send-plea-to-indonesian-on-writer.html | U.S. PUBLISHERS SEND PLEA TO INDONESIAN ON WRITER | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/low-moodys-rating-compels-new-york-to-cancel-note-sale.html | LOW MOODY'S RATING COMPELS NEW YORK TO CANCEL NOTE SALE | True | By Steven R. Weisman | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/village-voice-employees-vote-to-accept-contract.html | VILLAGE VOICE EMPLOYEES VOTE TO ACCEPT CONTRACT | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/low-moodys-rating-compels-new-york-to-cancel-note-sale-us-to-fill.html | LOW MOODY'S RATING COMPELS NEVI YORK TO CANCEL NOTE SALE | True | By Steven R. Weisman | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/who-will-remember-passing-through-this-gate-the-unheroic-dead-who.html | â€šÃ„Ã¶â šÃ‘â šâ‰¤Who will remember, passing through this gate, The unheroic dead who fed the guns? Who shall absolve the foulness of their fateâ€šÃ„Ã¶â šÃ‘â šÃ†Those doomed, conscripted, unvictorious ones?â€šÃ„Ã¶â šÃ‘â šÂ¥ | True | By Paul Fussell | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-ballet-an-illuminating-night-with-agnes-de-mille.html | Ballet: An Illuminating Night With Agnes de Mille and Joffrey | True | By Clive Barnes | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-screen-power-and-nukes.html | Screen: Power and Nukes | True | By Janet Maslin | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/the-un-today.html | The U.N. Today | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/2-germanys-wage-a-tugofwar-over-8-rare-stamps.html | 2 Germanys Wage a Tugâ€šÃ„Ã¶â šÃ‘â šâ¢ofâ€šÃ„Ã¶â šÃ‘â šâ¢War Over 8 Rare Stamps | True | By David Binder | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/mca-plans-to-add-new-times-to-list.html | MCA Plans to Add New Times to List | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/carper-denies-helms-won-badge-of-honor-in-commenting-on-conviction.html | CARTER DENIES HELMS WON â€šÃ„Ã¶â šÃ‘â šâ‰¤BADGE OF HONORâ€šÃ„Ã¶â šÃ‘â šÂ¥ | True | By James T. Wooten Special to The New York Times | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-at-the-movies-genevieve-bujold-on-love-marriage.html | At the Movies | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/a-stolen-14thcentury-altarpiece-is-recovered-and-suspect-is-held.html | A Stolen 14thâ€šÃ„Ã¶â šÃ‘â šâ¢Century Altarpiece Is Recovered and Suspect Is Held | True | By Farnsworth Fowle | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-tips-on-tickets.html | Tips on Tickets | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/ford-sets-changes-at-northern-division-company-divides-into-2.html | FORD SETS CHANGES AT NORTHERN DIVISION | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-television.html | Television | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/canada-confirms-widespread-breakins-by-mounties.html | Canada Confirms Widespread Breakâ€šÃ„Ã¶â šÃ‘â šâ¢Ins by Mountiesâ€šÃ„Ã¶â šÃ‘â šÂ¥ | True | By Robert Trumbull | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/weeks-car-production-is-expected-to-decline.html | WEEK'S CAR PRODUCTION IS EXPECTED TO DECLINE | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/as-philippine-truce-fails-end-of-moslem-revolt-appears-far-off.html | As Philippine Truce Fails, End of Moslem Revolt Appeais Far Off | True | By Fox Butterfield | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/nyra-seeking-return-to-sunday-racing.html | N.Y. R. A. Seeking Return to Sunday Racing | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-publishing-boll-und-grass.html | Publishing: Boll and Grass | True | By Herbert Mitgang | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/vietnam-veterans-and-elders-split-by-difference-in-values-many.html | Vietnam Veterans and Elders Split by Difference in Values | True | By Robert Lindsey | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/cellar-in-albany-yields-vintage-treasure-albany-cellar-yields-rare.html | Cellar in Albany Yields a Vintage Treasure | True | By Frank J. Prial | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/senate-inquiry-ends-on-genetic-research-no-action-is-expected-this.html | SENATE INQUIRY ENDS ON GENETIC RESEARCH | True | By Harold M. Schmeck Jr. | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/reserve-report.html | Reserve Report | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/carter-urges-arabs-to-join-witn-egypt-and-go-to-geneva-calls-for.html | CARTER URGES ARABS TO JOIN WITH EGYPT AND GO TO GENEVA | True | By Bernard Gwertzman | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/veterans-day-75314713.html | VETERANS DAY | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/issue-and-debate-humphreyhawkins-bill-move-for-compromise-grows.html | Issue and Debate | True | By Jerry Flint | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-art-people.html | Art People | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/job-reclassifying-set-in-new-york-city-titles-of-30000-clerical.html | JOB RECLASSIFYING SET IN NEW YORK CITY | True | By Edith Evans Asbury | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-weekend-movie-clock.html | WEEKEND MOVIE CLOCK | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-books-watching-our-words.html | Books: Watching Our Words | True | By Thomas Lask | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/626-blacks-seized-in-south-africa-raid-198-schoolchildren-among.html | 626 BLACKS SEIZED IN SOUTH AFRICA RAID | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/retail-store-sales-up-11.html | Retail Store Sales Up 11% | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/news-summary.html | News Summary | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/shippingmails.html | Shipping/Mails | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/rains-continue-to-disrupt-state-damages-estimated-at-75-million.html | Rains Continue to Disrupt State; Damages Estimated at $75 Million | True | By Lena Williams | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/expolice-official-guilty-of-perjury-a-now-retired-deputy-inspector.html | EXâ€šÃ„Â¶â€šÃ'â€šâ"¢POLICE OFFICIAL GUILTY OF PERJURY | True | By Leslie Maitland | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/cellar-in-albany-yields-a-vintage-treasure-albany-cellar-yields.html | Cellar in Albany Yields a Vintage Treasure | True | By Frank J. Prial | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/coffee-groups-quietly-influence-us-price-pacts-house-unit-told.html | Coffee Groups Quietly Influence U.S. Price Pacts, House Unit Told | True | By Michael C. Jensen | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/credit-suisse-levy-set-at-28-million-credit-suisse-is-told-to-pay.html | Credit Suisse Levy Set at $28 Million | True | By Victor Lusinchi Special to The New York Times | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/protest-for-inquiry-in-teamster-death-disrupts-san-juan.html | Protest for Inquiry In Teamster Death Disrupts San Juan | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/lodi-wading-out-of-worst-flood-in-years.html | Lodi Wading Out of Worst Flood in Years | True | By Robert Mcg. Thomas Jr. Special to The New York Times | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/commodity-spot-price-index-rose-to-2041-from-2031-a-week-ago.html | Commodity Spot Price Index Rose To 204.1 From 203.1 a Week Ago | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-events-and-openings.html | Events and Openings | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/sun-beam.html | Sunbeam | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-mime-houle-and-wibaux.html | Mime: Houle and Wibaux | True | By Anna Kisselgoff | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-radio.html | Radio | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/andrew-mellons-drawing-room-is-the-first-target-as-the-renovation.html | Andrew Mellon's Drawing Room Is the First Target as the Renovation of Capital Mansion Begins | True | By Marjorie Hunter Special to The New York Times | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/jewish-units-award-goes-to-michael-burke.html | Jewish Unit's Award Goes to Michael Burke | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-womens-foot-race-set-for-central-park.html | Women's Foot Race Set For Central Park | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/kochs-narrowed-win.html | Koch's Narrowed Win | True | By Douglas E. Schoen and Mark J. Penn | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/us-captures-wightman-cup.html | U.S. Captures Wightman Cup | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/merrill-fined-16-million-by-sec-merrill-fined-16-million-by-sec.html | Merrill Fined $1.6 Million by S.E.C. | True | By Judith Miller | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-opera-met-offers-solid-traviata.html | Opera: Met Offers Solid â€šÃ„¶â€šÃ‚â€šâ€°Traviataâ€šÃ„¶â€šÃ‚â€šÃ‚Â¥ | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/the-new-york-post-is-rejoining-publishers-association-for-city.html | The New York Post Is Rejoining Publishers Association for City | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/article-1-no-title.html | The Economic Scene | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/william-r-macdonald-52-aided-in-us-mapping-of-the-antarctic.html | William R. MacDonald, 