UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195-SHS |

**Exhibits F1-F35
(nyt-1979-1980-Part1 to nyt-1981-1982-Part17)
The New York Times Company's First Amended Complaint**

　　　　　　　　　　　*/s/ Ian Crosby*
　　　　　　　　　　　Ian Crosby *(pro hac vice)*
　　　　　　　　　　　Genevieve Vose Wallace *(pro hac vice)*
　　　　　　　　　　　Katherine M. Peaslee *(pro hac vice)*
　　　　　　　　　　　SUSMAN GODFREY L.L.P.
　　　　　　　　　　　401 Union Street, Suite 3000
　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　Telephone: (206) 516-3880
　　　　　　　　　　　Facsimile: (206) 516-3883
　　　　　　　　　　　icrosby@susmangodfrey.com
　　　　　　　　　　　gwallace@susmangodfrey.com
　　　　　　　　　　　kpeaslee@susmangodfrey.com

　　　　　　　　　　　Davida Brook *(pro hac vice)*
　　　　　　　　　　　Emily K. Cronin *(pro hac vice)*
　　　　　　　　　　　Ellie Dupler *(pro hac vice)*
　　　　　　　　　　　SUSMAN GODFREY L.L.P.
　　　　　　　　　　　1900 Ave of the Stars, Suite 1400
　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　Telephone: (310) 789-3100

1

Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
edupler@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Tamar Lusztig (5125174)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collings (4985602)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
scollins@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*