UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Case No. 1:23-cv-11195-SHS-OTW |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' PARTIAL MOTIONS TO DISMISS (DKTS. 51, 64)**

Plaintiff The New York Times Company ("The Times"), by and through counsel, respectfully submits this Notice of Supplemental Authority to apprise the Court of a recent order that supports The Times's opposition to the OpenAI Defendants' partial motion to dismiss (Dkt. 51) as well as Microsoft's partial motion to dismiss (Dkt. 64).

On August 12, 2024, the Court in *Anderson v. Stability AI LTD et al.*, No. 23-cv-00201 (N.D. Cal.) denied defendants' motions to dismiss plaintiffs' claim for induced copyright infringement. *See* Order Granting in Part and Denying in Part Motions to Dismiss First Amended Complaint, Dkt. 223 at 7-9 (attached hereto as Exhibit 1). Specifically, the Court credited plaintiffs' allegations that defendants' AI product "is built to a significant extent on copyrighted works and that the way the product operates necessarily invokes copies or protected elements of those works." *Id.* at 9. It was therefore "plausible" to infer that "operation" of the product by "end users creates copyright infringement" and that, unlike the VCR, the defendants' product "was created to facilitate that infringement by design." *Id.*

1

This analysis is relevant to The Times's contributory infringement claim, which addresses circumstances in which "an end-user may be liable as a direct infringer based on output of GPT-based products." FAC ¶ 179; see also FAC ¶ 101 ("[T]hese examples represent a small fraction of Times Works whose expressive contents have been substantially encoded within the parameters of the GPT series of LLMs."). Both Defendants have moved to dismiss The Times's contributory infringement claim. Dkt. 52 at 15; Dkt. 65 at 9-10. Microsoft argued that "The Times's contributory infringement theory thus fails on the very same basis the challenge to the VCR failed four decades ago." Dkt. 65 at 10.

Dated: August 14, 2024                          Respectfully Submitted,

                                                By:  /s/ Ian Crosby

                                                Ian Crosby (pro hac vice)
                                                Genevieve Vose Wallace (pro hac vice)
                                                Katherine M. Peaslee (pro hac vice)
                                                SUSMAN GODFREY L.L.P.
                                                401 Union Street, Suite 3000
                                                Seattle, WA 98101
                                                Telephone: (206) 516-3880
                                                Facsimile: (206) 516-3883
                                                icrosby@susmangodfrey.com
                                                gwallace@susmangodfrey.com
                                                kpeaslee@susmangodfrey.com

                                                Davida Brook (pro hac vice)
                                                Emily K. Cronin (pro hac vice)
                                                Ellie Dupler (pro hac vice)
                                                SUSMAN GODFREY L.L.P.
                                                1900 Ave of the Stars, Suite 1400
                                                Los Angeles, CA 90067
                                                Telephone: (310) 789-3100
                                                Facsimile: (310) 789-3150
                                                dbrook@susmangodfrey.com
                                                ecronin@susmangodfrey.com
                                                edupler@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Tamar Lusztig (5125174)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collings (4985602)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile (713) 654-6666
scollings@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*