UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                              Plaintiff,<br><br>         v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                              Defendants. | Case No. 1:23-cv-11195-SHS-OTW |

**OPENAI DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF MOTION TO DISMISS**

Defendants Open AI, Inc., OpenAI L.P., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, "OpenAI"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports Defendants' pending Motion to Dismiss (Dkt. 51).

On August 12, 2024, in *Andersen, et al. v. Stability AI LTD., et al.*, No. 23-cv-00201 (N.D. Cal.), the United States District Court for the Northern District of California granted Stability AI's motion to dismiss the claim under Section 1202(b) of the Digital Millenium Copyright Act ("DMCA") with prejudice "[b]ecause there are no allegations that any output from [Stability AI's product] was identical to a plaintiff's work." *See* Order Granting in Part and Denying in Part Motions to Dismiss First Amended Complaint, *Andersen*, No. 23-cv-00201, Dkt. 223 at 13 (attached hereto as Exhibit 1). In so holding, the Court reasoned that "Section 1202(b) claims require that copies be 'identical'" and "allegations stat[ing] that output[s]" from the product are "modification[s] of . . . licensed works, as opposed to an 'identical copy' . . . effectively plead[]" a plaintiff out of a Section 1202(b) claim. *Id.* at 12 (quoting *Doe 1 v. GitHub, Inc.*, No. 22-CV-06823, 2024 WL 235217, at *8 (N.D. Cal. Jan. 22, 2024)).

1

The Court's decision in *Andersen* is relevant to OpenAI's pending Motion to Dismiss the Times's DMCA claim "because the outputs alleged in the Complaint are not wholesale copies of entire Times articles." Dkt. 52 at 20. The Times argued that "[w]hether the outputs are 'wholesale copies of entire Times articles' is irrelevant." Dkt. 73 at 19 (quoting Dkt. 52. at 20).

Dated: August 15, 2024							Respectfully Submitted,

By: /s/ *Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
   Andrew M. Gass (*pro hac vice*)
    andrew.gass@lw.com
   Joseph R. Wetzel
    joseph.wetzel@lw.com
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
   Telephone: 415.391.0600

   Sarang V. Damle
    sy.damle@lw.com
   Elana Nightingale Dawson (*pro hac vice*)
    elana.nightingaledawson@lw.com
   555 Elevenths Street, NW, Suite 1000
   Washington, D.C. 20004
   Telephone: 202.637.2200

   Allison L. Stillman
    alli.stillman@lw.com
   Luke A. Budiardjo
    luke.budiardjo@lw.com
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: 212.906.1200

By: /s/ *Vera Ranieri*

**MORRISON & FOERSTER LLP**
   Joseph C. Gratz (*pro hac vice*)
    jgratz@mofo.com
   Vera Ranieri (*pro hac vice*)[*]
    vranieri@mofo.com
   425 Market Street
   San Francisco, CA 94105
   Telephone: 415.268.7000

   Allyson R. Bennett (*pro hac vice*)
    abennett@mofo.com
   Rose S. Lee (*pro hac vice*)
    roselee@mofo.com
   Eric K. Nikolaides
    enikolaides@mofo.com
   707 Wilshire Boulevard, Suite 6000
   Los Angeles, CA 90017-3543
   Telephone: 213.892.5200

By: /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
  Robert A. Van Nest (*pro hac vice*)
    *rvannest@keker.com*
  Paven Malhotra*
    *pmalhotra@keker.com*
  Michelle S. Ybarra (*pro hac vice*)
    *mybarra@keker.com*
  Nicholas S. Goldberg (*pro hac vice*)
    *ngoldberg@keker.com*
  Thomas E. Gorman (*pro hac vice*)
    *tgorman@keker.com*
  Katie Lynn Joyce (*pro hac vice*)
    *kjoyce@keker.com*
  Sarah Salomon (*pro hac vice*)
    *ssalomon@keker.com*
  R. James Slaughter (pro hac vice)
    *rslaughter@keker.com*
  633 Battery Street
  San Francisco, CA 94111-1809
  Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*

---

* All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.