**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>Defendants. | No. 1:23-cv-11195-SHS-OTW |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Section IV of this Court's Individual Practices in Civil Cases, OpenAI Defendants ("OpenAI") seek leave to file under seal certain portions of their concurrently filed response to Plaintiff's Letter Motion to Compel the addition of seventeen OpenAI custodians. For the reasons stated in OpenAI's accompanying memorandum of law, which is also submitted in support of OpenAI's Response to Plaintiff's Motion for Leave to File Under Seal, and articulated in more detail in the supporting declaration, OpenAI respectfully requests the Court grant its motion for leave to file under seal.

Dated:  August 15, 2024                           Respectfully Submitted,

By: /s/ *Michelle S. Ybarra*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
 rvannest@keker.com
Paven Malhotra
 pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
 mybarra@keker.com

    Nicholas S. Goldberg (*pro hac vice*)
     ngoldberg@keker.com
    Thomas E. Gorman (*pro hac vice*)
     tgorman@keker.com
    Katie Lynn Joyce (*pro hac vice*)
     kjoyce@keker.com
    Sarah Salomon (*pro hac vice*)
     ssalomon@keker.com
    R. James Slaughter (pro hac vice)
     rslaughter@keker.com
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone: 415.391.5400

    Respectfully Submitted,

By: /s/ *Joseph R. Wetzel*
    **LATHAM & WATKINS LLP**
    Andrew M. Gass (*pro hac vice*)
    *andrew.gass@lw.com*
    Joseph R. Wetzel
    *joseph.wetzel@lw.com*
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: 415.391.0600

    Sarang V. Damle
    *sy.damle@lw.com*
    Elana Nightingale Dawson (*pro hac vice*)
    *elana.nightingaledawson@lw.com*
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Telephone: 202.637.2200

    Allison L. Stillman
    *alli.stillman@lw.com*
    Luke A. Budiardjo
    *luke.budiardjo@lw.com*
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: 212.906.1200

By: /s/ *Vera Ranieri*
**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
*jgratz@mofo.com*
Vera Ranieri (*pro hac vice*)
*vranieri@mofo.com*
425 Market Street
San Francisco, CA 94105 Telephone: 415.268.7000

Allyson R. Bennett (*pro hac vice*)
*abennett@mofo.com*
Rose S. Lee (*pro hac vice*)
*roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200

Eric K. Nikolaides
*enikolaides@mofo.com*
250 West 55th St.
New York, NY 10019-9601
Telephone: 212.468.8000

*Attorneys for OpenAI Defendants*