**VIA ECF**

June 17, 2025

Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl St., Room 24A
New York, NY 10007-1312

RE:   *In re OpenAI Copyright Litigation*, 25-md-3143 (SHS) (OTW)

Dear Judge Stein:

      Pursuant to this Court's May 22, 2025 Case Management Order, the parties in the above-referenced case submit the attached Joint [Proposed] Case Schedule. The parties have agreed on all the proposed dates except for three dates marked in **bold red text** in the attached document.

| | |
|---|---|
| June 17, 2025 | Respectfully submitted, |
| | */s/ Steven Lieberman*<br>Steven Lieberman<br>Rothwell Figg Ernst & Manbeck, P.C.<br>*On behalf of News Plaintiffs* |
| | */s/ Justin Nelson*<br>Justin Nelson<br>Susman Godfrey L.L.P.<br>*On behalf of Class Plaintiffs* |
| | */s/ Paven Malhotra*<br>Paven Malhotra<br>Keker, Van Nest & Peters LLP<br>*On behalf of OpenAI* |
| | */s/ Jared Briant*<br>Jared Briant<br>Faegre, Drinker, Biddle & Reath LLP<br>*On behalf of Microsoft* |

cc: All Counsel of Record (via ECF)