UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE NEW YORK TIMES COMPANY,

        Plaintiff,

        v.

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,

        Defendants.

------------------------------------------------------- X

No. 1:23-cv-11195-SHS

## DECLARATION OF ANDREW L. PERITO
### IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Andrew L. Perito, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I submit this Declaration in support of the motion to admit me *pro hac vice* before the United States District Court for the Southern District of New York to represent Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OPCO LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC in the above-captioned action.

2. I am a member in good standing at the bar of the state of California. A true and correct copy of my certificate of good standing issued by the Supreme Court of California within the past 30 days is attached hereto. There are no pending disciplinary proceedings against me in any state or federal court.

3. Pursuant to Local Rule 1.3(c), I state:

    a. I have never been convicted of a felony;

sf-6091922

    b.  I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

    c.  There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 15, 2024

_____
Andrew L. Perito

Sworn and subscribed to before
me this 15th day of August, 2024.

_____
Notary Public

DARA LEWIS
Notary Public - California
Solano County
Commission # 2482102
My Comm. Expires Feb 17, 2028

-2-

sf-6091922