UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE NEW YORK TIMES COMPANY,                             :
                                                        :   No. 1:23-cv-11195-SHS
        Plaintiff,                                    :
                                                        :
        v.                                            :
                                                        :
MICROSOFT CORPORATION, OPENAI,                          :
INC., OPENAI LP, OPENAI GP, LLC,                        :
OPENAI, LLC, OPENAI OPCO LLC,                           :
OPENAI GLOBAL LLC, OAI                                  :
CORPORATION, LLC, and OPENAI                            :
HOLDINGS, LLC,                                        X
                                                        
        Defendants.

---------------------------------------------------------

# ORDER GRANTING ADMISSION OF ANDREW L. PERITO *PRO HAC VICE*

    The motion of Andrew L. Perito for admission to practice *pro hac vice* in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

    Andrew L. Perito
    Morrison & Foerster LLP
    425 Market Street
    San Francisco, CA 94105-2482
    Telephone: 415.268.7000
    Facsimile: 415.268.7522
    aperito@mofo.com

    Applicant having requested admission *pro hac vice* appear for all purposes as counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OPCO LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC in the above-entitled action:

sf-6091923

IT IS HEREBY ORDERED that Applicant admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
UNITED STATES DISTRICT JUDGE

sf-6091923