**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>Hon. Sidney H. Stein<br><br>**DECLARATION OF CHRISTOPHER S. SUN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

2770974

I, Christopher S. Sun, pursuant to 28 U.S.C § 1746, declare under penalty of perjury as follows:

1.      I am a member of the law firm of Keker, Van Nest & Peters LLP.

2.      I submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3.      I have been a member in good standing of the Bar of the State of California since April 19, 2016.

4.      I attach a Certificate of Good Standing from the State of California, which was issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice.*

5.      I have never been convicted of a felony or been the subject of any criminal conviction.

6.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.      I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *Pro Hac Vice* in this one case on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  August 19, 2024


                                      */s/ Christopher S. Sun*
                                      CHRISTOPHER S. SUN

2770974