# EXHIBITS 3-10

# FILED UNDER SEAL