**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

AUTHORS GUILD, et al.,

                Plaintiffs,

                -against-

OPENAI INC., et al.,

                Defendants.

23-cv-8292 (SHS) (OTW)

And Consolidated Cases:
23-cv-10211 (SHS) (OTW)
24-cv-84 (SHS) (OTW)

**SCHEDULING ORDER**

----------------------------------------------------------------x

THE NEW YORK TIMES COMPANY.,

                Plaintiff,

                -against-

MICROSOFT CORPORATION, et al.,

                Defendants.

23-cv-11195 (SHS) (OTW)

**SCHEDULING ORDER**

----------------------------------------------------------------x

DAILY NEWS, LP, et al.,

                Plaintiffs,

              -against-

MICROSOFT CORPORATION, et al.,

              Defendants.

24-cv-3285 (SHS) (OTW)

**SCHEDULING ORDER**

----------------------------------------------------------------x

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>                    Plaintiff,<br><br>           -against-<br><br>OPENAI, INC., et al.,<br><br>                    Defendants. | 24-cv-4872 (SHS) (OTW)<br><br>**SCHEDULING ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 78, 107, 138, 143, 147, 164, 169, and 189, filed in the consolidated cases under Index No. 23-cv-8292 (SHS) (OTW), and ECF 86, 124, 128, 141, 152, 204, and 221, filed in Index No. 23-cv-11195 (SHS) (OTW).

The parties' requests for a conference are **GRANTED**. The Court will hold an **In-Person Status Conference on Thursday, September 12, 2024 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a joint proposed agenda that identifies the specific motions, by ECF number, that the parties wish to address and that they believe can be closed during the conference by **Monday, September 9, 2024.**

The Clerk of Court is respectfully directed to close ECF Nos. 78, 138, 147, and 189 for case number 23-cv-8292, and ECF Nos. 86, 128, and 141 for case number 23-cv-11195.

**SO ORDERED.**

Dated: August 28, 2024  
New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge