**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE NEW YORK TIMES COMPANY,

      Plaintiff,

      v.

MICROSOFT CORPORATION, OPENAI, INC.,
OPENAI LP, OPENAI GP, LLC, OPENAI, LLC,
OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, OPENAI HOLDINGS,
LLC,

      Defendants.

No. 1:23-cv-11195-SHS-OTW

### DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Section IV of this Court's Individual Practices in Civil Cases, OpenAI

Defendants ("OpenAI") seek leave to file under seal the following documents:

- Limited portions of OpenAI's concurrently filed response to Plaintiff's Letter Motion to Compel application of additional search terms that reference confidential materials;

- Limited portions of Exhibit A to OpenAI's response to Plaintiff's Letter Motion to Compel, comprising an annotated spreadsheet of search terms requested by Plaintiff and OpenAI's objections to those search terms; and

- Limited portions of Exhibit E to OpenAI's response to Plaintiff's Letter Motion to Compel, comprising the Declaration of Jeff Lewis.

For the reasons stated in OpenAI's accompanying memorandum of law, which is also submitted

in support of OpenAI's Response to Plaintiff's Motion for Leave to File Under Seal (Dkt. No.

227), and articulated in more detail in the supporting declaration, OpenAI respectfully requests

the Court grant its motion for leave to file under seal.

Dated:  August 30, 2024                    Respectfully Submitted,

By:  /s/ *Vera Ranieri*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
*jgratz@mofo.com*
Andrew L. Perito (*pro hac vice*)
*aperito@mofo.com*
Vera Ranieri (*pro hac vice*)
*vranieri@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Allyson R. Bennett (*pro hac vice*)
*abennett@mofo.com*
Rose S. Lee (*pro hac vice*)
*roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3503
Telephone: 213.892.5200

Eric K. Nikolaides
*enikolaides@mofo.com*
250 West 55th St.
New York, NY 10019-9601
Telephone: 212.468.8000

By:  /s/ *Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
*andrew.gass@lw.com*
Joseph R. Wetzel
*joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
*sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004

Telephone: 202.637.2200

Allison L. Stillman
*alli.stillman@lw.com*
Luke A. Budiardjo
*luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

By:  /s/ *Michelle S. Ybarra*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
*rvannest@keker.com*
Paven Malhotra
*pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
*mybarra@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
*ngoldberg@keker.com*
Thomas E. Gorman (*pro hac vice*)
*tgorman@keker.com*
Katie Lynn Joyce (*pro hac vice*)
*kjoyce@keker.com*
Sarah Salomon (*pro hac vice*)
*ssalomon@keker.com*
R. James Slaughter (*pro hac vice*)
*rslaughter@keker.com*
Christopher S. Sun (*pro hac vice*)
*csun@keker.com*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*