# EXHIBIT 1

~~FILED UNDER SEAL~~

# PUBLIC REDACTED VERSION

| | The Times's Proposed Search Terms | Total Documents Hit by Term Including Families | | OpenAI's Initial Search Term Proposal | Total Documents Hit by Term Including Families | | Court's Ruling |
|---|---|---|---|---|---|---|---|
| Unique, De-duplicated Hit Counts for all Terms Combined | | 546,902 | | | 131,601 | | |
| | | | | | | | |
| **Section A: Terms Relating to the Products' Outputs** | | | | | | | |
| 1 | paywall | 861 | | N/A | | | |
| 2 | antiregurg* | 525 | | N/A | | | |
| 3 | regurg* | 86 | | regurg* AND (ChatGPT OR GPT-3.5 OR GPT-3.5T OR "GPT-3.5 turbo" OR GPT-4 OR GPT-4T OR "GPT-4 turbo") AND copyright* | 431 | | |
| 4 | (Bing* w/5 index) OR (search w/5 index) OR (search w/5 result) OR (ranking* w/5 engine) OR ((knowledge OR entity) w/5 graph) OR ((prompt* OR query) w/5 logs) OR (user w/5 (queries OR prompt*)) | 47,148 | | N/A | | | |
| 5 | Retriev* w/15 ("based model" OR knowledge OR document* OR information) | 13,679 | | N/A | | | |
| 6 | (retriev* w/5 augmen*) OR RAG | 69 | | "Retrieval Augmented Generation" | 169 | | |
| 7 | | | | RAG | 1,301 | | |
| 8 | (generat* OR ground* OR synthetic OR semantic OR deriv*) w/25 search* | 16,979 | | N/A | | | |
| 9 | ▮ | 5,277 | | ▮ AND (ChatGPT OR GPT-3.5 OR GPT-3.5T OR "GPT-3.5 turbo" OR GPT-4 OR GPT-4T OR "GPT-4 turbo") | 1,147 | | |
| | | | | | | | |
| **Section B: Terms Related to GenAI and Journalism** | | | | | | | |
| 11 | "NY Times" OR NYT OR "New York Times" OR "The Times" OR "nytimes" OR "The Athletic" OR "theathletic" OR "wirecutter" | 11,572 | | (ChatGPT OR GPT-3.5 OR GPT-3.5T OR "GPT-3.5 turbo" OR GPT-4 OR GPT-4T OR "GPT-4 turbo") w/25 ("New York Times" OR NYTimes OR NYT OR "NY Times") | 1,169 | | |
| 12 | (ethic* w/5 committee) OR (ethic* w/5 audit) OR (ethic* w/5 review) OR "ethic* Team" OR (red w/5 team*) OR "AI impact assessment" OR Aether OR "pre-deployment reviews" OR "stress testing" OR "responsible AI" OR RAI OR "Python Risk Identification Tool" OR PyRIT OR (compliance w/5 audit) OR (compliance w/5 committee) | 28,300 | | N/A | | | |
| 13 | (Traffic OR search* OR clickthrough OR click-through OR "click through" OR CTR) w/25 ("GPT* OR dv3 OR dv-3 OR davinci-3 OR generative OR Bing OR Copilot OR Azure OR genai OR SLM OR Microsoft OR Msft OR Prometheus OR Orchestrat*) | 33,819 | | N/A | | | |
| | | | | | | | |
| **Section C: Terms Relating to The Times's Legal Claims** | | | | | | | |
| 14 | (Concern* OR importan* OR valu* OR need* OR neces* OR "legal" OR "law" OR complain* OR claim OR infring* OR violat* OR right* OR "intellectual property" OR IP) w/50 ("gpt* OR dv3 OR dv-3 OR generative OR genai OR SLM OR Bing OR Copilot OR Azure OR Msft OR Prometheus OR Orchestrat*) | 147,731 | | N/A | | | |
| 15 | Copyright* OR &#169 OR &copy OR DRM OR "digital rights management" OR (fair w/5 use) | 25,747 | | copyright* w/5 (search* OR clearance*) | 63,863 | | |
| 16 | (Trademark* OR TM OR Lanham OR dilut* OR tarnish* OR &#8482 OR &trade OR &#174 OR &reg) w/25 ("gpt* OR dv3 OR generative OR SLM OR Bing OR Copilot OR Azure OR genai OR Microsoft OR Msft) | 1,437 | | N/A | | | |
