OpenAI's Response and Objections to The New York Times' Proposed Search Terms (Dkt. 228-1)

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 |   | Term # | The Times's Proposed Search Terms | Total Documents Hit by Term Including Families | OpenAI Objections |
| 2 |   | Unique, De-duplicated Hit Counts for all Terms Combined | | 546,902 | |
| 3 |   | | | | |
| 4 |   | Section A: Terms Relating to the Products' Outputs | | | |
| 5 |   | | | | |
| 6 |   | 1 | paywall | 861 | The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why documents provided through targeted collections are insufficient. |
| 7 |   | 2 | antiregurg* | 525 | The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 8 |   | 3 | regurg* | 86 | OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why documents provided through targeted collections are insufficient. |
| 9 |   | 4 | (Bing* w/5 index) OR (search w/5 index) OR (search w/5 result*) OR (ranking* w/5 engine) OR ((knowledge OR entity) w/5 graph) OR ((prompt* OR query) w/5 logs) OR (user w/5 (queries OR prompt*)) | 47,148 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 10 |   | 5 | Retriev* w/15 ("based model" OR knowledge OR document* OR information) | 13,679 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why documents provided through targeted collections are insufficient. |
| 11 |   | 6 | (retriev* w/5 augmen*) OR RAG | 69 | OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why documents provided through targeted collections are insufficient. |
| 12 |   | 7 | | | |
| 13 |   | 8 | (generat* OR ground* OR synthetic OR semantic OR deriv*) w/25 search* | 16,979 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 14 |   | 9 | **REDACTED** | 5,277 | OpenAI provided reasonable search terms that are designed to capture relevant documents. Plaintiff has not explained why documents provided through targeted collections are insufficient. |
| 15 |   | | | | |
| 16 |   | Section B: Terms Related to GenAI and Journalism | | | |
| 17 |   | | | | |
| 18 |   | 11 | "NY Times" OR NYT OR "New York Times" OR "The Times" OR *nytimes* OR "The Athletic" OR *theathletic* OR *wirecutter* | 11,572 | OpenAI provided reasonable search terms that are designed to capture relevant documents. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 19 |   | 12 | (ethic* w/5 committee) OR (ethic* w/5 audit) OR (ethic* w/5 review) OR "ethic* Team" OR (red w/5 team*) OR "AI impact assessment" OR Aether OR "pre-deployment reviews" OR "stress testing" OR "responsible AI" OR RAI OR "Python Risk Identification Tool" OR PyRIT OR (compliance w/5 audit) OR (compliance w/5 committee) | 28,300 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 20 |   | 13 | (Traffic OR search* OR clickthrough OR click-through OR "click through" OR CTR) w/25 (*GPT* OR dv3 OR dv-3 OR davinci-3 OR genai OR generative OR Bing OR Copilot OR Azure OR genai OR SLM OR Microsoft OR Msft OR Prometheus OR Orchestrat*) | 33,819 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 21 |   | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | Term # | The Times's Proposed Search Terms | Total Documents Hit by Term Including Families | OpenAI Objections |
| 22 | | | Section C: Terms Relating to The Times's Legal Claims | | |
| 23 | | | | | |
| 24 | | 14 | (Concern* OR importan* OR valu* OR need* OR neces* OR *legal* OR *law* OR complain* OR claim* OR infring* OR violat* OR right* OR "intellectual property" OR IP) w/50 (*gpt* OR dv3 OR generative OR genai OR SLM OR Bing OR Copilot OR Azure OR Microsoft OR Msft OR Prometheus OR Orchestrat*) | 147,731 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 25 | | 15 | Copyright* OR &#169 OR &copy OR DRM OR "digital rights management" OR (fair w/5 use) | 25,747 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 26 | | 16 | (Trademark* OR TM OR Lanham OR dilut* OR tarnish* OR &#8482 OR &trade OR &#174 OR &reg) w/25 (*gpt* OR dv3 OR generative OR SLM OR Bing OR Copilot OR Azure OR genai OR Microsoft OR Msft) | 1,437 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 27 | | 17 | Copy* w/5 Shield | 3 | The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 28 | | 18 | Indemni* | 3,226 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 29 | | 19 | ((IP OR "intellectual property" OR copy*) AND (polic* OR procedure* OR practice* OR conduct* OR action* OR guidance* OR guideline* OR SOP OR "standing operating procedure")) w/25 (*gpt* OR dv3 OR dv-3 OR davinci-3 OR generative OR SLM OR Bing OR Copilot OR Azure OR genai OR Microsoft OR Msft OR transformer OR "neural network*" OR "machine learning" OR Prometheus OR Orchestrat*) | 1,045 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 30 | | 20 | CMI OR DMCA OR 1202 OR watermark* OR (copyright w/5 management) | 19,492 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents.  Plaintiff has not explained why documents provided through targeted collections are insufficient. |
| 31 | | 21 | data w/25 filter* | 18,890 | This term is overbroad and likely to capture a large volume of irrelevant documents. OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 32 | | 22 | (misuse w/3 detect*) OR (domain w/3 filter) OR (action w/3 monitor*) OR (us* w/3 polic*) | 16,258 | This term is overbroad and likely to capture a large volume of irrelevant documents.  OpenAI provided reasonable search terms that are designed to capture relevant documents.The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 33 | | 23 | (sketchy OR *reliab* OR *trust*) w/15 (data OR content* OR safety OR polic*) | 24,378 | This term is overbroad and likely to capture a large volume of irrelevant documents. OpenAI provided reasonable search terms that are designed to capture relevant documents.The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 34 | | 24 | (content OR safety OR policy) w/25 (filter* OR mask*) | 17,085 | This term is overbroad and likely to capture a large volume of irrelevant documents.  OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 35 | | | | | |
| 36 | | | Section D: Terms Relating to Model Training | | |

