**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE NEW YORK TIMES COMPANY,

                Plaintiff,

    v.

MICROSOFT CORPORATION, OPENAI, INC.,
OPENAI LP, OPENAI GP, LLC, OPENAI,
LLC, OPENAI OPCO LLC, OPENAI GLOBAL
LLC, OAI CORPORATION, LLC, OPENAI
HOLDINGS, LLC,

                Defendants.

Case No. 1:23-cv-11195-SHS-OTW

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-caption ed case on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, (together, "OpenAI").

Rachel R. Blitzer
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: *rachel.blitzer@lw.com*

*[Signature on the following page]*

2

Dated:  September 4, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Rachel R. Blitzer*
Rachel R. Blitzer
1271 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: *rachel.blitzer@lw.com*

*Attorneys for OpenAI*