UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,

        Plaintiff,

v.

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPEN AI HOLDINGS, LLC,

        Defendants.

Case No. 1:23-cv-11195-SHS

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Karen Chesley, Senior Counsel at The New York Times Company, who is admitted to practice in this Court, respectfully enters her appearance as counsel for Plaintiff The New York Times Company in the above-captioned case.

Dated: New York, NY
      September 9, 2024

*/s/ Karen Chesley*
Karen Chesley
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-5153
Email: Karen.Chesley@nytimes.com

*Counsel for Plaintiff*