**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>Defendants. | No. 1:23-cv-11195-SHS-OTW |

**MOTION TO WITHDRAW ALLYSON R. BENNETT AS COUNSEL FOR DEFENDANTS OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, AND OPENAI HOLDINGS, LLC**

**PLEASE TAKE NOTICE THAT**, Morrison & Foerster LLP hereby moves this court for an order pursuant to Local Civil Rule 1.4, relieving Allyson R. Bennett as counsel for Defendants OpenAI, Inc., OpenAI, LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC (collectively, "OpenAI") in the above-captioned action on the grounds that she is no longer an attorney with Morrison & Foerster LLP, and respectfully requests that she be removed from the CM/ECF noticing list and any other service list in this case.

**PLEASE TAKE FURTHER NOTICE** The undersigned counsel from Morrison & Foerster LLP will continue to represent Defendants OpenAI, Inc., OpenAI, LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC.

Dated: September 19, 2024                    MORRISON & FOERSTER LLP


By: /s/ *Joseph C. Gratz*
    Joseph C. Gratz (*pro hac vice*)
    JGratz@mofo.com
    Andrew L. Perito (*pro hac vice*)
    APerito@mofo.com
    Vera Ranieri (*pro hac vice*)
    VRanieri@mofo.com
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA  94105-2482
    Telephone:  415.268.7000
    Facsimile:  415.268.7522


    Rose S. Lee (*pro hac vice*)
    RoseLee@mofo.com
    MORRISON & FOERSTER LLP
    707 Wilshire Boulevard, Suite 6000
    Los Angeles, California 90017-3543
    Telephone:        (213) 892-5200
    Facsimile:        (213) 892-5454

    Eric K. Nikolaides
    ENikolaides@mofo.com
    MORRISON & FOERSTER LLP
    250 W. 55th Street
    New York, NY 10019-9601
    Telephone: 212.468.8000

    Attorneys for Defendants
    OPENAI, INC., OPENAI, LP, OPENAI
    GP, LLC, OPENAI, LLC, OPENAI
    OPCO LLC, OPENAI GLOBAL LLC,
    OAI CORPORATION, LLC, and
    OPENAI HOLDINGS, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