**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>      Defendants. | No. 1:23-cv-11195-SHS-OTW |

**ORDER GRANTING WITHDRAWAL OF ALLYSON R. BENNETT**

Upon the finding of good cause, the motion by Morrison & Foerster LLP to withdraw Allyson R. Bennett as counsel for Defendants OpenAI, Inc., OpenAI, LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC is GRANTED.  Defendants will continue to be represented by Morrison & Foerster LLP in this matter.

The Clerk of Court is respectfully directed to reflect this termination on the docket and to terminate the motion at ECF No. XXX.

**SO ORDERED.**

Dated:

 

_____
Honorable Sidney H. Stein
United States District Judge

sf-6139139