**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

THE NEW YORK TIMES COMPANY.,

        Plaintiff,

        -against-

MICROSOFT CORPORATION, et al.,

        Defendants.

23-cv-11195 (SHS) (OTW)

**ORDER**

------------------------------------------------------------x

DAILY NEWS, LP, et al.,

        Plaintiff,

        -against-

MICROSOFT CORPORATION, et al.,

        Defendants.

24-cv-3285 (SHS) (OTW)

**ORDER**

------------------------------------------------------------x

THE CENTER FOR INVESTIGATIVE REPORTING, INC.,

        Plaintiff,

        -against-

OPENAI, INC., et al.,

        Defendants.

24-cv-4872 (SHS) (OTW)

**ORDER**

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 244 for Index No. 23-cv-11195, ECF 140 for Index No. 24-cv-3285, and ECF 86 for Index No. 24-cv-4872.

Defendants' motion for Allyson R. Bennett's to withdraw as counsel is **GRANTED**. The Court wishes the best for Ms. Bennett in her future endeavors.

The Clerk of Court is respectfully directed to close ECF No. 244 for case number 23-cv-11195, ECF No. 140 for case number 24-cv-3285, and ECF 86 for case number 24-cv-4872.

**SO ORDERED.**

Dated: September 20, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge