AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| The New York Times Company, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:23-cv-11195-SHS-OTW |
| Microsoft Corporation et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OpenAI Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, and OpenAI LP

Date:  09/27/2024

/s/ Emily Wood
*Attorney's signature*

Emily Wood
*Printed name and bar number*

Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
*Address*

EWood@mofo.com
*E-mail address*

(212) 468-8000
*Telephone number*

(212) 468-7900
*FAX number*