**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of October, two thousand twenty-four.

---

New York Times Company,

  Plaintiff - Appellee,

v.

Microsoft Corporation,

  Defendant - Appellee,

v.

Paul Tremblay, Ta-Nehisi Coates, Andrew Sean Greer, David Henry Hwang, Michael Chabon, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, Jacqueline Woodson, Sarah Silverman, Christopher Golden, Richard Kadrey, Junot Daz,

  Third Party-Plaintiffs-Appellants.

---

**ORDER**

Docket No. 24-1021

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: Oct 04, 2024

Appellants move for voluntary dismissal of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 10/04/2024**