# EXHIBIT 2

## Exhibit 2 to the News Plaintiffs' October 15, 2024 Letter Brief Re: Deposition Protocol

## Summary Chart of Parties' Proposals

|  | **News Plaintiffs' Proposal** | **Defendants' Proposal** | **SDNY Class Plaintiffs' Proposal** |
|---|---|---|---|
| 1. Scope of Coordination and Cross-Production of Documents | • News Plaintiffs coordinate with each other, while SDNY Class Plaintiffs and California Class Plaintiffs separately coordinate with each other<br><br>• Defendants cross-produce documents across News Cases (already ordered by Court) | • All plaintiffs must coordinate, including not only the News Plaintiffs and the SDNY Class Plaintiffs, but also the California Class Plaintiffs<br><br>• No additional cross-production of documents | • SDNY Class Plaintiffs coordinate with California Class Plaintiffs; News Plaintiffs separately coordinate<br><br>• OpenAI cross-produces certain documents across the SDNY Class Cases and California Class cases |
| 2. Hour Allotments (Depositions Taken by Plaintiffs) | • 280-hour cap for depositions taken by News Plaintiffs, including a 200-hour cap for each Defendant's witnesses, and a 50-hour cap for third-party witnesses | • 220-hour cap for depositions taken by News Plaintiffs, including 85-hour caps for each Defendant's witnesses, and a 50-hour cap for third-party witnesses<br><br>• 240-hour cap for depositions taken by Class Plaintiffs, including 105-hour cap for OpenAI witnesses and 85-hour cap for Microsoft witnesses, and a 50-hour cap for third-party witnesses | • 280-hour cap for depositions taken by Class Plaintiffs |
| 2. Hour Allotments (Depositions Taken by Defendants) | • 250-hour cap for depositions in News cases, including a 200-hour cap for News Plaintiffs' witnesses, and a 50-hour cap for third-party witnesses; No more than 100 hours from any one Individual News Plaintiff. "Individual News Plaintiff" means The New York Times in the New York Times case and the publishers collectively in the Daily News case | • 250-hour cap for depositions in News Cases, including 200-hour cap for News Plaintiffs' witnesses, 110-hour cap for any Individual News Plaintiff, and 50-hour cap for third-party witnesses<br><br>• 300-hour cap for depositions in Class Cases, including 250-hour cap for Class Plaintiffs' witnesses, and 50-hour cap for third-party witnesses | • 250-hour cap for depositions in Class Cases |

|   |   | **News Plaintiffs' Proposal** | **Defendants' Proposal** | **SDNY Class Plaintiffs' Proposal** |
|---|---|---|---|---|
| 3. | Per-Witness Time Limits | • Each Defendant witness sits just once across the News Cases, and for 10 hours max (if solely being deposed in individual capacity) | • Each Defendant witness sits just once, across all of the News Cases, SDNY Class Cases, and California Class Cases, and for 8 hours max | • Each Defendant witness sits just once across the SDNY Class Cases and California Class Cases, and for 10 hours max (if solely being deposed in individual capacity) |
| 4. | Rule 30(b)(6) Depositions | • 30-hour cap for News Plaintiffs' 30(b)(6) depositions of each Defendant<br><br>• If any Defendant designates only one or two 30(b)(6) witnesses, the News Plaintiffs are still entitled to a minimum of 20 hours of 30(b)(6) deposition time of that Defendant<br><br>• Premature to impose a cap on deposition time for witnesses being deposed as both a 30(b)(1) and 30(b)(6) witness because no party has designated 30(b)(6) witnesses<br><br>• News Plaintiffs can serve up to three 30(b)(6) notices on OpenAI, and up to two 30(b)(6) notices on Microsoft, but the total hours cap for all depositions (addressed above in Row 2) includes 30(b)(6) depositions | • 21-hour cap for 30(b)(6) depositions of any party, across every case (e.g., all plaintiffs must split 21 hours for 30(b)(6) depositions of OpenAI)<br><br>• No minimum 30(b)(6) time (i.e., a Defendant can minimize 30(b)(6) deposition time by selecting just one or two designees)<br><br>• 12-hour maximum for any witness being deposed as both a 30(b)(1) and 30(b)(6) witness<br><br>• News Plaintiffs and Class Plaintiffs are each limited to serving one 30(b)(6) notice on OpenAI, and one 30(b)(6) notice on Microsoft, but Defendants can serve a 30(b)(6) notice on each plaintiff, including one notice for each of the plaintiffs that comprise the Daily News plaintiffs | • No cap on 30(b)(6) time, but the total hours cap for all depositions (addressed above in Row 2) includes 30(b)(6) depositions<br><br>• If any Defendant designates only one or two 30(b)(6) witnesses, the Class Plaintiffs are still entitled to a minimum of 20 hours of 30(b)(6) deposition time of that Defendant<br><br>• Premature to impose a cap on deposition time for witnesses being deposed as both a 30(b)(1) and 30(b)(6) witness because no party has designated 30(b)(6) witnesses<br><br>• Class Plaintiffs can serve up to two 30(b)(6) notices on OpenAI, and up to two 30(b)(6) notices on Microsoft, but the total hours cap for all depositions (addressed above in Row 2) includes 30(b)(6) depositions |