**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY, <br><br>                        Plaintiff, <br><br>    v. <br><br> MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, <br><br>                       Defendants. | Civil Action No. 1:23-cv-11195-SHS <br> Civil Action No. 1:24-cv-03285-SHS <br><br> Hon. Sidney H. Stein <br><br> (Hon. Ona T. Wang) <br><br> **DECLARATION OF ANDREW F. DAWSON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC, <br><br>                       Plaintiffs, <br><br>    v. <br><br> MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, <br><br>                       Defendants. |  |

I, Andrew F. Dawson, pursuant to 28 U.S.C § 1746, declare under penalty of perjury as follows:

1.      I am a member of the law firm of Keker, Van Nest & Peters LLP.

2.      I submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3.      I have been a member in good standing of the Bar of the State of California since October 5, 2009.

4.      I attach a Certificate of Good Standing from the State of California, which was issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice.*

5.      I have never been convicted of a felony or been the subject of any criminal conviction.

6.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.      I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *Pro Hac Vice* in this one case on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  October 17, 2024

/s/ *Andrew F. Dawson*
ANDREW F. DAWSON

2