**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195 (SHS) (OTW) |
| Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-3285 (SHS) (OTW) |

**<u>DECLARATION OF MARK T. RAWLS</u>**

I, Mark T. Rawls, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a Partner at Rothwell, Figg, Ernst & Manbeck, P.C., which represents Plaintiff

Daily News, L.P., et al. ("Daily News Plaintiffs") in this case. I submit this declaration on behalf

of Daily News Plaintiffs in support of the News Plaintiffs' response to OpenAI's letter motion for

a protective order; Dkt. 163.  I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify as to these facts under oath.

2.    On October 10, the parties met and conferred regarding OpenAI's objection to Dr. Baeza-Yates.  Plaintiffs explained that Theodora.AI's work focuses solely on detecting bias in Spanish-language documents, and that Theodora.AI does not train its models and only fine-tunes third-party models. Given this, Plaintiffs further explained that Theodora.AI is not a competitor to OpenAI.  Plaintiffs asked OpenAI multiple times whether OpenAI considers Theodora.AI to be a competitor.  OpenAI declined to answer the question.  During the course of the meet and confer, OpenAI never suggested that Theodora.AI is a competitor to OpenAI, and did not otherwise indicate that it was objecting to Dr. Baeza-Yates's receiving of highly confidential information because he works for a competitor.

3.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 21st day of October, 2024.

/s/ Mark T. Rawls
Mark T. Rawls