UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-cv-11195-SHS-OTW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, (together, "OpenAI").

　　　　　　　　　　Michael A. David
　　　　　　　　　　Latham & Watkins LLP
　　　　　　　　　　555 Eleventh Street, NW
　　　　　　　　　　Suite 1000
　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　Telephone: (202) 637-2200
　　　　　　　　　　Facsimile: (202) 637-2201
　　　　　　　　　　Email: *michael.david@lw.com*

　　　　　　　　　　*[Signature on the following page]*

2

Dated:  October 24, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ *Michael A. David*
Michael A. David
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: *michael.david@lw.com*

*Attorneys for OpenAI*

2