UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
THE NEW YORK TIMES COMPANY,                             :
                                                        :   No. 1:23-cv-11195-SHS
                Plaintiff,                              :
                                                        :   No. 1:24-cv-03285-SHS
        v.                                              :
                                                        :
MICROSOFT CORPORATION, OPENAI,                          :
INC., OPENAI LP, OPENAI GP, LLC,                        :
OPENAI, LLC, OPENAI OPCO LLC,                           :
OPENAI GLOBAL LLC, OAI                                  :
CORPORATION, LLC, and OPENAI                            :
HOLDINGS, LLC,                                          :
                                                        :
                Defendants.                             :
                                                        :
------------------------------------------------------- X
DAILY NEWS, LP; CHICAGO TRIBUNE                         :
COMPANY, LLC; ORLANDO SENTINEL                          :
COMMUNICATIONS COMPANY, LLC;                            :
SUN-SENTINEL COMPANY, LLC; SAN                          :
JOSE MERCURY-NEWS, LLC; DP MEDIA                        :
NETWORK, LLC; ORB PUBLISHING,                           :
LLC; AND NORTHWEST                                      :
PUBLICATIONS, LLC,                                      :
                                                        :
,                                                       :
                                                        :
                Plaintiff,                              X
                                                        
        v.                                              
                                                        
MICROSOFT CORPORATION, OPENAI,                          
INC., OPENAI LP, OPENAI GP, LLC,                        
OPENAI, LLC, OPENAI OPCO LLC,                           
OPENAI GLOBAL LLC, OAI                                  
CORPORATION, LLC, and OPENAI                            
HOLDINGS, LLC,                                          
                                                        
                Defendants.                             
-------------------------------------------------------
```

**ORDER GRANTING ADMISSION OF CAROLYN HOMER *PRO HAC VICE***

The motion of Carolyn Homer for admission to practice *pro hac vice* in the above-

captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of Washington D.C. and the State of California, and that her contact information is as follows:

> Carolyn Homer
> MORRISON & FOERSTER LLP
> 2100 L Street, NW, Suite 900
> Washington, DC 20037, USA
> Telephone: (202) 887-1500
> Facsimile: (202)887-0763 or (202) 887-0764
> Email: CMHomer@mofo.com

Applicant having requested admission *pro hac vice* appear for all purposes as counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OPCO LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC in the above-entitled action:

IT IS HEREBY ORDERED that Applicant admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

 

                                            UNITED STATES DISTRICT JUDGE