

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Paven Malhotra**
(415) 676-2238
pmalhotra@keker.com

October 25, 2024

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:   *The Center for Investigative Reporting v. OpenAI Inc., et al.* (1:24-cv-04872-SHS-OTW), *The New York Times Co. v. Microsoft Corp. et al.* (23-cv-11195-SHS-OTW) and *Daily News, LP et al. v. Microsoft Corp. et al.* (24-cv-03285-SHS-OTW) - Oral Argument Request

Dear Judge Wang:

    On behalf of the OpenAI defendants[1] and Microsoft Corporation, I write pursuant to Rule 2.F of Your Honor's Individual Practices to respectfully request oral argument on Open AI's and Microsoft's Joint Motion to Consolidate *The Center for Investigative Reporting v. OpenAI Inc., et al.* (1:24-cv-04872-SHS-OTW) with the already-consolidated *The New York Times Co. v. Microsoft Corp. et al.* (23-cv-11195-SHS-OTW) and *Daily News, LP et al. v. Microsoft Corp. et al.* (24-cv-03285-SHS-OTW) cases.

Respectfully submitted,

Paven Malhotra

cc: All Counsel of Record (via ECF)

---

[1] OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC.