UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, | No. 1:23-cv-11195-SHS-OTW |
| Plaintiff, | |
| v. | |
| MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, | |
| Defendants. | |
| | |
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC, | No. 1:24-cv-03285-SHS-OTW |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo LLC; OpenAI Global LLC; OAI Corporation, LLC; and OpenAI Holdings, LLC.

> Jocelyn E. Greer
> Morrison & Foerster LLP
> 250 W. 55th Street
> New York, NY 10019-9601
> Telephone: (212) 468-8000
> Facsimile: (212) 468-7900
> Email: JGreer@mofo.com

Dated: October 29, 2024

MORRISON & FOERSTER LLP

By: _____
Jocelyn E. Greer
JGreer@mofo.com
250 W. 55th Street
New York, NY 10019-9601
Telephone:  212.468.8000
Facsimile:  212.468.7900

Attorneys for Defendants
OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC