UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>      Defendants. | Case No. 1:23-cv-11195-SHS-OTW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, (together, "OpenAI").

            Herman H. Yue
            Latham & Watkins LLP
            1271 Avenue of the Americas
            New York, New York 10020
            Telephone: (212) 906-1200
            Facsimile: (212) 751-4864
            Email: *herman.yue@lw.com*

*[Signature on the following page]*

| | |
|---|---|
| Dated: October 29, 2024 | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br><br><u>*/s/ Herman H. Yue*</u><br>Herman H. Yue<br>1271 Avenue of the Americas<br>New York, New York, 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: *herman.yue@lw.com*<br><br>*Attorneys for OpenAI* |