**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                Plaintiff,<br><br>                    v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>                Defendants. | Civil Action No. 1:23-cv-11195 (SHS) (OTW) |
| DAILY NEWS, LP, et al.,<br><br>                Plaintiffs,<br><br>                    v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 1:24-cv-3285 (SHS) (OTW) |

**STIPULATION AND PROPOSED [ORDER] REGARDING PROTECTIVE ORDER**

WHEREAS, Plaintiff The New York Times Company ("The Times") and Defendant Microsoft Corporation ("Microsoft") have continued to meet and confer regarding Dkt. 221 (The Times's motion to compel Microsoft to re-review the documents it designated as "Highly Confidential – Attorneys' Eyes Only");

WHEREAS, the parties agree that the Stipulated Protective Order entered in the consolidated case brought by The New York Daily News (ECF 129, No. 1:24-cv-03285-SHS-OTW) rather than the Stipulated Protective Order originally entered in The Times's lawsuit (ECF 127, No. 1:23-cv-11195-SHS-OTW) will govern these consolidated proceedings;

WHEREAS, The Times and Microsoft have reached an agreement to modify Paragraph 14 of the Stipulated Protective Order to allow certain identified individuals designated by The Times to view documents marked by Microsoft as HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY, so long as those documents do not relate to licensing/data access agreements and/or negotiations over such agreements, as set forth more fully below;

WHEREAS, good cause exists for the modification of the Stipulated Protective Order pursuant to Federal Rule of Civil Procedure 26(c) to enable continued designation of competitively sensitive commercial material by Microsoft while also fostering limited disclosure as needed for The Times's counsel to advise their client;

THEREFORE, the Parties, through counsel, agree as follows:

1. All parties agree that that the Stipulated Protective Order entered in the consolidated case brought by The New York Daily News (ECF 129, No. 1:24-cv-03285-SHS-OTW) rather than the Stipulated Protective Order originally entered in The Times's lawsuit (ECF 127, No. 1:23-cv-11195-SHS-OTW) will govern these consolidated proceedings.

2. Microsoft and The Times request that the Court enter the following modification to Paragraph 14 of the Stipulated Protective Order (ECF 129, No. 1:24-cv-03285-SHS-OTW), as reflected in the underlined text:

14. No person subject to this Protective Order other than the producing party shall disclose any of the Discovery Material designated by the producing party as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" to any other person whomsoever, except to:

(a) the recipient's outside counsel of record in this action, as well as employees of said outside counsel of record to whom it is reasonably necessary to disclose the information for this litigation;

(b) designated inhouse counsel of the recipient to whom disclosure is reasonably necessary for this litigation, provided such person has first executed an Undertaking to be Bound by Protective Order in the form annexed as an Exhibit hereto. Within 30 days of the entry of this Protective Order, a receiving party may designate by name, in writing, up to five (5) in-house attorneys who are permitted to view materials designated "HIGHLY CONFIDENTIAL– ATTORNEYS' EYES ONLY," provided that any attorneys so designated may not have a role through which they could use such materials to engage in Competitive or Editorial Decision-Making.[1] <u>In addition to the foregoing, and</u>

---

[1] "Competitive or Editorial Decision-Making" means the action or process of making a business or journalistic decision or resolving a non-legal question relating to a competitor, potential competitor, customer, journalist, opinion writer, editor, video producer, audio producer, or distribution partner regarding contracts, marketing, pricing, product, service development or design, product, or service offering, research and development, mergers and acquisitions, or licensing, acquisition, funding, enforcement of intellectual property, publishing, writing, editing, broadcasting, or public speaking. It does not include legal advice provided in connection with

<ins>with respect to materials designated as HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY by Microsoft, the following individuals designated by The Times—A.G. Sulzberger, Meredith Levien, Diane Brayton, and Rebecca Grossman-Cohen, so long as (1) those documents do not relate to actual or potential licensing/data access agreements or negotiations regarding such agreements, and (2) each of these individuals executes an Undertaking to be Bound by Protective Order in the form annexed as an Exhibit hereto</ins>.

(c) experts of the recipient to whom disclosure is reasonably necessary for this litigation, provided such persons have first executed an Undertaking to be Bound by Protective Order in the form annexed as an Exhibit hereto;

(d) the court and its personnel;

(e) court reporters and their staff, professional jury or trial consultants, and professional vendors to whom disclosure is reasonably necessary for this litigation, provided such persons have first executed an Undertaking to be Bound by Protective Order in the form annexed as an Exhibit hereto; or

(f) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information.

---

litigation, potential litigation, or regulatory matters, nor does it include work performed as part of a trial team or to keep management advised on the progress or status of litigation, potential litigation, or regulatory matters.

SO STIPULATED AND AGREED.

