# Exhibit A

# David Rubin – The New York Times Company

nytco.com/person/david-rubin

New York
2016

David Rubin is the chief brand and communications officer of The New York Times Company, and publisher of Wirecutter.

As leader of The Times's communications and brand strategy, David is responsible for all corporate, brand and internal messaging, PR and public affairs as well as enterprise wide brand strategy for The Times and its products. David also oversees many of The Times's other revenue streams outside of subscription and advertising, including licensing, books, film and television, commerce and live events.

As publisher of Wirecutter, David and the Wirecutter leadership team are responsible for propelling growth, driving outstanding performance and continuing to advance its rigorous service journalism.

When he was previously chief marketing officer of The Times, he participated in The Times digital transformation, growing the consumer subscription business exponentially. Within marketing, he led the development of award-winning advertising campaigns, including "The Truth Is Hard," which premiered on the Oscars broadcast in February 2017; "The Truth Has a Voice," which premiered during the Golden Globes in January 2018; "The Truth Is Worth It" campaign; "Life Needs Truth;" and the recent "More of Life."

He was also responsible for all acquisition and performance marketing, helping to propel The Times's digital consumer business, which has surpassed nine million subscribers. He has been named a "Brand Genius" by Ad Week and one of Business Insider's "25 Most Innovative CMOs in the World."

Mr. Rubin has marketed brands in multiple categories from consumer products to digital media and across a broad spectrum of consumer segments. Highlights include the launch of Axe body spray into the United States and the turnaround of Unilever USA's hair care division. Prior to joining The Times in April 2016, he was at Pinterest, where he led the community, marketing, brand and research teams and was charged with expanding the appeal of the Pinterest brand, particularly internationally.

He received a Master of Business Administration degree from Wharton in 1999 and a Bachelor of Arts in history from Yale in 1993.