# Exhibit D

# Joy Robins – The New York Times Company

nytco.com/person/joy-robins

Joy Robins is the global chief advertising officer of The New York Times Company, where she leads all facets of its advertising business and guides the strategy and revenue generation of the entire global advertising team, and T Brand Studio, the content studio within New York Times advertising. Joy joined the Times Company in May 2023 and reports directly to President and Chief Executive Officer Meredith Kopit Levien.

An accomplished leader with 20 years of experience, Joy is a strategic expert at applying innovative advertising models at scale to enhance consumer products. With her extensive background in media, Joy has a reputable presence in the ad and media industry and brings a strong understanding of subscription business model dynamics. Joy drives innovation and leadership in partnership with New York Times advertising's unmatched team — as they showcase the power and value of The Times's essential subscription bundle to brands and marketers.

Joy has held a variety of advertising and leadership roles. Prior to joining the Times Company, she served as chief revenue officer at The Washington Post since 2019, leading advertising and subscriptions revenue. Before The Washington Post, Joy led advertising teams at Quartz for more than five years, most recently serving as global chief revenue officer, and previously held leadership positions at NBC News Digital, BBC Worldwide, The Weather Channel and OMD. Joy is on the board of the Ad Council and the MMA, and was featured on Ad Age's 2017 40 under 40 and Ad Age's 2020 Women to Watch lists.

Joy graduated from Rutgers University. She is based in New York.