# Exhibit E



Michael Greenspon

Michael Greenspon is the Global Head of NYT Licensing & Print Innovation for *The New York Times*.

As the Global Head of NYT Licensing (formerly called the News Services Division), he is responsible for *The Times'* global licensing strategy and businesses. He leads a division with a large portfolio of revenue-generating products and services, as well as the editorial and business staff that support those businesses. Within the portfolio overseen by Mr. Greenspon are the editing and sales operations of *The New York Times* News Service and Syndicate; publications, including the *International Weekly* and *Times Digest*; content licensing, including international versions of *T Magazine*; and book development. He has run the division since 2009.

As Global Head of Print Innovation, Mr. Greenspon is the business lead for the ongoing evolution of *The New York Times* print newspaper, with the goal of enhancing reader engagement, increasing subscriber retention and continuing to provide meaningful advertising revenue.

Before stepping into his role in Print Innovation, Mr. Greenspon helped lead *The Times'* global expansion as the New York lead for international strategy. He also oversaw the company's foreign-language operations, including its Chinese site, cn.nytimes.com, which he launched in 2012.

Mr. Greenspon joined *The New York Times* Company in 2002 in advertising sales at The Boston Globe. In 2004, he became a director in the Globe's circulation department, overseeing youth readership programs and leading day-to-day operations of the newspaper's wholesale distributor. He moved to New York in 2007 to join the strategic planning unit of The Times.

Before his time at the Globe, Mr. Greenspon held several positions at *The Washington Post,* including general assignment business reporter, assistant plant manager and financial planner. Prior to his newspaper career, he worked on national security policy at the Department of Defense.

Mr. Greenspon sits on the board of the National Parks of New York Harbor Conservancy, whose mission is to preserve the environment of New York Harbor, to promote economic development along the harbor, and to create on the waterfront the finest urban recreation and educational national park system in the world. He is on the executive committee of the board of SIP-IAPA, a press association serving the Americas, and sits on the boards of the New York News Publishers Association and the International Center for Journalists.

Mr. Greenspon holds a law degree from Georgetown University Law Center and a B.A. from Kenyon College. He is married with two children.