# Exhibit F

# Greg Miller

Executive Director Business Development and Operations, nytLicensing at The New York Times
New York City Metropolitan Area

## Contact

www.linkedin.com/in/greg-m-miller (LinkedIn)

## Top Skills

Licensing
Strategic Partnerships
Digital Media

## Summary

Between building relationships with companies in a wide range of industries and designing innovative brand extension strategies, no two days are ever the same.

As Director, Licensing and Branded Services for the leading multimedia publication, The New York Times, I drive the strategy behind the iconic organization's efforts to create branded commerce products and services. These include a school, wine club, travel program, and meal kit delivery service, though I am always on the lookout for innovative ways to extend our brand.

Previously, I was director of licensing MODA Licensing, a New York-based agency serving clients in everything from Fortune 500 companies to nonprofit organizations. My first employer was The Roger Richman Agency in Beverly Hills, where I negotiated celebrity advertising and merchandising agreements. I earned my Bachelor of Arts Degree in Music/Business Administration from the State University of New York at Fredonia.

===========================

CAREER HIGHLIGHTS
♦ Expanded reach of Times Journeys program from 3 cruises annually to 140+ land and cruise departures annually.
♦ Led creation of Webby Award-winning TimesJourneys.com.
♦ Established company's first branded initiatives in the food and education sectors.
♦ Directed agency's creative strategy for Licensing Expo, the leading industry trade show.
♦ Negotiated licensing agreements with companies such as Apple, Disney, and Coca-Cola.

===========================

Page 1 of 3

SPECIALTIES
- Licensing Strategies
- Brand Extensions
- Merchandising Initiatives
- Market Research
- Contract Negotiations
- Product Development
- Staff Leadership
- Financial Management (P&L)

EMAIL: brocton@me.com

## Experience

The New York Times
14 years 7 months

Executive Director Business Development and Operations, nytLicensing
August 2018 - Present (6 years 4 months)

Director, Licensing & Branded Services
May 2010 - Present (14 years 7 months)

I first joined The New York Times as a Licensing Consultant, before advancing to Manager, Licensing and Director, Licensing and Branded Services.

In my current role, I oversee the division's P&L. I also lead a 7-person team, which I built from the ground up.

In addition to directing our core licensing initiatives (The New York Times Wine Club, The New York Times Cooking Meal Kits, The School of the New York Times, and The New York Times Journeys), I continue to negotiate opportunities to develop new branded commerce products and services.

MODA International Marketing, Inc.
Director of Licensing
October 2000 - February 2009 (8 years 5 months)

While with MODA Licensing (known as MODA International Marketing at the time), I led global operations for all licensed retail businesses.

In addition to establishing licensing agreements with companies in a diverse set of industries, I designed integrated marketing strategies to maximize the audience reach. Each year, I also drove the creative planning and project management for the company's involvement in the annual Licensing Expo. Attended by more than 480 brand representatives, this event was where I first formed many of my brand licensing relationships.

The Roger Richman Agency
Licensing Manager
1997 - 2000 (3 years)

In my first post-college job, I negotiated advertising/merchandising licensing agreements for this celebrity licensing agency. I monitored each contract for compliance, to ensure the terms of each agreement was met.

---

## Education

State University of New York at Fredonia
Bachelor's Degree, Vocal Music · (1993 - 1996)