# Exhibit H

# Celebrating Christine Liang's Promotion

nytco.com/press/celebrating-christine-liangs-promotion

June 23, 2023

We are thrilled to announce the promotion of Christine Liang to Sr. Director of Technical Search. Read on for more in this note from Hannah Poferl & Sam Felix.



We are thrilled to announce the promotion of Christine Liang to Sr. Director of Technical Search. Christine, formerly our Director of Technical Search, has shown tremendous leadership and expertise, making significant strides within the core news product for The New York Times.

For several years, Christine has managed a team of search experts working on nytimes.com and cooking.nytimes.com. She has played an integral advisory role for all of our sub-brands across The Times' bundle, including Wirecutter, Games, and, more recently, The Athletic. Now, Christine's journey takes her into a new facet of our business.

In addition to her continued focus on technical search for News, she will also be formally extending her leadership and technical SEO skills beyond news and cooking to The Athletic, partnering closely with their head of Audience, Claudio Cabrera.

Christine's deep understanding of the search engine landscape has not only furthered the industry's comprehension of technical SEO for publishers, but also positioned The Times as a fierce competitor in search visibility. She has driven some of our biggest initiatives, including decommissioning AMP, overhauling our XML and HTML sitemaps, and supporting our business partners on the Google News agreement. Known for her career coaching and management skills, Christine has nurtured collaboration across the search team, helping to grow their expertise and impact across the portfolio. Given this impressive track record, we are confident that Christine will bring the same passion, dedication, and expertise to her new role.

Please join us in congratulating Christine on her well-deserved promotion. We look forward to seeing her continued success in her new role!