# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                        Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>                        Defendants. | Case No. 1:23-CV-11195-SHS |

## **MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Under Section IV of this Court's Individual Practices in Civil Cases, Defendant Microsoft Corporation respectfully seeks to provisionally file under seal a portion of its letter motion to compel, as well as the attached exhibits. The letter motion requests a pre-motion conference to discuss The New York Times's ("The Times") refusal to produce highly relevant documents regarding The Times's own use and development of Generative AI models and tools. Microsoft seeks to file portions of this letter motion under seal because the motion discusses documents that The Times designated as Protected Discovery Material under the Protective Order. Dkt. 127 ¶ 22. The letter motion also attaches copies of these documents as exhibits. Microsoft does not affirmatively seek to seal any portion of this letter motion, nor any portion of any exhibit. Under the Protective Order, The Times has five business days to file a statement of reasons for why the material should be sealed. *Id.* Microsoft will review The Times's filings, and if necessary, confer about any disagreement.

Dated: November 18, 2024

By:   */s/ Annette L. Hurst*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Annette L. Hurst (admitted *pro hac vice*)
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759
ahurst@orrick.com

Christopher J. Cariello
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-3778
Facsimile: (212) 506-5151
ccariello@orrick.com

Sheryl Koval Garko
Laura Brooks Najemy
222 Berkley Street
Boston, MA 02116
Telephone: (617) 880-1800
Facsimile: (617) 880-1801
sgarko@orrick.com
lnajemy@orrick.com

FAEGRE DRINKER BIDDLE & REATH LLP
Jeffrey S. Jacobson
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 248-3191
jeffrey.jacobson@faegredrinker.com

Jared B. Briant (admitted *pro hac vice*)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3588
jared.briant@faegredrinker.com

*Attorneys for Defendant*
*Microsoft Corporation*