# EXHIBITS 3-5 FILED UNDER SEAL