AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

The New York Times Company, )
*Plaintiff* )
v. )
MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC ) Case No. 1:23-cv-11195-SHS
OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, ) 1:24-cv-03285-SHS
LLC, AND OPENAI HOLDINGS, LLC. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OPCO LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC.

Date: 11/19/2024

*Attorney's signature*

Carolyn M. Homer      CA: # 286441
*Printed name and bar number*

2100 L Street, NW Suite 900 Washington DC, 20037
*Address*

CMHomer@mofo.com
*E-mail address*

202- 887-6945
*Telephone number*

202-887-0763
*FAX number*