# Exhibit 1

## Exhibit 1

The Times's Custodians as of November 21, 2024

| Name | Position |
| --- | --- |
| A.G. Sulzberger | Chairman & Publisher |
| Meredith Levien | President & Chief Executive Officer |
| Diane Brayton | Executive Vice President & Chief Legal Officer |
| William Bardeen | Executive Vice President & Chief Financial Officer |
| Alex Hardiman | Chief Product Officer |
| Hannah Poferl | Chief Data Officer & Head of Audience |
| Jason Sobel | Chief Technology Officer |
| Chris Wiggins | Chief Data Scientist |
| Amy Weisenbach | Chief Marketing Officer |
| Hannah Yang | Chief Growth and Customer Officer |
| Joy Robins | Global Chief Advertising Officer |
| Zach Seward | Newsroom's Editorial Director of AI Initiatives |
| Rebecca Grossman-Cohen | Chief of Staff to CEO & Senior Vice President, Platform Strategy & Partnerships |
| Sam Felix | VP, Head of Platform Strategy & Strategic & AI Partnerships |
| Gordon Diggs | (Former) Sr. Engineering Director NYT Cooking |
| Ben Frumin | Wirecutter Editor-in-Chief |
| David Gurian-Peck | Vice President, Subscriber Monetization & Chief of Staff to CFO |
| Barrett Sheridan | VP, Strategy and Operations |
| Christine Liang | Sr. Director Search Engine Optimization |
| Leilani Han | Wirecutter Executive Director of Commerce |
| Greg Miller | Executive Director of Business Development and Operations, Licensing |
| David Perpich | The Athletic Publisher |