# EXHIBIT A

**Exhibit A – Summary of RFPs Related to Traffic and Revenue For Which The Times Has Agreed to Produce Documents**

| Category of Requests | Discovery The Times Agreed to Produce |
|---|---|
| **Documents related to web traffic, subscriptions, and users** | 1. Documents sufficient to show traffic to Wirecutter from 2018 to present (OAI RFP 142);<br>2. Documents sufficient to show decreases in traffic to The Athletic from the date of sale in 2022 to present (OAI RFP 143);<br>3. Documents sufficient to show decreases in traffic to NYT Cooking from 2018 to present (OAI RFP 144);<br>4. Analyses and reports regarding whether decreases in traffic to Times websites are attributable to GPT services versus other market forces and factors, including but not limited to analyses and reports showing that other market forces or factors aside from GPT services are responsible for decreases in traffic (OAI RFP 145);<br>5. Documents sufficient to show the number of active Times subscribers for each month beginning January 1, 2018, through the first quarter of 2024 (MS RFP 59);<br>6. Documents sufficient to show the total page views for each of the digital versions of the Copyrighted Works-In-Suit, from January 1, 2018 (or the first publication of the work, whichever is later), through the first quarter of 2024 (MS RFP 61);<br>7. Documents sufficient to show the total user visits to www.nytimes.com, on a monthly basis, from January 1, 2018, through the first quarter of 2024 (MS RFP 62); |

| **Documents related to revenue** | 1. Documents and communications sufficient to reflect the revenue Wirecutter has generated via affiliate referral (OAI RFP 141); |
|---|---|
| | 2. Documents sufficient to show The Times's subscription-based revenue for each month from January 1, 2018, through the first quarter of 2024 (MS RFP 60); |
| | 3. Documents sufficient to show The Times's total revenue, broken down by source, including without limitation advertising revenue, revenue from affiliate links, and subscription revenue by subscription type (whether personal or commercial, online or print) for each month beginning January 1, 2018, through the first quarter of 2024; and |
| | 4. Documents sufficient to calculate or estimate per-display revenues associated with the Asserted Works by source, including without limitation revenues from subscriptions, advertising revenues (including cost per impression), and revenues from affiliate links, including (i) the total amount since the work's publication, and (ii) a breakdown of the amount of revenue by month from month of publication to the present. |