# EXHIBIT 2

# The New York Times

Which of the following reasons describe why you canceled your subscription? (Select all that apply)

| | |
|---|---|
| Issue with ease of canceling a subscription | Billing issues |
| Don't enjoy reading The New York Times as much anymore | I have too many subscriptions |
| AI makes my subscription unnecessary | Mobile app issues |
| Problem(s) with customer service | Too many advertisements |
| Work or school access ended | Too expensive |
| Need a break from the news | Political bias |
| Other issues with content | Prefer to read another news source |