UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195 (SHS) (OTW)<br><br><br>**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE*** |
| DAILY NEWS, LP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-3285 (SHS) (OTW) |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI, INC.; OPENAI GR, LLC; OPENAI, LLC; OPENAI OPCO LLC; OPENAI GLOBAL LLC; OAI CORPORATION, LLC; OPENAI HOLDINGS, LLC; and MICROSOFT CORPORATION,<br><br>Defendants. | Civil Action No. 1:24-cv-04872 (SHS) (OTW) |

PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Brianna Lynn Silverstein, hereby moves this Court

for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned actions. I am in good standing of the bar of the District of Columbia and the State of Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

|  |  |
|---|---|
| Dated: Washington, DC<br>December 4, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>By: _/s/ Brianna Lynn Silverstein_<br><br>Brianna Lynn Silverstein<br>1500 K Street NW, Suite 1100<br>Washington, DC 20005<br>(202) 842-8800<br>brianna.silverstein@faegredrinker.com<br><br>*Attorneys for Microsoft Corporation* |