UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195 (SHS) (OTW)<br><br>**AFFIDAVIT OF BRIANNA LYNN SILVERSTEIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| DAILY NEWS, LP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-3285 (SHS) (OTW) |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI, INC.; OPENAI GR, LLC; OPENAI, LLC; OPENAI OPCO LLC; OPENAI GLOBAL LLC; OAI CORPORATION, LLC; OPENAI HOLDINGS, LLC; and MICROSOFT CORPORATION,<br><br>Defendants. | Civil Action No. 1:24-cv-04872 (SHS) (OTW) |

|                      |       |
|----------------------|-------|
| DISTRICT OF COLUMBIA | ) ss: |

Brianna Lynn Silverstein, of full age, being duly sworn, hereby deposes and says as follows:

1. I am a Partner with the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for defendant Microsoft Corporation in the above-captioned action.

2. I am admitted to practice in the highest court of the District of Columbia and the State of Virginia. I am a member in good standing of the highest court of the District of Columbia and the State of Virginia. Annexed hereto as Exhibit A is a Certificate of Good Standing from the District of Columbia Court of Appeals, dated November 25, 2024 and Exhibit B is a Certificate of Good Standing from the State of Virginia, dated November 22, 2024.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

_____
Brianna Lynn Silverstein

Sworn and subscribed to before
me this 4th day of December, 2024

_____
Notary Public

[Notary Seal: Deborah A. Curry, Notary Public, District of Columbia, Exp. 4/30/2027]