## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>           Defendants. | Civil Action No. 1:23-cv-11195 (SHS) (OTW)<br><br>**PROPOSED ORDER ON MOTION FOR ADMISSION** |
| DAILY NEWS, LP, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>           Defendants. | Civil Action No. 1:24-cv-3285 (SHS) (OTW) |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>OPENAI, INC.; OPENAI GP, LLC; OPENAI, LLC; OPENAI OPCO LLC; OPENAI GLOBAL LLC; OAI CORPORATION, LLC; OPENAI HOLDINGS, LLC; and MICROSOFT CORPORATION,<br><br>           Defendants. | Civil Action No. 1:24-cv-04872 (SHS) (OTW) |

The motion of Brianna Lynn Silverstein for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

2

Applicant has declared that she is a member in good standing of the bar of the District of the Columbia and the State of Virginia; and that her contact information is as follows:

Brianna Lynn Silverstein
Faegre Drinker Biddle & Reath LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
brianna.silverstein@faegredrinker.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Microsoft Corporation, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* as counsel in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                      _____
                                                              United States District Judge
                                                              Sidney H. Stein