**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>       Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>       Defendants. | Case No. 1:23-cv-11195 (SHS) (OTW) |

**NOTICE OF OBJECTION TO DISCOVERY ORDER AT ECF 344**

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Elana Nightingale Dawson and exhibits annexed thereto, and all pleadings and proceedings referenced therein, Defendant OpenAI OpCo, L.L.C. ("OpenAI") moves this Court, before the Honorable Sidney H. Stein in Courtroom 23A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Federal Rule of Civil Procedure 72(a) setting aside the discovery order at ECF 344 and directing Plaintiff The New York Times Company to produce the discovery requested herein, and any such other further relief as this Court may deem just and proper.

Dated: December 6, 2024						Respectfully submitted,

By: /s/ Elana Nightingale-Dawson

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
 andrew.gass@lw.com
Joseph R. Wetzel
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@lw.com
Michael David
 Michael.david@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
 alli.stillman@lw.com
Rachel Renee Blitzer
 rachel.blitzer@lw.com
Herman Yue
 Herman.yue@lw.com
Luke A. Budiardjo
 Luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

By: /s/ *Joseph C. Gratz*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)[*]
 jgratz@mofo.com
Vera Ranieri (*pro hac vice*)
 vranieri@mofo.com
Rose S. Lee (*pro hac vice*)
 rlee@mofo.com
425 Market Street

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

San Francisco, CA 94105
Telephone: 415.258.7522

Eric K. Nikolaides
 enikolaides@mofo.com
Emily C. Wood
 ewood@mofo.com
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000

Carolyn Homer (*pro hac vice*)
 chomer@mofo.com
2100 L Street, NW Suite 900
Washington, D.C. 20038
Telephone: 202.887.1500

By: /s/ *Andrew F. Dawson*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
 rvannest@keker.com
Paven Malhotra
 pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
 mybarra@keker.com
Nicholas S. Goldberg (*pro hac vice*)
 ngoldberg@keker.com
Thomas E. Gorman (*pro hac vice*)
 tgorman@keker.com
Katie Lynn Joyce (*pro hac vice*)
 kjoyce@keker.com
Christopher S. Sun (*pro hac vice*)
 csun@keker.com
R. James Slaughter (*pro hac vice*)
 rslaughter@keker.com
Edward A. Bayley (*pro hac vice*)
 ebayley@keker.com
Andrew F. Dawson (*pro hac vice*)*
 adawson@keker.com
Andrew S. Bruns (*pro hac vice*)
 abruns@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI*