UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                              Plaintiff,<br><br>         v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                              Defendants. | Case No. 1:23-cv-11195 (SHS) (OTW) |

### DECLARATION OF ELANA NIGHTINGALE DAWSON IN SUPPORT OF OBJECTION TO DISCOVERY ORDER AT ECF 344

I, Elana Nightingale Dawson, declare as follows:

1. I am a partner at Latham & Watkins LLP, and counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI, LLC, OpenAI GP, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC in this matter. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify as to these facts under oath.

2. I submit this Declaration in Support of OpenAI's Objection to Discovery Order at ECF 344.

3. Attached hereto as **Exhibit A** is a true and correct copy of OpenAI OpCo LLC's Letter Motion Requesting a Pre-Motion Conference, filed at ECF 236 (hereafter "Letter Motion").

4. Attached hereto as **Exhibit B** is a true and correct copy of The New York Times's Letter Response to the Letter Motion, filed at ECF 238.

5. Attached hereto as **Exhibit C** is a true and correct copy of Magistrate Judge Ona T.

Wang's Order denying the Letter Motion, filed at ECF 344.

6. Attached hereto as **Exhibit D** is a true and correct copy of a subpoena The New York Times informed OpenAI that it was serving on Anthropic PBC on December 3, 2024, in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2024, in Silver Spring, Maryland.

By: /s/ *Elana Nightingale Dawson*
Elana Nightingale Dawson