UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                        Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>Hon. Sidney H. Stein |

**OPENAI'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Under paragraph 22 of the Protective Order in this case (ECF 127) and Section 5.B of this Court's Individual Practices, Defendant OpenAI[1] respectfully seeks to provisionally file under seal a portion of its Objection to Non-Dispositive Order Pursuant to Federal Rule of Civil Procedure 72(a) and the accompanying exhibits. The objection seeks an order under Rule 72(a) setting aside the discovery orders at ECF 352-53 and compelling Plaintiff The New York Times Company to produce the requested discovery. OpenAI seeks to file portions of the objection and accompanying exhibits under seal because the objection discusses, and the accompanying exhibits contain, documents that Plaintiff designated as Protected Discovery Material under the Protective Order. Dkt. 127 ¶ 22. OpenAI does not affirmatively seek to seal any portion of the objection, nor any portion of any exhibit. Under the Protective Order, Plaintiff has five business

---

[1] "OpenAI" refers collectively to Defendants OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo, LLC; OpenAI Global LLC; OpenAI Corporation LLC; and OpenAI Holdings, LLC.

days to file a statement of reasons for why the material should be sealed.  *Id.*  OpenAI will review Plaintiff's filings, and if necessary, confer about any disagreement.

Dated:  December 23, 2024

KEKER, VAN NEST & PETERS LLP

By:  */s/ Andrew F. Dawson*
ROBERT A. VAN NEST (*pro hac vice*)
R. JAMES SLAUGHTER (*pro hac vice*)
PAVEN MALHOTRA - # 4409397
MICHELLE S. YBARRA (*pro hac vice*)
NICHOLAS S. GOLDBERG (*pro hac vice*)
THOMAS E. GORMAN (*pro hac vice*)
KATIE LYNN JOYCE (*pro hac vice*)
ANDREW F. DAWSON (*pro hac vice*)
SARAH SALOMON (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile:  415 397 7188
rvannest@keker.com
rslaughter@keker.com
pmalhotra@keker.com
mybarra@keker.com
ngoldberg@keker.com
tgorman@keker.com
adawson@keker.com
kjoyce@keker.com
ssalomon@keker.com

Attorneys for Defendants OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

Dated:  December 23, 2024                                    LATHAM & WATKINS LLP

                                                  By:  */s/ Elana Nightingale Dawson*
                                                      Andrew M. Gass (*pro hac vice*)
                                                      *andrew.gass@lw.com*
                                                      Joseph R. Wetzel
                                                      *joseph.wetzel@lw.com*
                                                      505 Montgomery Street, Suite 2000
                                                      San Francisco, CA 94111
                                                      Telephone: 415.391.0600

                                                      Sarang V. Damle
                                                      *sy.damle@lw.com*
                                                      Elana Nightingale Dawson (*pro hac vice*)
                                                      *elana.nightingaledawson@law.com*
                                                      Michael David (*pro hac vice*)
                                                      *michael.david@law.com*
                                                      555 Eleventh Street, NW, Suite 1000
                                                      Washington, D.C. 20004
                                                      Telephone: 202.637.2200

                                                      Allison L. Stillman
                                                      *alli.stillman@lw.com*
                                                      Rachel R. Blitzer
                                                      *rachel.blitzer@lw.com*
                                                      Herman Yue
                                                      *herman.yue@lw.com*
                                                      Luke A. Budiardjo
                                                      *luke.budiardjo@lw.com*
                                                      1271 Avenue of the Americas
                                                      New York, NY 10020
                                                      Telephone: 212.751.4864

                                                      *Attorneys for OpenAI Defendants*

Dated:  December 23, 2024                                MORRISON & FOERSTER LLP


By:  /s/ Rose S. Lee
　　　Joseph C. Gratz (*pro hac vice*)
　　　 jgratz@mofo.com
　　　Vera Ranieri (*pro hac vice*)
　　　 vranieri@mofo.com
　　　425 Market Street
　　　San Francisco, CA 94105-2482
　　　Telephone: 415.268.7000

　　　Rose S. Lee (*pro hac vice*)
　　　 rose.lee@mofo.com
　　　707 Wilshire Boulevard, Suite 6000
　　　Los Angeles, California 90017-3543
　　　Telephone: 213.892.5200

　　　Eric K. Nikolaides
　　　 enikolaides@mofo.com
　　　Emily C. Wood
　　　 ewood@mofo.com
　　　250 West 55th Street
　　　New York, NY 10019-9601
　　　Telephone: 212.468.8000

　　　Carolyn Homer (*pro hac vice)*
　　　 enikolaides@mofo.com
　　　2100 L Street, NW Suite 900
　　　Washington, D.C. 20038
　　　Telephone: 202.887.1500

　　　*Attorneys for OpenAI Defendants*