UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| THE NEW YORK TIMES COMPANY, | : | 23-cv-11195 (SHS) (OTW) |
| Plaintiff, | : | And the Related Cases: 24-cv-3285 (SHS) (OTW) |
| -v- | : | 24-cv-4872 (SHS) (OTW) |
| MICROSOFT CORPORATION, ET AL., | : | <u>ORDER</u> |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   IT IS HEREBY ORDERED that any person who wishes to listen-in to the argument which will be held on January 14, 2025, at 10:30 a.m. in Courtroom 23A, may do so via MS Teams using the audio only feature. The audio only number is 646-453-4442, conference ID 307 619 861#. Anyone who accesses the conference is reminded that recording or rebroadcasting of the proceeding is prohibited by law.

Dated: New York, New York
    January 8, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.