## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195 (SHS) (OTW) |
| Daily News, LP; Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-3285 (SHS) (OTW) |

### **DECLARATION OF JENNIFER B. MAISEL**

I, Jennifer B. Maisel, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney at Rothwell, Figg, Ernst & Manbeck, P.C., which represents Plaintiffs The New York Times Company ("The Times") and Daily News, LP et al. ("Daily News") (collectively, the "News Plaintiffs") in this case. I submit this declaration on behalf of the News Plaintiffs in support of the News Plaintiffs' Letter Motion regarding OpenAI's preservation of

1

output log data. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify as to these facts under oath.

2. Enclosed as Exhibit 1 is a true and correct copy of a January 23, 2024, letter on behalf of The Times from Elisha Barron to Joseph C. Gratz, counsel for OpenAI.

3. Enclosed as Exhibit 2 is a true and correct copy of a February 29, 2024, letter on behalf of OpenAI from Joseph C. Gratz to counsel for The Times.

4. Enclosed as Exhibit 3 is a true and correct copy of a March 5, 2024, email on behalf of The Times from Ian B. Crosby to counsel for OpenAI.

5. Enclosed as Exhibit 4 is a true and correct excerpt of the Daily News Plaintiffs' First Set of Requests for Production to OpenAI, including Request No. 45.

6. Enclosed as Exhibit 5 is a true and correct excerpt of The Times's Second Set of Requests for Production to OpenAI, including Request No. 45.

7. Enclosed as Exhibit 6 is a true and correct copy of the Daily News Plaintiffs' Request for Inspection to OpenAI.

8. Enclosed as Exhibit 7 is a true and correct copy of The Times's Request for Inspection to OpenAI.

9. Enclosed as Exhibit 8 is a true and correct excerpt of OpenAI's Responses and Objections to the Daily News Plaintiffs' First Set of Requests for Production to OpenAI, including Request No. 45.

10. Enclosed as Exhibit 9 is a true and correct excerpt of OpenAI's Responses and Objections to The Times's Second Set of Requests for Production to OpenAI, including Request No. 45.

11. Enclosed as Exhibit 10 is a true and correct copy of OpenAI's Responses and Objections to the Daily News Plaintiffs' Request for Inspection to OpenAI.

12. Enclosed as Exhibit 11 is a true and correct copy of OpenAI's Responses and Objections to The Times's Request for Inspection to OpenAI.

13. Enclosed as Exhibit 12 is a true and correct copy of a November 15, 2024, letter on behalf of OpenAI from Carolyn Homer to Jennifer Maisel, counsel for Daily News Plaintiffs.

14. Enclosed as Exhibit 13 is a true and correct copy of a December 10, 2024, letter on behalf of News Plaintiffs from Jennifer Maisel to Carolyn Homer, counsel for OpenAI.

15. Enclosed as Exhibit 14 is a true and correct copy of a January 9, 2025, email chain between counsel for News Plaintiffs and counsel for OpenAI.

16. News Plaintiffs are pursuing a Rule 30(b)(6) custodial deposition with OpenAI on, *inter alia*, topics related to OpenAI's output logs. On a meet and confer on January 10, OpenAI indicated that the output log related topics were a "merits" issue and that it was inclined not to put up any witness to speak on custodial issues relating to its output logs.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 13th day of January, 2025.

/s/ Jennifer Maisel
Jennifer B. Maisel