# EXHIBIT 3

**From:** Ian B. Crosby <icrosby@SusmanGodfrey.com>
**Sent:** Tuesday, March 5, 2024 8:41 AM
**To:** Aaron.Macris@lw.com; Davida Brook <DBrook@susmangodfrey.com>; Ellie Dupler <EDupler@susmangodfrey.com>; Elisha Barron <EBarron@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; slieberm@rothwellfigg.com; Jennifer B. Maisel <jmaisel@rothwellfigg.com>; Kristen Logan <klogan@rothwellfigg.com>
**Cc:** openaicopyrightlitigation.lwteam@lw.com; openaicopyright@mofo.com; NYClassActions_Microsoft_OHS <NYClassActions_Microsoft_OHS@orrick.com>; Hurst, Annette L. <ahurst@orrick.com>; Cariello, Christopher J. <ccariello@orrick.com>
**Subject:** Re: The New York Times Company v. Microsoft Corporation, et al. - SDNY Case No 1:23-cv-11195-SHS

[EXTERNAL]

We disagree. We will comply with our preservation obligations and expect you to do the same.

—Ian Crosby • Susman Godfrey LLP

**From:** Aaron.Macris@lw.com <Aaron.Macris@lw.com>
**Date:** Tuesday, March 5, 2024 at 6:45  /span>AM
**To:** Ian B. Crosby <icrosby@SusmanGodfrey.com>, Davida Brook <DBrook@susmangodfrey.com>, Ellie Dupler <EDupler@susmangodfrey.com>, Elisha Barron <EBarron@susmangodfrey.com>, Tamar Lusztig <TLusztig@susmangodfrey.com>, slieberm@rothwellfigg.com <slieberm@rothwellfigg.com>, Jennifer B. Maisel <jmaisel@rothwellfigg.com>, Kristen Logan <klogan@rothwellfigg.com>
**Cc:** openaicopyrightlitigation.lwteam@lw.com <openaicopyrightlitigation.lwteam@lw.com>, openaicopyright@mofo.com <openaicopyright@mofo.com>, nyclassactions_microsoft_ohs@orrick.com <nyclassactions_microsoft_ohs@orrick.com>, ahurst@orrick.com <ahurst@orrick.com>, ccariello@orrick.com <ccariello@orrick.com>
**Subject:** The New York Times Company v. Microsoft Corporation, et al. - SDNY Case No 1:23-cv-11195-SHS

EXTERNAL Email

Counsel,

Please find attached correspondence from Andrew Gass.

Regards,

Aaron

**Aaron Macris**

*Pronouns: he/him/his*

**LATHAM & WATKINS LLP**

200 Clarendon Street | Boston, MA 02116

D: +1.617.880.4640

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

To unsubscribe from this list please go to https://https://simplelists.susmangodfrey.com/subs/

To unsubscribe from this list please go to
https://simplelists.susmangodfrey.com/confirm/?u=bWuI1MKyPYudEiDRzjEDGij3ZSsfyjLt