# EXHIBIT 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DAILY NEWS, LP; CHICAGO TRIBUNE : 
COMPANY, LLC; ORLANDO SENTINEL : No. 1:24-cv-03285-SHS
COMMUNICATIONS COMPANY, LLC; : 
SUN-SENTINEL COMPANY, LLC; SAN : 
JOSE MERCURY-NEWS, LLC; DP MEDIA : 
NETWORK, LLC; ORB PUBLISHING, : 
LLC; AND NORTHWEST : 
PUBLICATIONS, LLC, : 
   : 
            Plaintiffs, : 
   : 
       v. X
   
MICROSOFT CORPORATION, OPENAI,
INC., OPENAI LP, OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, OPENAI
HOLDINGS, LLC,

            Defendants.

-------------------------------------------------------

**OPENAI DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Local Rules"), Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC and OpenAI Holdings, LLC (collectively, "OpenAI") hereby object and respond to Plaintiff's First Set of Requests for Production of Documents ("Requests"). To the extent that OpenAI agrees to produce documents in response to these Requests, each entity is agreeing to produce only its own documents, to the extent those documents can be located after a reasonable search. Furthermore, an agreement by

sf-6047815

**REQUEST FOR PRODUCTION NO. 45:**

Query, session, and chat logs reflecting or analyzing user sessions related to the Publishers' Content within Defendants' Generative AI Products and Services, including, for each session, user queries paired with responses to those queries.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

OpenAI objects to the production of confidential and sensitive information before a protective order has been entered in this case. OpenAI further objects to the production of electronically stored information before an applicable ESI protocol has been entered. OpenAI objects that this request is not relevant to any claim or defense in this litigation to the extent it calls for the production of documents regarding OpenAI's products other than the GPT models that were used for ChatGPT.

Subject to the foregoing general and specific objections, OpenAI states that it is willing to meet and confer regarding an appropriately narrow scope for this request.

**REQUEST FOR PRODUCTION NO. 46:**

Documents sufficient to show how Defendants' Generative AI Products and Services generate suggested follow-up queries for users.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

OpenAI objects to the production of confidential and sensitive information before a protective order has been entered in this case. OpenAI further objects to the production of electronically stored information before an applicable ESI protocol has been entered. OpenAI objects that this request is not relevant to any claim or defense in this litigation, including to the extent it calls for the production of documents regarding OpenAI's products other than the GPT models that were used for ChatGPT.

| | |
|---|---|
| Dated: San Francisco, California<br>July 15, 2024 | MORRISON & FOERSTER LLP<br><br>By: */s/ Vera Ranieri*<br>Joseph C. Gratz (*pro hac vice*)<br>JGratz@mofo.com<br>Vera Ranieri (*pro hac vice*)<br>VRanieri@mofo.com<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone:     (415) 268-7000<br>Facsimile:      (415) 268-7522<br><br>Allyson R. Bennett (*pro hac vice*)<br>ABennett@mofo.com<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:     (213) 892-5200<br>Facsimile:      (213) 892-5454<br><br>Attorneys for Defendants<br>OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC |

Dated: July 15, 2024 LATHAM & WATKINS LLP

By: */s/ Elana Nightingale Dawson*
    Andrew Gass (*pro hac vice*)
    andrew.gass@lw.com
    Joseph R. Wetzel (*pro hac vice*)
    joe.wetzel@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, CA  94111
    Telephone:  (415) 391-0600
    Facsimile:  (415) 395-8095

    Sarang Damle
    sy.damle@lw.com
    Elana Nightingale Dawson (*pro hac vice*)
    elana.nightingaledawson@lw.com
    555 Eleventh Street NW
    Suite 100
    Washington, DC 20004
    Telephone:  (202) 637-2200
    Facsimile:  (202) 637-2201

    Allison Levine Stillman
    alli.stillman@lw.com
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone:  (212) 906-1200
    Facsimile:  (212) 751-4864

    Attorneys for Defendants
    OPENAI, INC., OPENAI LP, OPENAI
    GP, LLC, OPENAI, LLC, OPENAI
    OPCO LLC, OPENAI GLOBAL LLC,
    OAI CORPORATION, LLC, and
    OPENAI HOLDINGS, LLC

Dated: July 15, 2024                                  KEKER, VAN NEST & PETERS LLP

