UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195-SHS-OTW |

**OPENAI'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Under paragraph 22 of the Protective Order in this case (ECF 127) and Section 5.B of this Court's Individual Practices, Defendant OpenAI[1] respectfully seeks to provisionally file under seal a portion of its letter-motion and accompanying exhibits. The letter-motion seeks a pre-motion conference to address the New York Times's ("the Times") deficient designation of custodians and refusal to collect pre-2022 documents for key custodians. OpenAI seeks to file portions of the letter-motion and accompanying exhibits under seal because the letter-motion discusses, and the accompanying exhibits contain, documents that the Times designated as Protected Discovery Material under the Protective Order. ECF 127 ¶ 22. OpenAI does not affirmatively seek to seal any material. Under the Protective Order, the Times has five business

---

[1] "OpenAI" refers collectively to Defendants OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo, LLC; OpenAI Global LLC; OpenAI Corporation LLC; and OpenAI Holdings, LLC.

1

days to file a statement of reasons for why the material should be sealed. *Id.* OpenAI will review the Times's filings, and if necessary, confer about any disagreement.[2]

Dated: January 13, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ Michelle S. Ybarra*
ROBERT A. VAN NEST (*pro hac vice*)
R. JAMES SLAUGHTER (*pro hac vice*)
PAVEN MALHOTRA - # 4409397
MICHELLE S. YBARRA (*pro hac vice*)
NICHOLAS S. GOLDBERG (*pro hac vice*)
THOMAS E. GORMAN (*pro hac vice*)
KATIE LYNN JOYCE (*pro hac vice*)
ANDREW F. DAWSON (*pro hac vice*)
SARAH SALOMON (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile:  415 397 7188
rvannest@keker.com
rslaughter@keker.com
pmalhotra@keker.com
mybarra@keker.com
ngoldberg@keker.com
tgorman@keker.com
adawson@keker.com
kjoyce@keker.com
ssalomon@keker.com

*Attorneys for OpenAI Defendants*

---

[2] On January 10, the Court directed the parties "to include in any future motion to seal a description in the motion itself of the types of information the moving party seeks to seal with direct references to specific ECF numbers." ECF 378. As set forth above, OpenAI files the instant motion to provisionally seal documents that the Times has designated confidential under the Protective Order; OpenAI does not affirmatively seek to seal any of its own materials. OpenAI therefore understands that the Times will include the requested description in its response to the instant motion.

Dated:  January 13, 2024                           LATHAM & WATKINS LLP

By: */s/ Elana Nightingale Dawson*
Andrew M. Gass (*pro hac vice*)
 *andrew.gass@lw.com*
Joseph R. Wetzel
 *joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 *sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
 *elana.nightingaledawson@law.com*
Michael David (*pro hac vice*)
 *michael.david@law.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
 *alli.stillman@lw.com*
Rachel R. Blitzer
 *rachel.blitzer@lw.com*
Herman Yue
 *herman.yue@lw.com*
Luke A. Budiardjo
 *luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for OpenAI Defendants*

3

2852363

Dated: January 13, 2024				MORRISON & FOERSTER LLP

							By: /s/ Rose S. Lee
								Joseph C. Gratz (*pro hac vice*)
								jgratz@mofo.com
								Vera Ranieri (*pro hac vice*)
								vranieri@mofo.com
								425 Market Street
								San Francisco, CA 94105-2482
								Telephone: 415.268.7000

								Rose S. Lee (*pro hac vice*)
								rose.lee@mofo.com
								707 Wilshire Boulevard, Suite 6000
								Los Angeles, California 90017-3543
								Telephone: 213.892.5200

								Eric K. Nikolaides
								enikolaides@mofo.com
								Emily C. Wood
								ewood@mofo.com
								250 West 55th Street
								New York, NY 10019-9601
								Telephone: 212.468.8000

								Carolyn Homer (*pro hac vice)*
								enikolaides@mofo.com
								2100 L Street, NW Suite 900
								Washington, D.C. 20038
								Telephone: 202.887.1500

								*Attorneys for OpenAI Defendants*

2852363