UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                                Plaintiff,<br><br>        v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                                Defendants. | Civil Action No. 1:23-cv-11195-SHS-OTW |

**OPENAI'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Under paragraph 22 of the Protective Order in this case (ECF 127) and Section 5.B of this Court's Individual Practices, Defendant OpenAI[1] respectfully seeks to provisionally file under seal a portion of its letter-motion and accompanying exhibits. The letter-motion seeks a pre-motion conference to address the New York Times's ("The Times") refusal to produce documents in its possession, custody or control from its business licensing consultant David B. Kogan. OpenAI seeks to file portions of the letter-motion and accompanying exhibits under seal because the letter-motion discusses, and the accompanying exhibits contain, documents that the Times designated as Protected Discovery Material under the Protective Order. ECF 127 ¶ 22. OpenAI does not affirmatively seek to seal any material. Under the Protective Order, the Times

---

[1] "OpenAI" refers collectively to Defendants OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo, LLC; OpenAI Global LLC; OpenAI Corporation LLC; and OpenAI Holdings, LLC.

has five business days to file a statement of reasons for why the material should be sealed. *Id.* OpenAI will review the Times's filings, and if necessary, confer about any disagreement.[2]

Dated: January 13, 2025

KEKER, VAN NEST & PETERS LLP

By: */s/ Sarah Salomon*
ROBERT A. VAN NEST (*pro hac vice*)
R. JAMES SLAUGHTER (*pro hac vice*)
PAVEN MALHOTRA - # 4409397
MICHELLE S. YBARRA (*pro hac vice*)
NICHOLAS S. GOLDBERG (*pro hac vice*)
THOMAS E. GORMAN (*pro hac vice*)
KATIE LYNN JOYCE (*pro hac vice*)
ANDREW F. DAWSON (*pro hac vice*)
SARAH SALOMON (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile:  415 397 7188
rvannest@keker.com
rslaughter@keker.com
pmalhotra@keker.com
mybarra@keker.com
ngoldberg@keker.com
tgorman@keker.com
adawson@keker.com
kjoyce@keker.com
ssalomon@keker.com

*Attorneys for OpenAI Defendants*

---

[2] On January 10, the Court directed the parties "to include in any future motion to seal a description in the motion itself of the types of information the moving party seeks to seal with direct references to specific ECF numbers." ECF 378. As set forth above, OpenAI files the instant motion to provisionally seal documents that the Times has designated confidential under the Protective Order; OpenAI does not affirmatively seek to seal any of its own materials. OpenAI therefore understands that the Times will include the requested description in its response to the instant motion.

Dated: January 13, 2025

LATHAM & WATKINS LLP

By: /s/ *Elana Nightingale Dawson*

Andrew M. Gass (*pro hac vice*)
 andrew.gass@lw.com
Joseph R. Wetzel
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@law.com
Michael David (*pro hac vice*)
 michael.david@law.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
 alli.stillman@lw.com
Rachel R. Blitzer
 rachel.blitzer@lw.com
Herman Yue
 herman.yue@lw.com
Luke A. Budiardjo
 luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for OpenAI Defendants*

3

Dated: January 13, 2025                                        MORRISON & FOERSTER LLP

                                                      By:  */s/ Rose S. Lee*
                                                          Joseph C. Gratz (*pro hac vice*)
                                                          j*gratz@mofo.com*
                                                          Vera Ranieri (*pro hac vice*)
                                                          *vranieri@mofo.com*
                                                          425 Market Street
                                                          San Francisco, CA 94105-2482
                                                          Telephone: 415.268.7000

                                                          Rose S. Lee (*pro hac vice*)
                                                          r*ose.lee@mofo.com*
                                                          707 Wilshire Boulevard, Suite 6000
                                                          Los Angeles, California 90017-3543
                                                         Telephone: 213.892.5200

                                                          Eric K. Nikolaides
                                                          *enikolaides@mofo.com*
                                                          Emily C. Wood
                                                          *ewood@mofo.com*
                                                          250 West 55th Street
                                                          New York, NY 10019-9601
                                                          Telephone: 212.468.8000

                                                          Carolyn Homer (*pro hac vice)*
                                                          *enikolaides@mofo.com*
                                                          2100 L Street, NW Suite 900
                                                          Washington, D.C. 20038
                                                          Telephone: 202.887.1500

                                                          *Attorneys for OpenAI Defendants*