# Exhibit J

| | |
|---|---|
| **From:** | Katy Peaslee <KPeaslee@susmangodfrey.com> |
| **Sent:** | Friday, January 3, 2025 3:12 PM |
| **To:** | Oliver J. Fong; NYT-AI-SG-Service@simplelists.susmangodfrey.com; dailynews-ai-rfem@rothwellfigg.com |
| **Cc:** | KVP-OAI; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright; #NewYorkTimes-Microsoft-FDBR; NewYorkTimes_Microsoft_OHS |
| **Subject:** | RE: NYT v OpenAI - Custodians |

**[EXTERNAL]**



Hi Oliver,

The Times has already agreed to make individuals named in response to Microsoft's Interrogatories 7 and 8 (Christine Liang, Hannah Poferl, and Sam Felix) custodians and to run terms relevant to these issues over their documents. We disagree that adding Mr. Heidman or Mr. Soria is proportional to the needs of the case or that they are likely to have additional relevant, non-duplicative documents. The Times accordingly does not agree to add them as custodians.

Have a good weekend,
Katy

**From:** Oliver J. Fong (via NYT-AI-SG-Service list) <NYT-AI-SG-Service@simplelists.susmangodfrey.com>
**Sent:** Tuesday, December 31, 2024 3:39 PM
**To:** NYT-AI-SG-Service@simplelists.susmangodfrey.com; dailynews-ai-rfem@rothwellfigg.com
**Cc:** KVP-OAI <KVPOAI@keker.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>
**Subject:** NYT v OpenAI - Custodians

EXTERNAL Email
Counsel,

The Times has acknowledged that discovery into its access controls, including its paywall and limitations imposed on web crawlers and bots, is relevant and proportional to the needs of this case. *See* ECF 330 at 3; Times Resp. to RFPs 38, 133, 166. Although the Times has agreed to run a search term aimed at these issues, it has only agreed to run that search term against the custodial files of high-level custodians unlikely to have day-to-day discussions about how the Times's access controls operate and are enforced. And, as discussed on Friday's meet and confer, the Times's production regarding these issues has been deficient to date.

OpenAI therefore requests the addition of Justin Heidman, Staff Software Engineer, and Elijah Soria, Senior Software Engineer as custodians for terms related to the Times's access controls. The Times has specifically identified both individuals as knowledgeable about the Times's use of access controls and limitations imposed on web crawlers in response to Microsoft Interrogatories 7 and 8. Please confirm whether you will agree to add these custodians by January 3.

Thanks,

**Oliver J. Fong** *(he, him, his)*
Keker, Van Nest & Peters LLP
633 Battery Street, San Francisco, CA 94111
415 962 8809 direct | 415 391 5400 main


To unsubscribe from this list please go to
https://simplelists.susmangodfrey.com/confirm/?u=sxFEdlTl2UDh2Ip7gvwB46wMyShLq4Sz

2