**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No.<br>1:23-cv-11195 (SHS) (OTW) |

**PLAINTIFF'S MOTION TO SEAL**

Under paragraph 22 of the Stipulated Protective Order in this case (New York Times Dkt. 127), Plaintiff The New York Times Company ("The Times") respectfully seeks to provisionally file under seal portions of its letter motion to compel. *See* Dkts. 392 (public version); Dkt. 398 (sealed version). The letter motion seeks a conference to discuss a discovery dispute—specifically, The Times's request to compel OpenAI to produce documents concerning the market for data, documents concerning OpenAI's revenues and profits, and documents OpenAI produced to government authorities. The Times seeks to file portions of this letter motion under seal because exhibits to the motion include and discuss documents that Defendants have designated as Protected Discovery Material under the Protective Order. Dkt. 127 ¶ 22. The Times does not affirmatively seek to seal any material. Under the Protective Order, Defendants have five business days to file a statement of reasons for why the material should be sealed. *Id.* The Times will review Defendants' filings, and if necessary, confer about any disagreement.

This motion to seal supersedes the sealing motion filed on January 13, 2025, at Dkt. 391. That sealing motion was filed in error, as it is a duplicate to a prior motion to seal. *See* Dkt. 385.

| | |
|---|---|
| Dated: January 15, 2025 | */s/ Ian Crosby* |
| | Ian Crosby *(pro hac vice)* |
| | Genevieve Vose Wallace *(pro hac vice)* |
| | Katherine M. Peaslee *(pro hac vice)* |
| | SUSMAN GODFREY L.L.P. |
| | 401 Union Street, Suite 3000 |
| | Seattle, WA 98101 |
| | Telephone: (206) 516-3880 |
| | Facsimile: (206) 516-3883 |
| | icrosby@susmangodfrey.com |
| | gwallace@susmangodfrey.com |
| | kpeaslee@susmangodfrey.com |
| | |
| | Davida Brook *(pro hac vice)* |
| | Emily K. Cronin (*pro hac vice*) |
| | Ellie Dupler *(pro hac vice)* |
| | SUSMAN GODFREY L.L.P. |

1

1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
edupler@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Tamar Lusztig (5125174)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collings  (4985602)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile (713) 654-6666
scollings@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

***Attorneys for Plaintiff***
***The New York Times Company***