# EXHIBIT 1

**News-Only Coordination Protocol[1]**

| Issue | Terms |
|---|---|
| Scope of Coordination / Safety Valve Depositions | • Absent good cause, no individual is deposed more than once across the Consolidated News Cases, unless designated as a Rule 30(b)(6) witness or an expert who issues reports in multiple cases |
| Cross-Production | • Documents and written discovery cross-produced by Defendants across Consolidated News Cases (already ordered by the Court) |
| Plaintiff Side Allotted Hours | • 260-hour cap to be shared by the News Plaintiffs<br>• Maximum of 175 hours per Defendant Group[2]<br>• Maximum of 50 hours for non-party fact witnesses<br>• This cap includes time for third-party depositions and Rule 30(b)(6) depositions |
| Defendant Side Allotted Hours | • 250-hour cap to be shared by Defendants across Consolidated News Cases, with a maximum of 200 hours for Plaintiffs' witnesses and 50 hours for non-party fact witnesses.<br>• No more than 105 hours from any one Individual News Plaintiff. "Individual News Plaintiff" means The New York Times in the *New York Times* case, the Center for Investigative Reporting in the *CIR* case, and the publishers collectively in the *Daily News* case. |
| Per-Witness Time Limits (for depositions taken of Defendants' 30(b)(1) witnesses) | • Time limit of 10 hours per witness (if solely in individual capacity), to be shared by the News Plaintiffs as they see fit |
| Rule 30(b)(6) notices | • In addition to the agreed-upon custodial 30(b)(6) deposition of OpenAI, News Plaintiffs will serve one consolidated merits 30(b)(6) notice on OpenAI and one consolidated merits 30(b)(6) notice on Microsoft.[3]<br>• In addition to the agreed-upon custodial 30(b)(6) depositions of News Plaintiffs, Defendants may serve one consolidated 30(b)(6) notice for each distinct entity among Plaintiffs in the News Cases. |
| Rule 30(b)(6) time | • If any Defendant Group designates two or fewer individuals to testify regarding all topics set forth in a Rule 30(b)(6) notice, the News Plaintiffs are entitled to at least 18 hours of testimony from those individuals or individual.<br>• News Plaintiffs may take no more than 25 hours of 30(b)(6) deposition testimony from each Defendant Group<br>• Defendants may take no more than 25 hours of 30(b)(6) deposition testimony in each of the *New York Times* and *CIR* cases, and no more than 38 hours of 30(b)(6) deposition testimony in the *Daily News* case. |
| Expert Depositions | • This agreement does not apply to and shall not limit the number and duration of depositions of experts. |

[1] The Consolidated News Cases include: *The New York Times Co. v. Microsoft Corp., et al.*, (S.D.N.Y. No. 1:23-cv-11195) *Daily News, LP, et al. v. Microsoft Corp., et al.*, (S.D.N.Y. No. 1-24-cv-3285), and *Center for Investigative Reporting v. OpenAI, Inc., et al.* (S.D.N.Y. No. 24-cv-4872). Proposal 1A is being made on behalf of the Plaintiffs in the Consolidated News Cases (the "News Plaintiffs").

[2] The two Defendant Groups are: (1) OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC, (the "OpenAI Defendants"); and (2) Microsoft Corporation. Hours caps for Party witnesses include depositions of Party-Affiliated witnesses, including former officers, directors, and/or employees of a Party.

[3] News Plaintiffs reserve the right to seek leave of Court to serve additional 30(b)(6) notices, if appropriate.

|  | • The Parties shall endeavor to negotiate in good faith a separate protocol governing expert depositions. |
|---|---|