# Exhibit B

The Wayback Machine - https://web.archive.org/web/19990116015000/http://www1.nytimes.com:80/robots.txt

```
# Robots.txt
# The New York Times Electronic Media company

User-agent: *
Disallow: /

User-agent:    InfoSeek Sidewinder/0.9
Disallow:      /search

User-agent:    gulliver
Disallow:      /search
```