# EXHIBIT A

| | |
|---|---|
| **From:** | Katy Peaslee |
| **To:** | Sarah Salomon; OpenAICopyright; KVP-OAI |
| **Cc:** | NYT-AI-SG-Service@simplelists.susmangodfrey.com; #Microsoft.NYClassAction.FDBR; NewYorkTimes_Microsoft_OHS@orrick.com; dailynews-ai-rfem@rothwellfigg.com; openaicopyrightlitigation.lwteam@lw.com |
| **Subject:** | Mooting ECF 397 re Kogan |
| **Date:** | Thursday, January 16, 2025 9:26:00 AM |

Counsel,

The Times continues to believe the request for documents from David Kogan is duplicative and unduly burdens a third party. Nevertheless, in an effort to narrow the disputes before the Court, The Times has spoken to Mr. Kogan about whether he has any documents regarding his consulting for The Times related to Generative AI or that would otherwise constitute materials to which The Times is entitled under his Agreement with The Times. Mr. Kogan represented that he has no such documents. Please confirm by 4pm ET that this moots ECF 397.

Katy

Katherine Peaslee | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3828 (office) | 503-475-6374 (cell)
kpeaslee@susmangodfrey.com