**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- X
THE NEW YORK TIMES COMPANY,                             :
                                                        :   No. 1:23-cv-11195-SHS-OTW
                Plaintiff,                              :
                                                        :
        v.                                              :
                                                        :
MICROSOFT CORPORATION, OPENAI,                          :
INC., OPENAI LP, OPENAI GP, LLC,                        :
OPENAI, LLC, OPENAI OPCO LLC,                           :
OPENAI GLOBAL LLC, OAI                                  :
CORPORATION, LLC, and OPENAI                            :
HOLDINGS, LLC,                                          :
                                                        :
                Defendants.                             :
                                                        :
------------------------------------------------------- X
DAILY NEWS, LP; CHICAGO TRIBUNE                         :
COMPANY, LLC; ORLANDO SENTINEL                          :   No. 1:24-cv-03285-SHS-OTW
COMMUNICATIONS COMPANY, LLC;                            :
SUN-SENTINEL COMPANY, LLC; SAN                          :
JOSE MERCURY-NEWS, LLC; DP MEDIA                        :
NETWORK, LLC; ORB PUBLISHING,                           :
LLC; AND NORTHWEST                                      :
PUBLICATIONS, LLC,                                      :
                                                        :
                Plaintiffs,                             :
                                                        :
        v.                                              :
                                                        :
MICROSOFT CORPORATION, OPENAI,                          :
INC., OPENAI LP, OPENAI GP, LLC,                        :
OPENAI, LLC, OPENAI OPCO LLC,                           :
OPENAI GLOBAL LLC, OAI                                  :
CORPORATION, LLC, OPENAI                                :
HOLDINGS, LLC,                                          :
                                                        :
                Defendants.                             :
------------------------------------------------------- X
```

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., | : <br> : <br> : |
| Plaintiff, | : No. 1:24-cv-04872-SHS-OTW <br> : <br> : |
| v. | : <br> : |
| OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## OPENAI DEFENDANTS' RESPONSE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Paragraph 22 of the Protective Order (ECF 127), Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings, LLC (collectively, "OpenAI") respond to Plaintiff New York Times Company's ("The Times") Motion for Leave to File Under Seal (ECF 399) filed in connection with The Times's recent letter motion to compel (ECF 392 and 398). For the reasons explained in the accompanying Memorandum of Law and the Declaration of Michael Trinh,[1] OpenAI respectfully requests the Court grant The Times's Motion. Specifically, OpenAI seeks to maintain the following type of information under seal: technical information related to OpenAI's products, services and/or operation.

The following documents contain technical information related to OpenAI's products, services and/or operation:

---

[1] The accompanying Memorandum of Law and Declaration of Michael Trinh were also filed on January 16, 2025 in support of OpenAI's Motion for Leave to File Under Seal.

2

- Limited portions of Exhibit 3 to Plaintiff's Letter Motion to Compel OpenAI to Produce Categories of Documents (ECF 398-3), comprising correspondence between counsel for Plaintiff and OpenAI Defendants concerning OpenAI's Responses and Objections to Plaintiff's Requests for Production of Documents.

Additionally, and for the same reasons, OpenAI contends that the following should be filed under seal with appropriate redactions:

- Limited portions of and Exhibit 14 to the News Plaintiffs' Motion to Compel OpenAI to Preserve Output Log Data on a Going-Forward Basis (ECF 379-15), comprising correspondence between counsel for Plaintiff and OpenAI Defendants concerning the preservation of user conversation data.

For these reasons, OpenAI respectfully requests the Court grant The Times's Motion for Leave to File Under Seal (ECF 399).

Dated: January 16, 2024                             Respectfully Submitted,


                                                    By: */s/ Joseph C. Gratz*

                                                    **MORRISON & FOERSTER LLP**
                                                    Joseph C. Gratz (*pro hac vice*)
                                                      jgratz@mofo.com
                                                    Andrew L. Perito (*pro hac vice*)
                                                      aperito@mofo.com
                                                    425 Market Street
                                                    San Francisco, CA 94105
                                                    Telephone: 415.268.7000

                                                    Rose S. Lee (*pro hac vice*)
                                                      roselee@mofo.com
                                                    707 Wilshire Boulevard, Suite 6000
                                                    Los Angeles, CA 90017-3543
                                                    Telephone: 213.892.5200

                                                    Carolyn M. Homer (*pro hac vice*)
                                                      cmhomer@mofo.com
                                                    2100 L Street, NW, Suite 900
                                                    Washington, DC 20037
                                                    Telephone: 202.650.4597

                                                    Jocelyn E. Greer
                                                      jgreer@mofo.com
                                                    Emily C. Wood
                                                      ewood@mofo.com
                                                    Eric K. Nikolaides
                                                      enikolaides@mofo.com
                                                    250 West 55th St.
                                                    New York, NY 10019-9601
                                                    Telephone: 212.468.8000


                                                    By: */s/ Elana Nightingale Dawson*

                                                    **LATHAM & WATKINS LLP**
                                                    Andrew M. Gass (*pro hac vice*)
                                                      andrew.gass@lw.com
                                                    Joseph R. Wetzel
                                                      joseph.wetzel@lw.com
                                                    505 Montgomery Street, Suite 2000
                                                    San Francisco, CA 94111
                                                    Telephone: 415.391.0600

    Sarang V. Damle
     *sy.damle@lw.com*
    Elana Nightingale Dawson (*pro hac vice*)
     *elana.nightingaledawson@lw.com*
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Telephone: 202.637.2200

    Allison L. Stillman
     *alli.stillman@lw.com*
    Michael A. David
     *michael.david@lw.com*
    Rachel R. Blitzer
     *rachel.blitzer@lw.com*
    Herman H. Yue
     *herman.yue@lw.com*
    Luke A. Budiardjo
     *luke.budiardjo@lw.com*
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: 212.906.1200


By: */s/ Christopher S. Sun*

  **KEKER, VAN NEST & PETERS LLP**
  Robert A. Van Nest (*pro hac vice*)
   *rvannest@keker.com*
  Paven Malhotra
   *pmalhotra@keker.com*
  Michelle S. Ybarra (*pro hac vice*)
   *mybarra@keker.com*
  Nicholas S. Goldberg (*pro hac vice*)
   *ngoldberg@keker.com*
  Thomas E. Gorman (*pro hac vice*)
   *tgorman@keker.com*
  Katie Lynn Joyce (*pro hac vice*)
   *kjoyce@keker.com*
  Sarah Salomon (*pro hac vice*)
   *ssalomon@keker.com*
  R. James Slaughter (*pro hac vice*)
   *rslaughter@keker.com*
  Christopher S. Sun (*pro hac vice*)
   *csun@keker.com*
  Andrew S. Bruns (*pro hac vice*)
   *abruns@keker.com*

Andrew Dawson (*pro hac vice*)
 *adawson@keker.com*
Edward A. Bayley (*pro hac vice*)
 *ebayley@keker.com*

633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*