UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195 (SHS) (OTW) |

## DECLARATION OF KATHERINE M. PEASLEE

I, Katherine M. Peaslee, hereby declare and state as follows:

1. I am an active member in good standing of the State Bar of Washington and State Bar of California, a Partner in the law firm of Susman Godfrey L.L.P., and counsel for Plaintiff The New York Times Company ("The Times") in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called as witness, would testify competently thereto.

2. I submit this Declaration in support of Plaintiff's Response to Defendant OpenAI Opco, LLC's Objection to Nondispositive Order Pursuant to Federal Rule of Civil Procedure 72(a).

3. Attached as **Exhibit 1** is a true and correct copy of an affidavit that the Senior Litigation Counsel at The New York Times, Karen Chesley, sent me on January 17, 2025. The document is titled "Affidavit of Karen Chesley."

4. Attached as **Exhibit 2** is a true and correct copy of a document that The Times created on January 17, 2025. The document is titled "Summary Chart of the OpenAI RFPs at Issue & Discovery The Times Agreed to Produce."

2

5.      I, Katherine M. Peaslee, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of January 2025, in Seattle, Washington.

*/s/ Katherine M. Peaslee*
Katherine M. Peaslee (*Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883
kpeaslee@susmangodfrey.com
