UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Adnan Muttalib, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff The New York Times Company in the above-captioned action.

I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, as well as a certificate of good standing from the State of New York.

Dated:   January 21, 2025            Respectfully Submitted,

                                     /s/ Adnan Muttalib
                                     Adnan Muttalib (*pro hac vice forthcoming*)
                                     SUSMAN GODFREY L.L.P.
                                     1900 Ave of the Stars, Suite 1400
                                     Los Angeles, CA 90067
                                     Telephone: (310) 789-3100

Facsimile: (310) 789-3150
amuttalib@susmangodfrey.com

*Attorneys for Plaintiff*
*The New York Times Company*

## **CERTIFICATE OF SERVICE**

I hereby certify this 25th day of January, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to the attorneys of record and is available for viewing and downloading.

/s/ Adnan Muttalib
Adnan Muttalib