UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>[PROPOSED] ORDER FOR ADMISSION OF ATTORNEY PRO HAC VICE |

The motion of Adnan Muttalib, for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is an active member in good standing of the bar of the State of New York; and that his contact information is as follows:

Adnan Muttalib
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
amuttalib@susmangodfrey.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff in the above-captioned action.

IT IS HEREBY ORDERED that Adnan Muttalib is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                              _____
                                                                                           The Honorable Sidney H. Stein
                                                                                           UNITED STATES DISTRICT JUDGE