January 27, 2025

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

cc: All Counsel of Record (via ECF)

**Re:** *The New York Times Company v. Microsoft Corporation, et al.*, Case No. 1:23-cv-11195

Dear Judge Stein:

On behalf of the OpenAI defendants,[1] we write pursuant to Rule 2.F of Your Honor's Individual Practices to respectfully request oral argument on OpenAI's objection to Magistrate Judge Wang's December 2 orders. ECF 371–372.

			Respectfully,

| KEKER, VAN NEST & PETERS LLP[*] | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
|---|---|---|
| */s/ Andrew F. Dawson*<br>Andrew F. Dawson | */s/ Elana Nightingale Dawson*<br>Elana Nightingale Dawson | */s/ Rose S. Lee*<br>Rose S. Lee |

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document.

---

[1] OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC.

2858534