**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                              Plaintiff,<br><br>            v.<br><br>MICROSOFT CORPORATION, OPENAI, INC.,<br>OPENAI LP, OPENAI GP, LLC, OPENAI, LLC,<br>OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI<br>CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br>                              Defendants. | Case No. 1:23-cv-11195 (SHS) (OTW) |

**DECLARATION OF ELANA NIGHTINGALE DAWSON IN SUPPORT OF REPLY IN SUPPORT OF OBJECTION TO DISCOVERY ORDER AT ECF 344**

I, Elana Nightingale Dawson, declare as follows:

1.      I am a partner at Latham & Watkins LLP, and counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI, LLC, OpenAI GP, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC in this matter.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would competently testify as to these facts under oath.

2.      I submit this Declaration in Support of OpenAI's Reply in Support of Objection to Discovery Order at ECF 344.

3.      Attached hereto as **Exhibit A** is a true and correct copy of a subpoena The New York Times informed OpenAI that it was serving on Google LLC on January 6, 2025, in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of January, 2025, in New York, NY


By: */s/ Elana Nightingale Dawson*
Elana Nightingale Dawson