

January 27, 2025

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

      Re: *The New York Times Company v. Microsoft Corporation, et al.* (1:23-cv-11195-SHS-OTW) - Oral Argument Request

Dear Judge Stein:

On behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC (together, the "OpenAI Defendants"), we write pursuant to Rule 2.F. of Your Honor's Individual Practices to request that oral argument be held with respect to the OpenAI Defendants' Objection to Magistrate Judge Wang's November 22, 2024 non-dispositive order pursuant to Federal Rule of Civil Procedure 72(a), ECF No. 362.

Thank you for your consideration.

      Respectfully submitted,

| KEKER, VAN NEST & PETERS LLP* | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP* |
|---|---|---|
| */s/ Andrew F. Dawson* | */s/ Elana Nightingale Dawson* | */s/ Joseph C. Gratz* |
| Andrew F. Dawson | Elana Nightingale Dawson | Joseph C. Gratz |

cc:    All Counsel of Record (via ECF)

---

\* All parties whose electronic signatures are included herein have consented to the filing of this document.