# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### DANIEL JOSHI JORDAN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DANIEL JOSHI JORDAN, #313543, was on the **14th** day of **December 2016** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 15th day of January 2025.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: *Zenate Ali*
Zenate Ali, Assistant Deputy Clerk