UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>    Plaintiff,<br><br>-against-<br><br>MICROSOFT CORPORATION, *et al.,*<br><br>    Defendants. | No. 1:23-cv-11195-SHS-OTW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| DAILY NEWS, *et al.,*<br><br>    Plaintiff,<br><br>-against-<br><br>MICROSOFT CORPORATION, *et al.,*<br><br>    Defendants. | No. 1:24-cv-03285-SHS-OTW |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>    Plaintiff,<br><br>-against-<br><br>OPENAI, INC., *et al.,*<br><br>    Defendants. | No. 1:24-cv-04872-SHS-OTW |

    The motion of Evangeline A.Z. Burbidge ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

    Applicant has declared that she is a member in good standing of the Bars of the State of California and Utah; and that her contact information is as follows:

    Applicant's Name:    Evangeline A.Z. Burbidge
    Firm Name:    Lewis Llewellyn LLP
    Address:    601 Montgomery Street, Suite 2000
    City/State/Zip:    San Francisco, CA 94111

      Telephone/Fax:    (415) 800-0590 / (415) 390-2127

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI Inc., OpenAI LP, OpenAI LLC, OpenAI GP LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC, in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned cases in the United States District Court for the Southern District of New York.

      All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                     U.S. District Judge