UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>      Plaintiff,<br><br> v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>      Defendants.<br><br>DAILY NEWS, *et al.,*<br><br>      Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION, *et al.,*<br><br>      Defendants.<br><br>THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>      Plaintiff,<br><br> v.<br><br>OPENAI, INC., *et al.,*<br><br>      Defendants. | Case No. 1:23-cv-11195-SHS-OTW<br>Case No. 1:24-cv-3285-SHS-OTW<br>Case No. 1:24-cv-04872-SHS-OTW<br><br>Hon. Sidney H. Stein<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Michael S. Kwun for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Michael S. Kwun
Kwun Bhansali Lazarus LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone:  415-630-2350
Facsimile:  415-367-1539
Email:  mkwun@kblfirm.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants OpenAI Inc., OpenAI LP, OpenAI LLC, OpenAI GP LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  _____        _____
                                                                  Hon. Sidney H. Stein
                                                                  United States District Judge