UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No.<br>1:23-cv-11195 (SHS) (OTW) |
| DAILY NEWS, LP; THE CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No.<br>1:24-cv-03285 (SHS) (OTW) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs The New York Times Company; Daily News, LP; The Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC;

1

San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports Plaintiffs' Oppositions to Defendants' pending Motions to Dismiss.[1]

On March 7, 2025, in *Kadrey et al. v. Meta Platforms, Inc.*, No. 23-cv-03417-VC (N.D. Cal.), Judge Chhabria issued an order denying Meta's motion to dismiss Plaintiffs' claim under 17 U.S.C. § 1202(b)(1). *See* Order Granting in Part and Denying in Part Motion to Dismiss, *Kadrey*, No. 23-cv-03417-VC, Dkt. No. 471 (March 7, 2025) (the "Order"). The Order is attached hereto as Exhibit A. Following Judge Rakoff's ruling in *The Intercept Media, Inc. v. OpenAI, Inc.*, 2025 WL 556019, at *5-6 (S.D.N.Y. Feb. 20, 2025), Judge Chhabria found that Plaintiffs adequately alleged both: (i) a sufficient injury for Article III standing; and (ii) that Meta had intentionally removed CMI to conceal copyright infringement. Order at 1-3.

Dated: March 10, 2025                    */s/ Ian Crosby*

                                                      Ian Crosby *(pro hac vice)*
                                                      Genevieve Vose Wallace *(pro hac vice)*
                                                      Katherine M. Peaslee *(pro hac vice)*
                                                      SUSMAN GODFREY L.L.P.
                                                      401 Union Street, Suite 3000
                                                      Seattle, WA 98101
                                                      Telephone: (206) 516-3880
                                                      Facsimile: (206) 516-3883
                                                      icrosby@susmangodfrey.com
                                                      gwallace@susmangodfrey.com
                                                      kpeaslee@susmangodfrey.com

---

[1] OpenAI's Motion to Dismiss and Microsoft's Motion to Dismiss against The Times are filed at Dkt Nos. 51 and 64, respectively, and The Times's Oppositions to those Motions are filed at Dkt Nos. 73 and 76, respectively, in case No. 23-cv-11195. Microsoft's Motion to Dismiss and OpenAI's Motion to Dismiss against the *Daily News* Plaintiffs are filed at Dkt Nos. 76 and 80, respectively, and the *Daily News* Plaintiffs' Oppositions to those Motions are filed at Dkt Nos. 98 and 100, respectively, in case No. 24-cv-3285.

Davida Brook *(pro hac vice)*
Emily K. Cronin (*pro hac vice*)
Ellie Dupler *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
edupler@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Tamar Lusztig (5125174)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collings  (4985602)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile (713) 654-6666
scollings@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

3

*Attorneys for Plaintiff*
*The New York Times Company*

*/s/ Steven Lieberman*
Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker *(pro hac vice)*
Jenny L. Colgate *(pro hac vice)*
Michael Jones *(pro hac vice*)
Mark Rawls *(pro hac vice)*
Kristen J. Logan *(pro hac vice)*
Bryan B. Thompson (6004147)
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
mjones@rothwellfigg.com
mrawls@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com

Jeffrey A. Lindenbaum (JL1971)
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
3 Manhattanville Road, Suite 105
Purchase, New York 10577
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
jlindenbaum@rothwellfigg.com

*Attorneys for Plaintiffs*
*Daily News, LP; The Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC*