**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>      Plaintiff,<br><br> v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>      Defendants. | Civil Action No. 1:24-cv-04872-UA<br><br>Hon. Sidney H. Stein<br><br>(Hon. Ona T. Wang)<br><br>**ORAL ARGUMENT REQUESTED** |
| THE NEW YORK TIMES COMPANY,<br><br>      Plaintiff,<br><br> v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>      Defendants. | Civil Action No. 1:23-cv-11195-SHS (consolidated)<br><br>Hon. Sidney H. Stein<br><br>(Hon. Ona T. Wang)<br><br>**ORAL ARGUMENT REQUESTED** |
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC,<br><br>      Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>      Defendants. | Civil Action No. 1:24-cv-03285-SHS (consolidated)<br><br>Hon. Sidney H. Stein<br><br>(Hon. Ona T. Wang)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION AND MOTION TO CONSOLIDATE**

2801192

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Paven Malhotra, the undersigned hereby moves this Court on behalf of Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC (collectively, "OpenAI"), and Defendant Microsoft Corporation before the Honorable Sidney H. Stein in Courtroom 23A and Magistrate Judge Ona T. Wang in Courtroom 20D of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Federal Rule of Civil Procedure 42(a) consolidating *The Center for Investigative Reporting v. OpenAI Inc., et al.* (1:24-cv-04872) with the already-consolidated *The New York Times Co. v. Microsoft Corp. et al*. (23-cv-11195-SHS) and *Daily News, LP et al. v. Microsoft Corp. et al.* (24-cv-03285-SHS) cases and proceeding on the case schedule set forth in the *New York Times* and *Daily News* cases.

Dated: October 4, 2024

KEKER, VAN NEST & PETERS LLP

By: /s/ Paven Malhotra
ROBERT A. VAN NEST (*pro hac vice*)
R. JAMES SLAUGHTER (*pro hac vice*)
PAVEN MALHOTRA - # 4409397
MICHELLE S. YBARRA (*pro hac vice*)
NICHOLAS S. GOLDBERG (*pro hac vice*)
THOMAS E. GORMAN (*pro hac vice*)
KATIE LYNN JOYCE (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
rslaughter@keker.com
adawson@keker.com
pmalhotra@keker.com
mybarra@keker.com
ngoldberg@keker.com
tgorman@keker.com
kjoyce@keker.com

*Attorneys for OpenAI Defendants*

| | |
|---|---|
| Dated: October 4, 2024 | LATHAM & WATKINS LLP |

By:   */s/ Elana Nightingale Dawson*
    Andrew M. Gass (*pro hac vice*)
    *andrew.gass@lw.com*
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: 415.391.0600

    Sarang V. Damle
    *sy.damle@lw.com*
    Elana Nightingale Dawson
    *Elana.nightingaledawson@lw.com*
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Telephone: 202.637.2200

    *Attorneys for OpenAI Defendants*

Dated: October 4, 2024                                      MORRISON & FOERSTER LLP

                                                            By: /s/ Joseph C. Gratz
                                                               Joseph C. Gratz (*pro hac vice*)
                                                                jgratz@mofo.com
                                                               Vera Ranieri (*pro hac vice*)
                                                                vranieri@mofo.com
                                                               425 Market Street
                                                               San Francisco, CA 94105-2482
                                                               Telephone: 415.268.7000

                                                               Rose S. Lee (*pro hac vice*)
                                                                rose.lee@mofo.com
                                                               707 Wilshire Boulevard, Suite 6000
                                                               Los Angeles, California 90017-3543
                                                               Telephone: 213.892.5200

                                                               *Attorneys for OpenAI Defendants*

4

2801192

Dated: October 4, 2024

> **SO ORDERED:**
>
> Application **DENIED** as Moot.
> Already granted at ECF 131
>
> _[signature]_
> _____
> **Ona T. Wang**            3/25/25
> United States Magistrate Judge

Orrick, Herrington & Sutcliffe LLP

By: _/s/ Annette L. Hurst_
   Annette L. Hurst (*Pro Hac Vice*)
   The Orrick Building
   405 Howard Street
   San Francisco, CA 94105-2669
   Telephone: (415) 773-5700
   ahurst@orrick.com

   Christopher J. Cariello
   51 West 52nd Street
   New York, NY 10019
   Telephone: (212) 506-3778
   ccariello@orrick.com

   Sheryl Koval Garko (*Pro Hac Vice* pending)
   222 Berkley Street
   Boston, MA 02116
   Telephone: (617) 880-1800
   sgarko@orrick.com

   Laura Brooks Najemy (*Pro Hac Vice*)
   222 Berkley Street
   Boston, MA 02116
   Telephone: (617) 880-1800
   lnajemy@orrick.com

   *Attorneys for Defendant*
   *Microsoft Corporation*