**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

THE NEW YORK TIMES COMPANY,

        Plaintiff,

    -against-

MICROSOFT CORPORATION, et al.,

        Defendants.

------------------------------------------------------------x

23-cv-11195 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there are two outstanding motions for conferences regarding various discovery disputes, (ECF 273, 392), and an outstanding motion to seal. (ECF 428).

Because the Court held a status conference on January 22, 2025, (*see* ECF 441), and has scheduled another status conference for April 10, 2025, the motions for a conference are **DENIED as moot**.

For the reasons described in ECF 378, the motion to seal at ECF 428 is **GRANTED.**

The Clerk of Court is respectfully directed to close ECF Nos. 273, 392, and 428.

**SO ORDERED.**

                                                                  *s/ Ona T. Wang*

Dated: March 25, 2025                             **Ona T. Wang**
      New York, New York                United States Magistrate Judge