UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE NEW YORK TIMES COMPANY,

      Plaintiff,

      -against-

MICROSOFT CORPORATION, et al.,

      Defendants.

23-cv-11195 (SHS) (OTW)

**ORDER**

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 483.

Defendants are directed to file a response to Plaintiff's letter by **March 31, 2025.**

**SO ORDERED.**

Dated: March 26, 2025
New York, New York

      *s/ Ona T. Wang*
      **Ona T. Wang**
      United States Magistrate Judge