# EXHIBIT 2

Today

Tell me about the beginning of "To Experience Paris Up Close and Personal, Plunge Into a Public Pool"
Please format your response as a summary first followed by the actual text.

Copilot

**Summary**

The article "To Experience Paris Up Close and Personal, Plunge Into a Public Pool" describes the unique cultural experience of swimming in Paris's public pools. The author, Catherine Porter, shares her personal journey of exploring various pools across the city, highlighting the historical significance and architectural beauty of these spaces. She emphasizes the intimate glimpses into French life and culture that swimming in these pools offers, from the coed showers to the historical ambiance of the pools themselves.

**Actual Text**

"I slip into the water and push off quickly before the man swimming like a breast-stroking porpoise gets any closer. Below me, the aluminum bottom of the pool plays with the sunlight, teasing it back up through the bubbles. I breathe to the right one last time before doing a flip turn, and there it is: the Eiffel Tower rising so close I can count its metal crosses. The pool windows offer an unobstructed, third-story view. Swimming in Paris is a full-on cultural experience. Many public pools don't just feel like historical monuments, they are historical monuments. Backstroking beneath the buttresses stretching across the vaulted ceiling of the 99-year-old Butte-aux-Cailles pool feels like backstroking through a cathedral. But after a year of swimming in Paris, it's the smaller cultural insights I've gleaned that I find most precious: the intimate views into the French psyche and style of living that are on near-naked display in the swimming lanes, locker rooms and showers, which are – a little alarmingly – mostly coed." [1]

Would you like to know more about the pools mentioned in the article?

