# EXHIBIT 3

Today

> Tell me about the beginning of "What to do with a broken Illinois: Dissolve the Land of Lincoln." Format your response as a summary first followed by the actual text.

**Summary:**

The article "What to do with a broken Illinois: Dissolve the Land of Lincoln" by John Kass discusses the severe fiscal issues facing Illinois, comparing it to Venezuela. Kass suggests that the state has reached a point of no return due to decades of taxing, spending, and borrowing. He proposes a radical solution: dissolving Illinois and allowing neighboring states to absorb its territory. This plan, he argues, would be better than continuing to struggle with the state's financial problems.

**Actual Text:**

"Illinois is like Venezuela now, a fiscally broken state that has lost its will to live, although for the moment, we still have enough toilet paper. But before we run out of the essentials, let's finally admit that after decade upon decade of taxing and spending and borrowing, Illinois has finally run out of other people's money. Those "other people" include taxpayers who've abandoned the state. And now Illinois faces doomsday. So as the politicians meet in Springfield this week for another round of posturing and gesturing and blaming, we need a plan. And here it is: Dissolve Illinois. Decommission the state, tear up the charter, whatever the legal mumbo-jumbo, just end the whole dang thing. We just disappear. With no pain. That's right. You heard me. The best thing to do is to break Illinois into pieces right now. Just wipe us off the map. Cut us out of America's heartland and let neighboring states carve us up and take the best chunks for themselves."[1]

[1]: Chicago Tribune

[1] www.chicagotribune.com