UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>　　　　　　　　　　　Defendants. | No. 1:23-cv-11195-SHS-OTW<br><br>Hon. Sidney H. Stein |

## OPENAI'S MOTION FOR LEAVE TO FILE UNDER SEAL

Under paragraph 22 of the Protective Order in this case (ECF 127) and Section 5.B of this Court's Individual Practices, Defendant OpenAI[1] respectfully seeks to provisionally file under seal a portion of its letter-motion and accompanying exhibits. The letter-motion seeks a pre-motion conference to address the New York Times's ("The Times") refusal to add four proposed ESI custodians. OpenAI seeks to file portions of the letter-motion and accompanying exhibits under seal because the letter-motion discusses, and the accompanying exhibits contain, documents that the Times designated as Protected Discovery Material under the Protective Order. ECF 127 ¶ 22. OpenAI does not affirmatively seek to seal any material. Under the Protective Order, the Times has five business days to file a statement of reasons for why the

---

[1] "OpenAI" refers collectively to Defendants OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo, LLC; OpenAI Global LLC; OpenAI Corporation LLC; and OpenAI Holdings, LLC.

1

material should be sealed. *Id.* OpenAI will review the Times's filings, and if necessary, confer about any disagreement.

Dated: March 31, 2025

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

By: */s/ Sarah Salomon*
ROBERT A. VAN NEST (*pro hac vice*)
R. JAMES SLAUGHTER (*pro hac vice*)
PAVEN MALHOTRA - # 4409397
MICHELLE S. YBARRA (*pro hac vice*)
NICHOLAS S. GOLDBERG (*pro hac vice*)
THOMAS E. GORMAN (*pro hac vice)*
KATIE LYNN JOYCE (*pro hac vice)*
SARAH SALOMON (*pro hac vice)*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
rslaughter@keker.com
pmalhotra@keker.com
mybarra@keker.com
ngoldberg@keker.com
tgorman@keker.com
kjoyce@keker.com

Attorneys for Defendants OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

Dated:  March 31, 2025 LATHAM & WATKINS LLP

By: */s/ Herman H. Yue*
    Andrew M. Gass (*pro hac vice*)
    *andrew.gass@lw.com*
    Joseph R. Wetzel
    *joseph.wetzel@lw.com*
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: 415.391.0600

    Sarang V. Damle
    *sy.damle@lw.com*
    Elana Nightingale Dawson (*pro hac vice*)
    *elana.nightingaledawson@law.com*
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Telephone: 202.637.2200

    Allison L. Stillman
    *alli.stillman@lw.com*
    Rachel R. Blitzer
    *rachel.blitzer@lw.com*
    Herman H. Yue
    *herman.yue@lw.com*
    Luke A. Budiardjo
    *luke.budiardjo@lw.com*
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: 212.751.4864

    *Attorneys for OpenAI Defendants*

2897343

Dated:  March 31, 2025

MORRISON & FOERSTER LLP

By:  */s/ Rose S. Lee*
Joseph C. Gratz (*pro hac vice*)
 jgratz@mofo.com
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
 rose.lee@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200

Eric K. Nikolaides
 enikolaides@mofo.com
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000

*Attorneys for OpenAI Defendants*

2897343