UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>                    Defendants. | No. 1:23-cv-11195-SHS-OTW<br><br>Hon. Sidney H. Stein |

## OPENAI'S MOTION FOR LEAVE TO FILE UNDER SEAL

Under paragraph 22 of the Protective Order in this case (ECF 127) and Section 5.B of this Court's Individual Practices, Defendant OpenAI[1] respectfully seeks to provisionally file under seal a portion of its letter-motion and accompanying exhibits. The letter-motion seeks a pre-motion conference to address the New York Times's ("The Times") refusal expand the date range of documents collected for six ESI custodians. OpenAI seeks to file portions of the letter-motion and accompanying exhibits under seal because the letter-motion discusses, and the accompanying exhibits contain, documents that the Times designated as Protected Discovery Material under the Protective Order. ECF 127 ¶ 22. OpenAI does not affirmatively seek to seal any material. Under the Protective Order, the Times has five business days to file a statement of

---

[1] "OpenAI" refers collectively to Defendants OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo, LLC; OpenAI Global LLC; OpenAI Corporation LLC; and OpenAI Holdings, LLC.

1

2897333

reasons for why the material should be sealed. *Id.* OpenAI will review the Times's filings, and if necessary, confer about any disagreement.

Dated: March 31, 2025

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

By: */s/ Sarah Salomon*
ROBERT A. VAN NEST (*pro hac vice*)
R. JAMES SLAUGHTER (*pro hac vice*)
PAVEN MALHOTRA - # 4409397
MICHELLE S. YBARRA (*pro hac vice*)
NICHOLAS S. GOLDBERG (*pro hac vice*)
THOMAS E. GORMAN (*pro hac vice)*
KATIE LYNN JOYCE (*pro hac vice)*
SARAH SALOMON (*pro hac vice)*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
rslaughter@keker.com
pmalhotra@keker.com
mybarra@keker.com
ngoldberg@keker.com
tgorman@keker.com
kjoyce@keker.com

Attorneys for Defendants OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

2897333

Dated:  March 31, 2025        LATHAM & WATKINS LLP

                By:  */s/ Herman H. Yue*
                   Andrew M. Gass (*pro hac vice*)
                   *andrew.gass@lw.com*
                   Joseph R. Wetzel
                   *joseph.wetzel@lw.com*
                   505 Montgomery Street, Suite 2000
                   San Francisco, CA 94111
                   Telephone: 415.391.0600

                   Sarang V. Damle
                   *sy.damle@lw.com*
                   Elana Nightingale Dawson (*pro hac vice*)
                   *elana.nightingaledawson@law.com*
                   555 Eleventh Street, NW, Suite 1000
                   Washington, D.C. 20004
                   Telephone: 202.637.2200

                   Allison L. Stillman
                   *alli.stillman@lw.com*
                   Rachel R. Blitzer
                   *rachel.blitzer@lw.com*
                   Luke A. Budiardjo
                   *luke.budiardjo@lw.com*
                   1271 Avenue of the Americas
                   New York, NY 10020
                   Telephone: 212.751.4864

                   *Attorneys for OpenAI Defendants*

2897333

Dated: March 31, 2025						MORRISON & FOERSTER LLP


							By:  */s/ Rose S. Lee*
							     Joseph C. Gratz (*pro hac vice*)
							      j*gratz@mofo.com*
							     425 Market Street
							     San Francisco, CA 94105-2482
							     Telephone: 415.268.7000

							     Rose S. Lee (*pro hac vice*)
							      r*ose.lee@mofo.com*
							     707 Wilshire Boulevard, Suite 6000
							     Los Angeles, California 90017-3543
							     Telephone: 213.892.5200

							     Eric K. Nikolaides
							      *enikolaides@mofo.com*
							     250 West 55th Street
							     New York, NY 10019-9601
							     Telephone: 212.468.8000

							     *Attorneys for OpenAI Defendants*