# EXHIBIT 4

```
     P1EsTHE1

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   THE NEW YORK TIMES COMPANY,

 4                Plaintiff,

 5           v.                              23 Civ. 11195 (SHS)

 6   MICROSOFT CORPORATION, et al.,

 7                Defendants.

 8   ------------------------------x
     DAILY NEWS, LP, et al.,
 9
                  Plaintiffs,
10
             v.                              24 Civ. 03285 (SHS)
11
     MICROSOFT CORPORATION, et al.,
12
                  Defendants.
13   ------------------------------x
     THE CENTER FOR INVESTIGATIVE REPORTING, INC,
14
                  Plaintiff,
15
             v.                              24 Civ. 04872 (SHS)
16
     OPEN AI, INC., et al.,
17
                  Defendants.
18   ------------------------------x

19
                                             New York, N.Y.
20                                           January 14, 2025
                                             10:45 a.m.
21
     Before:
22
                        HON. SIDNEY H. STEIN,
23
                                             District Judge
24

25


                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

1    Times and the Daily News.
2             Then the enrichment issue, that is direct copyright
3    infringement regarding these infringements.  That's just the
4    Center for Investigative Reporting, Count Three.
5             Then New York State trademark delusion, trademark
6    delusion.  That's Count Eight for the Daily News.
7             And last on my list is federal trademark delusion,
8    count Seven for the Daily News.
9             All right.  Let's start with direct copyright
10   infringement in terms of the statute of limitations.  Let me
11   hear first from, on the motions, I'll hear first from the
12   defendants, whichever defendant has raised it.
13            I would really like to keep down the amount of
14   duplication, so if one of the defendants says basically all
15   that is necessary, then let's not have duplication.  It seems
16   to me that this is quintessentially an issue of fact that I
17   can't say that, as a matter of law, when the parties became
18   aware of the infringement, especially if I'm going to use the
19   test of, there has to be no doubt as to when the parties became
20   aware of it.
21            So the point here is, I think we're dealing with a
22   question of fact.  What defendant wants to tell me I'm wrong?
23            MS. HURST:  Your Honor, Andy Gass from Latham &
24   Watkins on behalf of OpenAI.
25            We can keep this one pretty short.  We've got a long