# EXHIBIT 10

# Count query results

You can use the `matters.count` method to count the messages from a Gmail or Groups query before you create an export. <mark>With this information, you can refine your query filters to return more or less results.</mark>

To work with Vault resources, the account must have the [required Vault privileges](https://support.google.com/vault/answer/2799699) and access to the matter. To access a matter, the account must have created the matter, have the matter shared with them, or have the **View All Matters** privilege.

The following example shows how to count the results returned by a query for messages that meet the following criteria:

- messages owned by accounts `email1` and `email2`.
- excludes draft messages.
- messages sent to `ceo@solarmora.com`.

[Java (#java)](#java)[Python (#python)](#python)

```java
public Long count(Vault client, String matterId) {
  AccountInfo emailsToSearch = new AccountInfo().setEmails(ImmutableList.o
  MailOptions mailQueryOptions = new MailOptions().setExcludeDrafts(true);
  String queryTerms = "to:ceo@solarmora.com";
  Query query =
    new Query()
      .setCorpus("MAIL")
      .setDataScope("ALL_DATA")
      .setSearchMethod("ACCOUNT")
      .setAccountInfo(emailsToSearch)
      .setTerms(queryTerms);
  CountArtifactsRequest request = new CountArtifactsRequest().setQuery(que
  Operation operation = client.matters().count(matterId, request).execute(

  while(!operation.getDone()) {
    sleep(2000);
    operation = service.operations().get(operation.getName()).execute();
  }
  if(operation.getResponse() != null) {
```

```
      return Long.parseLong(operation.getResponse.get("total_count").toString
    }
    return -1;
}
```

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License (https://creativecommons.org/licenses/by/4.0/), and code samples are licensed under the Apache 2.0 License (https://www.apache.org/licenses/LICENSE-2.0). For details, see the Google Developers Site Policies (https://developers.google.com/site-policies). Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2025-03-17 UTC.