# EXHIBIT 11

| | |
|---|---|
| **From:** | Adnan Muttalib |
| **To:** | OpenAICopyright; openaicopyrightlitigation.lwteam@lw.com; KVP-OAI; NYClassActions_Microsoft_OHS; MicrosoftNYClassActionFDBR@faegredrinker.com |
| **Cc:** | NYT-AI-SG-Service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM@rothwellfigg.com; ai@loevy.com |
| **Subject:** | [NYT/Daily News/CIR] NYT's Slack Date Overlay |
| **Date:** | Friday, March 21, 2025 11:38:19 AM |

**[EXTERNAL]**



Counsel,

As we previously explained in our February 5, 2025 correspondence, there have been technical issues with our Slack production. Specifically, incorrect date values were provided for previously produced Slack messages. Please find an overlay that rectifies that issue. Let us know if you have any difficulty accessing. Password will follow.

Best,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800
Not admitted in California. Practicing under the supervision of the partnership of Susman Godfrey LLP.