**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

AUTHORS GUILD, et al.

        Plaintiffs,

        -against-

OPENAI INC., et al.,

        Defendants.

23-cv-8292 (SHS) (OTW)

**ORDER**

---------------------------------------------------------------x

THE NEW YORK TIMES COMPANY,

        Plaintiff,

        -against-

MICROSOFT CORPORATION, et al.,

        Defendants.

23-cv-11195 (SHS) (OTW)

**ORDER**

---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge**:

The parties have filed motions to seal at ECF Nos. 343, 347, 350, 352, 353, 357, 360, 383, 384, and 403 in Case No. 23-CV-8292, and ECF Nos. 488, 492, 493, 496, and 511 in Case No. 23-CV-11195. These motions seek to seal, *inter alia*, limited portions of motions, exhibits, and responsive briefing that include or discuss (i) documents that the parties have designated as Protected Discovery Materials under the Protective Order in each of the above-captioned cases; and (ii) information of the type that is normally kept strictly confidential by the parties.

For the reasons described in ECF 378 in Case No. 23-CV-11195, the parties' motions to seal are **GRANTED**.

ECF Nos. 343, 347, 350, 352, 353, 357, 360, 383, 384, and 403 in Case No. 23-CV-8292, and ECF Nos. 488, 492, 493, 496, and 511 in Case No. 23-CV-11195.

**SO ORDERED.**

Dated: April 15, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge