UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff The New York Times Company ("The Times") seeks leave to file its Second Amended Complaint ("SAC"). A redline of the SAC is attached as Exhibit A to the concurrently filed Declaration of Ian Crosby.

As indicated in Exhibit A, The Times's substantive amendments pertain to bringing its complaint into compliance with Judge Stein's April 4, 2025, Partial Motion to Dismiss Order. *See* Dkt. 514. Specifically, though The Times maintains that its common law unfair competition by misappropriation claim was adequately pleaded and legally sufficient, it recognizes that under the Court's Order, its further recourse is an appeal. Moreover, in light of the discovery provided to date, The Times will not amend (1) its 17 U.S.C. § 1202(b)(3) claim against Defendants or (2) its 17 U.S.C. § 1202(b)(1) claim against Microsoft. Finally, The Times has amended its 17 U.S.C. § 1202(b)(1) claim against OpenAI to mirror "the *Daily News* and *CIR* complaints' detailed allegations regarding OpenAI's removal of CMI during the process of developing its LLM training datasets"—in light of this Court's recent dismissal of The Times's claim without prejudice. Dkt.

1

514 at 27. Under the liberal amendment standards of Rule 15, The Times should be allowed leave to amend its complaint.

"Under Rule 15, leave to amend should be given 'absent evidence of undue delay, bad faith or dilatory motive on the part of the movant, undue prejudice to the opposing party, or futility.'" *Ap-Fonden v. Goldman Sachs Grp., Inc.*, 2023 WL 4865617, at *4 (S.D.N.Y. July 31, 2023) (quoting *Monahan v. N.Y.C. Dep't of Corrections*, 214 F.3d 275, 283 (2d Cir. 2000)). "The party opposing the amendment has the burden of demonstrating any bad faith, prejudice of the proposed amendment, or futility of the proposed amendment." *Id.* The Times's motion is timely under this Court's scheduling order of December 6, 2024, which set a deadline of April 15, 2025, for amending pleadings. Furthermore, The Times moved to amend promptly after Judge Stein's April 4, 2025, opinion issued. And, the proposed amendment does not assert any new causes of action. Instead, The Times is simply supplementing its existing 17 U.S.C. § 1202(b)(1) claim—which OpenAI has been aware of since the inception of The Times's complaint. Finally, Defendants cannot assert that The Times's amendment is futile, given that this Court found identical allegations by the Daily News and CIR plaintiffs—in support of their 17 U.S.C. § 1202(b)(1) claims against OpenAI—to survive OpenAI's motion to dismiss.

For the foregoing reasons, The Times respectfully requests that the Court grant its motion for leave to file a Second Amended Complaint. The Times also requests that the Court allow it to incorporate the Exhibits at ECF Nos. 170–202 by reference into its Second Amended Complaint.

Dated: April 15, 2025         /s/ Ian Crosby
              Ian Crosby *(pro hac vice)*
              Genevieve Vose Wallace *(pro hac vice)*
              Katherine M. Peaslee *(pro hac vice)*
              SUSMAN GODFREY L.L.P.
              401 Union Street, Suite 3000
              Seattle, WA 98101

Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
gwallace@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook *(pro hac vice)*
Emily K. Cronin *(pro hac vice)*
Adnan Muttalib *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
edupler@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Tamar Lusztig (5125174)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collins (4985602)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
scollins@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.

3

901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*