UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>**MOTION TO WITHDRAW ELLIE R. DUPLER AS COUNSEL FOR PLAINTIFF** |

PLEASE TAKE NOTICE THAT, Susman Godfrey L.L.P. hereby moves this court for an order pursuant to Local Civil 1.4, relieving Ellie R. Dupler, as counsel for Plaintiffs, The New York Times Company, in the above captioned action on the grounds that she is no longer an attorney with Susman Godfrey L.L.P., and respectfully requests that she be removed from the CM/ECF noticing list and any other service list in this case.

PLEASE TAKE FURHTER NOTICE the undersigned counsel Susman Godfrey L.L.P. will continue to represent Plaintiffs The New York Times Company.

1

| | |
|---|---|
| Dated: April 23, 2025 | /s/ *Ian Crosby* |
| | |
| | Ian Crosby *(pro hac vice)* |
| | Katherine M. Peaslee *(pro hac vice)* |
| Applicated **GRANTED** | Genevieve Vose Wallace *(pro hac vice)* |
| | SUSMAN GODFREY L.L.P. |
| | 401 Union Street, Suite 3000 |
| | Seattle, WA 98101 |
| | Telephone: (206) 516-3880 |
| | Facsimile: (206) 516-3883 |
| **Ona T. Wang** | icrosby@susmangodfrey.com |
| United States Magistrate Judge | kpeaslee@susmangodfrey.com |
| | gwallace@susmangodfrey.com |

Davida Brook *(pro hac vice)*
Emily K. Cronin (*pro hac vice*)
Adnan Muttalib *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
amuttalib@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Alexander Frawley (5564539)
Tamar Lusztig (5125174)
Eudokia Spanos (5021381)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
afrawley@susmangodrey.com
tlusztig@susmangodfrey.com
espanos@susmangodfrey.com

13306415v1/017951

Scarlett Collings (4985602)
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX  77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
scollings@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202) 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*

3