UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-11195-SHS<br><br>**MOTION TO WITHDRAW GENEVIEVE VOSE WALLACE AS COUNSEL FOR PLAINTIFF** |

PLEASE TAKE NOTICE THAT, Susman Godfrey L.L.P. hereby moves this court for an order pursuant to Local Civil 1.4, relieving Genevieve Vose Wallace, as counsel for Plaintiff, The New York Times Company, in the above captioned action on the grounds that she is no longer working on this matter, and respectfully requests that she be removed from the CM/ECF noticing list and any other service list in this case.

PLEASE TAKE FURTHER NOTICE the undersigned counsel Susman Godfrey L.L.P. will continue to represent Plaintiff The New York Times Company.

1

| | |
|---|---|
| Dated: April 30, 2025 | /s/ *Genevieve Vose Wallace* |
| | Ian Crosby *(pro hac vice)* |
| | Genevieve Vose Wallace *(pro hac vice)* |
| Motion is **GRANTED** | Katherine M. Peaslee *(pro hac vice)* |
| | SUSMAN GODFREY L.L.P. |
| | 401 Union Street, Suite 3000 |
| | Seattle, WA 98101 |
| | Telephone: (206) 516-3880 |
| | Facsimile: (206) 516-3883 |
| _____ | icrosby@susmangodfrey.com |
| **Ona T. Wang** | gwallace@susmangodfrey.com |
| United States Magistrate Judge | kpeaslee@susmangodfrey.com |
| | |
| | Davida Brook *(pro hac vice)* |
| | Emily K. Cronin (*pro hac vice*) |
| | Adnan Muttalib *(pro hac vice)* |
| | SUSMAN GODFREY L.L.P. |
| | 1900 Ave of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 789-3100 |
| | Facsimile: (310) 789-3150 |
| | dbrook@susmangodfrey.com |
| | ecronin@susmangodfrey.com |
| | amuttalib@susmangodfrey.com |
| | |
| | Elisha Barron (5036850) |
| | Zachary B. Savage (ZS2668) |
| | Alexander Frawley (5564539) |
| | Tamar Lusztig (5125174) |
| | Eudokia Spanos (5021381) |
| | SUSMAN GODFREY L.L.P. |
| | One Manhattan West |
| | New York, NY 10001 |
| | Telephone: (212) 336-8330 |
| | Facsimile: (212) 336-8340 |
| | ebarron@susmangodfrey.com |
| | zsavage@susmangodfrey.com |
| | afrawley@susmangodrey.com |
| | tlusztig@susmangodfrey.com |
| | espanos@susmangodfrey.com |

13327729v1/017951

Scarlett Collings (4985602)
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX  77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
scollings@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202) 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*

3