**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
THE NEW YORK TIMES COMPANY.,                  :
                                              :
               Plaintiff,                     :          23-cv-11195 (SHS) (OTW)
                                              :
       -against-                              :
                                              :
MICROSOFT CORPORATION, et al.,                :          ORDER
                                              :
               Defendants.                    :
                                              :
------------------------------------------------------------x
```

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court is in receipt of ECF 292.

       Because this case has already been consolidated with Case Nos. 24-cv-3285 and 24-cv-4872, the request for oral argument on consolidation is **DENIED as moot.**

       The Clerk of Court is respectfully directed to close ECF 292.

       **SO ORDERED.**

                                                                               *s/ Ona T. Wang*

Dated: May 1, 2025                                              **Ona T. Wang**
      New York, New York                                United States Magistrate Judge