# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *BRIAN MATTHEW KRAMER*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that BRIAN MATTHEW KRAMER, #212107, was on the 28th day of December 2000 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 9th day of April 2025.

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme
Court

By: *[signature]*
Z. Ali, Assistant Deputy Clerk