May 6, 2025                                                                                                         VIA ECF

Hon. Sidney H. Stein
United States District Court
500 Pearl Street
New York, NY 10007

Re:   **_Request for a Brief Continuance of the May 22 Status Conference_**
      *In re OpenAI Copyright Infringement Litigation*, No. 1:25-md-03143 (S.D.N.Y.)

Dear Judge Stein:

On April 30, 2025, in Case Management Order No. 1, this Court set an initial case management conference in this multidistrict litigation for Thursday, May 22 at 10:00 a.m. Dkt. 14 at 1. The Court further ordered that "[e]ach party represented by counsel shall appear at the initial case management conference *through the attorney who will have primary responsibility* for that party's interest in this litigation." *Id.* (emphasis added).

OpenAI writes to respectfully request a very brief continuance of the May 22 conference to a day between May 27 and June 6, 2025, or to a day thereafter at the Court's convenience. Robert A. Van Nest, OpenAI's lead trial counsel and the attorney who will have the primary responsibility for OpenAI's interest in this litigation, is unavailable the week of May 19 (including on the May 22 date currently scheduled) due to previously-scheduled international travel. This is OpenAI's first request for an adjournment in this multidistrict litigation. Microsoft does not oppose this request.

Counsel for Plaintiffs oppose this request. *See* Exhibit A. In opposing, Plaintiffs essentially insist that their lead attorneys must be present for the initial conference, but that OpenAI's lead counsel need not be.[1] And contrary to Plaintiffs' statements otherwise, OpenAI has initiated and engaged in multiple meet-and-confers regarding discovery issues since the JPML's April 3 transfer order.

OpenAI looks forward to discussing the issues identified in the Court's case management order at the initial conference, and respectfully requests that the Court grant its request for a brief continuance.

                                                    Sincerely,

KEKER, VAN NEST &            LATHAM & WATKINS LLP      MORRISON & FOERSTER
PETERS LLP                                             LLP


*/s/ Robert A. Van Nest*     */s/ Herman Yue*          */s/ Joseph C. Gratz*
Robert A. Van Nest            Herman Yue                Joseph C. Gratz
*Counsel for OpenAI Defendants*

---

[1] OpenAI asked Plaintiffs to investigate their availability from May 27–June 6, 2025. In their response, Plaintiffs have failed to specify which attorneys they anticipate taking on the role of "leadership counsel" for the MDL, Dkt. 14 at 2, are unavailable during that time.