UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>No. 1:23-cv-11195 (SHS) (OTW) | 25-md-3143 (SHS) (OTW) |

**PLAINTIFFS' MOTION TO SEAL**

Under paragraph 22 of the Stipulated Protective Order in this case (*The New York Times* Dkt. 127), Plaintiffs The New York Times Company ("The Times"), Daily News, LP, et al. ("Daily News Plaintiffs"), and The Center for Investigative Reporting ("CIR") (collectively the "News Plaintiffs"), respectfully seek to provisionally file under seal portions of Exhibit 1 attached to their Request for Permission to File Supplemental Letter to News Plaintiffs' Motion to Compel OpenAI to Identify the Output Logs it Has Destroyed. *See* Dkts. 22 (the MDL docket) and 539 (*The Times* docket) (sealed version). Public redacted versions of Exhibit 1 and the attachments thereto have been filed as Dkts. 21 (the MDL docket) and 538 (*The Times* docket). Exhibit 1 includes a proposed supplemental letter requesting a conference to discuss a discovery dispute—specifically, News Plaintiffs' request to compel OpenAI to identify the output logs it has destroyed since The Times filed its Original Complaint on December 27, 2023. News Plaintiffs seek to file portions of Exhibit 1 under seal because it discusses documents and information that OpenAI has designated as

1

Protected Discovery Material under the Protective Order. Dkt. 127 ¶ 22 (*The Times* docket). News Plaintiffs do not affirmatively seek to seal any material. Under the Protective Order, OpenAI has five business days to file a statement of reasons for why the material should be sealed. *Id.* News Plaintiffs will review OpenAI's filings, and if necessary, confer about any disagreement.

Dated: May 7, 2025                              */s/ Ian Crosby*

                                      Ian Crosby *(pro hac vice)*
                                      Genevieve Vose Wallace *(pro hac vice)*
                                      Katherine M. Peaslee *(pro hac vice)*
                                      SUSMAN GODFREY L.L.P.
                                      401 Union Street, Suite 3000
                                      Seattle, WA 98101
                                      Telephone: (206) 516-3880
                                      Facsimile: (206) 516-3883
                                      icrosby@susmangodfrey.com
                                      gwallace@susmangodfrey.com
                                      kpeaslee@susmangodfrey.com

                                      Davida Brook *(pro hac vice)*
                                      Emily K. Cronin (*pro hac vice*)
                                      Ellie Dupler *(pro hac vice)*
                                      SUSMAN GODFREY L.L.P.
                                      1900 Ave of the Stars, Suite 1400
                                      Los Angeles, CA 90067
                                      Telephone: (310) 789-3100
                                      Facsimile: (310) 789-3150
                                      dbrook@susmangodfrey.com
                                      ecronin@susmangodfrey.com
                                      edupler@susmangodfrey.com

                                      Elisha Barron (5036850)
                                      Zachary B. Savage (ZS2668)
                                      Tamar Lusztig (5125174)
                                      Alexander Frawley (5564539)
                                      Eudokia Spanos (5021381)
                                      SUSMAN GODFREY L.L.P.
                                      One Manhattan West

New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collings  (4985602)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile (713) 654-6666
scollings@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*


*/s/ Steven Lieberman*
Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker *(pro hac vice)*
Jenny L. Colgate *(pro hac vice)*
Mark Rawls *(pro hac vice)*
Kristen J. Logan *(pro hac vice)*
Bryan B. Thompson (6004147)
ROTHWELL, FIGG, ERNST &

    MANBECK, P.C.
    901 New York Avenue, N.W., Suite 900 East
    Washington, DC 20001
    Telephone: (202) 783-6040
    Facsimile: (202) 783-6031
    slieberman@rothwellfigg.com
    jmaisel@rothwellfigg.com
    rparker@rothwellfigg.com
    jcolgate@rothwellfigg.com
    mrawls@rothwellfigg.com
    klogan@rothwellfigg.com
    bthompson@rothwellfigg.com

    Jeffrey A. Lindenbaum (JL1971)
    ROTHWELL, FIGG, ERNST &
    MANBECK, P.C.
    3 Manhattanville Road, Suite 105
    Purchase, New York 10577
    Telephone: (202) 783-6040
    Facsimile: (202) 783-6031
    jlindenbaum@rothwellfigg.com

    *Attorneys for Plaintiffs*
    *Daily News, LP; The Chicago Tribune Company, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; San Jose Mercury-News, LLC; DP Media Network, LLC; ORB Publishing, LLC; and Northwest Publications, LLC*


    */s/ Matthew Topic*
    Jonathan Loevy (*pro hac vice*)
    Michael Kanovitz (*pro hac vice*)
    Lauren Carbajal (*pro hac vice*)
    Stephen Stich Match (No. 5567854)
    Matthew Topic (*pro hac vice*)
    Thomas Kayes (*pro hac vice*)
    Steven Art (*pro hac vice*)
    Kyle Wallenberg (*pro hac vice*)

>LOEVY & LOEVY
>311 North Aberdeen, 3rd Floor
>Chicago, IL 60607
>312-243-5900 (p)
>312-243-5902 (f)
>jon@loevy.com
>mike@loevy.com
>carbajal@loevy.com
>match@loevy.com
>matt@loevy.com
>steve@loevy.com
>kayes@loevy.com
>wallenberg@loevy.com
>
>*Attorneys for Plaintiff*
>*The Center for Investigative Reporting, Inc.*