UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: : 25-md-3143 (SHS) (OTW)

OPENAI, INC., COPYRIGHT : ORDER REFERRING CASES
INFRINGEMENT LITIGATION. TO A MAGISTRATE JUDGE
:

This Document Relates To: All Cases :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

  X General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

  ____ Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time      period of the referral: _____

  ____ Settlement*

  ____ Inquest After Default/Damages Hearing

  ____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

  ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:

  ____ Habeas Corpus

  ____ Social Security

  ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Dated: New York, New York
      April 29, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.