**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE:                                          :
                                                :
OPENAI, INC.,                                   :     25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,              :
                                                :
                                                :     **AMENDED ORDER**
This Document Relates To:                       :
**23-cv-11195**                                 :
                                                :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the News Plaintiffs' supplemental letter, (ECF 21-1), Defendants' response at ECF 24, and the News Plaintiffs' letter at ECF 29 (*see also* ECF 28).[1]

The Court will hold an In-Person Status Conference for Case No. 23-cv-11195 regarding potential spoliation motions for the deletion of output log data on **May 27, 2025, at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties may submit supplemental briefing related to the deletion of output log data only, in accordance with the following schedule: (1) the News Plaintiffs' supplemental letter is due by **Friday, May 16, 2025**, and (2) Defendants' supplemental opposition is due by **Friday, May 23, 2025.** The parties' supplemental briefing is limited to 10 pages.

At this time, the Court is not soliciting briefing from any parties who have not previously raised concerns with deletion of output log data.

---

[1] The News Plaintiffs' letter was originally filed at ECF 27, but was then sealed by request of the parties and re-filed with proper redactions at ECF 29.

The Clerk of Court is respectfully directed to **STRIKE** ECF 31, which had incorrectly noted that this conference applied to "all cases."

**SO ORDERED.**

Dated: May 13, 2025
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge