UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>THE NEW YORK TIMES COMPANY v. MICROSOFT CORPORATION, et al., No. 23-cv-11195 | 25-md-3143 (SHS) (OTW)<br>Hon. Sidney H. Stein |

**NOTICE OF OPENAI DEFENDANTS' OBJECTION TO PRESERVATION ORDER AT <u>*MDL* ECF 33 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(a)</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Elana Nightingale Dawson and exhibits annexed thereto, and all pleadings and proceedings referenced therein, Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC move this Court, before the Honorable Sidney H. Stein in Courtroom 23A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Federal Rule of Civil Procedure 72(a) vacating the preservation order at *MDL* ECF 33, and any other further relief as this Court may deem just and proper.

Dated: June 3, 2025

| | |
|---|---|
| */s/ Elana Nightingale Dawson* | */s/ Joseph C. Gratz* |
| **LATHAM & WATKINS LLP** | **MORRISON & FOERSTER LLP** |
| Andrew M. Gass (*pro hac vice*) | Joseph C. Gratz (*pro hac vice*)[*] |
|   andrew.gass@lw.com |   jgratz@mofo.com |
| 505 Montgomery Street, Suite 2000 | 425 Market Street |
| San Francisco, CA 94111 | San Francisco, CA 94105 |
| Telephone: 415.391.0600 | Telephone: 415.268.7000 |
| | |
| Sarang V. Damle | Rose S. Lee (*pro hac vice*) |
|   sy.damle@lw.com |   roselee@mofo.com |
| Elana Nightingale Dawson (*pro hac vice*) | 707 Wilshire Boulevard, Suite 6000 |
|   elana.nightingaledawson@lw.com | Los Angeles, CA 90017 |
| 555 Eleventh Street, NW, Suite 1000 | Telephone: 213.892.5200 |
| Washington, D.C. 20004 | |
| Telephone: 202.637.2200 | Carolyn M. Homer (*pro hac vice*) |
| |   cmhomer@mofo.com |
| Rachel R. Blitzer | 2100 L Street, NW, Suite 900 |
|   rachel.blitzer@lw.com | Washington, DC 20037 |
| Herman H. Yue | Telephone: 202.650.4597 |
|   herman.yue@lw.com | |
| Luke A. Budiardjo | Eric K. Nikolaides |
|   luke.budiardjo@lw.com |   enikolaides@mofo.com |
| 1271 Avenue of the Americas | Emily C. Wood |
| New York, NY 10020 |   ewood@mofo.com |
| Telephone: 212.906.1200 | Jocelyn E. Greer |
| |   jgreer@mofo.com |
| Allison S. Blanco (*pro hac vice*) | 250 West 55th Street |
|   allison.blanco@lw.com | New York, NY 10019 |
| 650 Town Center Drive 20th Floor | Telephone: 212.468.8000 |
| Costa Mesa, CA 92626 | |
| Telephone: 714.540.1235 | |
| | |
| *Attorneys for OpenAI Defendants* | *Attorneys for OpenAI Defendants* |

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.

/s/ Edward A. Bayley
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
 *rvannest@keker.com*
Paven Malhotra
 *pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
 *mybarra@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
 *ngoldberg@keker.com*
Thomas E. Gorman (*pro hac vice*)
 *tgorman@keker.com*
Katie Lynn Joyce (*pro hac vice*)
 *kjoyce@keker.com*
Sarah Salomon (*pro hac vice*)
 *ssalomon@keker.com*
R. James Slaughter (pro hac vice)
 *rslaughter@keker.com*
Christopher S. Sun (*pro hac vice*)
 *csun@keker.com*
Andrew F. Dawson (*pro hac vice*)
 *adawson@keker.com*
Andrew S. Bruns (*pro hac vice*)
 *abruns@keker.com*
Edward A. Bayley (*pro hac vice*)[*]
 *ebayley@keker.com*
Ryan K. Wong (*pro hac vice*)
 *rwong@keker.com*
Spencer McManus (*pro hac vice* pending)
 *smcmanus@keker.com*
Olivia C. Malone (*pro hac vice* pending)
 *omalone@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*