# EXHIBIT 2

OpenAI

Last updated: April 28, 2025

# Help ChatGPT discover your products



ChatGPT now includes product recommendations as part of its search experience. When a user query implies shopping intent, such as "gifts for someone who loves cooking" or "best noise-cancelling headphones under $200", ChatGPT may surface relevant products.

*Product results are chosen independently and are not ads.* Learn more.

Any website or merchant can appear in ChatGPT search. To help ensure your content can be discovered, surfaced, and clearly cited and linked, follow these guidelines:

# OpenAI

## 1. Ensure you haven't opted out of OpenAI's search crawler.

Like search engines, ChatGPT uses a web crawler called `OAI-SearchBot` to find, access, and surface information in ChatGPT search. For your site to be discoverable in ChatGPT, make sure you aren't blocking OAI-SearchBot. If necessary, you may need to update your `robots.txt` file, to ensure OAI-SearchBot has access.

Publishers who allow OAI-SearchBot to access their content can track referral traffic from ChatGPT using analytics platforms such as Google Analytics. ChatGPT automatically includes the UTM parameter `utm_source=chatgpt.com` in referral URLs, enabling clear tracking and analysis of inbound traffic from ChatGPT search results.

*OAI-SearchBot is for search. OAI-SearchBot is used to link to and surface websites in search results in ChatGPT's search features. It is not used to crawl content to train OpenAI's generative AI foundation models. Learn more.*

## 2. Sign up to be notified when feed submissions open.

We're exploring an easy way for merchants to provide product feeds directly to ChatGPT, helping ensure more accurate, up-to-date listings. Complete the interest form below, and we'll notify you as soon as submissions open.

First name *

Last name *

Contact email *

# OpenAI

Merchant name *

[                                                                              ]

Merchant URL

[                                                                              ]

Shopping vertical *

- ☐ Arts & crafts
- ☐ Automotive
- ☐ Baby & Kids
- ☐ Beauty & Personal Care
- ☐ Books, Music & Media
- ☐ Electronics & Gadgets
- ☐ Fashion & Apparel
- ☐ Food & Beverage (non-perishable)
- ☐ Garden & Outdoor
- ☐ Gifts & Special Occasions
- ☐ Health & Wellness
- ☐ Home & Kitchen
- ☐ Jewelry & Watches
- ☐ Luggage & Bags
- ☐ Office & School Supplies
- ☐ Pet Supplies
- ☐ Sports & Fitness
- ☐ Tools & Home Improvement
- ☐ Toys & Games
- ☐ Travel Gear & Accessories
- ☐ Other

Submit

# OpenAI

| Our Research | ChatGPT | For Business | Terms & Policies |
|---|---|---|---|
| Research Index | Explore ChatGPT | Business Overview | Terms of Use |
| Research Overview | Team | Solutions | Privacy Policy |
| Research Residency | Enterprise | Contact Sales | Security |
|  | Education |  | Other Policies |
| Latest Advancements | Pricing | Company |  |
| OpenAI o3 | Download | About us |  |
| OpenAI o4-mini |  | Our Charter |  |
| GPT-4o | Sora | Careers |  |
| GPT-4o mini | Sora Overview | Brand |  |
| Sora | Features |  |  |
|  | Pricing | More |  |
| Safety | Sora log in ↗ | News |  |
| Safety Approach |  | Stories |  |
| Security & Privacy | API Platform | Help Center ↗ |  |
| Trust & Transparency | Platform Overview |  |  |
|  | Pricing |  |  |
|  | API log in ↗ |  |  |
|  | Documentation ↗ |  |  |
|  | Developer Forum ↗ |  |  |



OpenAI © 2015–2025

Manage Cookies

English   United States