# EXHIBIT 3



Search for articles...

All Collections > ChatGPT > Search > Improved Shopping Results from ChatGPT Search

# Improved Shopping Results from ChatGPT Search

Updated this week

Table of contents 

 **Try our AI voice help experiment! (U.S. and Canada only)**

Call **1-888-GPT-0090** to help answer your general questions about ChatGPT and other OpenAI products. Calls may be used to improve OpenAI's services. Learn more.

Shopping Results are starting to roll out to Plus, Pro, Free, and logged-out users everywhere ChatGPT is available.

Users come to ChatGPT with all kinds of questions, and one common topic is researching and buying products. Now, when a user query suggests shopping intent (e.g., "I'm looking to buy costumes for my two dogs"), ChatGPT can display relevant product options in visually rich carousels, provide additional product details, and link users to websites where they can learn more or make a purchase - available in GPT-4o and 4o-mini.

Products are selected by ChatGPT independently and are not ads.

## How Product Results are Selected

A product appears in the visual carousel when ChatGPT perceives it's relevant to the user's intent. ChatGPT assesses intent based on the user's query and other available context, such as memories or custom instructions.

*Learn more about memory here and custom instructions here.*

For example, if a user asks ChatGPT for help finding goofy costumes for their two large dogs, ChatGPT will consider general factors, such as price, customer ratings, and ease of use, as well as specific criteria provided by the user, like sizing and the desired costume vibe. If the user had previously indicated a dislike for clowns, the model might also consider that and leave out clown costumes.

Since the model interprets user intent, it can occasionally make mistakes—for example, maybe the user would have been open to clown costumes after all. Users can clarify their preferences and ask ChatGPT to adjust its response.

When determining which products to surface, ChatGPT considers:

- Structured metadata from third-party providers (e.g., price, product description) and other third-party content (e.g., reviews). Learn more.
- Model responses generated by ChatGPT before it considers any new search results. Learn more.
- OpenAI safety standards. Learn more.

Depending on the user's needs, some of these factors will be more relevant than others. For example, if the user specifies a budget of $30, ChatGPT will focus more on price, whereas if price isn't important, it may focus on other aspects instead.

Keep in mind that not all available products will necessarily be shown (there are a lot of dog costumes out there). We recommend verifying that products meet your specific needs before purchasing.

## Product Descriptions, Labels, Reviews, and Ratings

ChatGPT may generate simplified product titles and descriptions based on information it receives from third-party providers to make results easier to read, since merchants often use varying titles and descriptions for the same product.

Some product images may include feature labels, like "Budget-friendly" or "Most popular." These labels are generated by ChatGPT based on information available to the model, which may include third party data. They're not guarantees or verified statements, and may not reflect all available market data. For example, a "Budget-friendly" label might mean that reviewers frequently mention good value, not necessarily that it's the lowest price available.

ChatGPT may also display product review summaries. These model-generated summaries are based on reviews from public websites and are intended to highlight common user likes and dislikes about a product. Some products may include a star rating and counts, which are provided by third party providers and may be aggregated into an overall rating that does not match the rating available on any particular website. Users can click provided links to view certain sources of these ratings.

Reviews and rating are not verified by OpenAI.

## Pricing

Product listings shown by ChatGPT may include prices, which we receive from third-party providers. After clicking on that price, users may see additional pricing options from other merchants who also offer that product.

Prices shown in ChatGPT's initial response typically reflect the price from the first merchant listed, which may not be the lowest available price.

When merchants update their pricing or shipping terms, there may be some delay before it is reflected in the information you see, and sometimes estimated taxes and delivery fees may differ from what they ultimately are. We apologize for any inaccuracies and are actively working on faster methods to update this information. If you spot an error, please let us know by submitting feedback (instructions below).

## How Merchants Are Selected

When a user clicks on a product, we may show a list of merchants offering it. This list is generated based on merchant and product metadata we receive from third-party providers. Currently, the order in which we display merchants is predominantly determined by these providers. We do not re-rank merchants based on factors such as price, shipping, or return policies. We expect this to evolve as we continue to improve the shopping experience.

To that end, we're exploring ways for merchants to provide us their product feeds directly, which will help ensure more accurate and current listings. If you're interested in participating,

complete the interest form here, and we'll notify you once submissions open.

## How to Provide Feedback

We're continuously working to improve shopping results and welcome your feedback. You can share your thoughts by clicking the thumbs-up or thumbs-down icon or filling out this form.

## Related Articles

GPTs Data Privacy FAQ                                    >

ChatGPT search                                           >

What is ChatGPT Pro?                                     >

Data residency for ChatGPT                               >

ChatGPT Search for Enterprise and Edu                    >

Did this answer your question?

  



ChatGPT     API     DALL·E     Service Status

