# EXHIBIT 2

| | |
|---|---|
| **From:** | Alex Frawley |
| **To:** | Scheibel, Elizabeth M.C.; nyt-ai-sg-service@simplelists.susmangodfrey.com |
| **Cc:** | DailyNews-AI-RFEM; AI Mail Group; KVP-OAI; OpenAICopyright; Latham OpenAI Copyright Team; #NewYorkTimes-Microsoft-FDBR; NewYorkTimes_Microsoft_OHS@orrick.com |
| **Subject:** | RE: NYT - Microsoft"s Responses to Interrogatories |
| **Date:** | Tuesday, June 10, 2025 9:03:25 PM |

==EXTERNAL Email==

Hi Liz,

We have been clear about what information we are seeking with these Interrogatories, and your email below shows that Microsoft understands what information we are seeking. We're not "insisting" that you respond in any particular way; we are simply asking that you respond. Your email also reiterates the same objections that Microsoft raised in its initial responses and that Microsoft has repeated throughout the emails below.

In short, the parties are at impasse on these requests, and we will seek relief from the Court.

Best,
Alex

---

**From:** Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>
**Sent:** Tuesday, June 10, 2025 5:10 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com
**Cc:** DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS@orrick.com
**Subject:** RE: NYT - Microsoft's Responses to Interrogatories

==EXTERNAL Email==

Alex,

We do not think The Times's positions on these make sense.

For Interrogatory No. 11, your statement below says the request is broader than an express license defense, but The Times is insisting that Microsoft respond as if it is directed only to contracts forming the basis for an express license defense. It cannot be both. As written, the request asks about *any* contractual agreements with News Plaintiffs that Microsoft intends to *rely on*. "Rely on" is much broader than any specific defense. A party might "rely on" a document for any number of reasons in any number of ways. A request asking what documents Microsoft will "rely on" is a contention interrogatory and/or a request for a trial exhibit list, both of which are premature at this stage, as set out in Microsoft's written responses and objections and our April 18 email below. The Times is trying to give this request

two entirely different meanings at the same time. Either the request is meant as written, in which case Microsoft reiterates its previous responses, or The Times wishes to rewrite No. 11 to say, "Identify all contractual agreements with any News Plaintiff that You intend to rely on in the News Cases for an express license defense," in which case we will consider that request fully once we understand whether The Times is making such request.

For Interrogatory No. 12, we reiterate our previous position, as set out in Microsoft's written responses and objections and our April 18 email below, that this is a premature contention interrogatory and/or request for a trial exhibit list and/or request to stipulate to elements for admissibility. The request is clearly a contention interrogatory, as it asks for Microsoft's contentions as to claims and defense in this action. By asking for what documents Microsoft intends to "rely on," the request seeks a trial exhibit list. And by asking for Microsoft to set out what documents it contends or believes are "relevant," the request would require Microsoft to, at this early stage, concede an element of admissibility.

In short, Microsoft's positions on both Interrogatory Nos. 11 and 12 has not changed, and we do not think The Times's attempt to give two different meanings to No. 11 makes sense or is permissible.

Thank you,
Liz

---

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Tuesday, June 10, 2025 10:28 AM
**To:** Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com
**Cc:** DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS@orrick.com
**Subject:** RE: NYT - Microsoft's Responses to Interrogatories

**This Message originated outside your organization.**

---

Hi Liz,

The Interrogatories include but are not limited to asking about an express license defense.

Interrogatory 11 is asking Microsoft to identify all contractual agreements with any News Plaintiff that it intends to rely on in the News Cases. If the answer is "none" (in light of Microsoft's Answer) Microsoft should say so. If the answer is something else, Microsoft should

identify those contracts.

Your initial understanding of Interrogatory 12 was correct, but we can agree to make it coterminous with the language in RFP 73, which seeks documents concerning any contract or license agreement that Microsoft intends to rely on or that Microsoft contends is relevant to the claims and defenses in the News Cases, and which Microsoft has agreed to produce. In other words, we ask that Microsoft identify all contracts or license agreements (regardless of whether with News Plaintiffs) that Microsoft intends to rely on or that Microsoft contends is relevant to the claims and defenses in the News Cases.

Best,
Alex

**From:** Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>
**Sent:** Monday, June 9, 2025 6:01 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com
**Cc:** DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS@orrick.com
**Subject:** RE: NYT - Microsoft's Responses to Interrogatories

<mark>EXTERNAL Email</mark>

Alex,

Following up on our discussion this afternoon, and after further discussion on our end, we'd like some clarification on the scope of The Times's Interrogatories Nos. 11 and 12. Until your email here, we understood these requests to seek information that is far broader than only asking for contracts underlying any express license defense that Microsoft might assert.

