**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br><br>This Document Relates To:<br><br><br>No. 1:23-cv-11195 (SHS) (OTW) | 25-md-3143 (SHS) (OTW)<br><br>**NEWS PLAINTIFFS' MOTION TO SEAL** |

Under paragraph 22 of the Stipulated Protective Order in this case (*The New York Times*

Dkt. 127), Plaintiffs The New York Times Company ("The Times"), Daily News, LP, et al. ("Daily

News Plaintiffs"), and The Center for Investigative Reporting ("CIR") (collectively the "News

Plaintiffs"), respectfully seek to provisionally file under seal their Memorandum of Law in

Opposition to OpenAI's Defendants' Objection to the Preservation Order at Dkt. 33. *See* Dkt. 92.

News Plaintiffs seek to file portions of their response, and the exhibits attached thereto, under seal

because they discuss documents and information that OpenAI has designated as Protected

Discovery Material under the Protective Order. Dkt. 127 ¶ 22 (*The Times* docket). News Plaintiffs

do not affirmatively seek to seal any material.   Under the Protective Order, OpenAI has five

business days to file a statement of reasons for why the material should be sealed. *Id.* News

Plaintiffs will review OpenAI's filings, and if necessary, confer about any disagreement.


Dated: June 17, 2025                        */s/ Ian Crosby*

Ian Crosby *(pro hac vice)*
Katherine M. Peaslee *(pro hac vice)*
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook *(pro hac vice)*
Emily K. Cronin (*pro hac vice*)
Adnan Muttalib (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067

Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
amuttalib@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

**Attorneys for Plaintiff**
**The New York Times Company**


/s/ Steven Lieberman
Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker *(pro hac vice)*
Jenny L. Colgate *(pro hac vice)*

Michael Jones (pro hac vice)
Mark Rawls *(pro hac vice)*
Kristen J. Logan *(pro hac vice)*
Bryan B. Thompson (6004147)
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
mjones@rothwellfigg.com
mrawls@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com

Jeffrey A. Lindenbaum (JL1971)
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
3 Manhattanville Road, Suite 105
Purchase, New York 10577
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
jlindenbaum@rothwellfigg.com

***Attorneys for Plaintiffs***
***Daily News, LP; The Chicago Tribune Company,***
***LLC; Orlando Sentinel Communications***
***Company, LLC; Sun-Sentinel Company, LLC;***
***San Jose Mercury-News, LLC; DP Media***
***Network, LLC; ORB Publishing, LLC; and***
***Northwest Publications, LLC***


*/s/ Matthew Topic*
Jonathan Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)

Lauren Carbajal (*pro hac vice*)
Stephen Stich Match (No. 5567854)
Matthew Topic (*pro hac vice*)
Thomas Kayes (*pro hac vice*)
Steven Art (*pro hac vice*)
Kyle Wallenberg (*pro hac vice*)

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
carbajal@loevy.com
match@loevy.com
matt@loevy.com
steve@loevy.com
kayes@loevy.com
wallenberg@loevy.com

***Attorneys for Plaintiff***
***The Center for Investigative Reporting, Inc.***