UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
: 
IN RE OPENAI CHATGPT LITIGATION :
:
This document relates to: : Case No. 1:25-md-03143-SHS-OTW
:
All Actions : **DECLARATION OF CAITLIN SINCLAIRE BLYTHE IN SUPPORT OF OPENAI'S PROPOSED PROTECTIVE ORDER**
:
:
:
:
:
------------------------------------------------------- X

    I, Caitlin Sinclaire Blythe, hereby declare as follows:

    1.    I am a partner at Morrison & Foerster LLP representing OpenAI OpCo, LLC and its affiliates (together, "OpenAI") in the above-captioned matter. I make these statements based on personal knowledge, and if called upon to testify as to the facts stated in this declaration, I would and could so testify.

    2.    On June 6, 2025, Plaintiffs filed a letter in support of a proposed omnibus protective order and with exhibits. Plaintiffs attached a document that OpenAI produced with an Attorneys' Eyes Only designation as Exhibit 4. (ECF 97-4.) On June 10, 2025, OpenAI sent Plaintiffs' counsel a letter stating that Exhibit 4, along with a small number of documents produced on the same date, had been inadvertently designated as AEO. In that letter, OpenAI confirmed that it was withdrawing the designation on the impacted documents and would reproduce them. On June 11, 2025, OpenAI reproduced the impacted documents without confidentiality designations.

    3.    Attached hereto as Exhibit A is a true and correct copy of a document bearing Bates Stamp DNP-00027699 and designated Confidential under a previously entered protective order.

1

2

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on this 18th day of June, 2025 in Orinda, California.

_____<br>
Caitlin Sinclaire Blythe