UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
IN RE OPENAI CHATGPT LITIGATION :
:
This document relates to: :   Case No. 1:25-md-03143-SHS-OTW
:
All Actions :   **DECLARATION OF MICHAEL**
:   **TRINH IN SUPPORT OF OPENAI'S**
:   **PROPOSED PROTECTIVE ORDER**
:
:
---------------------------------------------------------- X

I, Michael Trinh, hereby declare as follows:

1.  I am an Associate General Counsel at OpenAI OpCo, LLC. I make these statements based on personal knowledge, and if called upon to testify as to the facts stated in this declaration, I would and could so testify.

2.  OpenAI owns, and has produced in discovery in this case, a significant volume of confidential, proprietary, and/or trade secret information, which OpenAI designated as "Highly Confidential – Attorneys' Eyes Only" under protective orders previously entered in the above-captioned actions.

3.  Materials and information OpenAI designated as AEO include, for example, technical documents concerning OpenAI's large language models and the products it has developed for commercial use of those models. The type of technical documents OpenAI has produced include internal presentations about OpenAI's development, training, testing, fine-tuning, and safety efforts for its large language models; highly confidential information about internal processes, goals and technical evaluations regarding those efforts; detailed project task lists and workstreams; and internal safety and mitigation measures, including discussion of the

1

development and implementation of various systems and processes used with respect to certain content, which all constitute highly sensitive proprietary information.

4. A second category of information that OpenAI has produced with an AEO designation includes internal business and financial documents, such as market analyses that reveal strategies and plans for OpenAI's commercial models and products and discussions regarding the strategy for terms and pricing in its commercial contracts with customers.

5. OpenAI invests significant resources in developing the materials described in Paragraphs 2-4 above (referred to hereafter as the "AEO Materials"). For example, OpenAI's team has spent nearly a decade building its large language models, including running internal experiments, developing new alignment techniques, and finetuning its models. OpenAI has also spent significant resources developing business strategies and plans, as well as strategies for its commercial contracts with customers (including with respect to contractual terms and pricing).

6. OpenAI generally does not publicly disclose the AEO Materials or the information they contain and makes significant investments to protect confidentiality, particularly given the highly competitive nature of the artificial intelligence industry with global stakeholders. While OpenAI does make disclosures describing certain aspects of its innovations, OpenAI takes extensive measures to protect the confidentiality of the AEO Materials, which are not known outside of OpenAI. These efforts include, for technical data, restricting access to training environments and high-value algorithmic secrets on a need-to-know basis, expanded internal information segmentation, and internal and external penetration testing. More public detail about these efforts are available at trust.openai.com.

7. The AEO Materials would be uniquely valuable to the scientific and commercial development of any other company developing AI-based tools and fine-tuning foundation

models, any company interested in incorporating AI-based tools in their business model, and any company interested in the ways in which other firms incorporate AI-based tools (and the terms under which they do so). In light of the resources and expertise required to develop the AEO Materials, it would be extremely difficult for a third party to acquire or duplicate the AEO Materials.

8. Attached as Exhibit A is a true and correct copy of a document produced as OPCO_NEWS_0192785.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of June, 2025, in San Francisco, California.

_____
Michael Trinh