UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: : 25-md-3143 (SHS) (OTW)

OPENAI, INC., COPYRIGHT : ORDER
INFRINGEMENT LITIGATION.
 :
This Document Relates To:

23-cv-11195 (SGS) (OTW) :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that for the reasons set forth on the record today, the Open AI defendants' objection to Magistrate Judge Wang's May 13, 2025, Order [Doc. No. 33] is denied.

Dated: New York, New York
       June 26, 2025

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.