# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>News Cases | Case No. 1:25-md-3143-SHS-OTW |

**DECLARATION OF LUCKY VIDMAR IN SUPPORT OF MICROSOFT'S RESPONSE TO NEWS PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

I, Lucky Vidmar, hereby declare as follows:

    1.    I have personal knowledge of the facts stated in this declaration and, if called upon as a witness, I would and could competently testify thereto. I submit this declaration in support of Microsoft's Response to News Plaintiffs' Motion to Seal (ECF 250) filed in connection with News Plaintiffs' Letter submitting a supplemental document in connection with their letter motion regarding production of metric-tracking dashboards ("Supplemental Letter") (ECF 249).

    2.    I am Associate General Counsel and I lead Microsoft's IP and AI litigation team. I have been at Microsoft since June 2020. In this role, I am responsible for the overall conduct of discovery and factual investigation for this case. I am also part of a team at Microsoft that provides legal guidance to the business on the development of our generative AI tools in connection with managing litigation and regulatory risk.

    3.    Exhibit A to the Supplemental Letter contains nonpublic, confidential information about metrics related to Microsoft's work. Specifically, Exhibit A includes screenshot of a video that contains information that is confidential and highly sensitive to Microsoft and Microsoft only shares the information revealed in Exhibit A on a need-to-know basis whether internally or

externally with proper non-disclosure protections in place. Disclosure of such information to the public would be harmful to Microsoft because it reflects highly sensitive and confidential business strategy and decision-making that, if disclosed, could harm Microsoft's competitive advantage and its business relationships.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 30, 2025 at Seattle, Washington.

_____
Lucky Vidmar