August 18, 2025

**VIA ECF**

Hon. Ona T. Wang
U.S. District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *In re OpenAI, Inc. Copyright Infringement Litigation*, No. 1:25-md-03143 (S.D.N.Y.).  This Document Relates To: 23-cv-11195

Dear Magistrate Judge Wang:

      Following the parties' discussions with the Court at the August 15, 2025 conference, the OpenAI Defendants and the News Plaintiffs write regarding their agreement on a joint proposed methodology for "sampling [] the 30-day tables of consumer output log data" OpenAI has preserved.  MDL ECF 79.  Attached hereto as Exhibit A is the parties' proposed order.


Respectfully submitted,

KEKER, VAN NEST & PETERS LLP
*/s/ Edward A Bayley*
Edward A. Bayley
*On behalf of OpenAI Defendants*

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
*/s/ Jennifer B. Maisel*
Jennifer B. Maisel
*On behalf of News Plaintiffs*