UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

25-md-3143 (SHS) (OTW)

ORDER

This Document Relates To:

23-cv-11195

SIDNEY H. STEIN, U.S. District Judge.

The Court has received by mail a motion from non-party Paul W. Winters to intervene in this action "for the limited purpose of challenging" Magistrate Judge Ona Wang's May 13, 2025 preservation order. The requirements for intervention as of right are set forth in Federal Rule of Civil Procedure 24(a), and the requirements for permissive intervention are set forth in Rule 24(b). Neither the requirements for intervention as of right pursuant to Rule 24(a) nor the requirements for permissive intervention pursuant to Rule 24(b) are satisfied here for the reasons explained in Judge Wang's order denying a similar motion to intervene regarding the May 13 preservation order. (*See* ECF No. 237 at 4–8). The motion to intervene is therefore denied.

The Clerk of Court is respectfully directed to mail a copy of this order to Paul W. Winters.

Dated: New York, New York
       August 25, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.