UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>*The New York Times Co. v. Microsoft et al.*, No. 1:23-cv-11195<br><br>*Authors Guild et al. v. OpenAI Inc. et al.*, No. 1:23-cv-08292 | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**<u>DECLARATION OF SPENCER MCMANUS IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE*</u>**

3067170

I, Spencer McManus, pursuant to 28 U.S.C § 1746, declare under penalty of perjury as follows:

1. I am an associate at the law firm of Keker, Van Nest & Peters LLP.

2. I submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3. I have been a member in good standing of the Bar of the State of California since December 3, 2018.

4. I attach a Certificate of Good Standing from the State of California which was issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice*.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *Pro Hac Vice* in this one case on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 2, 2025

                                               */s/ Spencer McManus*
                                               SPENCER MCMANUS