UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE:                                              :
                                                    :
OPENAI, INC.,                                       :      25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                  :
                                                    :
                                                    :      **ORDER**
This Document Relates To:                           :
**23-CV-11195**                                     :
                                                    :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On August 19, 2025, the Court issued an order outlining the procedures for the sampling of the consumer output log data. (*See* ECF 463).[1] Accordingly, the parties' prior motions re: the same are **DENIED as moot**.

The Clerk of Court is respectfully directed to close ECF Nos. 398, 403, and 404.

**SO ORDERED.**

Dated: September 3, 2025                          _s/ Ona T. Wang_
       New York, New York                         **Ona T. Wang**
                                                  United States Magistrate Judge

---

[1] The sampling protocol described in ECF 463 relates to NYT's allegations of spoliation and the Court's orders directing the preservation and sampling of the 30-day tables of consumer output log data. (*See* ECF Nos. 33, 79).