# ROTHWELL FIGG

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York | Boston

E. Anthony Figg
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols
Daniel L. Shores
Jennifer B. Maisel

Jess M. Collen
Jeffrey A. Lindenbaum*
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
James T. Pawlowski
Bryan B. Thompson
Melissa C. Santos, Ph.D.
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins
Michael A. Saunders
Stephanie E. Waltersdorff
Rolando F. Rengifo, Ph.D.

G. Franklin Rothwell
(1928-2011)
Harry F. Manbeck, Jr.
(1926-2025)

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Of Counsel
Jane F. Collen
James R. Hastings*
Mitchell E. Radin*

**VIA ECF**

September 3, 2025

Hon. Ona T. Wang
Southern District of New York

Re: ***Request for Permission to File Over-Length Letter Regarding OpenAI's Declarations filed at Dkts. 461 and 482***
*In re OpenAI, Inc., Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW); This Document Relates To: All Cases

Dear Magistrate Judge Wang:

We write on behalf of Class and News Plaintiffs (collectively, "Plaintiffs") to seek permission to file their over-length Letter to the Court regarding OpenAI's Declarations describing its custodial interview, collection, and review processes for text and social media messages (Dkts. 461, 482).[1] The proposed over-length Letter is attached hereto as Exhibit 1. Plaintiffs' letter is 3,497 words, thus exceeding this Court's 1,500 word count limit for letter correspondences. Plaintiffs respectfully submit that the length of the proposed Letter is necessary to address the numerous issues described in OpenAI's declarations, which total over 20 pages.

Although Plaintiffs do not affirmatively seek to seal any material, Plaintiffs are provisionally requesting that Exhibit 1 and the attachments thereto be filed under seal because they discuss documents and information that OpenAI has designated as Protected Discovery Material under the Protective Order.

Respectfully,

---

[1] On September 2, 2025, Plaintiffs sought OpenAI's consent to file the over-length letter but, OpenAI refused to consent to the filing unless Plaintiffs agreed to the unreasonable condition that OpenAI would be permitted to file additional briefing of equal length.

September 3, 2025
Page 2

/s/ *Steven Lieberman*
Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker *(admitted pro hac vice)*
Jenny L. Colgate *(admitted pro hac vice)*
Mark Rawls *(admitted pro hac vice)*
Michael H. Jones *(admitted pro hac vice)*
Kristen J. Logan *(admitted pro hac vice)*
Bryan B. Thompson (6004147)
Mary L. Mullins *(pending pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
mrawls@rothwellfigg.com
mjones@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com
mmullins@rothwellfigg.com

Jeffrey A. Lindenbaum (JL1971)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
3 Manhattanville Road, Suite 105
Purchase, New York 10577
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
jlindenbaum@rothwellfigg.com

*Attorneys for Daily News Plaintiffs*

/s/ *Ian Crosby*
Ian Crosby *(admitted pro hac vice)*
Genevieve Vose Wallace *(admitted pro hac vice)*
Katherine M. Peaslee *(admitted pro hac vice)*
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101

September 3, 2025
Page 3

                              Telephone: (206) 516-3880
                              Facsimile: (206) 516-3883
                              icrosby@susmangodfrey.com
                              gwallace@susmangodfrey.com
                              kpeaslee@susmangodfrey.com

                              Davida Brook *(admitted pro hac vice)*
                              Emily K. Cronin (*admitted pro hac vice*)
                              Adnan Muttalib *(admitted pro hac vice)*
                              Susman Godfrey L.L.P.
                              1900 Ave of the Stars, Suite 1400
                              Los Angeles, CA 90067
                              Telephone: (310) 789-3100
                              Facsimile: (310) 789-3150
                              dbrook@susmangodfrey.com
                              ecronin@susmangodfrey.com
                              amuttalib@susmangodfrey.com

                              Elisha Barron (5036850)
                              Zachary B. Savage (ZS2668)
                              Tamar Lusztig (5125174)
                              Alexander Frawley (5564539)
                              Eudokia Spanos (5021381)
                              Susman Godfrey L.L.P.
                              One Manhattan West
                              New York, NY 10001
                              Telephone: (212) 336-8330
                              Facsimile: (212) 336-8340
                              ebarron@susmangodfrey.com
                              zsavage@susmangodfrey.com
                              tlusztig@susmangodfrey.com
                              afrawley@susmangodrey.com
                              espanos@susmangodfrey.com

                              Scarlett Collings (4985602)
                              Susman Godfrey L.L.P.
                              1000 Louisiana, Suite 5100
                              Houston, TX 77002
                              Telephone: (713) 651-9366
                              Facsimile (713) 654-6666
                              scollings@susmangodfrey.com

        Steven Lieberman (SL8687)
        Jennifer B. Maisel (5096995)
        Kristen J. Logan *(admitted pro hac vice)*
        Rothwell, Figg, Ernst & Manbeck, P.C.
        901 New York Avenue, N.W., Suite 900 East
        Washington, DC 20001
        Telephone: (202 783-6040
        Facsimile: (202) 783 6031
        slieberman@rothwellfigg.com
        jmaisel@rothwellfigg.com
        klogan@rothwellfigg.com

