KEKER VAN NEST & PETERS    LATHAM & WATKINS LLP    MORRISON FOERSTER

September 4, 2025                                                                                          **VIA ECF**

Hon. Ona T. Wang
U.S. District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: News Plaintiffs' Motion for Leave to File Overly-Long Letter, *In re OpenAI, Inc. Copyright Infringement Litigation*, No. 1:25-md-03143 (SHS) (OTW); This Document Relates To: All Cases

Dear Magistrate Judge Wang:

      As OpenAI informed Plaintiffs—both in email correspondence and during a meet and confer just hours before Plaintiffs filed their motion—OpenAI does not oppose Plaintiffs' motion for leave to file a 3,500-word letter so long as OpenAI is afforded the opportunity to file a response of equal length to Plaintiffs' filing. If the Court is inclined to grant Plaintiffs' motion, OpenAI respectfully requests that the Court also grant OpenAI leave to file a 3,500-word response within six business days after the entry of any order granting Plaintiffs' motion.

                                                        Sincerely,

| KEKER, VAN NEST & PETERS LLP | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
|---|---|---|
| */s/ Paven Malhotra* | */s/ Herman H. Yue* | */s/ Rose S. Lee* |