# ROTHWELL FIGG

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile  (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York | Boston

G. Franklin Rothwell
(1928-2011)
Harry F. Manbeck, Jr.
(1926-2025)

| | |
|---|---|
| E. Anthony Figg | Jess M. Collen |
| George R. Repper | Jeffrey A. Lindenbaum* |
| Steven Lieberman | Mark T. Rawls |
| Joseph A. Hynds | Nicole M. DeAbrantes |
| Martin M. Zoltick | Davide F. Schiavetti |
| R. Danny Huntington | Vivian Y. Tian |
| Joo Mee Kim | Kristen J. Logan |
| Brian S. Rosenbloom | Sheena X. Wang |
| Jennifer P. Nock | Gary J. Prato |
| Brett A. Postal | James T. Pawlowski |
| Aydin H. Harston, Ph.D. | Bryan B. Thompson |
| Richard Wydeven | Melissa C. Santos, Ph.D. |
| Sharon L. Davis | Andrew C. Stewart |
| Robert P. Parker | Adam M. Nicolais |
| Jenny L. Colgate | Gregory S. DeLassus |
| Leo M. Loughlin | Michael P. Ellenberger |
| Michael V. Battaglia | Mary L. Mullins |
| Michael H. Jones | Michael A. Saunders |
| Rachel M. Echols | Stephanie E. Waltersdorff |
| Daniel L. Shores | Rolando F. Rengifo, Ph.D. |
| Jennifer B. Maisel | |

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Of Counsel
Jane F. Collen
James R. Hastings*
Mitchell E. Radin*

**VIA ECF**

September 4, 2025

Hon. Ona T. Wang
Southern District of New York

Re:   ***Request for Permission to File Over-Length Letter Regarding OpenAI's Declarations filed at Dkts. 461 and 482***
*In re OpenAI, Inc., Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW); This Document Relates To: All Cases

Dear Magistrate Judge Wang:

We write on behalf of Class and News Plaintiffs (collectively, "Plaintiffs") to seek permission to file their over-length Letter to the Court regarding OpenAI's Declarations describing its custodial interview, collection, and review processes for text and social media messages (Dkts. 461, 482).[1] The proposed over-length Letter is attached hereto as Exhibit 1. Plaintiffs' letter is 3,497 words, thus exceeding this Court's 1,500 word count limit for letter correspondences. Plaintiffs respectfully submit that the length of the proposed Letter is necessary to address the numerous issues described in OpenAI's declarations, which total over 20 pages.

Although Plaintiffs do not affirmatively seek to seal any material, Plaintiffs are provisionally requesting that Exhibit 1 and the attachments thereto be filed under seal because they discuss documents and information that OpenAI has designated as Protected Discovery Material under the Protective Order.

Respectfully,

---

[1] On September 2, 2025, Plaintiffs sought OpenAI's consent to file the over-length letter but, OpenAI refused to consent to the filing unless Plaintiffs agreed to the unreasonable condition that OpenAI would be permitted to file additional briefing of equal length.

**ROTHWELL FIGG**

September 4, 2025
Page 2

/s/ *Steven Lieberman*
Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker *(admitted pro hac vice)*
Jenny L. Colgate *(admitted pro hac vice)*
Mark Rawls *(admitted pro hac vice)*
Michael H. Jones *(admitted pro hac vice)*
Kristen J. Logan *(admitted pro hac vice)*
Bryan B. Thompson (6004147)
Mary L. Mullins *(pending pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
mrawls@rothwellfigg.com
mjones@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com
mmullins@rothwellfigg.com

Jeffrey A. Lindenbaum (JL1971)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
3 Manhattanville Road, Suite 105
Purchase, New York 10577
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
jlindenbaum@rothwellfigg.com

*Attorneys for Daily News Plaintiffs*

/s/ *Ian Crosby*
Ian Crosby *(admitted pro hac vice)*
Genevieve Vose Wallace *(admitted pro hac vice)*
Katherine M. Peaslee *(admitted pro hac vice)*
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101

