**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
IN RE:                                          :
                                                :
OPENAI, INC.,                                   :      25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,              :
                                                :
                                                :      ORDER
This Document Relates To:                       :
All Actions                                     :
                                                :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Parties' requests at ECF Nos. 523, 524.

Parties' motions for leave to file excess pages is **GRANTED**. Parties are not to exceed 3,500-words in their letter responses.

Plaintiffs' motion requesting that Exhibit 1 be filed under seal is **PROVISIONALLY GRANTED.**

The Clerk of Court is respectfully directed to close the following ECF Nos. in **Case No. 25-MD-3143**: 523, 524.

**SO ORDERED.**

Dated: September 5, 2025
      New York, New York

                                                          _s/ Ona T. Wang_
                                                 **Ona T. Wang**
                                                 United States Magistrate Judge