# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION <br><br> Defendants. | No. 1:24-cv-01515-JSR |

**PLAINTIFF'S FIFTH SET OF REQUESTS FOR PRODUCTION TO OPENAI DEFENDANTS (NO. 12)**

Please provide the following documents in compliance with the applicable federal rules, local rules, and standing orders of the Court.

**REQUEST FOR PRODUCTION NO. 12**

The articles identified in Exhibit 1 to the Second Amended Complaint (Dkt. 155) that were included in any of your training sets, in the form in which you obtained those articles.

Respectfully submitted,

- 2 -

/s/ Kyle Wallenberg
Jon Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Stephen Stich Match (No. 5567854)
Matthew Topic (*pro hac vice*)
Steven Art (*pro hac vice*)
Thomas Kayes (*pro hac vice*)
Kyle Wallenberg (*pro hac vice*)
Shelley Geiszler *(pro hac vice)*

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
match@loevy.com
matt@loevy.com
steve@loevy.com
kayes@loevy.com
geiszler@loevy.com

*Counsel for Plaintiff*

Dated: May 13, 2025

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being service with a copy of this document via email on May 13, 2025.

<u>/s/ Kyle Wallenberg</u><br>
Kyle Wallenberg