# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, *et. al.*,<br><br>    Defendants. | Case No. 1:23-cv-11195-SHS-OTW |
| DAILY NEWS, *et. al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, *et. al.*,<br><br>    Defendants. | Case No. 1:24-cv-03285-SHS-OTW |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>OPENAI, INC., *et. al.*,<br><br>    Defendants. | Case No. 1:24-cv-04872-SHS-OTW |

**PLAINTIFF THE CENTER FOR INVESTIGATIVE REPORTING, INC.'S FOURTH SET OF REQUESTS FOR PRODUCTION TO OPENAI DEFENDANTS AND MICROSOFT CORPORATION (NO. 67)**

- 2 -

Please provide the following documents in compliance with the applicable federal rules, local rules, and standing orders of the Court.

**REQUEST FOR PRODUCTION NO. 67:** The articles identified in Exhibits 1-4 of Plaintiff's First Amended Complaint (Dkt. 88) and Exhibit A to Plaintiff's First Set of Interrogatories (Nos. 1-11) that were included in any of your training sets, in the form in which you obtained those articles.

RESPECTFULLY SUBMITTED,

*/s/ Kyle Wallenberg*

Jonathan Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Stephen Stich Match (No. 5567854)
Matthew Topic (*pro hac vice*)
Steve Art (*pro hac vice*)
Thomas Kayes *(pro hac vice)*
Kyle Wallenberg (*pro hac vice*)

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
match@loevy.com
matt@loevy.com
steve@loevy.com
kayes@loevy.com
wallenberg@loevy.com

May 13, 2025

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being service with a copy of this document via email on May 13, 2025.

*/s/ Kyle Wallenberg*
Kyle Wallenberg