**VIA ECF**

September 16, 2025

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York

Re:  *In re: OpenAI, Inc., Copyright Infringement Litigation*, 1:25-md-03143 (SHS) (OTW)
     This Document Relates to: All Cases

Dear Magistrate Judge Wang:

   Per the Court's Order at ECF 459, please find attached, on behalf of all parties, three charts that contain both summaries of the discovery disputes that are the subject of pending motions as well as updates regarding the parties' previous discovery disputes. Exhibit A contains a chart summarizing the discovery disputes in the News Cases. Exhibit B contains a chart summarizing the discovery disputes in the Class Cases. Exhibit C contains a chart summarizing a discovery dispute in both the News and Class Cases.

                                                  Respectfully submitted,

                                                  */s/ Davida Brook*
                                                  Davida Brook
                                                  Susman Godfrey L.L.P.
                                                  News Plaintiffs' Liaison Counsel

                                                  */s/ Justin Nelson*
                                                  Justin Nelson
                                                  Susman Godfrey L.L.P.
                                                  Interim Lead Class Counsel

cc:  All Counsel of Record (via ECF)