October 3, 2025

**Via ECF**
Hon. Sidney H. Stein
Daniel Patrick
Moynihan United
States Courthouse 500
Pearl St.
New York, NY 10007-1312

Re:   **Joint Request for an Extension of Briefing Schedule re Objection to ECF 604**
*In re OpenAI Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW
This Document Relates to: *NYT v. Microsoft et al.*, No. 1:23-cv-11195-SHS-OTW

Dear Judge Stein:

Defendant OpenAI OpCo LLC ("OpenAI") and Plaintiff The New York Times Company ("The Times") in the above referenced consolidated actions write concerning a request for an extension of the deadlines relating to OpenAI's objection to a recently issued discovery order.

The discovery order at issue is Magistrate Judge Wang's September 19, 2025, order (ECF 604[1]) in the *New York Times* case, which denied OpenAI's motion to compel production of discovery that OpenAI contends is relevant to its fair use defense. *See* ECF 377 (OpenAI Mot. to Compel); ECF 417 (The Times Opposition); ECF 472 (OpenAI Suppl. Br.); ECF 477 (The Times Suppl. Br.). OpenAI was served with the discovery order on September 22, 2025. Accordingly, pursuant to Fed. R. Civ. P. 72(a), OpenAI may file any objection to that Order by October 6, 2025. The Times's response to that objection is currently due October 20, 2025. *See* Local Rule 72.1(b).

In light of the competing discovery deadlines and depositions, as well as the upcoming Court holiday, OpenAI has requested an extension of its deadline to file an objection. The Times agrees to OpenAI's request, and has requested a corresponding extension of its deadline to respond to any objection. The parties therefore agree to extend the governing briefing

---

[1] All ECF references are to the MDL Docket, *In re OpenAI Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW.

October 3, 2025
Page 2

deadlines as follows:

>**Tuesday, October 14, 2025:** Deadline for OpenAI's objections to the order at ECF 604.
>
>**Tuesday, November 4, 2025:** Deadline for The Times to respond to OpenAI's objection to the Order at ECF 604.

        Respectfully submitted,

        */s/ Sarah Salomon*
        Sarah Salomon
        Keker, Van Nest and Peters LLP

        *Counsel for Defendant OpenAI*

        */s/ Alex Frawley*
        Alex Frawley
        Susman Godfrey L.L.P.
        *Counsel for Plaintiff The New York Times*

cc:    All Counsel of Record (via ECF)