October 3, 2025
Page 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | 25-md-3143 (SHS) (OTW) |
| OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION | Hon. Sidney H. Stein<br>Hon. Ona T. Wang |
| This Document Relates To:<br><br>*NYT v. Microsoft et al.*, *No. 23-cv-11195* | |

**[PROPOSED] ORDER**

The Joint Request for an Extension filed by Defendant OpenAI OpCo LLC ("OpenAI") and Plaintiff The New York Times Company ("The Times") is **GRANTED.** The following deadlines shall govern the briefing on OpenAI's objection to the discovery order issued on September 19, 2025 (ECF 604):

**Tuesday, October 14, 2025:** Deadline for OpenAI's objections to the Order at ECF 604.

**Tuesday, November 4, 2025:** Deadline for The Times to respond to OpenAI's objection to the Order at ECF 604.

**SO ORDERED.**

Dated: _____                    _____
                                                **Hon. Sidney H. Stein**
                                                United States District Judge