October 3, 2025
Page 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>*NYT v. Microsoft et al.*, No. 23-cv-11195 | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

[PROPOSED] ORDER

The Joint Request for an Extension filed by Defendant OpenAI OpCo LLC ("OpenAI") and Plaintiff The New York Times Company ("The Times") is **GRANTED.** The following deadlines shall govern the briefing on OpenAI's objection to the discovery order issued on September 19, 2025 (ECF 604):

**Tuesday, October 14, 2025:** Deadline for OpenAI's objections to the Order at ECF 604.

**Tuesday, November 4, 2025:** Deadline for The Times to respond to OpenAI's objection to the Order at ECF 604.

SO ORDERED.

Dated: October 3, 2025

_____
Hon. Sidney H. Stein
United States District Judge