## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC. COPYRIGHT
INFRINGEMENT LITIGATION

This Document Relates To:

Civil Action No. 1:23-cv-11195-SHS-OTW
Civil Action No. 1:24-cv-03285-SHS-OTW
Civil Action No. 1:24-cv-04872-SHS OTW
Civil Action No. 1:23-cv-08292-SHS-OTW
Civil Action No. 1:23-cv-10211-SHS-OTW

Case No. 1:25-md-3143-SHS-OTW

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Faith I. Maggard of the law firm Faegre Drinker
Biddle & Reath LLP, 1500 K Street NW, Suite 1100, Washington, D.C. 20005, hereby
enters her appearance as counsel for Defendant Microsoft Corporation in the above-
captioned actions.

**FAEGRE DRINKER BIDDLE & REATH LLP**

Dated: October 14, 2025

*/s/ Faith I. Maggard*
Faith I. Maggard
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5233
Faith.maggard@faegredrinker.com

*Counsel for Microsoft Corporation*

DMS_US.373891807.1