UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>*NYT v. Microsoft et al., No. 23-cv-11195* | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**DECLARATION OF CATHERINE PORTO IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF OPENAI DEFENDANTS' OBJECTION TO DISCOVERY ORDER AT ECF 604 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(A)**

3160795

I, Catherine Porto, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an associate at Keker, Van Nest and Peters LLP, counsel of record for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC (collectively, "OpenAI"). I submit this declaration in support of the Memorandum of Law in Support of OpenAI Defendants' Objection to Discovery Order at ECF No. 604. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify as to these facts under oath.

2. Attached as **Exhibit A** is a true and correct excerpt of the oral argument proceedings before Judge Stein in the matter of *In re OpenAI* (25-cv-04315-SHS-OTW) on October 8, 2025.

3. Attached as **Exhibit B** is a true and correct copy of a document produced by Plaintiff The New York Times Co. ("The Times") bearing Bates number NYT_00765599.

4. Attached as **Exhibit C** is a true and correct copy of a document produced by The Times bearing Bates numbers NYT_00696454- NYT_00696455.

5. Attached as **Exhibit D** is a true and correct copy of a document produced by The Times bearing Bates number NYT_00207181.

6. Attached as **Exhibit E** is a true and correct copy of correspondence from Michael Deamer to Adnan Muttalib on February 10, 2025.

7. Attached as **Exhibit F** is a true and correct copy of correspondence between counsel for OpenAI and counsel for The Times dating from March 10, 2025 to August 28, 2025.

8. Attached as **Exhibit G** is a true and correct copy of a document produced by The Times bearing Bates number NYT_00207091.

9. Attached as **Exhibit H** is a true and correct copy of a document produced by The Times bearing Bates numbers NYT_00832534-NYT_00832548.

10. Attached as **Exhibit I** is a true and correct excerpt of The Times's Responses and Objections to OpenAI's Requests for Admission (Set 4).

11. Attached as **Exhibit J** is a true and correct copy of The Times's responses to Preservation Questions Regarding The Times's Sumo Logic Data Repository.

12. Attached as **Exhibit K** is a true and correct copy of a publicly-available press release published by The Times, entitled *"New York Times Advertising Launches BrandMatch Out of Beta,"* (July 24, 2024) which is currently available at the following URL: https://www.nytco.com/press/new-york-times-advertising-launches-brandmatch-out-of-beta/

13. Attached as **Exhibit L** is a true and correct copy of correspondence between counsel for OpenAI and counsel for The Times dating from September 19, 2025 to September 24, 2025.

14. Attached as **Exhibit M** is a true and correct excerpt of the deposition of Joy Robins taken on September 26, 2025.

15. Attached as **Exhibit N** is a true and correct excerpt of The Times's Responses and Objections to OpenAI's Requests for Production (Set 8).

16. Attached as **Exhibit O** is a true and correct excerpt of The Times's Responses and Objections to OpenAI's Requests for Admission (Set 5).

17. Attached as **Exhibit P** is a true and correct excerpt of The Times's Responses and Objections to Microsoft's Requests for Admission (Set 2).

18. Attached as **Exhibit Q** is a true and correct excerpt of The Times's Responses and Objections to Microsoft's Interrogatories (Set 4).

19. Attached as **Exhibit R** is a true and correct copy of correspondence between counsel for Defendants and counsel for The Times dating from September 30, 2025, to October 10, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 14, 2025

CATHERINE PORTO