# Exhibit A

```
     Pa8Fope1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    IN RE:  OpenAI INC. COPYRIGHT
            INFRINGEMENT LITIGATION              25 MD 3143 (SHS)(OTW)
4
     ------------------------------x
5
                                                 New York, N.Y.
6                                                October 8, 2025
                                                 2:15 p.m.
7

8    Before:

9                        HON. SIDNEY H. STEIN,

10                                       District Judge

11                            APPEARANCES

12   SUSMAN GODFREY LLP
          Attorneys for the Class Plaintiffs
13   BY:  JUSTIN NELSON
          CRAIG SMYSER
14        ROHIT NATH
          -and-
15   BOIES SCHILLER FLEXNER LLP
     BY:  MAXWELL PRITT
16
     SUSMAN GODFREY LLP
17        Attorneys for Plaintiff The New York Times Company
     BY:  DAVIDA BROOK
18        -and-
     ROTHWELL FIGG ERNST & MANBECK, P.C.
19        Attorneys for Plaintiff The New York Times Company
     BY:  STEVEN LIEBERMAN
20        JENNIFER MAISEL

21   MORRISON & FOERSTER LLP
          Attorneys for Defendants
22   BY:  JOSEPH C. GRATZ
          TIFFANY CHEUNG
23
     RUTTENBERG IP LAW, P.C.
24        Attorney for plaintiff Ziff Davis
     BY:  GUY RUTTENBERG
25        -and-
```

```
 1   KLARIS LAW
     BY:  LANCE KOONCE
 2
     ORRICK HERRINGTON & SUTCLIFFE LLP
 3       Attorneys for Defendant Microsoft
     BY:  ANNETTE L. HURST
 4

 5   KEKER VAN NEST & PETERS LLP
         Attorneys for Defendant OpenAI Inc., et al.
 6   BY:  MICHELLE YBARRA
          SARAH SOLOMON
 7        JAMES SLAUGHTER
          -and-
 8   LATHAM & WATKINS LLP
         Attorneys for OpenAI
 9   BY:  ELANA NIGHTINGALE DAWSON
          MARGARET GRAHAM
10

11   FAEGRE DRINKER BIDDLE & REATH LLP
         Attorneys for Defendant Microsoft Corporation
12   BY:  LARA BREZYNSKI

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  collected.  Your Honor, we've already collected in excess of a
2  million documents.  We've produced hundreds thousands of
3  documents, and all of that was related to the theories that we
4  had agreed were in the case.  If these new products come into
5  the case, that will be expanded dramatically.
6            THE COURT:  Mr. Rohit, tell me again, because my Live
7  Note has failed me here, the use that you feel you need to make
8  of Microsoft Copilot from October 24 and Microsoft Office Suite
9  in terms of the fair use factors.
10           MR. NATH:  Yes, your Honor.
11           So, it's fairly simple.  So, the theory -- one of the
12  theories of infringement at issue is that the reproduction of
13  copyrighted works to train the large language models at issue
14  -- in this case, 4o and 4o Mini -- is copyright infringement.
15           And then, the question of fair use is, how does
16  that -- how does that reproduction, the training of a large
17  language model, affect the market for the copyrighted work.
18  And the only way to be able to test how it impacts the market
19  for the copy righted work is to look at how the model actually
20  works in the market.
21           And the way the model works in the market is through a
22  variety of products, including things like Microsoft Copilot
23  and new Copilot.  And so if the Court were to say that,
24  okay, you can test, you can bring an infringement claim against
25  GPT-4o and 4o Mini but you can't actually produce any evidence

1   about how those -- how 4o and 4o Mini actually work in the
2   market as a practical matter, then we would be handicaps when
3   we go into a summary judgment hearing over fair use.
4           And I want to put a finer point on it.
5           THE COURT:  Again, slow down.
6           MR. NATH:  Sorry, your Honor.
7           One of the things that new Copilot does is, basically,
8   it's an assistant as you use Microsoft word products.
9           And so for example, one of the allegations in our
10  complaint is that the effect of OpenAI's large language models,
11  like 4o and 4o Mini is that they enable a user to generate tons
12  of woks that might compete with the books of George R. R.
13  Martin or John Grisham.  And one way to do that is by using
14  those models to generate actual text works, and you can do that
15  through the Copilot tools and through the new Copilot tools.
16          So, in order for us to assess the effect of the market
17  factor for GPT-4o and GPT-4o Mini, it does not make any sense
18  for the Court to kind of surgically remove the actual products
19  that those LLMs power.  And so it's critically important not to
20  dissect this case and slice it thinly like this.
21          I would like -- your Honor asked me one very specific
22  question.  I'd like to address a couple of other things as
23  well, if that's okay.
24          THE COURT:  And what is your substantive response to
25  Ms. Hurst's statement of, three to four times the amount of

PA8BOPE4

1  like me to travel, I will travel.  If you'd like us to do it by
2  phone, I will defer to your Honor.
3          THE COURT:  Okay.  Fine.
4          MR. NELSON:  This is just a very brief procedural
5  point on the slides that Mr. Pritt showed.
6          THE COURT:  Yes.
7          MR. NELSON:  The slides with the red border, which are
8  slides 14, 16, and 19 are the ones with confidential
9  information.  Excuse me.  14, 16 and 17.  Excuse me.  And it's
10 marked with a red border, your Honor.
11         THE COURT:  All right.  Thank you.
12         And when I said go home, I mean you can do whatever
13 you'd like, because, presumably, I would assume get back to
14 work on this case.
15         Thank you, all.
16         I'll get a decision out when I can.
17         (Adjourned)