# Exhibit B

| | |
|---|---|
| REVIEWID : | NYT_00765599 |
| PRODBEG : | NYT_00765599 |
| FamilyRelationship : | |
| Custodian : | Hardiman, Alex |
| CustodiansAll : | Diggs, Gordon, Hardiman, Alex, Poferl, Hannah, Sheridan, Barrett, Wiggins, Chris |
| CustodiansDupe : | Diggs, Gordon, Hardiman, Alex, Poferl, Hannah, Sheridan, Barrett, Wiggins, Chris |
| ParentDate : | 11/21/2023 12:00:00 AM |
| Filename : | Screenshot 2023-11-21 at 9.46.56AM.png |
| FileExtension : | png |
| Author : | Anne Bauer |
| Source_FolderPath : | |
| 3P_SourceParty : | New York Times |
| RecordType : | |
| DocType : | Portable Network Graphics Format |
| LastAuthor : | |
| Title : | |
| Redaction Status : | |
| PRODVOL : | NYT Volume 030 |
| System Created On : | 5/1/2025 1:03:30 AM |


ChatExplorer
This chat tool wraps the OpenAI API, which we access via our enterprise arrangement with OpenAI.
Before using this tool, make sure you have completed this mandatory training. While working with this tool, you must follow all of our existing Information Security and Data Classification policies. You can use any Public and Internal Use Data (including published articles). You cannot use Personal Information (of subscribers, registered users, or anonymous users), Restricted Data, or Confidential Data, with the exception of source code (which you can use).
If you have any questions about this tool, or run into issues, please report them in #genai-tech.
Model:
GPT 4
Reset
What is the most effective paywall strategy for The New York Times?
Type a message...
Elements
Console
Sources
Network
top
Filter
Default levels
1 Issue: 1
Failed to load resource: the server responded with a status of 504 ()
/api/chat:1
Uncaught (in promise) Error
at u (index-e31697f1e253b4d6.js:1:6048)
index-e31697f1e253b4d6.js:1