# Exhibit C

Message
___

**From:** Alex Hardiman [alex.hardiman@nytimes.com]
**on behalf of** Alex Hardiman <alex.hardiman@nytimes.com> [alex.hardiman@nytimes.com]
**Sent:** 11/20/2023 1:46:01 PM
**To:** Evans, Bailey [bailey.evans@nytimes.com]; Sheridan, Barrett [barrett.sheridan@nytimes.com]
**Subject:** Fwd: GenAI learning task force

Bailey - no need to respond, just wanted to let you know that Barrett will help me get this going while you're out, and then when you're back in the office you can run point on landing a set of recommendations and an operational plan that puts things into motion. Thanks.

---------- Forwarded message ---------
From: **Alex Hardiman** <alex.hardiman@nytimes.com>
Date: Mon, Nov 20, 2023 at 8:44 AM
Subject: GenAI learning task force
To: Mohit <mohit.lohia@nytimes.com>, Vita, Jordan <jordan.vita@nytimes.com>, Harris, Kate <Kate.Harris@nytimes.com>, Gordon Diggs <gordon.diggs@nytimes.com>, Clarissa Matthews <clarissa.matthews@nytimes.com>, Jason Michaels <jason.michaels@nytimes.com>, Lee, Tracie <tracie.lee@nytimes.com>, Jonah Smith <jonah.smith@nytimes.com>, wiggins, chris <christopher.wiggins@nytimes.com>, Monty Wolper <monty.wolper@nytimes.com>
Cc: Evans, Bailey <bailey.evans@nytimes.com>, Brian Hamman <hamman@nytimes.com>, Jason Sobel <jsobel@nytimes.com>, Kendell Timmers <kendell.timmers@nytimes.com>, Georg Petschnigg <georg.petschnigg@nytimes.com>, Jennifer Perez <jennifer.perez@nytimes.com>, Lenny BeckRoda <lenny.beckroda@nytimes.com>, Hannah Yang <hannah.yang@nytimes.com>, Hannah Poferl <hannah.poferl@nytimes.com>, Weisenbach, Amy <amy.weisenbach@nytimes.com>, Sheridan, Barrett <barrett.sheridan@nytimes.com>

Hi all,

We're pulling together a GenAI learning task force for XFun and would love to have you join to lend your ideas and your expertise.

Some quick background: as you heard in last week's XFun town hall, we're opening up GenAI tool access to everyone with the idea of empowering our colleagues to responsibly learn the ever-changing tools and the tech, which we hope will inspire big, creative, ambitious ideas in 2024 that advance our journalism and essential subscription strategy. This requires a pretty big culture change across XFun and the company, and as we've seen with previous eras of transformative tech like mobile, that culture change requires support and space for learning, a lot of curiosity and energy, strong community, and so much more.

The good news is that we already have some great work underway that we can build off of, including our revamped ChatExplorer tool that will be released in a couple of weeks and the engineering COP that's launching soon. I've also heard some great new ideas from many of you, like creating bootcamp training sessions for non-technical folks or hosting regular demos of work for teams to get feedback, share what they're learning, and so much more. So let's get together to explore the range of ideas we might pursue.

Jenn will find us an hour the week after Thanksgiving to meet, and please come with your top 3-5 ideas. The ideas can be specific to your function (e.g. data science) or broadly relevant to all in XFun or the company. Obvious ideas are welcome (sometimes obvious is what's most effective) as are more radical ones (sometimes we need radical to get out of the status quo). We'll use this as a generative session to get all of our ideas - big and small - out there.

CONFIDENTIAL                                                                                                                    NYT_00696454

Thanks in advance and please reach out with any questions in the meantime. Also, if there's anyone else who you think would be a great participant, please let me know.

This is exciting!

Alex

--

**Alex Hardiman**
Chief Product Officer
The New York Times
alex.hardiman@nytimes.com

--

--

**Alex Hardiman**
Chief Product Officer
The New York Times
alex.hardiman@nytimes.com

CONFIDENTIAL                                                                                                                    NYT_00696455