# Exhibit D

Hi everyone! I'm Gordon Diggs. I'm a Senior Engineering Director and I lead the GenAI technical workstream. Within the workstream, we've been working on a tool named ChatExplorer, and I am excited to demo it today. We think this tool is going to be a great way for folks across XFun to start experimenting with Generative AI, without needing to be in the weeds of API development.

This tool works a lot like ChatGPT but goes through our enterprise arrangement with OpenAI, so that no content input here is used for further training on the OpenAI side. We also have other important contract terms that protect the Times. It's critical that you use this tool instead of working directly within ChatGPT so that you can safely use public or internal content with it! We expect to have it available for all of you in the next few weeks.

As to not tempt the demo gods, I pre-recorded a demo of the tool - let's jump in to some use cases!

The tool has a pretty simple interface, you will be able to log in with your employee username and password and enter prompts to send to OpenAI. It will save your conversation if you close the window and come back later.  Let's look at a few ways it might be helpful.

First, let's look at working with published content in the tool. Here is a recipe from NYT Cooking. If I wanted to test ideas for recipe modification, I could put the recipe in the tool [**PASTE RECIPE**], and then ask it to modify that recipe.

**[TYPE PROMPT] Modify this recipe to make 12 servings**

As you can see, we get back a modified recipe with the new serving size. This tool is a great way to experiment with GenAI capabilities we may want to build into our products in the future. We've talked about recipe modification as a feature a bunch within Cooking.

Let's clear the conversation and take a look at another use case.

**[RESET]**

Using chat to generate database queries is a common use case. I can load in a database schema (a simple one for demo purposes, but you could certainly add something more complex).

**[PASTE SCHEMA]**

Here I have a sample recipe schema. Let's ask it to write a query for me

**[DO PROMPT FOR QUERY] Write a sql query to give me all recipes with a byline by Sam Sifton, published in the past 5 years, that take less than 90 minutes to cook. Include the name of the recipe, its id, published date, and any tags associated with it**

As you can see, we have the query and an explanation of how it generated that. I could use that to find the recipes that I care about. This will help as I analyze data in our database.

That's a quick overview of the tool, but there is a lot more to explore using this tool, including using different models. I hope we can unlock a lot of experimentation with GenAI going into next year. If you want to chat more about this, please reach out to us in our workstream's public slack channel: #genai-tech! Thank you everyone for watching! Alex, back to you!