# Exhibit E



Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Michael K. Deamer**
(415) 773-6662
mdeamer@keker.com

February 10, 2025

Adnan Muttalib
Susman Godfrey LLP
One Manhattan West
New York, NY 10001-8602

Re:   *New York Times Company v. Microsoft Corporation, Openai, Inc. et al.*, Civil Action No. 1:23-cv-11195-SHS

Dear Mr. Muttalib:

We write with respect to the January 30, 2025, deposition of Eric Mandel. We have questions regarding certain aspects of Mr. Mandel's testimony.

*First*, Mr. Mandel lacked basic knowledge on myriad aspects of the topics for which he was designated the Times' Rule 30(b)(6) corporate witness. For example, he testified that he did not know whether the Times collected Google Chats responsive to Defendant's discovery requests. Rough Tr. 61:5–10. He further testified that he did not know whether the Times "preserved all email related to this litigation." *Id.* at 68:7–9. Indeed, Mr. Mandel admitted he did not know if he was the person most knowledgeable on the topics for which he was designated. *Id.* at 42:14–46:8. Please confirm whether the Times did, in fact, collect all Google Chats responsive to Defendant's discovery requests and preserved all email related to this litigation. If the Times did not collect all responsive Google Chats, please immediately confirm that these documents have been retained pursuant to the Times' litigation hold and provide a date certain on which they will be produced. If the Times did not preserve all email related to this litigation, provide additional information regarding this lapse in document preservation. Defendant reserves all rights regarding Mr. Mandel's lack of preparation.

*Second*, Mr. Mandel testified that the Times did not collect any documents from any repositories listed in deposition Exhibit 1 under the Topic 3 subheading "Additional sources of ESI on local, off-site, and cloud systems (mostly cloud)." *Id.* at 134:19–24. These repositories include: Dropbox; PACT; AODocs; LOUP; SendSafely; Amazon AWS; ZenDesk/ Subhub; DSR Tracker; Qualtrics; Iterate; Proof Insights; Bing Webmaster Tools; Google Search Console; Chatbeat; Cloudflare CDN; Segment – Memo; Helix; Iterable; Scoop; Yeti; Phoenix; Miro; Coupa; and Greenhouse. These repositories likely house documents responsive to, *inter alia*, RFP Nos. 15, 26, 33, 72, 96, 98, 135, 145, 149, 178, 206, and 220. Responsive documents from

February 10, 2025
Page 2

these repositories should be collected and produced — if the Times refuses to do so, please state your basis for refusing to collect from each of these repositories.

*Third*, Mr. Mandel identified an ESI repository called Sumo Logic, which the Times uses "for tracking a [sic] logging activities related to data analytics and various other AI activities and performance." *Id.* at 129:3–10. Mr. Mandel confirmed that Sumo Logic stored "prompt request[s]" and "response[s]" from various LLMs, including from OpenAI. *Id.* at 142:1–24. Please confirm that the Times has produced all Sumo Logic data. If the Times refuses to do so, please state your basis for so refusing.

*Fourth*, regarding Exhibit 10 (NYT_00020305), Mr. Mandel confirmed that messages reflected in the produce document were "cut off" and incomplete. *See id.* at 86:10–87:2. Mr. Mandel further confirmed that the Times could recollect these preserved messages. *Id.* at 87:3–8. Please confirm that the Times will produce complete versions of this and other documents with similar production errors.

We look forward to receiving a response by February 17.

Sincerely,

Michael K. Deamer

KEKER, VAN NEST & PETERS LLP