# Exhibit I

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br><br>This Document Relates To:<br><br>THE NEW YORK TIMES COMPANY v.<br>MICROSOFT CORPORATION, et al. | Civil Action No. 25-md-3143 |

**PLAINTIFF THE NEW YORK TIMES COMPANY'S RESPONSES AND
OBJECTIONS TO DEFENDANT OPENAI OPCO, LLC'S FOURTH SET OF
REQUESTS FOR ADMISSION (NOS. 81-125)**

Pursuant to Federal Rules of Civil Procedure 26 and 36, Plaintiff, The New York Times Company ("The Times") responds and objects to Defendant OpenAI OpCo, LLC's ("OpenAI OpCo") Fourth Set of Requests for Admission. These responses and objections are based on The Times's knowledge, investigations, and analysis to date. The Times reserves all rights to supplement and amend its responses and objections accordingly.

**GENERAL OBJECTIONS**

1.    The Times objects to each Request to the extent it seeks information subject to attorney-client privilege, work product, or any other applicable privilege or protection.

2.    The Times objects to each Request to the extent it seeks information not within The Times's possession, custody, or control. The Times will only respond as to information within its possession, custody, or control. All responses are made subject to the terms of the ESI Order entered in this case.

objects to this Request insofar as it seeks information protected by the attorney-client privilege, work-product doctrine, or common interest.

Subject to these objections, The Times will not respond to this Request.

**REQUEST FOR ADMISSION NO. 97:**

Admit that You have used OpenAI's Large Language Models to evaluate the readability of Your published articles.

**RESPONSE TO NO. 97:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to evaluate the readability of Your published articles" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 98:**

Admit that You have used OpenAI's Large Language Models to evaluate the sentiment of Your published articles.

**RESPONSE TO NO. 98:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to evaluate the sentiment of Your published articles" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 99:**

Admit that You have used OpenAI's Large Language Models to compare Your articles to those of Your competitors.

**RESPONSE TO NO. 99:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to compare Your articles to those of Your competitors" as vague and ambiguous. The Times further objects to this Request because it does not seek

straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

## REQUEST FOR ADMISSION NO. 100:

Admit that You have used OpenAI's Large Language Models to summarize reader comments on a published article.

## RESPONSE TO NO. 100:

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to summarize reader comments on a published article" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific

purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 101:**

Admit that You have used OpenAI's Large Language Models to generate potential headlines.

**RESPONSE TO NO. 101:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to generate potential headlines" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 102:**

Admit that You have used one or more of OpenAI's Large Language Models in drafting one or more of Your news articles.

**RESPONSE TO NO. 102:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "in drafting one or more of Your news articles" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 103:**

Admit that You have used OpenAI's Large Language Models to modify recipes on NYT Cooking.

**RESPONSE TO NO. 103:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The

Times further objects to the phrase "to modify recipes on NYT Cooking" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 104:**

Admit that You have used OpenAI's Large Language Models to offer ingredient substitutions for recipes on NYT Cooking.

**RESPONSE TO NO. 104:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to offer ingredient substitutions for recipes on NYT Cooking" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as

16

asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

### REQUEST FOR ADMISSION NO. 105:

Admit that You have used OpenAI's Large Language Models to scale servings up or down for recipes on NYT Cooking.

### RESPONSE TO NO. 105:

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to scale servings up or down for recipes on NYT Cooking" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by

copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 106:**

Admit that You have used OpenAI's Generative AI tools to improve meal planning on NYT Cooking.

**RESPONSE TO NO. 106:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to improve meal planning on NYT Cooking" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 107:**

Admit that You have used OpenAI's Large Language Models to improve search on NYT Cooking to generate custom meal plans that consider budget, skill level, recipe pairings, and reduce food waste.

**RESPONSE TO NO. 107:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to improve search on NYT Cooking to generate custom meal plans that consider budget, skill level, recipe pairings, and reduce food waste" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 108:**

Admit that You have used one or more of OpenAI's Large Language Models in drafting one or more recipes on NYT Cooking.

**RESPONSE TO NO. 108:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "in drafting one or more recipes on NYT Cooking" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward

factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 109:**

Admit that You have used OpenAI's Large Language Models to improve contextual targeting for Your advertisements.

**RESPONSE TO NO. 109:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to improve contextual targeting for Your advertisements" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 110:**

Admit that You have used OpenAI's Large Language Models to identify Your content that is relevant to advertiser brand or campaign goals.

