# Exhibit K

July 24, 2024                                                                                                    Share +

# New York Times Advertising launches BrandMatch Out of Beta



Today, New York Times Advertising is offering early access to BrandMatch, its GenAI-powered targeting solution that provides a new way to match a brand's message with the most relevant articles and the most interested audiences.

Earlier in 2024, New York Times Advertising announced this new experimental advertising tool and ran a beta test with six notable brands across tech, finance, luxury and other categories. Results from the beta test showcased BrandMatch's enhanced capabilities and successful applications for advertising campaigns, leading to the tool's launch this summer.

BrandMatch works by building personalized targeting segments for every ad campaign, capturing the nuances of a brand and its audience. With this new tool, advertisers can provide their existing marketing briefs, which BrandMatch uses to build personalized ad targeting segments based on relevant articles and the audiences that most engage with those articles.

"We are thrilled to officially debut BrandMatch and make it available to even more brands and advertisers," said Joy Robins, global chief advertising officer of The New York Times Company. "This evolved offering empowers us to better serve advertiser needs, deliver incredible performance, and opens up a broader variety of use cases at a level of sophistication and granularity that is currently unmatched in today's industry."

BrandMatch provides a solution to a common challenge that marketers face: how to reach specific target audiences as described in their briefs when traditional targeting can only offer a predefined menu of targeting criteria to choose from. BrandMatch joins a lineup of New York Times Advertising's first-party targeting solutions, including more than 200 audience segments, interest based targeting and contextual solutions like emotion based targeting. The new tool works in a different way than existing ad targeting models, automatically interpreting a brief and matching it with the most relevant context and audiences.

New York Times Advertising plans to incorporate their new BrandMatch targeting solution in mid to late September with plans to significantly expand the number of advertisers utilizing the product throughout Q4 2024 and into 2025.

**Explore More**

2



**About Us**



**The Newsroom and Times Opinion**



**History**

**Press Room**



The New York Times Company

**CONTACT US**

**PARTNER WITH US**

Privacy Policy

Terms of Service

Cookie Policy

California Notice

 Your Privacy Choices

© 2025 The New York Times Company


Do Not Sell/Share My Personal Information   Limit the Use of My Sensitive Information   California Notices

4