# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> OPENAI, INC., <br><br> COPYRIGHT INFRINGEMENT LITIGATION <br><br> This Document Relates To: <br><br> No. 1:23-cv-11195 (SHS) (OTW) | 25-md-3143 (SHS) (OTW) |

## DECLARATION OF TOM GOLDSTEIN

I, Dr. Tom Goldstein, declare as follows:

1.      I am a Professor of Computer Science and Director of the Maryland Center for Machine Learning. I submit this declaration on behalf of the News Plaintiffs in support of their Letter requesting that OpenAI immediately begin producing News Plaintiffs' requested 20 million records of ChatGPT consumer output log data dated December 2022-November 2024. I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

2.      I have reviewed and analyzed documents produced by OpenAI setting forth the metadata associated with the ChatGPT records available for sampling. I have also reviewed and analyzed the training data and source code protocols entered in this case at Dkts. 483 and 367 and have personally inspected OpenAI's training data and source code and training data onsite at OpenAI's Outside Counsel's offices as required under these protocols.

3.      I understand that News Plaintiffs want to analyze the prevalence of multiple different types of output in OpenAI's ChatGPT output logs including: (a) the prevalence of prompts and outputs reflecting news-related use cases; (b) the prevalence of regurgitated outputs

containing News Plaintiffs' copyrighted content, which can vary on a publisher-by-publisher basis; (c) reproduction of News Plaintiffs' copyrighted content in the Retrieval Augmented Generation ("RAG") process; and (d) the prevalence of hallucinated outputs diluting News Plaintiffs' famous trademarks.

4.   In order to analyze these types of outputs, News Plaintiffs need to run numerous different queries over the produced output log data including n-gram searches, URL searches, and other keyword searches over the data. News Plaintiffs also plan to run queries over the numerous metadata fields associated with each prompt and response pair. To perform these analyses, New Plaintiffs will likely need to create and run custom scripts. Creating and running these scripts is a multi-week process and will likely require many iterations given the likely changes and nuances in the format of the ChatGPT records.  This includes time to review and analyze results, debug, iteratively develop search parameters that are appropriate for the data, as well as handling other technical issues that may arise given the volume, variance, and complexity of the data being analyzed.

5.   I understand that News Plaintiffs want OpenAI to produce the ChatGPT records so that News Plaintiffs can conduct their analysis of OpenAI's output log data without having to review these samples on-site at a location of OpenAI's choosing. News Plaintiffs review of this data would be far more efficient if News Plaintiffs had the ability to analyze this data either locally via a hard drive or remotely via a dedicated private cloud environment, rather than being required to analyze this data at an onsite location of OpenAI's choosing.  Requirements similar to those set forth in the training data and source code protocols would be onerous and unhelpful for this analysis, and introduce unnecessary delay.

6. For example, under the current training data and source code protocols, training data and source code is provided in a tightly controlled environment and News Plaintiffs often must develop custom programs and prepare files outside of the inspection environment and provide 7 days notice to have OpenAI's counsel install those programs and files. News Plaintiffs are required to give 5 and 7 days' notice prior to inspection of OpenAI's training data and source code, respectively. News Plaintiffs' requests to inspect OpenAI's training data and source code are subject to the other Plaintiffs' inspection requests and to support staff availability at the inspection site. Furthermore, News Plaintiffs' inspections under training data and source code protocols are confined to 8:30am-5pm PT and 8:30am-6pm PT, respectively. Requiring News Plaintiffs to adhere to similar restrictions for their analysis of OpenAI's output log data would only further delay News Plaintiffs' efforts to analyze OpenAI's output log data.

7. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on  Oct 15, 2025

Dr. Tom Goldstein