# EXHIBIT D

10/15/25, 2:38 PM    Sam Altman on X: "recently the NYT asked a court to force us to not delete any user chats. we think this was an inappropriate req…

Case 1:23-cv-11195-SHS-OTW    Document 940-4    Filed 10/15/25    Page 2 of 3





10/15/25, 2:38 PM | Sam Altman on X: "recently the NYT asked a court to force us to not delete any user chats. we think this was an inappropriate req…

Case 1:23-cv-11195-SHS-OTW    Document 940-4    Filed 10/15/25    Page 3 of 3



