**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE:                                                  :
                                                        :
OPENAI, INC.,                                           :     25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                      :
                                                        :
                                                        :     **SCHEDULING ORDER**
                                                        :
This Document Relates To:                               :
23-CV-11195                                             :
24-CV-3285                                              :
24-CV-4872                                              :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an In-Person, confidential settlement conference in these cases on **Friday, October 31, 2025, at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Each party in attendance shall send no more than two attorneys each to the settlement conference.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: October 27, 2025            **Ona T. Wang**
       New York, New York          United States Magistrate Judge