UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC. COPYRIGHT
INFRINGEMENT LITIGATION

This Document Relates To:

23-cv-11195

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    For the reasons set forth on the record at the October 8, 2025 hearing, The New York Times's motion to strike certain of Microsoft Corporation's affirmative defenses (Dkt. No. 295) is denied.

Dated: New York, New York
         October 30, 2025

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.