November 5, 2025                                                                                                           <u>VIA ECF</u>

Hon. Ona T. Wang
U.S. District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *In re OpenAI, Inc. Copyright Infringement Litigation*, No. 1:25-md-03143
             (S.D.N.Y.).  This Document Relates To: All Actions

Dear Magistrate Judge Wang:

Pursuant to the Court's order entered on October 30, 2025 (MDL ECF 715), OpenAI Defendants, News Plaintiffs, and Class Plaintiffs write to present each side's positions regarding OpenAI's motion for a protective order as to Plaintiffs Rule 30(b)(6) notices (MDL ECF 654).

**<u>OpenAI's position</u>**: Pursuant to the Court's Order, Dkt. No. 715, and its guidance at the October 29, 2025 discovery conference, OpenAI submits the attached color-coded table, identifying the portions of each topic on which the parties agree, the portions that are in dispute, a description of those disputes, and OpenAI's position as to each, including proposed narrowed language, where applicable. See Ex. 1. OpenAI understands this to be what the Court requested. Plaintiffs' submission—a list of topics with a single color to broadly identify a dispute without anything more—offers no context that would allow the Court to understand the substance of the parties' disputes. OpenAI was prepared to file a single chart with both parties' positions, but Plaintiffs refused to engage with the chart OpenAI prepared, claiming to interpret the Court's guidance differently. As a result, the parties are unfortunately submitting separate charts.

**<u>News and Class Plaintiffs' position</u>**: Attached as Exhibit 2 is Plaintiffs' color-coded chart with the ten 10 remaining disputed Rule 30(b)(6) topics raised in the parties' briefing. For each topic, black text indicates agreed language, while red text indicates disputed language. Plaintiffs object to the exhibit that OpenAI is attaching (Exhibit 1) because OpenAI's exhibit contains additional briefing and argument on each of the disputed topics. Plaintiffs do not read the Court's order as permitting such additional briefing and argument. *See* Dkt. 718 at 3; *see also* 10/29/25 Hearing Tr. 42:6-16. If the Court considers OpenAI's additional arguments, Plaintiffs respectfully request leave to respond. Plaintiffs otherwise rest on their prior briefing, which addressed the disputed topics. Dkt. 688.

3322803

Page 2

Respectfully submitted,

*/s/ Andrew S. Bruns*
Keker, Van Nest & Peters LLP[1]
OpenAI Defendants' Counsel


*/s/ Davida Brook*
Susman Godfrey, LLP
News Plaintiffs' Liaison Counsel


*/s/ Justin A. Nelson*
Justin A. Nelson
Susman Godfrey, LLP
Interim Lead Class Counsel

---

[1] All parties whose electronic signatures are included herein have consented to the filing of this document.

3322803