UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE:                                                      :
                                                            :
OPENAI, INC.,                                               :   25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                          :
                                                            :
                                                            :   **ORDER**
                                                            :
This Document Relates To:                                   :
**23-CV-11195**                                             :
                                                            :
                                                            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of OpenAI's motion for reconsideration (ECF 742) of my November 7, 2024, Order directing OpenAI to produce the 20 million de-identified Consumer ChatGPT Logs, (ECF 734), and News Plaintiffs' opposition, (ECF 746).

OpenAI is directed to file a reply not to exceed 2 pages by **November 19, 2025.** OpenAI's request to stay my November 7 Order pending resolution of its motion for reconsideration is **DENIED without prejudice to renewal.**

SO ORDERED.

_s/ Ona T. Wang_
Dated: November 13, 2025      **Ona T. Wang**
New York, New York            United States Magistrate Judge