**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: <br><br> OPENAI, INC. <br><br> COPYRIGHT INFRINGEMENT LITIGATION <br><br> This Document Relates To: <br><br> News Cases | Case No. 1:25-md-3143-SHS-OTW |

### DECLARATION OF LUCKY VIDMAR IN SUPPORT OF MICROSOFT'S MOTION FOR LEAVE TO FILE UNDER SEAL

I, Lucky Vidmar, hereby declare as follows:

1.      I have personal knowledge of the facts stated in this declaration and, if called upon as a witness, I would and could competently testify thereto.  I submit this declaration in support of Microsoft's Motion for Leave to File Under Seal filed in connection with Microsoft's Response to News Plaintiffs' Motion on Bing Chat Click-Through-Rate Data ("Response").

2.      I am Associate General Counsel and I lead Microsoft's IP and AI litigation team. I have been at Microsoft since June 2020.  In this role, I am responsible for the overall conduct of discovery and factual investigation for this case.  I am also part of a team at Microsoft that provides legal guidance to the business on the development of our generative AI tools in connection with managing litigation and regulatory risk.

3.      Exhibits A and B to Microsoft's Response contain nonpublic, confidential information about Microsoft's internal work.  Specifically, the exhibits are a document and a portion of a deposition transcript that contains information that is confidential and highly sensitive to Microsoft and Microsoft only shares the information revealed in this exhibit on a need-to-know basis whether internally or externally with proper non-disclosure protections in place. Similarly,

2

the portions of the Response that Microsoft seeks to redact quote or describe these documents. Disclosure of such information to the public would be harmful to Microsoft because it reflects highly sensitive and confidential business strategy and decision-making that, if disclosed, could harm Microsoft's competitive advantage and its business relationships.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed of November 21, 2025 at Washington, D.C.

/Lucky Vidmar