

November 24, 2025

**VIA ECF**

Honorable Ona T. Wang
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *In re OpenAI, Inc., Copyright Infringement Litig.*, 1:25-md-3143-SHS-OTW
      This Document Relates To: All Cases
      Citation in Microsoft's Letter Brief Requesting Protective Order on Depositions of Microsoft's CEO Satya Nadella and CTO Kevin Scott (ECF 763)

Dear Magistrate Judge Wang:

      We write concerning the erroneous citation of *Chang v. Mizuho Securities US LLC*, 2024 WL 3824101 (S.D.N.Y. Aug. 15, 2024), in Microsoft's Letter Brief Requesting Protective Order on Depositions of Microsoft's CEO Satya Nadella and CTO Kevin Scott. ECF 763 at 1. We acknowledge and apologize to the Court and to the Plaintiffs for our error, which was inadvertent. *Chang* is a letter brief, as indicated by Plaintiffs in their response, but Westlaw, Bloomberg Law, and Lexis all categorized it as an opinion and return it as a search result when searching for opinions in the Southern District of New York. That is likely because Judge Garnett included her written order as text at the end of the letter brief, but Westlaw does not include the text of her opinion. Further, at least one other court in this District has recently cited the letter brief citation as an order. *See Mark Anthony Int'l SRL v. Prime Hydration, LLC*, 2025 WL 2055998, at *2 (S.D.N.Y. July 23, 2025).  Nevertheless, we should have read the document more carefully before citing it as an opinion.

      We again apologize for our error. It was never our intent to mislead the Court.

  Respectfully submitted,

 */s/ Jared B. Briant*
 Jared B. Briant

*Counsel for Defendant Microsoft Corporation*