# EXHIBIT A

| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
|---|---|
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:25-md-03143-SHS-OTW In Re: OpenAI, Inc. Copyright Infringement Litigation Order on Motion to Compel |
| Date: | Monday, November 10, 2025 9:29:49 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 11/10/2025 at 9:28 AM EST and filed on 11/7/2025

| **Case Name:** | Authors Guild et al v. OpenAI Inc. et al |
|---|---|
| **Case Number:** | 1:23-cv-08292-SHS-OTW |
| **Filer:** | |
| **Document Number:** | 736 |

**Docket Text:**
**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

| **Case Name:** | Alter et al v. OpenAI Inc. et al |
|---|---|
| **Case Number:** | 1:23-cv-10211-SHS-OTW |
| **Filer:** | |
| **Document Number:** | 549 |

**Docket Text:**
**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures**

**that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**Case Name:**         The New York Times Company v. Microsoft Corporation et al
**Case Number:**       1:23-cv-11195-SHS-OTW
**Filer:**
**Document Number:** 987

**Docket Text:**
**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**Case Name:**         Basbanes et al v. Microsoft Corporation et al
**Case Number:**       1:24-cv-00084-SHS-OTW
**Filer:**
**Document Number:** 284

**Docket Text:**
**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**Case Name:**         Raw Story Media, Inc. et al v. OpenAI Inc. et al
**Case Number:**       1:24-cv-01514-SHS-OTW
**Filer:**
**WARNING: CASE CLOSED on 06/18/2025**
**Document Number:** 290

**Docket Text:**

**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**Case Name:**    The Intercept Media, Inc. v. OpenAI, Inc. et al
**Case Number:**  1:24-cv-01515-SHS-OTW
**Filer:**
**Document Number:** 317

**Docket Text:**

**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**Case Name:**    Daily News LP et al v. Microsoft Corporation et al
**Case Number:**  1:24-cv-03285-SHS-OTW
**Filer:**
**Document Number:** 501

**Docket Text:**

**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**Case Name:**     The Center for Investigative Reporting, Inc. v. OpenAI, Inc. et al
**Case Number:**     1:24-cv-04872-SHS-OTW
**Filer:**
**Document Number:** 403

**Docket Text:**
**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**Case Name:**     In Re: OpenAI, Inc. Copyright Infringement Litigation
**Case Number:**     1:25-md-03143-SHS-OTW
**Filer:**
**Document Number:** 734

**Docket Text:**
**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**Case Name:**     Chabon et al v. OpenAI, Inc. et al
**Case Number:**     1:25-cv-03291-SHS-OTW
**Filer:**
**Document Number:** 154

**Docket Text:**
**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are**

directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)

**Case Name:**      Millette v. OpenAI, Inc. et al
**Case Number:**    1:25-cv-03297-SHS-OTW
**Filer:**
**Document Number:** 231

**Docket Text:**
ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)

**Case Name:**      Tremblay et al v. OpenAI, Inc. et al
**Case Number:**    1:25-cv-03482-SHS-OTW
**Filer:**
**Document Number:** 631

**Docket Text:**
ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)

**Case Name:**      Silverman et al v. OpenAI, Inc. et al
**Case Number:**    1:25-cv-03483-SHS-OTW
**Filer:**
**Document Number:** 193

**Docket Text:**

**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**Case Name:**          Ziff Davis, Inc. et al v. OpenAI, Inc. et al
**Case Number:**      <u>1:25-cv-04315-SHS-OTW</u>
**Filer:**
**Document Number:** <u>231</u>

**Docket Text:**

**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**Case Name:**          DENIAL et al v. OpenAI, Inc. et al
**Case Number:**      <u>1:25-cv-06286-SHS-OTW</u>
**Filer:**
**Document Number:** <u>54</u>

**Docket Text:**

**ORDER in case 1:23-cv-08292-SHS-OTW; granting (656) Letter Motion to Compel in case 1:25-md-03143-SHS-OTW. Accordingly, News Plaintiffs' motion to compel production of the 20 million de-identified Consumer ChatGPT Logs (ECF 656) is GRANTED. OpenAI is directed to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs by November 14, 2025, or within 7 days of completing the de-identification process. The parties are directed to continue meeting and conferring regarding any additional measures that the parties can take to effectively protect the privacy interests of OpenAI's consumers. The Clerk of Court is respectfully directed to close ECF 656. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/7/2025) Filed In Associated Cases: 1:25-md-03143-SHS-OTW et al. (tg)**

**1:23-cv-08292-SHS-OTW Notice has been electronically mailed to:**

Rachel Geman     rgeman@lchb.com, rachel-geman-3144@ecf.pacerpro.com

Jeffrey S. Jacobson     jeffrey.jacobson@faegredrinker.com, brenda.diaz@faegredrinker.com

Jared Barrett Briant     jared.briant@faegredrinker.com, docketgeneral@faegredrinker.com,
emilija.andrulyte@faegredrinker.com, gloria.connolly@faegredrinker.com,
peter.kistler@faegredrinker.com, shelby.pickar-dennis@faegredrinker.com,
shelley.beety@faegredrinker.com, shelley.meyer@faegredrinker.com

R. James Slaughter     rslaughter@keker.com, efiling@keker.com, jamie-slaughter-
5463@ecf.pacerpro.com, maureen-stone-3437@ecf.pacerpro.com, mstone@keker.com

Joseph C. Gratz     JGratz@mofo.com, amygarcia@mofo.com, joseph-c-gratz-
7795@ecf.pacerpro.com

Annette Louise Hurst     ahurst@orrick.com, casestream@ecf.courtdrive.com,
nymao@orrick.com

Joseph Richard Wetzel, Jr     joe.wetzel@lw.com, joseph-wetzel-0076@ecf.pacerpro.com, ny-
courtmail@lw.com

Carrie A. Beyer     carrie.beyer@faegredrinker.com, alice.continpage@faegredrinker.com

Scott Jonathan Sholder     ssholder@cdas.com, 8708366420@filings.docketbird.com,
managingclerk@cdas.com

Allison Levine Stillman     alli.stillman@lw.com, alli-stillman-9294@ecf.pacerpro.com, new-
york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com

Ryan Wong     rwong@keker.com, efiling@keker.com, rcirelli@keker.com, roseann-cirelli-
2838@ecf.pacerpro.com, ryan-wong-6770@ecf.pacerpro.com, sriewerts@keker.com

Herman Heng Yue     herman.yue@lw.com, NY-CourtMail@lw.com

Michael Philip Richter     mrichter@fbtlaw.com, amartinez@ghsklaw.com, michael-richter-
0235@ecf.pacerpro.com, mohara@ghsklaw.com, skim@ghsklaw.com

Andrew L. Perito     APerito@mofo.com, JPosada@mofo.com, andrew-l-perito-
4492@ecf.pacerpro.com

Sheryl Koval Garko     sgarko@orrick.com

Jordan Connors     jconnors@susmangodfrey.com, michelle-wimmer-
0217@ecf.pacerpro.com, mwimmer@susmangodfrey.com

Andrew Gass     andrew.gass@lw.com, NY-CourtMail@lw.com, andrew-gass-
7005@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com

Laura Brooks Najemy    lnajemy@orrick.com

Thomas Edward Gorman    tgorman@keker.com, efiling@keker.com, jhartman@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, thomas-gorman-9043@ecf.pacerpro.com

Kenneth S Byrd    kbyrd@lchb.com, kenneth-byrd-6228@ecf.pacerpro.com

Rohit Nath    rnath@susmangodfrey.com, robby-perkins-6960@ecf.pacerpro.com, rohit-nath-9130@ecf.pacerpro.com

Justin Nelson    jnelson@susmangodfrey.com, jlabry@susmangodfrey.com

Drew Alan Hillier    DHillier@mofo.com, CDeoliveira@mofo.com, drew-hillier-0083@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-2561@ecf.pacerpro.com, smccabe@keker.com

Sarang Damle    sy.damle@lw.com, new-york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com, sarang-damle-3507@ecf.pacerpro.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Nicholas S Goldberg    ngoldberg@keker.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com, nicholas-goldberg-7061@ecf.pacerpro.com

Christopher James Hydal    chydal@saverilawfirm.com, aCera@saverilawfirm.com, ajensen@saverilawfirm.com, ajohnson@saverilawfirm.com, christopher-hydal-6802@ecf.pacerpro.com, hbenon@saverilawfirm.com, jday@saverilawfirm.com, jram@saverilawfirm.com, jsaveri@saverilawfirm.com, nalioto@saverilawfirm.com

Spencer McManus    smcmanus@keker.com, efiling@keker.com, spencer-mcmanus-7968@ecf.pacerpro.com

Christopher Cariello    ccariello@orrick.com, nymao@orrick.com

Tiffany Cheung    tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-0452@ecf.pacerpro.com

Paven Malhotra    pmalhotra@keker.com, efiling@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, paven-malhotra-2221@ecf.pacerpro.com

Allison S Blanco    allison.blanco@lw.com

Marc Shapiro    mrshapiro@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

CeCe Cole    ccole@cdas.com, 8427470420@filings.docketbird.com, managingclerk@cdas.com

Brianna Silverstein    brianna.silverstein@faegredrinker.com,
rose.woodland@faegredrinker.com

Craig Smyser    csmyser@susmangodfrey.com, dlawson@susmangodfrey.com

Anna Josefine Freymann    afreymann@lchb.com, anna-freymann-7838@ecf.pacerpro.com

Michael S. Kwun    mkwun@kblfirm.com, michael-kwun-5437@ecf.pacerpro.com, nikki-hueston-8089@ecf.pacerpro.com

Danna Z. Elmasry    delmasry@lchb.com, danna-elmasry-1917@ecf.pacerpro.com

Sarang Damle    sy.damle@lw.com

Wesley Dozier    wdozier@lchb.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Charlotte Lepic    clepic@susmangodfrey.com, rthomas@susmangodfrey.com

Eric Nikolaides    enikolaides@mofo.com, eric-nikolaides-4069@ecf.pacerpro.com

Reilly Todd Stoler    reilly.stoler@sfcityatty.org

Michelle S. Ybarra    mybarra@keker.com, efiling@keker.com, jsmith@keker.com, michelle-ybarra-6341@ecf.pacerpro.com

Katie Lynn Joyce    kjoyce@keker.com, efiling@keker.com, hattie-jones-3223@ecf.pacerpro.com, hjones@keker.com, katie-lynn-joyce-2130@ecf.pacerpro.com

Rachel Renee Blitzer    rachel.blitzer@lw.com

Kirstin Stoll-DeBell    kirstin.stolldebell@faegredrinker.com,
claren.sanjuan@faegredrinker.com

Elizabeth Mead Cavert Scheibel    elizabeth.scheibel@faegredrinker.com

Emily Claire Wood    ewood@mofo.com, emily-wood-7437@ecf.pacerpro.com

Christopher S. Sun    csun@keker.com, christopher-sun-9584@ecf.pacerpro.com,
efiling@keker.com, shope@keker.com

John R. Lanham    jlanham@mofo.com, AHyder@mofo.com

Andrew Dawson    adawson@keker.com, andrew-dawson-6505@ecf.pacerpro.com,
efiling@keker.com, klove@keker.com

Edward A. Bayley    ebayley@keker.com, ed-bayley-0392@ecf.pacerpro.com,
efiling@keker.com

