# EXHIBIT B

| | |
|---|---|
| **From:** | Jennifer B. Maisel |
| **Sent:** | Friday, December 5, 2025 3:27 PM |
| **To:** | Edward A. Bayley; Steven Lieberman |
| **Cc:** | Mark T. Rawls; KVP-OAI; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright; newsplaintiffs-service@simplelists.susmangodfrey.com; OAI-NDCA-SDNY@simplelists.susmangodfrey.com; #NewYorkTimes-Microsoft-FDBR; NewYorkTimes_Microsoft_OHS |
| **Subject:** | RE: Magistrate Judge Wang's 11/13/2025 Order |

Dear Ed,

Thank you for the call today. I write to memorialize a few points from our discussion.

1. OpenAI is currently provisioning two laptops per Plaintiff group to use to access the deidentified consumer ChatGPT logs and will be ready to ship the laptops out today or Monday. Each Plaintiff group will provide their requested shipping addresses by separate cover.

2. OpenAI will be producing the full sample next week via the laptops to News Plaintiffs with the exception of certain fields that appear in less than 0.05% (10,000 logs) of the 20 million sample because OpenAI is still evaluating whether those fields contain personal data. We requested that OpenAI produce metadata sufficient to identify which logs are impacted and have withheld data fields.

3. General specifications: the laptops will have access to a Databricks platform hosting the logs and a compute cluster, and plaintiffs will be able to freely install programs and files on the laptops. OpenAI and its counsel are not permitted to monitor Plaintiffs' activities on the laptop, with the sole exception that in the event of a cybersecurity incident OpenAI technical personnel may access certain usage logs to address the breach. The parties will continue meeting and conferring to address any technical issues that may arise.

4. The parties will meet and confer about use of the log data in the litigation, and in the meantime, Plaintiffs agree not to export data out of the laptops.

Best regards,
Jen



**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C.  20001

Main Number:  202.783.6040

Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website:  www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

**From:** Edward A. Bayley <EBayley@keker.com>
**Sent:** Thursday, December 4, 2025 6:43 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; Steven Lieberman <slieberm@rothwellfigg.com>
**Cc:** Mark T. Rawls <MRawls@rothwellfigg.com>; KVP-OAI <KVPOAI@keker.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; newsplaintiffs-service@simplelists.susmangodfrey.com; OAI-NDCA-SDNY@simplelists.susmangodfrey.com; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>
**Subject:** RE: Magistrate Judge Wang's 11/13/2025 Order

Thanks Jen.  I can make 1:30pm ET /10:30am PT tomorrow work.

Steve, following up on our conversation at the end of the hearing, OpenAI will not oppose News Plaintiffs' request for a two-day extension on their opposition to OpenAI's Rule 72 objection (currently due Monday).  Of course, as I said, to the extent News Plaintiffs seek to incorporate Judge Wang's order yesterday into their opposition, OpenAI reserves the right to seek leave to file a reply in order to respond.

Best,

-Ed

**Edward A. Bayley**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6672 direct | 415 391 5400 main
ebayley@keker.com | vcard | keker.com

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Thursday, December 4, 2025 11:40 AM
**To:** Edward A. Bayley <EBayley@keker.com>; Steven Lieberman <slieberm@rothwellfigg.com>
**Cc:** Mark T. Rawls <MRawls@rothwellfigg.com>; KVP-OAI <KVPOAI@keker.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; newsplaintiffs-service@simplelists.susmangodfrey.com; OAI-NDCA-SDNY@simplelists.susmangodfrey.com; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>
**Subject:** RE: Magistrate Judge Wang's 11/13/2025 Order

[EXTERNAL]

Dear Ed,

Does 10am or 1:30pm (ET) work for you tomorrow?

Thank you,
Jen



**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C.  20001

Main Number:  202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website:  www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

**From:** Edward A. Bayley <EBayley@keker.com>
**Sent:** Thursday, December 4, 2025 9:41 AM
**To:** Steven Lieberman <slieberm@rothwellfigg.com>
**Cc:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; Mark T. Rawls <MRawls@rothwellfigg.com>; KVP-OAI <KVPOAI@keker.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; newsplaintiffs-service@simplelists.susmangodfrey.com; OAI-NDCA-SDNY@simplelists.susmangodfrey.com; #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>
**Subject:** Re: Magistrate Judge Wang's 11/13/2025 Order

Thanks Steve.  Just to be clear, 100% of the content (prompts, outputs, etc.) of the 20M conversations will be included in what is made available next week.  The technical issue I mentioned relates solely to some outlier metadata fields.  We can discuss the details tomorrow.  Please let me know when you are available.

Sent from my iPhone

> On Dec 4, 2025, at 9:06 AM, Steven Lieberman <slieberm@rothwellfigg.com> wrote:
>
> **[EXTERNAL]**
>
> Ed,
> This will confirm our conversation this morning in which you advised me that in response to the Court's order  OpenAI will produce 99.9% of the 20m  chats next week. The .1% relates to certain "long tail metadata" and you  will explain what that is and what the technical issue is with the .1% in a call tomorrow.

You also confirmed that OpenAI will be producing these samples in a secure environment that is accessible remotely and would be providing plaintiffs with laptops that can be used to access that data.
If this is not correct, please advise in writing.
Thank you.

