# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE NEW YORK TIMES COMPANY | : | |
| Plaintiff, | : | |
| -against- | : | No. 1:23-cv-11195-SHS-OTW |
| MICROSOFT CORPORATION, *et al.,* | : | |
| Defendants. | : | |
| DAILY NEWS, *et al.*, | : | |
| Plaintiff, | : | |
| -against- | : | No. 1:24-cv-3285-SHS-OTW |
| MICROSOFT CORPORATION, *et al.,* | : | |
| Defendants. | : | |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., | : | |
| Plaintiff, | : | No. 1:24-cv-04872-SHS-OTW |
| -against- | : | |
| OPENAI, INC., *et al.,* | : | |
| Defendants. | : | |

**DEFENDANT OPENAI OPCO, LLC'S SIXTH SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF
<u>THE NEW YORK TIMES COMPANY (NOS. 236-300)</u>**

**REQUEST FOR PRODUCTION NO. 237:**

Documents and Communications sufficient to show the average revenue generated per subscriber to Your Products, both digitally and in print, from January 1, 2018 to the present.

**REQUEST FOR PRODUCTION NO. 238:**

Documents and Communications Related to any studies, analyses, or reports conducted by You or on Your behalf that categorize or analyze user behavior, Including but not limited to segmentation studies, user engagement analyses, and behavioral categorization reports from January 1, 2018 to the present.

**REQUEST FOR PRODUCTION NO. 239:**

Documents and Communications Related to how You evaluate the lifetime value of a subscriber.

**REQUEST FOR PRODUCTION NO. 240:**

Documents and Communications Related to how You evaluate user behavior and the value of a subscriber, Including metrics Related to bounce rate, click-through rate, conversion rate, scroll depth, and session duration.

**REQUEST FOR PRODUCTION NO. 241:**

Documents and Communications with advertisers Related to Generative AI, Including Communications with advertisers Related to ad placements assisted by Generative AI tools and Documents Related to advertisement performance metrics conducted by Generative AI tools.

**REQUEST FOR PRODUCTION NO. 242:**

Documents and Communications analyzing advertisements placed on articles Related to Generative AI, OpenAI, or GPT Services.

Dated:  March 31, 2025                           Respectfully Submitted

By:  /s/ *Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
 andrew.gass@lw.com
Joseph R. Wetzel
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 sy.damle@lw.com
Michael A. David
 michael.david@lw.com
Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
 alli.stillman@lw.com
Rachel R. Blitzer
 rachel.blitzer@lw.com
Herman H. Yue
 herman.yue@lw.com
Luke A. Budiardjo
 luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Allison S. Blanco (*pro hac vice*)
 allison.blanco@lw.com
650 Town Center Drive 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235

By:  /s/ *Rose S. Lee*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)[*]
 jgratz@mofo.com
Andrew L. Perito (*pro hac vice*)

  *APerito@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Eric K. Nikolaides
 *enikolaides@mofo.com*
Emily Wood
 *ewood@mofo.com*
Jocelyn E. Greer
 *jgreer@mofo.com*
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000

Rose S. Lee (*pro hac vice*)
 *roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200

Carolyn M. Homer (*pro hac vice*)
 *cmhomer@mofo.com*
2100 L Street, NW, Suite 900
Washington, DC 20037, USA
Telephone: (202) 887-1500

By: */s/ Sarah Salomon*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
 *rvannest@keker.com*
Paven Malhotra
 *pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
 *mybarra@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
 *ngoldberg@keker.com*
Thomas E. Gorman (*pro hac vice*)
 *tgorman@keker.com*
Katie Lynn Joyce (*pro hac vice*)
 *kjoyce@keker.com*
Sarah Salomon (*pro hac vice*)
 *ssalomon@keker.com*
R. James Slaughter (pro hac vice)
 *rslaughter@keker.com*

        Christopher S. Sun (*pro hac vice*)
         csun@keker.com
        Andrew F. Dawson (*pro hac vice*)
         adawson@keker.com
        Andrew S. Bruns (*pro hac vice*)
         abruns@keker.com
        Edward A. Bayley (*pro hac vice*)
         ebayley@keker.com
        Ryan K. Wong (*pro hac vice pending*)
         rwong@keker.com
        633 Battery Street
        San Francisco, CA 94111-1809
        Telephone: 415.391.5400

        *Attorneys for OpenAI*