UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC. COPYRIGHT
INFRINGEMENT LITIGATION

25-md-3143 (SHS) (OTW)

ORDER

This Document Relates To:

23-cv-11195

SIDNEY H. STEIN, U.S. District Judge.

    The Court shall hear oral argument on OpenAI's objections (Dkt. Nos. 638 and 925) to Magistrate Judge Wang's September 19, 2025 Opinion and Order regarding the ChatExplorer logs (Dkt. No. 604) and to Judge Wang's November 24, 2025 Opinion and Order regarding attorney-client privilege and the deletion of the Books1 and Books2 datasets (Dkt. No. 846) in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse on January 16, 2026, at 2:00 p.m.

Dated: New York, New York
         January 6, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.