UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC. COPYRIGHT<br>INFRINGEMENT LITIGATION<br><br>This Document Relates to All Actions | Case No. 1:25-md-03143-SHS-OTW<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Zachary S. Newman from the law firm of Morrison & Foerster LLP hereby appears as counsel of record for defendants OpenAI, Inc.; OpenAI, LLC; OpenAI LP; OAI Corporation, LLC; OpenAI Global, LLC; OpenAI GP, LLC; OpenAI Holdings, LLC; OpenAI OpCo LLC; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund I LP; and OpenAI Startup Fund Management LLC in the above-captioned actions.

Dated: New York, New York
January 7, 2026

Respectfully Submitted,

MORRISON & FOERSTER LLP

By: ___/s/ Zachary S. Newman___
Zachary S. Newman
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: ZNewman@mofo.com

*Attorneys for Defendants OpenAI, Inc.; OpenAI, LLC; OpenAI LP; OAI Corporation, LLC; OpenAI Global, LLC; OpenAI GP, LLC; OpenAI Holdings, LLC; OpenAI OpCo LLC; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund I LP; and OpenAI Startup Fund Management LLC*