SUSMAN GODFREY L.L.P.

January 8, 2026

Hon. Ona T. Wang
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *The New York Times Company v. Microsoft Corporation, et al.*,
       No.: 23-cv-11195-SHS: Opposition to OpenAI's Motion to Compel

Dear Magistrate Judge Wang:

  Plaintiff The New York Times Company ("The Times") opposes OpenAI's motion to compel product-specific profit and loss ("P&L") statements for the News, Wirecutter, Cooking, Games, and The Athletic verticals dating back to 2015. Dkt. 1032.

### 1. **The Times Has Already Produced the Data OpenAI Seeks.**

  OpenAI RFP 27 requests that The Times produce documents "sufficient to show [The Times's] total [monthly] revenue, broken down by source" and RFP 32 seeks documents "sufficient to show [The Times's] monthly expenses . . . broken down by category of expense." Dkt. 1032, Ex. A. Consistent with these RFPs, The Times produced its monthly flashbooks dating back to 2015. These flashbooks were prepared by The Times's finance department and provide a detailed breakdown of The Times's revenue and expenses by source.

  For example, the January 2018 Flashbook contains, *inter alia*, the following categories of financial information: print advertising revenue by product, digital advertising revenue, total advertising revenue, print subscription revenue, digital subscription revenue, total subscription revenue, and total revenue (which includes, broken out separately, Print Products & Services, Advertising, Marketing, Product & Design, Technology, Data Insight Group, News/Design, Editorial, International, Ancillary Businesses, Building Operations, Overhead, and G&A). *See* Ex. B, NYT_00709731 (January 2018 Flashbook). Furthermore, these flashbooks contain, *inter alia*, Advertising P&L, Marketing P&L, Print Products & Services P&L, Product and Design P&L, Data Insights Group P&L, Cooking P&L, and Wirecutter P&L—again, all broken out separately. *See id.* In other words, contrary to OpenAI's assertions, these flashbooks are more than "top-line financial numbers generated to provide a high-level snapshot of The Times's overall business." Dkt. 1032 at 3. Rather, the flashbooks contain the very information OpenAI claims to seek. Indeed, these flashbooks even contain variance explanations and forecasts.

  OpenAI baselessly asserts that the flashbooks "contain unreliable data that is subject to revision," pointing to the designation of a February 2023 report as "Preliminary." *Id.* What OpenAI fails to note is that The Times also produced a final version of that same report, at NYT_00820236. The Times produced the final, published versions of the flashbooks to Defendants; that it *also* produced preliminary versions for some months does not support OpenAI's request for yet more discovery. The Times internally views these flashbooks as the definitive source of its financial information, which is why it produced them to Defendants. Accordingly, these flashbooks are

January 8, 2026
Page 2

more than sufficient to satisfy OpenAI RFPs 27 and 32.[1] *See Conservation L. Found. Inc. v. Shell Oil Co.*, 2023 WL 5434760, at *19 (D. Conn. Aug. 22, 2023) ("Importantly, CLF has not requested 'all documents' relating to corporate structure in RFP 2, but rather only 'documents sufficient to show' that structure. Presumably this can be accomplished by the production of a few [documents].").

2. **OpenAI Has Not Provided an Adequate Basis for Compelling Product-Specific P&Ls.**

OpenAI's sole basis for compelling the product-specific P&Ls is that they allegedly "provide necessary context for The Times's top line revenue numbers." Dkt. 1032 at 3. Specifically, OpenAI cites a Q2 2022 P&L statement which "identifies cooking-specific revenue streams, including 'NYT Direct Billed,' 'iTunes,' and 'Attributed Bundle Revenue,'" which is allegedly "concealed by [The Times's] aggregated Flashbook[s].'" *Id.* However, as The Times has repeatedly pointed out in its meet and confer correspondence, the flashbooks contain that very information.

As just one example, the June 2022 Flashbook (i.e., the Q2 2022 Flashbook) identifies cooking-specific revenue streams—including "NYT Direct Billed," "iOS," "Android," "B2B," "Individual Subscription Revenue," and "Bundle Subscription-Allocation." Ex. C, NYT_00714538 (June 2022 Flashbook) at 131–133; *see also* NYT_00783895 at 87 (March 2023 Flashbook). Indeed, those revenue streams are broken down on a monthly, *see* NYT_00714538 at 131, quarterly, *see id.* at 132, and yearly basis, *see id.* at 133. And, on the very next page, the June 2022 Flashbook provides a Wirecutter P&L, which lists out specific Wirecutter revenue streams—including Journalism, Subscriber & Advertising Servicing, Sales & Marketing, Product Development, and General & Administrative. Thus, given the extensive financial information contained in these monthly flashbooks, The Times fails to see why OpenAI also needs product-specific P&Ls dating back to 2015.

3. **OpenAI's Request for Product-Specific P&Ls is Unduly Burdensome and Disproportionate to the Needs of the Case.**

The Times undertook significant efforts to collect and produce monthly flashbooks dating back to 2015. Now, nearly eighteen months later, OpenAI seeks to have The Times collect quarterly P&Ls for multiple different verticals dating back to 2015. In other words, The Times would be required to collect and produce hundreds of P&Ls across multiple different verticals. This is unduly burdensome and disproportionate to the needs of the case—especially given that this financial information is already contained in the nearly 120 flashbooks that The Times has

---

[1] For this reason, OpenAI's reliance on *Iowa Public Employees*, *Reseau De Voyage Sterling, Inc.*, and *A.V.E.L.A., Inc.* is unavailing. Specifically, in those cases, the producing party had not provided comprehensive flashbooks, which already contained P&L data. Thus, consistent with those cases, The Times has already produced the "underlying financial documentation supporting [its] balance sheets and profit and loss statements." *See A.V.E.L.A., Inc. v. Est. of Monroe*, 2014 WL 715540, at 10 (S.D.N.Y. Feb. 24, 2014).

January 8, 2026
Page 3

produced and OpenAI has offered no valid explanation for why The Times's flashbooks are insufficient to satisfy OpenAI's RFPs. The Court should deny OpenAI's motion to compel.

                                                                     Respectfully submitted,

*/s/ Ian B. Crosby*
Ian B. Crosby
Susman Godfrey L.L.P.

*/s/ Steven Lieberman*
Steven Lieberman
Rothwell, Figg, Ernst & Manbeck

cc:    All Counsel of Record (via ECF)