# EXHIBIT A

**Adnan Muttalib**

| | |
|---|---|
| **From:** | Catherine C. Porto <CPorto@keker.com> |
| **Sent:** | Tuesday, December 23, 2025 8:59 AM |
| **To:** | Adnan Muttalib; NYT-AI-SG-Service@simplelists.susmangodfrey.com |
| **Cc:** | KVP-OAI; OpenAICopyright; 'OpenAICopyrightLitigation.lwteam@lw.com'; NYClassActions_Microsoft_OHS; #Microsoft.NYClassAction.FDBR |
| **Subject:** | RE: NYT v MSFT et al -- Production Deficiencies |

<mark>EXTERNAL Email</mark>

Adnan,

Thanks for your response. We understand the parties to be at impasse on this issue.

Thanks,
Catherine

---

**Catherine Porto**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Friday, December 19, 2025 11:47 AM
**To:** Catherine C. Porto <CPorto@keker.com>; NYT-AI-SG-Service@simplelists.susmangodfrey.com
**Cc:** KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'OpenAICopyrightLitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft.NYClassAction.FDBR <microsoftnyclassactionfdbr@faegredrinker.com>
**Subject:** RE: NYT v MSFT et al -- Production Deficiencies

**[EXTERNAL]**

Hi Catherine,

We do not appreciate your mischaracterization of our position. You have consistently cited OpenAI RFP 27 in support of your request, which provides "**[d]ocuments sufficient to show Your total revenue**, broken down by source, including without limitation advertising revenue, revenue from affiliate links, subscription revenue by subscription type (whether personal or commercial, online or print) for each month beginning in January 2015 to the present." The flashbooks are clearly sufficient to satisfy OpenAI's request. As I indicated in my December 1, 2025 email, the flashbooks contain the following categories: Print Advertising Revenue (broken down into multiple discrete categories), Digital Advertising Revenue, Total Advertising Revenue, Print Subscription Revenue, Digital Subscription Revenue, Total Subscription Revenue, and Total Revenue (which includes Print Products & Services, Advertising, Marketing, Product & Design, Technology, Data Insight Group, News/Design, Editorial, International, Ancillary Businesses, Building Operations, Overhead, and G&A). They also contain the revenues for Wirecutter, Cooking, and Digital News, as well as Advertising P&L, Marketing P&L, Print Products & Services P&L, Product and Design P&L, Data Insights Group P&L, Cooking P&L, and Wirecutter P&L.

1

**Also, "the various categories of information that you flagged in your prior email" are included in the Flashbooks.** For example, the January 2019 Flashbook contains the specific sources of revenue (NYT Direct Billed, iTunes, Android, Puzzlepacks) and specific sources of expenses (Technology, Marketing, Product & Design, News, Data Insight Group, Ancillary Businesses, AIP, and Compensation and Benefits [which is further broken down into Technology, Finance Fees, Marketing, Product & Design, News, and Attributed Bundle Expense]) for Cooking.

Despite having multiple opportunities, you still have failed to explain how the flashbooks are insufficient to satisfy the clear terms of your Request. Indeed, the term "documents sufficient to show" means The Times is not obligated to find every document that conceivably relates to its total revenue, even if it happens to contain some details that OpenAI may find useful. Finally, we note that under your ask, we would now have to go locate monthly P&Ls for each of The Times's products from January 2015 to the present. That would be on top of the flashbooks that you already have. That is not an appropriate ask under RFP 27.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

**From:** Catherine C. Porto <CPorto@keker.com>
**Sent:** Tuesday, December 16, 2025 9:27 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; NYT-AI-SG <NYT-AI-SG@groups.susmangodfrey.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'OpenAICopyrightLitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft.NYClassAction.FDBR <microsoftnyclassactionfdbr@faegredrinker.com>
**Subject:** RE: NYT v MSFT et al -- Production Deficiencies

EXTERNAL Email
Adnan,

OpenAI is not required to relitigate the relevance of revenue data that The Times has already committed to produce. But to be clear: OpenAI is entitled to The Times's monthly product-specific P&Ls to test The Times's allegations of harm and damage to the key verticals identified in The Times's complaint. Setting aside the various categories of information that I flagged in my prior email – which are omitted from the flashbooks and which your response ignores – the P&Ls provide product-specific revenue data. By contrast, the flashbooks provide consolidated summaries. To clarify the dispute: Is it The Times's position that OpenAI is not entitled to monthly product-specific revenue data?

