# EXHIBIT A

# Adnan Muttalib

| | |
|---|---|
| **From:** | Adnan Muttalib |
| **Sent:** | Monday, December 22, 2025 11:21 AM |
| **To:** | 'Spencer McManus'; Catherine C. Porto; 'newsplaintiffs-service@simplelists.susmangodfrey.com' |
| **Cc:** | OpenAICopyright; Latham OpenAI Copyright Team; #NewYorkTimes-Microsoft-FDBR; NYClassActions_Microsoft_OHS; KVP-OAI |
| **Subject:** | RE: NYT v. Microsoft et al \| NYT Data Production Deficiency |

Hi Spencer,

Tuesday at 1pm PST works. Please circulate a calendar invite.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

**From:** Spencer McManus <SMcManus@keker.com>
**Sent:** Saturday, December 20, 2025 8:50 AM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; Catherine C. Porto <CPorto@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

==EXTERNAL Email==

Adnan,

We disagree that our request is vague, overbroad, or burdensome. As to the 19 categories of surveys below, we've cited specific Bates numbers of the presentations, which themselves identify the sources of the data, so those claims ring hollow. For any other presentations containing conclusions that The Times intends to rely on, OpenAI is entitled to the underlying data so that it can test The Times's conclusions. Will The Times agree to produce data underlying the categories we've identified below and any other presentations that it intends to rely on? Please let me know by Monday.

If necessary, I am available to meet-and-confer on Tuesday at 1pm PT.

Thanks,
Spencer

1

**Spencer McManus**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2305 direct | 415 391 5400 main
smcmanus@keker.com | keker.com
he | him

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Thursday, December 18, 2025 4:26 PM
**To:** Catherine C. Porto <CPorto@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

[EXTERNAL]

Hi Catherine,

Thank you for your email. Your request for "all underlying data that is summarized and/or referenced by The Times's documents and presentations" is vague, overbroad, and unduly burdensome. The Times has produced hundreds of presentations (i.e., Advertising updates, Brand Tracker reports, Audience reports, AIG reports)—many of which date back to 2018. It is unreasonable for OpenAI to expect us to produce the underlying data for each of these presentations.

The Times is available to meet and confer on the below request next Tuesday or Wednesday after 1pm PST. If that works, please circulate a calendar invite.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Catherine C. Porto <CPorto@keker.com>
**Sent:** Wednesday, December 17, 2025 8:44 PM
**To:** 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** NYT v. Microsoft et al | NYT Data Production Deficiency

EXTERNAL Email

Counsel,

The Times's productions reference numerous surveys, trackers, and studies that appear to have been conducted by The Times or at The Times's direction. OpenAI is entitled to the underlying data referenced in those documents, so that OpenAI can test the conclusions and representations made by The Times in these materials, purportedly in reliance on that underlying data. To date, however, OpenAI has not received the underlying data referenced in these documents. OpenAI requests that The Times produce all underlying data that is summarized and/or referenced by The Times's documents and presentations. This includes, but is not limited to, data collected in connection with the following:

- The New York Times Overarching Brand Trackers from Q2 2023 through Q4 2024, Q2 2025, July-August 2023, Oct-Dec 2023, January – March 2024, August 2024, October – December 2024, and June 2025 as shown in NYT_00832487, NYT_00832507, NYT_01018263, NYT_01018266, NYT_00832489, NYT_01018260, NYT_00700033, NYT_01018265, NYT_00832496, NYT_00832494 and NYT_00890830.
- The Core Brand Trackers Q3'23 through Q3'24 as shown in NYT_00871473, NYT_00832507 and NYT_01018232.
- The Overarching Brand Tracker Core News Q3'23, as shown in NYT_00832515.
- The Waves 1 and 2 2024 and 2025 surveys for News, Cooking, Games, and Product reviews as shown in NYT_01018256.
- The Q2 '25 Core News Tracker and the Q2 '25 Brand Health Tracker as shown in NYT_01034146.
- The New York Times Sub-Brand Trackers, Q3 2023 – Q1 2024, October – December 2024, and Q2 '25 as shown in NYT_01018260, NYT_01018263 and NYT_00832516.
- The Games Sub-Brand Health Trackers, Q3 2024, Q4 2024 and Q2 2025, as shown in NYT_00832494, NYT_00832487 and NYT_01018244.
- The Cooking Sub-Brand Health Trackers, Q2 2024, Q3 2024, Q4 2024 and Q2 2025, as shown in NYT_00832494, NYT_00832487, NYT_01018236 and NYT_01018244.
- The Cooking Brand Health Tracker Q4 as shown in NYT_00832497.
- The Wirecutter Sub-brand Health Trackers from Q2 2024, Q4 2024 and Q2 2025 as shown in NYT_00832516, NYT_01018239 and NYT_01018244.
- The Athletic Sub-brand Health Trackers from Q4 2024 and Q2 2025 as shown in NYT_00832519 and NYT_01018244.
- The Morning Consult Omnibus Survey x NYT GenAI; 7/28-8/1/2023, as shown in NYT_01018263.
- Qualitative research: GenAI & Search for News, August 2024 as cited in NYT_00832489 and NYT_00832495.
- Gen Pop/NYT Readers Omnibus Survey - August 2023 and raw study notes as shown in NYT_00273465.
- AIG Qualitative GenAI Trust Diary Study and Qualitative ChatGPT Study as shown in NYT_01018260 and NYT_01018244.
- AIG ChatGPT for New Qualitative Unmoderated Research, August 2025 and ChatGPT for Product Reviews Qualitative Unmoderated Study as shown in NYT_01018260 and NYT_01018244.
- The AIG research on the general population - Omnibus Survey - Awareness and usage of GenAI, Aug. '23 cited in NYT_00890855.
- The AIG research with Times readers - One-on-one interviews, Aug. '23 cited in NYT_00890855.
- Qualitative research: GenAI Product Development, July-August 2024 as cited in NYT_00832495.

Again, please note that the above is a non-exhaustive list. Please confirm by the end of the day on December 18 that you will produce the above referenced data by January 2.

Thanks,
Catherine

**Catherine Porto**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main