Susman Godfrey l.l.p

**VIA ECF**

January 13, 2025

Hon. Ona T. Wang
Southern District of New York

> *In re OpenAI, Inc.*, *Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW)
> This Document Relates To: All Cases

Dear Magistrate Judge Wang:

The Times submits this notice of supplemental authority regarding Plaintiffs' letter motion at Dkt. 1043 requesting an order that OpenAI produce deposition transcripts and the Altman and Brockman memos from *Musk v. Altman*, No. 4:24-cv-04722-YGR (N.D. Cal.) ("*Musk*").

Plaintiffs filed their letter motion on January 5, 2026. Dkt. 1043. On January 6, 2026, the *Musk* parties publicly filed a set of previously sealed documents that further support Plaintiffs' motion and demonstrate that the material Plaintiffs seek from *Musk* is relevant to the claims and defenses in this case. *See Musk* Dkt. 379. OpenAI's claim in its opposition brief that there is "no basis to believe" the deposition transcripts or Altman and Brockman memos "contain relevant information" is belied by the handful of additional documents and excerpts of deposition transcripts made public from *Musk*.[1] *See* Dkt. 1112 at 3. In addition to the exhibits attached to Plaintiffs' letter motion at Dkt. 1043, The Times submits the following documents that were unsealed in *Musk* on January 6, 2026 as supplemental authority:

- Ex. A (*Musk* Dkt. 379-67) – excerpts of Greg Brockman's Sep. 23, 2025 deposition in *Musk* regarding his commercial motivations
- Ex. B (*Musk* Dkt. 379-82) – excerpts of OpenAI's Oct. 3, 2025 Rule 30(b)(6) deposition regarding OpenAI's transition to a for-profit entity, Microsoft's investments into OpenAI, and the joint OpenAI Microsoft Deployment Safety Board

---

[1] Plaintiffs also learned through the recently unsealed *Musk* filings that OpenAI Co-founder and President Greg Brockman kept a diary that contains musings about OpenAI's transition to a for-profit entity. *See* Ex. M at 6 ("What do I *really* want?... Financially, what will take be to $1B?") ("[O]ur plan[:]…it would be nice to be making the billions… we've been thinking that maybe we should just flip to a for profit. making the money for us sounds great at all.") ("[C]annot say we are committed to the non-profit. don't wanna say that we're committed. If three months later we're doing b-corp then it was a lie.") (alterations in original). These limited portions are responsive to at least NYT RFP 11 (documents re: OpenAI's transition to a for-profit company). Plaintiffs have been unable to locate any Brockman diary entries produced in this case, despite the unsealed entries being responsive to News Plaintiffs' document requests. *See, e.g.*, NYT RFP 11. The Times asked OpenAI to confirm that Mr. Brockman's diary was collected and reviewed in this case and that any responsive entries will be produced, but have not yet heard back.

1

- Ex. C (*Musk* Dkt. 379-85) – excerpts of former OpenAI Board member Tasha McCauley's Sep. 30, 2025 deposition regarding Altman's dishonesty about OpenAI's for-profit entity, OpenAI's profit motive, and the Board's efforts to enhance AI safety to mitigate harmful impacts[2]
- Ex. D (*Musk* Dkt. 379-84) – Dec. 28, 2023 email involving Mr. Brockman and Mr. Altman regarding OpenAI's transition to a for-profit entity
- Ex. E (*Musk* Dkt. 379-38) – Aug. 30, 2016 email involving Mr. Altman and Mr. Musk regarding a Microsoft investment into OpenAI
- Ex. F (*Musk* Dkt. 379-42) – excerpts of Sam Altman's Sep. 16, 2025 deposition in *Musk* regarding OpenAI's transition to a for-profit entity and Microsoft's investments into OpenAI
- Ex. G (*Musk* Dkt. 379-78) – excerpts of Mr. Brockman's diary entries regarding OpenAI's transition to a for-profit entity
- Ex. H (*Musk* Dkt. 379-80) – excerpts of Mr. Brockman's diary entries regarding OpenAI's transition to a for-profit entity
- Ex. I (*Musk* Dkt. 379-81) – excerpts of Mr. Brockman's diary entries regarding his commercial motivations and OpenAI's transition to a for-profit entity
- Ex. J (*Musk* Dkt. 379-92) – excerpts of former OpenAI Chief Scientist Ilya Sutskever's Oct. 1, 2025 deposition regarding Microsoft's investments into OpenAI and safety issues regarding OpenAI model deployment
- Ex. K (*Musk* Dkt. 379-100) – excerpts of former OpenAI Board member Helen Toner's Oct. 8, 2025 deposition regarding Mr. Altman's lack of candor about OpenAI model safety and deployment and issues with the Deployment Safety Board
- Ex. L (*Musk* Dkt, 379-101) – excerpts of former OpenAI Board member Tasha McCauley's Sep. 30, 2025 deposition regarding issues with OpenAI model deployment and safety
- Ex. M (*Musk* Dkt. 379-59) – plaintiff Musk's opposition to OpenAI's motion for summary judgment in *Musk* with excerpts of OpenAI testimony and documents relating to OpenAI's transition to a for-profit entity and its commercial motivations at pages 5-8

Respectfully,

 */s/ Davida Brook*
Davida Brook
Susman Godfrey LLP
Counsel for The New York Times

cc:   All Counsel of Record (via ECF)

---

[2] Ms. McCauley's deposition excerpt also describes the Altman and Brockman memos that Plaintiffs are seeking in their motion, and confirms their relevance.