UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

*New York Times Co. v. Microsoft Corp. et al.,*
23-cv-11195

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

OpenAI's objection (Dkt. No. 638) pursuant to Federal Rule of Civil Procedure 72(a) to Magistrate Judge Ona T. Wang's September 19, 2025 Order (Dkt. No. 604) is dismissed as moot in light of the parties' resolution of this dispute.

Dated: New York, New York
        January 27, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.