**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION | Case No. 1:25-md-03143 (SHS) (OTW) |
| This Document Relates To: All Actions | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation (collectively "OpenAI Defendants") move this Court for an order in compliance with Local Rule 1.4 permitting the withdrawal in the above-captioned action of the following attorneys:

>Allison L. Stillman
>Latham & Watkins LLP
>1271 Avenue of the Americas
>New York, NY 10020
>
>Joseph R. Wetzel, Jr.
>Latham & Watkins LLP
>505 Montgomery Street
>Ste. 2000
>San Francisco, CA 94111
>
>Rachel R. Blitzer
>Latham & Watkins LLP
>1271 Avenue of the Americas
>New York, NY 10020
>
>Michael A. David
>Latham & Watkins LLP
>1271 Avenue of the Americas
>New York, NY 10020

1

      The OpenAI Defendants will continue to be represented by Latham & Watkins LLP as well as other firms in this proceeding including Morrison & Foerster LLP and Keker, Van Nest & Peters LLP, and no party will be prejudiced if this Motion is granted.

Dated: January 30, 2026                                      Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Elana Nightingale Dawson*
Elana Nightingale Dawson

*Attorneys for Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation*

SO ORDERED:

_____