UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION<br>This Document Relates To:<br><br>*The New York Times Company v. Microsoft Corp., et al.*, 23-cv-11195<br><br>*Daily News, LP, et al. v. Microsoft Corp., et al.*, 24-cv-3285 | No. 1:25-md-03143-SHS-OTW |

---

## JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS, OpenAI served a Subpoena to Testify at a Deposition in a Civil Action upon Professor Tom Goldstein ("Professor Goldstein") on February 13, 2026;

WHEREAS, OpenAI noticed Professor Goldstein's subpoena for February 27, 2026, at 9:00 a.m.;

WHEREAS, The New York Times Company, Daily News Plaintiffs, and OpenAI met and conferred on February 20, 2026 regarding OpenAI's subpoena and were unable to resolve their dispute;

WHEREAS, Professor Goldstein, The New York Times and Daily News Plaintiffs indicated their intent to file a motion for a protective order, opposing OpenAI's subpoena;

WHEREAS, Professor Goldstein and the parties agreed to continue Professor Goldstein's deposition date until the Court resolves the motion for a protective order;

THEREFORE, the Parties, through counsel, agree that Professor Goldstein's deposition shall be held over until the Court resolves the motion for a protective order.

**IT IS SO STIPULATED.**

Dated:  February 26, 2026

| | |
|---|---|
| /s/ *Steven Lieberman* | /s/ *Ian B. Crosby* |
| ROTHWELL FIGG P.C. | SUSMAN GODFREY LLP |
| **Counsel for Daily News Plaintiffs** | **Counsel for The New York Times** |

/s/ *Michelle Ybarra*

KEKER, VAN NEST & PETERS LLP

*Counsel for OpenAI*

SO ORDERED.

/s/ _____
ONA T. WANG
United States Magistrate Judge

Dated: _____
New York, New York