**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: <br><br> OPENAI, INC., <br><br> COPYRIGHT INFRINGEMENT LITIGATION <br><br><br> This Document Relates To: <br><br> 23-cv-11195 | 25-md-3143 (SHS) (OTW) <br><br> **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, a true and correct copy of the following document was served via electronic mail upon the following:

**REPLY LETTER MOTION TO COMPEL REGARDING PROJECT GIRAFFE AND V. MONACO DEPOSITION AT DKT. 1360**

| | |
|---|---|
| **FAEGRE DRINKER BIDDLE & REATH LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 248-3191<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1144 15th Street, Suite 3400<br>Denver, Colorado 80202<br>Telephone (303) 607-3588<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>90 S 7th St, Suite 2200<br>Minneapolis, MN 55402<br>612-766-7628<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>191 North Wacker Drive, Suite 3700<br>Chicago, IL 60606<br>312-569-1000<br>Fax: 312-569-3000<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1500 K Street NW<br>Washington, DC 20005<br><br>MicrosoftNYClassActionFDBR@faegredrinker.com<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street | **LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>212-906-1200<br><br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br><br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>415-391-0600<br><br>openaicopyrightlitigation.lwteam@lw.com<br><br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>415-268-7000<br><br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>213-892-5200<br><br>**MORRISON FOERSTER LLP**<br>2100 L Street, NW<br>Suite 900 |

| | |
|---|---|
| San Francisco, CA 94105<br>Telephone: (415)773-5700<br>Facsimile: (415)773-5759<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 506-3778<br>Facsimile: (212) 506-5151<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>222 Berkeley Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 880-1800<br>Facsimile: (617) 8801-1801<br><br>NewYorkTimes_Microsoft_OHS@orrick.com<br><br>*Attorneys for Microsoft Corp. Defendant* | Washington, DC 20037<br><br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, NY 10019<br><br>OpenAICopyright@mofo.com<br><br>**KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street<br>San Francisco, CA 94111<br>415-391-5400<br><br>**KEKER & VAN NEST, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>R. James Slaughter<br><br>KVPOAI@keker.com<br><br><br>**Kwun Bhansali Lazarus LLP**<br>555 Montgomery St., Suite 750<br>San Francisco, CA 94111<br>415-630-2350<br>mkwun@kblfirm.com<br><br>**Lewis & Llewellyn LLP**<br>601 Montgomery St.<br>Suite 2000<br>San Francisco, CA 94111<br>628-300-1525<br>djordan@lewisllewellyn.com<br>eburbidge@lewisllewellyn.com<br><br>*Attorneys for OpenAI Defendants* |

    */s/ Nasri V. B. Hage*
    Nasri V. B. Hage