# Exhibit H

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br><br>This Document Relates To:<br><br>THE NEW YORK TIMES COMPANY v.<br>MICROSOFT CORPORATION, et al. | Civil Action No. 25-md-3143 |

**PLAINTIFF THE NEW YORK TIMES COMPANY'S RESPONSES AND OBJECTIONS TO MICROSOFT CORPORATION'S SIXTH SET OF REQUESTS FOR PRODUCTION (NOS. 259-282)**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff The New York Times Company ("The Times") responds to Defendant Microsoft Corporation's ("Microsoft") Sixth Set of Requests for Production of Documents (the "Requests") as follows:

**GENERAL OBJECTIONS**

1.      The Times objects to each Request to the extent it seeks information or documents subject to attorney-client privilege, work product, or any other applicable privilege or protection.

2.      The Times objects to each Request to the extent it seeks documents or information not within The Times's possession, custody, or control or that are already in the possession, custody, and control of Defendants, on the grounds that such Requests are unduly burdensome and oppressive and therefore exceed the bounds of permissible discovery. The Times will only produce documents within its possession, custody, or control, and will do so in the manner such documents

demand alone" and "platform headwinds, particularly from organic Google Search, Google Discovery, Facebook News, Twitter, and Facebook" as vague and ambiguous. The Times further objects to this Request to the extent it seeks material protected by the attorney-client privilege or work-product doctrine. The Times further objects to this Request to the extent it seeks to obtain information more appropriately and efficiently sought through other discovery tools, such as depositions.

Based on these objections, The Times will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 280:**

Documents evidencing or related to any surveys regarding Your readers use of Defendants' Generative AI Product(s) and Service(s) (including but not limited to the survey attached as Exhibit A entitled "Has A.I. become a part of your daily life?") and responses to such surveys, including but not limited to the questions included in each version of such survey(s) that was deployed to consumers, the number of responses received, the number of users asked to complete such surveys, and the text responses selected or inputted by survey subject.

**RESPONSE NO. 280:**

The Times incorporates the General Objections set forth above. The Times objects to this Request as overbroad and unduly burdensome to the extent that it seeks documents and material not relevant to any party's claims or defenses in this case. *See* Dkts. 351, 592, 827. Specifically, the Court has repeatedly rejected Microsoft's request for the production of surveys, as well as Defendants' attempts to make burdensome and irrelevant discovery requests of The Times's newsroom. *See* Dkts. 351, 592, 827; *see also* Dkt. 243. The Times further objects to the terms "surveys regarding Your readers use of Defendants' Generative AI Product(s) and Service(s),"

20

"deployed to consumers," and "the text responses selected or inputted by survey subject," as vague and ambiguous. The Times further objects to this Request to the extent it seeks material protected by the attorney-client privilege or work-product doctrine. The Times further objects to this Request to the extent it seeks to obtain information more appropriately and efficiently sought through other discovery tools, such as depositions. The Times further objects to this Request to the extent it seeks material protected by the reports' privilege pursuant to the First Amendment of the U.S. Constitution, federal common law, the New York Shield Law, N.Y. Civ. Rights § 79-h, or the California Shield Law, Cal. Const. art. I, § 2, Cal. Evid. Code § 1070. The Times will not search for or produce Documents or Communications protected by the reporters' privilege in response to this Request. The Times further objects to this Request to the extent it seeks duplicative documents as those in Request No. 76.

Based on these objections, The Times will not produce documents in response to this Request aside from what The Times already agreed to produce in response to Request No. 76.

**REQUEST FOR PRODUCTION NO. 281:**

All Documents and Communications produced by You in response to discovery requests served on You by OpenAI in this Litigation.

**RESPONSE NO. 281:**

The Times incorporates the General Objections set forth above.

Subject to these objections, The Times responds that it will produce non-privileged documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 282:**

All Documents that You intend to rely on to support Your claims in this case.

21

**RESPONSE NO. 282:**

The Times incorporates the General Objections set forth above.

Subject to these objections, The Times responds that it will produce non-privileged documents responsive to this Request.


Dated: August 22, 2025

/s/ Ian Crosby

Ian Crosby *(pro hac vice)*
Genevieve Vose Wallace *(pro hac vice)*
Katherine M. Peaslee *(pro hac vice)*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
gwallace@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook *(pro hac vice)*
Emily K. Cronin (*pro hac vice*)
Adnan Muttalib *(pro hac vice)*
**SUSMAN GODFREY L.L.P.**
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
edupler@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Tamar Lusztig (5125174)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001

22

Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
tlusztig@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Scarlett Collings  (4985602)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile (713) 654-6666
scollings@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*

23