# Exhibit K

| | |
|---|---|
| **From:** | Adnan Muttalib <AMuttalib@susmangodfrey.com> |
| **Sent:** | Monday, March 2, 2026 11:58 AM |
| **To:** | Najemy, Laura; Drew H. Washington; ssalomon@keker.com; Catherine C. Porto; Spencer McManus; 'newsplaintiffs-service@simplelists.susmangodfrey.com' |
| **Cc:** | OpenAICopyright; Latham OpenAI Copyright Team; #NewYorkTimes-Microsoft-FDBR; NYClassActions_Microsoft_OHS; KVP-OAI |
| **Subject:** | RE: NYT v. Microsoft et al | NYT Data Production Deficiency |

**[EXTERNAL]**

Hi Laura and Drew,

Thank you for your emails. Please find our **responses** below.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Najemy, Laura <lnajemy@orrick.com>
**Sent:** Monday, March 2, 2026 11:34 AM
**To:** Drew H. Washington <dwashington@keker.com>; Adnan Muttalib <AMuttalib@susmangodfrey.com>; ssalomon@keker.com; Catherine C. Porto <cporto@keker.com>; Spencer McManus <smcmanus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <NYClassActions_Microsoft_OHS@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

<mark>EXTERNAL Email</mark>
Adnan,

Following up on this.  Please let us know The Times's position on these requests ASAP and your availability to meet and confer on these issues this afternoon.

Thanks,
Laura

**Laura B. Najemy :: Orrick :: 617 880 1889**

---

**From:** Drew H. Washington <DWashington@keker.com>
**Sent:** Thursday, February 26, 2026 12:00 AM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; ssalomon@keker.com; Catherine C. Porto <cporto@keker.com>; Spencer McManus <smcmanus@keker.com>; 'newsplaintiffs-

service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team
<openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <NYClassActions_Microsoft_OHS@orrick.com>; KVP-OAI
<KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

[EXTERNAL]

Adnan,

Can you confirm the Times produced the underlying survey data for the following items on February 23?

1. AIG Qualitative GenAI Trust Diary Study and Qualitative ChatGPT Study
2. AIG ChatGPT for News Qualitative Unmoderated Research (August 2025)
3. ChatGPT for Product Reviews Qualitative Unmoderated Study
5. Qualitative Research Study (GenAI & Search for News, August 2024)

**The Times confirms that it produced the underlying survey data on February 23.**

In light of (1) this belated production of data, which the Times represented it "located" over a month ago and (2) testimony from A.G. Sulzberger and Bardeen about what this data purports to show,  *see* Sulzberger Tr. 221:15-222:8; 229:7 – 230:21 (testifying that consumer surveys show NYT users use AI as a substitute for the Times's content); *see also* Bardeen Tr. 145:5-146:9 (same); Bardeen Tr. 188:22-189:17 (claiming audience research demonstrates ChatGPT is "overwhelmingly" impacting "traffic . . impact[ing] . . . subscribers and impact[ing] advertising"); Sulzberger Tr. 235:6-236:16 (claiming that the surveys reflect that "every trend that we identified then has gotten worse as adaptation of substitutive products have increased"), we demand re-opening Ms. Yamada's deposition for an additional 3 hours so that Defendants may inquire about the underlying data.

**As an initial matter, you misunderstand the data that was produced on February 23, 2026. The data that was produced on February 23, 2026 were not brand tracker surveys. Instead, they were qualitative GenAI studies, which provide transcript excerpts of interviews with NYT readers. As such, Ms. Yamada's topics did not cover these studies.**

**The brand tracker surveys that you reference above were produced well before February 23, 2026. As such, you had all the brand tracker reports and brand tracker surveys (which are cited in Mr. Sulzberger and Mr. Bardeen's transcripts) in advance of Ms. Yamada's deposition.**

**Finally, it should be noted that Defendants did not serve a single topic on Brand Trackers. The Times only agreed to have Ms. Yamada testify to brand tracker reports, in an effort to move discovery along. Your attempt to now leverage The Times's good-faith accommodation to demand more deposition time is not well-taken.**

Additionally, it has become clear that The Times has not produced the survey instruments for any of these surveys, which makes it impossible in most instances to understand what questions were actually asked of respondents.  We therefore demand production of all survey instruments corresponding to the survey data The Times has produced.
**Respectfully, Defendants' requests are becoming increasingly unreasonable. Consistent with the parties' agreement, we produced The Times's Brand Tracker reports and AIG reports dating back to 2021. Then, after the substantial completion deadline, OpenAI and Microsoft demanded that The Times produce these reports back to 2018. We did so. In January 2026, OpenAI suddenly demanded we turn over the underlying Brand**

