UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>*NYT v. Microsoft et al.*, No. 23-cv-11195 | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

### STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF AND FOUNDATION FOR CERTAIN MATERIALS

WHEREAS, Defendant Microsoft Corporation and Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OPCO LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC (collectively, "Defendants") sought the depositions of Kevin Roose and Andrew Ross Sorkin, employees of Plaintiff The New York Times Company ("The Times", and together with Defendants, "the Parties");

WHEREAS, The Times objected to the depositions of Roose and Sorkin;

WHEREAS, in the interests of efficiency, The Times and Defendants have agreed to enter into a stipulation regarding the authenticity of certain materials created by The Times that include statements by Roose and Sorkin;

NOW, THEREFORE, IT IS HEREBY STIPULATION AND AGREED by the Parties that:

1. The following podcast episodes and interviews, along with their corresponding transcriptions, are authentic and satisfy the requirements for identification or authentication of the materials under Federal Rule of Evidence 901:

   i) "ChatGPT Transforms a Classroom. And Is 'M3GAN' Real?", *Hard Fork* podcast (January 13, 2023)

   ii) "Bard Fork, and How to Talk So Chatbots Will Listen", *Hard Fork* podcast (March 24, 2023)

   iii) "Is A.I. Already Taking Jobs? + A Filmmaker Tries Sora + The XZ Backdoor Caper", *Hard Fork* podcast (April 5, 2024)

   iv) "Crypto Congress + HBD ChatGPT + What Social Media Platform Should I Be On?", *Hard Fork* podcast (November 15, 2024)

   v) "Trump's Next Online Speech Cop + Doctors vs. ChatGPT + Hard Fork Crimes Division", *Hard Fork* podcast (November 22, 2024)

   vi) "Sam Altman on the Future of A.I. and Society", interview by Andrew Ross Sorkin at the DealBook Summit (December 20, 2024)

1

vii) "The Musketeers Take Washington + Spotify's Ghost Music + Tool Time", *Hard Fork* podcast (February 7, 2025)

viii) "Bad Apple, the Rise of the AI Empire and Italian Brainrot," *Hard Fork* podcast (May 9, 2025)

2. Duplicates of the materials to which this stipulation applies are admissible to the same extent as their originals under Federal Rule of Evidence 1003.

3. Except with respect to the specific agreements referenced above, all other objections are preserved with respect to the admissibility of said materials.

4. Defendants reserve the right to seek to call Roose and Sorkin as witnesses at trial.

5. The Times reserves the right to object to Defendants calling Roose and/or Sorkin at trial.

Dated: February 5, 2026

By: /s/ Sarah Salomon[1]
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (admitted *pro hac vice*)
 *rvannest@keker.com*
R. James Slaughter (admitted *pro hac vice*)
 *rslaughter@keker.com*
Paven Malhotra
 *pmalhotra@keker.com*
Michelle S. Ybarra (admitted *pro hac vice*)
 *mybarra@keker.com*
Sarah Salomon (admitted *pro hac vice*)
 *ssalomon@keker.com*
Katie Lynn Joyce (admitted *pro hac vice*)
 *kjoyce@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

By: /s/ Laura Najemy
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Annette L. Hurst (admitted *pro hac vice*)
Daniel Justice (admitted *pro hac vice*)
Amanda H. Schwartz (admitted *pro hac vice*)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
ahurst@orrick.com
djustice@orrick.com
aschwartz@orrick.com

Christopher J. Cariello
Lisa T. Simpson
51 West 52nd Street
New York, NY 10019

---

[1] All parties whose electronic signatures are included herein have consented to the filing of this document.

**LATHAM & WATKINS LLP**
Andrew M. Gass (admitted *pro hac vice*)
 andrew.gass@lw.com
San Francisco, CA 94111
Telephone: 415.391.0600

Allison Blanco (admitted *pro hac vice*)
 allison.blanco@lw.com
Orange County, CA 92626
Telephone: 714.755.8293

Sarang V. Damle
 sy.damle@lw.com
Luke A. Budiardjo
 luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana N. Dawson (admitted *pro hac vice*)
 elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004

Telephone: 202.637.2200


**MORRISON & FOERSTER LLP**
Joseph C. Gratz (admitted *pro hac vice*)
 jgratz@mofo.com
Tiffany Cheung (admitted *pro hac vice*)
 tcheung@mofo.com
Caitlin S. Blythe (admitted *pro hac vice*)
 cblythe@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (admitted *pro hac vice*)
 roselee@mofo.com
707 Wilshire Boulevard, Suite 6000 Los
Angeles, CA 90017
Telephone: 213.892.5200

*Attorneys for Defendants*
*OPENAI, INC., OPENAI LP, OPENAI GP,*
*LLC, OPENAI, LLC, OPENAI OPCO LLC,*

Telephone: (212) 506-3778
Facsimile: (212) 506-5151
ccariello@orrick.com
lsimpson@orrick.com

Sheryl Koval Garko (admitted *pro hac vice*)
Laura Brooks Najemy (admitted *pro hac vice*)
222 Berkley Street
Boston, MA 02116
Telephone: (617) 880-1800
Facsimile: (617) 880-1801
sgarko@orrick.com
lnajemy@orrick.com

Monica Svetoslavov (admitted *pro hac vice*)
Andrew Schreiber
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
msvetoslavov@orrick.com
aschreiber@orrick.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
Jeffrey S. Jacobson
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 248-3191
jeffrey.jacobson@faegredrinker.com

Jared B. Briant (admitted *pro hac vice*)
Kirstin L. Stoll-DeBell (admitted *pro hac vice*)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3588
jared.briant@faegredrinker.com
kirstin.stolldebell@faegredrinker.com

Carrie A. Beyer (admitted *pro hac vice*)
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
carrie.beyer@faegredrinker.com

3

OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC

Elizabeth M.C. Scheibel (admitted *pro hac vice*)
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
elizabeth.scheibel@faegredrinker.com

*Attorneys for Defendant Microsoft Corporation*

By: */s/ Davida Brook*
**SUSMAN GODFREY L.L.P.**
Davida Brook (admitted *pro hac vice*)
Emily K. Cronin (admitted *pro hac vice*)
Adnan Muttalib (admitted *pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
amuttalib@susmangodfrey.com

Ian Crosby (admitted *pro hac vice*)
Katherine M. Peaslee (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
kpeaslee@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Alexander Frawley (5564539)
Tamar Lusztig (5125174)
Eudokia Spanos (5021381)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com

4

afrawley@susmangodrey.com
tlusztig@susmangodfrey.com
espanos@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan (admitted *pro hac vice*)
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorney for Plaintiff
The New York Times Company and
News Plaintiffs' Laison Counsel*


**IT IS SO ORDERED.**

Dated: March 7, 2026

_____
HONORABLE ONA T. WANG
United States Magistrate Judge

5