UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>All Cases | Case No. 1:25-md-3143-SHS-OTW |

**STIPULATION REGARDING DEPOSITION TIME FOR MICROSOFT WITNESSES**

Pursuant to the Court's Oral Order during the February 11, 2026 Discovery Conference, Class Plaintiffs and News Plaintiffs (collectively "Plaintiffs") and Microsoft submit the following stipulation and agreement with respect to deposition time for Microsoft Witnesses (defined herein to include both current and former Microsoft employees):

Accordingly, Plaintiffs and Microsoft stipulate and agree as follows:

1. Absent good cause arising after February 13, 2026, Plaintiffs will not seek any additional Rule 30(b)(1) time for Microsoft Witnesses;

2. For Microsoft witnesses deposed on or after February 4, 2026, Plaintiffs may collectively reallocate up to 30 hours of Rule 30(b)(1) deposition time to 30(b)(6) deposition time, at Plaintiffs' discretion;

3. Plaintiffs withdraw their requests for depositions of the four witnesses disclosed by Microsoft on January 16, 2026, unless and until those witnesses provide a declaration prior to trial or appear on a trial witness list, in which case Plaintiffs may spend up to 3 deposition hours for each witness (which will not count against Plaintiffs' remaining deposition time allotments);

4.      Plaintiffs may use up to 3 hours of Rule 30(b)(6) time for the deposition of Natasha Crampton and up to 7 hours of Rule 30(b)(6) time for 2 Rule 30(b)(6) depositions regarding (i) the operation of the New Copilot product, and (ii) data metrics and output logs associated with the New Copilot product. These Rule 30(b)(6) deposition hours are separate from and will not otherwise count against Plaintiffs' remaining Rule 30(b)(6) deposition time with Microsoft Witnesses, nor Plaintiffs' overall deposition time caps for Microsoft witnesses;

5.      Plaintiffs will not seek depositions of Nidhi Chappell and Anupa Aggarwal;

6.      Absent good cause arising after February 13, 2026, the reallocation of deposition time referenced herein will be the final reallocation of deposition time for Microsoft Witnesses, and Plaintiffs will not seek to reopen the depositions of any Rule 30(b)(6) Microsoft Witnesses who have been deposed on or before February 13, 2026.

**IT IS SO STIPULATED.**

Dated: February 13, 2026

| | |
|---|---|
| */s/ Justin A. Nelson* | */s/ Jared B. Briant* |
| Justin A. Nelson (admitted *pro hac vice*) | Jared B. Briant (admitted *pro hac vice*) |
| **SUSMAN GODFREY LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 1000 Louisiana Street, Suite 5100 | 1144 Fifteenth Street, Suite 3400 |
| Houston, TX 77002 | Denver, CO 80202 |
| Telephone: 713-651-9366 | Telephone: (303) 607-3500 |
| jnelson@susmangodfrey.com | jared.briant@faegredrinker.com |
| ***Interim Class Counsel for Class Plaintiffs*** | ***Counsel for Defendant Microsoft Corporation*** |
| */s/ Davida Brook* | |
| Davida Brook (admitted *pro hac vice*) | |
| **SUSMAN GODFREY LLP** | |
| 1900 Ave. of the Stars, Suite 1400 | |
| Los Angeles, CA 90067-2906 | |
| Telephone: (310) 789-3100 | |
| dbrook@susmangodfrey.com | |
| ***Counsel for News Plaintiffs*** | |

IT IS ORDERED that the foregoing Agreement is approved.

Dated: March 7, 2026

_____
HONORABLE ONA T. WANG
United States Magistrate Judge