UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE: :
:
OPENAI, INC., :   25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION, :
:
: **ORDER**
This Document Relates To: :
**All Actions** :
:

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' submissions in advance of the March 10, 2026 discovery status conference and sets the following agenda to discuss remaining discovery.

I. **Rulings**[1]

   a. **Additional Reservoirs (ECF 1312)**

Plaintiffs' Motion to Compel production of the reservoirs of 78 million and 10 million logs is **GRANTED in part**. OpenAI is ordered to produce the reservoirs of 78 million and 10 million logs and to meet and confer with Plaintiffs on an appropriate protocol, in light of the Court's rulings on the de-identification of the 20 million log sample, to de-identify such logs and protect any users' privacy.

   b. **Monaco 30(b)(6) Deposition (ECF 1220)**

I find that OpenAI designee Vinnie Monaco was not sufficiently or properly prepared for his 30(b)(6) deposition, and that the pattern of objections and Mr. Monaco's resulting answers impeded, delayed and frustrated the fair examination of OpenAI, the deponent. The parties are

---

[1] The Court reserves decision on the requests for sanctions, and the decisions herein are without prejudice to additional requests for relief contained in the parties' motions. The Court hopes that the additional discovery ordered may ameliorate some of the prejudice articulated by Plaintiffs, and the Court expects the parties to use the guidance in these rulings in meeting and conferring to finish discovery expeditiously.

directed to meet and confer on discovery-based remedial measures, including but not limited to: agreeing to additional deposition(s) and/or deposition time; production of non-privileged documents relating to Project Giraffe; and the timely production of an updated privilege log if documents are withheld on that basis. The Court will issue a more detailed written opinion setting forth the reasons for its ruling.

### c. Greg Brockman's journal (ECF 1200)

Plaintiffs' motion to compel Brockman's journal is **GRANTED**. Parties are directed to meet and confer regarding production of the journal, and to discuss whether the "privacy review" process ordered in my December 5, 2025 Text & Social Media Messages Order can be applied in this instance. (ECF 900 at 18-19).

### d. Output Log Print Protocol

Parties are directed to continue meeting and conferring and file a joint print protocol. If no joint protocol is reached, the parties are directed to file 2-page briefs with their respective proposed protocols by **Wednesday, March 18, 2026.**

### e. "Local production" of OpenAI Training Datasets

Parties are directed to meet and confer and discuss whether they can resolve (or have resolved) this issue without Court intervention.

## II. Agenda for Conference

### a. Privilege Disputes

#### i. *In camera* Review

The Court has reviewed the documents submitted *in camera* following the February 11, 2026 conference. The Opinion and Order on these disputes is forthcoming and will not be discussed at the March 10th conference. Any new disputes that seek *in camera* review should

be reassessed in light of that order, and parties are directed to meet and confer after taking that order into consideration.

### ii. "Reasons for Deletion" Disputes

The parties should be prepared to discuss whether they have resolved (or are working toward resolution of) the disputes covered by Judge Stein's and my Opinions and Orders at ECF 1276 and 846, respectively.

    **b. Outstanding Deposition Issues and Disputes**
    **c. Outstanding Document Production Issues**[2]
    **d. Project Giraffe Issues and Disputes**

**SO ORDERED.**

Dated: March 9, 2026  
    New York, New York

        *s/ Ona T. Wang*
        **Ona T. Wang**
        United States Magistrate Judge

---

[2] The Court is aware of the spoliation claims that have been levied at OpenAI. These issues will be addressed by separate briefing to be scheduled at a later date.