```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE:                                           :
                                                 :
OPENAI, INC.,                                    :      25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,               :
                                                 :
                                                 :      ORDER
                                                 :
This Document Relates To:                        :
All Actions                                      :
                                                 :
---------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a confidential discovery settlement conference for all actions in this matter on Friday, March 13, 2026. The Court will conduct another confidential discovery settlement conference on **Monday, March 30, 2026, at 2:00 p.m. ET.** The parties shall submit any pre-settlement submissions to Chambers via email no later than **Friday, March 27, 2026**. The parties shall also provide a joint agenda for the conference by emailing it to Chambers no later than **10:00 a.m. ET on Monday, March 30, 2026**. Plaintiffs are directed to circulate a Zoom link to all parties in advance of the conference.

The Court sets the following briefing schedule for production of the deposition transcripts and companying exhibits in the *Musk* litigation: Plaintiffs' opening brief due **March 20**; OpenAI's response due **March 23**. There shall be no replies. Parties are reminded to refer back to the January 15, 2026, hearing transcript before submitting their briefing.

SO ORDERED.

Dated: March 13, 2026
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge