Susman Godfrey L.L.P

**VIA ECF**

March 16, 2026

*In re OpenAI, Inc.*, *Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW)
This Document Relates To: All Actions

Dear Magistrate Judge Wang:

Plaintiff The New York Times and *Daily News* Plaintiffs oppose Greg Brockman's personal counsel's request to extend the deadline to produce responsive portions of Mr. Brockman's journal from March 17 to April 7. *See* Dkt. 1427-1. Mr. Brockman's counsel did not reach out in advance to meet and confer, let alone explain why they need a full month to review a few hundred pages[1] of electronic notes that were already reviewed and produced in *Musk v. Altman*. Given the stage of this litigation, and the potential for disputes regarding redactions, now is not the time for moving slowly. Rather, while Plaintiffs contend this journal and any redaction log should have been produced by the Court's March 17 deadline, in no event should it be produced later than March 24. This, of course, is particularly true given that this is a document Mr. Brockman should have disclosed some two years ago.

Plaintiffs also request confirmation from the Court regarding the review and redaction process prior to production. Mr. Brockman's personal counsel stated in their March 13, 2026 letter that "[r]eview and production of Mr. Brockman's journal will follow the process ordered by the Court on December 5, 2025." Dkt. 1427-1. Pursuant to the Court's March 9, 2026 Order at Dkt. 1418 and the parties' agreement on the record during the March 10, 2026 Discovery Conference at 18:24-20:1, Plaintiffs understand that only the "privacy review" process set forth in the Court's Order applies here. In other words, the Court's Order at Dkt. 1418 requires OpenAI's counsel and Mr. Brockman's counsel to work together to review the entirety of Mr. Brockman's journal, apply privacy redactions where appropriate, and produce a privacy redaction log along with the journal in line with the Court's instructions at Dkt. 900 and Dkt. 910. If counsel for Mr. Brockman is doing anything different, they and OpenAI should promptly advise the Court to allow the parties to resolve any disputes promptly and efficiently.

Respectfully,

_/s/  Davida Brook_____
Davida Brook
Susman Godfrey LLP
Counsel for The New York Times Company

---

[1] OpenAI's counsel stated during a meet and confer on March 13, 2026 that the entire journal was "hundreds of pages" long.

1

2

News Plaintiffs' Liaison Counsel

cc:    All Counsel of Record (via ECF)

2