| | |
|---|---|
| **From:** | Alex Frawley |
| **To:** | "Silverstein, Brianna L."; Scheibel, Elizabeth M.C.; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> |
| **Cc:** | #NewYorkTimes-Microsoft-FDBR; NewYorkTimes_Microsoft_OHS; KVP-OAI; OpenAICopyright; "openaicopyrightlitigation.lwteam@lw.com" |
| **Subject:** | RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft |
| **Date:** | Wednesday, April 29, 2026 12:21:00 AM |

Hi Brianna,

I don't follow the alleged surprise. The parties have been focusing on expert reports and now we have a briefing deadline this week to address discovery disputes. I'd be happy to speak with one of your colleagues if you are not available tomorrow. In any event, your email does not suggest Microsoft is willing to provide the information we are requesting; to the contrary you claim we have failed to provide any basis for the request. So we are at an impasse. That said, I'd be happy to speak after we file our motion if you are amenable to trying to resolve it. As for your question about whether The Times has the information, we looked into it and The Times does not have it.

Best,
Alex

**From:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>
**Sent:** Tuesday, April 28, 2026 5:00 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

<mark>EXTERNAL Email</mark>
Alex:

After not hearing from you for six weeks on this issue, you reached out two weeks ago and asked for a time to meet and confer. I promptly responded the next day indicating my availability that same week. You did not respond so we assumed the Times had dropped this issue. Given the Times's consistent delays and failure to meaningfully meet and confer, there is no basis for the Times to bring this to the Court's attention or file anything regarding this issue tomorrow.

That being said, you have failed to provide any basis for the Times's position that Microsoft is obligated to search for a list of the articles that were actually displayed pursuant to the Agreement. Further, you still have not responded to our request as to whether the Times has conducted a search of its own for any responsive documents it may have in its possession, custody, or control, and if not, why not. I am not available to meet and confer tomorrow but can schedule a time early next week after my return to the office. In the interim, I would appreciate if you could provide a response to both of my requests.

Regards,

Brianna

**Brianna L. Silverstein**
Counsel
Pronouns: she/her/hers
brianna.silverstein@faegredrinker.com
Connect: vCard

+1 202 230 5136 direct

**Faegre Drinker Biddle & Reath LLP**
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Tuesday, April 28, 2026 1:15 PM
**To:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>; Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

**This Message originated outside your organization.**

Brianna,

My apologies for not being able to meet at the time below.

Are you available to discuss this issue tomorrow morning to see if we can reach agreement and avoid a dispute with the Court?

Best,
Alex

**From:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>
**Sent:** Wednesday, April 15, 2026 11:35 AM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-

service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>;
NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI
<kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>;
'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

EXTERNAL Email
Alex:

I can be available to discuss this issue before 1 pm ET tomorrow or between 11 am and 3 pm ET on
Friday.

Regards,

Brianna

**Brianna L. Silverstein**
Counsel
Pronouns: she/her/hers
brianna.silverstein@faegredrinker.com
Connect: vCard

+1 202 230 5136 direct

**Faegre Drinker Biddle & Reath** LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential
and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of the original message and
any attachments.

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Tuesday, April 14, 2026 12:41 AM
**To:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>; Scheibel, Elizabeth M.C.
<elizabeth.scheibel@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-
service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>;
NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI
<kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>;
'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

**This Message originated outside your organization.**

Hi Brianna,

Can you propose times to meet and confer about this issue on Tuesday or Thursday?

Best,
Alex

---

**From:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>
**Sent:** Monday, April 13, 2026 3:58 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

<mark>EXTERNAL Email</mark>
Alex:

As I stated six weeks ago in my February 24th email, the spreadsheet includes the articles that the Times provided to Microsoft for the feed pursuant to the New York Times Content & Software License Agreement since 2022.  A list of articles selected by Microsoft for display is not relevant to Microsoft's express license defense, is not responsive to RFP 167, and does not reflect the "articles Microsoft claims to be at issue for" the express license defense, as you requested Microsoft provide in your February 6th email.  As such, Microsoft will not search for a list of the articles selected by Microsoft for display under the New York Times Content & Software License Agreement.

Further, in my February 24th email, we stated that we expected the Times to conduct a more thorough search for the articles it provided to Microsoft for the feed pursuant to the Content & Software License Agreement and provide that information as soon as possible.  You did not respond to this request.  Did The Times conduct such a search and produce any documents?  If not, why not?

