# Exhibit D

PC4DOpe1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

IN RE:   ,

OPENAI, INC.,
COPYRIGHT INFRINGEMENT LITIGATION

                                    25 MD 03143 (OTW)

                                    Conference

-------------------------------x

                                    New York, N.Y.
                                    December 3, 2025
                                    2:00 p.m.
Before:

                    HON. ONA T. WANG,

                                    U.S. Magistrate Judge

                         APPEARANCES

SUSMAN GODFREY LLP
        Attorneys for the Class Plaintiffs
BY:  JUSTIN NELSON
     CRAIG SMYSER
     AMBER MAGEE

SUSMAN GODFREY LLP
        Attorneys for The New York Times
BY:  DAVIDA BROOK
     ALEXANDER P. FRAWLEY


ROTHWELL FIGG ERNST & MANBECK, P.C.
        Attorneys for New York Times and Daily News
BY:  STEVEN LIEBERMAN
     KRISTEN LOGAN


LOEVY & LOEVY
        Attorneys for Center for Investigative Reporting
BY:  MATTHEW TOPIC

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        Attorneys for Class Plaintiffs
BY:  ANNA FREYMANN

                  SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

PC4DOpe1

APPEARANCES, Continued:

RUTTENBERG IP LAW
        Attorney for Ziff Davis plaintiffs
BY:  GUY RUTTENBERG


KLARIS LAW
        Attorney for the Ziff Davis plaintiffs
BY:  LANCE KOONCE


KEKER VAN NEST & PETERS
        Attorneys for OpenAI
BY:  MICHELLE YBARRA
        ANDREW GOVE
        PAVEN MALHOTRA
        THOMAS GORMAN
        EDWARD BAYLEY


MORRISON & FOERSTER LLP
        Attorneys for OpenAI
BY:  JOSEPH GRATZ

LATHAM & WATKINS LLP
        Attorneys for Microsoft
BY:  ELANA NIGHTINGALE DAWSON
        MARGARET GRAHAM
        HERMAN YUE

FAEGRE DRINKER BIDDLE & REATH LLP
        Attorneys for Microsoft
BY:  JARED BRIANT

ORRICK HERRINGTON & SUTCLIFFE LLP
        Attorneys for Microsoft Corporation
BY:  ANNETTE L. HURST
        LAURA NAJEMY
        LISA SIMPSON


ALSO PRESENT:
KAREN CHESLEY, The New York Times

PC4BOPE2

I was more concerned about the fourth issue which was data and log info.  Is there a big gap there?

MR. FRAWLEY:  I don't think so.  I think there's some more disconnect in the brief, but Microsoft in their brief says that we want a, quote, unlimited and wide-ranging investigation into the chat log data for new Copilot.  And they seem to be under the impression that we want to essentially repeat --

THE COURT:  Rather than reframing what they said about what you want, why don't you tell me what you want.

MR. FRAWLEY:  Really at this point I think what we want to do is take those depositions we now talked about, get the documents we talked.  And then we want to make a proposal based on what we've learned for what additional follow-up queries are reasonable.  And the real concrete dispute we have in the briefing right now is something that Ms. Hurst also mentioned during her argument today, which is that Microsoft's position for new Copilot is that they shouldn't have to run any new reports.  They'll give us reporting on data that have been run, but they don't want to run any new reports.

And that we have a dispute about because, for example, if in the upcoming 30(b)(6) deposition we learn, oh, there's a dashboard for a new Copilot that has information about click through rates.  And we find out that this exist.  It can be queried.  Then we're going to followup and say, Microsoft please query it and give us this data.  And if their position

PC4BOPE2

is gonna be, we'd like to see if someone's done it before, and then we'll give it to you.  But we're not going to do it for you.  That's going to be a dispute, and that I think is presented in the briefing.

THE COURT:  I'm not sure that's what I heard, but go ahead Ms. Hurst.

MS. HURST:  You're right, your Honor.  That's not what I intended to convey.  In fact, Mr. Frawley's example where there's an existing dashboard is one where we would agree that data is reasonably accessible because it already exist.  What we're saying is, we're not going to jump over that line of existing reasonably accessible metrics where the structure has already been set up for querying the data.  We're not going to run any special queries, formulate new approaches to examining the data, that kind of stuff.  If there's an existing method of measurement that people are using, then we will reasonably collect that type of information, and because it meets the reasonably accessible test.  And given all we've done on the output log data for the old Copilot, we thought that was a good approach.

THE COURT:  Okay.  When you're talking about the reports, you're talking about the metadata reports which is subject of another --

MS. HURST:  No, a different type of report, your Honor.  So there will be existing periodic reports that will be

PC4BOPE2

provided internally for business purposes related to this log data.  That's the kind of thing I'm referring to.  The other thing related to the metadata table is a whole different can of worms, your Honor.

MR. FRAWLEY:  I'll just say, I'm encouraged by what Ms. Hurst just said, so that sounds good.

THE COURT:  Okay.  Great.  That took care of refreshed Copilot.  So we have ten more.  No.  No.  No. Two were already taken care of, so we only have eight more, or seven more maybe.

MR. FRAWLEY:  Maybe the next one I can talk about is Copilot Search which came up in some detail.

THE COURT:  I'm a little bit concerned by it brings Bing, entire Bing search into the case.

MR. FRAWLEY:  I think the issue here, your Honor is -- first of all, the reason we're interested in this product is, it's an existing product.  You can look it up.  There's been a press release about it.  You can use it.  It's a product that's built upon one of the GPT-4o mini model that's addressed by Judge Stein's order, so it's a product built upon an infringing model.  It's a product that can be used to access news content, so that makes it relevant.  We have an infringing model that's being used to build a product that can allow people to access news content, that can provide news content.  It's relevant to our harm allegations. It's relevant to fair use, insofar as it's a substitute of use of the model.  It's one of the 500