**VIA ECF**

April 29, 2026

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

>    *In re OpenAI, Inc.*, *Copyright Infringement Litigation*, 1:25-md-3143 (SHS) (OTW)
>    This Document Relates To: No. 1:23-cv-11195 (SHS) (OTW)

Dear Magistrate Judge Wang:

News Plaintiffs seek to compel OpenAI to immediately: (1) produce the newly discovered Giraffe evaluations in a remote inspection environment; (2) answer News Plaintiffs' questions regarding OpenAI's investigation and delay in identifying Giraffe evaluations concerning their content, and (3) identify on a privilege log all withheld documents, communications, and data relating to its Project Giraffe analysis of News Plaintiffs' content.

Since January 30, following the initial deposition of OpenAI's corporate designee Vincent Monaco, News Plaintiffs have had to file no less than three motions seeking production of Giraffe analyses concerning News Plaintiffs' content.[1] *See* Dkts. 1312, 1351, 1358. On February 12, OpenAI represented that it was "aware of no searches to identify text from books or news articles in ChatGPT user data" beyond the ██████████████████████████████ that had been produced on January 29, 2026–the day prior to Mr. Monaco's first deposition. *See* Dkt. 1295 at 2; *see also* Dkt. 1336 at 7. But during his Court-ordered continued 30(b)(6) deposition on April 8, Mr. Monaco testified to the existence of ████████████████████████████████████. *See* Ex. A at 235:25-237:9. At that same deposition, Plaintiffs demanded OpenAI produce these ████████████████████████████████. OpenAI responded by representing that these ████████████████████████ had been produced in OpenAI's recent April 6 production, and that its production as of that date included all responsive Giraffe evaluation data. Ex. A at 240:25-241:2; Ex. B at 6-7.

On April 9, News Plaintiffs inspected the newly produced Giraffe evaluation data in person in San Francisco and immediately discovered OpenAI's counsel's statement at the second Monaco deposition was false. OpenAI had produced only a single, limited evaluation involving News Plaintiffs' content. Within 30 minutes of reviewing the data, Counsel for News Plaintiffs asked OpenAI to immediately produce all the evaluations identified by Mr. Monaco. *See* Ex. B at 7-8. OpenAI once again claimed it had already done so. *Id.* at 6-7. Then, on April 25, OpenAI also clawed back that single evaluation that OpenAI had produced, and that News Plaintiffs had inspected on April 9, claiming privilege but refusing to provide a privilege log. Ex. C at 1. Now, the day this motion was due, OpenAI announced it had found unproduced "raw" data associated

---

[1] This is in addition to News Plaintiffs' earlier requests concerning similar if not identical topics. *See e.g., Times* Dkts. 311-2 and 311-5 (seeking inspection of "Query, session, and chat logs related to the Publishers' Content[.]"); Dkts. 185-5 and 1358-2.

with evaluations for identifying ████████████████████████████████████. Ex. B at 29. Adding insult to injury, OpenAI conditioned the production of this data on News Plaintiffs agreeing that this incomplete production "will resolve the parties' dispute." Ex. B at 29. News Plaintiffs do not agree.

### I. OpenAI Should Immediately Produce the Recently "Found" Data and Also Answer For Why This Process Has Gone So Wrong

Following Mr. Monaco's initial January 27 deposition, for the past three months OpenAI has maintained in meet-and-confers, filings, and ████████████████████████████ ████, that it was "aware of no searches to identify specific text from books or news articles in ChatGPT user data."[2] *See* Dkts. 1295 at 2 and Dkt. 1336 at 7. News Plaintiffs could not accept this representation, which was in direct conflict with Mr. Monaco's sworn 30(b)(6) testimony given at his second deposition on April 8.[3] So News Plaintiffs continued to push, including ███████



*See* Ex. B at 3-4; Ex. A at 225:22-227:10, 253:10-254:23.

Now, for the latest chapter in this ongoing saga, on April 29, after the close of fact discovery, and after opening expert reports have already been served, OpenAI confirmed that it ███████████████████████████████████████████████████████████████████████████

Ex. B at 2. Translation: Mr. Monaco was right when he testified under oath that there was yet more data. And Plaintiffs were unfortunately right to suspect that OpenAI's investigation was deficient.

