May 1, 2026

**VIA ECF**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:     *In re OpenAI Inc., Copyright Infringement Litigation*, No. 25-md-3143-SHS-OTW
          This Document Relates To: *The New York Times Co. v. Microsoft Corp.*, No. 23-cv-11195

Dear Magistrate Judge Wang:

        Microsoft and The New York Times write jointly to notify the Court that the Times's motion to compel at ECF 1511 is moot.  The Times's motion sought a list identifying which Times articles Microsoft selected for display, and when those selections occurred, under the MSN agreements between Microsoft and The Times. While Microsoft disagrees that the discovery sought by the Times is relevant or proportionate to the needs of the case, in the interest of avoiding a dispute, Microsoft performed a diligent investigation and confirmed that it does not have the requested information in its possession, custody, or control.  As such, the parties agree that ECF 1511 can be denied as moot. The Times and Microsoft otherwise reserve all of their respective rights.

Respectfully submitted,

*/s/ Jared B. Briant*

Jared B. Briant
*Counsel for Microsoft Corp.*

*/s/ Davida Brook*

Davida Brook
*Counsel for The New York Times Co.*