May 6, 2026

> *In re OpenAI, Inc.*, *Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW)
> This Document Relates To: News Cases

Dear Magistrate Judge Wang:

News Plaintiffs respectfully request that the Court take notice of the following errata and correction to the docket entries for two motions News Plaintiffs and The Times filed last week.

First, The Times's motion to compel Microsoft to produce documents related to Microsoft's express license defense and attached exhibits A-C were filed under seal on April 29, 2026 at ECF No. 1511, but the docket text inadvertently linked to the wrong underlying motion to seal. The Times's motion at ECF No. 1511 should have been linked to The Times's motion to seal at ECF No. 1505.

Second, News Plaintiffs' motion to compel Microsoft to produce user metrics data for refreshed Copilot and the attached exhibits A-C were filed under seal on April 29, 2026 at ECF No. 1515, but the docket text inadvertently linked to the wrong underlying motion to seal. News Plaintiffs' motion at ECF No. 1515 should have been linked to News Plaintiffs' motion to seal at ECF No. 1510.

                              Respectfully,

                              */s/ Davida Brook*___
                              Davida Brook
                              Susman Godfrey LLP
                              Counsel for The New York Times Company
                              News Plaintiffs' Liaison Counsel


cc:    All Counsel of Record (via ECF)

1