# Exhibit A

| | |
|---|---|
| **From:** | Alex Frawley |
| **To:** | Meyer, Samuel C.; Joshi, Vishakha S.; Tyler Alabanza-Behard; nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM; AI Mail Group; Klaris Law Ziff Davis; ZD-AICopyright@ruttenbergiplaw.com; Alejandra Salinas (via OAI-NDCA-SDNY list); ChatGPT Co-Counsel; jslfservice_chatgpt@saverilawfirm.com |
| **Cc:** | Latham OpenAI Copyright Team; KVP-OAI; OpenAICopyright; MicrosoftNYClassActionFDBR@faegredrinker.com; nyclassactions_microsoft_ohs@orrick.com |
| **Subject:** | RE: In re OpenAI - Expert Report Proposal |
| **Date:** | Friday, May 15, 2026 5:46:42 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | MDL Joint Status Update re News Plaintiffs Motion to Amend the Protective Order_Plaintiffs" Edits.docx |

**External Email**

Hi Samuel,

Thanks for drafting the letter. Here are minor edits from News and Class. As noted in the edits, we'd like to attach this email thread to the letter as an exhibit.

Assuming no other edits, you can sign as Justin Nelson and Davida Brook.

Best,
Alex

**From:** Meyer, Samuel C. (via NYT-AI-SG-Service list) <NYT-AI-SG-Service@simplelists.susmangodfrey.com>
**Sent:** Friday, May 15, 2026 8:07 PM
**To:** Joshi, Vishakha S. <VJoshi@mofo.com>; Tyler Alabanza-Behard <TAlabanza-Behard@susmangodfrey.com>; Alex Frawley <AFrawley@susmangodfrey.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; ZD-AICopyright@ruttenbergiplaw.com; Alejandra Salinas (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>; ChatGPT Co-Counsel <chatgpt_cocounsel@bsfllp.com>; jslfservice_chatgpt@saverilawfirm.com
**Cc:** Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; nyclassactions_microsoft_ohs@orrick.com
**Subject:** RE: In re OpenAI - Expert Report Proposal

EXTERNAL Email
Hi Alex and Tyler,

Following up on this. Can you let us know whether we can attach your signatures and file?

Best,

Sam

**Samuel Meyer**
Associate
samuelmeyer@mofo.com
T: +1 (650) 813-4070



mofo.com | LinkedIn

---

**From:** Meyer, Samuel C.
**Sent:** Friday, May 15, 2026 6:23 PM
**To:** Joshi, Vishakha S. <VJoshi@mofo.com>; Tyler Alabanza-Behard <TAlabanza-Behard@susmangodfrey.com>; Alex Frawley <AFrawley@susmangodfrey.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; ZD-AICopyright@ruttenbergiplaw.com; Alejandra Salinas (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>; ChatGPT Co-Counsel <chatgpt_cocounsel@bsfllp.com>; jslfservice_chatgpt@saverilawfirm.com
**Cc:** Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; nyclassactions_microsoft_ohs@orrick.com
**Subject:** RE: In re OpenAI - Expert Report Proposal

Hi Alex and Tyler,

Attached is a proposed joint status update.  Please let us know whose signatures to include for News and Class Plaintiffs and we will file promptly thereafter.

Best,
Sam

**Samuel Meyer**
Associate
samuelmeyer@mofo.com
T: +1 (650) 813-4070



mofo.com | LinkedIn

**From:** Joshi, Vishakha S. <VJoshi@mofo.com>
**Sent:** Friday, May 15, 2026 3:50 PM
**To:** Tyler Alabanza-Behard <TAlabanza-Behard@susmangodfrey.com>; Alex Frawley <AFrawley@susmangodfrey.com>; Meyer, Samuel C. <SamuelMeyer@mofo.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; ZD-AICopyright@ruttenbergiplaw.com; Alejandra Salinas (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>; ChatGPT Co-Counsel <chatgpt_cocounsel@bsfllp.com>; jslfservice_chatgpt@saverilawfirm.com
**Cc:** Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; nyclassactions_microsoft_ohs@orrick.com
**Subject:** RE: In re OpenAI - Expert Report Proposal

Tyler, Alex,

We agree to extend the deadline for all parties to provide highlighted versions of the OpenAI/Plaintiff reports and, for News, the cited AEO Slack/email therein, to June 3.  OpenAI can prepare and will circulate a draft status update for this group's review.

