

**KEKER VAN NEST & PETERS**    **LATHAM&WATKINS** LLP    **IIIORRISON FOERSTER**

May 20, 2026


***VIA ECF***

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

cc: All Counsel of Record (via ECF)

Re:    ***Request for Clarification re Order at Dkt. 1551***
       *In re OpenAI Inc. Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW
       This Document Relates to: All Actions

Dear Judge Wang:

OpenAI respectfully requests clarification of the language in Section I.1.C of the Court's written order dated May 15, 2026, which ordered that "OpenAI is to log an evaluations [sic] that are withheld because they post-date the litigation." *See* Dkt. 1551.

At the May 12, 2026 discovery conference, the Court heard argument on News Plaintiffs' request for "a privilege log documenting what other Project Giraffe data OpenAI knows about but is withholding as privileged, irrespective of whether the information predates or postdates the cutoff for logging materials." Dkt. 1520 at 4. At the conclusion of the argument, the Court directed from the bench that it was setting aside Plaintiffs' request to "log any evaluations that you are claiming are withheld because they postdate the litigation." Ex. A, May 12 Hrg. Tr. at 47:20–21; *see also id.* at 47:25–48:4 ("So number 3 we are not going to deal with right now. Okay. However, that doesn't mean we are not going to deal with it later. That is sort of classic discovery on discovery, but I'm not suggesting that there has been any bad faith or anything."); *id.* at 48:11–14 ("However, that information, we don't need it at this very moment. . . . that one I feel we can set aside for the moment.").

The above-quoted language in the Court's May 15 written order (Dkt. 1551), however, appears to conflict with the Court's directive and comments at the May 12 hearing. Specifically, OpenAI believes that the quoted language above contains a material typographical error—and is

6210180

Page 2

intended to say that "OpenAI is **not required** to log an**y** evaluations that are withheld because they post-date the litigation," consistent with the transcript of the May 12 hearing.

Therefore, OpenAI requests clarification of the Court's subsequent May 15 Order at Dkt. 1551, which conflicts with the Court's findings at the May 12 discovery conference.  OpenAI appreciates the Court's guidance.

Respectfully,

| KEKER, VAN NEST & PETERS LLP[1] | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
|---|---|---|
| /s/ Edward A. Bayley | /s/ Margaret Graham | /s/ Caitlin Sinclaire Blythe |
| Edward A. Bayley | Margaret Graham | Caitlin Sinclaire Blythe |

---

[1] All parties whose electronic signatures are included herein have consented to the filing of this document.

2

6210180