# Exhibit A

## Sorrentino, Vanessa

| | |
|---|---|
| **From:** | Adnan Muttalib <AMuttalib@susmangodfrey.com> |
| **Sent:** | Wednesday, May 27, 2026 10:13 PM |
| **To:** | Sorrentino, Vanessa; Schwartz, Amanda; Najemy, Laura; Hurst, Annette L.; 'NYT-AI-SG-Service@simplelists.susmangodfrey.com'; AI Mail Group; KVP-OAI; Latham OpenAI Copyright Team; OpenAICopyright; Jura.zibas@wilsonelser.com; Michael Kwun; ZD-AICopyright@ruttenberglaw.com; ziffdavis@klarislaw.com |
| **Cc:** | NewYorkTimes_Microsoft_OHS; #NewYorkTimes-Microsoft-FDBR |
| **Subject:** | RE: NYT v. Microsoft, et al. - Motion to Compel New York Times to Produce Brand Tracker Data Exports |

**[EXTERNAL]**

Hi Vanessa,

Thank you for your email. As you are aware, we reached out to Kantar immediately after the May 21, 2026 meet and confer and followed up again yesterday. Kantar informed us today that it is looking into Microsoft's request and that it would provide an update as soon as it has one. However, Kantar indicated that it was unlikely to have that update by tomorrow.

We also note that Microsoft's repeated statement that this raw data "should've been produced months ago" is neither helpful nor warranted. At the May 21, 2026 meet and confer, which was recorded by Microsoft, Kantar confirmed that it previously told The Times it did not have the raw data in question. And, ever since we learned that some of the raw data may be stored in a data center archive, we have made every effort to reach out to Kantar to determine the burden associated with producing this data. This is on top of the multiple Explorer data pulls that The Times has conducted, which have required the assistance of multiple Times employees and a significant number of hours of labor. We hope to continue working in good faith to resolve this dispute.

Sincerely,
Adnan

Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Sorrentino, Vanessa <vsorrentino@orrick.com>
**Sent:** Wednesday, May 27, 2026 3:11 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; Schwartz, Amanda <aschwartz@orrick.com>; Najemy, Laura <lnajemy@orrick.com>; Hurst, Annette L. <ahurst@orrick.com>; 'NYT-AI-SG-Service@simplelists.susmangodfrey.com' <nyt-ai-sg-service@simplelists.susmangodfrey.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright <openaicopyright@mofo.com>; Jura.zibas@wilsonelser.com; Michael Kwun <mkwun@kblfirm.com>; ZD-AICopyright@ruttenberglaw.com; ziffdavis@klarislaw.com

**Cc:** NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>
**Subject:** RE: NYT v. Microsoft, et al. - Motion to Compel New York Times to Produce Brand Tracker Data Exports

EXTERNAL Email

Adnan,

As you are aware, the parties have a joint status letter due to the Court tomorrow regarding Microsoft's request for the Brand Tracker survey raw data that should've been produced months ago. We need an update from The Times regarding its outreach to Kantar. Please provide an update ASAP.

Thank you,
Vanessa

**From:** Sorrentino, Vanessa
**Sent:** Tuesday, May 26, 2026 6:16 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; Schwartz, Amanda <aschwartz@orrick.com>; Najemy, Laura <lnajemy@orrick.com>; Hurst, Annette L. <ahurst@orrick.com>; 'NYT-AI-SG-Service@simplelists.susmangodfrey.com' <nyt-ai-sg-service@simplelists.susmangodfrey.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright <openaicopyright@mofo.com>; Jura.zibas@wilsonelser.com; Michael Kwun <mkwun@kblfirm.com>; ZD-AICopyright@ruttenberglaw.com; ziffdavis@klarislaw.com
**Cc:** NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>
**Subject:** RE: NYT v. Microsoft, et al. - Motion to Compel New York Times to Produce Brand Tracker Data Exports

Adnan,

Please provide an update by tomorrow regarding The Times's inquiries to Kantar following our meet and confer.

