**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>*The New York Times Co. v. Microsoft Corp. et al.*, No. 1:23-cv-11195<br><br>*Daily News L.P., et al. v. Microsoft Corp. et al.*, No. 1:24-cv-03285<br><br>*The Center for Investigative Reporting, Inc. v. OpenAI, Inc. et al.,* No. 1:24-cv-04872<br><br>*Ziff Davis, Inc. v. OpenAI, Inc. et al.,* No. 1:25-cv-04315 | 1:25-md-03143 (SHS) (OTW)<br><br>**OPENAI DEFENDANTS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the undersigned hereby move this Court on behalf of Defendants OpenAI, Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Group PBC (collectively "OpenAI" or "OpenAI Defendants") before the Honorable Sidney H. Stein, in Courtroom 23A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order dismissing Plaintiffs The New York Times Co., Daily News Plaintiffs, The Center for Investigative Reporting, and Ziff Davis (collectively, "News Plaintiffs")'s contributory copyright infringement claims with prejudice pursuant to Federal Rule of Civil Procedure 12(c), and granting such further relief as the Court may deem just and proper.

1

Dated: June 11, 2026

*/s/ Sarang V. Damle*
**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
  andrew.gass@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
  sy.damle@lw.com
Luke A. Budiardjo
  luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
  elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Respectfully submitted,

*/s/ Joseph C. Gratz**
**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
  jgratz@mofo.com
Tiffany Cheung (*pro hac vice*)
  tcheung@mofo.com
Caitlin Sinclaire Blythe (*pro hac vice*)
  cblythe@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Lily Li (*pro hac vice*)
  YLi@mofo.com
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

*/s/ Nicholas S. Goldberg**
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
  rvannest@keker.com
R. James Slaughter (*pro hac vice*)
  rslaughter@keker.com
Paven Malhotra
  pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
  mybarra@keker.com
Nicholas S. Goldberg (*pro hac vice*)
  ngoldberg@keker.com
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for OpenAI*

---

* All parties whose electronic signatures are included herein have consented to the filing of this document.