**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | 25-md-3143 (SHS) (OTW) |
| OPENAI, INC., | **THE NEW YORK TIMES' MOTION TO FILE UNDER SEAL** |
| COPYRIGHT INFRINGEMENT LITIGATION | |
| This Document Relates To: | |
| No. 1:23-cv-11195 (SHS) (OTW) | |

Under paragraph 34 of the Stipulated Protective Order (Dkt. 367), The New York Times ("The Times") respectfully seeks to provisionally file under seal portions of their Response to OpenAI's Motion for Judgment on the Pleadings and Cross-Motion for Leave to Amend being filed today. This response and cross-motion cites and attaches information and documents that have been designated as Protected Discovery Material by Defendants.

The Times does not affirmatively seek to seal any material. Under the Protective Order, Defendants have five business days to file a statement of reasons for why the material should be sealed. The Times will review these filings, and if necessary, confer about any disagreement.

Dated: June 25, 2026

/s/ Ian Crosby
Ian Crosby *(admitted pro hac vice)*
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

*Attorney for Plaintiff*
*The New York Times Company*