**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGMENT<br>LITIGATION<br><br>This Document Relates to:<br><br>THE NEW YORK TIMES COMPANY v.<br>MICROSOFT CORPORATION, et al.<br>No. 23-cv-11195 | 25-md-3143 (SHS)(OTW)<br><br>**NOTICE OF ERRATA** |

Please take notice of the following errata and correction to The Times's Response to OpenAI's Motion for Judgment on the Pleadings and Cross-Motion for Leave to Amend. *See* Dkt. 1590-1; 1591-1. In footnote 1, The Times indicated that "[o]n June 25, 2026, OpenAI indicated that it does not oppose The Times's proposed amendment to dismiss Count IV and VII." OpenAI has requested The Times clarify its position to the following: "Subject to OpenAI's review of The New York Times's proposed amended complaint, OpenAI Defendants will agree to consent to an amendment of the complaint limited to the dismissal of the contributory copyright infringement claim (Count IV) and trademark dilution claim (Count VII) against OpenAI Defendants, on the condition the New York Times stipulates that the dismissal of these claims is with prejudice." The Times has already agreed to stipulate that the dismissal of these claims is with prejudice.

Dated: June 25, 2026

/s/ *Ian B. Crosby*
Ian Crosby *(pro hac vice)*
Katherine M. Peaslee *(pro hac vice)*
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook *(pro hac vice)*
Emily K. Cronin *(pro hac vice)*
Adnan Muttalib *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
amuttalib@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)

Alexander Frawley (5564539)
Tamar Lusztig (5125174)
Eudokia Spanos (5021381)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
afrawley@susmangodrey.com
tlusztig@susmangodfrey.com
espanos@susmangodfrey.com

Scarlett Collings (4985602)
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX  77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
scollings@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone:  (202) 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

***Attorneys for Plaintiff
The New York Times Company***