**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br><br>This Document Relates To:<br>News Cases<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, a true and correct copy of the following

document was served via electronic mail upon the following:

**MEMORANDUM OF LAW IN SUPPORT OF NEWS PLAINTIFFS' MOTION FOR SANCTIONS AGAINST OPENAI AT DKT. 1618 (*TIMES* DKT. 1428)**

| | |
|---|---|
| **FAEGRE DRINKER BIDDLE & REATH LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 248-3191 | **LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>212-906-1200 |
| **FAEGRE DRINKER BIDDLE & REATH LLP**<br>1144 15th Street, Suite 3400<br>Denver, Colorado 80202<br>Telephone (303) 607-3588 | **LATHAM & WATKINS LLP**<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200 |
| **FAEGRE DRINKER BIDDLE & REATH LLP**<br>90 S 7th St, Suite 2200<br>Minneapolis, MN 55402<br>612-766-7628 | **LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>415-391-0600 |
| **FAEGRE DRINKER BIDDLE & REATH LLP**<br>191 North Wacker Drive, Suite 3700<br>Chicago, IL 60606<br>312-569-1000 | openaicopyrightlitigation.lwteam@lw.com |
| **FAEGRE DRINKER BIDDLE & REATH LLP**<br>1500 K Street NW<br>Washington, DC 20005 | **MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>415-268-7000 |
| MicrosoftNYClassActionFDBR@faegredrinker.com<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415)773-5700 | **MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>213-892-5200<br><br>**MORRISON FOERSTER LLP**<br>2100 L Street, NW, Suite 900<br>Washington, DC 20037 |

| | |
|---|---|
| **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 506-3778<br>Facsimile: (212) 506-5151<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>222 Berkeley Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 880-1800<br>Facsimile: (617) 8801-1801<br><br>NewYorkTimes_Microsoft_OHS@orrick.com<br><br><br>*Attorneys for Microsoft Corp. Defendant* | **MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, NY 10019<br><br>OpenAICopyright@mofo.com<br><br>**KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street<br>San Francisco, CA 94111<br>415-391-5400<br><br>**KEKER & VAN NEST, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>R. James Slaughter<br><br>KVPOAI@keker.com<br><br>*Attorneys for OpenAI Defendants* |

*/s/ Jennifer B. Maisel*
Jennifer B. Maisel