**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE:<br><br>OPEN AI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br>*The New York Times Company v. Microsoft Corporation et al*, No. 1:23-cv-11195-SHS-OTW;<br>*The Intercept Media, Inc. v. OpenAI, Inc. et al*, No. 1:24-cv-01515-SHS-OTW;<br>*Daily News LP et al v. Microsoft Corporation et al*, No. 1:24-cv-03285-SHS-OTW;<br>*The Center for Investigative Reporting, Inc. v. OpenAI, Inc. et al*, No. 1:24-cv-04872-SHS-OTW;<br>*Ziff Davis, Inc. et al v. OpenAI, Inc. et al*, No. 1:25-cv-04315-SHS-OTW | X<br>:<br>:<br>:<br>:<br>X | No. 25-md-3143 (SHS) (OTW)<br><br>**[PROPOSED] ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

The parties have filed motions to seal at ECFs 1616 and ___ in Case No. 25-md-3143 seeking to seal material identified in the chart below. This material includes or discusses (i) material that constitutes Protected Discovery Material under the Protective Order and (ii) information of the type that is normally kept strictly confidential.

| Description | ECF | Redact or Seal |
|---|---|---|
| Plaintiffs' Motion for Sanctions | 1618 | Redact (pp. 14–17) |
| Declaration of J. Maisel | 1618-1 | Redact (pp. 23, 24, 26–28) |
| Exhibit 2 to Plaintiffs' Motion for Sanctions | 1618-2 | Seal |
| Exhibit 3 to the same | 1618-3 | Redact (p. 2) |
| Exhibit 11 to the same | 1618-5 | Redact (pp. 2, 3) |
| Exhibit 17 to the same | 1618-6 | Redact (p. 2) |
| Exhibit 18 to the same | 1618-7 | Redact (pp. 1, 2) |
| Exhibit 19 to the same | 1618-8 | Redact (pp. 4, 5) |

| | | |
|---|---|---|
| Exhibit 20 to the same | 1618-9 | Seal |
| Exhibit 23 to the same | 1618-10 | Redact (p. 10) |
| Exhibit 25 to the same | 1618-11 | Seal |
| Exhibit 26 to the same | 1618-12 | Seal |
| Exhibit 27 to the same | 1618-13 | Seal |
| Exhibit 32 to the same | 1618-15 | Redact (pp. 2, 3, 5, 6) |
| Exhibit 34 to the same | 1618-17 | Seal |
| Exhibit 36 to the same | 1618-18 | Seal |
| Exhibit 37 to the same | 1618-19 | Seal |
| Exhibit 40 to the same | 1618-20 | Redact (p. 1) |
| Exhibit 41 to the same | 1618-21 | Redact (p. 3) |
| Exhibit 47 to the same | 1618-25 | Seal |
| Exhibit 48 to the same | 1618-26 | Seal |
| Exhibit 49 to the same | 1618-27 | Seal |
| Exhibit 50 to the same | 1618-28 | Seal |
| Exhibit 51 to the same | 1618-29 | Seal |
| Exhibit 52 to the same | 1618-30 | Seal |

For the reasons stated above, OpenAI's Motion to Seal is **GRANTED**.

**SO ORDERED.**

Dated: ______________________
New York, New York

______________________________
**Ona T. Wang**
United States Magistrate Judge