**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

IN RE:                                                                  :
                                                                            :
OPEN AI, INC.,                                                    :    No. 25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION      :
                                                                            :
This Document Relates To:                                :
*The New York Times Company v. Microsoft*        :
*Corporation et al*, No. 1:23-cv-11195-SHS-OTW;   :
*The Intercept Media, Inc. v. OpenAI, Inc. et al*,    :
No. 1:24-cv-01515-SHS-OTW;                       :
*Daily News LP et al v. Microsoft Corporation et*   :
*al*, No. 1:24-cv-03285-SHS-OTW;                  :
*The Center for Investigative Reporting, Inc. v.*    :
*OpenAI, Inc. et al*, No. 1:24-cv-04872-SHS-OTW;  :
*Ziff Davis, Inc. et al v. OpenAI, Inc. et al*, No.   :
1:25-cv-04315-SHS-OTW                           :

---------------------------------------------------------- X

### DECLARATION OF MAILE YEATS-ROWE IN SUPPORT OF
### OPENAI'S LETTER MOTION TO SEAL

I, Maile Yeats-Rowe, hereby declare as follows:

1.       I am Senior Litigation Counsel at OpenAI.  I submit this declaration in support of

OpenAI's letter motion to seal, filed concurrently herewith.  I have personal knowledge of the

facts set forth below and if called as a witness, could testify competently thereto.

2.       I have been informed and understand that OpenAI moved to seal or redact certain

portions of Plaintiff's materials.  The information OpenAI seeks to seal has been designated as

highly confidential pursuant to the Stipulated Protective Order, ECF 367.

3.       Based on my review, the information OpenAI seeks to seal or redact from

Plaintiffs' materials comprises highly sensitive and confidential technical and internal business

information concerning OpenAI's technology and business strategies that could be unfairly used

by its competitors if made public.

4.      The portions of Plaintiffs' materials that OpenAI seeks to maintain under seal include: specific pricing, cost values, and business metrics; specific information about the number of users who requested deletion of conversations and OpenAI's related data collection and retention practices; specifics about OpenAI's blocklists, filters, and retrieval-augmented generation capabilities; specific discussions in deposition transcripts, internal communications, and email correspondence between counsel quoting or describing the same related to OpenAI's data collection, handling, and storage processes and metrics of the same, usage of third party tools, source code, dataset curation, privacy evaluations, and compute configurations; technical and specific results of model evaluations; proprietary information about OpenAI's LLM training datasets and data mixes; full file paths for datasets and evaluations.  Each category constitutes highly sensitive proprietary information that OpenAI generally does not publicly disclose. Disclosure of such information would give OpenAI's competitors insight into its technical and business processes and cause competitive harm to OpenAI in a nascent and highly competitive market.  Furthermore, disclosure of full file paths, would create a cybersecurity risk by providing specific information about OpenAI's internal storage architecture, data organization, and infrastructure.

| Description | ECF | Redact or Seal |
|---|---|---|
| Plaintiffs' Motion for Sanctions | 1618 | Redact (pp. 14–17) |
| Declaration of J. Maisel | 1618-1 | Redact (pp. 23, 24, 26–28) |
| Exhibit 2 to Plaintiffs' Motion for Sanctions | 1618-2 | Seal |
| Exhibit 3 to the same | 1618-3 | Redact (p. 2) |
| Exhibit 11 to the same | 1618-5 | Redact (pp. 2, 3) |
| Exhibit 17 to the same | 1618-6 | Redact (p. 2) |
| Exhibit 18 to the same | 1618-7 | Redact (pp. 1, 2) |
| Exhibit 19 to the same | 1618-8 | Redact (pp. 4, 5) |

| Description | ECF | Redact or Seal |
|---|---|---|
| Exhibit 20 to the same | 1618-9 | Seal |
| Exhibit 23 to the same | 1618-10 | Redact (p. 10) |
| Exhibit 25 to the same | 1618-11 | Seal |
| Exhibit 26 to the same | 1618-12 | Seal |
| Exhibit 27 to the same | 1618-13 | Seal |
| Exhibit 32 to the same | 1618-15 | Redact (pp. 2, 3, 5, 6) |
| Exhibit 34 to the same | 1618-17 | Seal |
| Exhibit 36 to the same | 1618-18 | Seal |
| Exhibit 37 to the same | 1618-19 | Seal |
| Exhibit 40 to the same | 1618-20 | Redact (p. 1) |
| Exhibit 41 to the same | 1618-21 | Redact (p. 3) |
| Exhibit 47 to the same | 1618-25 | Seal |
| Exhibit 48 to the same | 1618-26 | Seal |
| Exhibit 49 to the same | 1618-27 | Seal |
| Exhibit 50 to the same | 1618-28 | Seal |
| Exhibit 51 to the same | 1618-29 | Seal |
| Exhibit 52 to the same | 1618-30 | Seal |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of July 2026, in San Francisco, California.

_____
Maile Yeats-Rowe
Senior Litigation Counsel
OpenAI