UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document relates to:<br><br>News Cases<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF OPENAI DEFENDANTS' BRIEF IN OPPOSITION TO NEWS PLAINTIFFS' MOTION FOR SANCTIONS**

I, Edward A. Bayley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at Keker, Van Nest & Peters, which represents Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Group PMC, and OpenAI Group PBC (collectively, "OpenAI Defendants") in this case. I submit this declaration on behalf of OpenAI Defendants in support of their brief in opposition to News Plaintiffs' Motion for Sanctions. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify as to these facts under oath.

2. Attached hereto as Appendix A is a chronology organizing facts and evidence cited in support of OpenAI Defendants' Opposition.

3. Attached hereto as Exhibit 1 is a true and correct copy of the May 23, 2025 Declaration of I. Kechida in Support of OpenAI Defendants' Supplemental Opposition to News Plaintiffs' Motion Regarding Output Logs, MDL ECF 67.

4. Attached hereto as Exhibit 2 is a true and correct copy of the May 23, 2025 Declaration of John Vincent Monaco in Support of OpenAI Defendants' Supplemental Opposition to News Plaintiffs' Motion Regarding Output Logs, MDL ECF 64-4.

5. Attached hereto as Exhibit 3 is a true and correct copy of the September 20, 2025 Declaration of Maxime Cohen, MDL ECF 598.

6. Attached hereto as Exhibit 4 is a true and correct copy of the January 16, 2025 Declaration of Michael Trinh in Support of OpenAI Defendants' Opposition to the News Plaintiffs' Motion To Compel OpenAI to Preserve Output Log Data on a Going-Forward Basis (ECF 379), NYT ECF 425.

7. Attached hereto as Exhibit 5 is a true and correct copy of a letter dated March 5, 2024 from OpenAI Defendants' counsel to News Plaintiffs' counsel.

8. Attached hereto as Exhibit 6 is a true and correct copy of a letter dated May 7, 2025 from News Plaintiffs' counsel to the Court, MDL ECF 21-1.

9. Attached hereto as Exhibit 7 is a true and correct copy of a letter dated May 16, 2025 from OpenAI Defendants' counsel to News Plaintiffs' counsel, MDL ECF 864-11.

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter dated September 12, 2025 from OpenAI Defendants' counsel to News Plaintiffs' counsel, MDL ECF 656-2.

11. Attached hereto as Exhibit 9 is a true and correct copy of the October 20, 2025 Declaration of John Vincent Monaco in Support of OpenAI Defendants' Opposition to News Plaintiffs' Motion To Compel Production of ChatGPT Conversation Logs, MDL ECF 683.

12. Attached hereto as Exhibit 10 is an email correspondence from OpenAI Defendants' counsel to News Plaintiffs' counsel dated October 2, 2025, MDL ECF 681-1.

13. Attached hereto as Exhibit 11 is a true and correct copy of the January 8, 2026 Declaration of John Vincent Monaco in Support of OpenAI Defendants' Opposition to News Plaintiffs' Motion at MDL ECF 1061, MDL ECF 1128.

14. Attached hereto as Exhibit 12 is a true and correct copy of the September 20, 2025 Declaration of Tom Goldstein, MDL ECF 599.

15. Attached hereto as Exhibit 13 is a true and correct excerpt of the Supplemental Expert Report of Taylor Berg-Kirkpatrick, Ph.D., dated July 29, 2026.

16. Attached hereto as Exhibit 14 is a true and correct copy of a letter dated May 29, 2025 from OpenAI Defendants' counsel to the Court, MDL ECF 77.

17. Attached hereto is Exhibit 15 is a true and correct copy of the Stipulation and Order To Terminate OpenAI's Ongoing Obligations Under the Preservation Order at ECF 33, MDL ECF 629.

18. Attached hereto as Exhibit 16 is a true and correct copy of a letter dated November 15, 2024 from OpenAI Defendants' counsel to News Plaintiffs' counsel, NYT ECF 379-13.

19. Attached hereto as Exhibit 17 is a true and correct excerpt of The New York Times's Second Set of Requests for Production of Documents to OpenAI Defendants, dated May 22, 2024.

20. Attached hereto as Exhibit 18 is an email correspondence from OpenAI Defendants' counsel to News Plaintiffs' counsel dated October 8, 2025.

21. Attached hereto as Exhibit 19 is a true and correct copy of the August 13, 2026 Declaration of Bright Kellogg in Support of OpenAI Defendants' Brief in Opposition to News Plaintiffs' Motion for Sanctions.

22. Attached hereto as Exhibit 20 is an email correspondence from OpenAI Defendants' counsel to News Plaintiffs' counsel dated March 23, 2026.

*

I declare under penalty of perjury that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

Dated: August 13, 2026

/s/ Edward A. Bayley
Edward A. Bayley
*Counsel for OpenAI Defendants*