# APPENDIX A
# (Redacted Version)

# Appendix A

## I. Preservation and Sampling of User-Deleted Chats and Temporary Chats

| Date | Event | ECF/Ex. No. |
|---|---|---|
| 2020–2022 | OpenAI launches its commercial API on June 11, 2020, and its first consumer product, ChatGPT, on November 30, 2022. OpenAI adopts data-retention and privacy policies to govern those products. | - |
| December 27, 2023 | The New York Times files its complaint. | NYT ECF 1 |
| January 23, 2024 | **The Times and OpenAI exchange initial letters about preservation.**<br><br>On January 23, the Times wrote to OpenAI, asserting that OpenAI is "obligated to preserve all documents related to" "user requests" and "output[s]." Pls.' Ex. 22 (NYT ECF 379-2 at 1-2).<br><br>On February 29, 2024, OpenAI responded, stating that "significant privacy and contractual concerns," along with the "enormous" volume of data involved, make it "not feasible to place all ChatGPT inputs and outputs on indefinite retention." Pls.' Ex. 61 (NYT ECF 379-3 at 1-2). | Pls.' Ex. 22 (NYT ECF 379-2)<br><br>Pls.' Ex. 61 (NYT ECF 379-3) |
| April–June 2024 | Daily News and the Center for Investigative Reporting file complaints. | - |
| November–December 2024 | **The parties exchange additional preservation letters.**<br><br>Given the addition of new plaintiffs, including Daily News, OpenAI reminds Plaintiffs of its "data retention policies." Ex. 16 (NYT ECF 379-13 at 2).<br><br>News Plaintiffs respond by asserting their view that OpenAI should "suspend" its existing data retention policies and "preserv[e] … *all* ChatGPT user conversations." Pls.' Ex. 54 (NYT ECF 379-14 at 2-3). | Ex. 16 (NYT ECF 379-13)<br><br>Pls.' Ex. 54 (NYT ECF 379-14) |
| January 24, 2025 | **Magistrate Judge Wang denies News Plaintiffs' letter motion to compel wholesale preservation.**<br><br>After News Plaintiffs moved to compel OpenAI to preserve all output logs, NYT ECF 379, and OpenAI opposed, NYT ECF | NYT ECF 441 |

| Date | Event | ECF/Ex. No. |
|---|---|---|
| | 423, Magistrate Judge Wang refuses Plaintiffs' request for "wholesale preservation of user conversations," NYT ECF 441 at 2. Judge Wang directs the parties "to meet and confer regarding the privacy and technological considerations implicated by Plaintiffs' request," and ordered a status update by February 13, 2025. NYT ECF 441 at 2. | |
| February 13, 2025 | As ordered, the parties submit a joint status report, confirming that OpenAI is "in the process of determining what technical options might satisfy Plaintiffs' demands while at the same time taking account of the technological and privacy issues implicated by wholesale retention." NYT ECF 462 at 4. | NYT ECF 462 |
| April 2025 | **News Plaintiffs' case is consolidated as part of the MDL.**<br>Judge Stein's initial case-management order directs the parties to "identify" any remaining dispute "about the scope or degree of preservation of output log data." MDL ECF 14 at 4 n.1. | MDL ECF 1<br>MDL ECF 14 |
| May 12, 2025 | News Plaintiffs write to Magistrate Judge Wang, requesting a hearing on OpenAI's purported "ongoing destruction of user conversation data." Ex. 6 (MDL ECF 21-1 at 1 n.1 (citation omitted)). | Ex. 6 (MDL ECF 21-1) |
| May 13, 2025 | **Magistrate Judge Wang enters the Preservation Order.**<br>The Order directs OpenAI to "preserve and segregate all output log data that would otherwise be deleted on a going-forward basis until further order of the Court." MDL ECF 33 at 2. | MDL ECF 33 |
| May 13–27, 2025 | OpenAI takes immediate steps to comply with the Preservation Order by retaining and segregating chats in its 30-day tables that it would ordinarily delete. MDL ECF 39-1 at 2.<br>OpenAI investigates stopping users from deleting historic chats stored in OpenAI's data warehouse, but finds that doing so would be technologically infeasible. Ex. 2 (MDL ECF 64-4, Monaco Decl. ¶¶ 7-8). | MDL ECF 39-1<br>Ex. 2 (MDL ECF 64-4) |
| May 23, 2025 | OpenAI files declaration explaining that it complied with the Preservation Order by "provisionally retaining in a segregated legal hold database Conversation Data from 30 days prior to the Preservation Order, regardless of whether the data is subject to a user-initiated deletion or was generated via ChatGPT's | Ex. 2 (MDL ECF 64-4) |

