# EXHIBIT 2
# (Redacted Version)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>THE NEW YORK TIMES COMPANY v. MICROSOFT CORPORATION, et al., No. 23-cv-11195 | :<br>:<br>:<br>:<br>:<br>: | 25-md-03143 (SHS) (OTW) |

**DECLARATION OF JOHN VINCENT MONACO IN SUPPORT OF OPENAI DEFENDANTS' SUPPLEMENTAL OPPOSITION TO NEWS PLAINTIFFS' MOTION REGARDING OUTPUT LOGS**

I, John Vincent Monaco, hereby declare as follows:

1. I am a Member of Technical Staff at OpenAI. I submit this declaration in support of OpenAI Defendants's Supplemental Opposition to News Plaintiffs' Motion Regarding Output Logs. I have been a member of OpenAI's Technical Team since July 2022, and my work in that role often requires working with OpenAI's data systems. I also have extensive experience in data science, privacy engineering, data engineering, and building distributed systems. I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

**A. OpenAI's Services and Data Retention Practices**

2. <u>ChatGPT Consumer</u>. ChatGPT is OpenAI's primary consumer service. It is accessible, among other places, on chatgpt.com for free and without a login, but to enable features like chat history, users can sign-up for a free OpenAI account ("ChatGPT Free").

OpenAI also offers subscriptions that users can pay for to access additional features ("ChatGPT Plus" and "ChatGPT Pro"). I will refer to ChatGPT Free, ChatGPT Plus, and ChatGPT Pro collectively as "ChatGPT Consumer."

3. OpenAI stores text prompts and outputs generated by ChatGPT Consumer (hereafter, "Conversation Data") indefinitely unless users utilize in-product options to opt out of that retention. These in-product options have evolved and been introduced over time since ChatGPT's launch. Today, there are two ways those users can opt out of having Conversation Data retained. First, a user can initiate deletion of their Conversation Data. This can be accomplished either by deleting a conversation, deleting all chat history, or deleting their account. Once a user initiates one of those actions to delete their data, any corresponding Conversation Data associated with that user's account is promptly removed from the user's chat history and is deleted from OpenAI's systems within 30 days. Second, a user can initiate a "Temporary Chat" on the ChatGPT Consumer platform. Temporary Chats do not appear in a user's chat history. Data regarding a user's Temporary Chats are retained for up to 30 days for safety purposes before being deleted from OpenAI's systems. After the 30-day windows described above, user-deleted Conversation Data or Temporary Chats are no longer available and cannot be restored.

4. Unprocessed Conversation Data that is more than 30 days old is stored in compressed format which cannot be searched without first decompressing the data. Based on my knowledge and experience with OpenAI's data pipelines and related cloud platform expenses, I estimate that decompressing all of this data would cost OpenAI over [redacted] in up front costs and at least [redacted] per month in ongoing costs. Those costs would likely increase over time

given increasing data volume. OpenAI also stores the most recent 30 days of Conversation Data in uncompressed format.

5. I understand that the plaintiffs have asked OpenAI to perform a search over the full extant output log data for their content. As I noted above, the costs required to decompress and house the stored data would be substantial. OpenAI's current infrastructure also does not include any mechanism that could search a large dataset of output logs like decompressed Conversation Data for specific content. OpenAI would need to design a custom system that allows using "n-grams" or fuzzy searches to look for instances of Conversation Data that contain strings of words that are similar to some other specified strings of words. Designing a proof-of-concept for such a system would take at least six months of dedicated full-time engineer time. Additional work would then be required to achieve a working prototype, followed by non-trivial ongoing maintenance engineering work to ensure ongoing reliability. The system would be very costly and burdensome to build and maintain. OpenAI cannot precisely estimate the costs necessary to operate such a search mechanism without a more detailed specification. But based on information available, I estimate that this would cost OpenAI at least several million dollars up front to build and would likely require a significant amount of additional costs for each search. These costs would be in addition to the costs I described in the prior paragraph.

