# EXHIBIT 8

# EXHIBIT B

KEKER VAN NEST & PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Edward A. Bayley**
(415) 773-6672
ebayley@keker.com

September 12, 2025

**VIA ELECTRONIC MAIL**
Jennifer Maisel
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, D.C. 20001
jmaisel@rothwellfigg.com

Re: *In re: OpenAI, Inc., Copyright Infringement Litigation*, No. 25-md-03143-SHS-OTW

Counsel:

I write with an update regarding the ChatGPT conversation log sampling process.

OpenAI has completed the retrieval and decompression steps described in Mr. Monaco's declaration. *See* ECF 436-1 ¶¶ 4–6. As a result of OpenAI's efforts to resolve the technical issues that arose during this process, only one record failed to decompress and was skipped. Additionally, we have been able to capture roughly 95% of the logs you selected, but as a result of the 9-month delay between the generation of the conversation list in December 2024 and the commencement of the retrieval process after News Plaintiffs provided their selected logs in August 2025, we will need to pull replacement logs for approximately 5% of the logs on your list. OpenAI will begin retrieving and decompressing additional records, selecting logs at random until a total of 833,333 logs have been retrieved for each month between December 2022 and November 2024. If News Plaintiffs object to this random retrieval process, we propose that you send us a ranked list of 100,000 additional conversation identifiers for each month, from which OpenAI will retrieve additional, available logs in ascending order until a total of 833,333 logs have been retrieved per month. Please let us know if you so object by Wednesday, September 17, 2025.

Further, OpenAI is proceeding to parse the structure of the conversation logs that have been decompressed so that additional filtering and deidentification can be applied. *See* Monaco Decl., ECF 436-1 ¶ 7. As part of this processing step, we will need to filter the decompressed conversation logs to exclude (1) conversations generated by out-of-scope models, *see id.*, and (2) conversations generated by the parties and their counsel and experts to exclude conversation logs generated by the parties for litigation-related purposes, *see, e.g.,* Complaint ¶¶ 98–113, *Daily News, LP v. Microsoft Corp.*, No. 24-cv-3825 (S.D.N.Y. Apr. 30, 2024), ECF 1 (listing outputs from News Plaintiffs' use of OpenAI products); *see also* Tr. of Sept. 12, 2024 Proceedings 60:3–

**VIA ELECTRONIC MAIL**

September 12, 2025
Page 2

11 (admitting that News Plaintiffs' use of OpenAI products to create the aforementioned outputs does not reflect "how your average user is using ChatGPT"). To facilitate this filtering, OpenAI proposes that News Plaintiffs provide a list of any party, counsel, or expert OpenAI accounts that may have been used to generate conversations via ChatGPT consumer for purposes of this litigation (via email address associated with the account) as soon as practicable.

Best regards,

KEKER, VAN NEST & PETERS LLP

Edward A. Bayley

EAB:ks