# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>THE NEW YORK TIMES COMPANY v. MICROSOFT CORPORATION, et al., No. 23-cv-11195 | 25-md-03143 (SHS) (OTW)<br><br>Hon. Ona T. Wang |

**DECLARATION OF JOHN VINCENT MONACO IN SUPPORT OF OPENAI DEFENDANTS' OPPOSITION TO NEWS PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CHATGPT CONVERSATION LOGS**

I, John Vincent Monaco, hereby declare as follows:

1. I am a Member of Technical Staff at OpenAI. I submit this declaration in support of OpenAI Defendants' opposition to News Plaintiffs' Motion at ECF 656.

2. OpenAI has strict internal protocols for human review of ChatGPT conversation data. Access to that data by OpenAI employees is subject to technical access controls and limited only to authorized personnel on a need-to-know basis. OpenAI also monitors and logs all access to user conversation data, and authorized personnel must undergo security and privacy training prior to accessing any such data. These controls are in place because trust and privacy are at the core of OpenAI's products.

3. The de-identification process I described in paragraph 8 of my earlier declaration, *see* ECF 435-1, is designed to scrub categories of personally identifiable information (or "PII")

and other information (*e.g.*, passwords or other sensitive information) from content like user data. It does not scrub content that is not identifying but might nonetheless be considered private or sensitive, like health or financial information.

4. OpenAI is in the process of pulling replacement logs for approximately 5% of the logs that News Plaintiffs selected, which were the subject of manual deletion requests by ChatGPT users. OpenAI has already begun that process via random sampling.

5. OpenAI has now completed the "retrieval" and "decompression" steps for the remaining logs. *See* ECF 435-1 ¶¶ 4–6. While OpenAI initially thought that it would have to address each of these two steps separately, OpenAI was able to improve the efficiency of these steps by building a pipeline to retrieve and decompress records in tandem. As the next step in the process, OpenAI is currently designing and building a pipeline to process the retrieved and decompressed records. *Id.* ¶ 7. OpenAI expects to complete the "processing" and "de-identification" steps within the next 2–4 weeks.

6. OpenAI can execute n-gram searches, URL searches, and other keyword searches over a sample of 20 million records retrieved from its offline storage system. While setting up these searches may require some engineering time, OpenAI's technical staff is already familiar with the records and has pre-existing tools that could be deployed to expedite the process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of October 2025 in San Francisco, CA.

John Vincent Monaco
Member of Technical Staff
OpenAI