# EXHIBIT 11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br>This Document Relates To:<br><br>All Actions | 25-md-03143 (SHS) (OTW)<br><br>Hon. Ona T. Wang |

**DECLARATION OF JOHN VINCENT MONACO IN SUPPORT OF OPENAI DEFENDANTS' OPPOSITION TO NEWS PLAINTIFFS' MOTION AT MDL ECF 1061**

I, John Vincent Monaco, declare as follows:

1. I am a Member of Technical Staff at OpenAI. I submit this declaration in support of OpenAI Defendants' opposition to News Plaintiffs' Motion at ECF 1061.

2. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

3. The de-identification process that OpenAI ran on the 20 million logs that it produced on Sunday, December 14 was designed to identify and redact personal identifying information (or "PII") and other information (*e.g.*, passwords or other sensitive information). That process redacted such information regardless of whether it occurred in plain text (*e.g.*, "My name is <u>John Doe</u>") or in the context of a URL included within a user's conversation (*e.g.*, "Give me feedback on my LinkedIn profile at www.linkedin.com/in/<u>john-doe-410ba852</u>.").

4. Less than 2% of the URLs in the initial set of 20 million logs contained any redactions. After OpenAI produced the aforementioned dataset on Sunday, December 14, it worked to adjust its de-identification process to change the way in which redactions are applied to URLs. That adjustment resulted in the removal of approximately one million redactions previously applied to URLs. On December 23, 2025, OpenAI re-produced an updated version of the 20 million logs with the adjustments.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 8, 2026, at Foster City, CA.

John Vincent Monaco
Member of Technical Staff
OpenAI