# EXHIBIT 12
# (Redacted Version)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br>This Document Relates To:<br>No. 1:23-cv-11195 (SHS) (OTW) | 25-md-3143 (SHS) (OTW) |

**DECLARATION OF TOM GOLDSTEIN**

I, Dr. Tom Goldstein, declare as follows:

1. I am a Professor of Computer Science and Director of the Maryland Center for Machine Learning. I submit this declaration on behalf of the News Plaintiffs in support of their portion of the Joint Letter regarding preserved ChatGPT output sampling. I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

2. I have reviewed and analyzed the hit count tables that OpenAI provided pursuant to the protocol entered by the Court at ECF 463. Pursuant to that protocol, OpenAI ran search terms over, and provided classifier information for four different sample populations, each consisting of 5 million samples of ChatGPT output logs: (1) ordinarily retained data, (2) temporary chats, (3) user-initiated deletions, and (4) all chats.

3. As an initial matter, let me explain briefly the concept of a "p-value." The p-value is a measure of how statistically significant an observed result is, with the lower the value indicating the greater the significance (form a statistical perspective). Conventionally, scientific studies will accept a result as statistically significant where p is 0.05 or smaller. Below I have provided examples of different p-values to indicate the degree of statistical significance observed.

By way of comparison, a p-value of 0.005 shows much greater statistical significance than a p-value of 0.05.

4. Based on my analysis of the data, I believe that there are meaningful differences between the sample populations. I discuss several results below which support this conclusion.

5. **Classifier metadata**. The hit report shows results of ChatGPT's classifiers. The results for these classifiers follow:

| | Ordinarily Retained Data | Temporary Chat | User-Initiated Deleted Chat |
|---|---|---|---|
| [redacted] | | | |

6. Temporary chats are statistically significantly more likely to contain content pertaining to information about public people ($p<0.00001$), and also information about current events and news ($p<0.00001$). The same is true for information about purchasable products ($p<0.00001$). These differences are all highly statistically significant. Conversations classified as relating to information about public people occur 57.3% more frequently in temporary chats as compared to ordinarily retained chats; conversations classified as relating to information about current events and news occur 46.5% more frequently in temporary chats as compared to ordinarily retained chats; and conversations classified as relating to purchasable products occur 18.9% more frequently in temporary chats as compared to ordinarily retained chats.

7. **News search term**. The hit report shows results of the Boolean search term "news AND (article* OR headline* OR breaking OR current OR summar* OR today OR yesterday OR

week OR happen* OR occur* OR status OR update*)". The results for these news-related terms follow:

| | **Ordinarily Retained Data** | **Temporary Chat** | **User-Initiated Deleted Chat** |
|---|---|---|---|
| **Prompts** | [redacted] | | |
| **Outputs** | | | |

8. News-related prompts appear statistically significantly more often in temporary chats than they do in retained chats. News terms are approximately 20% more likely to appear in prompts for temporary chats as they are to appear in prompts for retained chats. This difference is highly statistically significant (p<0.00001). Similarly, rates of appearance of these terms in outputs is about 11% higher for the temporary group than for the retained group. This difference is also highly statistically significant (p<0.00001).

9. **Pay wall and paywall.** The hit report shows results of searches for "pay wall" and "paywall". The results for these paywall terms follow:

| | **Ordinarily Retained Data** | **Temporary Chat** | **User-Initiated Deleted Chat** |
|---|---|---|---|
| **Prompts** | [redacted] | | |
| **Outputs** | | | |

10. Prompts related to paywalls (counted by aggregating both "paywall" and "pay wall" together) were statistically significantly more prevalent in temporary chats than in retrained chats (p=0.034). Prompts for temporary chats contained the paywall terms approximately 33.8% more often than for ordinarily retained chats. With respect to outputs, the difference is highly statistically significant (p<0.00001). Outputs for temporary chats contain the paywall terms approximately 70.8% more often in the retained chats.

11. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on Sept 18, 2025

Dr. Tom Goldstein