# EXHIBIT 13

CONTAINS HIGHLY CONFIDENTIAL AEO MATERIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re. OpenAI Copyright Litigation | Case No. 1:25-md-03143 (SHS) (OTW) |

EXPERT REPORT OF TAYLOR BERG-KIRKPATRICK, PH.D.

Response to Dr. Goldstein's Supplemental Report

Signed in San Diego, CA, on July 29, 2026

Taylor Berg-Kirkpatrick, PhD

7. Next, Dr. Goldstein provides monthly counts of mentions of the string "web_pilot" in the Merits Sample and chatgpt_20230714 (9M) datasets.[8] Dr. Goldstein alleges that the proportion of conversations from May 2023 that mention "web_pilot" is much higher in the Merits Sample than in the chatgpt_20230714 (9M) dataset.[9] Conversely, he determined that the proportion of conversations mentioning "web_pilot" in June 2023 and July 2023 was higher in the chatgpt_20230714 dataset than in the Merits Sample.[10]

8. Finally, Dr. Goldstein claims that "OpenAI's browser function is also more prevalent in the 9M dataset than in the 20M dataset."[11] He presents counts of the term "search" in the two datasets, which he claims is indicative of the "rates of RAG" in the datasets.[12] As with the "web_pilot" search term, Dr. Goldstein determines that in May 2023 the prevalence of "search" is much higher in the Merits Sample than in the chatgpt_20230714 (9M) dataset, and in June and July 2023 the prevalence is higher in the chatgpt_20230714 (9M) dataset.[13]

9. Dr. Goldstein's claim that his comparison of the "prevalence of plugins" in the chatgpt_20230714 (9M) and Merits Sample datasets "raises questions about the representativeness of the [Merits Sample]" is based on an unwritten assumption that the chatgpt_20230714 (9M) sample is a statistically representative sample from the population of ChatGPT conversations conducted in the relevant time period. He provides no clear basis for this assumption.

10. I performed an analysis of the chatgpt_20230714 (9M) conversations and determined that it is not a statistically representative sample, for at least two reasons:

    a. First, the chatgpt_20230714 (9M) dataset's distribution over time does not reflect the underlying population of ChatGPT conversations. I describe this analysis in **Section II.A** below.

---

[8] Goldstein Supplemental Report, ¶ 79

[9] Goldstein Supplemental Report, ¶ 79. "2023-5" row in table.

[10] Goldstein Supplemental Report, ¶ 79. "2023-6" and "2023-7" rows in table.

[11] Goldstein Supplemental Report, ¶ 81.

[12] Goldstein Supplemental Report, ¶ 81.

[13] Goldstein Supplemental Report, ¶ 81 and table below.

b. Second, the chatgpt_20230714 (9M) dataset was specifically constructed to overrepresent conversations featuring Browse and Plugin usage. I describe this analysis in **Section II.B** below.

### A. The chatgpt_20230714 (9M) Sample is Not a Representative Sample of ChatGPT Conversations

11. In my Opening Report, I analyzed the Merits Sample (20M) to determine whether it reflected the temporal distribution of conversations in the underlying population of ChatGPT conversations.[14] I determined that it did: in every month in the Merits Sample the number of conversations included on each date precisely matched the number of conversations expected based on the count of conversations on each date in the underlying population.[15] The following figure (reproduced from Figure A.15 of my Opening Report) compares the number of conversations included in the Merits Sample from each date in June 2023 with the number expected based on the underlying distribution of conversations.[16] See **Figure 1** below.

[14] Berg-Kirkpatrick Opening Report, ¶ 102, Figure A.15.
[15] Berg-Kirkpatrick Opening Report, ¶ 102.
[16] In his Rebuttal Report, Mr. Delorey confirmed that this analysis "demonstrates that the sample's date distribution matches a uniform per-month sampling design" (Delorey Rebuttal Report ¶ 46).

**Figure 4: 9M Dataset - Actual vs. Expected Daily Sample Counts July 2023**




15. Dr. Goldstein asserts that the differing prevalence of plugins and browsing between the Merits Sample and the chatgpt_20230714 (9M) dataset "raises questions about the representativeness of the 20M set."[18] That would only be the case if the chatgpt_20230714 (9M) dataset was representative, but as shown by my analysis, it does not even meet Plaintiffs' standards for representativeness.[19]

### B. The chatgpt_20230714 (9M) Sample was Constructed to Overrepresent Browse and Plugin Conversations

16. The chatgpt_20230714 (9M) dataset overrepresents the prevalence of plugin conversations because one of its component datasets was hundreds of thousands of specifically selected plugin conversations. The dataset overrepresents the prevalence of browse conversation for the same reason. I determined this by (1) reviewing produced source code listing the components of the chatgpt_20230714 (9M) dataset and (2) speaking with an OpenAI engineer with

[18] Goldstein Supplemental Report, ¶ 70.
[19] *Compare with* Delorey Rebuttal Report ¶ 46, Jan. 15, 2026 Disc. Hr'g Tr. at 15:13-18.

knowledge of the exports that made up the dataset to better understand two of its constituent parts.

