# EXHIBIT 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document relates to:<br><br>News Cases<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**DECLARATION OF BRIGHT KELLOGG IN SUPPORT OF OPENAI DEFENDANTS' BRIEF IN OPPOSITION TO NEWS PLAINTIFFS' MOTION FOR SANCTIONS**

I, Bright Kellogg, declare as follows:

1. I am a program manager in the legal department for OpenAI. I submit this declaration in support of OpenAI Defendants' opposition to News Plaintiffs' Motion for Sanctions at ECF 1618.

2. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

3. When OpenAI assessed whether New York Times content appeared in ChatGPT outputs for the NYT Recall Pipeline, it used n-grams drawn from a single training dataset, Common Crawl, to search a 78-million conversation sample of user prompts and outputs. The chats in the 78-million conversation sample contain only the following metadata fields: $.id, $.create_time, $.model[], $.messages, $.messages[].role, and $.messages[].text.

4. The records in the 78-million sample generated for the NYT Recall Pipeline contain less detail than the conversation copies in OpenAI's compressed-data warehouse that were pulled for the Merits Sample in this litigation because they do not contain complete metadata or conversation outputs. A single log from the Merits Sample has so many fields and data that each log would be more than 300 pages long if printed. By contrast, each record in the 78-million sample would barely fill one printed page. The Merits Sample is thus 75 times larger by total data volume than the 78-million sample.

5. Unlike the 78-million sample, the Merits Sample includes a cross-section of conversation logs drawn from OpenAI's compressed-data warehouse, and those logs span from December 2022 through November 2024.

*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2026

Bright Kellogg