# EXHIBIT 20
# (Redacted Version)

**Budiardjo, Luke (NY)**

| | |
|---|---|
| **From:** | Reaghan E. Braun <RBraun@keker.com> |
| **Sent:** | Monday, March 23, 2026 7:00 PM |
| **To:** | Mark T. Rawls; Edward A. Bayley; Jennifer B. Maisel; KVP-OAI; OpenAICopyright; #C-M OPENAI COPYRIGHT LITIGATION - LW TEAM; #NewYorkTimes-Microsoft-FDBR; cc: NewYorkTimes_Microsoft_OHS |
| **Cc:** | Connor.Madden at lw.com (via NewsPlaintiffs-Service list); Reaghan E. Braun (via OAI-NDCA-SDNY list) |
| **Subject:** | RE: Output Log Discovery - Follow up From March 13 Conference |

Counsel,

Following up to memorialize the discussion during our meet and confer on Friday regarding output dataset discovery issues.

On additional "reservoirs"—as we informed you on the call, the additional 78M and 10M fragments of ChatGPT data have been uploaded to the secure inspection environment as of last Thursday night and have been available for your review in Databricks as of Friday morning. As previously explained, because this data was scrubbed using OpenAI's earlier version of the de-identification pipeline, redactions may appear differently than they do in the 20M output log sample, and OpenAI does not have the technical ability to reverse these redactions. In addition, consistent with the filtering applied to the 20M output log sample, this ChatGPT data has been filtered to exclude data from accounts associated with domains of government entities and law firms and/or experts associated with OpenAI (which total less than 8,000 out of the combined 88M). Plaintiffs requested a breakdown of the filtering, which is included here below:

| | |
|---|---|
| Government account | 1,829 |
| Account associated with outside counsel or expert firm | 5,293 |

Regarding the secure inspection environment—we've previously responded to and requested additional information from you regarding issues Plaintiffs have previously flagged. Plaintiffs failed to respond. *See* 3/16/26 Email from J. Maisel to E. Bayley; 3/16/26 and 3/18/26 Emails from E. Bayley to J. Maisel. To be clear, OpenAI had already dedicated a substantial amount of computing infrastructure to the inspection environment, which we understand (based on our own review of the same data) should have been more than enough already. And while OpenAI remains willing to provide further assistance to facilitate your review on the inspection environment, it is incumbent on Plaintiffs to tell us when issues arise and describe in detail what exactly those issues are and what Plaintiffs want so that OpenAI can investigate what, if any, additional resources or accommodations may be reasonably appropriate to address your stated needs. On Friday's meet and confer, however, you raised for the first time additional issues, which OpenAI endeavors to continue to work to address, as described below:

- *External Storage*. Per your request last week, OpenAI has now rolled out Azure hard drive access, such that each of Plaintiffs' workspaces should have a dedicated 1TB blobstorage volume available. *See* 3/18/26 Email from E. Bayley to J. Maisel. On the call, Plaintiffs further requested information regarding how to read/write files. In response to that request, OpenAI has provided

the following notebook which contains an example showing how to read and write files to the volume:

- https://adb-2726756671657549.9.azuredatabricks.net/editor/notebooks/4062602606457713

- *Databricks Settings*. As noted on the call, OpenAI has already taken steps to expand the capacity of the environment in response to your concerns. Specifically, OpenAI has increased the resources available to the shared cluster in response to prior requests, such that the shared Spark cluster should already scale beyond 256GB/64 cores. *See* 2/20/26 Email from E. Bayley to M. Rawls; 3/18/26 Email from E. Bayley to J. Maisel. However, to address the additional concerns raised for the first time on our call (*e.g.*, your representation of being unable to access more than 64GB despite the environment being capable of scaling to 256GB), OpenAI has created dedicated computing clusters for each of the accounts identified in Mark's follow up email on Friday. 3/20/26 Email from M. Rawls to E. Bayley. Each dedicated cluster is assigned at 256GB/32 core drive and same size worker that can scale up to 1024GB/128 cores, which should be far more than you could need based on our discussion on Friday.

- *Command Line Access*. Plaintiffs raised issues related to command line interface access, which (as we informed you) is not available in the shared computer cluster. Despite Plaintiffs' failure to respond to OpenAI's previous suggestion to do so, *see* 3/18/26 Email from E. Bayley to J. Maisel, OpenAI has now set up dedicated clusters for your accounts as yet another accommodation to address your stated needs.

