**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>1:23-cv-08292-SHS-OTW<br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | No. 1:25-md-3143 (SHS) (OTW)<br><br>**[PROPOSED] ORDER GRANTING OPENAI'S LETTER MOTION TO SEAL** |

**SIDNEY H. STEIN, United States District Court Judge:**

The OpenAI Defendants have filed a letter motion to seal at ECF ___ in Case No. 1:25-md-3143 seeking to redact portions of the material identified in the chart below. This material is both (i) highly sensitive technical information about the training data size and composition of OpenAI's LLMs, or a specific technical parameter revealing OpenAI's proprietary approach to improving its LLMs' functionalities and (ii) material that was designated as confidential under the Protective Order.

The Court previously has sealed similar material in connection with prior motions in this litigation. *See* Orders MDL ECFs 931 and 1461.

| Description | ECF | Redact or Seal | Rationale |
|---|---|---|---|
| OpenAI's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of the Books MSJ and News MSJ | — | Redact portions of facts 25–29, 156 | Facts 25–29 and 156 contain confidential highly sensitive technical information about the training data size and composition of OpenAI's LLMs, or a specific technical parameter revealing OpenAI's proprietary approach to improving its LLMs' functionalities.<br><br>This information could be exploited by its competitors and would competitively harm OpenAI if publicly disclosed. |

For the reasons stated above, OpenAI's Motion to Seal is **GRANTED**.

**SO ORDERED.**

Dated: ______________________
New York, New York

______________________________
**Sidney H. Stein**
United States District Court Judge