# EXHIBIT 1

## EXAMPLES OF NEWS PLAINTIFF DOMAINS IN BROWSE CONVERSATIONS IN THE 20 MILLION CHATGPT CONVERSATION RECORDS

The following are examples of conversations in which a domain associated with a News Plaintiff appears in a conversation record where ChatGPT's Browse function was invoked. The steps shown in these examples map onto the description of how ChatGPT's Browse functionality works laid out in **Section C.i** of my declaration.

Examples 1–2 are conversation records in which ChatGPT's Browse function accessed a News Plaintiff webpage. Examples 3–4 are conversation records in which information from a News Plaintiff webpage only appears in the Bing-returned search results.

Only the blue gradient steps (Step 1 and Step 5) are visible to the user. In each example, the appearance of News Plaintiff information is highlighted in orange.

**Example 1.** Conversation ID: 66e023d0a156c8fd595ce7dc0b8bfddf

This conversation is about common names for girls. The Plaintiff domains babycenter.com and whattoexpect.com, as well as three non-Plaintiff webpages, from the domains nameberry.com and thebump.com, are clicked on and visited by the *Browser* tool. The two Plaintiff webpages and the three non-Plaintiff webpages are cited and used by the model to inform the resulting output displayed to the user.

| **Step 1: User Query** | |
|---|---|
| Most common girl names | |
| **Step 2:** Search Query | |
| `search(most common girl names 2024)` | |
| **Step 3:** Search Results | |
| 0 | Popular Girl Names 2024 \| Nameberry † nameberry.com<br><br>Nameberry's exclusive list of Top 2000 baby girl names shows you which names are trending right now and are most likely to be popular in the future. Popular girl names 2024 include the Irish goddess name Maeve, the moon goddess name Luna, and the ancient Roman name Aurelia. Other top baby girl names in 2024 include Esme, Eloise, and Freya. |
| 1 | Most popular baby names of 2024 \| BabyCenter † www.babycenter.com<br><br>Most popular baby names of 2024. In this article. Top baby names of 2024; Baby Names Finder: Get name ideas; Look up a name: See its popularity; Our list of the most popular baby names of the year is different from the others. We update it in real time, using data BabyCenter parents share with us as they choose their baby's name. No trend ... |
| 2 | Top 1,000 Baby Girl Names in the U.S. 2024 - What to Expect † www.whattoexpect.com<br><br>A great place to start your baby name search is the Social Security Administration (SSA), which releases a list of the 1,000 most popular baby names for girls and boys every year. The list below references SSA data from 2023. Here, browse the top 1,000 baby girl names for inspiration (or to see if your little one's name made the list!). |
| 3 | Top 738 Baby Girl Names of 2024 - TheBump.com † www.thebump.com<br><br>The Bump's Top 738 Baby Girl Names for 2024. Baby girl names just keep getting more special! They range from the inevitable Kai and Olivia all the way to the revisited classics like Penelope and Eleanor. The range of these top 738 baby girl names means no matter what you're inspired by, you'll find yourself surrounded by a community on the ... |
| … | |
| 9 | Top 1000 Baby Names of 2024 - TheBump.com † www.thebump.com<br><br>The Bump's most popular Baby Boy and Girl Names for 2024. Picking your favorites for your little one couldn't be easier from our top 1000 baby names list. Pregnancy. ... The annual list reflects the most |

| | |
|---|---|
| | common names of the previous year. Keep scrolling to see which baby boy and girl names were the favorites! Top 100 Baby Girl Names in the U.S. |
| 10 | 10†Baby Girl Names You Will Love (2024) - The Bump † www.thebump.com<br><br>Top 500 Short Baby Names When a parent chooses a name for baby, it's an undeniably hard job. Baby's future, attitude, potential beliefs, and a number of other factors all tie into what makes the decision so difficult. |
| 11 | Baby Name Trends of 2024 \| Nameberry † nameberry.com<br><br>Stanley. Sylvia. 4. Atmospheric Names. Airy, sky-bound names will fly high in 2024. Names that evoke the open sky, like Aura, Cielo, and of course, Kylie Jenner's baby name, Aire, are poised to soar in the coming year. The most evocative choices in this category are designed for the here and now. |
| … | |
| 17 | Top 1000 Baby Girl Names 2023 \| Nameberry † nameberry.com<br><br>Emma, Charlotte, Amelia, and Sophia remain among the Top 10 baby girl names in 2023. The official list of popular girl names for 2023 is calculated by the Social Security Administration. The female names that increased the most in usage last year are: Kaeli, Alitzel, Emryn, Adhara, Azari, Kya, Ivey, Ainara, Arely, and Scottie. |
| 18 | 1,000 Top Baby Girl Names in the UK for 2024 \| Mumsnet † www.mumsnet.com<br><br>Most popular baby girl names The list below includes the top 100 baby girl names (ranked in order from the most popular) that were most frequently registered in England and Wales during 2022, according to data provided by the ONS. The top four have remained the same from last year, with Olivia, Amelia, Isla and Ava leading the pack. |
| 19 | Top Baby Girls Names in the UK 2024 - UK Baby Names † www.ukbabynames.com<br><br>Most popular UK girl names 2023-2024. Below are listed the top 100 British baby names for girls in 2024. The list of names is derived from the official UK statistics for births published in 2023. Most popular 100 baby names for British girls in UK in 2024; Rank Name Rating; 1: Olivia: 2: Amelia: 3: Isla: 4: Ava: 5: Ivy: 6: Freya: 7: Lily: 8: |
| **Step 4: Webpages are clicked on and relevant Portions of Content (seen below) are passed into the model's context window. The text indicated in red corresponds to text in the model output** | |
| 0 | https://nameberry.com/popular-names/nameberry/girls<br><br>"<br>RELATED:<br>【6†Popular Names】<br>【4†Girl Names】<br>* 【21†1】<br>* 【22†2】<br>* ...<br>* 【23†11】<br>* ...<br>* 【24†20】<br>* 【25†All】 |

| | |
|---|---|
| | * Heart 【26†1 Maeve Chevron - Right】<br>* Heart 【27†2 Elodie Chevron - Right】<br>* Heart 【28†3 Aurelia Chevron - Right】<br>* Heart 【29†4 Eloise Chevron - Right】<br>* Heart 【30†5 Clara Chevron - Right】<br>* Heart 【31†6 Iris Chevron - Right】<br>* Heart 【32†7 Luna Chevron - Right】<br>* Heart 【33†8 Isla Chevron - Right】<br>* Heart 【34†9 Aurora Chevron - Right】<br>* Heart 【35†10 Daphne Chevron - Right】<br>* Heart 【36†11 Mae Chevron - Right】<br>* Heart 【37†12 Amelia Chevron - Right】<br>* Heart 【38†13 Violet Chevron - Right】<br>* Heart 【39†14 Charlotte Chevron - Right】<br>* Heart 【40†15 Lucy Chevron - Right】<br>* Heart 【41†16 Freya Chevron - Right】<br>* Heart 【42†17 Alice Chevron - Right】<br>* Heart 【43†18 Nora Chevron - Right】<br>* Heart 【44†19 Eleanor Chevron - Right】<br>* Heart 【45†20 Olivia Chevron - Right】<br>* Heart 【46†21 Isabella Chevron - Right】<br>* Heart 【47†22 Clementine Chevron - Right】<br>* Heart 【48†23 Hazel Chevron - Right】<br>* Heart 【49†24 Ophelia Chevron - Right】<br>* Heart 【50†25 Cora Chevron - Right】<br>* Heart 【51†26 Evelyn Chevron - Right】<br>* Heart 【52†27 Arabella Chevron - Right】<br>* Heart 【53†28 Ava Chevron - Right】<br>* Heart 【54†29 Phoebe Chevron - Right】<br>* Heart 【55†30 Esme Chevron - Right】<br>* Heart 【56†31 Imogen Chevron - Right】<br>* Heart 【57†32 Genevieve Chevron - Right】<br>* Heart 【58†33 Cordelia Chevron - Right】<br>* Heart 【59†34 Margot Chevron - Right】<br>* Heart 【60†35 Ivy Chevron - Right】<br>* Heart 【61†36 Juniper Chevron - Right】<br>* Heart 【62†37 Beatrice Chevron - Right】<br>* Heart 【63†38 Adelaide Chevron - Right】<br>* Heart 【64†39 Seraphina Chevron - Right】<br>* Heart 【65†40 Thea Chevron - Right】<br>* Heart 【66†41 Josephine Chevron - Right】<br>* Heart 【67†42 Maisie Chevron - Right】<br>* Heart 【68†43 Emma Chevron - Right】<br>* Heart 【69†44 Elowen Chevron - Right】<br>* Heart 【70†45 Wren Chevron - Right】<br>* Heart 【71†46 Evangeline Chevron - Right】<br>* Heart 【72†47 Ruby Chevron - Right】<br>* Heart 【73†48 Penelope Chevron - Right】<br>* Heart 【74†49 Mabel Chevron - Right】 |

| | |
|---|---|
| | * Heart 【75†50 Florence Chevron - Right】<br>* Heart 【76†51 Oona Chevron - Right】<br>* Heart 【77†52 Cecilia Chevron - Right】<br>* Heart 【78†53 Ottilie Chevron - Right】<br>* Heart 【79†54 Elsie Chevron - Right】<br>* Heart 【80†55 Eliza Chevron - Right】<br>* Heart 【81†56 Adeline Chevron - Right】<br>* Heart 【82†57 Romy Chevron - Right】<br>* Heart 【83†58 Ada Chevron - Right】<br>* Heart 【84†59 Matilda Chevron - Right】<br>* Heart 【85†60 Mia Chevron - Right】<br>* Heart 【86†61 Rose Chevron - Right】<br>* Heart 【87†62 Stella Chevron - Right】<br>* Heart 【88†63 Chloe Chevron - Right】<br>* Heart 【89†64 Lyra Chevron - Right】<br>* Heart 【90†65 Elizabeth Chevron - Right】<br>* Heart 【91†66 Astrid Chevron - Right】<br>* Heart 【92†67 Sadie Chevron - Right】<br>* Heart 【93†68 Grace Chevron - Right】<br>* Heart 【94†69 Daisy Chevron - Right】<br>* Heart 【95†70 Sylvie Chevron -" |
| 1 | https://www.babycenter.com/baby-names/most-popular/top-baby-names-2024<br><br>"<br># Most popular baby names of 2024<br>In this article<br>* 【131†Top baby names of 2024】<br>* Baby Names Finder: Get name ideas<br>* 【132†Look up a name: See its popularity】<br>Our list of the most popular baby names of the year is different from the others. We update it in real time, using data BabyCenter parents share with us as they choose their baby's name. No trend forecasting or conjecturing here; just a live look at the names parents love.<br>## Top baby names of 2024<br>【38†2023】 【46†All years】<br>Based on true popularity<br>[Image 2]Girls<br>[Image 3]Boys<br>1 【133†Olivia】 【134†Noah】<br>2 【135†Emma】 【136†Liam】<br>3 【137†Amelia】 【138†Oliver】<br>4 【139†Sophia】 【140†Elijah】<br>5 【141†Charlotte】 【142†Mateo】<br>6 【143†Isabella】 【144†Lucas】<br>7 【145†Ava】 【146†Levi】<br>8 【147†Mia】 【148†Ezra】<br>9 【149†Luna】 【150†Asher】<br>10 【151†Ellie】 【152†Leo】<br>11 【153†Aurora】 【154†Luca】<br>12 【155†Evelyn】 【156†James】 |

