**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>Case No. 1:23-cv-11195 (SHS) (OTW),<br>Case No. 1:24-cv-01515 (SHS) (OTW),<br>Case No. 1:24-cv-03285 (SHS) (OTW),<br>Case No. 1:24-cv-04872 (SHS) (OTW),<br>Case No. 1:25-cv-04315 (SHS) (OTW). | 1:25-md-03143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, I caused a true and correct copy of the foregoing documents to be served via electronic mail upon the following:

- **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF DEFENDANTS' EXPERT CHRIS CALLISON-BURCH IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF DEFENDANTS' EXPERT TAYLOR BERG-KIRKPATRICK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF DEFENDANTS' EXPERT NICK FEAMSTER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF DEFENDANTS' EXPERT AVI GOLDFARB IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Steven Lieberman<br>Jennifer B. Maisel<br>Robert Parker<br>Jenny L. Colgate<br>Kristen J. Logan | |

| | |
|---|---|
| Bryan B. Thompson<br>Alexandra Hughes<br>Mark Rawls<br>Mary Mullins<br>Michael Jones<br>**ROTHWELL, FIGG, ERNST & MANBECK**<br>901 New York Ave., NW<br>Ste 900 East<br>Washington, D.C. 20001<br>Telephone: 202.783.6040<br>Email: *slieberman@rothwellfigg.com*<br>*jmaisel@rothwellfigg.com*<br>*rparker@rothwellfigg.com*<br>*jcolgate@rothwellfigg.com*<br>*klogan@rothwellfigg.com*<br>*bthompson@rothwellfigg.com*<br>*ahughes@rothwellfigg.com*<br>*mrawls@rothwellfigg.com*<br>*mmullins@rfem.com*<br>*mjones@rfem.com* | |
| *DailyNews-AI-RFEM@rothwellfigg.com* | |
| *Attorneys for Plaintiffs Daily News LP, Chicago Tribune Company, LLC, Orlando Sentinel Communications, LLC, Sun-sentinel Company, LLC, San Jose Mercury-News, LLC, DP Media Network, LLC, ORB Publishing, LLC, Northwest Publications, LLC* | |

| | |
|---|---|
| Emily K. Cronin<br>Adnan Muttalib<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Email: *ecronin@susmangodfrey.com*<br>*amuttalib@susmangodfrey.com* | Alexander Frawley<br>**SUSMAN GODFREY L.L.P.**<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 336-8330<br>Email: *afrawley@susmangodfrey.com*<br><br>Steven M. Lieberman<br>Jennifer B. Maisel<br>Kristen J. Logan<br>**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**<br>901 New York Avenue, NW, Suite 900 East<br>Washington, DC 20001<br>Telephone: (202) 783-6040<br>Email: *slieberman@rothwellfigg.com*<br>*jmaisel@rothwellfigg.com*<br>*klogan@rothwellfigg.com* |
| *NYT-AI-SG-Service@simplelists.susmangodfrey.com* | |

| |
|---|
| *Attorneys for Plaintiff The New York Times* |


| | |
|---|---|
| Stephen Stich Match<br>Matthew Topic<br>Kyle D. Wallenberg<br>Lauren Sonnenberg<br>**LOEVY & LOEVY**<br>311 North Aberdeen Street, 3rd Floor<br>Chicago, IL 60607<br>Phone: 312.243.5900<br>Email: *match@loevy.com*<br>*matt@loevy.com*<br>*wallenberg@loevy.com*<br>*sonnenberg@loevy.com* | |
| AI Mail Group *ai@loevy.com* | |
| *Attorneys for Plaintiff The Center for Investigative Reporting and Plaintiff The Intercept Media* | |

| | |
|---|---|
| Guy Ruttenberg<br>Charles A. Naggar<br>**Ruttenberg IP Law**<br>1801 Century Park East<br>Suite 1920<br>Los Angeles, CA 90067<br>Tel: 310-627-2270<br>Email: *guy@ruttenbergiplaw.com*<br>*charles@ruttenbergiplaw.com* | Lacy H. ("Lance") Koonce, III<br>Matthew A. Leish<br>Gili Karev<br>Mariella Salazar<br>Brendan T. Kehoe<br>**KLARIS LAW PLLC**<br>161 Water Street<br>New York, NY 10038<br>Tel: 646-779-4882<br>Email: *lance.koonce@klarislaw.com*<br>*matthew.leish@klarislaw.com*<br>*gili.karev@klarislaw.com*<br>*mariella.salazar@klarislaw.com*<br>*brendan.kehoe@klarislaw.com* |
| *ziffdavis@klarislaw.com*<br>*ZD-AICopyright@ruttenbergiplaw.com* | |
| *Attorneys for Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc.* | |

| | |
|---|---|
| Annette L. Hurst<br>Daniel D. Justice<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street | Vanessa Sorrentino<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 2nd Street<br>New York, NY 10019<br>Phone: 212.506.3778 |

| | |
|---|---|
| San Francisco, CA 94105<br>Phone: 415.773.5700<br>Email: *djustice@orrick.com* | Email: *vsorrentino@orrick.com* |
| Monica Svetoslavov<br>Louis Andrew Schreiber<br>Amanda H. Schwartz<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Phone: 202.339.8485<br>Email: *msvetoslavov@orrick.com*<br>*aschreiber@orrick.com*<br>*aschwartz@orrick.com* | Isaac S. Behnawa<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>355 S. Grand Ave, Ste 2700<br>Los Angeles, CA 90071<br>Phone: 951.551.9930<br>Email: *ibehnawa@orrick.com* |
| Elizabeth M.C. Scheibel<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>2200 Wells Fargo Center, 90 South 7th Street<br>Minneapolis, MN 55402<br>Phone: 612.766.7628<br>Email: *elizabeth.scheibel@faegredrinker.com* | |
| *nyclassactions_microsoft_ohs@orrick.com*<br>*MicrosoftNYClassActionFDBR@faegredrinker.com* | |
| *Attorneys for Defendant Microsoft Corporation* | |


Dated: September 4, 2026 *_/s/ Allison Blanco_*