# Exhibit A

SLIPSHEET FOR ZIFF DAVIS HARD DRIVE SUBMITTED TO CHAMBERS

| **Folder Level 1** | **Folder Level 2** | **Folder Level 3 or Filename**<br>*Description* | **# of Files** |
|---|---|---|---|
| **1– Asserted Works** | **ZD Rule 1006 Summaries** | **CNET Rule 1006 Summary (3)**<br>(CNET_Rule_1006_part1.xlsx)<br>(CNET_Rule_1006_part2.xlsx)<br>(CNET_Rule_1006_part3.xlsx) | 25 |
| | | **Mashable Rule 1006 Summary**<br>(Mashable_Rule_1006.xlsx) | |
| | | **ZDNET Rule 1006 Summary (2)**<br>(ZDNET_Rule_1006_part1.xlsx)<br>(ZDNET_Rule_1006_part2.xlsx) | |
| | | **Lifehacker Rule 1006 Summary**<br>(Lifehacker_Rule_1006.xlsx) | |
| | | **PCMag Rule 1006 Summary**<br>(PCMag_Rule_1006.xlsx) | |
| | | **IGN Rule 1006 Summary (3)**<br>(IGN_Rule_1006_part1.xlsx)<br>(IGN_Rule_1006_part2.xlsx)<br>(IGN_Rule_1006_part3.xlsx) | |
| | | **Rock Paper Shotgun Rule 1006 Summary** (RPS_Rule_1006.xlsx) | |
| | | **VG247 Rule 1006 Summary**<br>(VG247_Rule_1006.xlsx) | |
| | | **Eurogamer Rule 1006 Summary**<br>(Eurogamer_Rule_1006.xlsx) | |
| | | **Dicebreaker Rule 1006 Summary**<br>(Dicebreaker_Rule_1006.xlsx) | |
| | | **GamesIndustry Rule 1006 Summary**<br>(GamesIndustry_Rule_1006.xlsx) | |
| | | **Everyday Health Rule 1006 Summary**<br>(EverydayHealth_Rule_1006.xlsx) | |

| | | | |
|---|---|---|---|
| | | **Medpage Today Rule 1006 Summary**<br>(Medpage_Today_Rule_1006.xlsx) | |
| | | **Diabetes Daily Rule 1006 Summary**<br>(Diabetes_Daily_Rule_1006.xlsx) | |
| | | **BpHope Rule 1006 Summary**<br>(BpHope_Rule_1006.xlsx) | |
| | | **LoseIt Rule 1006 Summary**<br>(LoseIt_Rule_1006.xlsx) | |
| | | **Migraine Again Rule 1006 Summary**<br>(Migraine_Again_Rule_1006.xlsx) | |
| | | **DailyOM Rule 1006 Summary**<br>(DailyOM_Rule_1006.xlsx) | |
| | | **Babycenter Rule 1006 Summary**<br>(Babycenter_Rule_1006.xlsx) | |
| | | **What to Expect Rule 1006 Summary**<br>(WTE_Rule_1006.xlsx) | |
| | **Source** | **Produced Ownership Documents**<br>*Contains Produced Staff Lists, Vendor Agreements, IC Agreements, and other Employment Documents* | 1,378 |
| | | **Produced Text from CMS**<br>*Produced at ZD0618475* | 4 |
| | | **Full Asserted Work Text**<br>*Contains Full Contents of Asserted Text* | 25 |
| **2 – Training Data** | | [BRAND]_partA.xlsx<br>[BRAND]_partB.xlsx<br>….<br><br>*One row for each match between a training record and ZD Asserted Work, organized by Brand* | 162 |

| | | | |
|---|---|---|---|
| | **source** | **Produced OpenAI Training Records**<br>*OPCO_MDL_004898390–416 – HC AEO*<br>*OPCO_MDL_004832874– 884 – HC AEO*<br>*OPCO_MDL_004832887 – HC AEO* | 39 |
| | | [BRAND]__aw_text_full.parquet (20)<br><br>[BRAND]__training_data_text_full.parquet (20) | 40 |
| **3 – CMI Removal** | | [BRAND]_partA.xlsx<br>[BRAND]_partB.xlsx<br>…<br><br>*One row for each capture of a ZD Asserted where at least one field CMI was present in Common Crawl (and whether it was removed in training data)* | 46 |
| | **common-crawl-captures** | [BRAND]…(partAofZ).xlsx<br>[BRAND]…(partBofZ).xlsx<br>…<br>[BRAND]…(partAofZ).parquet<br>[BRAND]…(partBofZ).parquet<br>…<br><br>*Common Crawl Captures and CMI that was present* | 56 |
| | | | **TOTAL:**<br><br>1775 |