# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>News Cases | Case No. 1:25-md-3143-SHS-OTW |

**DECLARATION OF LUCKY VIDMAR IN SUPPORT OF MICROSOFT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL**

I, Lucky Vidmar, hereby declare as follows:

1. I have personal knowledge of the facts stated in this declaration and, if called upon as a witness, I would and could competently testify thereto. I submit this declaration in support of Microsoft's Response to News Plaintiffs' Motion to Seal (ECF 1931) filed in connection with News Plaintiffs' Reply to Microsoft Corporation's Memorandum of Law in Opposition to News Plaintiffs' Motion for Sanctions Against OpenAI ("Reply Brief") (ECF 1932).

2. I am Associate General Counsel and I lead Microsoft's IP and AI litigation team. I have been at Microsoft since June 2020. In this role, I am responsible for the overall conduct of discovery and factual investigation for this case. I am also part of a team at Microsoft that provides legal guidance to the business on the development of our generative AI tools in connection with managing litigation and regulatory risk.

3. Exhibit 68 contains nonpublic, confidential information about the terms of Microsoft's agreement with OpenAI. Specifically, this exhibit is deposition testimony produced in litigation that contains information that is confidential and highly sensitive to Microsoft and Microsoft only shares the information revealed in this exhibit on a need-to-know basis whether

internally or externally with proper non-disclosure protections in place. Similarly, the portion of the Reply Brief Microsoft seeks to redact describes this confidential exhibit. Disclosure of such information to the public would be harmful to Microsoft because it reflects highly sensitive and confidential business strategy and decision-making that, if disclosed, could harm Microsoft's competitive advantage and its business relationships.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 15, 2026 in Redmond, Washington.

Lucky Vidmar