# Exhibit A

**From:** Jeffrey A. Mitchell
**Sent:** Monday, August 24, 2026 5:17 PM
**To:** 'icrosby@susmangodfrey.com'; 'dbrook@susmangodfrey.com'; 'ebarron@susmangodfrey.com'; 'scollins@susmangodfrey.com'; 'slieberman@rothwellfigg.com'; 'jared.briant@faegredrinker.com'; 'ahurst@orrick.com'; 'ccariello@orrick.com'; 'sgarko@orrick.com'; 'carrie.beyer@faegredrinker.com'; 'jeffrey.jacobson@faegredrinker.com'; 'elizabeth.scheibel@faegredrinker.com'
**Subject:** The New York Times v. Microsoft Corporation, et. al, (USDC-SDNY Index No. Civil Action No. 1:23-cv-11195-SHS)

Counsel, we represent Bloomberg Industry Group, which covers legal stories of interest for Bloomberg Law. I am writing in connection with the Third Amended Complaint (the "TAC") that was filed on August 21, 2026 (Dkt. 1461). On June 25, 2026, a cross-motion to amend was filed by The New York Times, and portions of a proposed TAC contained redactions on pages 22-25 (¶¶ 73-80), 67-68 (¶¶ 193-197)( Dkt. No. 1590). Exhibits A-O on the cross-motion were also filed under seal. On June 30, 2026, Microsoft filed a Response to Plaintiffs' Motion to Seal in which it argued that the redacted paragraphs in the Third Amended Complaint, as well as Exhibits A to O, should remain sealed (*In re: OpenAI, In*c., Dkt. No. 739).

On August 6, 2026, the Court decided the motions for judgment on the pleadings and to amend, after which a revised TAC was filed without redactions. In order to fully understand the changes from the proposed TAC to the one finally filed without redactions, our client has asked us to file a motion to have the redactions removed from the proposed TAC, and ask that supporting Exhibits A to O be unsealed. Public access to those redacted paragraphs and sealed documents is necessary so our client and others in the media can fully and accurately report on this story, and understand what was excluded from the proposed TAC and, presumably, why.

Now that the TAC has been filed without redactions, please let us know before the end of this week whether the parties will voluntarily agree to remove the redactions from the proposed TAC and unseal Exhibits A-O. Otherwise, we will file a motion with the court for that relief.

I have addressed this email to the lead lawyer listed at each law firm office listed as counsel for The New York Times and Microsoft. If anyone needs to be added or removed from this list, please let me know.

Thank you.

Jeffrey Mitchell

**Jeffrey A. Mitchell** | Partner
GEORGE LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Direct 212.413.2601
Main 212.413.2600 | Fax 212.413.2629
jmitchell@georgellp.com
www.georgellp.com