GEORGE LLP

George LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, NY 10019

Jeffrey A. Mitchell
212.413.2601
jmitchell@georgellp.com

September 17, 2026

**VIA CM/ECF**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court for the Southern
District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *The New York Times Company v. Microsoft Corporation, et al.*
Civ. Action No.: 1:23-cv-11195-SHS

Dear Judge Stein:

Pursuant to Rule 2.F of Your Honor's Individual Rules of Practice, Bloomberg Industry Group, Inc. respectfully requests oral argument on its Motion to Intervene for Limited Purpose of Unsealing and Un-Redacting Certain Documents.

Thank you for the Court's consideration.

Very truly yours,

Jeffrey A. Mitchell

JAM:qh