# EXHIBIT A
# Filed Under Seal