**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| OPENAI, INC., | : | 25-MD-3143 (SHS) (OTW) |
| COPYRIGHT INFRINGEMENT LITIGATION, | : | |
| | : | |
| | : | **ORDER** |
| This Document Relates To: | : | |
| **23-CV-11195** | : | |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the motion to intervene by Bloomberg Industry Group, Inc. for the limited purpose of opposing the sealing and redactions of certain documents in this case. (ECF 1588 in 23-cv-11195). Parties are directed to meet and confer and propose a briefing schedule on the motion to intervene, by **Friday, September 25, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 21, 2026
New York, New York