# EXHIBIT A

| | |
|---|---|
| **From:** | Sorrentino, Vanessa |
| **Sent:** | Sunday, September 13, 2026 11:56 AM |
| **To:** | NewsPlaintiffs-Service@simplelists.susmangodfrey.com; nyt-ai-sg-service@simplelists.susmangodfrey.com; DailyNews-AI-RFEM@rothwellfigg.com; AI Mail Group |
| **Cc:** | NewYorkTimes_Microsoft_OHS; '#NewYorkTimes-Microsoft-FDBR'; OpenAICopyright; #C-M OPENAI COPYRIGHT LITIGATION - LW TEAM; KVP-OAI |
| **Subject:** | In re OpenAI MDL - Discrepancies in News Plaintiffs' MSJ Exhibits |

Counsel for News Plaintiffs,

Microsoft writes regarding discrepancies between exhibits listed in the Brook Declaration (MDL ECF No. 1751) and the exhibits that News Plaintiffs filed and served on Defendants in support of their motion for summary judgment.

The following exhibits were listed in the Brook Declaration but no corresponding document was publicly filed or served on Defendants as having been filed under seal: 144, 324, 331, 335, 463, 527, 544, 546, 604, 655, 657, 664, 685, 691, 745, 760, 771, 782, 787, 799, 803, 805-807, 809, 815, 817-839, 841-842, 847, 864-874, 876, 878-880, 882, 884, 886, 888, 890-891, 894, 905, 1045, 1053-1054, 1057, 1073, 1118-1119, 1130, 1132-1133, 1141, 1143, 1146, 1149, 1157-1166, 1169-1170, 1172-1174, 1192-1194, 1198-1199, 1203, 1210, 1212, 1217-1218, 1235. Please serve these exhibits immediately.

The following exhibit numbers were not listed in the Brook Declaration and no corresponding document was publicly filed or served on Defendants as having been filed under seal: 762, 764, 766, 768, 770, 772, 774, 776, 778, 780, 785-786, 788, 790, 792, 794, 796, 798, 812, 820, 822, 824, 826, 828-830, 832, 834, 836, 838, 892, 900, 920, 922, 924, 926, 928, 962, 964, 966, 968, 970, 972, 974, 976, 978, 980, 982, 984, 986, 988, 990, 992, 994, 996, 1000, 1002, 1004, 1006, 1008, 1010, 1012, 1014, 1016-1018, 1020, 1022, 1024, 1026, 1028, 1030, 1032, 1034, 1036, 1038, 1042, 1044, 1046, 1048-1050, 1052, 1056, 1058, 1060, 1062, 1064, 1068, 1070, 1072, 1074-1099, 1131, 1139. Please confirm News Plaintiffs intentionally omitted these exhibits, or else serve these exhibits immediately.

Thank you,
Vanessa

**Vanessa Sorrentino**
Managing Associate
Orrick
New York
T 212/506-3511
vsorrentino@orrick.com

orrick