**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>News Cases<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW) |

**NEWS PLAINTIFFS' OPPOSITION TO OPENAI DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO NEWS PLAINTIFFS' MOTION FOR SANCTIONS**

News Plaintiffs oppose OpenAI's motion for leave (ECF 2054) to file a Sur-Reply in further opposition to News Plaintiffs' Motion for Sanctions because OpenAI has not established good cause. Should this Court consider the Sur-Reply (ECF 2054-1), it confirms that News Plaintiffs never received a "representative" sample of ChatGPT conversations and that OpenAI could have searched ChatGPT conversations for News Plaintiffs' content all along—something that it never disclosed to News Plaintiffs or this Court.

*First*, the Supplemental Expert Report of Dr. Tom Goldstein (ECF 1933-2) is not new evidence. The Times and *Daily News* Plaintiffs served Dr. Goldstein's Supplemental report on OpenAI on July 14, 2026, one month before OpenAI filed its Opposition on August 13, 2026. OpenAI responded to that report in its Opposition, including attaching a declaration from its

technical expert (ECF 1673-15) to support its claim that OpenAI "deliberately engineered the 9 million dataset to inflate RAG data." ECF 2054-1 at 2. OpenAI's proposed Sur-Reply underscores the prejudice to News Plaintiffs as it demonstrates that they cannot know what a "representative" sample would look like *because none has ever been produced.* The 20 million sample has been corrupted by OpenAI's deletions of billions of ChatGPT conversations and further substitutions, *see e.g.* ECF 1618 at 12-18 (News Plaintiffs' Opening Brief), and the 9 million sample, OpenAI admits, "is not a representative sample of ChatGPT conversations and cannot serve as a valid benchmark," ECF 2054-1 at 2.

*Second*, OpenAI's proposed Sur-Reply confirms that, all along, OpenAI could have searched newly generated ChatGPT conversations for Plaintiffs' content—but it never disclosed that capability to News Plaintiffs or the Court. ECF 2054-1 at 3 (confirming OpenAI's "ability to search data that is less than 30 days old, which OpenAI routinely reviews for 'safety purposes.'").

*Third*, the remainder of OpenAI's proposed Sur-Reply rehashes a well-trodden record, inaccurately characterizes a court transcript, and improperly and perhaps more importantly, incorrectly, discusses the substance of confidential settlement conferences with this Court.

Dated: September 25, 2026

<u>*/s/ Steven Lieberman*</u>

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker *(admitted pro hac vice)*
Jenny L. Colgate *(admitted pro hac vice)*
Alexandra Hughes *(admitted pro hac vice)*
Mark Rawls *(admitted pro hac vice)*
Michael H. Jones *(admitted pro hac vice)*
Kristen J. Logan *(admitted pro hac vice)*
Bryan B. Thompson (6004147)
Mary L. Mullins *(admitted pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East

Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
ahughes@rothwellfigg.com
mrawls@rothwellfigg.com
mjones@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com
mmullins@rothwellfigg.com

*Attorneys for Daily News Plaintiffs*

*/s/ Ian Crosby*

Ian Crosby *(pro hac vice)*
Katherine M. Peaslee *(pro hac vice)*
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook *(pro hac vice)*
Emily K. Cronin (*pro hac vice*)
Adnan Muttalib *(pro hac vice)*
Susman Godfrey L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
amuttalib@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
Susman Godfrey L.L.P.
One Manhattan West

New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
afrawley@susmangodfrey.com
espanos@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*

*/s/ Matthew Topic*

Jon Loevy *(pro hac vice)*
Michael Kanovitz *(pro hac vice)*
Matthew Topic *(pro hac vice)*
Thomas Kayes *(pro hac vice)*
Steven Art *(pro hac vice)*
Kyle Wallenberg *(pro hac vice)*
Shelley Geiszler *(pro hac vice)*
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
matt@loevy.com
kayes@loevy.com
steve@loevy.com
wallenberg@loevy.com
geiszler@loevy.com

Stephen Stich Match (No. 5567854)
Lauren Sonnenberg *(pro hac vice)*
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
match@loevy.com
sonnenberg@loevy.com

*Attorneys for Plaintiffs The Center for Investigative Reporting, Inc. and The Intercept Media, Inc.*

*/s/ Lacy H. Koonce, III*
Lacy H. ("Lance") Koonce, III
Matthew A. Leish
Brendan Kehoe
Lucy Hoffman
Maya Katalan
Klaris Law PLLC
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com
matthew.leish@klarislaw.com
brendan.kehoe@klarislaw.com
lucy.hoffman@klarislaw.com
maya.katalan@klarislaw.com

Guy Ruttenberg *(pro hac vice)*
Ruttenberg IP Law, A Professional Corporation
1801 Century Park East
Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
ZD-AICopyright@ruttenbergiplaw.com

*Attorneys for Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc.*