**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

IN RE: :

OPENAI, INC., : 25-MD-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION, :

: **ORDER**

This Document Relates To: :
**23-CV-11195** :

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the proposed briefing schedule on the motion to intervene filed by Bloomberg Industry Group, Inc. ("Bloomberg Industry Group") only in 23-CV-11195. Counsel for proposed intervenor Bloomberg Industry Group is reminded that: "All papers filed in any of the cases under 25-MD-3143 are to be filed on (1) the MDL docket and (2) the docket of each individual case to which the filing pertains, as identified in the case caption." (ECF 14 at 2).

Proposed intervenor Bloomberg Industry Group is directed to re-file their motion on the MDL docket (25-MD-3143) by **October 2, 2026**, and review the case management order referenced above. This will not impact any of the deadlines set forth below.

The briefing schedule on Bloomberg Industry Group's motion to intervene is hereby **ORDERED** as follows:

1. Any opposition to be filed no later than October 16, 2026; and
2. Bloomberg Industry Group's reply is to be filed no later than October 30, 2026.

The Clerk of the Court is respectfully directed to close ECF 1588 in 23-CV-11195.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 28, 2026
New York, New York