UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,
COPYRIGHT INFRINGEMENT
LITIGATION

**RULE 7.1 STATEMENT**

This Document Relates To:
1:23-cv-11195-SHS-OTW

25-md-3143 (SHS) (OTW)
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for
BLOOMBERG INDUSTRY GROUP, INC.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Bloomberg Industry Group, Inc. (“INDG”) is a Delaware corporation 100% owned by Bloomberg-BNA Holdings, Inc., a Delaware corporation. Bloomberg-BNA Holdings, Inc. is 100% owned by Bloomberg Inc., a Delaware corporation with a principal place of business in New York. Michael R. Bloomberg (or trusts created by him) owns approximately 82.71% of Bloomberg Inc. Various minority shareholders (or trusts created by such shareholders) own the remaining approximately 17.29% of Bloomberg Inc. No one minority shareholder owns or controls more than 5% of Bloomberg Inc.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Date September 30, 2026

s/Jeffrey A. Mitchell

Signature of Attorney

Jeffrey A. Mitchell

JM5323

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022