LOEVY + LOEVY

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

October 15, 2026

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**RE: *In re: OpenAI, Inc. Copyright Infringement Litigation*, No. 1:25-md-03143 (SHS) (OTW); this document relates to Nos. 1:23-cv-11195, 1:24-cv-01515, 1:24-cv-03285 1:24-cv-04872, 1:25-cv-00501**

Dear Judge Stein:

In light of Defendants' decision to withdraw their sealing requests for certain information from News Plaintiffs' opening summary judgment motion, *see* ECF Nos. 2094 and 2096, News Plaintiffs withdraw their challenge to Defendants' remaining sealing requests except for the passages that appear on pages 9 and 67, which Microsoft seeks to keep sealed. News Plaintiffs do not believe that additional argument regarding these passages is necessary to show they should not be sealed, *see* ECF No. 2083, but would be happy to respond to Microsoft's most recent arguments if the Court prefers. Additionally, News Plaintiffs plan to file an updated version of their brief that removes the redactions that Defendants no longer assert by Friday, October 16. News Plaintiffs continue to reserve their rights to challenge proposed sealings to 56.1 statements and exhibits at a later date.

Dated: October 15, 2026

*/s/ Matthew Topic*

Matthew Topic (*pro hac vice*)
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
matt@loevy.com

*Attorneys for Plaintiffs The Center for Investigative Reporting, Inc. and The Intercept Media, Inc.*

/s/ Davida Brook

Davida Brook *(pro hac vice)*
Susman Godfrey L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com

*Attorneys for Plaintiff*
*The New York Times Company*

/s/ Steven Lieberman

Steven Lieberman (SL8687)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com

*Attorneys for Daily News Plaintiffs*

/s/ Lacy H. Koonce, III
Lacy H. ("Lance") Koonce, III
Klaris Law PLLC
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com

*Attorneys for Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc.*

cc: All Counsel of Record (via ECF)