**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>News Cases<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>**HON. SIDNEY H. STEIN**<br><br>**HON. ONA T. WANG** |

**NEWS PLAINTIFFS' MOTION TO SEAL PORTIONS OF THEIR OPPOSITION SUMMARY JUDGMENT BRIEFING AND RESPONSIVE RULE 56.1 STATEMENTS**

Under paragraph 34 of the Stipulated Protective Order (Dkt. 367), and paragraph 9 of the Amended Stipulated Omnibus Sealing Order (Dkt. 2101), News Plaintiffs respectfully seek to file under seal portions of their omnibus opposition brief to Defendants' motions for summary judgment ("Opposition Brief") and their responsive Rule 56.1 statements.[1] The motion includes News Plaintiffs' requests to file under seal (1) limited portions of materials previously designated as Protected Discovery Material, and (2) materials that Defendants have identified as Protected Discovery Material, as set forth below.

*First*, News Plaintiffs affirmatively seek to seal limited portions of their Opposition Brief and supporting papers. These materials are listed below, separated by plaintiff.

- The New York Times Company
  - Portions of paragraphs 62, 86, 87, and 147 of News Plaintiffs' Response to Microsoft's Statements of Undisputed Material Facts.
- The Daily News Plaintiffs
  - Two statistics on page 7 of News Plaintiffs' Opposition Brief.
  - Portions of paragraphs 97, 103, 109, 115, 121, 127, 133, 139, and 146 of News Plaintiffs' Response to Microsoft's Statements of Undisputed Material Facts.

[1] The responsive Rule 56.1 statements include (i) News Plaintiffs' Counterstatement of Material Facts, (ii) Plaintiffs' Response to OpenAI's Statement of Undisputed Material Facts in Support of its Motions for Summary Judgment, and (iii) News Plaintiffs' Response to Microsoft's Statements of Undisputed Material Facts in Support of its Motions for Summary Judgment.

Daily News Plaintiffs also seek to clarify that due to typographical errors, the paragraph numbers referenced in News Plaintiffs' Motion to Seal (ECF 1687) and in the associated Declaration of Robyn Morris (ECF 1779) do not correspond with the paragraph numbers in News Plaintiffs' Corrected Combined Rule 56.1 Statement of Material Undisputed Facts (ECF 2036). The following are the correct corresponding paragraph numbers:

| **Paragraphs as Identified in ECF 1687 and 1779** | **Corresponding Paragraphs in ECF 2036** |
|---|---|
| 94 and 1308 | 94 and 1624 |
| 1294 through 1307 | 1610 through 1623 |
| 86, 1270, 1289, 1291, and 1292 | 82, 1586, 1605, 1607, and 1608 |
| 1274 through 1279 | 1590 through 1595 |
| 126 and 127 | 447 and 448 |

- The Center for Investigative Reporting
  - The Center for Investigative Reporting ("CIR") does not seek to maintain under seal any paragraphs in News Plaintiffs' Opposition Brief, News Plaintiffs' Counterstatement of Material Facts, Plaintiffs' Response to OpenAI's Statement of Undisputed Material Facts, or News Plaintiffs' Response to Microsoft's Statements of Undisputed Material Facts.
- The Intercept
  - Portions of paragraphs 265 and 266 of Plaintiffs' Response to OpenAI's Statement of Undisputed Material Facts.

- Ziff Davis Plaintiffs
  - Portions of paragraphs 212, 240, 243, 259, 260, 281, 312, 313, and 314 of Plaintiffs' Response to OpenAI's Statement of Undisputed Material Facts.

News Plaintiffs explain the bases for these requests in the accompanying memorandum of law.

*Second*, News Plaintiffs seek to provisionally file under seal portions of their Opposition Brief and responsive Rule 56.1 statements which cite to or attach information and documents that have been designated as Protected Discovery Material by Defendants. For this latter category of information, Defendants have until October 28, 2026 to file a statement of reasons for why these materials should remain under seal. Dkt. 2101 ¶ 9.

For the Court's convenience, statements which News Plaintiffs seek to affirmatively seal in their Opposition Brief and supporting papers have been highlighted in green. Passages which are being provisionally sealed because of reference to Defendants' confidential material have been highlighted in yellow.

Dated: October 23, 2026

*/s/ Ian Crosby*

Ian Crosby *(pro hac vice)*
Katherine M. Peaslee *(pro hac vice)*
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook *(pro hac vice)*

Emily K. Cronin (*pro hac vice*)
Adnan Muttalib *(pro hac vice)*
Susman Godfrey L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
amuttalib@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
Susman Godfrey L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*

/s/ Steven Lieberman

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker *(admitted pro hac vice)*
Jenny L. Colgate *(admitted pro hac vice)*
Alexandra Hughes *(admitted pro hac vice)*
Mark Rawls *(admitted pro hac vice)*
Michael H. Jones *(admitted pro hac vice)*
Kristen J. Logan *(admitted pro hac vice)*
Bryan B. Thompson (6004147)
Mary L. Mullins *(pending pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
ahughes@rothwellfigg.com
mrawls@rothwellfigg.com
mjones@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com
mmullins@rothwellfigg.com

*Attorneys for Daily News Plaintiffs*

*/s/ Matthew Topic*

Jon Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Matthew Topic (*pro hac vice*)
Thomas Kayes (*pro hac vice*)
Steven Art (*pro hac vice*)
Kyle Wallenberg (*pro hac vice*)
Shelley Geiszler *(pro hac vice*)
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
matt@loevy.com
kayes@loevy.com
steve@loevy.com
wallenberg@loevy.com
geiszler@loevy.com

Stephen Stich Match (No. 5567854)
Lauren Sonnenberg *(pro hac vice)*
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
match@loevy.com
sonnenberg@loevy.com

*Attorneys for Plaintiffs The Center for Investigative Reporting, Inc. and The Intercept Media, Inc.*

*/s/ Lacy H. Koonce, III*

Lacy H. ("Lance") Koonce, III
Matthew A. Leish
Brendan Kehoe
Lucy Hoffman
Maya Katalan

Klaris Law PLLC
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com
matthew.leish@klarislaw.com
brendan.kehoe@klarislaw.com
lucy.hoffman@klarislaw.com
maya.katalan@klarislaw.com

Guy Ruttenberg (*pro hac vice*)
Ruttenberg IP Law, A Professional Corporation
1801 Century Park East
Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
ZD-AICopyright@ruttenbergiplaw.com

*Attorneys for Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc.*