**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OpenAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>1:23-cv-11195-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>**DECLARATION OF DEMETRI BLAISDELL IN SUPPORT OF THE NEWS PLAINTIFFS' MOTION TO SEAL** |

I, Demetri Blaisdell, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am Senior Litigation Counsel for The New York Times ("The Times") in the above-captioned action. I am submitting this declaration in support of The Times's request to seal certain paragraphs of News Plaintiffs' Response to Microsoft's Statements of Undisputed Material Facts.

2. The Times requests that only a limited amount of information contained in News Plaintiffs' Response to Microsoft's Statements of Undisputed Material Facts be sealed.

3. Specifically, The Times seeks to seal portions of Paragraphs 62 and 147, as they contain highly sensitive commercial information regarding The Times and Defendants' confidential, non-public licensing negotiations. Based on my review of these paragraphs, The Times's request is limited to only redacting portions of paragraphs that discuss pricing and payment terms. Furthermore, these agreements are covered by non-disclosure agreements with Microsoft and OpenAI, which forbid The Times from publicly disclosing the contents of the parties' negotiations.

4. The Times also seeks to seal portions of Paragraphs 86 and 87. Based on my review of these paragraphs, they discuss highly sensitive and confidential information regarding The

Times's financial performance, strategy, and internal metrics, which could be unfairly used by its competitors if made public. Specifically, portions of Paragraph 86 reference an internal board presentation discussing The Times's non-public strategy, and portions of Paragraph 87 discuss a non-public financial spreadsheet which contains confidential commercial information.

5. Because The Times would be prejudiced by disclosing the aforementioned information, The Times respectfully requests this Court grant its request for sealing in the form described above.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2026

*\/s/ Demetri Blaisdell*
Demetri Blaisdell
Senior Litigation Counsel
The New York Times Company
620 8th Avenue, 13th Floor
New York, NY 10018