CONTAINS HIGHLY CONFIDENTIAL AEO MATERIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.

COPYRIGHT INFRINGEMENT LITIGATION

Case No. 1:25-md-03143 (SHS) (OTW)

This Declaration Relates To:

Case No. 1:25-cv-04315

Case No. 1:24-cv-01515

Case No. 1:24-cv-04872

Case No. 1:23-cv-11195

Case No. 1:24-cv-03285

DECLARATION OF SANJAY KRISHNAN, PH.D. IN SUPPORT OF OPENAI'S OPPOSITION TO NEWS PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Signed in Hinsdale, IL, on Oct 22, 2026

Sanjay Krishnan, Ph.D.

# FILED UNDER SEAL IN ITS ENTIRETY