**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OpenAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>1:23-cv-11195-SHS-OTW | 25-md-3143 (SHS) (OTW) |

## DECLARATION OF EMILY BELL

I, Emily Bell, declare as follows:

1. I have been retained by counsel for The New York Times Company ("The Times") to analyze issues relating to the journalism industry in the above-captioned matter.

2. My professional background and qualifications are set forth in the Opening Report referenced below, with a detailed version of my curriculum vitae attached thereto.

3. I submitted three expert reports on behalf of The Times in this matter, each addressed separately below: i) Opening Expert Report dated April 24, 2026; (ii) Rebuttal Expert Report dated May 29, 2026; and (iii) Reply Expert Report dated June 26, 2026 (Exhibit A). The attached Exhibit A is a true and correct copy of my Reply Expert Report.

4. I submit this declaration in connection with News Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

5. The statements set forth in my expert reports, including the opinions, analyses, and conclusions, are based on my specialized knowledge, education, and experience, as applied to the facts of this case. If called upon to do so, I could and would testify competently to those opinions, analyses, and conclusions.

*Verification*

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on this _6_ day of October, 2026.

Executed in New York, NY

Emily Bell