**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:[1]<br><br>No. 1:23-cv-08292<br>No. 1:23-cv-10211<br>No. 1:23-cv-11195<br>No. 1:24-cv-03285<br>No. 1:24-cv-04872<br>No. 1:24-cv-01515<br>No. 1:25-cv-04315 | Case No. 1:25-md-03143-SHS-OTW<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**DECLARATION OF PAVEN MALHOTRA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' JOINT DAUBERT MOTION AND MOTION TO STRIKE**

[1] Microsoft is not a party to Case Nos.: 1:24-cv-01515 or 1:25-cv-04315, and thus only Defendant OpenAI opposes the motions filed by Plaintiffs in those cases.

I, Paven Malhotra, declare:

1. I am an attorney admitted to practice before this Court and am a partner with the law firm of Keker, Van Nest & Peters, LLP, which is counsel of record for the OpenAI Defendants (collectively, "OpenAI") in the above-captioned litigation. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Joint Daubert Motion and Motion to Strike.

2. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Benjamin Mann, taken on March 3, 2025.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of Nick Feamster, taken on July 23, 2026.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the Opening Ziff Davis Report of James Malackowski, dated April 24, 2026.

6. Attached as **Exhibit 4** is a true and correct excerpt of the document TOLLBIT000377, the Daily News server logs dataset.

7. Attached as **Exhibit 5** is a true and correct copy of Exhibit 32 to Plaintiffs' Motion, Dr. Feamster's scripts for analyzing the server logs produced by The New York Times, Daily News Plaintiffs, and Ziff Davis, which has been annotated to identify the portions discussed in the brief.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from the Rebuttal Report of Shawn Shan, dated May 29, 2026.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts from the transcript of the deposition of Daniel Delorey, taken on July 15, 2026.

10. Attached as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the deposition of Taylor Berg-Kirkpatrick, taken on August 3, 2026.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the deposition of Taylor Berg-Kirkpatrick, taken on August 4, 2026.

12. Attached as **Exhibit 10** is a compilation of true and correct copies of (1) the message ID b2df9b81066ac31fc5ea7abf7b7d9696; (2) the text of Norman E. Borlaug's "Global Food Security: Harnessing Science in the 21st Century" presentation to the Gene Technology Forum at Kasetsart University, Thailand (March 7, 2000); (3) the New York Times opinion piece titled "Biotechnology Will Be the Salvation of the Poorest" by Norman E. Borlaug, International Herald Tribune (March 15, 2000); and (4) the text of Norman E. Borlaug's "The Green Revolution Revisited and The Road Ahead" lecture to the Norwegian Nobel Institute (Sept. 26, 2002).

13. Attached as **Exhibit 11** is a true and correct copy of the working papers of Taylor Berg-Kirkpatrick, 00_delorey_random_sample.ipynb, the script Dr. Berg-Kirkpatrick used to draw a random sample from data provided by Ziff Davis's expert, Daniel Delorey.

14. Attached as **Exhibit 12** is a true and correct excerpt from the working papers of Taylor Berg-Kirkpatrick, Delorey Random Sample Classification.xlsx, sufficient to identify the 600 Delorey "reproductions" that Dr. Berg-Kirkpatrick analyzed.

15. Attached as **Exhibit 13** is a true and correct copy of excerpts from the Opening Daily News Report of Avi Goldfarb, dated April 24, 2026.

16. Attached as **Exhibit 14** is a true and correct copy of excerpts from the transcript of the deposition of Michael McDonald, taken on July 14, 2026.

17. Attached as **Exhibit 15** is a true and correct copy of excerpts from the transcript of the deposition of Keith Waehrer, taken on July 28, 2026.

18. Attached as **Exhibit 16** is a true and correct copy of excerpts from the transcript of the deposition of James Malackowski, taken on July 15, 2026.

19. Attached as **Exhibit 17** is a true and correct copy of excerpts from the transcript of the deposition of Catherine Tucker, taken on July 21, 2026.

20. Attached as **Exhibit 18** is a true and correct copy of excerpts from the Rebuttal Ziff Davis Report of Keith Waehrer, dated May 29, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 29th day of October, 2026, in San Francisco, California.

Paven Malhotra