# Exhibit 3

# Filed Under Seal