# Exhibit 5
# Filed Under Seal