# Exhibit 6
# Filed Under Seal