# Exhibit 7
# Filed Under Seal