# Exhibit 8
# Filed Under Seal