# Exhibit 9
# Filed Under Seal