# Exhibit 10
# Filed Under Seal