# Exhibit 11
# Filed Under Seal