# Exhibit 13
# Filed Under Seal