# Exhibit 14
# Filed Under Seal