# Exhibit 15
# Filed Under Seal