# Exhibit 16
# Filed Under Seal