# Exhibit 17
# Filed Under Seal