# Exhibit 18
# Filed Under Seal