UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>News Cases<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 1:25-md-03143-SHS-OTW |

**NOTICE OFAPPEARANCE**

Please take notice that Jacqueline C. Charlesworth of Bayla Law Group, LLP hereby appears as counsel for proposed *amici curiae* News/Media Alliance, National Newspaper Association, The National Press Photographers Association, and Pro Publica, Inc. in the above-captioned cases. Please direct all notices to jcharlesworth@baylalaw.com.

DATED: October 30, 2026

Respectfully submitted,

By: /s/ Jacqueline C. Charlesworth

Jacqueline C. Charlesworth
BAYLA LAW GROUP, LLP
One Embarcadero Center
Suite 1200
San Francisco, California 94111
Telephone: 415.765.6633
jcharlesworth@baylalaw.com

*Attorneys for Amici Curiae News/Media Alliance, National Newspaper Association, The National Press Photographers Association, and Pro Publica, Inc.*