UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>OpenAI, Inc.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br>This Document Relates To:<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**SECOND DECLARATION OF LACY H. KOONCE, III**

I, Lacy H. Koonce, III, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at Klaris Law PLLC, located at 161 Water Street, New York, NY, 10038, and counsel to Plaintiffs Ziff Davis, Inc., Ziff Davis LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc. (together "Ziff Davis") in the above-captioned action. I make this declaration in support of News Plaintiffs' Omnibus Reply Memorandum of Law in support of their Motion for Partial Summary Judgment.

2. In 2025, and prior to filing suit, Ziff Davis obtained federal copyright registrations for editorial databases covering most of its Asserted Works. However, I understand that a subset of Ziff Davis's Asserted Works – various *IGN* articles from 2000–2012 – were *previously* registered as database compilations and thereby excluded from the registrations Ziff Davis obtained in 2025. *See* Declaration of Robert Taylor in Support of News Plaintiffs' Motion for Partial Summary Judgment (ECF 1826) ("Taylor Decl.") ¶¶ 28, 39. The certificates for these older registrations were not available online or maintained in Ziff Davis's corporate files. *Id.*

3. Counsel for Ziff Davis has since contacted the United States Copyright Office ("USCO"), obtained these missing database registration certificates, and produced them to OpenAI at ZD0668289–364 and ZD0668377–442 (collectively, the "IGN Registration Certificates").

4. True and correct copies of the IGN Registration Certificates are attached hereto as Exhibit A.

5. I understand that all the registration numbers associated with the IGN Registration Certificates appear in Ziff Davis's Amended Complaint. *See* ECF 300-2.

6. Additionally, Ziff Davis applied for and obtained federal copyright registrations for two serial publications of *PC Magazine* (TX 7-309-017 and TX 7-336-226). Although the corresponding registration certificates ("Serial Registration Certificates") are available online, Ziff Davis did not maintain official copies of the Serial Registration Certificates in its corporate files. *See* Taylor Decl. ¶ 31. Counsel for Ziff Davis has since contacted the USCO, obtained official copies of the Serial Registration Certificates, and produced them to OpenAI at ZD0668373–376.

7. True and correct copies of the Serial Registration Certificates are attached hereto as Exhibit B.

8. Finally, in his declaration, Mr. Taylor referenced database registrations for articles from *DailyOM* (Taylor Decl. ¶ 28) and *MedPage Today* (Taylor Decl. ¶ 32); he also attached unofficial copies of the corresponding registration certificates available on the USCO's website (Taylor Decl. Exs. L, Q). Out of an abundance of caution, counsel for Ziff Davis contacted the USCO, obtained official copies of these registration certificates, and produced them to OpenAI at ZD0668365–372.

9. True and correct copies of the official database registration certificates for *Daily OM* and *MedPage Today* are attached hereto as Exhibit C.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026



____________________________

Lacy H. ("Lance") Koonce, III
Klaris Law PLLC
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klarislaw.com