52; Aided In U.S. Mapping of the Antarctic | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-nancy-hanks-honored-for-arts-role.html | Nancy Hanks Honored for Arts Role | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-tv-weekend.html | TV WEEKEND | True | By John J. O'Connor | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/rise-reported-in-week-for-heating-oil-stocks.html | RISE REPORTED IN WEEK FOR HEATING OIL STOCKS | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/beame-will-accept-carters-job-offer-to-meet-with-president-today-on.html | BERME WILL ACCEPT CARTER'S JOB OFFER | True | By Richard J. Meislin | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/koch-to-seek-end-of-water-board.html | Koch to Seek End of Water Board | True | By Charles Kaiser | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/an-interim-constitution-announced-in-thailand.html | AN INTERIM CONSTITUTION ANNOUNCED IN THAILAND | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/ban-on-radioactive-waste-urged.html | Ban on Radioactive Waste Urged | True | By Matthew L. Wald | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/dow-soars-1412-to-83255-in-best-rise-in-over-a-year-gains-top-drops.html | Dow Soars 14.12 to 832.55 In Best Rise in Over a Year | True | By Alexander R. Hammer | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/soviet-foreign-trade-chief-meets-with-carter-on-economic-relations.html | Soviet Foreign Trade Chief Meets With Carter on Economic Relations | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/the-hollow-promise-of-humphreyhawkins.html | The Hollow Promise of Humphreyâ€šÃ„Ã¶âˆšÃ‘âˆšâ‚¢Hawkins | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/us-raises-corn-crop-estimate-1.html | U.S. Raises Corn Crop Estimate 1% | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/lebanese-deny-their-village-was-military-site.html | Lebanese Deny Their Village Was Military Site | True | By Marvine Howe | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/rains-continue-to-disrupt-residents-in-new-york-carey-asks-us-aid.html | Rains Continue to Disrupt Residents in New York; Carey Asks U.S. Aid for Those in Flooded Sections | True | By Lena Williams | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/us-ski-team-feted-twice.html | U.S. Ski Team Feted Twice | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/dollar-up-in-europe-down-in-new-york-gold-loses-ground.html | Dollar Up in Europe, Down in New York; Gold Loses Ground | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/pro-football-statistics.html | Pro Football Statistics | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/advertising-problems-bedeviling-publishing-empire.html | Advertising | True | By Philip H. Dougherty | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/steven-sheresky-marries-marcia-coker-in-new-york.html | Steven Sheresky Marries Marcia Coker in New York | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/islanders-scoring.html | Islandersâ€šÃ„Ã¶âˆšÃ‘âˆšÂ¥ Scoring | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/indiana-commuters-train-buffs-and-daytrippers-think-they-can-save.html | Indiana Commuters, Train Buffs and Dayâ€šÃ„Ã¶âˆšÃ‘âˆšâ‚¢Trippers Think They Can Save Little Engine That Couldn't | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/mosso-and-morgan-are-named-to-accounting-standards-board.html | Mosso and Morgan Are Named To Accounting Standards Board | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/dr-harold-r-connelly-sr.html | DR. HAROLD R. CONNELLY SR. | True | | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Effective Date | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/people-and-business-white-weld-officers-shifted-as-wonham-quits-as.html | People and Business | True | | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/the-burnscarter-policy-rift.html | The Burns■■■■■■Carter Policy Rift | True | By Clyde H. Farnsworth | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/management-helping-the-transferred-employee.html | Management | True | By Elizabeth M. Fowler | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/transcript-of-the-presidents-news-conference-on-foreign-and.html | Transcript of the President's News Conference on Foreign and Domestic Matters | True | | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/wild-elephants-didnt-keep-them-out.html | Wild Elephants Didn't Keep Them Out | True | By Judy Klemesrud | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-bridge-major-titles-in-manila-play-won-by-india.html | Bridge: | True | By Alan Truscoit | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/now-it-is-the-cities-turn.html | Now, It Is The Cities■■■■■■ Turn | True | By John B. Oakes | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/paying-a-debt-to-some-veterans.html | Paying a Debt to (Some) Veterans | True | | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/sports-news-briefs-favored-pressing-date-scores-at-meadowlands-miss.html | Sports News Briefs | True | | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/many-homes-lacked-insurance-easy-to-obtain-in-recent-floods.html | Many Homes Lacked Insurance, Easy to Obtain, in Recent Floods | True | By Martin Waldron | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/aleksei-i-lukovets-soviet-editor-led-the-daily-sovetskaya-rossiya.html | Aleksei I. Lukovets, Soviet Editor; Led the Daily Sovetskaya Rossiya | True | | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/spains-airports-face-strike.html | Spain's Airports Face Strike | True | | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-music-thomson-satie-and-calder-at-beacon.html | Music: Thomson, Satie And Calder at Beacon | True | By Donal Henahan | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/austrian-businessman-kidnapped.html | Austrian Businessman Kidnapped | True | By Paul Hofmann | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/bolivians-advance-date-of-elections-military-chief-says-voting-will.html | BOLIVIANS ADVANCE DATE OF ELECTIONS | True | By David Vidal | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/un-panel-urges-sports-boycott.html | U.N. Panel Urges Sports Boycott | True | | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/around-the-nation-court-bars-move-to-oust-new-orleans-candidate.html | Around the Nation | True | | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/islanders-bow-to-aroused-canadiens-51-islanders-bow-to-canadiens-51.html | Islanders Bow To Aroused Canadiens, 5■■■■■■1 | True | By Parton Keese | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/slumping-celtics-send-havlicek-37-to-bench.html | Slumping Celtics Send Havlicek, 37, to Bench | True | By Sam Goldaper | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/3-wounded-in-gunfight-through-crowded-irt-train.html | 3 Wounded in Gunfight Through Crowded IRT Train | True | By M. A. Farber | | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/24-young-inmates-at-rikers-capture-van-in-escape-try.html | 24 Young Inmates At Rikers Capture Van in Escape Try | True | By Rudy Johnson | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/diplomats-in-cairo-report-us-shift-on-geneva-talks.html | Diplomats in Cairo Report U.S. Shift on Geneva Talks | True | By Christopher S. Wren | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/record-set-in-shooting.html | Record Set in Shooting | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/leningrad-revolutions-cradle-now-seems-rigid-in-spirit.html | Leningrad, Revolution's Cradle, Now Seems Rigid in Spirit | True | By Craig R. Whitney | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/meadowlands.html | Meadowlands | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/democrat-loses-in-greenwich.html | Democrat Loses in Greenwich | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/2-sides-in-dock-strike-may-negotiate-today-management-unit-meets-on.html | 2 SIDES IN DOCK STRIKE MAY NEGOTIATE TODAY | True | BY Damon Stetson | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/byrne-is-commuting-teacher-sentences-says-107-ordered-to-jail-in.html | BYRNE IS COMMUTING TEACHER SENTENCES | True | By Donald Janson | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/police-increase-efforts-to-catch-brooklyn-rapist.html | POLICE INCREASE EFFORTS TO CATCH BROOKLYN RAPIST | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/red-army-suspects-held.html | Red Army Suspects Held | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/robot-phone-stirs-jitters-and-attempts-to-corral-it-robot-phone.html | Robot Phone Stirs Jitters And Attempts to Corral It | True | By N. R. Kleinfield | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-bond-issues.html | New Bond Issues | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/companies-issue-earnings-reports.html | Companies Issue Earnings Reports | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-restaurants-italian-return-visit-and-a-spanish.html | Restaurants | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/moodys-is-only-key-for-city-notebuyers.html | Moody's Is Only Key For City Noteâ€šÃ„Â¶â€šÃ‘â€šÃ¢â€žÂ¢Buyers | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/harmony-goal-after-election-a-friendly-legislature-viewed-as-byrnes.html | Harmony Goal After Election | True | By Joseph F. Sullivan