| 17 | Copy* w/5 Shield | 3 | | N/A | | | |
| 18 | Indemni* | 3,226 | | N/A | | | |
| 19 | ((IP OR "intellectual property" OR copy*) AND (polic* OR procedure* OR practice* OR conduct* OR action* OR guidance* OR guideline* OR SOP OR "standing operating procedure")) w/25 ("gpt* OR dv3 OR dv-3 OR davinci-3 OR generative OR SLM OR Bing OR Copilot OR Azure OR genai OR Microsoft OR Msft OR transformer OR "neural network*" OR "machine learning" OR Prometheus OR Orchestrat*) | 1,045 | | N/A | | | |
| 20 | CMI OR DMCA OR 1202 OR watermark* OR (copyright w/5 management) | 19,492 | | N/A | | | |
| 21 | data w/25 filter* | 18,890 | | (filter* OR mask*) w/10 (train* w/10 (ChatGPT OR GPT-3.5 OR GPT-3.5T OR "GPT-3.5 turbo" OR GPT-4 OR GPT-4T OR "GPT-4 turbo")) | 73 | | |
| 22 | (misuse w/3 detect*) OR (domain w/3 filter) OR (action w/3 monitor*) OR (us* w/3 polic*) | 16,258 | | N/A | | | |
| 23 | (sketchy OR *reliab* OR *trust*) w/15 (data OR content* OR safety OR polic*) | 24,378 | | N/A | | | |
| 24 | (content OR safety OR policy) w/25 (filter* OR mask*) | 17,085 | | N/A | | | |
| | | | | | | | |
| **Section D: Terms Relating to Model Training** | | | | | | | |
| 25 | (*train* OR "fine tun*" OR fine-tun* OR finetun* OR instruct* OR *param* OR corpus OR corpora OR token* OR RLHF OR "proximal policy optimization" OR "data set" OR dataset* OR "test data") w/25 (discriminator OR curricul* OR classif* OR *score* OR frequen* OR contamination* OR duplicat* OR regression* OR cluster* OR feature* OR label* OR attribute* OR categ* OR value* OR variable* OR inference OR distillation OR recipe*) | 221,351 | | book* w/5 (source* OR train* OR data* OR collection) | 21,541 | | |
| 26 | (*train* OR "fine tun*" OR fine-tun* OR finetun* OR instruct* OR *param* OR corpus OR corpora OR token* OR RLHF OR "proximal policy optimization" OR "data set" OR dataset* OR "test data") w/25 (rule* OR guidance* OR weight* OR perplexity OR ROUGE OR F1 OR classif* OR benchmark OR whitelist OR blacklist OR safeguard* OR guardrail* OR quality OR recitation* OR scrap* OR checkpoint) | 130,910 | | See row above | | | |

| | The Times's Proposed Search Terms | | Total Documents Hit by Term Including Families | | OpenAI's Initial Search Term Proposal | Total Documents Hit by Term Including Families | | Court's Ruling |
|---|---|---|---|---|---|---|---|---|
| | **Unique, De-duplicated Hit Counts for all Terms Combined** | | **546,902** | | | **131,601** | | |
| 38 | 27 | data w/10 (clean* OR *process* OR curat* OR select* OR augment* OR sampl* OR gather* OR copy* OR publish*) (CC NOT w/25 (.com OR (To AND BCC))) w/50 (data OR content OR *train* OR dataset* OR *gpt* OR dv3 OR dv-3 OR davinci-3 OR generative OR SLM OR Bing OR Copilot OR genai OR Prometheus OR Orchestrat*) | 71,644 | | N/A | | | |
| 39 | 28 | (train* OR stage* OR layer*) w/5 (learn* OR iteration OR cycle OR batch OR epoch) | 123,352 | | N/A | | | |
| 40 | 29 | | 30,177 | | N/A | | | |
| 41 | 30 | C4 | 13,205 | | N/A | | | |