OpenAI's Response and Objections to The New York Times' Proposed Search Terms (Dkt. 228-1)

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | Term # | The Times's Proposed Search Terms | Total Documents Hit by Term Including Families | OpenAI Objections |
| 37 | | | | | |
| 38 | | 25 | (*train* OR "fine tun*" OR fine-tun* OR finetun* OR instruct* OR *param* OR corpus OR corpora OR token* OR RLHF OR "proximal policy optimization" OR "data set" OR dataset* OR "test data") w/25 (discriminator OR curricul* OR classif* OR *score* OR frequen* OR contamination* OR duplicat* OR regression* OR cluster* OR feature* OR label* OR attribute* OR categ* OR value* OR variable* OR inference OR distillation OR recipe*) | 221,351 | This term is overbroad and likely to capture a large volume of irrelevant documents. OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why the ability to inspect OpenAI's training data and source code or documents provided through targeted collections are insufficient. |
| 39 | | 26 | (*train* OR "fine tun*" OR fine-tun* OR finetun* OR instruct* OR *param* OR corpus OR corpora OR token* OR RLHF OR "proximal policy optimization" OR "data set" OR dataset* OR "test data") w/25 (rule* OR guidance* OR weight* OR perplexity OR ROUGE OR F1 OR classif* OR benchmark OR whitelist OR blacklist OR safeguard* OR guardrail* OR quality OR recitation* OR scrap* OR checkpoint) | 130,910 | This term is overbroad and likely to capture a large volume of irrelevant documents. OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why the ability to inspect OpenAI's training data and source code or documents provided through targeted collections are insufficient. |
| 40 | | 27 | data w/10 (clean* OR *process* OR curat* OR select* OR augment* OR sampl* OR gather* OR copy* OR publish*) | 71,644 | This term is overbroad and likely to capture a large volume of irrelevant documents. OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agre |
| 41 | | 28 | (CC NOT w/25 (.com OR (To AND BCC))) w/50 (data OR content OR *train* OR dataset* OR *gpt* OR dv3 OR dv-3 OR davinci-3 OR generative OR SLM OR Bing OR Copilot OR Azure OR genai OR Prometheus OR Orchestrat*) | 123,352 | This term is overbroad and likely to capture a large volume of irrelevant documents. OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agre |
| 42 | | 29 | (train* OR stage* OR layer*) w/5 (learn* OR iteration OR cycle OR batch OR epoch) | 30,177 | This term is overbroad and likely to capture a large volume of irrelevant documents. OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why the ability to inspect OpenAI's training data and source code or documents provided through targeted collections are insufficient. |
| 43 | | 30 | C4 | 13,205 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why the ability to inspect OpenAI's training data and source code or documents provided through targeted collections are insufficient. |
| 44 | | 31 | webtext* OR WT OR WT2 | 5,792 | OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why the ability to inspect OpenAI's training data and source code or documents provided through targeted collections are insufficient. |
| 45 | | 32 | | | |
| 46 | | 33 | (*gpt* OR dv3 OR dv-3 OR davinci-3 OR generative OR SLM OR Bing OR Copilot OR Azure OR genai OR Prometheus OR Orchestrat*) w/50 (journali* OR news* OR report* OR info* OR knowledge OR article* OR story OR stories OR publish* OR headline* OR cover* OR syndicat* OR podcast* OR lede OR scoop* OR editorial OR opinion) | 78,357 | This term is overbroad and likely to capture a large volume of irrelevant documents. OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 47 | | 34 | (impact* w/5 assess*) w/25 (*gpt* OR dv3 OR dv-3 OR davinci-3 OR genai OR generative OR SLM OR Bing OR Copilot OR Azure) | 44 | The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why documents provided through targeted collections are insufficient. |