Dated: October 30, 2024

| | |
|---|---|
| */s/ Ian Crosby* | */s/ Annette L. Hurst* |
| Ian Crosby (*pro hac vice*) | Annette L. Hurst (*pro hac vice*) |
| Genevieve Vose Wallace (*pro hac vice*) | ORRICK, HERRINGTON & |
| Katherine Marie Peaslee (*pro hac vice*) | SUTCLIFFE LLP |
| SUSMAN GODFREY L.L.P. | The Orrick Building |
| 401 Union Street, Suite 3000 | 405 Howard Street |
| Seattle, WA 98101 | San Francisco, CA 94105 |
| Telephone: (206) 516-3880 | Telephone: (415)773-5700 |
| icrosby@susmangodfrey.com | ahurst@orrick.com |
| gwallace@susmangodfrey.com | |
| kpeaslee@susmangodfrey.com | Christopher Cariello |
| | ORRICK, HERRINGTON & |
| Davida Brook (*pro hac vice*) | SUTCLIFFE LLP |
| Ellie Rae Dupler (*pro hac vice*) | 51 West 52nd Street |
| Emily K. Cronin (*pro hac vice*) | New York: NY 10019 |
| SUSMAN GODFREY L.L.P. | Telephone: (212) 506-3778 |
| 1900 Ave of the Stars, Suite 1400 | Facsimile: (212) 506-5151 |
| Los Angeles, CA 90067 | ccariello@orrick.com |
| Telephone: (310) 789-3100 | |
| dbrook@susmangodfrey.com | Sheryl Koval Garko (admitted *pro hac vice*) |
| edupler@susmangodfrey.com | Laura Brooks Najemy (admitted *pro hac vice*) |
| ecronin@susmangodfrey.com | ORRICK, HERRINGTON & |
| | SUTCLIFFE LLP |
| Alexander Frawley | 222 Berkeley Street, Suite 2000 |
| Eudokia Spanos | Boston, MA 02116 |
| Tamar Lusztig | Telephone: (617) 880-1800 |
| Zachary B. Savage | Facsimile: (617) 8801-1801 |
| Elisha Brandis Barron | sgarko@orrick.com |
| SUSMAN GODFREY L.L.P. | lnajemy@orrick.com |
| One Manhattan West, 50th Floor | |
| New York, NY 10001 | Jeffrey S. Jacobson |
| Telephone: (212) 336-8330 | FAEGRE DRINKER BIDDLE |
| afrawley@susmangodfrey.com | & REATH LLP |
| espanos@susmangodfrey.com | 1177 Avenue of the Americas |
| tlusztig@susmangodfrey.com | New York, New York 10036 |
| zsavage@susmangodfrey.com | Telephone: (212) 248-3191 |
| ebarron@susmangodfrey.com | jeffrey.jacobson@faegredrinker.com |

Scarlett Collings (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
Telephone: (713) 904-8812
scollings@susmangodfrey.com

*Attorneys for Plaintiff*
*The New York Times Company*

Jared B. Briant (*pro hac vice*)
Kirstin L. Stoll-DeBell (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE
& REATH LLP
1144 Fifteenth Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
jared.briant@faegredrinker.com
kirstin.stolldebell@faegredrinker.com

Carrie A. Beyer (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL  60606-5707
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
carrie.beyer@faegredrinker.com

Elizabeth M.C. Scheibel (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
elizabeth.scheibel@faegredrinker.com

*Attorneys for Defendant Microsoft Corporation*

5

/s/ Paven Malhotra
Paven Malhotra - # 4409397
Robert A. Van Nest (Pro Hac Vice)
R. James Slaughter (*Pro Hac Vice*)
Michelle S. Ybarra (*Pro Hac Vice*)
Nicholas S. Goldberg (*Pro Hac Vice*)
Thomas E. Gorman (*Pro Hac Vice*)
Katie Lynn Joyce (*pro hac vice*)
Andrew S. Burns (*pro hac vice*)
Andrew Dawson (*pro hac vice*)
Edward A. Bayley (*pro hac vice*)
Christopher S. Sun (*pro hac vice*)
Sarah Salomon (*pro hac vice*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
rslaughter@keker.com
pmalhotra@keker.com
mybarra@keker.com
tgorman@keker.com
kjoyce@keker.com
abruns@keker.com
adawson@keker.com
ebayley@keker.com
csun@keker.com
ssalomon@keker.com

*Attorneys for OpenAI Defendants*

/s/ Carolyn Homer
Carolyn Homer (*pro hac vice*)
*cmhomer@mofo.com*
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, D.C. 20037
Telephone: 202.887.1500

Joseph C. Gratz (*pro hac vice*)
Vera Ranieri (*pro hac vice*)
Andrew L. Perito (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

/s/ Elana Nightingale Dawson
Andrew M. Gass (*pro hac vice*)
Joseph Richard Wetzel, Jr.
andrew.gass@lw.com
joe.wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
Elana Nightingale Dawson
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
sy.damle@lw.com
Elana.nightingaledawson@lw.com

Allison L. Stillman
alli.stillman@lw.com
Herman Heng Yue
herman.yue@lw.com
Michael A. David
michael.david@lw.com
Rachel R. Blitzer
rachel.blitzer@lw.com
Luke Budiardjo
luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

*Attorneys for OpenAI Defendants*

Telephone: 415.268.7000
jgratz@mofo.com
vranieri@mofo.com
aperito@mofo.com

Rose S. Lee (*pro hac vice*)
MORRISON & FOERSTER LLP
 *rose.lee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200

Emily Claire Wood (*pro hac vice*)
Erik Nikolaides (*pro hac vice*)
Jocelyn E. Greer (*pro hac vice*)
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019
Telephone: 212.468.8000
ewood@mofo.com
enikolaides@mofo.com
jgreer@mofo.com

*Attorneys for OpenAI Defendants*

SO ORDERED.

_____
ONA T. WANG
United States Magistrate Judge

Dated:_____
New York, New York

## ATTESTATION

Pursuant to S.D.N.Y. Electronic Case Filing Rule 8.5, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content and have authorized this filing.

Dated: October 30, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Annette L. Hurst
Annette L. Hurst