                                                      By: /s/ Nicholas S. Goldberg
                                                          Robert A. Van Nest (*pro hac vice*)
                                                          RVanNest@keker.com
                                                          R. James Slaughter (*pro hac vice*)
                                                          RSlaughter@keker.com
                                                          Paven Malhotra
                                                          PMalhotra@keker.com
                                                          Michelle S. Ybarra (*pro hac vice*)
                                                          MYbarra@keker.com
                                                          Nicholas S. Goldberg (*pro hac vice*)
                                                          NGoldberg@keker.com
                                                          Thomas E. Gorman (*pro hac vice*)
                                                          TGorman@keker.com
                                                          Katie Lynn Joyce (*pro hac vice*)
                                                          KJoyce@keker.com
                                                          633 Battery Street
                                                          San Francisco, California  94111-1809
                                                          Telephone:  (415) 391-5400
                                                          Facsimile:  (415) 397-7188

                                                          Attorneys for Defendants
                                                          OPENAI, INC., OPENAI LP, OPENAI
                                                          GP, LLC, OPENAI, LLC, OPENAI
                                                          OPCO LLC, OPENAI GLOBAL LLC,
                                                          OAI CORPORATION, LLC, and
                                                          OPENAI HOLDINGS, LLC

sf-6047815

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, a true and correct copy of the foregoing **OPENAI DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was served via electronic mail upon:

| | |
|---|---|
| Bryan Berkeley Thompson<br>Jennifer Maisel<br>Jenny L. Colgate<br>Kristen Logan<br>Mark Rawls<br>Robert Parker<br>Steven M Lieberman<br>ROTHWELL FIGG ERNST & MANBECK, P.C.<br>901 New York Avenue, N.W.; Suite 900 East<br>Washington, DC 20001<br>Phone: 202.783.6040<br>Email: bthompsom@rfem.com<br>jmaisel@rothwellfigg.com<br>jcolgate@rfem.com<br>KLogan@rothwellfigg.com<br>mrawls@rfem.com<br>rparker@rfem.com<br>slieberm@rothwellfigg.com<br>Nhage@rothwellfigg.com | Jeffrey A. Lindenbaum<br>ROTHWELL FIGG ERNST & MANBECK, P.C.<br>The Holyoke-Manhattan Building<br>80 South Highland Avenue<br>Ossining, NY 10562<br>Phone: 914.941.5668<br>Fax: 914.941.6091<br>Email: jlindenbaum@rothwellfigg.com |
| DailyNews-AI-RFEM@rothwellfigg.com ||
| *Attorneys for Plaintiffs* ||

| | |
|---|---|
| Jared B. Briant<br>Kirstin Stoll-DeBell<br>FAEGRE DRINKER BIDDLE & REATH<br>1144 15th Street, Suite 3400<br>Denver, CO 80202<br>Phone: 303.607.3588<br>Email: jared.briant@faegredrinker.com<br>kirstin.stolldebell@faegredrinker.com | Carrie A. Beyer<br>Drinker Biddle & Reath, LLP (IL)<br>191 North Wacker Drive<br>Suite 3700<br>Chicago, IL 60606<br>Phone: 312-569-1000<br>Email: carrie.beyer@dbr.com |
| Jeffrey S. Jacobson<br>FAEGRE DRINKER BIDDLE & REATH<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Phone: 212.248.3191<br>Email: jeffrey.jacobson@faegredrinker.com | Elizabeth Mead Cavert Scheibel<br>Faegre Drinker Biddle & Reath LLP<br>90 S 7th Street, Suite 2200<br>Minneapolis, MN 55402<br>Phone: 612-766-7628<br>Email: elizabeth.scheibel@faegredrinker.com |
| Annette L. Hurst | Laura Brooks Najemy |

sf-6047815

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFF LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Phone: 415.773.5700 | Sheryl Koval Garko<br>ORRICK, HERRINGTON & SUTCLIFF LLP<br>222 Berkley Street<br>Boston, MA 02116<br>Phone: 617.880.1800 |
| Christopher J. Cariello<br>ORRICK, HERRINGTON & SUTCLIFF LLP<br>51 West 2nd Street<br>New York, NY 10019<br>Phone: 212.506.5000 | |
| <div align="center">MicrosoftNYClassActionFDBR@faegredrinker.com,<br>NewYorkTimes_Microsoft_OHS@orrick.com;<br>*Attorneys for Defendant Microsoft Corporation*</div> ||

By:     */s/ heathersmith*
        Heather Smith

-78-