Interrogatory No. 11 requests identification of all contractual agreements with any News Plaintiff that Microsoft "intend[s] to rely on in the News Cases." Should we understand "rely on" in this request to mean "rely on for an express license defense"?

Interrogatory No. 12 asks for identification of "all contractual agreements" – not limited to contracts with News Plaintiffs – "[Microsoft] believe[s] are relevant to any claim or defense in the News Cases." In addition to not being limited to contracts with News Plaintiffs, we understood "relevant" in this request to be much broader than "rely on," and the request as written is directed at "any claim or defense," not solely "an express license defense." Should we understand this request to mean the same thing as No. 11?

In sum, could The Times confirm that what it is seeking, in both of these requests, is for

Microsoft to identify any contracts with any News Plaintiff that Microsoft intends to rely on for an express license defense?

Thank you,
Liz

---

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Tuesday, June 3, 2025 10:38 PM
**To:** Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS@orrick.com
**Cc:** Wong, Melody Ellen (via NYT-AI-SG-Service list) <nyt-ai-sg-service@simplelists.susmangodfrey.com>; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: NYT - Microsoft's Responses to Interrogatories

**This Message originated outside your organization.**

---

Liz,

Following up on the below.

---

**From:** Alex Frawley
**Sent:** Friday, May 30, 2025 10:39 PM
**To:** Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS@orrick.com
**Cc:** Wong, Melody Ellen (via NYT-AI-SG-Service list) <nyt-ai-sg-service@simplelists.susmangodfrey.com>; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: NYT - Microsoft's Responses to Interrogatories

Hi Liz,

We have written separately today about Interrogatory 13 and the dashboards issue.

Please also let us know when you are available Monday or Tuesday to meet and confer about Interrogatories 11 and 12.  Specifically, we'd like to discuss whether Microsoft's Answer

resolves the dispute. The Answer, which was filed after our prior correspondence on this issue, asserts only an implied license defense, not an express license defense. Dkt. 529 at 31. We therefore understand that Microsoft will not rely on any contract with any News Plaintiff to defend itself in this case. Assuming that is right, then we understand the answer to these Interrogatories to be "none" and there should be no dispute between the parties.

On the other hand, if Microsoft's position is that it may down the road amend these Interrogatory responses to identify responsive contracts, then we have a dispute because our position is that Microsoft must provide that information now. In that case, we would need to raise the issue with the Court for the June 25 conference.

Best,
Alex

---

**From:** Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>
**Sent:** Friday, May 2, 2025 6:09 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS@orrick.com
**Cc:** Wong, Melody Ellen (via NYT-AI-SG-Service list) <nyt-ai-sg-service@simplelists.susmangodfrey.com>; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: NYT - Microsoft's Responses to Interrogatories

<mark>EXTERNAL Email</mark>
Counsel,

Microsoft's responses are as follows:

**Interrogatory Nos. 11 and 12**

Microsoft maintains that these Interrogatories are improperly premature, and these Interrogatories seek more than what Microsoft is required to provide under Local Rule 33.3 at this stage of discovery. Discovery is ongoing and nowhere near conclusion. Neither the depositions of News Plaintiffs' nor Microsoft's witnesses have been taken, much less scheduled, and no expert reports have been submitted. Indeed, as you note, the First Amended Complaint was only recently filed. In addition, we have concerns about disclosing attorney theories, conclusions, or opinions while the factual development of the case is underway.

Further, we disagree with your suggestion that "Microsoft … has a position on which contracts are responsive to these Interrogatories." Microsoft's agreement to produce certain contracts in response to a request for production—served eight months ago and far earlier than the close of fact discovery—in no way binds Microsoft to a litigation strategy or requires Microsoft to identify each

and every agreement that may have relevance to any claim or defense in the case.

As stated in Microsoft's responses to these Interrogatories, Microsoft will provide complete responses in accordance with the Local Rules, and any other applicable rules and court orders, and accordingly will supplement its responses to Interrogatories 11 and 12 in due course. At such time, any supplemental information provided should in no way be construed as reflecting Microsoft's final positions, and Microsoft reserves the right to amend its responses as necessary and appropriate.

**Interrogatory No. 15**

Microsoft's investigation into which user analytics dashboards or tools are available, relevant, and proportional to the needs of the case is ongoing. Microsoft will supplement its response to this Interrogatory as it discovers additional responsive information. In the meantime, if The Times seeks particular metrics, please provide the specific information sought so that we can focus our investigation accordingly and in an efficient manner.