        *Counsel for the New York Times Company*

        */s/ Stephen Stich Match*
        Jon Loevy (*pro hac vice*)
        Michael Kanovitz (*pro hac vice*)
        Matthew Topic (*pro hac vice*)
        Stephen Stich Match (No. 5567854)
        Steven Art (*pro hac vice*)
        Thomas Kayes (*pro hac vice*)
        Kyle Wallenberg (*pro hac vice*)
        Shelley Geiszler (*pro hac vice*)
        LOEVY & LOEVY
        311 North Aberdeen, 3rd Floor
        Chicago, IL 60607
        312-243-5900 (p)
        312-243-5902 (f)
        jon@loevy.com
        mike@loevy.com
        matt@loevy.com
        match@loevy.com
        steve@loevy.com
        kayes@loevy.com
        wallenberg@loevy.com
        geiszler@loevy.com

        *Counsel for Plaintiffs The Intercept*
        *Media, Inc. and The Center for*
        *Investigative Reporting, Inc.*

        */s/ David Boies*
        David Boies
        BOIES SCHILLER FLEXNER LLP

 333 Main Street
 Armonk, NY 10504
 Tel.: (914) 749-8201
 Fax: (914) 749-8300
 dboies@bsfllp.com

 Joshua Michelangelo Stein (*pro hac vice*)
 Maxwell V. Pritt (*pro hac vice*)
 Reed Forbush (*pro hac vice*)
 BOIES SCHILLER FLEXNER LLP
 44 Montgomery Street, 41st Floor
 San Francisco, CA 94104
 Tel.: (415) 293-6813
 Fax: (415) 293-6800
 jstein@bsfllp.com
 mpritt@bsfllp.com
 rforbush@bsfllp.com

 Jesse Michael Panuccio (*pro hac vice*)
 BOIES SCHILLER FLEXNER LLP
 1401 New York Ave. NW
 Washington, DC 20005
 Tel.: (202) 237-2727
 jpanuccio@bsfllp.com

 *Counsel for Class Plaintiffs*

 */s/ Justin A. Nelson*
 Justin A. Nelson (*pro hac vice*)
 SUSMAN GODFREY L.L.P
 1000 Louisiana Street, Suite 5100
 Houston, TX 77002
 Tel.: 713.651.9366
 jnelson@susmangodfrey.com

 ***Interim Lead Class Counsel***

 Alejandra C. Salinas (*pro hac vice*)
 Amber B. Magee (*pro hac vice*)
 SUSMAN GODFREY L.L.P.
 1000 Louisiana Street, Suite 5100
 Houston, TX 77002
 Tel.: 713.651.9366
 asalinas@susmangodfrey.com

amagee@susmangodfrey.com

Rohit D. Nath (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: 310.789.3100
rnath@susmangodfrey.com

J. Craig Smyser
Charlotte Lepic
SUSMAN GODFREY L.L.P.
One Manhattan West, 51st Floor
New York, NY 10001
Tel.: 212.336.8330
csmyser@susmangodfrey.com
clepic@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel.: 206.516.3880
jconnors@susmangodfrey.com

*Counsel for Class Plaintiffs*

*/s/ Rachel Geman*
Rachel Geman
Anna J. Freymann
Wesley Dozier (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
afreymann@lchb.com
wdozier@lchb.com

ROTHWELL FIGG

September 3, 2025
Page 7

                Reilly T. Stoler (*pro hac vice*)
                LIEFF CABRASER HEIMANN &
                BERNSTEIN, LLP
                275 Battery Street, 29th Floor
                San Francisco, CA 94111
                Tel.: 415.956.1000
                rstoler@lchb.com

                *Counsel for Class Plaintiffs*

                <u>/s/ Scott J. Sholder</u>
                Scott J. Sholder
                CeCe M. Cole
                COWAN DEBAETS ABRAHAMS &
                SHEPPARD LLP
                60 Broad Street, 30th Floor
                New York, NY 10010
                Tel.: 212.974.7474
                ssholder@cdas.com
                ccole@cdas.com

                *Counsel for Class Plaintiffs*

                <u>/s/ *Joseph R. Saveri*</u>
                Joseph R. Saveri (*pro hac vice*)
                Cadio Zirpoli (*pro hac vice*)
                Christopher K.L. Young (*pro hac vice*)
                Holden Benon (*pro hac vice*)
                Aaron Cera (*pro hac vice*)
                Alexander Y. Zeng (*pro hac vice*)
                JOSEPH SAVERI LAW FIRM,
                601 California Street, Suite 1505
                San Francisco, California 94108
                Telephone: (415) 500-6800
                Facsimile: (415) 395-9940
                jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                hbenon@saverilawfirm.com
                acera@saverilawfirm.com
                azeng@saverilawfirm.com

                *Counsel for Class Plaintiffs*

ROTHWELL FIGG

September 3, 2025
Page 8

                            Matthew Butterick (*pro hac vice*)
                            1920 Hillhurst Avenue, 406
                            Los Angeles, CA 90027
                            Telephone: (323) 968-2632
                            Facsimile: (415) 395-9940
                            mb@buttericklaw.com

                            *Counsel for Class Plaintiffs*

                            Bryan L. Clobes (*pro hac vice*)
                            Mohammed A. Rathur (*pro hac vice*)
                            Krishna Motta (*pro hac vice*)
                            Alex Lee (*pro hac vice*)
                            CAFFERTY CLOBES MERIWETHER
                            & SPRENGEL LLP
                            135 South LaSalle Street, Suite 3210
                            Chicago, IL 60603
                            Telephone: (312) 782-4880
                            bclobes@caffertyclobes.com
                            mrathur@caffertyclobes.com
                            kmotta@caffertyclobes.com
                            alee@caffertyclobes.com

                            *Counsel for Class Plaintiffs*

cc: All counsel of record via ECF