ROTHWELL FIGG

September 4, 2025
Page 3

        Telephone: (206) 516-3880
        Facsimile: (206) 516-3883
        icrosby@susmangodfrey.com
        gwallace@susmangodfrey.com
        kpeaslee@susmangodfrey.com

        Davida Brook *(admitted pro hac vice)*
        Emily K. Cronin (*admitted pro hac vice*)
        Adnan Muttalib *(admitted pro hac vice)*
        Susman Godfrey L.L.P.
        1900 Ave of the Stars, Suite 1400
        Los Angeles, CA 90067
        Telephone: (310) 789-3100
        Facsimile: (310) 789-3150
        dbrook@susmangodfrey.com
        ecronin@susmangodfrey.com
        amuttalib@susmangodfrey.com

        Elisha Barron (5036850)
        Zachary B. Savage (ZS2668)
        Tamar Lusztig (5125174)
        Alexander Frawley (5564539)
        Eudokia Spanos (5021381)
        Susman Godfrey L.L.P.
        One Manhattan West
        New York, NY 10001
        Telephone: (212) 336-8330
        Facsimile: (212) 336-8340
        ebarron@susmangodfrey.com
        zsavage@susmangodfrey.com
        tlusztig@susmangodfrey.com
        afrawley@susmangodrey.com
        espanos@susmangodfrey.com

        Scarlett Collings (4985602)
        Susman Godfrey L.L.P.
        1000 Louisiana, Suite 5100
        Houston, TX 77002
        Telephone: (713) 651-9366
        Facsimile (713) 654-6666
        scollings@susmangodfrey.com

September 4, 2025
Page 4

    Steven Lieberman (SL8687)
    Jennifer B. Maisel (5096995)
    Kristen J. Logan *(admitted pro hac vice)*
    Rothwell, Figg, Ernst & Manbeck, P.C.
    901 New York Avenue, N.W., Suite 900 East
    Washington, DC 20001
    Telephone: (202 783-6040
    Facsimile: (202) 783 6031
    slieberman@rothwellfigg.com
    jmaisel@rothwellfigg.com
    klogan@rothwellfigg.com

*Counsel for the New York Times Company*

*/s/ Stephen Stich Match*
Jon Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Matthew Topic (*pro hac vice*)
Stephen Stich Match (No. 5567854)
Steven Art (*pro hac vice*)
Thomas Kayes (*pro hac vice*)
Kyle Wallenberg (*pro hac vice*)
Shelley Geiszler (*pro hac vice*)
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
matt@loevy.com
match@loevy.com
steve@loevy.com
kayes@loevy.com
wallenberg@loevy.com
geiszler@loevy.com

*Counsel for Plaintiffs The Intercept Media, Inc. and The Center for Investigative Reporting, Inc.*

*/s/ David Boies*
David Boies
BOIES SCHILLER FLEXNER LLP

> 333 Main Street
> Armonk, NY 10504
> Tel.: (914) 749-8201
> Fax: (914) 749-8300
> dboies@bsfllp.com
>
> Joshua Michelangelo Stein (*pro hac vice*)
> Maxwell V. Pritt (*pro hac vice*)
> Reed Forbush (*pro hac vice*)
> BOIES SCHILLER FLEXNER LLP
> 44 Montgomery Street, 41st Floor
> San Francisco, CA 94104
> Tel.: (415) 293-6813
> Fax: (415) 293-6800
> jstein@bsfllp.com
> mpritt@bsfllp.com
> rforbush@bsfllp.com
>
> Jesse Michael Panuccio (*pro hac vice*)
> BOIES SCHILLER FLEXNER LLP
> 1401 New York Ave. NW
> Washington, DC 20005
> Tel.: (202) 237-2727
> jpanuccio@bsfllp.com
>
> *Counsel for Class Plaintiffs*
>
> /s/ Justin A. Nelson
> Justin A. Nelson (*pro hac vice*)
> SUSMAN GODFREY L.L.P
> 1000 Louisiana Street, Suite 5100
> Houston, TX 77002
> Tel.: 713.651.9366
> jnelson@susmangodfrey.com
>
> ***Interim Lead Class Counsel***
>
> Alejandra C. Salinas (*pro hac vice*)
> Amber B. Magee (*pro hac vice*)
> SUSMAN GODFREY L.L.P.
> 1000 Louisiana Street, Suite 5100
> Houston, TX 77002
> Tel.: 713.651.9366
> asalinas@susmangodfrey.com