**RESPONSE TO NO. 110:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to identify Your content that is relevant to advertiser brand or campaign goals" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 111:**

Admit that You have used OpenAI's Large Language Models to improve Your code assistance and data analysis.

**RESPONSE TO NO. 111:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to improve Your code assistance and data analysis" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 112:**

Admit that You have used OpenAI's Large Language Models to scale Your pilot of GitHub Copilot for Your engineers.

**RESPONSE TO NO. 112:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The

Times further objects to the phrase "to scale Your pilot of GitHub Copilot for Your engineers" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

## REQUEST FOR ADMISSION NO. 113:

Admit that You have used OpenAI's Large Language Models to scale your pilot of Duet/BigQuery Studio for Your data analysts.

## RESPONSE TO NO. 113:

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to scale your pilot of Duet/BigQuery Studio for Your data analysts" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language

Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 114:**

Admit that You have used OpenAI's Large Language Models to improve Wirecutter lists.

**RESPONSE TO NO. 114:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to improve Wirecutter lists" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 115:**

Admit that You have used OpenAI's Large Language Models to automatically generate Wirecutter product lists that Your editors can edit before publishing.

**RESPONSE TO NO. 115:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to automatically generate Wirecutter product lists that Your editors can edit before publishing" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 116:**

Admit that You have used one or more of OpenAI's Large Language Models in drafting Wirecutter content.

**RESPONSE TO NO. 116:**

The Times incorporates its General Objections above. The Times objects to this Request

as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "drafting Wirecutter content" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

## REQUEST FOR ADMISSION NO. 117:

Admit that You have used OpenAI's Large Language Models to improve automation of customer care emails.

## RESPONSE TO NO. 117:

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to improve automation of customer care emails" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding

26

how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

## REQUEST FOR ADMISSION NO. 118:

Admit that You have used OpenAI's Large Language Models to generate email responses for common user issues.

## RESPONSE TO NO. 118:

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to generate email responses for common user issues" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by

copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 119:**

Admit that You have used OpenAI's Large Language Models to review data for investigative reporting.

**RESPONSE TO NO. 119:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to review data for investigative reporting" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models for specific purposes.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

**REQUEST FOR ADMISSION NO. 120:**

Admit that You have used OpenAI's Generative AI tools to assist Your reporting process.

**RESPONSE TO NO. 120:**

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it seeks information that is not relevant to any party's claims or defenses

in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "to assist Your reporting process" as vague and ambiguous. The Times further objects to this Request because it does not seek straightforward factual information and is, therefore, not an appropriate request for admission. Specifically, The Times cannot provide a straightforward answer to this Request, as it seeks information regarding how each and every employee of The Times uses OpenAI's Large Language Models—whether permitted or not. The Times therefore construes this Request for Admission as asking whether The Times permits the use of OpenAI's Large Language Models in its reporting process.

Subject to these objections, The Times admits that it permits certain employees to use OpenAI's Large Language models to help with brainstorming and editing, and to summarize Times-owned materials and non-propriety information (such as materials that are not protected by copyright and that are not Personal Information or subject to contractual restrictions).

## REQUEST FOR ADMISSION NO. 121:

Admit that You developed a tool for targeted advertising that uses Generative AI called BrandMatch.

## RESPONSE TO NO. 121:

The Times incorporates its General Objections above. The Times objects to this Request as overbroad to the extent it is not limited to Defendants' Generative AI products; seeks information that is not relevant to any party's claims or defenses in this dispute; and further because it does so without limitation to the relevant timeframe. The Times further objects to the phrase "developed a tool for targeted advertising that uses Generative AI" as vague and ambiguous.

Subject to these objections, admitted.

## REQUEST FOR ADMISSION NO. 122:

Admit that You developed a tool for targeted advertising called BrandMatch that used

Dated: July 18, 2025

*/s/ Ian Crosby*

Ian Crosby *(admitted pro hac vice)*
Genevieve Vose Wallace *(admitted pro hac vice)*
Katherine M. Peaslee *(admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
gwallace@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook *(admitted pro hac vice)*
Emily K. Cronin *(admitted pro hac vice)*
Adnan Muttalib *(admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
edupler@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Tamar Lusztig (5125174)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com

afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collings *(admission pending)*
**SUSMAN GODFREY L.L.P**.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile (713) 654-6666
scollings@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(admitted pro hac vice)*
**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*