Carolyn M Homer    cmhomer@mofo.com, carolyn-homer-5021@ecf.pacerpro.com

Michael A David    michael.david@lw.com

Andrew S. Bruns    abruns@keker.com, andrew-s-bruns-2610@ecf.pacerpro.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com

Maile Nell Yeats-Rowe    myeats-rowe@keker.com

Timothy Scull    timothy.scull@faegredrinker.com

Olivia Malone    omalone@keker.com

Daniel Mello    dmello@mofo.com, GGerrish@mofo.com, daniel-mello-5046@ecf.pacerpro.com

Caitlin Sinclaire Blythe    cblythe@mofo.com, jodi-thomas-2907@ecf.pacerpro.com, jodithomas@mofo.com

Sarah Jane Vandervalk    svandervalk@mofo.com

Catherine Porto    cporto@keker.com

Eleanor Frances Brock    ebrock@keker.com

Drew Helen Washington    dwashington@keker.com

**1:23-cv-08292-SHS-OTW Notice has been delivered by other means to:**

Amber Magee
Susman Godfrey LLP
1000 Louisiana Street
Ste 5100
Houston, TX 77002

**1:23-cv-10211-SHS-OTW Notice has been electronically mailed to:**

Rachel Geman    rgeman@lchb.com, adelucchi@lchb.com, ibensberg@lchb.com, rachel-geman-3144@ecf.pacerpro.com, wdozier@lchb.com

Jeffrey S. Jacobson    jeffrey.jacobson@faegredrinker.com, brenda.diaz@faegredrinker.com

Jared Barrett Briant    jared.briant@faegredrinker.com, docketgeneral@faegredrinker.com, emilija.andrulyte@faegredrinker.com, gloria.connolly@faegredrinker.com, peter.kistler@faegredrinker.com, shelby.pickar-dennis@faegredrinker.com, shelley.beety@faegredrinker.com, shelley.meyer@faegredrinker.com

R. James Slaughter    rslaughter@keker.com, efiling@keker.com, jamie-slaughter-5463@ecf.pacerpro.com, maureen-stone-3437@ecf.pacerpro.com, mstone@keker.com

Joseph C. Gratz    JGratz@mofo.com, amygarcia@mofo.com, joseph-c-gratz-7795@ecf.pacerpro.com

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com, mrodas@orrick.com, nymao@orrick.com

Joseph Richard Wetzel, Jr    joe.wetzel@lw.com, joseph-wetzel-0076@ecf.pacerpro.com, ny-courtmail@lw.com

Carrie A. Beyer    carrie.beyer@faegredrinker.com, alice.continpage@faegredrinker.com

Allison Levine Stillman    alli.stillman@lw.com, alli-stillman-9294@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com

Ryan Wong    rwong@keker.com, efiling@keker.com, rcirelli@keker.com, roseann-cirelli-2838@ecf.pacerpro.com, ryan-wong-6770@ecf.pacerpro.com, sriewerts@keker.com

Andrew L. Perito    APerito@mofo.com, JPosada@mofo.com, andrew-l-perito-4492@ecf.pacerpro.com

Sheryl Koval Garko    sgarko@orrick.com

Andrew Gass    andrew.gass@lw.com, NY-CourtMail@lw.com, andrew-gass-7005@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com

Laura Brooks Najemy    lnajemy@orrick.com

Thomas Edward Gorman    tgorman@keker.com, efiling@keker.com, jhartman@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, thomas-gorman-9043@ecf.pacerpro.com

Kenneth S Byrd    kbyrd@lchb.com, kenneth-byrd-6228@ecf.pacerpro.com

Rohit Nath    rnath@susmangodfrey.com, robby-perkins-6960@ecf.pacerpro.com, rohit-nath-9130@ecf.pacerpro.com

Justin Nelson    jnelson@susmangodfrey.com, jlabry@susmangodfrey.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-2561@ecf.pacerpro.com, smccabe@keker.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Nicholas S Goldberg    ngoldberg@keker.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com, nicholas-goldberg-7061@ecf.pacerpro.com

Christopher James Hydal    chydal@saverilawfirm.com, aCera@saverilawfirm.com, ajensen@saverilawfirm.com, ajohnson@saverilawfirm.com, christopher-hydal-6802@ecf.pacerpro.com, hbenon@saverilawfirm.com, jday@saverilawfirm.com, jram@saverilawfirm.com, jsaveri@saverilawfirm.com, nalioto@saverilawfirm.com

Spencer McManus    smcmanus@keker.com, efiling@keker.com, spencer-mcmanus-7968@ecf.pacerpro.com

Christopher Cariello    ccariello@orrick.com, nymao@orrick.com

Tiffany Cheung    tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-0452@ecf.pacerpro.com

Paven Malhotra    pmalhotra@keker.com, efiling@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, paven-malhotra-2221@ecf.pacerpro.com

Marc Shapiro    mrshapiro@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

Brianna Silverstein    brianna.silverstein@faegredrinker.com, rose.woodland@faegredrinker.com

Craig Smyser    csmyser@susmangodfrey.com, dlawson@susmangodfrey.com

Anna Josefine Freymann    afreymann@lchb.com, anna-freymann-7838@ecf.pacerpro.com

Michael S. Kwun    mkwun@kblfirm.com, michael-kwun-5437@ecf.pacerpro.com, nikki-hueston-8089@ecf.pacerpro.com

Sarang Damle    sy.damle@lw.com

Alejandra Salinas    asalinas@susmangodfrey.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Charlotte Lepic    clepic@susmangodfrey.com, rthomas@susmangodfrey.com

Eric Nikolaides    enikolaides@mofo.com, eric-nikolaides-4069@ecf.pacerpro.com

Michelle S. Ybarra    mybarra@keker.com, efiling@keker.com, jsmith@keker.com, michelle-ybarra-6341@ecf.pacerpro.com

Katie Lynn Joyce    kjoyce@keker.com, efiling@keker.com, hattie-jones-3223@ecf.pacerpro.com, hjones@keker.com, katie-lynn-joyce-2130@ecf.pacerpro.com

Kirstin Stoll-DeBell    kirstin.stolldebell@faegredrinker.com, claren.sanjuan@faegredrinker.com

Elizabeth Mead Cavert Scheibel    elizabeth.scheibel@faegredrinker.com

Emily Claire Wood    ewood@mofo.com, emily-wood-7437@ecf.pacerpro.com

Christopher S. Sun    csun@keker.com, christopher-sun-9584@ecf.pacerpro.com, efiling@keker.com, shope@keker.com

Andrew Dawson    adawson@keker.com, andrew-dawson-6505@ecf.pacerpro.com,

efiling@keker.com, klove@keker.com

Edward A. Bayley    ebayley@keker.com, ed-bayley-0392@ecf.pacerpro.com,
efiling@keker.com

Carolyn M Homer    cmhomer@mofo.com, carolyn-homer-5021@ecf.pacerpro.com

Michael A David    michael.david@lw.com

Andrew S. Bruns    abruns@keker.com, andrew-s-bruns-2610@ecf.pacerpro.com,
efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com

Maile Nell Yeats-Rowe    myeats-rowe@keker.com

Timothy Scull    timothy.scull@faegredrinker.com

Olivia Malone    omalone@keker.com

**1:23-cv-10211-SHS-OTW Notice has been delivered by other means to:**

**1:23-cv-11195-SHS-OTW Notice has been electronically mailed to:**

Steven M Lieberman    slieberman@rothwellfigg.com, 6317553420@filings.docketbird.com,
nhage@rfem.com, sdilley@rothwellfigg.com

Jeffrey S. Jacobson    jeffrey.jacobson@faegredrinker.com, brenda.diaz@faegredrinker.com

Jared Barrett Briant    jared.briant@faegredrinker.com, docketgeneral@faegredrinker.com,
emilija.andrulyte@faegredrinker.com, gloria.connolly@faegredrinker.com,
peter.kistler@faegredrinker.com, shelby.pickar-dennis@faegredrinker.com,
shelley.beety@faegredrinker.com, shelley.meyer@faegredrinker.com

R. James Slaughter    rslaughter@keker.com, efiling@keker.com, jamie-slaughter-
5463@ecf.pacerpro.com, maureen-stone-3437@ecf.pacerpro.com, mstone@keker.com

Joseph C. Gratz    JGratz@mofo.com, amygarcia@mofo.com, joseph-c-gratz-
7795@ecf.pacerpro.com

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com,
nymao@orrick.com

Matthew Topic    matt@loevy.com, blake@loevy.com, docket@loevy.com

Floyd G. Short    fshort@susmangodfrey.com, ecf-4549ced4487b@ecf.pacerpro.com, ecf-
6018048713b4@ecf.pacerpro.com, tdenio@susmangodfrey.com

Joseph Richard Wetzel, Jr    joe.wetzel@lw.com, joseph-wetzel-0076@ecf.pacerpro.com, ny-
courtmail@lw.com

Carrie A. Beyer    carrie.beyer@faegredrinker.com, alice.continpage@faegredrinker.com

Allison Levine Stillman    alli.stillman@lw.com, alli-stillman-9294@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com

Robert A. Van Nest    rvannest@keker.com, efiling@keker.com, scole@keker.com, susan-cole-9052@ecf.pacerpro.com

Ryan Wong    rwong@keker.com, efiling@keker.com, rcirelli@keker.com, roseann-cirelli-2838@ecf.pacerpro.com, ryan-wong-6770@ecf.pacerpro.com, srieverts@keker.com

Herman Heng Yue    herman.yue@lw.com, NY-CourtMail@lw.com

Andrew L. Perito    APerito@mofo.com, JPosada@mofo.com, andrew-l-perito-4492@ecf.pacerpro.com

Sheryl Koval Garko    sgarko@orrick.com

Karen A Chesley    karen.chesley@nytimes.com, NYC_Managing_Clerk@bsfllp.com, karen-chesley-1337@ecf.pacerpro.com

Kyle D. Wallenberg    wallenberg@loevy.com, blynch@niro-mcandrews.com

Tamar Lusztig    TLusztig@susmangodfrey.com, ecf-623ba3504b7c@ecf.pacerpro.com, mguido@susmangodfrey.com

Elisha Brandis Barron    ebarron@susmangodfrey.com, lparrella@susmangodfrey.com

Demetri Brumis Blaisdell    demetri.blaisdell@nytimes.com, demetri-blaisdell-7982@ecf.pacerpro.com

Andrew Gass    andrew.gass@lw.com, NY-CourtMail@lw.com, andrew-gass-7005@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com

Laura Brooks Najemy    lnajemy@orrick.com

Thomas Edward Gorman    tgorman@keker.com, efiling@keker.com, jhartman@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, thomas-gorman-9043@ecf.pacerpro.com

Zachary B. Savage    zsavage@susmangodfrey.com, jwang@susmangodfrey.com

Genevieve Vose Wallace    gwallace@susmangodfrey.com

Drew Alan Hillier    DHillier@mofo.com, CDeoliveira@mofo.com, drew-hillier-0083@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-2561@ecf.pacerpro.com, smccabe@keker.com

Alexander Frawley    afrawley@susmangodfrey.com, apena@susmangodfrey.com

Thomas Kayes     kayes@loevy.com, 4120171420@filings.docketbird.com,
6787913420@filings.docketbird.com