<Image.jpeg>


Steven Lieberman
Rothwell Figg
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Phone: 202-783-6040; Fax: 202-783-6031
e-mail: slieberman@rothwellfigg.com

web: http://www.rothwellfigg.com

The content of this e-mail may be privileged and confidential and is intended only for the identified individual or entity. If you are not the intended recipient or are not responsible for passing this e-mail to the intended recipient, then you are hereby notified that any use, copying, dissemination or distribution of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately by telephone at(202) 783-6040, by fax at (202)783-6031, or by e-mail at slieberman@rothwellfigg.com. You should not read this e-mail, and it should be deleted.

---

**From:** Edward A. Bayley <EBayley@keker.com>
**Sent:** Thursday, December 4, 2025 12:06:26 AM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; Mark T. Rawls <MRawls@rothwellfigg.com>; KVP-OAI <KVPOAI@keker.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright <openaicopyright@mofo.com>
**Cc:** 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>; 'OAI-NDCA-SDNY@simplelists.susmangodfrey.com' <oai-ndca-sdny@simplelists.susmangodfrey.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>
**Subject:** RE: Magistrate Judge Wang's 11/13/2025 Order

Jen,

Pursuant to Judge Wang's order, OpenAI intends to begin making available the 20M de-identified conversations to News Plaintiffs next week.

Please let us know when you are available on Friday to meet-and-confer, as directed by the Court.

Thanks,

-Ed

**Edward A. Bayley**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6672 direct | 415 391 5400 main
ebayley@keker.com | vcard | keker.com

---

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Monday, December 1, 2025 11:29 AM
**To:** Mark T. Rawls <MRawls@rothwellfigg.com>; KVP-OAI <KVPOAI@keker.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright <openaicopyright@mofo.com>
**Cc:** 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>; 'OAI-NDCA-SDNY@simplelists.susmangodfrey.com' <oai-ndca-sdny@simplelists.susmangodfrey.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>
**Subject:** RE: Magistrate Judge Wang's 11/13/2025 Order

[EXTERNAL]

Counsel,

In view of OpenAI's representation that it "anticipates completing the de-identification process before the end of the month," Dkt. 742 at p. 3, n. 5, and Magistrate Judge Wang's Order directing OpenAI to produce the de-identified Consumer ChatGPT Logs within 7 days of completing the de-identification process, Dkt. 734 at p. 2, please confirm today that OpenAI has completed the de-identification process and will be producing the de-identified logs by Monday, December 8.

Best regards,
Jen

<image001.png>

**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C.  20001

Main Number:  202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website:  www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.

**From:** Mark T. Rawls <MRawls@rothwellfigg.com>
**Sent:** Monday, November 24, 2025 9:13 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; KVP-OAI <kvpoai@keker.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright <openaicopyright@mofo.com>
**Cc:** 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>; 'OAI-NDCA-SDNY@simplelists.susmangodfrey.com' <oai-ndca-sdny@simplelists.susmangodfrey.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>
**Subject:** RE: Magistrate Judge Wang's 11/13/2025 Order

Counsel,

We write again regarding Magistrate Judge Wang's 11/13/2025 Order, compelling OpenAI to produce the 20 million de-identified Consumer ChatGPT Logs to News Plaintiffs.

In the discovery chart being filed later today, you have stated that "OpenAI continues to work diligently to complete the complex de-identification process, including additional privacy protections, and prepare a secure platform that would facilitate review of any of the 20 million data logs that contain private, third-party ChatGPT conversations that are produced." We would like to know the basis for this representation to the Court. Please explain in a responsive email by November 25 what exactly remains to be done "to complete the complex de-identification process." How much has already been completed? When do you estimate the process will be finished? What resources (precisely) have you allocated to this work? Finally, please explain what you are referring to by "a secure platform that would facilitate review of any of the 20 million data logs." The Court has compelled OpenAI to "produce" this data within 7 days of completing the de-identification process. Please confirm that you will be producing the data to us in the time frame indicated by the Court's order.

Best regards,
-Mark

**Mark Rawls**
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W. Suite 900 East, Washington, D.C.  20001
Direct: 202.772.5679  |  Email: mrawls@rfem.com

---

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Thursday, November 13, 2025 3:06 PM
**To:** KVP-OAI <kvpoai@keker.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright <openaicopyright@mofo.com>
**Cc:** 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>; 'OAI-NDCA-SDNY@simplelists.susmangodfrey.com' <oai-ndca-sdny@simplelists.susmangodfrey.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NewYorkTimes_Microsoft_OHS

<newyorktimes_microsoft_ohs@orrick.com>
**Subject:** Magistrate Judge Wang's 11/13/2025 Order

Counsel,

Consistent with Magistrate Judge Wang's 11/13/2025 Order, this email confirms that OpenAI is continuing to diligently carry out the de-identification process and will produce the de-identified Consumer ChatGPT Logs by November 14, 2025, or within 7 days of completing the de-identification process. We also understand that in light of the Court's orders that OpenAI has not deleted or otherwise modified the sample of 20 million de-identified Consumer ChatGPT logs that News Plaintiffs requested (except with respect to the substitution of approximately 5% of the logs from News Plaintiffs' original request that OpenAI had previously deleted).

Best regards,
Jen

<image001.png>

**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C.  20001

Main Number:  202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website:  www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.