Please provide The Times's final position by December 18.

Thanks,
Catherine

**Catherine Porto**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Tuesday, December 16, 2025 9:13 AM
**To:** Catherine C. Porto <CPorto@keker.com>; NYT-AI-SG <NYT-AI-SG@groups.susmangodfrey.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'OpenAICopyrightLitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft.NYClassAction.FDBR <microsoftnyclassactionfdbr@faegredrinker.com>
**Subject:** RE: NYT v MSFT et al -- Production Deficiencies

[EXTERNAL]

Hi Catherine,

Thank you for your email. You have not explained why OpenAI needs more information than what is contained in the Flashbooks. As just one example, the Marketing P&L in the Flashbooks contains the very information you claim to be seeking—*i.e.*, specific sources of revenue (broken down by Single Copy, Home Delivery, Mail Subs & others), specific sources of expenses (acquisition, brand marketing, retention, customer care, B2B & partnerships, finance fees, circulation finance). This is more than sufficient to satisfy RFP 27. Absent an explanation to the contrary, we will not go further.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Catherine C. Porto <CPorto@keker.com>
**Sent:** Monday, December 15, 2025 4:43 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; NYT-AI-SG <NYT-AI-SG@groups.susmangodfrey.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'OpenAICopyrightLitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft.NYClassAction.FDBR <microsoftnyclassactionfdbr@faegredrinker.com>
**Subject:** RE: NYT v MSFT et al -- Production Deficiencies

EXTERNAL Email
Adnan,

Please provide us the courtesy of a response. If we do not hear from you by tomorrow (12/16) we will understand your silence to mean that you decline to meet and confer and will consider the parties at an impasse on this dispute.

Thanks,
Catherine

---

**Catherine Porto**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main

---

**From:** Catherine C. Porto <CPorto@keker.com>
**Sent:** Wednesday, December 10, 2025 1:33 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; NYT-AI-SG <NYT-AI-SG@groups.susmangodfrey.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'OpenAICopyrightLitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft.NYClassAction.FDBR <microsoftnyclassactionfdbr@faegredrinker.com>
**Subject:** RE: NYT v MSFT et al -- Production Deficiencies

Adnan,

The flashbooks do not suffice. As Times witnesses have testified, The Times maintains product-specific P&Ls. The few product-specific P&Ls that The Times has produced contain far more information than The Times's flashbooks. For example, the Cooking/Games/Kids P&L produced at NYT_00909193 breaks out the revenues by specific vertical and, within each vertical, further disaggregates: (i) the specific source of revenue (eg., Direct Billed/iTunes/Android/B2B/Puzzlepacks), and (ii) the specific source of expense (eg., compensation/product/design/marketing). Likewise, the TV & Film P&L produced at NYT_00702146 attributes revenues and expenses to specific Times productions and reports each production's performance relative to budget. None of this product-level detail appears in the flashbooks, which are merely high-level summaries and do not contain this underlying information.

Please confirm that The Times will produce the product-specific P&Ls by Friday December 12. Otherwise, please provide times this week that you are available to meet and confer.