**Tracker and AIG surveys. Again, we located Brand Tracker survey data and GenAI qualitative studies and produced those on an expedited basis, in order to resolve a discovery dispute without the Court's intervention. Now, two days before the close of fact discovery, we receive an email for "all survey instruments corresponding to the survey data The Times has produced." That is unacceptable. Between the Brand Tracker Reports and the underlying survey data, you have the relevant information you need.**

Separate and aside from the above-described issues, Ms. Yamada was not prepared to testify regarding the limited underlying survey data that had been produced before her deposition nor was she adequately prepared to discuss the difference between produced trackers. *See* Yamada Tr. 71:19-72:16. Defendants are entitled to testimony regarding the data that underlies the various surveys the Times has produced and to test the veracity of what the Times purports this data shows.

**Ms. Yamada testified in great detail about The Times's subscription cancellation surveys, *see, e.g.*, Yamada Tr. 15:22–31:19, 34:25–35:23, 44:18–49:15, brand tracker reports, *see id.* 49:23–53:3, and the underlying brand tracker surveys, *see id.* 56:2–70:20. Your sole basis for claiming unpreparedness is that Ms. Yamada did not study the underlying excel data—maintained by a third party—for these surveys. However, that was unnecessary as Ms. Yamada was able to speak to the contents of the surveys, the purposes of these surveys, and the timeframe of when those surveys were offered.**

Accordingly, Defendants request to re-open Ms. Yamada's deposition for an additional 3 hours on these issues. Please let us know if you will agree. Otherwise, please provide a time to meet and confer tomorrow or Friday.

**We will not accept your request for the foregoing reasons.**

Regards,
Drew

---

**Drew H. Washington**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2363 direct | 415 391 5400 main
dwashington@keker.com | vcard | keker.com

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Thursday, February 19, 2026 8:57 PM
**To:** Sarah Salomon <SSalomon@keker.com>; Catherine C. Porto <CPorto@keker.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

**[EXTERNAL]**

---

Hi Sarah,

3

Thank you for your email. We will produce the requested data by February 23.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Sarah Salomon <SSalomon@keker.com>
**Sent:** Wednesday, February 18, 2026 1:58 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; Catherine C. Porto <CPorto@keker.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

EXTERNAL Email
Adnan,

Following up regarding the below—have you produced any of items 1, 2, 3 and 5? If not, please confirm you will be producing that data by February 23. If you will not agree to produce that data by that date, please state, with specificity, your basis for withholding it.

Thanks,
Sarah

---

**Sarah Salomon**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8828 direct | 415 391 5400 main
ssalomon@keker.com | vcard | keker.com

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Monday, January 19, 2026 3:14 PM
**To:** Sarah Salomon <SSalomon@keker.com>; Catherine C. Porto <CPorto@keker.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

**[EXTERNAL]**

Hi Sarah,

As indicated in my January 17 email, The Times has already provided items 4, 6, 7, 8, 9, 10, and 11. Furthermore, The Times has located items 1, 2, 3, and 5. Once The Times receives and reviews the underlying data for these items, it will provide a timeline for production.

We object to any attempt by OpenAI to "hold the deposition open" on the basis of purportedly late production of documents. OpenAI only requested this information last month, and we have provided it as promptly as possible. OpenAI has had the predicate Brand Tracker reports for months now—which are what Ms. Yamada has been designated to testify about. As such, we do not believe OpenAI has any right to hold this deposition open, and we will only be presenting Ms. Yamada once.

Finally, to the extent there is any remaining confusion, The Times has produced all Brand Tracker surveys that it has been able to locate.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Adnan Muttalib
**Sent:** Saturday, January 17, 2026 4:17 PM
**To:** Sarah Salomon <SSalomon@keker.com>; Catherine C. Porto <CPorto@keker.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

Hi Sarah,

Thank you for your email. In the interests of resolving your concerns expeditiously, we are confirming that items 4, 6, 7, 8, 9, 10, and 11 were produced yesterday. These are located at NYT_01057726–NYT_01057728 and NYT_01057773–NYT_010157777. You are also correct that we have been referring to the survey data underlying the Brand Tracker reports.

We will respond to the remainder of your email at a later time.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.