Regards,

Brianna


**Brianna L. Silverstein**
Counsel
Pronouns: she/her/hers
brianna.silverstein@faegredrinker.com
Connect: vCard

+1 202 230 5136 direct

---

**Faegre Drinker Biddle & Reath** LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential

and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Tuesday, April 7, 2026 6:43 PM
**To:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>; Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft


**This Message originated outside your organization.**


Hi Brianna,
To clarify, what does the spreadsheet you've referenced include? The Times is seeking a list of the articles selected by Microsoft for display. Is that what you contend is represented by this list, or does this spreadsheet include additional articles that appeared in The Times's feed but which were not selected for display by Microsoft?
Best,
Alex

**From:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>
**Sent:** Tuesday, February 24, 2026 4:22 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

EXTERNAL Email
Alex:

While we continue to dispute that Microsoft has any burden to produce the list of articles the Times provided to Microsoft under the New York Times Content & Software License Agreement or that the list is responsive to RFP 167, in the interest of compromise, Microsoft produced last week at MSFT_AI_MDL_002881402 a spreadsheet that includes articles the Times provided to Microsoft for the feed pursuant to the New York Times Content & Software License Agreement since 2022.

Microsoft reserves all rights to assert that additional articles are licensed via the New York Times Content

& Software License Agreement.

We also expect the Times to conduct a more thorough search for the articles it provided to Microsoft for the feed pursuant to the Content & Software License Agreement and provide that information as soon as possible.

Regards,

Brianna

**Brianna L. Silverstein**
Counsel
Pronouns: she/her/hers
brianna.silverstein@faegredrinker.com
Connect: vCard

+1 202 230 5136 direct

**Faegre Drinker Biddle & Reath** LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Friday, February 6, 2026 3:29 PM
**To:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>; Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

**This Message originated outside your organization.**

Hi Brianna,
We will respond separately on the MSA issue.
As for the New York Times Content & Software License Agreement issue, we checked and our client no longer has access to the list of articles that Microsoft selected under that agreement. Can Microsoft please provide that information? We think this information is responsive to RFP 167 and in any event this request concerns Microsoft's affirmative defense, and we are entitled to know which articles Microsoft claims to be at issue for that defense.
Best,

Alex

**From:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>
**Sent:** Tuesday, February 3, 2026 8:37 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

<mark>EXTERNAL Email</mark>
Alex:

As stated in my January 27 email below, Ms. Gaggara was designated to testify as to Microsoft's DMCA program and it is our contention that any topics related to Microsoft's narrow reliance on the MSA beyond the DMCA program would seek legal contentions that are improper 30(b)(6) topics.  As such, Microsoft will not designate a further witness on this topic.

As stated in my January 30 email, the Times already has the data related to the Times articles used under the terms of the New York Times Content & Software License Agreement as the Times received that information via the MSN Publisher Hub when it was a partner.  Have you asked your client for this data, and does the Times intend on producing it?  We also dispute that the list of articles is responsive to RFP 167 or that Microsoft has any burden to produce what is already in the Times' possession.

Regards,

Brianna

**Brianna L. Silverstein**
Counsel
Pronouns: she/her/hers
brianna.silverstein@faegredrinker.com
Connect: vCard

+1 202 230 5136 direct

**Faegre Drinker Biddle & Reath LLP**
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Monday, February 2, 2026 10:45 PM
**To:** Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>; Silverstein, Brianna L.

<brianna.silverstein@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

**This Message originated outside your organization.**

---

Hi Liz:

Thank you for the clarification below in the thread about the MSA. Because Microsoft is still planning to rely on the MSA, we cannot withdraw the topic. Any objections to particular questions can be addressed with form and scope objections, as with any other deposition.  Can you confirm which witness will address this topic?

As for our question below about the New York Times Content & Software License Agreement, we request that Microsoft produce a list of the specific Times works, which in Microsoft's view, are implicated by its express license defense. Please by Friday confirm Microsoft will do so.

Best,

Alex

---

**From:** Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>
**Sent:** Monday, February 2, 2026 1:16 PM
**To:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>; Alex Frawley <AFrawley@susmangodfrey.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

EXTERNAL Email

Alex and News Counsel,

I'm following up on Microsoft's request that News Plaintiffs withdraw News Topic 65. Please confirm Plaintiffs will do so by end of day tomorrow.