There is no excuse for OpenAI's ongoing delay, especially given OpenAI's outside counsel's own involvement in running these evaluations. There is no question the additional data should be made immediately available for remote inspection and review. But at this point, OpenAI should also answer the following questions by its opposition brief. If it refuses to do so, the Court should order it to immediately comply:

1. With respect to the "raw data" it found, how many different evaluations are associated with this data?
2. On what dates were the evaluations ███████████████████ run?
3. Where [including identifying any file locations] did OpenAI find this data?
4. When precisely did OpenAI find the additional data?
5. Who participated in the creation of this data, including any outside or inside lawyers to the extent they played any role?

*See* Ex. B at 1.

---

[2] The one exception being the ███████████████████ evaluation that OpenAI produced on the eve of Mr. Monaco's January 27 deposition.

[3] *See* Ex. A at 235:5-237:9, 252:19-253:2, 248:15-49:22.

## II.  Project Giraffe Evaluation Documents and Communications Withheld as Privileged

As mentioned above, OpenAI made exactly one set of News Plaintiff-specific Project Giraffe evaluation data available for inspection on April 9, claiming this was the only additional data it could identify in the lead up to Mr. Monaco's second deposition. *See* Ex. B at 6-7. That data was located in a folder labeled ████████████████████. *See* Ex. C at 1-2. On April 13, News Plaintiffs submitted a print request seeking copies of a subset of the ████ data. On April 25, OpenAI rejected this request and instead clawed back this data. Ex. C at 3. According to OpenAI, the data made available for inspection in the ███████████folder was not Project Giraffe evaluation data from ███████████████████████████ but instead █ █████ and mistakenly saved to the wrong folder. Ex. C at 1. Meaning, OpenAI has now clawed back the one production of News Plaintiff-specific data that could plausibly have been part of the many evaluations that Mr. Monaco testified OpenAI performed.

In order evaluate this claim of privilege, News Plaintiffs immediately requested that OpenAI provide identify (1) the attorneys (in-house and outside counsel) and OpenAI employees involved in creating the clawed-back data (2) the source code used to create data; and (3) documentation showing that the data ██████████████████████ █████████████████. Ex. C at 1. In response, OpenAI asserted that it does not need to provide this information because the ESI order (Dkt. 371) does not require the logging of privileged documents dated after the filing of the lawsuits, and that accordingly it won't provide this data. Ex. C at 1.

OpenAI's position is not tenable. Plainly, News Plaintiffs should be able to test the *bona fides* of OpenAI's belated invocation of privilege. Indeed, in light of the very serious problems surrounding disclosure and production (and non-production) of this information, on April 29, News Plaintiffs also asked OpenAI to: "identify in detail today everything OpenAI is withholding concerning Project Giraffe/evaluations of regurgitations of News Plaintiffs' content and its basis for withholding on a privilege log. This includes evaluation data, communications, and documents, irrespective of whether it predates or postdates the cutoff date for logging materials or is subject to any other logging carveouts in the ESI order." Ex. B at 1. The log should include, at minimum, the one set of Giraffe evaluation data OpenAI produced and then clawed back. OpenAI is refusing to do so.

\*\*\*

We have come to the end of the line. News Plaintiffs respectfully request this Court order OpenAI to immediately:

(1) produce the newly discovered Project Giraffe evaluation data for remote inspection.

(2) answer News Plaintiffs' questions regarding OpenAI's belated discovery the above data–indeed, it would make the most sense for both Plaintiffs and this Court if OpenAI squarely answered these questions in its opposition brief, well in advance of the May 12 hearing; and

(3) produce a privilege log documenting what other Project Giraffe data OpenAI knows about but is withholding as privileged, irrespective of whether the information predates or postdates the cutoff date for logging materials.

Respectfully,

*/s/ Steven Lieberman*
Steven Lieberman
Rothwell Figg Ernst & Manbeck, P.C.
Counsel for The New York Times Company
And Daily News Plaintiffs

*/s/ Davida Brook*
Davida Brook
Susman Godfrey LLP
Counsel for The New York Times Company
News Plaintiffs' Liaison Counsel

4