Best,
Vishakha

**Vishakha S. Joshi** (she/her)
Associate
vjoshi@mofo.com
T: +1 (858) 720-5100



**From:** Tyler Alabanza-Behard <TAlabanza-Behard@susmangodfrey.com>
**Sent:** Friday, May 15, 2026 11:13 AM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; Joshi, Vishakha S. <VJoshi@mofo.com>; Meyer, Samuel C. <SamuelMeyer@mofo.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; ZD-AICopyright@ruttenbergiplaw.com; Alejandra Salinas (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>; ChatGPT Co-Counsel <chatgpt_cocounsel@bsfllp.com>; jslfservice_chatgpt@saverilawfirm.com
**Cc:** Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; nyclassactions_microsoft_ohs@orrick.com
**Subject:** RE: In re OpenAI - Expert Report Proposal

**External Email**

---

Class Plaintiffs will also agree to OpenAI's latest proposal if the deadline adjustment suggested by News is accepted.

Best,
TAB

**Tyler Alabanza-Behard | Susman Godfrey LLP**
o.  713.653.7898 | c.  832.951.6386
talabanza-behard@susmangodfrey.com

---

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Friday, May 15, 2026 1:08 PM
**To:** Joshi, Vishakha S. <VJoshi@mofo.com>; Tyler Alabanza-Behard <TAlabanza-Behard@susmangodfrey.com>; Meyer, Samuel C. <SamuelMeyer@mofo.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; ZD-AICopyright@ruttenbergiplaw.com; Alejandra Salinas (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>; ChatGPT Co-Counsel <chatgpt_cocounsel@bsfllp.com>; jslfservice_chatgpt@saverilawfirm.com
**Cc:** Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; nyclassactions_microsoft_ohs@orrick.com
**Subject:** RE: In re OpenAI - Expert Report Proposal

Hi Vishakha,

Speaking for News Plaintiffs, we agree but let's make the deadline to provide the highlighted versions of reports and emails / slacks on June 3 instead of May 29.  This avoids having the same deadline as the expert rebuttal reports.

Is that OK with OpenAI?

Best,
Alex

---

**From:** Joshi, Vishakha S. <VJoshi@mofo.com>
**Sent:** Thursday, May 14, 2026 5:44 PM
**To:** Tyler Alabanza-Behard <TAlabanza-Behard@susmangodfrey.com>; Alex Frawley

<AFrawley@susmangodfrey.com>; Meyer, Samuel C. <SamuelMeyer@mofo.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; ZD-AICopyright@ruttenbergiplaw.com; Alejandra Salinas (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>; ChatGPT Co-Counsel <chatgpt_cocounsel@bsfllp.com>; jslfservice_chatgpt@saverilawfirm.com
**Cc:** Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; nyclassactions_microsoft_ohs@orrick.com
**Subject:** RE: In re OpenAI - Expert Report Proposal

EXTERNAL Email

Alex, Tyler,

We can accept these conditions if Plaintiffs agree to the following:

- The agreement is reciprocal. OpenAI's designated executives (listed below) also can review Plaintiffs' AEO material in the expert reports/documents, subject to the same terms and review period Plaintiffs are proposing. They will first execute the Undertaking to be Bound by the Protective Order. OpenAI's executives include Sam Altman, Greg Brockman, Jason Kwon, and Che Chang. OpenAI reserves the right to modify its executive list.