Best,
Vanessa

**From:** Adnan Muttalib <AMuttalib@susmangodfrey.com>
**Sent:** Friday, May 22, 2026 3:34 PM
**To:** Sorrentino, Vanessa <vsorrentino@orrick.com>; Schwartz, Amanda <aschwartz@orrick.com>; Najemy, Laura <lnajemy@orrick.com>; Hurst, Annette L. <ahurst@orrick.com>; 'NYT-AI-SG-Service@simplelists.susmangodfrey.com' <nyt-ai-sg-service@simplelists.susmangodfrey.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright <openaicopyright@mofo.com>; Jura.zibas@wilsonelser.com; Michael Kwun <mkwun@kblfirm.com>; ZD-AICopyright@ruttenberglaw.com; ziffdavis@klarislaw.com
**Cc:** NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>
**Subject:** RE: NYT v. Microsoft, et al. - Motion to Compel New York Times to Produce Brand Tracker Data Exports

**[EXTERNAL]**

Hi Vanessa,

2

Thank you for your email. We disagree with your characterization of the burden associated with pulling this information. Ms. Wood indicated that producing this data from Kantar's data center archive would be expensive and time-consuming, and she did not know the specific production costs. She also asked who would pay the cost associated with locating, pulling, and processing this data, given that it was not part of Kantar's required deliverables to The Times (except in 2024). As Ms. Wood repeatedly noted, The Times was never entitled to this data under the SOWs and never had possession of it, again except for the 2024 data which we have already produced.

However, in an effort to resolve this issue, The Times reached out to Kantar immediately after yesterday's call to determine the burden associated with producing this data (including the cost of finding and retrieving the data). Once Kantar provides us with this information, we will immediately send you an update.

Sincerely,

Adnan


Adnan Muttalib
Associate | Susman Godfrey L.L.P.
amuttalib@susmangodfrey.com
Office: (310) 789-3181
Cell: (310) 989-0800

---

**From:** Sorrentino, Vanessa <vsorrentino@orrick.com>
**Sent:** Thursday, May 21, 2026 1:20 PM
**To:** Adnan Muttalib <AMuttalib@susmangodfrey.com>; Schwartz, Amanda <aschwartz@orrick.com>; Najemy, Laura <lnajemy@orrick.com>; Hurst, Annette L. <ahurst@orrick.com>; 'NYT-AI-SG-Service@simplelists.susmangodfrey.com' <nyt-ai-sg-service@simplelists.susmangodfrey.com>; AI Mail Group <ai@loevy.com>; KVP-OAI <kvpoai@keker.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright <openaicopyright@mofo.com>; Jura.zibas@wilsonelser.com; Michael Kwun <mkwun@kblfirm.com>; ZD-AICopyright@ruttenberglaw.com; ziffdavis@klarislaw.com
**Cc:** NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>
**Subject:** RE: NYT v. Microsoft, et al. - Motion to Compel New York Times to Produce Brand Tracker Data Exports

EXTERNAL Email
Adnan and team,

Following up on our meet and confer this afternoon, we are requesting that The Times produce the data for its Brand Tracker surveys from 2019 to the present. Kantar's representative, Ms. Wood, stated that the data for the surveys is stored locally temporarily and then archived and retained in a data center for 7 years. She knew of no reason why this data would not exist. We are putting Kantar on notice now to not delete any data related to The Times, including this archived data.

After apparently learning that the data we have been requesting for months does in fact exist, The Times stated its position on the call that it will not produce this data based on the burdens associated with retrieving it. Ms. Wood also stated it would take a "few hours" and that there would be a cost associated with retrieving the data but did not know any associated particulars.

By tomorrow at 4pm ET, please confirm the Times will produce the archived data or if The Times continues to take the position stated on the call that it will not produce the data based on burden, please specify the particulars associated with this burden (including cost of retrieving the data, etc.).