| Date | Event | ECF/Ex. No. |
|---|---|---|
| | Temporary Chat feature." Ex. 2 (MDL ECF 64-4, Monaco Decl. ¶ 7). It also explained that "additional steps" to preserve conversation data "more than 30 days old" would require "significant changes to OpenAI's data infrastructure" and would be financially infeasible. *Id.* ¶ 8. | |
| May 27, 2025 | **Hearing on preservation.**<br><br>During hearing regarding Preservation Order, OpenAI further explains that the provisional measures OpenAI put in place to comply with the order consisted of the ongoing retention of "30-day [safety] tables," that these tables are not "a full representation of everything that is stored in the long-term," and that OpenAI's preservation of these tables is "not designed to be the equivalent of what we call our data warehouse that has all the compressed archive data going back to 2022." Pls.' Ex. 31 (Hr'g Tr. at 36:6-25).<br><br>The Court declines News Plaintiffs' demand for further preservation steps, confirms that it did not want OpenAI to "stop all [its] deletion processes," and explains that the purpose of the Preservation Order was to evaluate whether OpenAI's compliance with its data retention policies would cause "potential bias in what will then be sampled as retained." *Id.* at 4:13-20, 34:17-35:2. The Court then instructs the parties to "[w]ork on sampling" the preserved tables to answer that question. *Id.* at 51:14-16. | Pls.' Ex. 31 |
| May 29, 2025 | OpenAI notifies the Court that it would "leave in-place the mechanisms it has implemented to comply with the Preservation Order, which (OpenAI understands) the Court found to be sufficient" but would not take further steps "[u]nless otherwise directed." Pls.' Ex. 14 (MDL ECF 77 at 1). | Pls.' Ex. 14 (MDL ECF 77) |
| May 29, 2025 | **Magistrate Judge Wang directs sampling of preserved logs.** | MDL ECF 79 |
| June 26, 2025 | Judge Stein denies OpenAI's Rule 72 objection to the Preservation Order. | MDL ECF 271 |

| Date | Event | ECF/Ex. No. |
|---|---|---|
| June 26, 2025 | Confidential discovery settlement conference with Magistrate Judge Wang.[1] | MDL ECF 217 |
| June–August 2025 | The parties collaborate to "agree on a joint proposed methodology" to sample chat logs retained under the Preservation Order. MDL ECF 262 at 1. | MDL ECF 262 |
| August 15, 2025 | Confidential discovery settlement conference with Magistrate Judge Wang. | MDL ECF 444 |
| August 19, 2025 | **Magistrate Judge Wang adopts the parties' joint proposed methodology to sample output logs retained under the Preservation Order.**<br><br>Under the Order, OpenAI generated four datasets, each containing five million "rows of Conversation Data": (1) all conversation data not generated by the temporary-chat feature or subject to a user-initiated deletion; (2) temporary chats; (3) chats subject to user-initiated deletions; and (4) all conversation data. MDL ECF 463 § 1(c). OpenAI then searched for key terms across each of those samples. *Id.* §§ 2-3. | MDL ECF 463 |
| September 19, 2025 | **The parties submit a joint letter with their respective analysis of the sampling exercise.**<br><br>OpenAI explains that the exercise reveals essentially no statistically significant difference between the chats that OpenAI retained and the chats that it would have retained had it paused deletions. MDL ECF 597 at 1-2.<br><br>News Plaintiffs observe a higher incidence of search terms (e.g., "paywall") in temporary chats without explaining how that difference produces sampling bias. *Id.* at 3. | MDL ECF 597 |
| September 26, 2025 | Confidential discovery "settlement conference" with Magistrate Judge Wang. | MDL ECF 592 |

[1] OpenAI includes these conferences in its chronology because they are an important part of the factual record. News Plaintiffs similarly referenced these conferences in their chronology and provided high-level descriptions. *See* Pls.' App'x 27-29, 41-42.