6. <u>ChatGPT Enterprise</u>. OpenAI also offers dedicated iterations of ChatGPT to businesses and other organizations. OpenAI refers to this service as "ChatGPT Enterprise" – it allows businesses and other organizations to give their employees access to ChatGPT while owning and controlling their data. For that reason, OpenAI's existing infrastructure does not include any mechanisms that could be used today to preserve or segregate Conversation Data for ChatGPT Enterprise customers.

**B. Compliance with Preservation Order**

7. I understand that the Court issued an Order on May 13, 2025 directing OpenAI to preserve and segregate all output log data that would otherwise be deleted on a going forward basis until further order of the court (the "Preservation Order"). In response to that Order, OpenAI immediately began to investigate the available steps it could immediately take to preserve and segregate all output log data in its possession that was due to be deleted. OpenAI also began to investigate what would be required to identify output log data from U.S. users and anonymize preserved Conversation Data. While that investigation remains ongoing, OpenAI took certain steps immediately, such as provisionally retaining in a segregated legal hold database Conversation Data from 30 days prior to the Preservation Order, regardless of whether that data is subject to a user-initiated deletion or was generated via ChatGPT's Temporary Chat feature.

8. OpenAI is also investigating the feasibility of additional steps that can be taken, including to disregard user requests to delete ChatGPT Consumer Conversation Data that is more than 30 days old. Based on OpenAI's investigation to date, we have determined that those additional steps will require significant changes to OpenAI's data infrastructure that would disrupt and threaten the ongoing functionality of that infrastructure and require up to eight months of dedicated engineering time, along with additional costs in the tens of millions of dollars.

**C. OpenAI's Mitigations**

9. ChatGPT is not designed to circumvent paywalls. Moreover, OpenAI has implemented a variety of opt-out mechanisms to enable content owners to express their preferences regarding how their websites are accessed by OpenAI tools, including ChatGPT.

Those mechanisms include adhering to preferences defined by website owners in their robots.txt files, as well a blocklist that prevents ChatGPT from fetching content from websites owned by publishers who have expressed a preference to exclude their sites from this mechanism. Websites associated with the New York Times, the New York Daily News, the Chicago Tribune, the Orlando Sentinel, the Sun-Sentinel, the Mercury News, the Denver Post, the Orange County Register, the Pioneer Press, Mother Jones, and Reveal News are all included on that blocklist.

**D. Deletion of ChatGPT Consumer Data**

10. I understand that plaintiffs have identified two so-called “spikes” in the number of ChatGPT Consumer conversations processed for deletion—occurring in October 2024 and January 2025, respectively. I worked with members of OpenAI’s Data Platform team to investigate both “spikes,” including by analyzing the trend in the number of deletions in the days immediately preceding each spike, looking at our system’s hourly end-to-end latency during the relevant period, and evaluating incident logs relating to the two “spikes.”

11. During my investigation, I determined that the “spike” observed in late 2024 was the result of a temporary pause in the pipeline that effectuates deletions of user conversations in OpenAI’s storage system. OpenAI paused that pipeline for roughly 20 hours on October 22, 2024 to troubleshoot a broader issue with its data system. That pause caused a delay in the processing of several million conversations that were slated for deletion on October 22, 2024 pursuant to OpenAI’s data retention policies. This, in turn, lowered the number of total processed deletions on October 22, 2024. Once the pause was lifted, those conversations were processed for deletion, causing the observed corresponding “spike” in the number of processed deletions the following day, October 23, 2024.

12. Based on my investigation, there is no reason to believe this “spike” had anything whatsoever to do with the ongoing litigation.

13. Similarly, during my investigation, I determined that the “spike” observed in early 2025 was the result of a bug fix. In December 2024, OpenAI discovered a bug in the pipeline responsible for managing its storage system. The bug was causing the data pipeline to miss certain deletions, which were not being reflected in the storage system. After OpenAI fixed the bug, it ran a one-time cleanup script to execute all the missed deletions. That cleanup ran on January 6, 2025 and resulted in a corresponding “spike” in the number of conversation deletions on that day.

14. Based on my investigation, there is no reason to believe this early 2025 “spike” also had anything whatsoever to do with the ongoing litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day or May 2025, in Foster City, California.

John Vincent Monaco
Member of Technical Staff
OpenAI