17. In my reply report, I described a script titled "chatgpt_convo_export_dataset.py"[20] which lists dataset exports that made up the combined chatgpt_giraffe (78M) and chatgpt_20230714 (9M) datasets.[21] I also reviewed a second script titled "source_chatgpt_data.py" that lists the contents of the chatgpt_giraffe (78M) dataset alone.[22] As I noted in my Reply Report, the "chatgpt_convo_export_dataset.py" (combined datasets) includes exports named "convo-chat-daily-browse-only" and "convo-chat-daily-plugins-only."[23] The script "source_chatgpt_data.py" (chatgpt_giraffe [78M] only) does not list these exports. The "browse-only" and "plugins-only" exports were thus a part of the chatgpt_20230714 (9M) dataset.

18. To gather additional information about these datasets, I spoke with Mr. Edmund Wong, an engineer at OpenAI who is knowledgeable about the "convo-chat-daily-browse-only" and "convo-chat-daily-plugins-only" datasets. Mr. Wong provided the following details about the the "convo-chat-daily-browse-only" and "convo-chat-daily-plugins-only" exports:[24]

    a. First, the "convo-chat-daily-browse-only" export included conversations conducted with the "browsing" models (such as "gpt-4-browsing").

    b. Second, the "convo-chat-daily-browse-only" export included at least hundreds of thousands of conversations.

    c. Third, that the "convo-chat-daily-plugins-only" export included only conversations conducted with "plugins" models (such as "gpt-4-plugins").

---

[20] OPCO_NEWS_SRC_CODE0000069. Berg-Kirkpatrick Reply Report ¶ 26.

[21] In my reply report I described this file as specifically related to the 78M dataset. As Dr. Goldstein notes, the 9M dataset is a continuation of the 78M dataset and "pick[s] up roughly where the 77M dataset left off." (Goldstein Supplemental Report, ¶ 72.) This file lists datasets that made up the combined dataset composed of the union of the 9M and 78M datasets.

[22] OPCO_NDCAL_SRC_CODE00002422.

[23] OPCO_NEWS_SRC_CODE00000569.

[24] July 23, 2026 Interview with E. Wong.

d. Fourth, that the "convo-chat-daily-plugins-only" export included at least hundreds of thousands of conversations.

e. Fifth, that the "convo-chat-daily-browse-only" and "convo-chat-daily-plugins-only" exports were used to oversample browsing and plugin conversations because conversations in the general population did not naturally contain many browse or plugin conversations.

19. These details, combined with my own analysis, lead me to conclude that the chatgpt_20230714 (9M) dataset overrepresents the prevalence of plugin use and browsing relative to ChatGPT conversations generally. It includes datasets that artificially added hundreds of thousands of plugin and browsing conversations and were specifically used to overrepresent those attributes in conversation datasets.

20. Based on my analysis in **Sections II.A** and **II.B** above, I conclude that Dr. Goldstein's claim that "the prevalence of plugins in OpenAIs internal 9M ChatGPT dataset is quite different from that in the 20M ChatGPT dataset" in fact has no bearing on the representativeness of the Merits Sample.

## III. DR. GOLDSTEIN'S ANALYSIS OF OUTPUT LOGS CONFIRMS THAT CONVERSATIONS INVOLVING PLAINTIFFS' ASSERTED WORKS ARE EXCEEDINGLY RARE

21. Dr. Goldstein's Opening Report contained an analysis of ChatGPT output logs in which he claimed to identify examples of "regurgitation," "summary," and "news-seeking behavior," among other categories, within the produced ChatGPT output log datasets (the Merits Sample [20M], giraffe_text_chat_davinci [10M], and giraffe_chatgpt [78M] conversation productions). In my rebuttal, I explained that: (a) Dr. Goldstein did not provide a clear taxonomy, (b) many examples did not involve any of the Plaintiffs' Asserted Works, and (c) many of his examples do not fit the categories he assigns them to.[25] I determined that Dr. Goldstein's analysis was inconsistent and in many cases simply incorrect.[26]

[25] *See* Berg-Kirkpatrick Rebuttal Report, Section VI.A.
[26] Berg-Kirkpatrick Rebuttal Report, Section VI.A. In particular, see Tables 27 and 39.