- *Read-Only Web-Accessible VM*. In response to Plaintiffs' concerns regarding review environment (and to facilitate moving forward regarding the output dataset print protocol), we discussed the possibility of setting up an additional mechanism for Plaintiffs to access existing Databricks workspaces. While OpenAI does not agree that this is necessary, OpenAI is nonetheless investigating the provisioning of a setup which would allow other attorneys with credentials and a yubikey (for MFA) to log into a VM which allows read-only access to view (but not edit or download) the contents of the workspace. As previously stated, this will take time, and we will endeavor to follow up this week regarding the status of this proposed solution. In the meantime, please provide to us as soon as possible both mailing addresses (for sending the yubikeys) and email addresses for each requested VM account. We believe that this additional accommodation should resolve Plaintiffs' access concerns raised in relation to the output dataset print protocol.

As for the output dataset print protocol—we understand that your position is that it is premature to come to ground on the protocol until we have clarity on the issues above related to the secure inspection environment. Assuming resolution of the above, please promptly provide your response to OpenAI's latest draft of the protocol—which was circulated more than a week ago on March 13—no later than March 24, 2026.

Last, as to the remaining three laptops—we understand, per Mr. Smyser, that you will be sending us the information requested (email addresses and physical addresses) for recipients of the three remaining laptops of the 20 total laptops that OpenAI has already agreed to provide to Plaintiffs.

Thanks,
Reaghan

**Reaghan E. Braun**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8891 direct | 415 391 5400 main
rbraun@keker.com | vcard | keker.com
*pronouns: she, her, hers*

---

**From:** Mark T. Rawls <MRawls@rothwellfigg.com>
**Sent:** Friday, March 20, 2026 1:57 PM
**To:** Edward A. Bayley <EBayley@keker.com>; Jennifer B. Maisel <jmaisel@rothwellfigg.com>; KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; cc: NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>
**Cc:** Connor.Madden at lw.com (via NewsPlaintiffs-Service list) <newsplaintiffs-service@simplelists.susmangodfrey.com>; Reaghan E. Braun (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>
**Subject:** RE: Output Log Discovery - Follow up From March 13 Conference

**[EXTERNAL]**

---

Ed,

I'm following up on the meet and confer from earlier today. You had requested a list of the databricks laptops to have access to the private compute you said OpenAI will create to resolve the command line interface and other issues. See below for that list:

Databricks2
Databricks3
Databricks6
Databricks8
Databricks14
Databricks17
Databricks21
Databricks22

Best,
-Mark

---

**From:** Edward A. Bayley (via NewsPlaintiffs-Service list) <NewsPlaintiffs-Service@simplelists.susmangodfrey.com>
**Sent:** Wednesday, March 18, 2026 6:47 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; cc: NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>
**Cc:** Connor.Madden at lw.com (via NewsPlaintiffs-Service list) <newsplaintiffs-service@simplelists.susmangodfrey.com>; Reaghan E. Braun (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>
**Subject:** RE: Output Log Discovery - Follow up From March 13 Conference

Jen,

I am following up on your requests regarding the secure inspection environment. Consistent with OpenAI's ongoing efforts to make additional resources available in response to your requests and to facilitate your experts' review, OpenAI will provide each discovery account with 1TB of external storage to which you can read/write files using the Spark cluster.

On your request to change the Databricks settings, we have already increased the resources available to the shared cluster in response to your prior request, *see* 2/20/26 Email from E. Bayley to M. Rawls, and as a result, the shared Spark cluster should already scale beyond 256GB/64 cores. Although OpenAI has already taken steps to expand the capacity of the environment in response to your concerns, we remain willing to consider further reasonable measures to support your experts' work. Accordingly, as an alternative to scaling it up further, we can offer to set up dedicated clusters for your experts' accounts as yet another accommodation to address your stated needs. Please confirm which resources you are requesting us to provision.

On your request for command line access, we cannot provide direct access to the shared cluster, but OpenAI has enabled a mechanism for executing command-line operations within the environment via bash commands in a Databricks notebook using a '%sh' cell. Please provide more details on what is not functioning as expected with these bash commands, and we will investigate. As with your other requests, OpenAI remains willing to assess specific issues you identify and to determine whether additional reasonable accommodations are possible.