13【157†Harper】【158†Henry】
14【159†Lily】【160†Ethan】
15【161†Nova】【162†Muhammad】
16【163†Eliana】【164†Hudson】
17【165†Aria】【166†Maverick】
18【167†Camila】【168†Sebastian】
19【169†Gianna】【170†Elias】
20【171†Mila】【172†Benjamin】
21【173†Sofia】【174†Daniel】
22【175†Violet】【176†Michael】
23【177†Layla】【178†Grayson】
24【179†Hazel】【180†Theodore】
25【181†Willow】【182†Jack】
26【183†Ella】【184†Kai】
27【185†Scarlett】【186†Gabriel】
28【187†Chloe】【188†Theo】
29【189†Eleanor】【190†Mason】
30【191†Avery】【192†Jackson】
31【193†Ivy】【194†Alexander】
32【195†Nora】【196†Wyatt】
33【197†Elena】【198†Josiah】
34【199†Penelope】【200†Samuel】
35【201†Delilah】【202†Aiden】
36【203†Isla】【204†David】
37【205†Abigail】【206†Owen】
38【207†Elizabeth】【208†Ezekiel】
39【209†Paisley】【210†Julian】
40【211†Riley】【212†Luke】
41【213†Stella】【214†William】
42【215†Maya】【216†Carter】
43【217†Lainey】【218†Waylon】
44【219†Grace】【220†Santiago】
45【221†Emily】【222†Isaiah】
46【223†Emilia】【224†Miles】
47【225†Leilani】【226†Jayden】
48【227†Naomi】【228†Logan】
49【229†Zoey】【230†Isaac】
50【231†Lucy】【232†Matthew】
51【233†Athena】【234†John】
52【235†Ayla】【236†Jacob】
53【237†Madison】【238†Adam】
54【239†Zoe】【240†Nolan】
55【241†Kinsley】【242†Nathan】
56【243†Iris】【244†Caleb】
57【245†Victoria】【246†Joseph】
58【247†Sophie】【248†Cooper】
59【249†Alice】【250†Thomas】
60【251†Valentina】【252†Anthony】
61【253†Aaliyah】【254†Micah】

| | |
|---|---|
| | 62【255†Serenity】【256†Enzo】<br>63【257†Autumn】【258†Roman】<br>64【259†Amara】【260†Lincoln】<br>65【261†Emery】【262†Amir】<br>66【263†Addison】【264†Eli】<br>67【265†Gabriella】【266†Weston】<br>68【267" |
| 2 | https://www.whattoexpect.com/baby-names/list/top-baby-names-for-girls/<br><br>"<br>135. Mary<br>136. Freya<br>137. Cecilia<br>138. Esther<br>139. Arya<br>140. Sienna<br>141. Summer<br>142. Peyton<br>143. Sage<br>144. Valerie<br>145. Magnolia<br>146. Emersyn<br>147. Catalina<br>148. Margot<br>149. Everleigh<br>150. Alina<br>151. Sloane<br>152. Brianna<br>153. Oakley<br>154. Valeria<br>155. Blakely<br>156. Kehlani<br>157. Oaklynn<br>158. Ximena<br>159. Isabelle<br>160. Juliette<br>161. Emerson<br>162. Amaya<br>163. Elsie<br>164. Isabel<br>165. Mackenzie<br>166. Genevieve<br>167. Anastasia<br>168. Reagan<br>169. Katherine<br>170. Ember<br>171. June<br>172. Bailey<br>173. Andrea<br>174. Reese<br>175. Wrenley<br>176. Gemma<br>177. Ada |

| | |
|---|---|
| | 178. Alani<br>179. Callie<br>180. Kaylee<br>181. Olive<br>182. Rosalie<br>183. Myla<br>184. Alana<br>185. Ariella<br>186. Kaia<br>187. Ruth<br>188. Arianna<br>189. Sara<br>190. Jasmine<br>191. Phoebe<br>192. Adaline<br>193. River<br>194. Hallie<br>195. Adalyn<br>196. Wren<br>197. Presley<br>198. Lilah<br>199. Alora<br>200. Amy<br>201. Norah<br>202. Annie<br>203. Zuri<br>204. Alexandra<br>205. Sutton<br>206. Noelle<br>207. Kylie<br>208. Molly<br>209. Lia<br>210. Journee<br>211. Leia<br>212. Evangeline<br>213. Lila<br>214. Aspen<br>215. Saylor<br>216. Khloe<br>217. Aitana<br>218. Alaina<br>219. Haven<br>220. Aliyah<br>221. Blake<br>222. Kimberly<br>223. Vera<br>224. Ana<br>225. Kailani<br>226. Tatum<br>227. Arabella<br>228. Diana<br>229. Selena<br>230. Kiara<br>231. Harmony<br>232. Lilith |

233. Rowan
234. Delaney
235. Vivienne
236. Zara
237. Collins
238. Harlow
239. Blair
240. Leila
241. Daphne
242. Faith
243. Lennon
244. Stevie
245. Mariana
246. Kaylani
247. Morgan
248. Juliana
249. Gracie
250. Nyla
251. Miriam
252. Daniela
253. Dahlia
254. Brynlee
255. Rachel
256. Angela
257. Lilly
258. Kamila
259. Samara
260. Ryleigh
261. Taylor
262. Dakota
263. Lola
264. Talia
265. Evie
266. Jordyn
267. Ophelia
268. Camille
269. Gia
270. Milani
271. Lena
272. Elaina
273. Malia
274. Elise
275. Celeste
276. Londyn
277. Palmer
278. Mabel
279. Octavia
280. Sawyer
281. Jane
282. Finley
283. Marley
284. Adelaide

"

| | |
|---|---|
| 3 | https://www.thebump.com/b/most-popular-baby-girl-names<br><br>"<br>* 【181†Willow】<br>* 【182†Zoe】<br>* 【183†Riley】<br>* 【184†Stella】<br>* 【185†Eliana】<br>* 【186†Ivy】<br>* 【187†Victoria】<br>* 【188†Emilia】<br>* 【189†Zoey】<br>* 【190†Naomi】<br>* 【191†Hannah】<br>* 【192†Lucy】<br>* 【193†Elena】<br>* 【194†Lillian】<br>* 【195†Maya】<br>* 【196†Leah】<br>* 【197†Paisley】<br>* 【198†Addison】<br>* 【199†Natalie】<br>* 【200†Valentina】<br>* 【201†Everly】<br>* 【202†Delilah】<br>* 【203†Leilani】<br>* 【204†Madelyn】<br>* 【205†Kinsley】<br>* 【206†Ruby】<br>* 【207†Sophie】<br>* 【208†Alice】<br>* 【209†Genesis】<br>* 【210†Claire】<br>* 【211†Audrey】<br>* 【212†Sadie】<br>* 【213†Aaliyah】<br>* 【214†Josephine】<br>* 【215†Autumn】<br>* 【216†Brooklyn】<br>* 【217†Quinn】<br>* 【218†Kennedy】<br>* 【219†Cora】<br>* 【220†Savannah】<br>* 【221†Caroline】<br>* 【222†Athena】<br>* 【223†Natalia】<br>* 【224†Hailey】<br>* 【225†Aubrey】<br>* 【226†Emery】 |

* 【227†Anna】
* 【228†Iris】
* 【229†Bella】
* 【230†Eloise】
* 【231†Skylar】
* 【232†Jade】
* 【233†Gabriella】
* 【234†Ariana】
* 【235†Maria】
* 【236†Adeline】
* 【237†Lydia】
* 【238†Sarah】
* 【239†Nevaeh】
* 【240†Serenity】
* 【241†Liliana】
* 【242†Ayla】
* 【243†Everleigh】
* 【244†Raelynn】

View All Top 100 Baby Girl Names
## The Bump's Top 733 Baby Girl Names for 2024
Baby girl names just keep getting more special! They range from the inevitable Kai and Olivia all the way to the revisited classics like Penelope and Eleanor. The range of these top 1,000 baby girl names means no matter what you're inspired by, you'll find yourself surrounded by a community on the same page!