Special to The New York Times | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/article-2-no-title.html | Article 2 â€šÃ„Â¶â€šÃ‘â€šÃ¢â€žÂ¢â€šÃ„Â¶â€šÃ‘â€šÃ¢â€žÂ¢ No Title | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/patriarch-david-of-soviet-georgia-head-of-orthodox-church-was-74.html | Patriarch David of Soviet Georgia; Head of Orthodox Church Was 74 | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/michaels-angered-by-todd-and-jet-doctor-michaels-irked-by-todd-and.html | Michaels Angered by Todd and Jet Doctor | True | By Gerald Eskenazi | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/israellebanon-border-quiet-again.html | Israelâ€šÃ„Â¶â€šÃ‘â€šÃ¢â€žÂ¢Lebanon Border Quiet Again | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/president-says-hes-not-a-critic-of-burns-policy.html | President Says He's Not a Critic Of Burns Policy | True | By Charles Mohr | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/the-burnscarter-policy-rift-economic-criticism-registering-with.html | The Burnsâ€šÃ„Â¶â€šÃ‘â€šÃ‚â€šÃ‘â€šÃ‚Â¢Carter Policy Rift | True | By Clyde H. Farnsworth | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/lodi-nj-residents-wade-out-of-worst-flood-it-had-in-years.html | Lodi, N.J., Residents Wade Out Of Worst Flood It Had in Years | True | By Robert Mcg. Thomas Jr. | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/vatican-denounces-bombing.html | Vatican Denounces Bombing | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/deaths.html | Deaths | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-violinist-74-still-going-strong.html | Violinist, 74, Still Going Strong | True | By Joseph Horowitz | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/connecticut-seeks-tune-to-strike-the-right-chord-as-the-state-song.html | Connecticut Seeks Tune to Strike The Right Chord as the State Song | True | By Lawrence Fellows | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-art-the-plight-of-the-portrait.html | Art: The Plight Of the Portrait | True | By Vivien Raynor | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/yale-calls-last-bluecollar-offer-final.html | Yale Calls Last Blueâ€šÃ„Â¶â€šÃ‘â€šÃ‚â€šÃ‘â€šÃ‚Â¢Collar Offer â€šÃ„Â¶â€šÃ‘â€šÃ‚â€šÃ‘â€šÃ‚â€°Finalâ€šÃ„Â¶â€šÃ‘â€šÃ‚â€šÃ‘â€šÃ‚Â¥ | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/steve-cady-racings-unwanted-opportunity.html | Steve Cady | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/trainmen-threaten-a-strike-on-lirr-on-monday.html | Trainmen Threaten a Strike on L.I.R.R. on Monday | True | By Eric Pace | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-broadway-alfred-de-liagre-jr-with-deathtrap-is.html | Broadway | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/world-news-briefs-seven-us-senators-visit-torrijoss-home-associated.html | World News Briefs | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/letters.html | Letters | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/holland-tunnel-on-eve-of-50th-birthday-is-still-packing-them-in.html | Holland Tunnel, on Eve of 50th Birthday, Is Still Packing Them In | True | By David Bird | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/rockwell-net-up-156-for-quarter.html | Rockwell Net Up 15.6% for Quarter | True | By Clare M. Reckert | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/yales-last-hurdle-to-ivy-title-harvard-bigger-than-statistics-show.html | Yale's Last Hurdle to Ivy Title (Harvard) Bigger Than Statistics Show | True | By Deane McGowen | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/arthur-levitt-jr-named-amex-chief-to-succeed-kolton-will-become.html | ARTHUR LEVITT JR. NAMED AMEX CHIEF TO SUCCEED KOLTON | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-art-asger-jorn-prisoner-of-time.html | Art: Asger Jorn, Prisoner of Time | True | By Hilton Kramer | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-now-in-new-york.html | Now In New York | True | | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/notes-on-people.html | Notes on People | True | | | | B 265157 | | |

| Digital Date | Print Date | URL | Headline | Archive | Byline | Registration Effective Date | Registration Number | Original Registration Numbers | Secondary Registration Effective Date | Secondary Original Registration Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/prices-move-ahead-in-wheat-futures-corn-and-soybeans-are-mixed-as.html | PRICES MOVE AHEAD IN WHEAT FUTURES | True | By James J. Nagle | | | B 265157 | | |
| 1977-11-11 | 1977-11-11 | https://www.nytimes.com/1977/11/11/archives/new-jersey-weekly-music-deft-piano-effort-by-bennett-lerner.html | Music: Deft Piano Effort by Bennett Lerner | True | | | | B 265157 | | |