| 42 | 31 | webtext* OR WT OR WT2 | 5,792 | | webtext | 7,087 | | |
| 43 | 32 | | | | commoncrawl OR "common crawl" | 7,669 | | |
| 44 | 33 | (*gpt* OR dv3 OR dv-3 OR davinci-3 OR generative OR SLM OR Bing OR Copilot OR Azure OR genai OR Prometheus OR Orchestrat*) w/50 (journal* OR news* OR report* OR info* OR knowledge OR article* OR cover* OR syndicat* OR podcast* OR lede OR scoop* OR editorial OR opinion) (impact* w/5 assess*) w/25 (*gpt* OR dv3 OR dv-3 OR davinci-3 OR genai OR generative OR SLM OR Bing OR Copilot OR Azure) | 78,357 | | (ChatGPT OR GPT-3.5 OR GPT-3.5T OR "GPT-3.5 turbo" OR GPT-4 OR GPT-4T OR "GPT-4 turbo") w/25 (journal* OR news*) | 4,255 | | |
| 45 | 34 | (*gpt* OR dv3 OR dv-3 OR davinci-3 OR generative OR SLM OR Bing OR Copilot OR Azure) w/5 | 44 | | N/A | | | |
| 46 | 35 | metric* | 2,512 | | N/A | | | |
| 47 | | | | | | | | |
| 48 | **Section E: Terms Relating to Technical Documentation and Processes** | | | | | | | |
| 49 | 36 | (reward OR policy) w/10 model* | 18,701 | | N/A | | | |
| 50 | 37 | (few OR one OR zero) w/10 shot* | 27,764 | | N/A | | | |
| 51 | 38 | (training OR stag* OR layered) w/5 (learn* OR iteration OR cycle OR batch OR epoch OR curve) | 21,245 | | N/A | | | |
| 52 | 39 | "model completion" | 705 | | N/A | | | |
| 53 | 40 | data w/25 scrap* | 5,539 | | N/A | | | |
| 54 | 41 | ("validation data" OR "The Pile" OR preprocessing OR "test set" OR "training set" OR "evaluation set" OR "text extraction" OR "semantic analysis" OR "source attribution") w/25 (discriminator OR curricul* OR classif* OR *score* OR frequen* OR contamination* OR duplicat* OR regression* OR cluster* OR feature* OR label* OR attribute* OR categ* OR value* OR variable* OR inference OR distillation OR recipe*) | 3,756 | | N/A | | | |
| 55 | 42 | ("validation data" OR "The Pile" OR preprocessing OR "test set" OR "training set" OR "evaluation set" OR "text extraction" OR "semantic analysis" OR "source attribution") w/25 (rule* OR guidance* OR weight* OR perplexity OR ROUGE OR F1 OR classif* OR benchmark OR whitelist OR blacklist OR safeguard* OR guardrail* OR quality OR recitation* OR scrap* OR checkpoint) | 1,676 | | N/A | | | |
| 56 | 43 | KPI OR PRD OR (performance w/25 indicator) | 73 | | N/A | | | |
| 57 | 44 | KPI OR PRD OR (performance w/25 indicator) | 73 | | N/A | | | |
| 58 | 45 | measur* w/5 pipe* | 130 | | N/A | | | |
| 59 | 46 | (model w/25 card) OR "product brief" OR "product requirement" OR "data card" OR datasheet OR "data doc*" | 430 | | N/A | | | |
| 60 | 47 | (product* OR design* OR technical OR architecture OR system* OR launch*) w/10 (specification* OR requirement* OR brief* OR report* OR chart OR log) | 42,250 | | N/A | | | |
| 61 | 48 | embed* w/15 (function OR space OR vector OR index* OR indices) | 9,855 | | N/A | | | |
| 62 | 49 | relevance OR "query tuning" OR (source* w/5 (trust* OR credit*)) OR (standard* w/5 editor*) OR (criteri* w/5 (exclusion OR inclusion)) | 15,904 | | N/A | | | |
| 63 | 50 | [REDACTED] | 1,299 | | N/A | | | |