OpenAI's Response and Objections to The New York Times' Proposed Search Terms (Dkt. 228-1)

| Term # | The Times's Proposed Search Terms | Total Documents Hit by Term Including Families | OpenAI Objections |
|---|---|---|---|
| 35 | (*gpt* OR dv3 OR dv-3 OR davinci-3 OR generative OR SLM OR Bing OR Copilot OR Azure OR genai) w/5 metric* | 2,512 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. Plaintiff has not explained why documents provided through targeted collections are insufficient. |
| | **Section E: Terms Relating to Technical Documentation and Processes** | | For all documents in Section E, Plaintiff has not explained why the ability to inspect OpenAI's training data and source code or documents provided through targeted collections are insufficient. These topics are not appropriately addressed via search terms. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 36 | (reward OR policy) w/10 model* | 18,701 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 37 | (few OR one OR zero) w/10 shot* | 27,764 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 38 | (training OR stag* OR layered) w/5 (learn* OR iteration OR cycle OR batch OR epoch OR curve) | 21,245 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 39 | "model completion" | 705 | *See* general objection to Section E. |
| 40 | data w/25 scrap* | 5,539 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 41 | ("validation data" OR "The Pile" OR preprocessing OR "test set" OR "training set" OR "evaluation set" OR "text extraction" OR "semantic analysis" OR "source attribution") w/25 (discriminator OR curricul* OR classif* OR *score* OR frequen* OR contamination* OR duplicat* OR regression* OR cluster* OR feature* OR label* OR attribute* OR categ* OR value* OR variable* OR inference OR distillation OR recipe*) | 3,756 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 42 | ("validation data" OR "The Pile" OR preprocessing OR "test set" OR "training set" OR "evaluation set" OR "text extraction" OR "semantic analysis" OR "source attribution") w/25 (rule* OR guidance* OR weight* OR perplexity OR ROUGE OR F1 OR classif* OR benchmark OR whitelist OR blacklist OR safeguard* OR guardrail* OR quality OR recitation* OR scrap* OR checkpoint) | 1,676 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 43 | KPI OR PRD OR (performance w/25 indicator) | 73 | *See* general objection to Section E. |
| 44 | KPI OR PRD OR (performance w/25 indicator) | 73 | *See* general objection to Section E. |
| 45 | measur* w/5 pipe* | 130 | *See* general objection to Section E. |
| 46 | (model w/25 card) OR "product brief" OR "product requirement" OR "data card" OR datasheet OR "data doc*" | 430 | *See* general objection to Section E. |
| 47 | (product* OR design* OR technical OR architecture OR system* OR launch*) w/10 (specification* OR requirement* OR brief* OR report* OR chart OR log) | 42,250 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 48 | embed* w/15 (function OR space OR vector OR index* OR indices) | 9,855 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 49 | relevance OR "query tuning" OR (source* w/5 (trust* OR credib*)) OR (standard* w/5 editor*) OR (criteri* w/5 (exclusion OR inclusion)) | 15,904 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 50 | **REDACTED** | 1,299 | *See* general objection to Section E. |
| 51 | Azure AND compute* | 20,934 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | Term # | The Times's Proposed Search Terms | Total Documents Hit by Term Including Families | OpenAI Objections |
| 68 | | 52 | (journali* OR news* OR report* OR info* OR knowledge OR article* OR story OR stories OR publish* OR headline* OR cover* OR syndicat*) AND ((data* w/5 quality) OR (high w/5 quality)) | 34,433 | *See* general objection to Section E. This term is overbroad and likely to capture a large volume of irrelevant documents. |
| 69 | | | | | |
| 70 | | | Section F: Terms Relating to Colloboration with Microsoft | | |
| 71 | | | | | |