Thank you,

Liz

**Elizabeth M.C. Scheibel**
Associate
Pronouns: she/her/hers
elizabeth.scheibel@faegredrinker.com
Connect: vCard / LinkedIn

+1 612 766 7628 direct

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Friday, April 18, 2025 6:59 PM
**To:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS@orrick.com
**Cc:** Wong, Melody Ellen (via NYT-AI-SG-Service list) <nyt-ai-sg-service@simplelists.susmangodfrey.com>; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** NYT - Microsoft's Responses to Interrogatories

**This Message originated outside your organization.**

Counsel,

I write concerning Microsoft's responses to The Times's Second set of Interrogatories (Rogs 11-15).

Specifically, while reserving all rights as to each response, we would like to promptly discuss Rogs 11, 12, and 15. Please confirm by Thursday that Microsoft will supplement those responses as requested below. If Microsoft will not supplement, please provide times to meet and confer next week.

**Rog 11** asks Microsoft to "Identify all contractual agreements with any News Plaintiff that You intend to rely on in the News Cases, including but not limited to any agreements previously requested in Times RFP 73, served on August 27, 2024. For any contractual agreement identified, include the Bates number(s)."

**Rog 12** asks Microsoft to "Identify all contractual agreements that You believe are relevant to any claim or defense in the News Cases, including but not limited to any agreements previously requested in Times RFP 73, served on August 27, 2024. For any contractual agreement identified, include the Bates number(s)."

Microsoft refused to answer both of these Interrogatories, claiming that "Microsoft will supplement this response at the appropriate time, in accordance with Rule 33 and the Court's scheduling order, after discovery has sufficiently progressed to allow for an informed response." Microsoft's refusal to respond is improper, and it should promptly supplement its responses to answer these interrogatories.

These Interrogatories are not premature, and they are consistent with Local Rule 33.3(a), which permits interrogatories seeking "the existence, custodian, location, and *general description of relevant documents*, including pertinent insurance agreements, and other physical evidence, or information of a similar nature." (emphasis added); *see also Brunero v. Vukasinovic*, 2024 WL 4345731, at *6 (S.D.N.Y. Sept. 30, 2024) (granting motion to compel response to interrogatory asking defendant to "identify any oral or written agreements between you and [plaintiff] or anyone else which you contend entitle you to be compensated for the services you allege you performed"); *VEREIT, Inc. v. Schorsch,* 2018 WL 11222865, at *2 (S.D.N.Y. July 12, 2018) (granting motion to compel response to an interrogatory asking the party to "identify all contracts made, by identification number, in the period requested").

There is no reason to delay Microsoft's responses. Discovery has been ongoing for over a year; Microsoft presumably has a position on which contracts are responsive to these Interrogatories. Indeed, Microsoft's deadline to file an Answer to the First Amended Complaint is just 11 days away. Relatedly, Microsoft has already agreed to produce documents in response to RFP 73, which seeks "All documents relating to any contract, license agreement, or terms that You intend to rely on or which You otherwise believe is relevant to the claims and defenses in this case." These Interrogatories ask Microsoft to identify the contracts it has already agreed to produce.  The Times seeks a response to these Interrogatories now to inform what additional discovery is necessary about any contract that Microsoft identifies (if any). Microsoft's responses cannot wait until the end of discovery, when it may be too late to conduct follow-up discovery.

**Rog 15** asks Microsoft to "Identify all dashboards or similar tools that can be queried to generate user metrics for Your Generative AI Products and Services . . . .", and "[f]or each such tool, [to] identify (i) each of the tracked metrics, and (ii) the date ranges of the data contained

therein." The Interrogatory also identified certain dashboards as examples: the Intent Analysis dashboard (MSFT_NEWS_000995447 at - 60), the Titan dashboard (MSFT_NEWS_000635522), and the dashboards listed in MSFT_NEWS_000637451.

In response, Microsoft identified two additional tools / dashboards and provided information about them. However, Microsoft did not address the exemplar dashboards identified in the Interrogatory. For each of those dashboards that The Times already identified, Microsoft should supplement its response to identify (i) each of the tracked metrics, and (ii) the date ranges of the data contained therein.

Best,

Alex

**Alexander P. Frawley | Susman Godfrey LLP**

One Manhattan West, 50th Floor | New York, NY 10001

212.729.2044 (office) | 917.599.6613 (cell)

afrawley@susmangodfrey.com | www.susmangodfrey.com