        amagee@susmangodfrey.com

        Rohit D. Nath (*pro hac vice*)
        SUSMAN GODFREY L.L.P.
        1900 Avenue of the Stars, Suite 1400
        Los Angeles, CA 90067
        Tel.: 310.789.3100
        rnath@susmangodfrey.com

        J. Craig Smyser
        Charlotte Lepic
        SUSMAN GODFREY L.L.P.
        One Manhattan West, 51st Floor
        New York, NY 10001
        Tel.: 212.336.8330
        csmyser@susmangodfrey.com
        clepic@susmangodfrey.com

        Jordan W. Connors (*pro hac vice*)
        SUSMAN GODFREY L.L.P.
        401 Union Street, Suite 3000
        Seattle, WA 98101
        Tel.: 206.516.3880
        jconnors@susmangodfrey.com

        *Counsel for Class Plaintiffs*

        <u>/s/ Rachel Geman</u>
        Rachel Geman
        Anna J. Freymann
        Wesley Dozier (*pro hac vice*)
        LIEFF CABRASER HEIMANN &
        BERNSTEIN, LLP
        250 Hudson Street, 8th Floor
        New York, NY 10013
        Tel.: 212.355.9500
        rgeman@lchb.com
        afreymann@lchb.com
        wdozier@lchb.com

    Reilly T. Stoler (*pro hac vice*)
    LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA 94111
    Tel.: 415.956.1000
    rstoler@lchb.com

    *Counsel for Class Plaintiffs*

    <u>/s/ Scott J. Sholder</u>
    Scott J. Sholder
    CeCe M. Cole
    COWAN DEBAETS ABRAHAMS &
    SHEPPARD LLP
    60 Broad Street, 30th Floor
    New York, NY 10010
    Tel.: 212.974.7474
    ssholder@cdas.com
    ccole@cdas.com

    *Counsel for Class Plaintiffs*

    <u>/s/ *Joseph R. Saveri*</u>
    Joseph R. Saveri (*pro hac vice*)
    Cadio Zirpoli (*pro hac vice*)
    Christopher K.L. Young (*pro hac vice*)
    Holden Benon (*pro hac vice*)
    Aaron Cera (*pro hac vice*)
    Alexander Y. Zeng (*pro hac vice*)
    JOSEPH SAVERI LAW FIRM,
    601 California Street, Suite 1505
    San Francisco, California 94108
    Telephone: (415) 500-6800
    Facsimile: (415) 395-9940
    jsaveri@saverilawfirm.com
    czirpoli@saverilawfirm.com
    cyoung@saverilawfirm.com
    hbenon@saverilawfirm.com
    acera@saverilawfirm.com
    azeng@saverilawfirm.com

    *Counsel for Class Plaintiffs*

**ROTHWELL FIGG**

September 4, 2025
Page 8

> Matthew Butterick (*pro hac vice*)
> 1920 Hillhurst Avenue, 406
> Los Angeles, CA 90027
> Telephone: (323) 968-2632
> Facsimile: (415) 395-9940
> mb@butupricklaw.com
>
> *Counsel for Class Plaintiffs*
>
> Bryan L. Clobes (*pro hac vice*)
> Mohammed A. Rathur (*pro hac vice*)
> Krishna Motta (*pro hac vice*)
> Alex Lee (*pro hac vice*)
> CAFFERTY CLOBES MERIWETHER
> & SPRENGEL LLP
> 135 South LaSalle Street, Suite 3210
> Chicago, IL 60603
> Telephone: (312) 782-4880
> bclobes@caffertyclobes.com
> mrathur@caffertyclobes.com
> kmotta@caffertyclobes.com
> alee@caffertyclobes.com
>
> *Counsel for Class Plaintiffs*

cc: All counsel of record via ECF