Elana Nightingale Dawson     elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Nicholas S Goldberg     ngoldberg@keker.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com, nicholas-goldberg-7061@ecf.pacerpro.com

Katherine Marie Peaslee     kpeaslee@susmangodfrey.com, ghuante@susmangodfrey.com

Christopher James Hydal     chydal@saverilawfirm.com, aCera@saverilawfirm.com,
ajensen@saverilawfirm.com, ajohnson@saverilawfirm.com, christopher-hydal-6802@ecf.pacerpro.com, hbenon@saverilawfirm.com, jday@saverilawfirm.com,
jram@saverilawfirm.com, jsaveri@saverilawfirm.com, nalioto@saverilawfirm.com

Davida Brook     dbrook@susmangodfrey.com, ecf-9f8dc9551d55@ecf.pacerpro.com,
gfisk@susmangodfrey.com, greg-fisk-8459@ecf.pacerpro.com,
kpalmer@susmangodfrey.com

Spencer McManus     smcmanus@keker.com, efiling@keker.com, spencer-mcmanus-7968@ecf.pacerpro.com

Michael Kanovitz     mike@loevy.com, melinda@loevy.com

Christopher Cariello     ccariello@orrick.com, nymao@orrick.com

Tiffany Cheung     tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-0452@ecf.pacerpro.com

Stephen Stich Match     match@loevy.com, docket@loevy.com, foia@loevy.com

Paven Malhotra     pmalhotra@keker.com, efiling@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, paven-malhotra-2221@ecf.pacerpro.com

Allison S Blanco     allison.blanco@lw.com

Jennifer Maisel     jmaisel@rfem.com

Brianna Silverstein     brianna.silverstein@faegredrinker.com,
rose.woodland@faegredrinker.com

Evangeline Zimmerman Burbidge     eburbidge@lewisllewellyn.com,
2270697420@filings.docketbird.com, service@lewisllewellyn.com

Luke Budiardjo     luke.budiardjo@lw.com

Jon Loevy     jon@loevy.com

Michael S. Kwun     mkwun@kblfirm.com, michael-kwun-5437@ecf.pacerpro.com, nikki-hueston-8089@ecf.pacerpro.com

Sarang Damle     sy.damle@lw.com

Ian B. Crosby     icrosby@susmangodfrey.com, 32ccd090cb59@ecf.pacerpro.com, ncullen@susmangodfrey.com, nicole-cullen-8899@ecf.pacerpro.com

Kristen Logan     klogan@rfem.com

Emily K. Cronin     ecronin@susmangodfrey.com

Rose Lee     roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Eudokia Spanos     espanos@susmangodfrey.com, jishridas@susmangodfrey.com

Scarlett Collings     scollings@susmangodfrey.com, jingram@susmangodfrey.com

Lauren Carbajal     carbajal@loevy.com

Eric Nikolaides     enikolaides@mofo.com, eric-nikolaides-4069@ecf.pacerpro.com

Daniel Justice     djustice@orrick.com, nymao@orrick.com

Michelle S. Ybarra     mybarra@keker.com, efiling@keker.com, jsmith@keker.com, michelle-ybarra-6341@ecf.pacerpro.com

Katie Lynn Joyce     kjoyce@keker.com, efiling@keker.com, hattie-jones-3223@ecf.pacerpro.com, hjones@keker.com, katie-lynn-joyce-2130@ecf.pacerpro.com

Sarah Salomon     ssalomon@keker.com, efiling@keker.com, jlanders@keker.com, sarah-salomon-1372@ecf.pacerpro.com

Rachel Renee Blitzer     rachel.blitzer@lw.com

Kirstin Stoll-DeBell     kirstin.stolldebell@faegredrinker.com, claren.sanjuan@faegredrinker.com

Elizabeth Mead Cavert Scheibel     elizabeth.scheibel@faegredrinker.com

Steven Art     steve@loevy.com, bias@loevy.com, logan@loevy.com, motter@loevy.com

Emily Claire Wood     ewood@mofo.com, emily-wood-7437@ecf.pacerpro.com

Christopher S. Sun     csun@keker.com, christopher-sun-9584@ecf.pacerpro.com, efiling@keker.com, shope@keker.com

Andrew Dawson     adawson@keker.com, andrew-dawson-6505@ecf.pacerpro.com, efiling@keker.com, klove@keker.com

Edward A. Bayley     ebayley@keker.com, ed-bayley-0392@ecf.pacerpro.com, efiling@keker.com

Carolyn M Homer    cmhomer@mofo.com, carolyn-homer-5021@ecf.pacerpro.com

Michael A David    michael.david@lw.com

Andrew S. Bruns    abruns@keker.com, andrew-s-bruns-2610@ecf.pacerpro.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com

Adnan Muttalib    amuttalib@susmangodfrey.com

Daniel Jordan    djordan@lewisllewellyn.com

Maile Nell Yeats-Rowe    myeats-rowe@keker.com

Olivia Malone    omalone@keker.com

Daniel Mello    dmello@mofo.com, GGerrish@mofo.com, daniel-mello-5046@ecf.pacerpro.com

Caitlin Sinclaire Blythe    cblythe@mofo.com, jodi-thomas-2907@ecf.pacerpro.com, jodithomas@mofo.com

Sarah Jane Vandervalk    svandervalk@mofo.com

Catherine Porto    cporto@keker.com

Eleanor Frances Brock    ebrock@keker.com

Drew Helen Washington    dwashington@keker.com

**1:23-cv-11195-SHS-OTW Notice has been delivered by other means to:**

Aidan Hunt


Ellie Rae Dupler
Cooley
355 S. Grand Avenue
355 S. Grand Avenue
355 S. Grand Avenue, Suite 900
Los Angeles, CA 90071

Jason Bramble


**1:24-cv-00084-SHS-OTW Notice has been electronically mailed to:**

Jeffrey S. Jacobson    jeffrey.jacobson@faegredrinker.com, brenda.diaz@faegredrinker.com

Jared Barrett Briant    jared.briant@faegredrinker.com, docketgeneral@faegredrinker.com, emilija.andrulyte@faegredrinker.com, gloria.connolly@faegredrinker.com,

peter.kistler@faegredrinker.com, shelby.pickar-dennis@faegredrinker.com, shelley.beety@faegredrinker.com, shelley.meyer@faegredrinker.com

R. James Slaughter    rslaughter@keker.com, efiling@keker.com, jamie-slaughter-5463@ecf.pacerpro.com, maureen-stone-3437@ecf.pacerpro.com, mstone@keker.com

Joseph C. Gratz    JGratz@mofo.com, amygarcia@mofo.com, joseph-c-gratz-7795@ecf.pacerpro.com

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

Joseph Richard Wetzel, Jr    joe.wetzel@lw.com, joseph-wetzel-0076@ecf.pacerpro.com, ny-courtmail@lw.com

Carrie A. Beyer    carrie.beyer@faegredrinker.com, alice.continpage@faegredrinker.com

Allison Levine Stillman    alli.stillman@lw.com, alli-stillman-9294@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com

Ryan Wong    rwong@keker.com, efiling@keker.com, rcirelli@keker.com, roseann-cirelli-2838@ecf.pacerpro.com, ryan-wong-6770@ecf.pacerpro.com, sriewerts@keker.com

Michael Philip Richter    mrichter@fbtlaw.com, amartinez@ghsklaw.com, michael-richter-0235@ecf.pacerpro.com, mohara@ghsklaw.com, skim@ghsklaw.com

Andrew L. Perito    APerito@mofo.com, JPosada@mofo.com, andrew-l-perito-4492@ecf.pacerpro.com

Sheryl Koval Garko    sgarko@orrick.com

Andrew Gass    andrew.gass@lw.com, NY-CourtMail@lw.com, andrew-gass-7005@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com

Laura Brooks Najemy    lnajemy@orrick.com

Thomas Edward Gorman    tgorman@keker.com, efiling@keker.com, jhartman@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, thomas-gorman-9043@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-2561@ecf.pacerpro.com, smccabe@keker.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Nicholas S Goldberg    ngoldberg@keker.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com, nicholas-goldberg-7061@ecf.pacerpro.com

Christopher James Hydal    chydal@saverilawfirm.com, aCera@saverilawfirm.com, ajensen@saverilawfirm.com, ajohnson@saverilawfirm.com, christopher-hydal-

6802@ecf.pacerpro.com, hbenon@saverilawfirm.com, jday@saverilawfirm.com, jram@saverilawfirm.com, jsaveri@saverilawfirm.com, nalioto@saverilawfirm.com

Spencer McManus    smcmanus@keker.com, efiling@keker.com, spencer-mcmanus-7968@ecf.pacerpro.com

Tiffany Cheung    tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-0452@ecf.pacerpro.com

Paven Malhotra    pmalhotra@keker.com, efiling@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, paven-malhotra-2221@ecf.pacerpro.com

Brianna Silverstein    brianna.silverstein@faegredrinker.com, rose.woodland@faegredrinker.com

Michael S. Kwun    mkwun@kblfirm.com, michael-kwun-5437@ecf.pacerpro.com, nikki-hueston-8089@ecf.pacerpro.com

Sarang Damle    sy.damle@lw.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Michelle S. Ybarra    mybarra@keker.com, efiling@keker.com, jsmith@keker.com, michelle-ybarra-6341@ecf.pacerpro.com

Katie Lynn Joyce    kjoyce@keker.com, efiling@keker.com, hattie-jones-3223@ecf.pacerpro.com, hjones@keker.com, katie-lynn-joyce-2130@ecf.pacerpro.com

Kirstin Stoll-DeBell    kirstin.stolldebell@faegredrinker.com, claren.sanjuan@faegredrinker.com

Elizabeth Mead Cavert Scheibel    elizabeth.scheibel@faegredrinker.com

Emily Claire Wood    ewood@mofo.com, emily-wood-7437@ecf.pacerpro.com

Christopher S. Sun    csun@keker.com, christopher-sun-9584@ecf.pacerpro.com, efiling@keker.com, shope@keker.com

Andrew Dawson    adawson@keker.com, andrew-dawson-6505@ecf.pacerpro.com, efiling@keker.com, klove@keker.com

Edward A. Bayley    ebayley@keker.com, ed-bayley-0392@ecf.pacerpro.com, efiling@keker.com

Carolyn M Homer    cmhomer@mofo.com, carolyn-homer-5021@ecf.pacerpro.com

Andrew S. Bruns    abruns@keker.com, andrew-s-bruns-2610@ecf.pacerpro.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com

Maile Nell Yeats-Rowe    myeats-rowe@keker.com

Timothy Scull    timothy.scull@faegredrinker.com

Olivia Malone    omalone@keker.com

**1:24-cv-00084-SHS-OTW Notice has been delivered by other means to:**

**1:24-cv-01514-SHS-OTW Notice has been electronically mailed to:**

R. James Slaughter    rslaughter@keker.com, efiling@keker.com, jamie-slaughter-5463@ecf.pacerpro.com, maureen-stone-3437@ecf.pacerpro.com, mstone@keker.com

Joseph C. Gratz    JGratz@mofo.com, amygarcia@mofo.com, joseph-c-gratz-7795@ecf.pacerpro.com

Matthew Topic    matt@loevy.com, blake@loevy.com, docket@loevy.com

Joseph Richard Wetzel, Jr    joe.wetzel@lw.com, joseph-wetzel-0076@ecf.pacerpro.com, ny-courtmail@lw.com