Thanks,
Catherine

---

**Catherine Porto**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Monday, December 1, 2025 8:22 AM

**To:** Catherine C. Porto <CPorto@keker.com>; NYT-AI-SG <NYT-AI-SG@groups.susmangodfrey.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'OpenAICopyrightLitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft.NYClassAction.FDBR <microsoftnyclassactionfdbr@faegredrinker.com>
**Subject:** RE: NYT v MSFT et al -- Production Deficiencies

[EXTERNAL]

Hi Catherine,

We have produced flashbooks dating back to 2015. Those flashbooks contain The Times's revenue broken down by source. For example, the January 2018 Flashbook contains the following categories: Print Advertising Revenue (broken down into multiple discrete categories), Digital Advertising Revenue, Total Advertising Revenue, Print Subscription Revenue, Digital Subscription Revenue, Total Subscription Revenue, and Total Revenue (which includes Print Products & Services, Advertising, Marketing, Product & Design, Technology, Data Insight Group, News/Design, Editorial, International, Ancillary Businesses, Building Operations, Overhead, and G&A). These flashbooks also contain the revenues for Wirecutter, Cooking, and Digital News. **And, specifically to your request, these Flashbooks contain,** *inter alia*, **Advertising P&L, Marketing P&L, Print Products & Services P&L, Product and Design P&L, Data Insights Group P&L, Cooking P&L, and Wirecutter P&L.** Indeed, these flashbooks even contain variance explanations and forecasts. Please explain in detail how this is not sufficient to satisfy RFP 27.

With respect to Audience Reports, there is no distinction between Digital Audience Review and Audience Reports. For example, the January and February Digital Audience Review is the Audience Report prepared for that time period. I went back and reviewed Production #52 and clearly see that we produced Audience Reports, *inter alia*, for January 2020, February 2020, March 2020, Q2 2020 (which is the June Audience Report), Q3 2020 (which is the September Audience Report), and the 2020 Year in Review (which covers the November and December Audience reports). And, finally as we have explained in prior correspondence, there isn't always an Audience or AIG report associated with every month. We have produced all the Audience and AIG reports that we were able to locate pursuant to a reasonable search.

Best,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

**From:** Catherine C. Porto <CPorto@keker.com>
**Sent:** Wednesday, November 26, 2025 11:25 AM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; NYT-AI-SG <NYT-AI-SG@groups.susmangodfrey.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'OpenAICopyrightLitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft.NYClassAction.FDBR <microsoftnyclassactionfdbr@faegredrinker.com>
**Subject:** RE: NYT v MSFT et al -- Production Deficiencies

EXTERNAL Email

Adnan,

As to the revenue requests: As you note, RFP 27 requests documents "sufficient to show total revenue, broken down by source . . . for each month." Is it The Times's position that it has already produced other documentation that contains its monthly revenue information, broken down by product? If so, please identify those documents by Bates number.  Otherwise, please confirm that The Times will produce the requested P&Ls, or provide times that you are able to meet and confer.

As to the audience reports: OpenAI is not obligated (or able) to identify all audience reports that The Times is withholding, since those reports are uniquely in The Times's possession. That said, in an effort to resolve this issue promptly, I have provided a list below of the reports that we appear to be missing. Again, please note that these reports should have been produced by no later than November 21, given Ms. Poferl's upcoming deposition. Please produce them immediately.

- 2018
    - Digital Audience Review
        - December
- 2019
    - Digital Audience Review
        - December
- 2020
    - Audience Report
        - January-March, June, September, November, December
    - Digital Audience Review
        - April-December
    - Audience Insights & Growth Monthly Shareout
        - January-June, August, October, November
    - Audience Insights + Brand Mission
        - January-March, May, August
- 2021
    - Audience Insights & Growth Monthly Shareout / Audience Insights Monthly Shareout Engagement & Growth Missions
        - May, November
    - Audience Insights + Brand Mission
        - January, May, August-December
    - Audience Insights + Marketing
        - January-July, October, November
- 2022
    - Audience Report
        - July, November, December
    - Standalone Audience Monthly
        - January-June, October, November
    - Audience Insights + Marketing
        - March, June, October, December
    - Audience Insights Monthly Shareout
        - Engagement & Growth Missions: February, May-December
        - Growth, Storytelling and Publishing, and SubX Missions:  January-May, November
- 2023