5

amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Sarah Salomon <SSalomon@keker.com>
**Sent:** Saturday, January 17, 2026 2:18 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; Catherine C. Porto <CPorto@keker.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

EXTERNAL Email
Adnan,

I write to follow up on the below correspondence. In the interests of time given the upcoming Yamada deposition, can you please confirm that items 6, 7, 8, 9, and 10 were in the large production you made last night? Please also provide us an update by Wednesday regarding items 1, 2, 3, 4, 5, and 11. Assuming the surveys discussed above were in last night's production, The Times has produced voluminous data 3 business days before Ms. Yamada's deposition. Given the tight schedule, we will not move this deposition, but reserve the right to hold it open to address late-produced documentation.

I also wanted to seek clarification about a representation you made in your January 14 email—you said that The Times intended to "review and produce the following presentations by Friday," and included in that list "New York Times Brand Trackers." I assume you just misspoke and that you were referring to survey data underlying such presentations, not additional presentations themselves. But please confirm by Tuesday—The Times represented long ago that its production of Brand Trackers was already complete.

Thanks,
Sarah

**Sarah Salomon**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8828 direct | 415 391 5400 main
ssalomon@keker.com | vcard | keker.com

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Wednesday, January 14, 2026 8:47 PM
**To:** Catherine C. Porto <CPorto@keker.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI

<KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

**[EXTERNAL]**

Hi Catherine,

Thank you for your email. It might be helpful if we referred to the Appendix filed with your motion to compel. In that Appendix, you requested the following surveys:

1. AIG Qualitative GenAI Trust Diary Study and Qualitative ChatGPT Study
2. AIG ChatGPT for News Qualitative Unmoderated Research (August 2025)
3. ChatGPT for Product Reviews Qualitative Unmoderated Study
4. The Morning Consult Omnibus Survey x NYT GenAI (7/28-8/1/2023)
5. Qualitative Research Study (GenAI & Search for News, August 2024)
6. Waves 1 and 2 2024 and 2025 Surveys for News, Cooking, Games, and Product Reviews
7. New York Times Overarching Brand Trackers (quarterly from Q2 2023 through Q2 2025)
8. Games Sub-Brand Trackers (Q3 2024, Q4 2024, Q2 2025)
9. Cooking Sub-Brand Trackers (Q2 2024, Q3 2024, Q4 2024, Q2 2025)
10. Wirecutter Sub-Brand Trackers (Q4 2024, Q2 2025)
11. The Athletic Sub-Brand Trackers (Q4 2024, Q2 2025)

We are agreeing to produce the surveys underlying items 6, 7, 8, 9, and 10 from your Appendix. We are also investigating the source of the data for the surveys underlying items 1, 2, 3, 4, 5, and 11 and are amenable to producing that data, if it is not unreasonably burdensome to do so.

Please confirm this resolves our outstanding dispute.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Catherine C. Porto <CPorto@keker.com>
**Sent:** Wednesday, January 14, 2026 6:47 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

EXTERNAL Email
Adnan,

So that we can evaluate this response, can you clarify what surveys are contained in category one in your

7

email below ("Waves 1 and 2 2024 and 2025 Surveys for News, Cooking, Games, and Product Reviews")? Are these a different set of surveys than those you offered to produce in your email this morning? Additionally, when you say that The Times is amenable to producing the data for "the other surveys," what surveys are you referring to?

Thanks,
Catherine

---

**Catherine Porto**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Wednesday, January 14, 2026 5:57 PM
**To:** Catherine C. Porto <CPorto@keker.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

**[EXTERNAL]**

Hi Catherine,

Thank you for your email. The Times is currently working to gather this information. We should be able to review and produce the following presentations by Friday, but we will let you know if there are any issues in the interim:

1. Waves 1 and 2 2024 and 2025 Surveys for News, Cooking, Games, and Product Reviews
2. New York Times Brand Trackers (quarterly from Q2 2023 through Q2 2025)
3. Games Sub-Brand Trackers (Q3 2024, Q4 2024, Q2 2025)
4. Cooking Sub-Brand Trackers (Q2 2024, Q3 2024, Q4 2024, Q2 2025)
5. Wirecutter Sub-Brand Trackers (Q4 2024, Q2 2025)

The Times is also investigating the source of the data for the other surveys and is amenable to producing that data, if it is not unreasonably burdensome to do so.