Thank you,

Liz

**Elizabeth M.C. Scheibel**
Associate

Pronouns: she/her/hers

elizabeth.scheibel@faegredrinker.com

Connect: vCard / LinkedIn

+1 612 766 7628 direct

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

**From:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>
**Sent:** Friday, January 30, 2026 10:21 AM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

Alex:

Regarding the NYT articles used under the terms of the New York Times Content & Software License Agreement, the Times already has that data, as The Times received that information via the MSN Publisher Hub when it was a partner.

Regards,

Brianna

**Brianna L. Silverstein**
Counsel
Pronouns: she/her/hers
brianna.silverstein@faegredrinker.com
Connect: vCard

+1 202 230 5136 direct

**Faegre Drinker Biddle & Reath** LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Silverstein, Brianna L.
**Sent:** Tuesday, January 27, 2026 1:42 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>;

NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

Alex:

Microsoft is not relying on the MSA for its express license defense. Microsoft intends to rely on the MSA as prohibiting use of Microsoft's services for copyright infringement because it is relevant to the claims and defenses that seek to hold Microsoft secondarily liable for end-user infringement. This includes Microsoft's assertions of user-volition and its safe harbor defense on the DMCA claims. Ms. Gaggara is already designated to testify as to Microsoft's DMCA program. As such, Microsoft continues to assert that a separate witness on the MSA agreement is both unnecessary and not proportional to the needs of the case. Additionally, these are otherwise legal contentions that are not the proper subject of a 30(b)(6) deposition, and we do not intend to produce witnesses to testify to legal contentions.

We will revert by separate email regarding your question related to the New York Times Content & Software License Agreement.

Regards,

Brianna

**Brianna L. Silverstein**
Counsel
Pronouns: she/her/hers
brianna.silverstein@faegredrinker.com
Connect: vCard

+1 202 230 5136 direct

**Faegre Drinker Biddle & Reath LLP**
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Tuesday, January 27, 2026 9:23 AM
**To:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>; NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

**This Message originated outside your organization.**

---

Hi Brianna,

We are a little confused. Although Microsoft's response to Rog 11 does not identify the MSA, Microsoft *does* identify the MSA in its Response to Rog 12, which contains a list of contracts Microsoft believes is relevant to any claim or defense.  Microsoft also in Rog 11 incorporates by reference all contracts identified in Rog 12, which suggests Microsoft contends the MSA is relevant to the express license defense.

Can you clarify the claims and/or defenses for which Microsoft contends the MSA is relevant? That clarification will help us decide whether we can drop the 30(b)(6) topic on the MSA.

Relatedly, we have a question about Microsoft's reliance on the New York Times Content & Software License Agreement. We understand from the Rog response that Microsoft is relying on this contract to support its express license defense. Has Microsoft produced or otherwise identified the Times articles used under the terms of that agreement? If so please identify by bates number where that information was provided. If not, please confirm Microsoft will provide that information by the end of this week given the upcoming deposition of Geraldine Russell. This information is responsive to RFP 167 ("All Documents and Communications related to any contention by You that Defendants' infringement of the asserted works was permitted by an express or implied license") among other discovery requests.

Best,

Alex

---

**From:** Silverstein, Brianna L. <brianna.silverstein@faegredrinker.com>
**Sent:** Monday, January 26, 2026 12:01 PM
**To:** NewsPlaintiffs-Service list <newsplaintiffs-service@simplelists.susmangodfrey.com> <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Cc:** #NewYorkTimes-Microsoft-FDBR <NewYorkTimes-Microsoft-FDBR@faegredrinker.com>; NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; 'openaicopyrightlitigation.lwteam@lw.com' <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** Open AI MDL - News 30(b)(6) Topic 65 to Microsoft

EXTERNAL Email
Counsel:

We are writing regarding News 30(b)(6) Topic 65, which is related to the Microsoft Services Agreement ("MSA"). Our understanding based on the numerous meet and confers during discovery is that News Plaintiffs' basis for seeking discovery into the MSA was Microsoft's potential express license defense, and Microsoft agreed to provide a witness on this topic because at the time objections and designations were due, Microsoft had not yet identified the licenses for its express license defense. Microsoft has now done so and has not identified the MSA. As such, Microsoft requests that News Plaintiffs withdraw News Topic 65. If News Plaintiffs refuse to withdraw the topic, then please provide the basis for relevance and why discovery into this topic is proportional to the needs of the case.

Regards,

Brianna

**Brianna L. Silverstein**
Counsel
Pronouns: she/her/hers
brianna.silverstein@faegredrinker.com
Connect: vCard

+1 202 230 5136 direct

**Faegre Drinker Biddle & Reath** LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.