- On Tuesday's conferral after the hearing, Class Plaintiffs said they are asking for access to the reports served in the Class Cases, but not AEO materials cited therein. Although Tyler didn't include that in his email, we assume that still is the case and our agreement is subject to that understanding. Said another way, our understanding is News Plaintiffs want executive access to reports served in the News cases, and AEO Slack/email file types cited therein, and Class Plaintiffs want access for the Named Plaintiffs and Ms. Rasenberger to reports served in the Class Cases.

- This is also already our understanding based on Plaintiffs' proposal and all prior discussions, but for the sake of clarity, designated executives or named plaintiffs will not access OCEO material or third-party AEO material, and the disclosing party will exclude this content from what it discloses to its executives/Named Plaintiffs/Ms. Rasenberger.

- OpenAI will provide highlighted versions of reports and, for Slack/email communications (file types) cited in reports served in the News cases, OAI AEO communications within two weeks of May 15 and Plaintiffs will do the same.

- For rebuttal or reply reports, we are open to a similar process, but we should discuss the timing for the review once we understand the volume.

Best,

Vishakha

**Vishakha S. Joshi** (she/her)
Associate
*Admitted in New York; not admitted in California
vjoshi@mofo.com
T: +1 (858) 720-5100



**From:** Tyler Alabanza-Behard <TAlabanza-Behard@susmangodfrey.com>
**Sent:** Wednesday, May 13, 2026 7:06 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>; Meyer, Samuel C. <SamuelMeyer@mofo.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; ZD-AICopyright@ruttenbergiplaw.com; Alejandra Salinas (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>; ChatGPT Co-Counsel <chatgpt_cocounsel@bsfllp.com>; jslfservice_chatgpt@saverilawfirm.com
**Cc:** Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; nyclassactions_microsoft_ohs@orrick.com
**Subject:** RE: In re OpenAI - Expert Report Proposal

**External Email**

Class Plaintiffs join News Plaintiffs' proposal.

Counsel for Microsoft—will Microsoft agree to this proposal with the understanding that Microsoft may, within two weeks, highlight portions of reports that contain third party information? Such portions will be redacted prior to sharing the report with Class Plaintiffs.

We are also available to discuss.

**Tyler Alabanza-Behard** | **Susman Godfrey LLP**
o.  713.653.7898 | c.  832.951.6386
talabanza-behard@susmangodfrey.com

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Wednesday, May 13, 2026 8:14 PM

**To:** Meyer, Samuel C. <SamuelMeyer@mofo.com>; nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; ZD-AICopyright@ruttenbergiplaw.com; Alejandra Salinas (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>; ChatGPT Co-Counsel <chatgpt_cocounsel@bsfllp.com>; jslfservice_chatgpt@saverilawfirm.com
**Cc:** Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; nyclassactions_microsoft_ohs@orrick.com
**Subject:** RE: In re OpenAI - Expert Report Proposal

<mark>EXTERNAL Email</mark>
Hi Samuel,

News Plaintiffs do not agree to this proposal. The limitation to summaries of opinions and just 100 paragraphs across all reports per plaintiff group is not nearly sufficient.

Here is News Plaintiffs' proposal, which substantially narrows the request we made in the motion we filed.  We can be available to discuss.

Best,
Alex
**Proposal**

1.  News Executives can review every OAI expert report and the entirety of their own expert reports (e.g., Times executives can review Times reports). However, OpenAI may within two weeks highlight portions of reports that OpenAI contends will substantially harm OpenAI if disclosed to News Executives.  Such portions will be redacted prior to sharing the report with any News Executive.

2.  News Executives can review the underlying OAI documents cited in the expert reports marked AEO that are either slack messages or emails ("OAI AEO communications"). However, OpenAI may within two weeks highlight portions of these OAI AEO communications that OpenAI contends will substantially harm OpenAI if disclosed to News Executives.  Such portions will be redacted prior to sharing with any News Executive.

3.  News Plaintiffs reserve the right to challenge the confidentiality designation of any document or expert report, regardless of whether the document is cited in any expert report.