| Date | Event | ECF/Ex. No. |
|---|---|---|
| October 3, 2025 | After the parties complete the sampling exercise and agree to terminate the Preservation Order, News Plaintiffs propose a stipulation provision that would require OpenAI to "preserve the historical ChatGPT output log data from December 2022 through November 2024"—i.e., data more than 30 days old—on an ongoing basis. *See* Ex. 18 at 5, 7. | Ex. 18 |
| October 6, 2025 | OpenAI responds, stating that the proposed language "appears to require OpenAI to preserve data contained in the data warehouse from which we are retrieving the merits sample," and pointing out that "we were very clear that we could not take that step after the Preservation Order was issued." *See* Ex. 18 at 7. OpenAI then recounts the relevant history, including by explaining that the data it preserved includes only data "from 30 days prior to the [May 13, 2025] Preservation Order," and that the preserved data is not a "full representation of everything that is stored in the long-term." *Id.* at 5 (first quoting MDL ECF 64.4 ¶ 7; and then quoting Hr'g Tr. at 36:12-25 (May 27, 2025)). | Ex. 18 |
| October 8, 2025 | OpenAI again emails News Plaintiffs confirming that it "has preserved, and continues to preserve, the prompts and outputs of every single ChatGPT Consumer conversation from April 14, 2025 [i.e., 30 days before Preservation Order] to the present, regardless of whether those conversations were generated via the Temporary Chat feature or whether the users who generated them attempted to delete them" and explains that this constitutes "full and complete compliance" with the Preservation Order. *See* Ex. 18 at 1 (emphasis omitted). | Ex. 18 |
| October 9, 2025 | **The parties stipulate to terminating the Preservation Order.**<br>The stipulation terminates OpenAI's obligations under the Preservation Order, but requires OpenAI "to preserve" most of "the output log data already preserved and segregated pursuant to the Preservation Order prior to September 26, 2025." Ex. 15 (MDL ECF 629, ¶ 2). | Ex. 15 (MDL ECF 629) |

## II. Merits Sampling (The 20 Million Sample)

| Date | Event | ECF/Ex. No. |
|---|---|---|
| 2024–2025 | The parties negotiate how best to resolve the significant challenges implicated by discovery into OpenAI's output logs given the volume of data at issue and the way in which it is stored.<br><br>In January 2025, OpenAI proposes that "counsel continue to work together to develop a sampling methodology for the more than 50 billion user conversations already preserved." NYT ECF 423 at 2. | *E.g.*, NYT ECF 423 |
| April 11, 2025 | OpenAI sends News Plaintiffs a list of chat logs stored in its compressed data warehouse. | |
| June 18, 2025 | Magistrate Judge Wang orders the parties to continue to meet and confer on sampling output data. | MDL ECF 217 |
| June–July 2025 | The parties negotiate the size of sample. News Plaintiffs initially propose a sample of 1.4 billion logs, before retreating to a proposal for 120 million logs. MDL ECF 717 at 3. OpenAI suggests 5 million logs, then offers 20 million as a compromise. *Id.* | MDL ECF 717 |
| June–July 2025 | The parties file cross-motions in support of their respective sample-size proposals. | MDL ECF 394<br><br>MDL ECF 436 |
| August 11, 2025 | News Plaintiffs provide OpenAI with a list of 20 million conversation IDs to include in the sample. MDL ECF 717 at 3. | MDL ECF 717 |
| September 12, 2025 | OpenAI informs Plaintiffs that it had successfully retrieved and decompressed 95% of the 20 million logs that Plaintiffs had included on their list.<br><br>OpenAI notes that it had to "pull replacement logs for approximately 5% of the logs" because those logs "were the subject of manual deletion requests by ChatGPT users" in the four months between when OpenAI sent Plaintiffs the initial list of chat logs in April 2025 and when Plaintiffs selected logs for sampling in August 2025. MDL ECF 656-2 at 2. | MDL ECF 656-2 |