We are continuing to investigate point 3 below and aiming to provide an update on Friday. Please let us know if you are available for a call on Friday between 9:30am-10:30am PT or 11:30am-1:30pm PT.

Best,

-Ed

**Edward A. Bayley**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6672 direct | 415 391 5400 main
ebayley@keker.com | vcard | keker.com

---

**From:** Edward A. Bayley
**Sent:** Monday, March 16, 2026 12:27 PM
**To:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>; KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; cc: NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>
**Cc:** Connor.Madden at lw.com (via NewsPlaintiffs-Service list) <newsplaintiffs-service@simplelists.susmangodfrey.com>; Reaghan E. Braun (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>
**Subject:** RE: Output Log Discovery - Follow up From March 13 Conference

Jen,

Thank you for the update and the additional information.

We will investigate the requests in the first half of point two below and get back to you as soon as we can. However, the second half of that paragraph (beginning with "You also agreed to explore . . .") is not accurate. As was clear from the context of our conversation, OpenAI's commitment was limited to exploring its ability to expand read-only access to the specific fields (as outlined in point 3 of your email) of the ~200,0000

conversations that you wished to share with additional members of Plaintiffs' legal team. Fully replacing the existing inspection environment wholesale at this stage, even if such an endeavor were feasible (which is highly unlikely), have never been discussed (and is not on the table).

We will circle back with times to meet-and-confer later this week.

Thanks,

-Ed

**Edward A. Bayley**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6672 direct | 415 391 5400 main
ebayley@keker.com | vcard | keker.com

**From:** Jennifer B. Maisel <jmaisel@rothwellfigg.com>
**Sent:** Monday, March 16, 2026 10:33 AM
**To:** KVP-OAI <KVPOAI@keker.com>; OpenAICopyright <openaicopyright@mofo.com>; Latham OpenAI Copyright Team <openaicopyrightlitigation.lwteam@lw.com>; #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>; cc: NewYorkTimes_Microsoft_OHS <newyorktimes_microsoft_ohs@orrick.com>
**Cc:** Connor.Madden at lw.com (via NewsPlaintiffs-Service list) <newsplaintiffs-service@simplelists.susmangodfrey.com>; Reaghan E. Braun (via OAI-NDCA-SDNY list) <oai-ndca-sdny@simplelists.susmangodfrey.com>
**Subject:** Output Log Discovery - Follow up From March 13 Conference

**[EXTERNAL]**

Dear Ed and Annette,

Thank you for the productive discussion on Friday with Magistrate Judge Wang. I write to follow up on a few action items from the conference.

1. **78 Million and 10 Million ChatGPT Reservoirs**: OpenAI will produce the 88 million additional logs by the end of this week.

2. **OpenAI inspection environment**: Plaintiffs are facing memory, compute, and file access restrictions with the Databricks environment that OpenAI will work to remedy. Please confirm if OpenAI can immediately change the following settings in Databricks: 256GB/32 cores, and functioning command line access. In addition, we would like to be able to read/write files larger than 500MB; we understand this can be done if accessing an Azure blob store. Please provide a 1TB blob store for this purpose. You have also agreed to explore OpenAI making the logs available via an inspection environment similar to Microsoft's, which includes three virtual machines running on an Azure cloud with the following specifications: 32 cores with 8G/core (total of 256G RAM), with 8TB of local storage, Unix environment, open port 22 for SSH, open port 8888 for Jupyter, and installation of requested programs which are appended to this email. Please let us know by the end of the week if this is possible.

3. **Review tools**: Microsoft and OpenAI agreed to look into tools they can make available to facilitate the legal and expert team's review of the data. We want to be able to share at least the following fields

among our team: user prompts, outputs, RAG grounding data and responses, and conversation and message level identifiers and timestamps. For OpenAI, that includes role (or "author"), recipient, Content, model, model_slug, conversation_id, message_id, and create_time. For Microsoft, that includes [redacted]. I attach the filings from *Concord v. Anthropic* I referenced during the conference describing the Relativity database Anthropic set up for Plaintiffs to review, and print, the output logs in that case. *See Concord* Dkt. 399 at 9, later modified in Dkt. 407.

Please let us your availability to discuss item (3) this week.