 * * 1
 * 2
 *
 * 【245†Noah】
 * 【145†Olivia】
 * 【146†Emma】
 * 【147†Charlotte】
 * 【148†Amelia】
 * 【149†Sophia】
 * 【150†Isabella】
 * 【151†Ava】
 * 【152†Mia】
 * 【153†Evelyn】
 * 【154†Luna】
 * 【246†Michael】
 * 【247†Asher】
 * 【248†Logan】
 * 【155†Harper】
 * 【249†Mason】
 * 【156†Camila】
 * 【250†Luca】
 * 【170†Avery】
 * 【251†Aiden】

## Related Baby Names Lists
Check out these related baby names lists to discover more baby names
* 【252†Ancient Baby Names】
* 【253†Millennial Baby Names】

| | |
|---|---|
| | * 【254†21st Century Baby Names】<br>* 【255†Top 1000 Baby Names of 2023】<br>* 【256†Top 1000 Baby Names of 2022】<br>* 【126†Top 545 Baby Boy Names of 2024】<br>* 【257†The Top 400 Baby Names in 2020】<br>* 【258†Popular Baby Names from the 1800s】<br>* 【259†Julian】<br>* 【157†Sofia】<br>* 【260†Grayson】<br>* 【158†Scarlett】<br>* 【261†Wyatt】<br>* 【262†Dylan】<br>* 【263†Maverick】<br>* 【159†Elizabeth】<br>* 【160†Eleanor】<br>* 【264†Carter】<br>* 【265†Jayden】<br>* 【183†Riley】<br>* 【161†Emily】<br>* 【163†Mila】<br>* 【162†Chloe】<br>* 【164†Violet】<br>* 【166†Gianna】<br>* 【165†Penelope】<br>* 【167†Aria】<br>* 【168†Abigail】<br>## Trend" |
| 9 | https://www.thebump.com/b/most-popular-baby-names<br><br>"<br>Follow Us<br>* * * * * *<br>* 【65†Baby Names】<br>* 【125†Top Baby Names by Year】<br>[Image 0: Baby in bed crawling and looking at the distance.]<br># Top 1000 Baby Names of 2024<br>Baby Names<br>【66†Popular Names】 【67†Boy Names】 【68†Girl Names】 【69†Gender-Neutral Names】 【126†Top Baby Boy Names NEW!】 【127†Top Baby Girl Names NEW!】 【72†Middle Names】 【65†Find Baby Names】<br>Baby Name Lists<br>【128†Cool Baby Names】 【129†Uncommon Baby Names】 【130†Cute Baby Names】 【131†Unique Baby Boy Names】 【132†Unique Baby Girl Names】 【71†Classic Baby Names】 【133†Edgy Baby Names】 【134†Seasonal Baby Names】 【135†Religious and Spiritual Baby Names】 【136†Fictional Baby Names】 【83†All Baby Name Lists】<br>Tools & Games<br>【79†Baby Name Generator】 【137†Baby Names Game】 【81†Middle Name Generator】 【82†Meaning of Your Name NEW!】 【138†All Tools & Games】<br>【139†My Favorites】 |

Search Names
【73†Names by Origin】【74†A-Z Baby Names】【140†Search Baby Names by Meaning】【125†Popular Names by Year】【141†Names by Style】【70†Unique Names】【142†Search All Names】
Bookmark BookmarkTick BookmarkAdd CircleBump CheckedFilled Medical
【142†Name Search】
Top
[Image 1]
By 【143†Gabrielle Bennett】 Senior Content Specialist
Published November 16, 2023
On this page:
Top 100 Baby Girl Names in the U.S.Top 100 Baby Boy Names in the U.S.The Bump's Top 1000 Baby Girl and Boy Names for 2024Baby Name Search: search by name, filter or letter
## Social Security Administration's Top 100 Baby Names
Knowing what the hot topics are in the world of baby naming tends to be at the forefront of any parent's mind when choosing a name for your little one; they let you know just how much baby will stand out in the crowd! But when the sample size for popularity comes from the entire United States of America—like with the top baby names from the 【144†Social Security Administration†www.ssa.gov】 released in May 2023 it can feel like too broad a stroke. However, the users of The Bump have spoken too! Here, you can find the most beloved baby names by your peers to help get a feel for the next generation's unique disposition.
## Top 100 Baby Girl Names in the U.S.
* 【145†Olivia】
* 【146†Emma】
* 【147†Charlotte】
* 【148†Amelia】
* 【149†Sophia】
* 【150†Isabella】
* 【151†Ava】
* 【152†Mia】
* 【153†Evelyn】
* 【154†Luna】
* 【155†Harper】
* 【156†Camila】
* 【157†Sofia】
* 【158†Scarlett】
* 【159†Elizabeth】
* 【160†Eleanor】
* 【161†Emily】
* 【162†Chloe】
* 【163†Mila】
* 【164†Violet】
* 【165†Penelope】
* 【166†Gianna】
* 【167†Aria】
* 【168†Abigail】
* 【169†Ella】
* 【170†Avery】
* 【171†Hazel】
* 【172†Nora】
* 【173†Layla】

| | |
|---|---|
| | * 【174†Lily】<br>* 【175†Aurora】<br>* 【176†Nova】<br>* 【177†Ellie】<br>* 【178†Madison】<br>* 【179†Grace】<br>* 【180†Isla】<br>* 【181†Willow】<br>* 【182†Zoe】<br>* 【183†Riley】<br>* 【184†Stella】<br>* 【185†Eliana】<br>* 【186†Ivy】<br>* 【187†Victoria】<br>* 【188†Emilia】<br>* 【189†Zoey】<br>* 【190†Naomi】<br>* 【191†Hannah】<br>* 【192†Lucy】<br>* 【193†Elena】<br>* 【194†Lillian】<br>* 【195†Maya】<br>* 【196†Leah】<br>* 【197†Paisley】<br>* 【198†Addison】<br>* 【199†Natalie】<br>* 【200†Valentina】<br>* 【201†Everly】<br>* 【202†Delilah】<br>* 【203†Leilani】<br>* 【204†Madelyn】<br>* 【205†Kinsley】<br>* 【206†Ruby】<br>* 【207†Sophie】<br>* 【208†Alice】<br>* 【209†Genesis】<br>* 【210†Claire】<br>* 【211†Aud" |

**Step 5: Response to User**

The most common girl names in 2024 include a blend of classic and trendy choices. According to sources like BabyCenter, Nameberry, and The Bump, the top names often feature traditional favorites and some newer, popular picks.

Here are some of the top girl names for 2024:

1. **Olivia** - Continues to be a popular choice, often topping the charts.
2. **Emma** - Another classic name that remains highly favored.
3. **Amelia** - Known for its vintage charm, Amelia is widely loved.
4. **Sophia** - A timeless name with a modern feel.

5. **Charlotte** - Classic and elegant, this name is consistently popular.
6. **Isabella** - A beautiful name that has remained popular for years.
7. **Ava** - Short and sweet, Ava is a perennial favorite.
8. **Mia** - Simple and chic, Mia is very popular.
9. **Luna** - Reflecting a celestial trend, Luna is increasingly popular.
10. **Ellie** - Cute and approachable, Ellie is a top pick.

Other popular names include **Aurora**, **<PRIVATE_PERSON>**,**<PRIVATE_PERSON>**, **Lily**, **<PRIVATE_PERSON>**, **<PRIVATE_PERSON>iana**, **<PRIVATE_PERSON>**, **<PRIVATE_PERSON>ila**, and **<PRIVATE_PERSON>**
【[0]source】【[1]source】【[2]source】【[3]source】【[9]source】.

These names showcase a mix of traditional and contemporary styles, reflecting parents' preferences for names that are both meaningful and fashionable.

**Example 2.** Conversation ID: 8acbbe98266bc18b210f8c9ae1838dfc

This conversation is about characters fighting in the Gladiator 2 film. The Plaintiff domain ign.com, as well as another non-Plaintiff domain, comingsoon.net, are clicked on and visited by the *Browser* tool. Portions of both webpages are then used by the model to inform the resulting output displayed to the user, and both domains are cited in the output.

| **Step 1: User Query** | |
|---|---|
| Who s fighting in the first scene of gladiator 2 | |
| **Step 2:** Search Query | |
| `search(Gladiator 2 first scene fight characters November 2024)` | |
| **Step 3:** Search Results | |
| 0 | Gladiator II – Wikipedia † de.wikipedia.org<br><br>Gladiator II ist ein britisch-US-amerikanischer Monumentalfilm von Regisseur Ridley Scott, der am 14. November 2024 in die deutschen und acht Tage später in die US-amerikanischen Kinos kam. Es handelt sich um eine Fortsetzung zu Gladiator (2000), in der Paul Mescal als Lucius Verus zu sehen ist. |
| 1 | Gladiator II \| Official Trailer (2024 Movie) - Paul Mescal, Pedro ...† www.youtube.com<br><br>From director Ridley Scott, watch the new Official Trailer for #GladiatorII starring Paul Mescal, Pedro Pascal, Denzel Washington, Connie Nielsen, Joseph Quinn, and Fred Hechinger - Only in... |
| 2 | Gladiator II - Wikipedia † en.wikipedia.org<br><br>On July 1, 2024, it was announced that the film's release date would be shared with the first of the two-part film adaptation of the musical Wicked (from original film's co-distributior, Universal), whose date was moved from November 27 to avoid competition with Moana 2. |
| 3 | Gladiator 2's First Trailer Teases Big Battles, Arena Combat, and a ...† www.ign.com<br><br>We get a good look at Pedro Pascal as Marcus Acacius, too, and the Colosseum in all its glory. There's plenty of action, with large-scale battles and arena fights. The trailer teases a fight... |
| … | |
| 6 | Gladiator 2 First Look: 13 Jaw-Dropping Images Reveal Paul Mescal ...† screenrant.com<br><br>Gladiator 2 releases its first images, finally unveiling characters played by Paul Mescal, Pedro Pascal, and more. After the success of his first film in 2000, director Ridley Scott is set to return to the gladiatorial arena with an upcoming sequel starring Mescal as a grown-up Lucius. |
| 7 | Gladiator II Final Trailer Shows Rhino Coliseum Fights in Ridley Scott ...† www.comingsoon.net<br><br>Gladiator II is officially set to release in theaters nationwide on November 22, 2024. Check out the new Gladiator II trailer below (watch other trailers and clips): Gladiator II is directed by... |