| 64 | 51 | Azure AND compute* | 20,934 | | Azure AND ("super computer" OR supercomputer) | 1,335 | | |
| 65 | 52 | (journal* OR news* OR report* OR info* OR knowledge OR article* OR story OR stories OR publish* OR headline* OR cover* OR syndicat*) AND ((data* w/5 quality) OR (high w/5 quality)) | 34,433 | | dataset* w/10 "high quality" | 14,570 | | |
| 66 | | | | | | | | |
| 67 | **Section F: Terms Relating to Colloboration with Microsoft** | | | | | | | |
| 68 | | | | | | | | |
| 69 | 53 | [REDACTED] | 13,675 | | N/A | | | |
| 70 | 54 | [REDACTED] | 834 | | N/A | | | |
| 71 | 55 | crescendo | 167 | | N/A | | | |
| 72 | 56 | mail(*@microsoft.com) AND (data* OR train* OR *gpt* OR dv3 OR dv-3 OR davinci-3 OR generative OR Genai OR SLM OR Bing OR Copilot OR Azure OR *compute*) | | | (Microsoft OR MSFT) AND ("super computer" OR supercomputer) | 2,675 | | |
| 73 | 57 | | 13,645 | | mail(*@microsoft.com) AND (train* w/10 (data* OR material* OR source*)) | 151 | | |
| 74 | 58 | MS w/25 (data* OR train*) | 3,719 | | N/A | | | |
| 75 | **Section G: Search Terms Related to the Market for and Value of Content** | | | | | | | |
| 76 | 59 | (*Licens* OR agreement* OR compensat* OR pay OR paid) AND (*gpt* OR dv3 OR dv-3 OR davinci-3 OR genai OR generative OR SLM OR Bing OR Copilot OR Azure OR Prometheus OR Orchestrat*) | 46,947 | | N/A | | | |
| 77 | 60 | (license OR agreement) AND (train* w/15 model*) | 6,127 | | N/A | | | |
| 78 | 61 | (public* OR "open source" OR "creative commons" OR government OR 1920 OR 1921 OR 1922 OR 1923 OR 1924 OR 1925 OR 1926 OR 1927 OR 1928) w/25 (*gpt* OR dv3 OR dv-3 OR genai OR generative OR SLM OR Bing OR Copilot OR Azure) | 16,071 | | N/A | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | The Times's Proposed Search Terms | Total Documents Hit by Term Including Families | | OpenAI's Initial Search Term Proposal | Total Documents Hit by Term Including Families | | Court's Ruling |
| 2 | Unique, De-duplicated Hit Counts for all Terms Combined | | 546,902 | | | 131,601 | | |
| 79 | 62 | (MAI OR MAI-1 OR Phi OR Phi-2 OR Phi-3) w/50 (azure OR CPU OR GPU OR compute* OR invest* OR financ* OR profit* OR revenue* OR stake OR money OR process* OR server* OR hardware) | 515 | | N/A | | | |
| 80 | 63 | | | | (MAI OR MAI-1 OR Phi OR Phi-2 OR Phi-3) AND azure | 699 | | |
| 81 | | | | | | | | |
| 82 | Section H:  Search Terms OpenAI Seemingly Re-Used from Other Cases | | | | | | | |
| 83 | | | | | | | | |
| 84 | 64 | | | | Libgen* OR "Library Genesis" | 4,748 | | |
| 85 | 65 | | | | "books corpus" OR (book* w/5 corp*) OR bookscorp* | 2,721 | | |
| 86 | 66 | | | | Gutenberg | 3,111 | | |
| 87 | 67 | | | | z-library OR zlibrary OR zlib | 1,287 | | |
| 88 | 68 | | | | "Google books" | 1,698 | | |
| 89 | 69 | | | | B-ok | 1,077 | | |
| 90 | 70 | | | | "Open Library" | 1,520 | | |
| 91 | 71 | | | | book* w/5 ("data quality" OR "high quality") | 174 | | |
| 92 | 72 | | | | smashwords | 1,188 | | |
| 93 | 73 | | | | Bibliotik | 18 | | |
| 94 | 74 | | | | "Anna's Archive" | 11 | | |
| 95 | | | | | Sci-Hub OR scihub OR "sci hub" | 342 | | |