| 72 | | 53 | **REDACTED** | 13,675 | This term is overbroad and likely to capture a large volume of irrelevant documents.  The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 73 | | 54 | **REDACTED** | 834 | OpenAI provided adequate alternative search terms for this request. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 74 | | 55 | crescendo | 167 | OpenAI provided adequate alternative search terms for this request. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 75 | | 56 | | | |
| 76 | | 57 | mail(*@microsoft.com) AND (data* OR train* OR *gpt* OR dv3 OR dv-3 OR davinci-3 OR generative OR Genai OR SLM OR Bing OR Copilot OR Azure OR *compute*) | 13,645 | This term is overbroad and likely to capture a large volume of irrelevant documents. OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 77 | | 58 | MS w/25 (data* OR train*) | 3,719 | This term is overbroad and likely to capture a large volume of irrelevant documents. OpenAI provided reasonable search terms that are designed to capture relevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents.  Plaintiff has not explained why the ability to inspect OpenAI's training data and source code or documents provided through targeted collections are insufficient. |
| 78 | | | | | |
| 79 | | | Section G: Search Terms Related to the Market for and Value of Content | | |
| 80 | | | | | |
| 81 | | 59 | (*Licens* OR agreement* OR compensat* OR pay OR paid) AND (*gpt* OR dv3 OR dv-3 OR davinci-3 OR genai OR generative OR SLM OR Bing OR Copilot OR Azure OR Prometheus OR Orchestrat*) | 46,947 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents.  Plaintiff has not explained why documents provided through targeted collections are insufficient. |
| 82 | | 60 | (license OR agreement) AND (train* w/15 model*) | 6,127 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents.  Plaintiff has not explained why documents provided through targeted collections are insufficient. |
| 83 | | 61 | (public* OR "open source" OR "creative commons" OR government OR 1920 OR 1921 OR 1922 OR 1923 OR 1924 OR 1925 OR 1926 OR 1927 OR 1928) w/25 (*gpt* OR dv3 OR genai OR generative OR SLM OR Bing OR Copilot OR Azure) | 16,071 | This term is overbroad and likely to capture a large volume of irrelevant documents. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents. |
| 84 | | 62 | (MAI OR MAI-1 OR Phi OR Phi-2 OR Phi-3) w/50 (azure OR CPU OR GPU OR compute* OR invest* OR financ* OR profit* OR revenue* OR stake OR money OR process* OR server* OR hardware) | 515 | This term is overbroad and likely to capture a large volume of irrelevant documents. Additionally, OpenAI provided adequate alternative search terms for this request. The Times has not identified any RFP to which this term relates and to which OpenAI agreed to produce documents.  Plaintiff has not explained why documents provided through targeted collections are insufficient. |
| 85 | | 63 | | | |
| 86 | | | | | |

OpenAI's Response and Objections to The New York Times' Proposed Search Terms (Dkt. 228-1)

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | **Term #** | **The Times's Proposed Search Terms** | **Total Documents Hit by Term Including Families** | **OpenAI Objections** |
| 87 | | | **Section H: Search Terms OpenAI Seemingly Re-Used from Other Cases** | | The Times requested documents related to OpenAI's training data in RFP Nos. 3, 14, 17, 33, and 36. |
| 88 | | | | | |
| 89 | | 64 | | | *See* general objection to Section H. |
| 90 | | 65 | | | *See* general objection to Section H. |
| 91 | | 66 | | | *See* general objection to Section H. |
| 92 | | 67 | | | *See* general objection to Section H. |
| 93 | | 68 | | | *See* general objection to Section H. |
| 94 | | 69 | | | *See* general objection to Section H. |
| 95 | | 70 | | | *See* general objection to Section H. |
| 96 | | 71 | | | *See* general objection to Section H. |
| 97 | | 72 | | | *See* general objection to Section H. |
| 98 | | 73 | | | *See* general objection to Section H. |
| 99 | | 74 | | | *See* general objection to Section H. |