Allison Levine Stillman    alli.stillman@lw.com, alli-stillman-9294@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com

Ryan Wong    rwong@keker.com, efiling@keker.com, rcirelli@keker.com, roseann-cirelli-2838@ecf.pacerpro.com, ryan-wong-6770@ecf.pacerpro.com, sriewerts@keker.com

Herman Heng Yue    herman.yue@lw.com, NY-CourtMail@lw.com

Andrew L. Perito    APerito@mofo.com, JPosada@mofo.com, andrew-l-perito-4492@ecf.pacerpro.com

Kyle D. Wallenberg    wallenberg@loevy.com, blynch@niro-mcandrews.com

Andrew Gass    andrew.gass@lw.com, NY-CourtMail@lw.com, andrew-gass-7005@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com

Thomas Edward Gorman    tgorman@keker.com, efiling@keker.com, jhartman@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, thomas-gorman-9043@ecf.pacerpro.com

Drew Alan Hillier    DHillier@mofo.com, CDeoliveira@mofo.com, drew-hillier-0083@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-2561@ecf.pacerpro.com, smccabe@keker.com

Thomas Kayes    kayes@loevy.com, 4120171420@filings.docketbird.com, 6787913420@filings.docketbird.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Nicholas S Goldberg    ngoldberg@keker.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com, nicholas-goldberg-7061@ecf.pacerpro.com

Michael Kanovitz    mike@loevy.com, melinda@loevy.com

Tiffany Cheung    tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-0452@ecf.pacerpro.com

Stephen Stich Match    match@loevy.com, docket@loevy.com, foia@loevy.com

Paven Malhotra    pmalhotra@keker.com, efiling@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, paven-malhotra-2221@ecf.pacerpro.com

Allison S Blanco    allison.blanco@lw.com

Luke Budiardjo    luke.budiardjo@lw.com

Jon Loevy    jon@loevy.com

Sarang Damle    sy.damle@lw.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Eric Nikolaides    enikolaides@mofo.com, eric-nikolaides-4069@ecf.pacerpro.com

Yijun Zhong    elaine.zhong@lw.com

Michelle S. Ybarra    mybarra@keker.com, efiling@keker.com, jsmith@keker.com, michelle-ybarra-6341@ecf.pacerpro.com

Katie Lynn Joyce    kjoyce@keker.com, efiling@keker.com, hattie-jones-3223@ecf.pacerpro.com, hjones@keker.com, katie-lynn-joyce-2130@ecf.pacerpro.com

Rachel Renee Blitzer    rachel.blitzer@lw.com

Steven Art    steve@loevy.com, bias@loevy.com, logan@loevy.com, motter@loevy.com

Emily Claire Wood    ewood@mofo.com, emily-wood-7437@ecf.pacerpro.com

Christopher S. Sun    csun@keker.com, christopher-sun-9584@ecf.pacerpro.com, efiling@keker.com, shope@keker.com

Andrew Dawson    adawson@keker.com, andrew-dawson-6505@ecf.pacerpro.com, efiling@keker.com, klove@keker.com

Edward A. Bayley    ebayley@keker.com, ed-bayley-0392@ecf.pacerpro.com, efiling@keker.com

Carolyn M Homer    cmhomer@mofo.com, carolyn-homer-5021@ecf.pacerpro.com

Michael A David    michael.david@lw.com

Andrew S. Bruns    abruns@keker.com, andrew-s-bruns-2610@ecf.pacerpro.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com

Daniel Mello    dmello@mofo.com, GGerrish@mofo.com, daniel-mello-5046@ecf.pacerpro.com

Caitlin Sinclaire Blythe    cblythe@mofo.com, jodi-thomas-2907@ecf.pacerpro.com, jodithomas@mofo.com

Sarah Jane Vandervalk    svandervalk@mofo.com

**1:24-cv-01514-SHS-OTW Notice has been delivered by other means to:**

**1:24-cv-01515-SHS-OTW Notice has been electronically mailed to:**

Lisa T. Simpson    lsimpson@orrick.com, nymao@orrick.com

R. James Slaughter    rslaughter@keker.com, efiling@keker.com, jamie-slaughter-5463@ecf.pacerpro.com, maureen-stone-3437@ecf.pacerpro.com, mstone@keker.com

Joseph C. Gratz    JGratz@mofo.com, amygarcia@mofo.com, joseph-c-gratz-7795@ecf.pacerpro.com

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

Matthew Topic    matt@loevy.com, blake@loevy.com, docket@loevy.com

Brian M Kramer    bmkramer@mofo.com, brian-kramer-6846@ecf.pacerpro.com, jodithomas@mofo.com

Joseph Richard Wetzel, Jr    joe.wetzel@lw.com, joseph-wetzel-0076@ecf.pacerpro.com, ny-courtmail@lw.com

Allison Levine Stillman    alli.stillman@lw.com, alli-stillman-9294@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com

Robert A. Van Nest    rvannest@keker.com, efiling@keker.com, scole@keker.com, susan-cole-9052@ecf.pacerpro.com

Ryan Wong    rwong@keker.com, efiling@keker.com, rcirelli@keker.com, roseann-cirelli-2838@ecf.pacerpro.com, ryan-wong-6770@ecf.pacerpro.com, sriewerts@keker.com

Herman Heng Yue    herman.yue@lw.com, NY-CourtMail@lw.com

Andrew L. Perito    APerito@mofo.com, JPosada@mofo.com, andrew-l-perito-4492@ecf.pacerpro.com

Kyle D. Wallenberg    wallenberg@loevy.com, blynch@niro-mcandrews.com

Andrew Gass    andrew.gass@lw.com, NY-CourtMail@lw.com, andrew-gass-7005@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com

Thomas Edward Gorman    tgorman@keker.com, efiling@keker.com, jhartman@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, thomas-gorman-9043@ecf.pacerpro.com

Drew Alan Hillier    DHillier@mofo.com, CDeoliveira@mofo.com, drew-hillier-0083@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-2561@ecf.pacerpro.com, smccabe@keker.com

Thomas Kayes    kayes@loevy.com, 4120171420@filings.docketbird.com, 6787913420@filings.docketbird.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Nicholas S Goldberg    ngoldberg@keker.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com, nicholas-goldberg-7061@ecf.pacerpro.com

Michael Kanovitz    mike@loevy.com, melinda@loevy.com

Christopher Cariello    ccariello@orrick.com, nymao@orrick.com

Tiffany Cheung    tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-0452@ecf.pacerpro.com

Stephen Stich Match    match@loevy.com, docket@loevy.com, foia@loevy.com

Leo L. Lam    llam@keker.com, efiling@keker.com, leo-lam-2799@ecf.pacerpro.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com

Paven Malhotra    pmalhotra@keker.com, efiling@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, paven-malhotra-2221@ecf.pacerpro.com

Allison S Blanco    allison.blanco@lw.com

Luke Budiardjo    luke.budiardjo@lw.com

Jon Loevy    jon@loevy.com

Sarang Damle    sy.damle@lw.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Vera Ranieri (Terminated)    vranieri@gmail.com, vera-ranieri-6464@ecf.pacerpro.com

Lauren Carbajal     carbajal@loevy.com

Eric Nikolaides     enikolaides@mofo.com, eric-nikolaides-4069@ecf.pacerpro.com

Daniel Justice     djustice@orrick.com, nymao@orrick.com

Yijun Zhong     elaine.zhong@lw.com

Michelle S. Ybarra     mybarra@keker.com, efiling@keker.com, jsmith@keker.com, michelle-ybarra-6341@ecf.pacerpro.com

Katie Lynn Joyce     kjoyce@keker.com, efiling@keker.com, hattie-jones-3223@ecf.pacerpro.com, hjones@keker.com, katie-lynn-joyce-2130@ecf.pacerpro.com

Rachel Renee Blitzer     rachel.blitzer@lw.com

Steven Art     steve@loevy.com, bias@loevy.com, logan@loevy.com, motter@loevy.com

Emily Claire Wood     ewood@mofo.com, emily-wood-7437@ecf.pacerpro.com

Christopher S. Sun     csun@keker.com, christopher-sun-9584@ecf.pacerpro.com, efiling@keker.com, shope@keker.com

Andrew Dawson     adawson@keker.com, andrew-dawson-6505@ecf.pacerpro.com, efiling@keker.com, klove@keker.com

Edward A. Bayley     ebayley@keker.com, ed-bayley-0392@ecf.pacerpro.com, efiling@keker.com

Carolyn M Homer     cmhomer@mofo.com, carolyn-homer-5021@ecf.pacerpro.com

Michael A David     michael.david@lw.com

Andrew S. Bruns     abruns@keker.com, andrew-s-bruns-2610@ecf.pacerpro.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com

Shelley Geiszler     geiszler@loevy.com

Jamie Tristan Martinez     jmartinez@keker.com, jamie-martinez-4767@ecf.pacerpro.com, klove@keker.com

Luis Gabriel Hoyos     lhoyos@keker.com, luis-g--hoyos-0245@ecf.pacerpro.com, natalie-young-9288@ecf.pacerpro.com, nyoung@keker.com

Erin Meyer     emeyer@keker.com, efiling@keker.com, erin-meyer-8512@ecf.pacerpro.com, jacquelynn-smith-8972@ecf.pacerpro.com, jsmith@keker.com

Kevin Siguo Song     ksong@keker.com

Daniel Mello     dmello@mofo.com, GGerrish@mofo.com, daniel-mello-

5046@ecf.pacerpro.com

Caitlin Sinclaire Blythe    cblythe@mofo.com, jodi-thomas-2907@ecf.pacerpro.com, jodithomas@mofo.com

Sarah Jane Vandervalk    svandervalk@mofo.com

**1:24-cv-01515-SHS-OTW Notice has been delivered by other means to:**

**1:24-cv-03285-SHS-OTW Notice has been electronically mailed to:**

Steven M Lieberman    slieberman@rothwellfigg.com, 6317553420@filings.docketbird.com, nhage@rfem.com, sdilley@rothwellfigg.com

Jeffrey A. Lindenbaum    jeffrey.lindenbaum@practus.com, WCDocket@practus.com, litigationparalegals@rothwellfigg.com

Jeffrey S. Jacobson    jeffrey.jacobson@faegredrinker.com, brenda.diaz@faegredrinker.com

Jared Barrett Briant    jared.briant@faegredrinker.com, docketgeneral@faegredrinker.com, emilija.andrulyte@faegredrinker.com, gloria.connolly@faegredrinker.com, peter.kistler@faegredrinker.com, shelby.pickar-dennis@faegredrinker.com, shelley.beety@faegredrinker.com, shelley.meyer@faegredrinker.com

R. James Slaughter    rslaughter@keker.com, efiling@keker.com, jamie-slaughter-5463@ecf.pacerpro.com, maureen-stone-3437@ecf.pacerpro.com, mstone@keker.com

Joseph C. Gratz    JGratz@mofo.com, amygarcia@mofo.com, joseph-c-gratz-7795@ecf.pacerpro.com

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

Joseph Richard Wetzel, Jr    joe.wetzel@lw.com, joseph-wetzel-0076@ecf.pacerpro.com, ny-courtmail@lw.com

Carrie A. Beyer    carrie.beyer@faegredrinker.com, alice.continpage@faegredrinker.com