- - - o Audience Report
      - April, November, December
    - o Audience Insights + Marketing
      - January, July, September-December
    - o Standalone Audience Monthly
      - January, April-December
    - o Audience Insights Monthly Shareout
      - Growth, Storytelling & Publishing, and SubX Missions: February, July-December
      - AIG research from: Audio, Cooking, Games, Growth, Storytelling & Publishing, SubX, The Athletic and Wirecutter: January-June, December
- 2024
  - o Audience Report
    - July, September-December
  - o Audience Insights + Marketing
    - January, August, September, November, December
  - o Audience Insights Monthly Shareout AIG research from: Audio, Cooking, Games, Growth, Storytelling & Publishing, SubX, The Athletic and Wirecutter
    - June, September-December
- 2025
  - o Audience Report
    - March, June, October
  - o Audience Insights + Marketing
    - January, July
  - o Audience Insights Monthly Shareout AIG research from: Audio, Cooking, Games, Growth, Storytelling & Publishing, SubX, The Athletic and Wirecutter
    - January, October

Thanks,
Catherine

**Catherine Porto**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Tuesday, November 25, 2025 5:47 PM
**To:** Catherine C. Porto <CPorto@keker.com>; NYT-AI-SG <NYT-AI-SG@groups.susmangodfrey.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'OpenAICopyrightLitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft.NYClassAction.FDBR <microsoftnyclassactionfdbr@faegredrinker.com>
**Subject:** RE: NYT v MSFT et al -- Production Deficiencies

**[EXTERNAL]**

Hi Catherine,

7

RFP 27 requests that The Times produce documents "**sufficient to show** [its] total revenue, broken down by source, including without limitation advertising revenue, revenue from affiliate links, subscription revenue by subscription type (whether personal or commercial, online or print) for each month beginning January 2015 to the present." And, consistent with that Request, The Times has produced comprehensive flashbooks which are more than sufficient to show the above. Your demand that The Times now go and collect quarterly P&Ls for each of its product verticals is overbroad, unduly burdensome, and unreasonable. Indeed, you have failed to explain what these P&Ls add on top of the flashbooks we have already provided.

With respect to Audience Reports, as indicated in my cover email associated with Production #52, The Times produced all Audience Reports that it was able to locate through a reasonable search. If you believe there is something missing, please identify what you believe is missing so that we can look into it.

Best,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Catherine C. Porto <CPorto@keker.com>
**Sent:** Tuesday, November 25, 2025 10:45 AM
**To:** NYT-AI-SG <NYT-AI-SG@groups.susmangodfrey.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'OpenAICopyrightLitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; #Microsoft.NYClassAction.FDBR <microsoftnyclassactionfdbr@faegredrinker.com>
**Subject:** NYT v MSFT et al -- Production Deficiencies

EXTERNAL Email
Counsel,

The Times's employees have testified that The Times maintained quarterly profit and loss statements. *See, e.g.*, Diggs Depo Tr. at 190:11-19. Such statements are responsive to several of OpenAI's RFPs, including, for example, RFP 27. Our review of The Times's productions indicates that The Times has yet to produce a comprehensive set of these P&Ls across its product lines. Please confirm by December 1 that The Times will be producing the quarterly P&L statements for each of its product verticals (including News, Wirecutter, Cooking, and the Athletic).

Separately, our review of The Times's production indicates that The Times has failed to produce all of its audience reports, despite its repeated assurances that all such reports would be produced. For example, several monthly audience reports and audience insight reports from 2020-2025 appear to be missing. Defendants are past the 2-week mark for Ms. Poferl's deposition—please produce the remaining reports immediately.

Best,
Catherine

**Catherine Porto**
Keker, Van Nest & Peters LLP

633 Battery Street
San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main

9