However, The Times reserves the right to use all produced Brand Tracker Reports and AIG Reports. If OpenAI has any objections with any particular use of these reports, it can object at that time. Please let us know if this resolves the parties' dispute.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.

amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Catherine C. Porto <CPorto@keker.com>
**Sent:** Wednesday, January 14, 2026 1:13 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

<mark>EXTERNAL Email</mark>

Adnan,

Thank you. If The Times produces the below-referenced Brand Tracker surveys, then OpenAI agrees that this resolves the dispute so long as The Times will not rely on any non-produced surveys or conclusions derived therefrom—including statements made in presentations that cite non-produced surveys. Please confirm The Times agrees to these conditions by 9 PM EST today.

Additionally, the Brand Tracker surveys are relevant to Ms. Yamada's deposition, and the deadline to produce materials for her deposition has already passed. Please confirm that you will produce the survey data by the end of this week.

Thanks,
Catherine

**Catherine Porto**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Wednesday, January 14, 2026 9:35 AM
**To:** Catherine C. Porto <CPorto@keker.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

**[EXTERNAL]**

---

Hi Catherine,

We do not agree with your characterization of the meet and confer correspondence. At the December 23, 2025, meet and confer, The Times indicated that it would follow up with the relevant Times employees to determine what it could feasibly produce. However, given the unavailability of certain Times employees, The Times committed to

providing a response after the holidays. There was no indication at the meet and confer that OpenAI would be moving on this issue.

In any event, The Times is looking into whether it can produce the survey data for The New York Times Brand Trackers (quarterly from Q2 2023 through Q2 2025), Games Sub-Brand Trackers (Q3 2024, Q4 2024, Q2 2025), Cooking Sub-Brand Trackers (Q2 2024, Q3 2024, Q4 2024, Q2 2025), Wirecutter Sub-Brand Trackers (Q4 2024, Q2 2025), and The Athletic Sub-Brand Trackers (Q4 2024, Q2 2025). Please let us know if the production of these surveys would resolve the outstanding dispute. As always, we appreciate your willingness to resolve this issue without the Court's intervention.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Catherine C. Porto <CPorto@keker.com>
**Sent:** Monday, January 12, 2026 9:25 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; Spencer McManus <SMcManus@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

EXTERNAL Email
Adnan,

The Times represented in the parties' joint discovery dispute chart that "The Times offered to look into what it could feasibly collect and produce" in response to OpenAI's request, and that OpenAI moved to compel prior to getting any response. We disagree with this characterization of events: OpenAI requested a discrete set of surveys for which it sought data, The Times refused, and OpenAI informed counsel at the parties' December 23, 2025, meet and confer that it would likely be moving on this issue as a result. The Times's indication otherwise is inaccurate.

Regardless, to the extent that The Times has – as it represented in the dispute chart – looked into producing some set of survey data, please identify the surveys that The Times is willing to produce. Given the upcoming discovery conference, we'd appreciate a response by 1/14 at 10 AM ET.

Thanks,
Catherine

**Catherine Porto**
Keker, Van Nest & Peters LLP
633 Battery Street

San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main

---

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Monday, December 22, 2025 11:21 AM
**To:** Spencer McManus <SMcManus@keker.com>; Catherine C. Porto <CPorto@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

**[EXTERNAL]**

---

Hi Spencer,

Tuesday at 1pm PST works. Please circulate a calendar invite.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Spencer McManus <SMcManus@keker.com>
**Sent:** Saturday, December 20, 2025 8:50 AM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; Catherine C. Porto <CPorto@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

EXTERNAL Email
Adnan,

We disagree that our request is vague, overbroad, or burdensome.  As to the 19 categories of surveys below, we've cited specific Bates numbers of the presentations, which themselves identify the sources of the data, so those claims ring hollow.  For any other presentations containing conclusions that The Times intends to rely on, OpenAI is entitled to the underlying data so that it can test The Times's conclusions.  Will The Times agree to produce data underlying the categories we've identified below and any other presentations that it intends to rely on?  Please let me know by Monday.

If necessary, I am available to meet-and-confer on Tuesday at 1pm PT.

Thanks,
Spencer

**Spencer McManus**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2305 direct | 415 391 5400 main
smcmanus@keker.com | keker.com
he | him

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Thursday, December 18, 2025 4:26 PM
**To:** Catherine C. Porto <CPorto@keker.com>; 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI <KVPOAI@keker.com>
**Subject:** RE: NYT v. Microsoft et al | NYT Data Production Deficiency

**[EXTERNAL]**

Hi Catherine,

Thank you for your email. Your request for "all underlying data that is summarized and/or referenced by The Times's documents and presentations" is vague, overbroad, and unduly burdensome. The Times has produced hundreds of presentations (i.e., Advertising updates, Brand Tracker reports, Audience reports, AIG reports)—many of which date back to 2018. It is unreasonable for OpenAI to expect us to produce the underlying data for each of these presentations.