**From:** Meyer, Samuel C. <SamuelMeyer@mofo.com>
**Sent:** Wednesday, May 13, 2026 1:43 PM
**To:** nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM <dailynews-ai-rfem@rothwellfigg.com>; AI Mail Group <ai@loevy.com>; Klaris Law Ziff Davis <ziffdavis@klarislaw.com>; ZD-AICopyright@ruttenbergiplaw.com; Alejandra Salinas (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>; ChatGPT Co-Counsel <chatgpt_cocounsel@bsfllp.com>; jslfservice_chatgpt@saverilawfirm.com
**Cc:** Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; KVP-OAI <kvpoai@keker.com>; OpenAICopyright <OpenAICopyright@mofo.com>; MicrosoftNYClassActionFDBR@faegredrinker.com; nyclassactions_microsoft_ohs@orrick.com
**Subject:** In re OpenAI - Expert Report Proposal

<mark>EXTERNAL Email</mark>

Counsel:

Pursuant to Judge Wang's direction at yesterday's hearing, we write to propose a path to resolve the AEO disclosure issues in a manner that is practical, reciprocal, and avoids the need for further Court intervention.

As an initial matter, and in light of the Court's guidance, OpenAI is prepared to agree to a targeted reciprocal process for sharing portions of expert reports with designated executives and Named Plaintiffs in the Class case.  Given the sensitivity and volume of material at issue, we propose the following structured approach:

1.    **Summary of Opinions Sections**

OpenAI is open to allowing the designated News Executives to review the summary of opinions sections of the expert reports served in the News Cases, and to allowing the Named Plaintiffs and Ms. Rasenberger of the Authors Guild to review the summary of opinions sections of the expert reports served in the Class Cases, provided Plaintiffs agree OpenAI may also disclose the same material to a limited list of OpenAI executives, and provided all recipients sign the Protective Order.  However, we need to review the summaries to confirm there is no OpenAI highly sensitive information, such as partnership discussions or other HC-OCEO material, discussed in the summaries.  We can commit to doing so by COB on Friday, if plaintiffs will do so as well, and will send any redactions by then as well.

The summaries would not lose their status as protected discovery material under the Protective Order, to the extent designated as such.

Similarly, we understand this agreement does not apply to third party AEO or HC-OCEO material.

### 2.    Reasonable Requests for Disclosure of Additional Paragraph Sections

As you know, there are ~40 expert reports, some of which are many hundreds of pages in length, discussing many parties' AEO and HC-OCEO materials in detail.  It would be unduly burdensome to request any party to review every page of every report and propose redactions, nor is it realistic to expect that any executive or Named Plaintiff would have any actual need to review all the materials.  Certainly, no Plaintiff has shown that such access is reasonably necessary to meaningfully manage that party's litigation strategy.

With that being said, we agree that each plaintiff group, and OpenAI, can make reasonable requests to review additional portions of the report.  We suggest we start with an agreement that each Plaintiff group can request 100 paragraphs (apart from the summaries in step one, above), and that OpenAI also can request executive access to review 100 additional paragraphs.  The designating party would then have one week to review and provide proposed redactions.

If any party has a basis to request a reasonable additional number of paragraphs, the parties can confer and come to an agreement on a reciprocal number.

As above, disclosed material would not lose its status as protected discovery material under the Protective Order, to the extent designated as such.  And the agreement would not extend to third party AEO or HC-OCEO.

### 3.    Miscellaneous

As to cited documents, ¶ 24(b) of the Protective Order provides that News Plaintiffs can request a reasonable number of documents that don't fall into an Excluded Category.  We have reviewed every document identified to date and provided our positions.  Where we had objections, we've also offered to confer to try to reach agreement about passages that can still be disclosed.  News Plaintiffs haven't engaged us on this thus far, but the offer remains open.

Please let us know whether this is acceptable.

Best,
Sam


===========================================================================
=====

This message may be confidential and privileged. Use or disclosure by anyone other than an intended

addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).

=====================================================================
=====

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).

=====================================================================
=====

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).