| Date | Event | ECF/Ex. No. |
|---|---|---|
| | OpenAI offers to substitute replacement logs by "retrieving and decompressing additional records, selecting logs at random until a total of 833,333 logs have been retrieved for each month between December 2022 and November 2024." *Id.* | |
| September 23, 2025 | News Plaintiffs "agree that [OpenAI] can begin retrieving and decompressing additional records" while making sure to avoid "duplicates." MDL ECF 681-1 at 3. | MDL ECF 681-1 |
| October 16–20, 2025 | News Plaintiffs move for OpenAI to produce "the 20 million sample of historical ChatGPT output log data in a readily searchable format." MDL ECF 656 at 3.<br><br>OpenAI opposes Plaintiffs motion, citing user-privacy concerns with producing 20 million output logs. MDL ECF 679. | MDL ECF 656<br><br>MDL ECF 679 |
| November 10, 2025 | Magistrate Judge Wang orders OpenAI to produce the 20 million sample. | MDL ECF 734 |
| December 14, 2025 | After Magistrate Judge Wang denied OpenAI's motion to reconsider her order requiring production of the 20 million sample, MDL ECF 896, OpenAI produced the sample. | - |
| January 5, 2026 | Judge Stein denies OpenAI's Rule 72 objections to the order compelling production of the entire 20 million sample of output logs.<br><br>Judge Stein anticipated that OpenAI would use a "custom de-identification tool," to "remov[e] both personally identifiable information and other private information from the logs" before producing them. MDL ECF 1021 at 1-2. | MDL ECF 1021 |
| January 5, 2026 | News Plaintiffs object to the number of redactions OpenAI had applied to protect user privacy before producing the 20 million sample. | MDL ECF 1061 |
| January 20, 2026 | Over OpenAI's objections, Magistrate Judge Wang orders OpenAI to "amend [its] PII redactions and re-produce the sample" by January 22, 2026. | MDL ECF 1170 |

## III. Production of Training Datasets

| Date | Event | ECF/Ex. No. |
|---|---|---|
| February 23, 2024 | In discovery requests, News Plaintiffs request access to data that OpenAI uses to train its models. | Pls.' Ex. 4 |
| July 2024–October 2024 | The parties negotiate a training-data inspection protocol. | *E.g.*, NYT ECF 250 |
| September 12, 2024 | **Hearing regarding requests from Book Plaintiffs to search training databases.**<br>OpenAI tells the Court that it does "not currently have tools to search [the training datasets] efficiently" and "it is not a situation where we could do it very quickly and it would take them a very long time, it would also take us a very long time." Pls.' Ex. 1 (Hr'g Tr. 7:16-20).<br>The Court directs the parties to set up a "sandbox"—a "tightly controlled environment" where OpenAI would make training datasets available for News Plaintiffs' inspection. *Id.* at 5:23-6:6. | Pls.' Ex. 1 |
| October 4, 2024 | **The parties enter a stipulation regarding training-data inspection, allowing OpenAI to set up the "sandbox" as directed by the Court.**<br>OpenAI agrees to make training data available for inspection at OpenAI's San Francisco offices, hosting the data and supplying the compute at its own expense. NYT ECF 254.<br>To allow for inspection, OpenAI "organized hundreds of terabytes of training data into an object-storage file system for Plaintiffs' exclusive use; it built an enterprise-grade virtual machine with the computing power to access, search, and analyze the datasets; it installed hundreds of software tools and tens of gigabytes of Plaintiffs' data upon their request; and it managed the necessary firewalls and secure virtual private network to support the inspection." NYT ECF 305 at 3. | NYT ECF 254; NYT ECF 305 |
| November 2, 2024 | **Parties submit report to Court on training-data inspection.**<br>Plaintiffs successfully inspect training data, apart from an initial visit by News Plaintiffs' consultants. OpenAI explains that at the initial visit, "Plaintiffs' consultants triggered … technical issues" | NYT ECF 305, 305-5 |