Thanks,

Jen

***

VMs should have the following programs installed:

- Python 3.10+ (and ability to pip install packages)
- PySpark 3.x
- Java OpenJDK 11
- Spark SQL
- Pandas
- PyArrow
- VS Code
- The following Python packages should be installed:

| Package | Version |
|---|---|
| ---------------------- | ----------- |
| asttokens | 3.0.0 |
| aws | 0.2.5 |
| bcrypt | 4.3.0 |
| boto | 2.49.0 |
| boto3 | 1.40.20 |
| botocore | 1.40.20 |
| certifi | 2025.8.3 |
| cffi | 1.17.1 |
| chardet | 5.2.0 |
| charset-normalizer | 3.4.3 |
| click | 8.2.1 |
| comm | 0.2.3 |
| contourpy | 1.3.3 |
| cryptography | 45.0.6 |
| cycler | 0.12.1 |
| debugpy | 1.8.16 |
| decorator | 5.2.1 |
| Deprecated | 1.2.18 |
| executing | 2.2.1 |
| fabric | 3.2.2 |
| fonttools | 4.59.2 |
| fpdf | 1.7.2 |
| future | 1.0.0 |
| idna | 3.10 |
| invoke | 2.2.0 |
| ipykernel | 6.30.1 |
| ipython | 9.5.0 |
| ipython_pygments_lexers | 1.1.1 |
| jedi | 0.19.2 |
| jmespath | 1.0.1 |
| joblib | 1.5.2 |

```
jupyter_client      8.6.3
jupyter_core        5.8.1
kiwisolver          1.4.9
matplotlib          3.10.6
matplotlib-inline   0.1.7
nest-asyncio        1.6.0
nltk                3.9.1
numpy               2.3.2
packaging           25.0
paramiko            4.0.0
parso               0.8.5
pexpect             4.9.0
pillow              11.3.0
pip                 24.0
platformdirs        4.4.0
prettytable         3.16.0
prompt_toolkit      3.0.52
psutil              7.0.0
psycopg2            2.9.10
ptyprocess          0.7.0
pure_eval           0.2.3
pyarrow             22.0.0
pycparser           2.22
Pygments            2.19.2
Pympler             1.1
PyNaCl              1.5.0
pyparsing           3.2.3
python-dateutil     2.9.0.post0
pyzmq               27.0.2
regex               2025.9.1
reportlab           4.4.3
requests            2.32.5
s3transfer          0.13.1
scipy               1.16.1
scp                 0.15.0
six                 1.17.0
stack-data          0.6.3
tornado             6.5.2
tqdm                4.67.1
traitlets           5.14.3
urllib3             2.5.0
warc                0.2.1
warcio              1.7.5
waybackpy           3.0.6
wcwidth             0.2.13
wrapt               1.17.3

Package            Version
------------------ -----------
aiohappyeyeballs   2.6.1
aiohttp            3.13.0
aiosignal          1.4.0
anyio              4.11.0
async-timeout      5.0.1
attrs              25.4.0
certifi            2025.7.14
charset-normalizer 3.4.2
datasets           4.2.0
dill               0.4.0
exceptiongroup     1.3.0
filelock           3.19.1
frozenlist         1.8.0
fsspec             2025.9.0
h11                0.16.0
hf-xet             1.1.10
httpcore           1.0.9
httpx              0.28.1
huggingface-hub    0.35.3
idna               3.10
multidict          6.7.0
```

| | |
|---|---|
| multiprocess | 0.70.16 |
| numpy | 2.0.2 |
| packaging | 25.0 |
| pandas | 2.3.1 |
| pip | 21.2.4 |
| propcache | 0.4.1 |
| pyarrow | 21.0.0 |
| python-dateutil | 2.9.0.post0 |
| pytz | 2025.2 |
| PyYAML | 6.0.3 |
| requests | 2.32.4 |
| setuptools | 58.1.0 |
| six | 1.17.0 |
| sniffio | 1.3.1 |
| tqdm | 4.67.1 |
| typing_extensions | 4.15.0 |
| tzdata | 2025.2 |
| urllib3 | 2.5.0 |
| xxhash | 3.6.0 |
| yarl | 1.22.0 |

ROTHWELL FIGG

**Jennifer Maisel** (she/her)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Direct Number: 202.626.3548
Fax Number: 202.783.6031
Email: jmaisel@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at jmaisel@rfem.com, and destroy all copies of this message and any attachments.