| | |
|---|---|
| … | |
| 18 | Epic Behind-the-Scenes Promo for Ridley Scott's 'Gladiator II' Sequel † www.firstshowing.net<br><br>Paramount Pictures has debuted an epic behind-the-scenes featurette for Ridley Scott's Gladiator II, his long-awaited sequel to the Oscar-winning classic Gladiator from 2000. This... |
| 19 | Ridley Scott Reveals Creation of Massive \"Gladiator 2\" Battle Scene in ...† www.motionpictures.org<br><br>In a post on Instagram, Bensaid shared the footage from the set, where a massive siege battle sequence is being staged. The speculation now is that Gladiator 2 might focus, at least in part, on the Roman Empire's expansion into North Africa. |
| **Step 4: Webpages are clicked on and relevant Portions of Content (seen below) are passed into the model's context window. The text indicated in red corresponds to text in the model output** | |
| 3 | https://www.ign.com/articles/gladiator-2s-first-trailer-teases-big-battles-arena-combat-and-a-fight-with-a-rhino<br><br>"<br>### More<br>【37†IGN on social】<br>Site Themes<br>Change Region<br>【38†About Us†corp.ign.com】 【39†Accessibility†www.ziffdavis.com】<br>AdChoices[Image 0]<br>【40†Privacy Policy】 【41†Terms of Use†www.ziffdavis.com】 【42†Editorial Standards†corp.ign.com】 【43†Do Not Sell My Personal Information†corp.ign.com】 【44†Site Map†corp.ign.com】 【45†Boards†www.ignboards.com】 【46†Contact Support†corp.ign.com】<br>Advertise With IGN<br>【47†Advertise With IGN - CORP†corp.ign.com】<br>©1996-2024 IGN Entertainment, Inc. a Ziff Davis company. All Rights Reserved. IGN® is among the federally registered trademarks of IGN Entertainment, Inc. and may only be used with explicit written permission.<br>### News<br>【48†All News】 【49†Columns】 【50†PlayStation】 【51†Xbox】 【52†Nintendo】 【53†PC】 【54†Mobile】 【55†Movies】 【56†Television】 【57†Comics】 【58†Tech】<br>### Reviews<br>【59†All Reviews】 【60†Editor's Choice】 【61†Game Reviews】 【62†Movie Reviews】 【63†TV Show Reviews】 【64†Tech Reviews】<br>### Discover<br>### Videos<br>【65†Original Shows】 【66†Popular】 【67†Trailers】 【68†Gameplay】 【69†All Videos】<br>### Account<br>【70†Profile】 【71†Login Settings】 【72†Subscription】 【73†Newsletters】<br>### 20Q #XX: undefined<br>Register to keep your streak<br>Create a free account or Log in.<br>Try to guess the video game: In the input field, type a question that could be answered "yes" or "no". You can ask up to 20 questions before the game is over.<br>Quick tips to help you guess the answer faster<br>* Stick to questions that will be answered with "yes" or "no" |

| | |
|---|---|
| | * Any questions that you ask will count as part of your 20 questions<br>* Try to guess the game with as few questions as possible<br>* Get an ad-free experience with IGN Plus and gain access to all previous games<br>【74†Gladiator II】<br># Gladiator 2's First Trailer Teases Big Battles, Arena Combat, and a Fight With a Rhino<br>## It debuts this November.<br>24 years after the original film, Paramount Pictures finally unveiled the first trailer for Ridley Scott's 【74†Gladiator 2】 on Tuesday, just months ahead of 【75†its November release date】.<br>The trailer kicks off with Paul Mescal's Lucius Verus calling back to the first film, with Denzel Washington's Macrinus pulling the strings. We get a good look at Pedro Pascal as Marcus Acacius, too, and the Colosseum in all its glory. There's plenty of action, with large-scale battles and arena fights. The trailer teases a fight between Lucius and a gladiator riding a rhino, and Marcus Acacius taking on a handful of enemies on his own. The clip ends on a fight between Lucius and Marcus Acacius, with Rome the setting of an uprising.<br>It's the most substantial look we've gotten at the long-awaited sequel, following 【76†a batch of photos】 that debuted in 【77†Vanity Fair†www.vanityfair.com】 earlier this month. Prior to that, only attendees of CinemaCon got a peek at a few minutes of action-packed footage behind closed doors in April (【78†read IGN's breakdown of the footage here】).<br>Play<br>Gladiator 2 features a star-studded new cast including Paul Mescal as Lucius Verus, Pedro Pascal as Marcus Acacius, Denzel Washington as Macrinus, and Joseph Quinn as Geta, with Connie Nielsen returning as Lucilla, the mother of Lucius. One star we know won't be returning, however, is the original's Russell Crowe, 【79†who's insisted that the sequel】 "has nothing to do with me" and his deceased character Maximus.<br>Gladiator 2 is set several years after the events of the first film, and will find an all-grown-up Lucius as he's forced into slavery, despite being the former heir to the Roman Empire. Not unlike Maximus, we'll see him enter hit the sandy arena as a gladiator as he opposes the rule of Caracalla (Fred Hechinger) and Geta.<br>Gladiator 2 will hit theaters on November 22 (going head-to-head 【80†with Wicked, no less】).<br>## Do You Plan to See Gladiator 2 in Theaters This November?<br>Yes!<br>No!<br>Not sure" |
| 7 | https://www.comingsoon.net/movies/trailers/1879718-gladiator-2-trailer-ridley-scott<br><br>"<br>* 【30†Sci-Fi】<br>* 【31†True Crime】<br>* 【32†Wrestling】<br>* 【33†Shop】<br>* 【34†Facebook†www.facebook.com】<br>* 【35†Instagram†www.instagram.com】<br>* 【36†Twitter†twitter.com】<br>Search<br>Close<br>Search<br>[Image 0: Gladiator 2 Reviews Lead to Strong Rotten Tomatoes & Metacritic Scores]Photo Credit: Paramount Pictures<br>【11† Movies 】<br># Gladiator II Final Trailer Shows Rhino Coliseum Fights in Ridley Scott's Sequel<br>【37† 】<br>November 18, 2024 |

By 【38† Anthony Nash 】
The final 【39†Gladiator II】 trailer is here, previewing some of the incredibly large-scale battles set to appear in the latest epic from 【40†Ridley Scott】.
## What happens in the Gladiator II trailer?
The latest trailer features more praise from early reviews of the film, calling it one of Ridley Scott's best. In the footage, more fight scenes are shown off, including battles taking place inside the coliseum featuring animals like rhinoceros.
Gladiator II is officially set to release in theaters nationwide on November 22, 2024.
Check out the new Gladiator II trailer below (【41†watch other trailers and clips†comingsoon.net】):
Gladiator II is directed by Scott from a screenplay written by David Scarpa. Leading the film is Mescal as Lucius, the son of Lucilla and Emperor Commodus' nephew. The character was originally portrayed by Spencer Treat Clark in the first installment.
The sequel will also feature Denzel Washington, Pedro Pascal, Joseph Quinn, Fred Hechinger, May Calamawy, Lior Raz, and more. They will be joined by returning cast members Connie Nielsen as Lucilla and Derek Jacobi as Gracchus.
"From legendary director Ridley Scott, Gladiator II continues the epic saga of power, intrigue, and vengeance set in Ancient Rome. Years after witnessing the death of the revered hero Maximus at the hands of his uncle, Lucius (Paul Mescal) is forced to enter the Colosseum after his home is conquered by the tyrannical Emperors who now lead Rome with an iron fist. With rage in his heart and the future of the Empire at stake, Lucius must look to his past to find strength and honor to return the glory of Rome to its people," reads the synopsis.
【38† 】
【38† Anthony Nash 】
Anthony Nash has been writing about games and the gaming industry for nearly a decade. When he's not writing about games, he's usually playing them. You can find him on Twitter talking about games or sports at @_anthonynash.
【42†Denzel Washington】 【39†Gladiator II】 【43†Joseph Quinn】 【44†Movie News】 【45†Paul Mescal】 【46†Ridley Scott】
Share article
* 【47†Facebook】
* 【48†LinkedIn】
* 【49†Twitter】
* 【50†Pinterest】
Subscribe to our Newsletter
Email Address Subscribe
Movie News
【51† 】
【51† Freakier Friday: Chad Michael Murray Teases 'Even Better Chemistry' in Sequel 】
Chad Michael Murray starred in the 2003 Disney remake Freaky Friday, and will reprise his role in the upcoming sequel,…
【52† 】 【11†Movies】 2 hours ago
【53† 】
【53† Mufasa: The Lion King Star Aaron Pierre Pays Tribute to James Earl Jones 】
Mufasa: The Lion King star Aaron Pierre is set to star in the titular role of the upcoming Barry Jenkins…
【54† 】 【11†Movies】 18 hours ago
【55† 】
【55† Tom Cruise Reuniting With Doug Liman on 'Scary' Movie Deeper 】
Rumors of a Tom Cruise scary movie project have turned out to be true, as director Doug Liman recently confirmed…
【56† 】 【11†Movies】 18 hours ago
Marvel and DC
【57† 】

| | |
|---|---|
| | 【57† Pedro Pascal's Reed Richards Dons Comic Accurate Look in Fantastic Four Set Photos 】<br>Set photos of Pedro Pascal's Reed Richards, a.k.a. Mister Fantastic, from the set of The Fantastic Four: First Steps have…<br>【58† 】 【59†Guides】 4 days ago<br>【60† 】<br>【60† Anthony Mackie Details Sam Wilson's Evolution as a Superhero 】<br>Anthony Mackie thinks Sam Wilson will be a much different superhero in the upcoming Captain America: Brave New World, and…<br>【61† 】 【11†Movies】 1 week ago<br>【62† 】<br>【62† Kevin Feige Gives Fantastic Four Update, Compares Thunderbolts* to Avengers 】<br>Marvel Studios head Kevin Feige has offered up some updates on the production status of the upcoming The Fantastic Four:…<br>【63† 】 【11†Movies】 1 week ago<br>Related<br>【64† 】<br>【64† Gladiator II Cinematographer Says Ridley Scott 'Changed' and Is 'Lazy' Now 】<br>Gladiator II cinematographer and longtime Ridley Scott collaborator John Mathieson had some strong words for the legendary director, saying that…<br>【65† 】 【11†Movies】 19 hours ago<br>【66† 】<br>【66† Gladiator 2 Director Compares Denzel Washington's Macrinus to Donald Trump 】<br>Renowned filmmaker Ridley Scott recently shed light on Denzel Washington's" |

**Step 5: Response to User**

In **Gladiator 2**, the first major scene showcases intense arena combat, including a standout fight where Lucius (played by Paul Mescal) faces a gladiator riding a rhinoceros in the Colosseum. The trailer also hints at Pedro Pascal's character, Marcus Acacius, involved in separate battles. These early scenes highlight the movie's scale and action-packed drama, setting the stage for Lucius's journey as a gladiator in a tense political and personal struggle 【[3]source】 【[7]source】 .