Allison Levine Stillman    alli.stillman@lw.com, alli-stillman-9294@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com

Robert A. Van Nest    rvannest@keker.com, efiling@keker.com, scole@keker.com, susan-cole-9052@ecf.pacerpro.com

Ryan Wong    rwong@keker.com, efiling@keker.com, rcirelli@keker.com, roseann-cirelli-2838@ecf.pacerpro.com, ryan-wong-6770@ecf.pacerpro.com, sriewerts@keker.com

Herman Heng Yue    herman.yue@lw.com, NY-CourtMail@lw.com

Andrew L. Perito    APerito@mofo.com, JPosada@mofo.com, andrew-l-perito-

4492@ecf.pacerpro.com

Sheryl Koval Garko    sgarko@orrick.com

Andrew Gass    andrew.gass@lw.com, NY-CourtMail@lw.com, andrew-gass-7005@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com

Laura Brooks Najemy    lnajemy@orrick.com

Thomas Edward Gorman    tgorman@keker.com, efiling@keker.com, jhartman@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, thomas-gorman-9043@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-2561@ecf.pacerpro.com, smccabe@keker.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Nicholas S Goldberg    ngoldberg@keker.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com, nicholas-goldberg-7061@ecf.pacerpro.com

Davida Brook    dbrook@susmangodfrey.com, ecf-9f8dc9551d55@ecf.pacerpro.com, gfisk@susmangodfrey.com, greg-fisk-8459@ecf.pacerpro.com, kpalmer@susmangodfrey.com

Christopher Cariello    ccariello@orrick.com, nymao@orrick.com

Paven Malhotra    pmalhotra@keker.com, efiling@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, paven-malhotra-2221@ecf.pacerpro.com

Jennifer Maisel    jmaisel@rfem.com

Brianna Silverstein    brianna.silverstein@faegredrinker.com, rose.woodland@faegredrinker.com

Evangeline Zimmerman Burbidge    eburbidge@lewisllewellyn.com, 2270697420@filings.docketbird.com, service@lewisllewellyn.com

Michael S. Kwun    mkwun@kblfirm.com, michael-kwun-5437@ecf.pacerpro.com, nikki-hueston-8089@ecf.pacerpro.com

Sarang Damle    sy.damle@lw.com

Kristen Logan    klogan@rfem.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Michael Jones    mjones@rfem.com

Michelle S. Ybarra    mybarra@keker.com, efiling@keker.com, jsmith@keker.com, michelle-

ybarra-6341@ecf.pacerpro.com

Katie Lynn Joyce     kjoyce@keker.com, efiling@keker.com, hattie-jones-3223@ecf.pacerpro.com, hjones@keker.com, katie-lynn-joyce-2130@ecf.pacerpro.com

Jenny L. Colgate     jcolgate@rfem.com

Robert Parker     rparker@rfem.com

Mark Rawls     mrawls@rfem.com

Bryan Berkeley Thompson     bthompson@rfem.com

Rachel Renee Blitzer     rachel.blitzer@lw.com

Kirstin Stoll-DeBell     kirstin.stolldebell@faegredrinker.com, claren.sanjuan@faegredrinker.com

Elizabeth Mead Cavert Scheibel     elizabeth.scheibel@faegredrinker.com

Emily Claire Wood     ewood@mofo.com, emily-wood-7437@ecf.pacerpro.com

Christopher S. Sun     csun@keker.com, christopher-sun-9584@ecf.pacerpro.com, efiling@keker.com, shope@keker.com

Andrew Dawson     adawson@keker.com, andrew-dawson-6505@ecf.pacerpro.com, efiling@keker.com, klove@keker.com

Edward A. Bayley     ebayley@keker.com, ed-bayley-0392@ecf.pacerpro.com, efiling@keker.com

Carolyn M Homer     cmhomer@mofo.com, carolyn-homer-5021@ecf.pacerpro.com

Michael A David     michael.david@lw.com

Andrew S. Bruns     abruns@keker.com, andrew-s-bruns-2610@ecf.pacerpro.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com

Daniel Jordan     djordan@lewisllewellyn.com

Maile Nell Yeats-Rowe     myeats-rowe@keker.com

Mary Mullins     mmullins@rfem.com

Olivia Malone     omalone@keker.com

**1:24-cv-03285-SHS-OTW Notice has been delivered by other means to:**

**1:24-cv-04872-SHS-OTW Notice has been electronically mailed to:**

Steven M Lieberman    slieberman@rothwellfigg.com, 6317553420@filings.docketbird.com, nhage@rfem.com, sdilley@rothwellfigg

Jeffrey S. Jacobson    jeffrey.jacobson@faegredrinker.com, brenda.diaz@faegredrinker.com

Jared Barrett Briant    jared.briant@faegredrinker.com, claren.sanjuan@faegredrinker.com, docketgeneral@faegredrinker.com, emilija.andrulyte@faegredrinker.com, gloria.connolly@faegredrinker.com, peter.kistler@faegredrinker.com, shelby.pickar-dennis@faegredrinker.com, shelley.beety@faegredrinker.com, shelley.meyer@faegredrinker.com

R. James Slaughter    rslaughter@keker.com, efiling@keker.com, jamie-slaughter-5463@ecf.pacerpro.com, maureen-stone-3437@ecf.pacerpro.com, mstone@keker.com

Joseph C. Gratz    JGratz@mofo.com, amygarcia@mofo.com, joseph-c-gratz-7795@ecf.pacerpro.com

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

Matthew Topic    matt@loevy.com, blake@loevy.com, docket@loevy.com

Joseph Richard Wetzel, Jr    joe.wetzel@lw.com, joseph-wetzel-0076@ecf.pacerpro.com, ny-courtmail@lw.com

Allison Levine Stillman    alli.stillman@lw.com, alli-stillman-9294@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com

Robert A. Van Nest    rvannest@keker.com, efiling@keker.com, scole@keker.com, susan-cole-9052@ecf.pacerpro.com

Ryan Wong    rwong@keker.com, efiling@keker.com, rcirelli@keker.com, roseann-cirelli-2838@ecf.pacerpro.com, ryan-wong-6770@ecf.pacerpro.com, sriewerts@keker.com

Herman Heng Yue    herman.yue@lw.com, NY-CourtMail@lw.com

Sheryl Koval Garko    sgarko@orrick.com

Kyle D. Wallenberg    wallenberg@loevy.com, blynch@niro-mcandrews.com

Andrew Gass    andrew.gass@lw.com, NY-CourtMail@lw.com, andrew-gass-7005@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com

Laura Brooks Najemy    lnajemy@orrick.com

Thomas Edward Gorman    tgorman@keker.com, efiling@keker.com, jhartman@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, thomas-gorman-9043@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-

2561@ecf.pacerpro.com, smccabe@keker.com

Thomas Kayes    kayes@loevy.com, 4120171420@filings.docketbird.com, 6787913420@filings.docketbird.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Nicholas S Goldberg    ngoldberg@keker.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com, nicholas-goldberg-7061@ecf.pacerpro.com

Davida Brook    dbrook@susmangodfrey.com, ecf-9f8dc9551d55@ecf.pacerpro.com, gfisk@susmangodfrey.com, greg-fisk-8459@ecf.pacerpro.com, kpalmer@susmangodfrey.com

Michael Kanovitz    mike@loevy.com, melinda@loevy.com

Christopher Cariello    ccariello@orrick.com, geoffreyshaw@orrick.com, jonas.wang@orrick.com, ngonzalez@orrick.com, nymao@orrick.com

Stephen Stich Match    match@loevy.com, docket@loevy.com, foia@loevy.com

Paven Malhotra    pmalhotra@keker.com, efiling@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, paven-malhotra-2221@ecf.pacerpro.com

Brianna Silverstein    brianna.silverstein@faegredrinker.com, rose.woodland@faegredrinker.com

Evangeline Zimmerman Burbidge    eburbidge@lewisllewellyn.com, 2270697420@filings.docketbird.com, service@lewisllewellyn.com

Jon Loevy    jon@loevy.com

Michael S. Kwun    mkwun@kblfirm.com, michael-kwun-5437@ecf.pacerpro.com, nikki-hueston-8089@ecf.pacerpro.com

Sarang Damle    sy.damle@lw.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Vera Ranieri    vranieri@gmail.com, vera-ranieri-6464@ecf.pacerpro.com

Eric Nikolaides    enikolaides@mofo.com, eric-nikolaides-4069@ecf.pacerpro.com

Michelle S. Ybarra    mybarra@keker.com, efiling@keker.com, jsmith@keker.com, michelle-ybarra-6341@ecf.pacerpro.com

Katie Lynn Joyce    kjoyce@keker.com, efiling@keker.com, hattie-jones-3223@ecf.pacerpro.com, hjones@keker.com, katie-lynn-joyce-2130@ecf.pacerpro.com

Rachel Renee Blitzer    rachel.blitzer@lw.com

Steven Art     steve@loevy.com, bias@loevy.com, logan@loevy.com, motter@loevy.com

Emily Claire Wood     ewood@mofo.com, emily-wood-7437@ecf.pacerpro.com

Christopher S. Sun     csun@keker.com, christopher-sun-9584@ecf.pacerpro.com, efiling@keker.com, shope@keker.com

Andrew Dawson     adawson@keker.com, andrew-dawson-6505@ecf.pacerpro.com, efiling@keker.com, klove@keker.com

Edward A. Bayley     ebayley@keker.com, ed-bayley-0392@ecf.pacerpro.com, efiling@keker.com

Carolyn M Homer     cmhomer@mofo.com, carolyn-homer-5021@ecf.pacerpro.com

Michael A David     michael.david@lw.com

Andrew S. Bruns     abruns@keker.com, andrew-s-bruns-2610@ecf.pacerpro.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com

Shelley Geiszler     geiszler@loevy.com

Daniel Jordan     djordan@lewisllewellyn.com

Olivia Malone     omalone@keker.com

**1:24-cv-04872-SHS-OTW Notice has been delivered by other means to:**

**1:25-md-03143-SHS-OTW Notice has been electronically mailed to:**

Lacy Herman Koonce, III     lance.koonce@klarislaw.com, clara.cassan@klarislaw.com, docketing@klarislaw.com, gili.karev@klarislaw.com, hamzah.jhaveri@klarislaw.com, mariella.salazar@klarislaw.com, matthew.leish@klarislaw.com, rachel.simon@klarislaw.com, vivek.shah@klarislaw.com, ziffdavis@klarislaw.com

Lisa T. Simpson     lsimpson@orrick.com, nymao@orrick.com

Steven M Lieberman     slieberman@rothwellfigg.com, 6317553420@filings.docketbird.com, nhage@rfem.com, sdilley@rothwellfigg.com

Rachel Geman     rgeman@lchb.com, rachel-geman-3144@ecf.pacerpro.com

Joseph Richard Saveri     jsaveri@saverilawfirm.com, Agetzell@saverilawfirm.com, acera@saverilawfirm.com, ajensen@saverilawfirm.com, ajohnson@saverilawfirm.com, bkilkenny@saverilawfirm.com, cyoung@saverilawfirm.com, dvandemortel@saverilawfirm.com, hbenon@saverilawfirm.com, jday@saverilawfirm.com, jram@saverilawfirm.com, llibatique@saverilawfirm.com, nalioto@saverilawfirm.com