The Times is available to meet and confer on the below request next Tuesday or Wednesday after 1pm PST. If that works, please circulate a calendar invite.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

**From:** Catherine C. Porto <CPorto@keker.com>
**Sent:** Wednesday, December 17, 2025 8:44 PM
**To:** 'newsplaintiffs-service@simplelists.susmangodfrey.com' <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; NYClassActions_Microsoft_OHS <nyclassactions_microsoft_ohs@orrick.com>; KVP-OAI

<KVPOAI@keker.com>
**Subject:** NYT v. Microsoft et al | NYT Data Production Deficiency

EXTERNAL Email
Counsel,

The Times's productions reference numerous surveys, trackers, and studies that appear to have been conducted by The Times or at The Times's direction. OpenAI is entitled to the underlying data referenced in those documents, so that OpenAI can test the conclusions and representations made by The Times in these materials, purportedly in reliance on that underlying data. To date, however, OpenAI has not received the underlying data referenced in these documents. OpenAI requests that The Times produce all underlying data that is summarized and/or referenced by The Times's documents and presentations. This includes, but is not limited to, data collected in connection with the following:

- The New York Times Overarching Brand Trackers from Q2 2023 through Q4 2024, Q2 2025, July-August 2023, Oct-Dec 2023, January – March 2024, August 2024, October – December 2024, and June 2025 as shown in NYT_00832487, NYT_00832507, NYT_01018263, NYT_01018266, NYT_00832489,  NYT_01018260, NYT_00700033, NYT_01018265, NYT_00832496, NYT_00832494 and NYT_00890830.
- The Core Brand Trackers Q3'23 through Q3'24 as shown in NYT_00871473, NYT_00832507 and NYT_01018232.
- The Overarching Brand Tracker Core News Q3'23, as shown in NYT_00832515.
- The Waves 1 and 2 2024 and 2025 surveys for News, Cooking, Games, and Product reviews as shown in NYT_01018256.
- The Q2 '25 Core News Tracker and the Q2 '25 Brand Health Tracker as shown in NYT_01034146.
- The New York Times Sub-Brand Trackers, Q3 2023 – Q1 2024,  October – December 2024, and Q2 '25 as shown in NYT_01018260, NYT_01018263 and NYT_00832516.
- The Games Sub-Brand Health Trackers, Q3 2024, Q4 2024 and Q2 2025, as shown in NYT_00832494, NYT_00832487 and NYT_01018244.
- The Cooking Sub-Brand Health Trackers, Q2 2024, Q3 2024, Q4 2024 and Q2 2025, as shown in NYT_00832494, NYT_00832487, NYT_01018236 and NYT_01018244.
- The Cooking Brand Health Tracker Q4 as shown in NYT_00832497.
- The Wirecutter Sub-brand Health Trackers from Q2 2024, Q4 2024 and Q2 2025 as shown in NYT_00832516, NYT_01018239 and NYT_01018244.
- The Athletic Sub-brand Health Trackers from Q4 2024 and Q2 2025 as shown in NYT_00832519 and NYT_01018244.
- The Morning Consult Omnibus Survey x NYT GenAI; 7/28-8/1/2023, as shown in NYT_01018263.
- Qualitative research: GenAI & Search for News, August 2024 as cited in NYT_00832489 and NYT_00832495.
- Gen Pop/NYT Readers Omnibus Survey - August 2023 and raw study notes as shown in NYT_00273465.
- AIG Qualitative GenAI Trust Diary Study and Qualitative ChatGPT Study as shown in NYT_01018260 and NYT_01018244.
- AIG ChatGPT for New Qualitative Unmoderated Research, August 2025 and ChatGPT for Product Reviews Qualitative Unmoderated Study as shown in NYT_01018260 and NYT_01018244.
- The AIG research on the general population - Omnibus Survey - Awareness and usage of GenAI, Aug. '23 cited in NYT_00890855.
- The AIG research with Times readers - One-on-one interviews, Aug. '23 cited in NYT_00890855.

- Qualitative research: GenAI Product Development, July-August 2024 as cited in NYT_00832495.

Again, please note that the above is a non-exhaustive list. Please confirm by the end of the day on December 18 that you will produce the above referenced data by January 2.

Thanks,
Catherine

**Catherine Porto**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
4159628868 direct | 415 391 5400 main

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.