| Date | Event | ECF/Ex. No. |
|---|---|---|
| | (about which Plaintiffs complained to the Court) "by overwhelming the file system with malformed searches." NYT ECF 305 at 3. OpenAI "worked diligently to address these issues by providing on-call support, installing requested software, and then stress-testing the system." *Id.*<br><br>After Plaintiffs—with OpenAI's guidance—implement "basic resource-management techniques," Plaintiffs' disruptions ceased. *Id.* OpenAI continues to offer to help Plaintiffs search the datasets. *Id.* | |
| November 20, 2024 | News Plaintiffs submit supplemental letter to the Court on training-data inspection, alleging that OpenAI deleted Plaintiffs' files. | NYT ECF 328 |
| November 22, 2024 | **OpenAI responds to News Plaintiffs' supplemental letter, explaining that a change requested by News Plaintiffs triggered the loss of data.** NYT ECF 345. OpenAI also explains that the purported data loss did not delete any files—it at most erased "organizational metadata." *Id.* at 2.<br><br>"When Plaintiffs requested a configuration change that they thought would accelerate their work, OpenAI accommodated their request, despite concerns that the proposed change would yield no speed improvements and might even hinder performance." *Id.* The "change, upon implementation, inadvertently removed file-system information … from a hard drive set up to cache OpenAI's data" and on which "Plaintiffs apparently also saved some of their own working files." *Id.*<br><br>OpenAI continues attempts to help with Plaintiffs' searches. *Id.* | NYT ECF 345 |
| December 6, 2024 | The Court denies News Plaintiffs' motions relating to training-data inspection and asking OpenAI to identify News Plaintiffs' works that it trained on, and directs parties to meet and confer. | NYT ECF 365 |
| January 24, 2025 | Court directs the parties to meet and confer about technical parameters for searching training data. | NYT ECF 441 |
| February 13, 2025 | Parties file a joint status letter reporting that OpenAI will run an n-gram search on its training data. | NYT ECF 462 |

## IV. Representations About Discovery Capabilities

| Date | Event | ECF/Ex. No. |
|---|---|---|
| 2022 | **OpenAI begins "Project Giraffe" to prevent its products from reproducing copyrighted works.** Project Giraffe works in part by using a "bloom filter" to prevent its products from reproducing copyrighted works. Pls.' Ex. 25 (Monaco Dep. at 35:2-18, 46:19-24 (Jan. 27, 2026)).<br><br>Before adding new content to the filter, OpenAI runs "evals" that determine how the revised filter will work. The evals analyze how n-grams included in the new content "intersect[]" with a sample of ChatGPT output logs." Pls.' Ex. 2 (Monaco Dep. 237:17-25 (Apr. 8, 2026)). | Pls.' Ex. 2<br><br>Pls.' Ex. 25 |
| April 2023 | New York Times raises "intellectual property concerns" with OpenAI about how its content was "being used … to train artificial intelligence models," including ChatGPT. Pls.' Ex. 45. | NYT ECF 1 |
| May–June 2023 | **OpenAI begins an internal "intersection" analysis, "NYT Recall Pipeline," to determine if its products were reproducing the NYT's copyrighted content in response to user prompts.**<br><br>For the analysis, OpenAI searched "Common Crawl," a single training dataset of websites scraped from the internet, for New York Times URLs. Pls.' Ex. 2 (Monaco Dep. 222:18-23 (Apr. 8, 2026)); Ex. 19 (Kellogg Decl. ¶ 3). It generated a list of n-grams from the resulting set of New York Times content. Pls.' Ex. 2 (Monaco Dep. 232:23-25); Ex. 19 (Kellogg Decl. ¶ 3).<br><br>OpenAI also pulled a rough sample of 78 million user prompts. Ex. 19 (Kellogg Decl. ¶ 4). The 78-million chat set did not have complete metadata. *Id.* | Pls.' Ex. 2<br><br>Ex. 19 |
| June 2023 | OpenAI records outcome of NYT Recall Pipeline in a spreadsheet. | Pls.' Ex. 50 |
| Late 2023/Early 2024 | OpenAI adds certain content from Plaintiffs' websites to the bloom filter to prevent its products from reproducing those works. OpenAI runs "evals" after adding that content. Pls.' Ex. 2 (Monaco Dep. 234:5-9, 236:2-9). | Pls.' Ex. 2 |