**Example 3. Conversation ID:** 4119ce346b1888651e12803df752752d

This conversation is about poverty levels in New York. The Plaintiff domain nydailynews.com appears in search results but is not clicked on or quoted by the *Browser* tool for the model's response. Instead, two non-Plaintiff webpages, amny.com and spectrumlocalnews.com are used to inform the output displayed to the user and cited as part of the model response.

| **Step 1: User Query** | |
|---|---|
| How many New Yorkers are living in a state of poverty or near poverty? | |
| **Step 2: Search Query** | |
| `search(New York state poverty or near poverty rate 2024)` | |
| **Step 3: Search Results** | |
| 0 | New Yorkers in Need: A Look at Poverty Trends in New York State for the ...† www.osc.ny.gov<br><br>The poverty rate in New York State for families with female householders (and no spouse) was nearly 23 percent in 2021, down almost five percentage points from 2010 but higher than 10.1 percent for all families and 5.6 percent for married couples in 2021. This disparity is more pronounced on the national level, where poverty rates for families ... |
| 1 | New report shows most New Yorkers are living at or near poverty † www.amny.com<br><br>This year's report measured rates of poverty in all five boroughs in 2022 and found the largest single-year increase in poverty since the Poverty Tracker was launched in 2012. Among the report ... |
| 2 | Poverty Reports † www.nyscommunityaction.org<br><br>The New York State Community Action Association (NYSCAA) is pleased to present its annual edition of the New York State Poverty Report. Providing a statewide look at poverty, this publication is designed to be a comprehensive resource for New York's Community Action Agencies, community-based organizations, policy makers, advocates, community ... |
| 3 | Poverty Rate by State 2024 - World Population Review † worldpopulationreview.com<br><br>On the other hand, New Hampshire's poverty rate is 5.3%, the lowest in the U.S. New Hampshire has the third-highest median household income at $88,235 a year. Additionally, New Hampshire's educational attainment levels are very high, with 93.3% of adults having graduated high school and 37% having at least a bachelor's degree.. The five states with the lowest poverty rates are: |
| 4 | 2023-2024 Federal Income Guidelines - New York State Department of Health † www.health.ny.gov<br><br>You are Here: Home Page > WIC > 2023-2024 Federal Income Guidelines. 2023-2024 Federal Income Guidelines. Effective through June 30, 2024. Gross Income; Household Size Annual Monthly Twice-Monthly Bi-Weekly ... New York State Breast Cancer Programs; New York State Physician Profile; NY's Public Water Systems; Outdoor Air and Health; Pertussis ... |
| 5 | Poverty rate New York U.S. 2022 \| Statista † www.statista.com<br><br>U.S. New York poverty rate 2000-2022. Published by Statista Research Department , Nov 3, 2023. In 2022, about 14.3 percent of New York's population lived below the poverty line. This was an ... |

| | |
|---|---|
| 6 | Poverty Measure - NYC Opportunity † www.nyc.gov<br><br>The latest NYC Opportunity annual report on poverty updates the NYCgov Poverty Measure for New York City in 2020. This year's report, which covers the first year of Covid-19, provides less robust poverty data than past reports because of significant pandemic-related limitations in data collection in 2020. The NYCgov poverty measure that this ... |
| 7 | Report: NY poverty at 14%, or above national average - Spectrum News † spectrumlocalnews.com<br><br>About 18.5% of children in New York lived below the poverty level in 2021, or 4.6 percentage points higher than the statewide average. Child poverty in the state has declined from roughly 21% in 2010. However, poverty rates increased for seniors while decreasing for all others between 2010 and 2021, the comptroller said. |
| … | |
| 12 | Nearly 14% of all New Yorkers live in poverty: new report † www.nydailynews.com<br><br>The analysis found that almost 2.7 million New Yorkers, just under 14% of the state's population, lived in poverty in 2021, compared to 12.8% of all Americans the same year. While poverty rates ... |
| … | |
| 18 | The State of Poverty and Disadvantage in NYC 2021 † www.povertycenter.columbia.edu<br><br>In 2021, 18% of adult New Yorkers and 15% of children in New York City lived in poverty. This is the lowest annual child poverty rate observed in the Poverty Tracker data, which began collecting child poverty data in 2017. Between 2015 and 2020, roughly one in three adults faced material hardship. In 2021, this fell to one in four. |
| 19 | The State of Poverty & Disadvantage in New York City in 2020 † www.povertycenter.columbia.edu<br><br>In collaboration with Robin Hood, the Center on Poverty and Social Policy presents the fourth volume of The State of Poverty and Disadvantage in New York City, which examines 2020 rates of poverty, material hardship, health problems, and disadvantage overall in New York City.. Special attention is paid to the role that policies played in preventing a sudden increase in poverty and disadvantage ... |
| **Step 4: Webpages are clicked on and relevant Portions of Content (seen below) are passed into the model's context window. The text indicated in red corresponds to text in the model output** | |
| 1 | https://www.amny.com/finance/report-new-yorkers-living-at-poverty/<br><br>"<br>* 【28†Webinars†www.schnepsmedia.com】<br>* 【4†Boroughs】<br>* 【29†Manhattan】<br>* 【30†Brooklyn】<br>* 【31†The Bronx】<br>* 【32†Queens】<br>* 【33†Staten Island】<br>* 【16†Sports】<br>* 【16†All】<br>* 【34†Mets】<br>* 【35†Yankees】<br>* 【36†Giants】<br>* 【37†Jets】<br>* 【38†Knicks】<br>* 【39†Nets】<br>* 【40†Islanders】 |

*
* 【41†Rangers】
* 【42†Soccer】
* 【43†Tennis】
* 【44†Olympics】
* 【45†NY Sports Betting Apps】
* 【46†DraftKings Sportsbook NY】
* 【47†Caesars NY】
* 【48†FanDuel Sportsbook NY】
* 【49†Casinos】
* 【49†Real Money Online Casino Apps】
* 【50†NJ Online Casinos】
* 【51†NJ Online Casino Bonuses】
* 【52†New NJ Online Casinos】
* 【53†Bet365 Casino】
* 【4†More from amNY】
* 【55†What is New York】
* 【56†Home Pros】
* 【57†Jobs†jobs.amny.com】
* 【58†Games†games.amny.com】
* 【59†Digital Editions】
* 【60†Podcasts†podcasts.schnepsmedia.com】
* 【61†Brand Content】
* 【2†amNY Shops】
* 【54†Contact Us】
* 【62† †twitter.com】 【63† †www.facebook.com】 【64† †www.instagram.com】 【65† †www.youtube.com】

【12†Finance】

# New report shows most New Yorkers are living at or near poverty

[Image 9][Image 10]By 【66†Barbara Russo】 Posted on 【67†February 22, 2024】

[Image 11: Broken piggy bank with band aid bandage or plaster in finance background concept for economic recession, depression or bankruptcy][Image 12: Broken piggy bank with band aid bandage or plaster in finance background concept for economic recession, depression or bankruptcy]

Photo via Getty Images

Sign up for our 【68†amNewYork email newsletter】 to get news, updates, and local insights delivered straight to your inbox!

More than half of New York City is 【69†living at or near the poverty】 line, according to a 【70†report†d3nz95d6hm31un.cloudfront.net】 released Wednesday from Robin Hood, a nonprofit that fights poverty, and Columbia University's Center on Poverty and Social Policy.

The report, which is called the Poverty Tracker, comes out annually. This year's report measured rates of poverty in all fiv e boroughs in 2 022 and found the largest single-year increase in poverty since the Poverty Tracker was launched in 2012.

Among the report's key findings, the number of New Yorkers living in poverty grew from 1.5 million to 2 million between 2021 and 2022, with nearly 500,000 more people in New York living in poverty than the year prior.

[Image 13][Image 14]

### 【71†Legal Battle for Fairness in NYC Property Taxation with Martha Stark (TENNY)†podcasts.schnepsmedia.com】

#### 【72†Schneps Connects†podcasts.schnepsmedia.com】

【73†https://podcasts.schnepsmedia.com/wp-content/uploads/2024/01/Edited-Podcast-Tenny.mp3†podcasts.schnepsmedia.com】

* ##### Subscribe:
* 【74†RSS†podcasts.schnepsmedia.com】
* 【75†iTunes†podcasts.apple.com】
* 【76†Spotify†open.spotify.com】
* 【77†Stitcher†www.stitcher.com】
* 【78†Amazon†music.amazon.com】
* 【79†Google Play†podcasts.google.com】

At 56%, most of the city's population lives in poverty or with low incomes.
Children are experiencing these struggles at an alarming rate, too. The child poverty rate jumped by 66%, rising from 15% to 25%. The report also indicates that poverty in NYC is nearly twice as high as the national poverty rate.
Chloe Sarnoff, director, policy research and initiatives at Robin Hood, called the statistics "disheartening."
"One of the most powerful things about the Poverty Tracker is that we track families over time, so we can see how families move in and out of poverty or hardship," Sarnoff explained. "We always knew that there were sort of half of New Yorkers who were experiencing some form of disadvantage, but more than half of New Yorkers living at or near poverty is really an alarming figure."
## What is the poverty line in NYC?
The city's affordability crisis has presented challenges for many New Yorkers. For a renting household with two adults and two children in the city, the Supplemental Poverty Measure, or poverty line, is approximately $44,000.
Sarnoff explained that the poverty line is a threshold established to try and determine what it would take to afford "a really minimal" 【80†basic-needs level】. But doubling that 44,000 number would be a more accurate representation of an income level whereby families can afford a decent standard of living, the report indicated.
## Why is poverty so high in NYC?
Most New Yorkers have experienced the rising costs of everything from milk and eggs to utilities and gas, even non-necessities like streaming services.
But things were brighter economically for New Yorkers before the pandemic hit, according to Richard Buery, CEO of Robin Hood.
"Our city is in the midst of an affordability crisis," Buery said. "Alarmingly, this year's annual Poverty Tracker report observes the sharpest one-year increase in poverty we've found since launching the study in 2012. This would be deeply troubling at any point, but it is particularly disturbing given the steady progress New York City has made to reduce poverty in years prior — including during the pandemic, where 500,000 children avoided poverty thanks to temporary, stabilizing government policies."
Pandemic-era policies stabilized life for many, according to the report, but as benefits expired, hardship and poverty became more widespread. Rising costs of rent and basic needs created more uphill battles for New Yorkers.
"2022 saw some of the city's hard-won reductions in poverty and hardship of recent years reversed, at the same time that inflation and high rents took a toll on people's wallets," Christopher Wimer, director of The Center on Poverty and Social Policy at Columbia University, said. "The news is certainly grim, but if there is a silver lining it is that recent years have proven that well-designed policies can and do reduce poverty dramatically. We know what works, it's just a matter of doing it."
## What New Yorkers are saying
The report found that 1 in 5 low-income New Yorkers are living paycheck to paycheck. New Yorkers of various incomes are struggling to pay for housing, bills and food.
Beatrice Shali-Ogli Bishop, 54, knows financial battles all too well. A native New Yorker and writer, she moved back to the city from upstate after her husband died in 2022. Her husband had Medicare, but his healthcare bills and other costs have left Bishop financially burdened.
"When you're paying $2,300 a month in rent and $700 in utilities, it's hard," she said.
Bishop added that she's been personally depressed over her finances and feels concern for others who are suffering financially, too.
"The economy is totally skewed. I don't get how you can work all your life and then have no money," she said. "It's because of a lot of things. It's a lot of corporate greed, it's poor leadership on the federal and state level. And people of my generation counted on things that we didn't get, so we overspent."
Marcie Delapaz, another native New Yorker who's lived in both Brooklyn and Staten Island, is on a fixed income and is finding it hard to decide between buying food and paying rent.
"Everything is so expensive, especially buying healthy foods. It's become a luxury," she said. "Traveling and shopping for necessity is a decision that you have to be strategic about. Rent has become for most at 60 to 70% of their income."
She added that she's frustrated with the housing market, too.
"The city needs to stop taking in these real estate developers' money and actually do something for each community that is struggling to avoid more homelessness in the streets," Delapaz said.
To read the full Poverty Tracker report or learn more about Robin Hood, visit 【81†robinhood.org†www.robinhood.org】.
### About the Author
## 【18†Things to do in NYC†events.amny.com】
【25† Post an Event†events.amny.com】
[Image 15: Discover "World of AI·magination": Where][Image 16: Discover "World of AI·magination": Where]
Tomorrow, all day
## 【82†Wor"