Jeffrey A. Lindenbaum     jeffrey.lindenbaum@practus.com, WCDocket@practus.com, litigationparalegals@rothwellfigg.com

Katherine B Forrest (Terminated)    KForrest@paulweiss.com,
mao_fednational@paulweiss.com

Jeffrey S. Jacobson    jeffrey.jacobson@faegredrinker.com, brenda.diaz@faegredrinker.com

Craig Smyser    csmyser@steptoe.com, craig-smyser-1952@ecf.pacerpro.com,
fbernier@skv.com, francoise-bernier-1433@ecf.pacerpro.com

Jura Christine Zibas    jura.zibas@wilsonelser.com, Cheryl.Kujawski@wilsonelser.com

L. Timothy Fisher    ltfisher@bursor.com, ltfisher@ecf.courtdrive.com

Jared Barrett Briant    jared.briant@faegredrinker.com, docketgeneral@faegredrinker.com,
emilija.andrulyte@faegredrinker.com, gloria.connolly@faegredrinker.com,
peter.kistler@faegredrinker.com, shelby.pickar-dennis@faegredrinker.com,
shelley.beety@faegredrinker.com, shelley.meyer@faegredrinker.com

R. James Slaughter    rslaughter@keker.com, efiling@keker.com, jamie-slaughter-
5463@ecf.pacerpro.com, maureen-stone-3437@ecf.pacerpro.com, mstone@keker.com

Ryan M. Nishimoto    ryan.nishimoto@aporter.com, ecalendar@aporter.com, ecf-
6afa7617bd92@ecf.pacerpro.com, shantell.gutrick@arnoldporter.com

Joseph C. Gratz    JGratz@mofo.com, amygarcia@mofo.com, joseph-c-gratz-
7795@ecf.pacerpro.com

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com,
nymao@orrick.com

Matthew Topic    matt@loevy.com, blake@loevy.com, docket@loevy.com

Brian M Kramer    bmkramer@mofo.com, brian-kramer-6846@ecf.pacerpro.com,
jodithomas@mofo.com

Joseph Richard Wetzel, Jr    joe.wetzel@lw.com, joseph-wetzel-0076@ecf.pacerpro.com, ny-
courtmail@lw.com

Edward James Gorman    egorman@polsinelli.com

Carrie A. Beyer    carrie.beyer@faegredrinker.com, alice.continpage@faegredrinker.com

Scott Jonathan Sholder    ssholder@cdas.com, 8708366420@filings.docketbird.com,
managingclerk@cdas.com

Allison Levine Stillman    alli.stillman@lw.com, alli-stillman-9294@ecf.pacerpro.com, new-
york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com

Robert A. Van Nest    rvannest@keker.com, efiling@keker.com, scole@keker.com, susan-
cole-9052@ecf.pacerpro.com

Ryan Wong    rwong@keker.com, efiling@keker.com, rcirelli@keker.com, roseann-cirelli-2838@ecf.pacerpro.com, ryan-wong-6770@ecf.pacerpro.com, sriewerts@keker.com

Herman Heng Yue    herman.yue@lw.com, NY-CourtMail@lw.com

Stephen James Barrett    stephen.barrett@wilsonelser.com

Michael Philip Richter    mrichter@fbtlaw.com, amartinez@ghsklaw.com, michael-richter-0235@ecf.pacerpro.com, mohara@ghsklaw.com, skim@ghsklaw.com

Andrew L. Perito    APerito@mofo.com, JPosada@mofo.com, andrew-l-perito-4492@ecf.pacerpro.com

Nicholas Samuel Goldberg    ngoldberg@wc.com

Sheryl Koval Garko    sgarko@orrick.com

Karen A Chesley    karen.chesley@nytimes.com, NYC_Managing_Clerk@bsfllp.com, karen-chesley-1337@ecf.pacerpro.com

Kyle D. Wallenberg    wallenberg@loevy.com, blynch@niro-mcandrews.com

Cadio R. Zirpoli    zirpoli@saveri.com

Tamar Lusztig    TLusztig@susmangodfrey.com, ecf-623ba3504b7c@ecf.pacerpro.com, mguido@susmangodfrey.com

Elisha Brandis Barron    ebarron@susmangodfrey.com, lparrella@susmangodfrey.com

Jordan Connors    jconnors@susmangodfrey.com, michelle-wimmer-0217@ecf.pacerpro.com, mwimmer@susmangodfrey.com

Andrew Gass    andrew.gass@lw.com, NY-CourtMail@lw.com, andrew-gass-7005@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com

Laura Brooks Najemy    lnajemy@orrick.com

Thomas Edward Gorman    tgorman@keker.com, efiling@keker.com, jhartman@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, thomas-gorman-9043@ecf.pacerpro.com

Charles Abraham Naggar    charles@ruttenbergiplaw.com

Kenneth S Byrd    kbyrd@lchb.com, kenneth-byrd-6228@ecf.pacerpro.com

Zachary B. Savage    zsavage@susmangodfrey.com, jwang@susmangodfrey.com

Rohit Nath    rnath@susmangodfrey.com, robby-perkins-6960@ecf.pacerpro.com, rohit-nath-9130@ecf.pacerpro.com

Justin Nelson    jnelson@susmangodfrey.com, jlabry@susmangodfrey.com

Genevieve Vose Wallace    gwallace@susmangodfrey.com

Reed Daniel Forbush    rforbush@bsfllp.com

Drew Alan Hillier    DHillier@mofo.com, CDeoliveira@mofo.com, drew-hillier-0083@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-2561@ecf.pacerpro.com, smccabe@keker.com

Sarang Damle    sy.damle@lw.com, new-york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com, sarang-damle-3507@ecf.pacerpro.com

Alexander Frawley    afrawley@susmangodfrey.com, apena@susmangodfrey.com

Thomas Kayes    kayes@loevy.com, 4120171420@filings.docketbird.com, 6787913420@filings.docketbird.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Nicholas S Goldberg    ngoldberg@keker.com, efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com, nicholas-goldberg-7061@ecf.pacerpro.com

Zachary Scott Newman    znewman@mofo.com, docketny@mofo.com

Katherine Marie Peaslee    kpeaslee@susmangodfrey.com, ghuante@susmangodfrey.com

Christopher James Hydal    chydal@saverilawfirm.com, aCera@saverilawfirm.com, ajensen@saverilawfirm.com, ajohnson@saverilawfirm.com, christopher-hydal-6802@ecf.pacerpro.com, hbenon@saverilawfirm.com, jday@saverilawfirm.com, jram@saverilawfirm.com, jsaveri@saverilawfirm.com, nalioto@saverilawfirm.com

Davida Brook    dbrook@susmangodfrey.com, ecf-9f8dc9551d55@ecf.pacerpro.com, gfisk@susmangodfrey.com, greg-fisk-8459@ecf.pacerpro.com, kpalmer@susmangodfrey.com

Spencer McManus    smcmanus@keker.com, efiling@keker.com, spencer-mcmanus-7968@ecf.pacerpro.com

Michael Kanovitz    mike@loevy.com, melinda@loevy.com

Allyson R. Bennett    ABennett@mofo.com, WCarpenter@mofo.com, allyson-r-bennett-7549@ecf.pacerpro.com

Christopher Cariello    ccariello@orrick.com, nymao@orrick.com

Kristen Healey Cramer    kristen.cramer@wbd-us.com

Tiffany Cheung     tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-0452@ecf.pacerpro.com

Stephen Stich Match     match@loevy.com, docket@loevy.com, foia@loevy.com

Leo L. Lam     llam@keker.com, efiling@keker.com, leo-lam-2799@ecf.pacerpro.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com

Paven Malhotra     pmalhotra@keker.com, efiling@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, paven-malhotra-2221@ecf.pacerpro.com

Allison S Blanco     allison.blanco@lw.com

Marc Shapiro     mrshapiro@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

CeCe Cole     ccole@cdas.com, 8427470420@filings.docketbird.com, managingclerk@cdas.com

Bryan L Clobes     bclobes@caffertyclobes.com, asweatman@caffertyclobes.com, docket@caffertyclobes.com, mrathur@caffertyclobes.com, snyland@caffertyclobes.com

Jennifer Maisel     jmaisel@rfem.com

Brianna Silverstein     brianna.silverstein@faegredrinker.com, rose.woodland@faegredrinker.com

David Boies     dboies@bsfllp.com

Jesse Panuccio     jpanuccio@bsfllp.com, jpanuccio@BSFLLP.com

Julian Cole Diamond     jdiamond@bursor.com, jdiamond@ecf.courtdrive.com

Evangeline Zimmerman Burbidge     eburbidge@lewisllewellyn.com, 2270697420@filings.docketbird.com, service@lewisllewellyn.com

Luke Budiardjo     luke.budiardjo@lw.com

Monica Svetoslavov     msvetoslavov@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

Craig Smyser     csmyser@susmangodfrey.com, dlawson@susmangodfrey.com

Jon Loevy     jon@loevy.com

Anna Josefine Freymann     afreymann@lchb.com, anna-freymann-7838@ecf.pacerpro.com

Michael S. Kwun     mkwun@kblfirm.com, michael-kwun-5437@ecf.pacerpro.com, nikki-hueston-8089@ecf.pacerpro.com

Lora A. Brzezynski     lora.brzezynski@faegredrinker.com

Danna Z. Elmasry    delmasry@lchb.com, danna-elmasry-1917@ecf.pacerpro.com

Sarang Damle    sy.damle@lw.com

Wesley Dozier    wdozier@lchb.com, wesley--dozier-5158@ecf.pacerpro.com

Ian B. Crosby    icrosby@susmangodfrey.com, 32ccd090cb59@ecf.pacerpro.com,
ncullen@susmangodfrey.com, nicole-cullen-8899@ecf.pacerpro.com

Kristen Logan    klogan@rfem.com

Emily K. Cronin    ecronin@susmangodfrey.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Eudokia Spanos    espanos@susmangodfrey.com, jishridas@susmangodfrey.com

Vera Ranieri    vranieri@gmail.com, vera-ranieri-6464@ecf.pacerpro.com

Michael Jones    mjones@rfem.com

Lauren Carbajal    carbajal@loevy.com

Gili Karev    gili.karev@klarislaw.com, Mariella.salazar@klarislaw.com,
docketing@klarislaw.com

Charlotte Lepic    clepic@susmangodfrey.com, rthomas@susmangodfrey.com

Eric Nikolaides    enikolaides@mofo.com, eric-nikolaides-4069@ecf.pacerpro.com

Daniel Justice    djustice@orrick.com, nymao@orrick.com

Reilly Todd Stoler    reilly.stoler@sfcityatty.org

Yijun Zhong    elaine.zhong@lw.com

Michelle S. Ybarra    mybarra@keker.com, efiling@keker.com, jsmith@keker.com, michelle-
ybarra-6341@ecf.pacerpro.com

Katie Lynn Joyce    kjoyce@keker.com, efiling@keker.com, hattie-jones-
3223@ecf.pacerpro.com, hjones@keker.com, katie-lynn-joyce-2130@ecf.pacerpro.com

Jenny L. Colgate    jcolgate@rfem.com

Robert Parker    rparker@rfem.com

Bryan Berkeley Thompson    bthompson@rfem.com

Sarah Salomon    ssalomon@keker.com, efiling@keker.com, jlanders@keker.com, sarah-
salomon-1372@ecf.pacerpro.com