| Date | Event | ECF/Ex. No. |
|---|---|---|
| September 12, 2024 | **Hearing regarding requests from Book Plaintiffs to search training databases.**<br><br>OpenAI tells the Court that it did not currently have tools to search its datasets efficiently and that searching for Book Plaintiffs' works would "take a very long time." Pls.' Ex. 1 (Hr'g Tr. at 7:16-20).<br><br>OpenAI also explicitly disclosed that it "*can* search for particular phrases" in its training data, but could not do so without Book Plaintiffs identifying "what they want us to search for." *Id.* at 7:25-9:6, 13:25-14:11. | Pls.' Ex. 1 |
| January 17, 2025 | OpenAI describes the volume of conversation data to the Court and makes clear it cannot easily be searched:<br><br>"Due to the technical burdens of data storage, OpenAI retains ChatGPT conversation data in a compressed format in a distributed table. At present that distributed table contains [redacted] of compressed data. As of January 2025, this table contained more than 50 billion ChatGPT user conversations." Ex. 4 (NYT ECF 425, Trinh. Decl. ¶ 4). | Ex. 4 (NYT ECF 425) |
| February 2025 | OpenAI produces the source code for its Project Giraffe evaluations in February 2025, disclosing to Plaintiffs the existence of several underlying datasets. | Pls.' Ex. 11. |
| April 2025 | OpenAI produces the 78-million sample and further 9 million chats used for another Project Giraffe evaluation while producing the "allowlist" that it uses as part of Project Giraffe's bloom filter. Pls.' Ex. 37 at 1. | Pls.' Ex. 37 |
| May 23, 2025 | OpenAI describes the compressed format in which it stores conversation data older than 30 days and explains that chat records "cannot be searched without first decompressing the data" due to the nature of OpenAI's "current infrastructure." Ex. 2 (MDL ECF 64-4, Monaco Decl. ¶ 4). | Ex. 2 (MDL ECF 64-4) |
| June 2025 | News Plaintiffs move to compel production of "over 20 billion files containing over 320,000,000 gigabytes [of data] from an array of confidential products," one of which included the 78-million sample. MDL ECF 201-13 at 3. | MDL ECF 201-13 |

| Date | Event | ECF/Ex. No. |
|---|---|---|
| June 2025 | **Parties exchange additional correspondence regarding Project Giraffe.**<br><br>Plaintiffs explain that they wished to access the "Giraffe ChatGPT Dataset" because they believed the dataset "contains a regurgitation analysis of actual ChatGPT user conversations." Pls.' Ex. 20 at PDF p. 3.<br><br>OpenAI clarifies that the dataset does not "contain[] a regurgitation analysis" and asked for Plaintiffs to "identify a relevant RFP." *Id.* | Pls.' Ex. 20 |
| August 4, 2025 | OpenAI submits declarations explaining technical burden of producing compressed output logs, including that it would require decompressing historic conversation records stored in an "offline storage system" in a compressed form. Pls.' Ex. 32 (MDL ECF 435-1, Monaco Decl. ¶ 2). | Pls.' Ex. 32 (MDL ECF 435-1)<br><br>MDL ECF 435-2 |
| January 5, 2026 | News Plaintiffs move to compel production of the NYT Recall Pipeline. | MDL ECF 1066 |
| January 26, 2026 | OpenAI produces a spreadsheet from the NYT Recall Pipeline analysis project. | Pls.' Ex. 50 |
| February 4, 2026 | OpenAI explains that it had already produced "all source code relating to Project Giraffe," "the metrics [OpenAI] maintains relating to regurgitation," "analyses and communications relating to Project Giraffe," and a spreadsheet with the results of the NYT Recall Pipeline. MDL ECF 1267 at 2. | MDL ECF 1267 |
| February 11, 2026 | **Discovery Status Conference before Judge Wang.**<br><br>OpenAI explains that "Project Giraffe" had been a discovery search term "since 2024" and that "Plaintiffs have known what Project Giraffe is." Pls.' Ex. 24 (Hr'g Tr. 11:19-22). | Pls.' Ex. 24 |
| March 10, 2026 | Court orders OpenAI to produce the 78-million sample used for the NYT Recall Pipeline and a further 9 million chats used for another Project Giraffe evaluation, and grants Plaintiffs additional deposition time for Mr. Monaco. | MDL ECF 1419 |

| Date | Event | ECF/Ex. No. |
|---|---|---|
| March 13, 2026 | Confidential discovery settlement conference with Magistrate Judge Wang. | MDL ECF 1428 |
| March 30, 2026 | Confidential discovery settlement conference with Magistrate Judge Wang. | MDL ECF 1480 |
| April 16, 2026 | Confidential discovery settlement conference with Magistrate Judge Wang. | MDL ECF 1480 |