| | |
|---|---|
| 7 | https://spectrumlocalnews.com/nys/central-ny/politics/2022/12/08/report--ny-poverty-at-14---or-above-national-average<br><br>"<br>* 【20† Current Conditions 】<br>* 【21† Satellite & Radar 】<br>* 【22† Weather Blog 】<br>* 【23† Travel Weather 】<br>* 【24† Watches & Warnings 】<br>* 【25† Closings & Delays 】<br>* 【26† Sign Up For Weather Alerts †my.textcaster.com】<br>* 【27† Traffic Map 】<br>* 【28† Traffic News 】<br>* 【29† Gas Prices 】<br>* POLITICS<br>* 【30† Political News 】<br>* 【31† New York State of Politics †www.nystateofpolitics.com】<br>* 【32† Capital Tonight 】<br>* 【33† 2024 Election Results 】<br>* 【34† Washington, D.C. Bureau 】<br>* 【35† In Focus 】<br>* AROUND SYRACUSE<br>* 【36† Things to Do 】<br>* 【37† Community Calendar 】<br>* 【38† Submit an Event 】<br>* SPORTS<br>* 【39† Sports Headlines 】<br>* 【40† Orange Empire 】<br>* 【41† Scholar Athlete 】<br>* PUBLIC SAFETY<br>* 【42† Public Safety News 】<br>* 【43† Gun Violence Crisis 】<br>* Podcasts<br>* 【44† All Podcasts 】<br>* 【45† Buffalo End Zone 】<br>* 【46† What Could Be 】<br>* 【47† OUR JOURNALISTS 】<br>* ACCOUNT<br>* Sign Out<br>* 【48†Recent Activity】<br>* ACCOUNT<br>* 【48†Sign In】<br>* 【48†Recent Activity】<br>* LATEST NEWS<br>* 【6† Headlines 】<br>* 【7† Business & Growth 】<br>* 【8† Around the State 】<br>* 【9† Education 】<br>* 【10† Good News 】<br>* 【11† Health 】<br>* 【12† Exploring Your Health 】<br>* 【13† Everyday Heroes 】<br>* 【14† Lottery 】<br>* 【15† Seen On 】<br>* 【16† SN Challenge 】<br>* WEATHER & TRAFFIC |

* 【17† Today's Forecast 】
* 【18† 7 Day Forecast 】
* 【19† Interactive Radar 】
* 【20† Current Conditions 】
* 【21† Satellite & Radar 】
* 【22† Weather Blog 】
* 【23† Travel Weather 】
* 【24† Watches & Warnings 】
* 【25† Closings & Delays 】
* 【26† Sign Up For Weather Alerts †my.textcaster.com】
* 【27† Traffic Map 】
* 【28† Traffic News 】
* 【29† Gas Prices 】
* POLITICS
* 【30† Political News 】
* 【31† New York State of Politics †www.nystateofpolitics.com】
* 【32† Capital Tonight 】
* 【33† 2024 Election Results 】
* 【34† Washington, D.C. Bureau 】
* 【35† In Focus 】
* AROUND SYRACUSE
* 【36† Things to Do 】
* 【37† Community Calendar 】
* 【38† Submit an Event 】
* SPORTS
* 【39† Sports Headlines 】
* 【40† Orange Empire 】
* 【41† Scholar Athlete 】
* PUBLIC SAFETY
* 【42† Public Safety News 】
* 【43† Gun Violence Crisis 】
* Podcasts
* 【44† All Podcasts 】
* 【45† Buffalo End Zone 】
* 【46† What Could Be 】
* 【47† OUR JOURNALISTS 】

× Set Weather Location
Get hyperlocal forecasts, radar and weather alerts.
Please enter a valid zipcode.
Save
【49† State of Politics Read up on New York politics with our Capital Tonight team. †nystateofpolitics.com】
【24† WEATHER ALERTS View full list of weather alerts. 】
【25† Closings and Delays Check the latest closings and delays for schools, business, and churches around CNY and the Mohawk Valley. 】
[Image 1: About 13.9% of New Yorkers, or 2.7 million people in the state, live in poverty.]
# Report: NY poverty at 14%, or above national average
By 【50†Kate Lisa】 New York State
PUBLISHED 9:20 AM ET Dec. 08, 2022 PUBLISHED 9:20 AM EST Dec. 08, 2022
SHARE
About 13.9% of New Yorkers, or 2.7 million people in the state, live in poverty — higher for people of color, and children that was deep-ended by the COVID-19 pandemic, according to a report from state Comptroller Tom DiNapoli's office released Thursday.
It's higher than the national average of 12.8% of people who live in poverty in the United States, 【51†according to the report, which is the first†www.osc.state.ny.us】 of several the comptroller will publish about the topic.

The U.S. Census Bureau surveys income and family data to determine the Official Poverty Measure. In 2021, the threshold, updated for inflation, was $13,788 for one person and $27,740 for a household of four. Income is defined before taxes, not including non-cash benefits such as Medicaid or food stamps.
Hispanic New Yorkers live in poverty at more than double the rate of white people in the state. Black, native Hawaiian and other Pacific islander and American Indian New Yorkers live in poverty twice as often as white New Yorkers.
“While economic hardships existed long before the pandemic, it deepened the financial stress experienced by many households,” DiNapoli said in a prepared statement. “We saw what a large and broad federal response achieved, as the country made historic progress in the fight against poverty. Continued federal resources, along with a greater equity in state services, can help improve the lives of New Yorkers struggling to make ends meet.”
The pandemic, which resulted in the loss of 2 million jobs in the state in 2020, exacerbated long-standing economic hardships. Fiscal stress on households has persisted with high inflation and utility and housing costs.
Poverty rates are higher than 13% in 17 of the state's 62 counties, and in the state’s largest cities, DiNapoli said. Poverty rates in the state remain higher in certain cities. One out of every four people were living in poverty in 2021 in Syracuse, Rochester and Buffalo, including 1 in 4 families in Syracuse and 1 in 5 in Rochester, according to the report.
About 18.5% of children in New York lived below the poverty level in 2021, or 4.6 percentage points higher than the statewide average. Child poverty in the state has declined from roughly 21% in 2010. However, poverty rates increased for seniors while decreasing for all others between 2010 and 2021, the comptroller said.
"New York has a robust safety net, and recently set a laudable goal to reduce child poverty by 50% as the state considers evidence-based approaches to achieve this objective, it should sustain a cross-agency focus on high-needs groups and places where the needs are both chronic and acute," DiNapoli said. "Committing to an equitable recovery and targeting resources to those who most need them can facilitate improvements in the lives of millions of New Yorkers."
Families with a single female as their head of household are more than twice as likely to live in poverty, and four times more likely than married couples in New York. Nearly 23% were in poverty in 2021, down almost five percentage points from 2010 but still higher than the percentage for families and for married couples in 2021.
More than $115 billion in federal, state and local resources are used to assist low-income families each year, according to the report. About 87% of those funds come from the federal government for tax credit assistance and other programs.
To alleviate poverty in New York, DiNapoli recommends officials evaluate ways to improve amounts of benefits and flexibility in programs and how to assess levels of need with evolving living standards more accurately. The comptroller also recommended expanding assistance, which eased economic hardships in the early days of the pandemic.
“State Comptroller DiNapoli’s report presents sobering realities faced by New Yorkers in need of all ages, backgrounds, and locations across our state,” Sen. Roxanne J. Persaud, a Democrat from Brooklyn. “Too many children live in poverty, too many older New Yorkers face hunger and struggle to keep bills paid.
Persaud, the Senate Social Services Committee chair, agrees the state has antiquated poverty measures that fail to account for the true cost of living.
Of upcoming legislative priorities, she added, "I will continue to advocate for a State Self-Sufficiency Standard, among other measures, to ensure that New York state is enacting policy and delivering programs that truly meet the needs of all o"

**Step 5: Response to User**

As of 2022, a significant portion of New York City's population is living in or near poverty. A report from Robin Hood and Columbia University's Center on Poverty and Social Policy indicated that more than half of New York City's residents fall into this category, with the number of people living in poverty increasing from 1.5 million to 2 million between 2021 and 2022. The child poverty rate in the city also saw a significant increase, jumping by 66% from 15% to 25%. This rate of poverty in NYC is nearly twice as high as the national poverty rate【[1]source】.

Statewide, about 13.9% of New Yorkers, or approximately 2.7 million people, live in poverty. This is higher than the national average of 12.8%. The report also highlights that poverty disproportionately affects people of color and children, a situation exacerbated by the COVID-19 pandemic. Poverty rates are higher than 13% in 17 of New York State's 62 counties, with cities like Syracuse, Rochester, and Buffalo experiencing particularly high levels of poverty【[7]source】.

These statistics underline the significant economic challenges faced by many New Yorkers, exacerbated by the pandemic and ongoing inflation, which have increased the cost of living significantly.