Rachel Renee Blitzer     rachel.blitzer@lw.com

Kirstin Stoll-DeBell     kirstin.stolldebell@faegredrinker.com,
claren.sanjuan@faegredrinker.com

Elizabeth Mead Cavert Scheibel     elizabeth.scheibel@faegredrinker.com

Steven Art     steve@loevy.com, bias@loevy.com, logan@loevy.com, motter@loevy.com

Emily Claire Wood     ewood@mofo.com, emily-wood-7437@ecf.pacerpro.com

Christopher S. Sun     csun@keker.com, christopher-sun-9584@ecf.pacerpro.com,
efiling@keker.com, shope@keker.com

John R. Lanham     jlanham@mofo.com, AHyder@mofo.com

Andrew Dawson     adawson@keker.com, andrew-dawson-6505@ecf.pacerpro.com,
efiling@keker.com, klove@keker.com

Edward A. Bayley     ebayley@keker.com, ed-bayley-0392@ecf.pacerpro.com,
efiling@keker.com

Carolyn M Homer     cmhomer@mofo.com, carolyn-homer-5021@ecf.pacerpro.com

Michael A David     michael.david@lw.com

Andrew S. Bruns     abruns@keker.com, andrew-s-bruns-2610@ecf.pacerpro.com,
efiling@keker.com, jselby@keker.com, julie-selby-5502@ecf.pacerpro.com

Amanda H. Schwartz     aschwartz@orrick.com, nymao@orrick.com

Shelley Geiszler     geiszler@loevy.com

Adnan Muttalib     amuttalib@susmangodfrey.com

Daniel Jordan     djordan@lewisllewellyn.com

William Waldir Castillo Guardado     wcastillo@saverilawfirm.com

Jamie Tristan Martinez     jmartinez@keker.com, jamie-martinez-4767@ecf.pacerpro.com,
klove@keker.com

Luis Gabriel Hoyos     lhoyos@keker.com, luis-g--hoyos-0245@ecf.pacerpro.com, natalie-
young-9288@ecf.pacerpro.com, nyoung@keker.com

Erin Meyer     emeyer@keker.com, efiling@keker.com, erin-meyer-8512@ecf.pacerpro.com,
jacquelynn-smith-8972@ecf.pacerpro.com, jsmith@keker.com

Kevin Siguo Song     ksong@keker.com

Henry Walter    hwalter@susmangodfrey.com

Maile Nell Yeats-Rowe    myeats-rowe@keker.com

Timothy Scull    timothy.scull@faegredrinker.com

Mary Mullins    mmullins@rfem.com

Olivia Malone    omalone@keker.com

Mark Rawls    mrawls@rfem.com

Matthew Butterick    mb@butiericklaw.com

Daniel Mello    dmello@mofo.com, GGerrish@mofo.com, daniel-mello-5046@ecf.pacerpro.com

Caitlin Sinclaire Blythe    cblythe@mofo.com, jodi-thomas-2907@ecf.pacerpro.com, jodithomas@mofo.com

Guy Ruttenberg    ZD-AICopyright@ruttenbergiplaw.com

Sarah Jane Vandervalk    svandervalk@mofo.com

Bilal Malik    bmalik@keker.com

Margaret Graham    margaret.graham@lw.com

Catherine Porto    cporto@keker.com

Eleanor Frances Brock    ebrock@keker.com

Faith Maggard    faith.maggard@faegredrinker.com

Connor Madden    connor.madden@lw.com

Shloime Fellig    shlomo.fellig@lw.com

Drew Helen Washington    dwashington@keker.com

**1:25-md-03143-SHS-OTW Notice has been delivered by other means to:**

Aaron Cera
Joseph Saveri Law Firm, LLP
601 California St.
Ste 1505
San Francisco, CA 94108

Aidan Hunt

Alexander Sweatman
Cafferty Clobes Meriwether & Sprengel LLP
135 S. LaSalle
Suite 3210
Chicago, IL 60603

Alexander Zeng
Joseph Saveri Law Firm, LLP
601 California St
Ste 1505
San Francisco, CA 94108

Alexandra Marie Ward
707 Wilshire Blvd.
Suite 6000
Los Angeles, CA 90017
United Sta

Allison L Stillman
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020

Allison Schall Blanco
Latham Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

Allyson Roz Bennett
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543

Amber Magee
Susman Godfrey LLP
1000 Louisiana Street
Ste 5100
Houston, TX 77002

Andrew Michael Gass
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Assad Hussain Rajani
Arnold & Porter Kaye Scholer LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306

Bryan L. Clobes
Cafferty Clobes Meriwether & Sprengel LLP
135 South LaSalle Street
Suite 3210
Chicago, IL 60603

Caitlin Sinclaire Blythe
Morrison and Foerster LLP
425 Market Street
San Francisco, CA 94105

Carolyn Myrle Homer
Morrison Foerster
2100 L Street, NW
Suite 900
Washington, DC 20037

Christopher K.L. Young
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108

Christopher Steven Sun
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111

Clara Cassan

Daniel Jerome Muller
Ventura Hersey & Muller, LLP
1506 Hamilton Avenue
San Jose, CA 95125

Douglas Andrew Winthrop
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024

Edward Andrew Bayley
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Ellie Rae Dupler
Cooley
355 S. Grand Avenue
355 S. Grand Avenue
355 S. Grand Avenue, Suite 900

Los Angeles, CA 90071

Evan Matthew Ezray
Boies Schiller Flexner LLP
401 E. Las Olas Blvd.
Suite 1200
Ft. Lauderdale, FL 33301

Holden J. Benon
Joseph Saveri Law Firm, Inc.
601 California
Ste 1505
San Francisco, CA 94108

Jared B Briant
Faegre Drinker Biddle & Reath LLP
1144 Fifteenth Street, Suite 3400
Denver, CO 80202-2569

Jason Bramble

John Robert Lanham
Morrison Foerster LLP
12531 High Bluff Dr
Suite 100
San Diego, CA 92130

Joseph Charles Gratz
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Joseph I Marchese
Bursor Fisher P.A.
888 Seventh Avenue
New York, NY 10019

Joseph Richard Farris
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

Joseph Richard Wetzel
Latham and Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Joshua B. Glatt
Bursor & Fisher P.A.

1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596

Joshua Michelangelo Stein
Bois Schiller Flexner LLP
44 Montgomery Street
41st Floor
94104
San Francisco, CA 94104

Joyce C Li
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Khirin Attila Bunker
Sheppard Mullin Richter & Hampton
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460

Margaux Poueymirou
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA 94104

Mariella Salazar

Matthew Leish

Matthew Jacob Adler
Faegre Drinker Biddle & Reath LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111

Max I. Levy
Morrison Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

Maxwell V. Pritt
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

Melissa Tribble
Joseph Saveri Law Firm, LLP
CA

601 California Street
Ste 1501
San Francisco, CA 94108

Melody Ellen Wong
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Michelle Sabrina Ybarra
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Mohammed Rathur
Cafferty Clobes Meriwether & Sprengel, LLP
135 S. LaSalle Street
Suite 3210
Chicago, IL 60603

Noelle Briana Torrice
Benesch Friedlander Coplan & Aronoff
1313 North Market Street
Ste 1201
Wilmington, DE 19801

Oscar Daniel Ramallo
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017

Rachel R. Blitzer
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020

Reid Patrick Mullen
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111

Robert Addy Van Nest
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Rohit Dwarka Nath
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400

Los Angeles, CA 90067

Rose S Lee
Morrison and Foerster LLP
707 Wilshire Boulevard, Ste. 6000
Los Angeles, CA 90017-3543

Ryan K.M. Wong
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Sarah Jane Vandervalk
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130-2040

Thomas E. Gorman
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111

**1:25-cv-03291-SHS-OTW Notice has been electronically mailed to:**

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com,
nymao@orrick.com

Brian M Kramer    bmkramer@mofo.com, brian-kramer-6846@ecf.pacerpro.com,
jodithomas@mofo.com

Drew Alan Hillier    DHillier@mofo.com, CDeoliveira@mofo.com, drew-hillier-
0083@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-
2561@ecf.pacerpro.com, smccabe@keker.com

**1:25-cv-03291-SHS-OTW Notice has been delivered by other means to:**

Bryan L. Clobes
Cafferty Clobes Meriwether & Sprengel LLP
135 South LaSalle Street
Suite 3210
Chicago, IL 60603

Daniel Jerome Muller
Ventura Hersey & Muller, LLP
1506 Hamilton Avenue
San Jose, CA 95125

**1:25-cv-03297-SHS-OTW Notice has been electronically mailed to:**

L. Timothy Fisher    ltfisher@bursor.com, ltfisher@ecf.courtdrive.com

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

Robert A. Van Nest    rvannest@keker.com, efiling@keker.com, scole@keker.com, susan-cole-9052@ecf.pacerpro.com

Herman Heng Yue    herman.yue@lw.com, NY-CourtMail@lw.com

Drew Alan Hillier    DHillier@mofo.com, CDeoliveira@mofo.com, drew-hillier-0083@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-2561@ecf.pacerpro.com, smccabe@keker.com

Sarang Damle    sy.damle@lw.com, new-york-ma-2860@ecf.pacerpro.com, ny-courtmail@lw.com, sarang-damle-3507@ecf.pacerpro.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Tiffany Cheung    tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-0452@ecf.pacerpro.com

Julian Cole Diamond    jdiamond@bursor.com, jdiamond@ecf.courtdrive.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Michael A David    michael.david@lw.com

Daniel Mello    dmello@mofo.com, GGerrish@mofo.com, daniel-mello-5046@ecf.pacerpro.com

Caitlin Sinclaire Blythe    cblythe@mofo.com, jodi-thomas-2907@ecf.pacerpro.com, jodithomas@mofo.com

Sarah Jane Vandervalk    svandervalk@mofo.com

**1:25-cv-03297-SHS-OTW Notice has been delivered by other means to:**

Allison L Stillman
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020

Allison Schall Blanco
Latham Watkins LLP
650 Town Center Drive, 20th Floor

Costa Mesa, CA 92626

Andrew Michael Gass
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Carolyn Myrle Homer
Morrison Foerster
2100 L Street, NW
Suite 900
Washington, DC 20037

Joseph Charles Gratz
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Joseph I Marchese
Bursor & Fisher, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019

Joseph Richard Wetzel
Latham and Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111

Joshua B. Glatt
Bursor & Fisher P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596

Max I. Levy
Morrison Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

Melody Ellen Wong
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Rachel R. Blitzer
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

Rose S Lee

Morrison and Foerster LLP
707 Wilshire Boulevard, Ste. 6000
Los Angeles, CA 90017-3543

**1:25-cv-03482-SHS-OTW Notice has been electronically mailed to:**

Joseph Richard Saveri    jsaveri@saverilawfirm.com, Agetzell@saverilawfirm.com,
acera@saverilawfirm.com, ajensen@saverilawfirm.com, ajohnson@saverilawfirm.com,
bkilkenny@saverilawfirm.com, cyoung@saverilawfirm.com,
dvandemortel@saverilawfirm.com, hbenon@saverilawfirm.com, jday@saverilawfirm.com,
jram@saverilawfirm.com, llibatique@saverilawfirm.com, nalioto@saverilawfirm.com