**Example 4. Conversation_id:** f0ba380b1ab912ed7aa5ce54b31f8907

This conversation is about Hurricane Helene. The Plaintiff domain mashable.com appears in search results but is not clicked on or quoted by the *Browser* tool for the model's response. The model clicks on the non-Plaintiff domains appliedsciences.nasa.gov, zoom.earth, and people.com, which inform the resulting output displayed to the user and are cited as part of the model response.

| | |
|---|---|
| **Step 1: User Query** | |
| When is hurricane Helene expected to make landfall | |
| **Step 2: Search Query** | |
| **search**(Hurricane Helene landfall date September 2024) | |
| **Step 3: Search Results** | |
| 0 | GEMA, Gov. Kemp give update on Hurricane Helene \| Live updates for metro Atlanta, north Georgia † www.11alive.com<br><br>Due to the impacts of Hurricane Helene, GEMA/HS recommends that ALL schools (public and private) south of Macon consider early dismissal September 26. We also recommend the closure of ALL schools throughout the State for September 27. pic.twitter.com/c4xOcBL7HY\ |
| 1 | Hurricane Helene upgrades to Category 2 storm; here's how it'll impact the Carolinas † www.yahoo.com<br><br>Helene threatens heavy rain, flash flooding, landslides, and damaging winds to the mountains and Piedmont areas of our state," Gov. Cooper said in a statement. "Now is the time for North Carolinians to prepare, make sure emergency kits are up-to-date and pay attention to the weather alerts in your area. |
| 2 | Helene live updates: When will hurricane make landfall? - WESH Channel 2† www.wesh.com<br><br>Hurricane Helene is working through the Gulf of Mexico and is expected to make landfall in Florida Thursday night. ... September 26, 2024 >> Track Helene ... After landfall, Helene is expected to ... |
| 3 | Helene resources: The latest storm forecasts, maps, imagery and more † www.noaa.gov<br><br>One-stop event page for #Helene Posted September 24, 2024 NOAA's National Weather Service wants you to have the latest, most accurate information on Hurricane Helene to keep you informed and safe. Here is a compilation of information that you can use before, during, and after the storm to have the most current forecasted weather condi |
| 4 | Hurricane Helene LIVE Tracker, Updates & Forecast - Zoom Earth † zoom.earth<br><br>Last Modified: 21:00, 25 September 2024 UTC. Live tracking map, satellite images and forecasts of Hurricane Helene 2024 in the eastern Gulf of Mexico. Current wind speed 85mph. ... It should be noted that additional strengthening is possible beyond 24 hours before Helene makes landfall Thursday evening. |
| 5 | Helene rapidly organizing, remains on track to become major hurricane … † www.foxweather.com<br><br>TALLAHASSEE, FLORIDA - SEPTEMBER 25: Jordan Rochester, right, and Kyley Weems bag sand in preparation for possible flooding on September 25, 2024 in Tallahassee, Florida. Forecasts predict Tropical |

| | |
|---|---|
| | Storm Helene will strengthen to a hurricane, making landfall along the Florida Gulf Coast on Thursday. (Photo by Sean Rayford/Getty Images) ( ) |
| 6 | Hurricane Helene 2024 \| NASA Applied Sciences † appliedsciences.nasa.gov<br><br>Start Date: Sept. 25, 2024 Type: Hurricanes & Cyclones Region: North America Info & Resources: View maps and data on the NASA Disasters Mapping Portal Update Sept. 25, 2024. Helene formed as a tropical storm in the Gulf of Mexico on Sept. 24, 2024, and is currently forecast to make landfall in Florida's Big Bend region the evening of Sept. 26 as a Category 3 hurricane. |
| 7 | Hurricane Helene to be 'Monster' Storm. Path Update, Tracker For … † www.newsweek.com<br><br>Hurricane Helene is due make landfall in the state's Big Bend region on Wednesday or Thursday, with one weather-modeling system predicting that it looks set to be a Category 5 event; the strongest ... |
| … | |
| 17 | Hurricane Helene: Watch live Tampa Bay webcams as storm threatens … † mashable.com<br><br>By Mark Kaufman on September 26, 2024 Share on Facebook Share on Twitter Share on Flipboard Hurricane Helene as seen on NOAA satellite imagery on Sept. 25, 2024. |
| 18 | Live updates: Everything you need to know about Hurricane Helene † www.alligator.org<br><br>When and where will the hurricane hit? Hurricane Helene strengthened to a hurricane at 11 a.m. Wednesday, according to the National Hurricane Center. In an afternoon press conference, Gov. Ron ... |
| 19 | Hurricane Helene Could Make Landfall in Florida with 125 MPH Winds † people.com<br><br>Helene is expected to reach Category 3 status prior to it's Sept. 26 landfall Sean Rayford/Getty Hurricane Helene is forecasted to continue intensifying before making landfall in Florida on ... |
| **Step 4: Webpages are clicked on and relevant Portions of Content (seen below) are passed into the model's context window. The text indicated in red corresponds to text in the model output** | |
| 6 | https://appliedsciences.nasa.gov/what-we-do/disasters/disasters-activations/hurricane-helene-2024<br><br>"  * 【15† 】 【15†Earth Mission Engagement】<br>* 【16† 】 【16†Ecological Conservation】<br>* 【17† 】 【17†Health & Air Quality】<br>* 【18† 】 【18†Water Resources】<br>* 【19† 】 【19†Wildland Fires】<br>Projects & Initiatives<br>* 【20†Arset】<br>* 【21†Develop】<br>* 【22†Energy & Infrastructure†power.larc.nasa.gov】<br>* 【23†Equity & Environmental Justice】<br>* 【24†Group on Earth Observations】<br>* 【25†Indigenous Peoples Initiative】<br>* 【26†Prizes & Challenges】<br>* 【27†Servir】<br>* 【28†Socioeconomic Assessments】<br>* 【29†Sustainable Development Goals】 |

| | |
|---|---|
| | * 【30†Western Water Applications Office】<br>What We Do<br>Putting NASA Data to Work<br>We partner with people around the world to incorporate Earth observations into their work. Our program areas, projects and initiatives help tackle challenges on our home planet.<br>【10†Explore our work】 【31†View our Projects】<br>【32† Our Impact 】<br>Featured<br>Imagen<br>[Image 0]<br>Imagen<br>[Image 1]<br>Article<br>【33†Keeping Guatemala's Lake Atitlán Crystal Clear】<br>* Explore<br>* 【34† Stories 】<br>* 【35† People 】<br>* 【7† News 】<br>* 【36† Events 】<br>Our Impact<br>Big Problems, Bigger Solutions<br>When we use Earth-observing data to illuminate issues and solve challenges, everyone benefits. Our community works together to harness the power of these data and create worldwide change.<br>【32†Discover Our Impact】<br>【37† Get Involved 】<br>Discover<br>【38† Our Community 】<br>【39† Opportunities 】<br>【40† Training 】<br>【41† Data & Tools 】<br>【42† Publications 】<br>【43† Stay Connected 】<br>Get Involved<br>Make Your Move with the Program<br>From trainings on using NASA data to the latest published research, we offer free resources that are open to all. Explore open opportunities and connect with the Applied Sciences Program.<br>【37†Get Involved】<br>【7†News】<br>【44†Open Nominations for 2023 GEO Sustainable Development Goal Awards】<br>Topic<br>【45†SDG】<br>【1† Search 】<br>[Image 2: A satellite image of Hurricane Helene over the Gulf Coast, appearing as a large mass of swirling white and gray clouds.. ]<br>Hurricanes & Cyclones<br>Hurricane Helene 2024<br>Breadcrumb<br>【0†Home】<br>【10†What We Do】<br>【46†Disasters】<br>[Image 3: Share icon]<br>[Image 4: Share on Facebook] |

| | |
|---|---|
| | [Image 5: Share on Twitter]<br>[Image 6: Share on LinkedIn]<br>[Image 7: Share via Email]<br>Date<br>September 25, 2024<br>Start Date: Sept. 25, 2024<br>Type: 【47†Hurricanes & Cyclones】<br>Region: 【48†North America】<br>Info & Resources:<br>【49†View maps and data on the NASA Disasters Mapping Portal†maps.disasters.nasa.gov】<br>What DHS and FEMA are doing:<br>【50†https://www.fema.gov/hurricane-helene†www.fema.gov】<br>Spanish: 【51†https://www.fema.gov/es/helene†www.fema.gov】<br>What the U.S. government is doing:<br>【52†https://usa.gov/hurricane-helene†usa.gov】<br>Spanish: 【53†https://usa.gov/es/huracan-helene†usa.gov】<br>Update Sept. 25, 2024<br>Helene formed as a tropical storm in the Gulf of Mexico on Sept. 24, 2024, and is currently forecast to make landfall in Florida's Big Bend region the evening of Sept. 26 as a Category 3 hurricane. Meteorologists also anticipate impacts in Georgia, Alabama, Tennessee, and the Carolinas, as the storm moves north after landfall.<br>The NASA 【54†Disasters Response Coordination System†disasters.nasa.gov】 has activated to support FEMA's response to Hurricane Helene and is also supporting the Florida Division of Emergency Management (FDEM). NASA Disasters team members are attending coordination calls with agencies responding to the hurricane. They have also deployed a page on the 【49†NASA Disasters Mapping Portal†maps.disasters.nasa.gov】 to share maps and data products, which currently includes near real-time NASA 【55†Black Marble Blue/Yellow Composite†maps.disasters.nasa.gov】 products to aid in identifying potential power outages, and services to access near real-time 【56†flood detection products†maps.disasters.nasa.gov】 that will update automatically when data becomes available.<br>[Image 8: A satellite image of Hurricane Helene over the Gulf Coast, appearing as a large mass of swirling white and gray clouds.. ]<br>True color imagery of Tropical Storm Helene on Sept. 24, 2024, from the NASA/NOAA Suomi NPP satellite. Credit: NASA Worldview<br>【46†Disasters】<br>【57†Inside the Program Area】<br>【58†Practitioner Resources】<br>【59†Disasters Response" |
| 4 | https://zoom.earth/storms/helene-2024/<br>"<br>Copy link Copied!<br>Search<br>Show Your Location Locating…<br>Settings<br>Time<br>Time Zone Z<br>Local UTC<br>Time Format T<br>12-Hour 24-Hour<br>Time Control J<br>Timeline Clock<br>Animation<br>Animation Speed |