R. James Slaughter    rslaughter@keker.com, efiling@keker.com, jamie-slaughter-
5463@ecf.pacerpro.com, maureen-stone-3437@ecf.pacerpro.com, mstone@keker.com

Ryan M. Nishimoto    ryan.nishimoto@aporter.com, ecalendar@aporter.com, ecf-
6afa7617bd92@ecf.pacerpro.com, shantell.gutrick@arnoldporter.com

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com,
nymao@orrick.com

Brian M Kramer    bmkramer@mofo.com, brian-kramer-6846@ecf.pacerpro.com,
jodithomas@mofo.com

Robert A. Van Nest    rvannest@keker.com, efiling@keker.com, scole@keker.com, susan-
cole-9052@ecf.pacerpro.com

Herman Heng Yue    herman.yue@lw.com, NY-CourtMail@lw.com

Nicholas Samuel Goldberg    ngoldberg@wc.com

Cadio R. Zirpoli    zirpoli@saveri.com

Thomas Edward Gorman    tgorman@keker.com, efiling@keker.com, jhartman@keker.com,
nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, thomas-gorman-
9043@ecf.pacerpro.com

Reed Daniel Forbush    rforbush@bsfllp.com

Drew Alan Hillier    DHillier@mofo.com, CDeoliveira@mofo.com, drew-hillier-
0083@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-
2561@ecf.pacerpro.com, smccabe@keker.com

Sarang Damle    sy.damle@lw.com, new-york-ma-2860@ecf.pacerpro.com, ny-
courtmail@lw.com, sarang-damle-3507@ecf.pacerpro.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Zachary Scott Newman    znewman@mofo.com, docketny@mofo.com

Tiffany Cheung    tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-0452@ecf.pacerpro.com

Paven Malhotra    pmalhotra@keker.com, efiling@keker.com, nnichols@keker.com, noelle-nichols-8018@ecf.pacerpro.com, paven-malhotra-2221@ecf.pacerpro.com

David Boies    dboies@bsfllp.com

Jesse Panuccio    jpanuccio@bsfllp.com, jpanuccio@BSFLLP.com

Michael S. Kwun    mkwun@kblfirm.com, michael-kwun-5437@ecf.pacerpro.com, nikki-hueston-8089@ecf.pacerpro.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Eric Nikolaides    enikolaides@mofo.com, eric-nikolaides-4069@ecf.pacerpro.com

Reilly Todd Stoler    reilly.stoler@sfcityatty.org

Katie Lynn Joyce    kjoyce@keker.com, efiling@keker.com, hattie-jones-3223@ecf.pacerpro.com, hjones@keker.com, katie-lynn-joyce-2130@ecf.pacerpro.com

Michael A David    michael.david@lw.com

William Waldir Castillo Guardado    wcastillo@saverilawfirm.com

Maile Nell Yeats-Rowe    myeats-rowe@keker.com

Matthew Butterick    mb@buttericklaw.com

Daniel Mello    dmello@mofo.com, GGerrish@mofo.com, daniel-mello-5046@ecf.pacerpro.com

Caitlin Sinclaire Blythe    cblythe@mofo.com, jodi-thomas-2907@ecf.pacerpro.com, jodithomas@mofo.com

Sarah Jane Vandervalk    svandervalk@mofo.com

**1:25-cv-03482-SHS-OTW Notice has been delivered by other means to:**

Aaron Cera
Joseph Saveri Law Firm, LLP
601 California St.
Ste 1505
San Francisco, CA 94108

Alexander Sweatman
Cafferty Clobes Meriwether & Sprengel LLP

135 S. LaSalle
Suite 3210
Chicago, IL 60603

Alexander Zeng
Joseph Saveri Law Firm, LLP
601 California St
Ste 1505
San Francisco, CA 94108

Alexandra Marie Ward
707 Wilshire Blvd.
Suite 6000
Los Angeles, CA 90017
United Sta

Allison L Stillman
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020

Allison Schall Blanco
Latham Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

Andrew Michael Gass
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Assad Hussain Rajani
Arnold & Porter Kaye Scholer LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306

Bryan L. Clobes
Cafferty Clobes Meriwether & Sprengel LLP
135 South LaSalle Street
Suite 3210
Chicago, IL 60603

Caitlin Sinclaire Blythe
Morrison and Foerster LLP
425 Market Street
San Francisco, CA 94105

Carolyn Myrle Homer
Morrison Foerster

2100 L Street, NW
Suite 900
Washington, DC 20037

Christopher K.L. Young
Joseph Saveri Law Firm, LLP
601 California Street
Ste 1505
San Francisco, CA 94108

Christopher Steven Sun
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111

Daniel Jerome Muller
Ventura Hersey & Muller, LLP
1506 Hamilton Avenue
San Jose, CA 95125

Douglas Andrew Winthrop
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024

Edward Andrew Bayley
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Evan Matthew Ezray
Boies Schiller Flexner LLP
401 E. Las Olas Blvd.
Suite 1200
Ft. Lauderdale, FL 33301

Holden J. Benon
Joseph Saveri Law Firm, Inc.
601 California
Ste 1505
San Francisco, CA 94108

Jared B Briant
Faegre Drinker Biddle & Reath LLP
1144 Fifteenth Street, Suite 3400
Denver, CO 80202-2569

John Robert Lanham
Morrison Foerster LLP
12531 High Bluff Dr

Suite 100
San Diego, CA 92130

Joseph Charles Gratz
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Joseph Richard Farris
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

Joseph Richard Wetzel
Latham and Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Joshua Michelangelo Stein
Bois Schiller Flexner LLP
44 Montgomery Street
41st Floor
94104
San Francisco, CA 94104

Joyce C Li
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Khirin Attila Bunker
Sheppard Mullin Richter & Hampton
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460

Margaux Poueymirou
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA 94104

Matthew Jacob Adler
Faegre Drinker Biddle & Reath LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111

Max I. Levy
Morrison Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

Maxwell V. Pritt
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

Melissa Tribble
Joseph Saveri Law Firm, LLP
601 California Street
Ste 1501
San Francisco, CA 94108

Melody Ellen Wong
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Michelle Sabrina Ybarra
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Mohammed Rathur
Cafferty Clobes Meriwether & Sprengel, LLP
135 S. LaSalle Street
Suite 3210
Chicago, IL 60603

Oscar Daniel Ramallo
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017

Rachel R. Blitzer
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020

Reid Patrick Mullen
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111

Robert Addy Van Nest
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Rohit Dwarka Nath
Susman Godfrey L.L.P.

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Rose S Lee
Morrison and Foerster LLP
707 Wilshire Boulevard, Ste. 6000
Los Angeles, CA 90017-3543

Ryan K.M. Wong
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Sarah Jane Vandervalk
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130-2040

**1:25-cv-03483-SHS-OTW Notice has been electronically mailed to:**

Joseph Richard Saveri    jsaveri@saverilawfirm.com, Agetzell@saverilawfirm.com,
acera@saverilawfirm.com, ajensen@saverilawfirm.com, ajohnson@saverilawfirm.com,
bkilkenny@saverilawfirm.com, cyoung@saverilawfirm.com,
dvandemortel@saverilawfirm.com, hbenon@saverilawfirm.com, jday@saverilawfirm.com,
jram@saverilawfirm.com, llibatique@saverilawfirm.com, nalioto@saverilawfirm.com

Annette Louise Hurst    ahurst@orrick.com, casestream@ecf.courtdrive.com,
nymao@orrick.com

Cadio R. Zirpoli    zirpoli@saveri.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-
2561@ecf.pacerpro.com, smccabe@keker.com

Sarang Damle    sy.damle@lw.com, new-york-ma-2860@ecf.pacerpro.com, ny-
courtmail@lw.com, sarang-damle-3507@ecf.pacerpro.com

Tiffany Cheung    tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-
0452@ecf.pacerpro.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

**1:25-cv-03483-SHS-OTW Notice has been delivered by other means to:**

Allison L Stillman
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020

Allyson Roz Bennett
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543

Andrew Michael Gass
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Christopher K.L. Young
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108

Joseph Charles Gratz
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Joseph Richard Wetzel
Latham and Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**1:25-cv-04315-SHS-OTW Notice has been electronically mailed to:**

Lacy Herman Koonce, III    lance.koonce@klarislaw.com, clara.cassan@klarislaw.com,
docketing@klarislaw.com, gili.karev@klarislaw.com, hamzah.jhaveri@klarislaw.com,
mariella.salazar@klarislaw.com, matthew.leish@klarislaw.com, rachel.simon@klarislaw.com,
vivek.shah@klarislaw.com, ziffdavis@klarislaw.com

Andrew Gass    andrew.gass@lw.com, NY-CourtMail@lw.com, andrew-gass-
7005@ecf.pacerpro.com, new-york-ma-2860@ecf.pacerpro.com

Reid P. Mullen    rmullen@keker.com, efiling@keker.com, reid-mullen-
2561@ecf.pacerpro.com, smccabe@keker.com

Elana Nightingale Dawson    elana.nightingaledawson@lw.com, ny-courtmail@lw.com

Kristen Healey Cramer    kristen.cramer@wbd-us.com

Tiffany Cheung    tcheung@mofo.com, RArchuleta@mofo.com, tiffany-cheung-
0452@ecf.pacerpro.com

Rose Lee    roselee@mofo.com, fsagapolu@mofo.com, rose-lee-6175@ecf.pacerpro.com

Gili Karev    gili.karev@klarislaw.com, Mariella.salazar@klarislaw.com,
docketing@klarislaw.com

Christopher S. Sun    csun@keker.com, christopher-sun-9584@ecf.pacerpro.com,
efiling@keker.com, shope@keker.com

Daniel Mello    dmello@mofo.com, GGerrish@mofo.com, daniel-mello-
5046@ecf.pacerpro.com

Caitlin Sinclaire Blythe    cblythe@mofo.com, jodi-thomas-2907@ecf.pacerpro.com,
jodithomas@mofo.com

Guy Ruttenberg    ZD-AICopyright@ruttenbergiplaw.com

Sarah Jane Vandervalk    svandervalk@mofo.com

**1:25-cv-04315-SHS-OTW Notice has been delivered by other means to:**

Clara Cassan


Mariella Salazar


Matthew Leish


Noelle Briana Torrice
Benesch Friedlander Coplan & Aronoff
1313 North Market Street
Ste 1201
Wilmington, DE 19801

**1:25-cv-06286-SHS-OTW Notice has been electronically mailed to:**

Joseph Richard Saveri    jsaveri@saverilawfirm.com, Agetzell@saverilawfirm.com,
acera@saverilawfirm.com, ajensen@saverilawfirm.com, ajohnson@saverilawfirm.com,
bkilkenny@saverilawfirm.com, cyoung@saverilawfirm.com,
dvandemortel@saverilawfirm.com, hbenon@saverilawfirm.com, jday@saverilawfirm.com,
jram@saverilawfirm.com, llibatique@saverilawfirm.com, nalioto@saverilawfirm.com

**1:25-cv-06286-SHS-OTW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/10/2025] [FileNumber=33877630
-0] [9bd1a27d062ae9e4463dae42715d8f91925e79c14f8b49a28aad6cf7023ee5f9f
8c4b28a886e6500bdaa9b99484fe62ed9ea634dd94afcae0bc25d83f0b6dc8f]]