| | |
|---|---|
| | Slow Medium Fast<br>Satellite Animation Duration<br>3 Hours 6 Hours 12 Hours 24 Hours<br>Satellite Animation Style<br>Fast Smooth<br>Fast style plays animations immediately. Smooth style preloads imagery for a better appearance.<br>Units<br>Precipitation<br>mm/h in/h dBZ<br>Wind Speed<br>km/h m/s mph knots Bft<br>Temperature<br>°C °F K<br>Atmospheric Pressure<br>hPa mb mmHg inHg<br>Distance<br>km miles nautical miles<br>Area<br>km² sq mi acres hectares<br>Fire Burnt Area<br>km² sq mi acres hectares<br>Coordinate System<br>DMS Decimal Degrees<br>Major Hurricane Helene 2024<br>Last Modified: 15:00, 26 September 2024 UTC<br>[Image 0: Hurricane Helene]<br>Live tracking map, satellite images and forecasts of Major Hurricane Helene 2024 near Florida in the eastern Gulf of Mexico. Current wind speed 120mph.<br>A catastrophic and deadly 【0†storm surge†en.wikipedia.org】 is likely along portions of the Florida Big Bend coast, where inundation could reach as high as 20 feet above ground level, along with destructive waves. There is also a danger of life-threatening storm surge along the remainder of the west coast of the Florida Peninsula. Residents in those areas should follow advice given by local officials and evacuate if told to do so.<br>Potentially catastrophic hurricane-force winds are expected within the eyewall of Helene when it makes 【1†landfall†en.wikipedia.org】 in the Florida Big Bend region this evening. Preparations to protect life and property should be rushed to completion. Damaging and life-threatening hurricane-force winds, especially in gusts, will penetrate well inland over portions of northern Florida and southern 【2†Georgia】 later today (26 September) and tonight where Hurricane Warnings are in effect. Strong wind gusts are also likely farther north across portions of northern Georgia and the Carolinas, particularly over the higher terrain of the southern Appalachians.<br>Catastrophic and life-threatening flash and 【3†urban flooding†en.wikipedia.org】, including numerous significant landslides, is expected across portions of the southern Appalachians through Friday. Considerable to locally catastrophic flash and urban flooding is likely for northwestern and northern Florida and the Southeast through Friday. Widespread significant river flooding and isolated major river flooding are likely.<br>Helene is gaining strength as it approaches the Florida Big Bend. A large 【4†eye†en.wikipedia.org】 has become apparent in satellite images, and that feature has been gradually clearing out over the past few hours. Convective banding is wrapping around the eye, and recent microwave images and reports from the NOAA and Air Force Hurricane Hunter aircraft indicate than an eyewall is almost completely closed. The minimum pressure has been dropping steadily to near 960 mb, and based on the aircraft flight-level wind data, the initial intensity is estimated to have increased to 105 mph (90 knots). There have been several reports of tropical-storm-force winds occurring in portions of South Florida and the Florida Keys during the past few hours. |

| | |
|---|---|
| | The large hurricane is picking up speed and has turned slightly to the north-northeast. The latest initial motion is 025/12 knots. A notably faster north-northeastward motion is expected through landfall, which is expected to occur in the Florida Big Bend region this evening. After Helene moves inland, it is forecast to track over Georgia and then slow down or stall over the 【5†Tennessee】 Valley when it merges with a mid- to upper-level low pressure system. Only minor changes were made to the previous NHC track forecast.<br>Significant intensification is expected until Helene reaches the coast since the overall atmospheric and oceanic conditions will remain conducive. The amount of strengthening will likely depend on how much the inner core can contract and consolidate. The HWRF and HMON models show significant strengthening to category 4 status, while most of the other models are a little lower. The main message is that Helene will likely make landfall as a large major hurricane in the Florida Big Bend this evening, and all preparations in the hurricane warning area should be rushed to completion.<br>It should also be re-emphasized that Helene is a very large hurricane. In fact, comparing the system with previous hurricanes in the 【6†Gulf of Mexico】 over the past couple of decades, Helene is at the upper bound in terms of size. As a result, storm surge, wind, and rainfall impacts will extend far away from the center and well outside the forecast cone, particularly on the east side. In addition, the fast forward speed when Helene moves inland will result in a far inland penetration of strong winds over parts of the southeastern United States, including strong gusts over higher terrain of the southern Appalachians. Accordingly, a higher-than-normal gust factor is indicated in the official forecast while Helene is inland.<br>Major Hurricane Helene<br>Date Time Type Wind Pressure<br>UTC mph mb<br>29 Sep 12:00 X 25<br>29 Sep 00:00 X 25<br>28 Sep 12:00 X 30<br>28 Sep 00:00 X 35<br>27 Sep 12:00 S 65<br>27 Sep 00:00 H3 120<br>26 Sep 18:25 H3 120 959<br>26 Sep 12:00 H2 105 960<br>26 Sep 06:00 H1 90 966<br>26 Sep 00:00 H1 85 972<br>25 Sep 18:00 H1 85 978<br>25 Sep 12:00 H1 80 979<br>25 Sep 06:00 S 65 985<br>25 Sep " |
| 19 | https://people.com/hurricane-helene-could-make-landfall-in-florida-with-125-mph-winds-8718173<br><br>"* 【50† 2 Richard Simmons' Family Slams Housekeeper's 'Greed' Amid Fight Over His Estate: 'He Would Be Heartbroken' (Exclusive) 】<br>* 【51† 3 Carrie Ann Inaba Slams Anna Delvey's 'Dismissive' Response to 'Dancing with the Stars' Elimination: 'It's a Shame' 】<br>* 【52† 4 Artem Chigvintsev Was Not the 'Primary Aggressor' in Domestic Violence Incident with Nikki Garcia, Claims Lawyer (Exclusive) 】<br>* 【19†Human Interest】<br>* 【21†Human Interest News】<br>* 【53†Natural Disasters】<br>Hurricane Helene Could Make Landfall in Florida with 125 MPH Winds<br>Helene is expected to reach Category 3 status prior to it's Sept. 26 landfall<br>By<br>【54†David Chiu】 |

【54†David Chiu】
David Chiu is a staff writer, Human Interest, for PEOPLE. A former PEOPLE intern from 2007 to 2008, he has been writing about news and entertainment for over 10 years.
【55†People Editorial Guidelines】
Published on September 25, 2024 12:50PM EDT
【56† Comments 】
* * * *
[Image 0: People bag sand in preparation for possible flooding as Tropical Storm Helene heads toward the state's Gulf Coast on September 25, 2024 in Tallahassee, Florida. ] [Image 1: People bag sand in preparation for possible flooding as Tropical Storm Helene heads toward the state's Gulf Coast on September 25, 2024 in Tallahassee, Florida. ]
People bag sand in preparation for possible flooding as Tropical Storm Helene heads toward the state's Gulf Coast on September 25, 2024 in Tallahassee, Florida. Photo:
Sean Rayford/Getty
Hurricane Helene is forecasted to continue intensifying before making landfall in Florida on Thursday, Sept. 26.
Originally a tropical storm, Helene became a Category 1 hurricane on Wednesday, Sept. 25, and is expected to bring "life-threatening storm surge, damaging winds and flooding rains" to a large portion of Florida and southeastern parts of the U.S., the 【57†National Hurricane Center†x.com】 announced.
As of 10 a.m. local time on Sept. 25, the storm is located about 85 miles northeast of Cozumel, Mexico, with maximum sustained winds of 80 mph, the NHC said in an 【58†advisory†www.nhc.noaa.gov】.
The NHC added 【59†that hurricane and tropical storm conditions are predicted for the Yucatan Peninsula of Mexico†www.nhc.noaa.gov】 for the next several hours, where hurricane and tropical storm warnings are in effect. The agency also warned along the entire west coast of the Florida Peninsula and Florida Big Bend of storm surge, adding that the highest inundation of more than 10 feet is forecasted for the Big Bend coast.
The advisory noted residents in those affected areas should listen to local officials' advice and evacuate if ordered.
【60†Man Was Trapped in Truck on Live TV During Hurricane Francine — Until Off-Duty Nurse Broke a Window to Save Him】
"Devastating hurricane-force winds are expected across portions of northern Florida and southern Georgia where the core of Helene moves inland," the NHC said in its alert. "Preparations to protect life and property should be completed by early Thursday since tropical storm conditions are expected to begin within these areas on Thursday."
Never miss a story — sign up for 【61†PEOPLE's free daily newsletter】 to stay up-to-date on the best of what PEOPLE has to offer, from celebrity news to compelling human interest stories.
Additionally, Helene is forecasted to possibly contribute to life-threatening flash flooding and urban flooding across parts of northwestern and northern Florida, the Southeast, the southern Appalachians and the upper Tennessee Valley starting on Sept. 25 through Friday, Sept. 27, the advisory continued.
According to forecasters, Helene is expected to reach Category 3 status, with winds approaching as high as 125 mph, prior to making landfall Thursday, the 【62†Tallahassee Democrat†www.tallahassee.com】 reported.
【63†Honeymooners Caught in Middle of Hurricane Beryl 'Doing Well' After Storm Battered Grenada (Exclusive)】
"Helene stands toe-to-toe with any of the threats that Florida has faced over the past ten years or indeed really over hurricane history," said Ryan Truchelut, a hurricane forecaster for the USA Today Network-Florida, told the newspaper.
Ahead of the impending storm in his state, Florida Gov. Ron DeSantis issued 【64†a state of emergency for 41 counties†www.flgov.com】 on Monday, Sept. 24.
"There have been local communities and counties that have issued evacuation orders in a number of Florida counties, you still have time to be able to do that and so I would heed those warnings," the governor said, per 【65†NBC affiliate WFLA†www.wfla.com】. "You can hide from the wind, and there will be significant wind on this storm, but you have to run from the water."

| | |
|---|---|
| | 【66†Tropical Storm Debby Batters the East Coast, Leaving Several Dead: Read the Recap】<br>DeSantis 【67†said in a Sept. 24 X post (for" |

| **Step 5: Response to User** |
|---|
| Hurricane Helene is expected to make landfall on the evening of **Thursday, September 26, 2024** in Florida's Big Bend region as a **Category 3 hurricane** with winds reaching up to **125 mph**. The storm could cause life-threatening storm surges, flooding, and strong winds, particularly in northern Florida and parts of Georgia. After landfall, Helene is expected to continue impacting areas further inland, including parts of the Southeast and southern Appalachians【[6]source】<br>【[4]source】【[19]source】.<br><br>If you're in the affected areas, it's crucial to follow evacuation orders and prepare for severe weather conditions. |