# Exhibit A

(Part 2 of 2)

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-481-742

EFFECTIVE DATE OF REGISTRATION
Dec 7 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "IGN Database," published updates from July 1, 2006, through September 30, 2006

PREVIOUS OR ALTERNATIVE TITLES ▼
IGN Database: Published updates from July 1, 2006 - September 30, 2006; IGN.com; GameSpy.com

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative publications dates: July 1, 2006 - July 25, 2006; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
IGN Entertainment, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 30 Year ▶ 2006
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IGN Entertainment, Inc.
8000 Marina Boulevard, 4th Floor
Brisbane, CA 94005

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
DEC 0 7 2006
ONE DEPOSIT RECEIVED
DEC 0 7 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 9 pages

EXAMINED BY AT

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

(SEE FORM TX/CON FOR LIST OF PREVIOUS REGISTRATIONS)

If your answer is "Yes," give: **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

**a** **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space.

**b** **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Todd Murtha, Esq.
IGN Entertainment, Inc.
8000 Marina Boulevard, 4th Floor
Brisbane, CA 94005

Area code and daytime telephone number ▶ (415) 508-2607 Fax number ▶ (415) 508-2054

Email ▶ tmurtha@ign.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Todd Murtha, Vice President, Business and Legal Affairs Date ▶ 11/29/06

**Handwritten signature (X)** ▼

X [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

| | |
|---|---|
| Name ▼ | Todd Murtha, Esq. / IGN Entertainment, Inc. |
| Number/Street/Apt ▼ | 8000 Marina Boulevard, 4th Floor |
| City/State/ZIP ▼ | Brisbane, CA 94005 |

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev: July 2003 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET FOR APPLICATION FORMS

Form TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 6-481-742

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A of this sheet is intended to identify the basic application.**
  **Space B is a continuation of Space 2 on the basic application.**
  **Space B is not applicable to Short Forms.**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

Dec 7 2006
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
Dec 7 2006

Page 3 of 4 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group registration for automated database titled "IGN Database," published updates from July 1, 2006, through September 30, 2006

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

IGN Entertainment, Inc., 8000 Marina Boulevard, 4th Floor, Brisbane, CA 94005

## B Continuation of Space 2

**d** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**
**Continuation of other Spaces**

| Previous Registration No. | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5-660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | 2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| TX 5-911-542 | 2003 |
| TX 5-952-891 | 2004 |
| TX 5-982-339 | 2004 |
| TX 6-051-075 | 2004 |
| TX 6-265-139 | 2004 |
| TX 6-150-805 | 2005 |
| TX 6-193-537 | 2005 |
| TX 6-257-568 | 2005 |
| TX 6-259-979 | 2005 |
| TX 6-335-976 | 2006 |
| TX 6-431-884 | 2006 |

**Certificate will be mailed in window envelope to this address:**

Name ▼
Todd Murtha, Esq. / IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 4th Floor

City/State/ZIP ▼
Brisbane, CA 94005

[illegible]
- Complete all necessary spaces
- Sign your application

[illegible]
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

[illegible]
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

September 2003 — 20,000 Web Rev: September 2003 ♻ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,034

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-431-884

EFFECTIVE DATE OF REGISTRATION
Sep 28 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "IGN Database," published updates from April 1, 2006, through June 30, 2006

PREVIOUS OR ALTERNATIVE TITLES ▼
IGN Database: Published updates from April 1, 2006 - June 30, 2006; IGN.com; GameSpy.com

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative publications dates: April 1, 2006 - April 24, 2006; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
IGN Entertainment, Inc.
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ June Day ▶ 30 Year ▶ 2006
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IGN Entertainment, Inc.
8000 Marina Boulevard, 4th Floor
Brisbane, CA 94005

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
SEP 28 2006
ONE DEPOSIT RECEIVED
SEP 28 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ______ pages

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

(SEE FORM TX/CON FOR LIST OF PREVIOUS REGISTRATIONS)

If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

## 6

**DERIVATIVE WORK OR COMPILATION**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text

## 7

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Todd Murtha, Esq.
IGN Entertainment, Inc.
8000 Marina Boulevard, 4th Floor
Brisbane, CA 94005

Area code and daytime telephone number ▶ (415) 508-2607 Fax number ▶ (415) 508-2054

Email ▶ tmurtha@ign.com

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of IGN Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Todd Murtha, Vice President, Business and Legal Affairs Date ▶ 9/24/06

Handwritten signature (X) ▼

x [signature]

## 9

Certificate will be mailed in window envelope to this address:

Name ▼
Todd Murtha, Esq. / IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 4th Floor

City/State/ZIP ▼
Brisbane, CA 94005

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR APPLICATION FORMS

Form TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 6-431-884

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

Sep 28 2006
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Sep 28 2006

Page ______ of ______ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Group registration for automated database titled "IGN Database," published updates from April 1, 2006, through June 30, 2006

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

IGN Entertainment, Inc., 8000 Marina Boulevard, 4th Floor, Brisbane, CA 94005

**B** Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C** Continuation of other Spaces

| Previous Registration No. | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5-660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | 2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| TX 5-911-542 | 2003 |
| TX 5-952-891 | 2004 |
| TX 5-982-339 | 2004 |
| TX 6-051-075 | 2004 |
| TXu 1-211-145 | 2004 |
| TX 6-150-805 | 2005 |
| TX 6-193-537 | 2005 |
| TX 6-257-568 | 2005 |
| TX 6-259-979 | 2005 |
| TX 6-335-976 | 2006 |
| Pending | 2006 |

**Certificate will be mailed in window envelope to this address:**

Name ▼
Todd Murtha, Esq. / IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 4th Floor

City/State/ZIP ▼
Brisbane, CA 94005

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-648-424

EFFECTIVE DATE OF REGISTRATION

6 10 08
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "IGN Database," published updates from January 1, 2008 through March 31, 2008

**PREVIOUS OR ALTERNATIVE TITLES ▼**
IGN Database: Published updates from January 1, 2008 - March 31, 2008; IGN.com; GameSpy.com

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative publication dates: January 2, 2008 - March 17, 2008; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
IGN Entertainment, Inc.

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2008 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ March Day ▶ 31 Year ▶ 2008
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IGN Entertainment, Inc.
8000 Marina Boulevard, 4th Floor
Brisbane, CA 94005

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED JUN 10 2008
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY Ce/JMB

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

(SEE FORM TX/CON FOR LIST OF PREVIOUS REGISTRATIONS)

If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

## 6

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space.

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text

## 7

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Keith Abrams, Esq.
IGN Entertainment, Inc.
8000 Marina Boulevard, 4th Floor
Brisbane, CA 94005

Area code and daytime telephone number ▶ (415) 508-2280 Fax number ▶ (415) 508-2608

Email ▶ kabrams@ign.com

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of IGN Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Keith Abrams, Director, Business and Legal Affairs Date ▶ 6/5/08

Handwritten signature (X) ▼

X [signature]

## 9

Certificate will be mailed in window envelope to this address:

Name ▼
Keith Abrams, Esq. / IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 4th Floor

City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev: July 2003 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET FOR APPLICATION FORMS

Form TX /CON
UNITED STATES COPYRIGHT OFFICE

REG
TX 6-648-424

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A of this sheet is intended to identify the basic application.**
  **Space B is a continuation of Space 2 on the basic application.**
  **Space B is not applicable to Short Forms.**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

PA | PAU | SE | SEG | SEU | SR | SRU | TX (circled) | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

6 (Month) 10 (Day) 08 (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 4 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Group registration for automated database titled "IGN Database," published updates from January 1, 2008, through March 31, 2008
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

IGN Entertainment, Inc., 8000 Marina Boulevard, 4th Floor, Brisbane, CA 94005

## B Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE (Name of Country): OR { Citizen of ▶ ____ / Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE (Name of Country): OR { Citizen of ▶ ____ / Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE (Name of Country): OR { Citizen of ▶ ____ / Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**
**Continuation of other Spaces**

| Previous Registration No. | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5-660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | 2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| TX 5-911-542 | 2003 |
| TX 5-952-891 | 2004 |
| TX 5-982-339 | 2004 |
| TX 6-051-075 | 2004 |
| TX 6-265-139 | 2004 |
| TX 6-150-805 | 2005 |
| TX 6-193-537 | 2005 |
| TX 6-257-568 | 2005 |
| TX 6-259-979 | 2005 |
| TX 6-335-976 | 2006 |
| TX 6-360-600 | 2006 |
| TX 6-431-884 | 2006 |
| TX 6-481-742 | 2006 |
| TX 6-560-676 | 2007 |
| TX 6-584-510 | 2007 |
| Pending | 2007 |
| Pending | 2007 |
| Pending | 2008 |

**Certificate will be mailed in window envelope to this address:**

Name ▼
Keith Abrams, Esq. / IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 4th Floor

City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

September 2003 — 20,000 Web Rev: September 2003 Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,034

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
TX 7-551-129

**Effective date of registration:**
August 8, 2008

## Title

**Title of Work:** Group Registration for Automated Database titled IGN Database, published updates from April 1, 2008 to June 30, 2008; Representative publication date 06/30/2008; updated daily

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 30, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** IGN Entertainment, Inc.

**Author Created:** revised compilation of database materials and new text.

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** IGN Entertainment, Inc.

8000 Marina Boulevard, 2nd Floor, Brisbane, CA, 94005

## Limitation of copyright claim

**Material excluded from this claim:** Claimant's previously published database and third party components.

**Previously registered:** Yes

**Previous registration and year:**

| | |
|---|---|
| TX5-588-959 | 2002 |
| Pending | 2008 |
| TX5-596-110 | 2002 |

**New material included in claim:** Revised compilation updated daily and new text.

## Certification

**Name:** Mary McGuire

**Date:** August 8, 2008

---

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

TX 6-257-568

EFFECTIVE DATE OF REGISTRATION
Sept 29 2005
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼ *Group registration for automated database entitled:
IGN Database. Published updates from April 1, 2005 - June 30, 2005

PREVIOUS OR ALTERNATIVE TITLES ▼ IGN com, Gamespy com, Group registration for automated database entitled "IGN Database," published updates April 1, 2005 through June 30, 2005

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼
Representative publications dates April 10, 2005 - May 9, 2005 , daily revisions

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼ IGN Entertainment, Inc
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2005 ◀ Year This information must be given in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published Month ▶ June Day ▶ 30 Year ▶ 2005
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
IGN Entertainment, Inc
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED SEP 29 2005
ONE DEPOSIT RECEIVED SEP 29 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5 9) on the reverse side of this page • See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ______ pages

*Added by C.O. from registration materials.

EXAMINED BY [handwritten initials]

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes, why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application

(SEE FORM TX/CON FOR LIST OF PREVIOUS REGISTRATIONS)

If your answer is "Yes," give Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Claimant's previously published database and third party components

See instructions before completing this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Revised compilation updated daily and new text

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Craig M Abruzzo, Esq
IGN Entertainment, Inc
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

Area code and daytime telephone number ▶ (415) 508-2078 Fax number ▶ (415) 508-2611

Email ▶ cabruzzo@ign com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Craig M Abruzzo, Esq , Senior Counsel Date ▶ 9/28/2005

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Craig M. Abruzzo, Esq / IGN Entertainment, Inc. |
| Number/Street/Apt ▼ | 8000 Marina Boulevard, 2nd Floor |
| City/State/ZIP ▼ | Brisbane, CA 94005 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S E
Washington, D C 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

# CONTINUATION SHEET FOR APPLICATION FORMS

Form TX /CON
UNITED STATES COPYRIGHT OFFICE

REG

TX 6-257-568

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

Sept 29 2005
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
SEP 29 2005

Page 3 of 3 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible, try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A of this sheet is intended to identify the basic application**
  **Space B is a continuation of Space 2 on the basic application**
  **Space B is not applicable to Short Forms**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY

**A**
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)

IGN Database Published updates from April 1, 2005 - June 30, 2005

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)

IGN Entertainment, Inc, 8000 Marina Boulevard, 2nd Floor, Brisbane, CA 94005

**B**
**Continuation of Space 2**

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE (Name of Country): OR { Citizen of ▶ ____ / Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE (Name of Country): OR { Citizen of ▶ ____ / Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE (Name of Country): OR { Citizen of ▶ ____ / Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF (Check which) ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**
**Continuation of other Spaces**

| Previous Registration No. | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5-660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | 2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| TX 5-911-542 | 2003 |
| TX 5-952-891 | 2004 |
| TX 5-982-339 | 2004 |
| TX 6-051-075 | 2004 |
| TXu 1-211-145 | 2004 |
| Pending | 2005 |
| Pending | 2005 |

Certificate will be mailed in window envelope to this address:

Name ▼
Craig Abruzzo, Esq / IGN Entertainment, Inc

Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S E
Washington, D C 20559 6000

**D**

Fees are subject to change. For current fees check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707-3000

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS

TX 6-335-976

EFFECTIVE DATE OF REGISTRATION

Month Mar Day 29 Year 06

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "IGN Database," published updates from October 1, 2005, through December 31, 2005

PREVIOUS OR ALTERNATIVE TITLES ▼ IGN com Gamespy com
IGN Database Published updates from October 1 2005 December 31 2005

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼
Representative publications dates October 1 2005 November 15 2005 daily revisions

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼ IGN Entertainment, Inc
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Revised compilation of database materials and new text

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2005 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ December Day ▶ 31 Year ▶ 2005
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
IGN Entertainment Inc
8000 Marina Boulevard, 4th Floor
Brisbane CA 94005

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAR 29 2006
ONE DEPOSIT RECEIVED MAR 29 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY — FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

(SEE FORM TX/CON FOR LIST OF PREVIOUS REGISTRATIONS)

If your answer is "Yes," give: **Previous Registration Number ▶** **Year of Registration ▶**

## 6

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space.

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text

## 7

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Todd Murtha, Esq.
IGN Entertainment, Inc.
8000 Marina Boulevard, 4th Floor
Brisbane, CA 94005

Area code and daytime telephone number ▶ (415) 508-2607 Fax number ▶ (415) 508-2054

Email ▶ tmurtha@ign.com

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Todd Murtha, Vice President, Business and Legal Affairs Date ▶ 3-16-06

**Handwritten signature (X) ▼**

X [signature]

## 9

**Certificate will be mailed in window envelope to this address:**

Name ▼
Todd Murtha, Esq. / IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 4th Floor

City/State/ZIP ▼
Brisbane, CA 94005

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev: July 2003 ♻ Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET FOR APPLICATION FORMS

Form TX /CON
UNITED STATES COPYRIGHT OFFICE

REGIST TX 6-335-976

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

May 29 2006
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
MAR 29 2006

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A of this sheet is intended to identify the basic application**
  **Space B is a continuation of Space 2 on the basic application**
  **Space B is not applicable to Short Forms**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA**

Page ________ of ________ pages

**DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY**

## A Identification of Application

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form )
  Group registration for automated database titled IGN Database published updates from October 1 2005 through December 31 2005
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA )

IGN Entertainment, Inc , 8000 Marina Boulevard, 2nd Floor, Brisbane, CA 94005

## B Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes, see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA TX or VA*

CONTINUATION OF (Check which) ❑ Space 1 ❑ Space 4 ❑ Space 6 ☑ Space 5

**C**
Continuation of other Spaces

| Previous Registration No | Year of Registration |
|---|---|
| TX 5 588 959 | 2002 |
| TX 5 596-110 | 2002 |
| TX 5 630 964 | 2002 |
| TX 5 630 965 | 2002 |
| TX 5 630 966 | 2002 |
| TX 5 660-528 | 2002 |
| TX 5 660 529 | 2002 |
| TX 5 660 530 | 2002 |
| TX 5 728 111 | 2002 |
| TX 5 741 112 | 2003 |
| TX 5 748 014 | 2002 |
| TX 5 752 817 | 2003 |
| TX 5 789 384 | 2002 |
| TX 5 803 826 | 2003 |
| TX 5 911 542 | 2003 |
| TX 5 952 891 | 2004 |
| TX 5 982 339 | 2004 |
| TX 6-051 075 | 2004 |
| TXu 1-211 145 | 2004 |
| TX 6-150 805 | 2005 |
| TX 6-193 537 | 2005 |
| TX 6-257 568 | 2005 |
| TX 6-259 979 | 2005 |

**Certificate will be mailed in window envelope to this address**

Name ▼
Todd Murtha, Esq / IGN Entertainment, Inc

Number/Street/Apt ▼
8000 Marina Boulevard, 4th Floor

City/State/ZIP ▼
Brisbane CA 94005

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit Material

Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-259-979

EFFECTIVE DATE OF REGISTRATION

Month Dec Day 27 Year 05

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

IGN Database: Published updates from July 1, 2005 - September 30, 2005

PREVIOUS OR ALTERNATIVE TITLES ▼ IGN.com; Gamespy.com; Group registration for automated database entitled "IGN Database," published updates July 1, 2005, through September 30, 2005

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative publications dates: July 1, 2005 - September 6, 2005; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼ IGN Entertainment, Inc.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 2005 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published. Month ▶ September Day ▶ 30 Year ▶ 2005. United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

IGN Entertainment, Inc.
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED: DEC 27 2005

ONE DEPOSIT RECEIVED: DEC 27 2005

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ (SEE FORM TX/CON FOR LIST OF PREVIOUS REGISTRATIONS) Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Craig M. Abruzzo, Esq.
IGN Entertainment, Inc.
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

Area code and daytime telephone number ▶ (415) 508-2078 Fax number ▶ (415) 508-2611

Email ▶ cabruzzo@ign.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Craig M. Abruzzo, Esq., Senior Counsel Date ▶ 12/2/2005

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Craig M. Abruzzo, Esq. / IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼
Brisbane, CA 94005

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev: July 2003 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET FOR APPLICATION FORMS

Form TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 6-259-979

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

Dec 27 05
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
DEC 27 2005

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A — Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

IGN Database: Published updates from July 1, 2005 - September 30, 2005

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

IGN Entertainment, Inc., 8000 Marina Boulevard, 2nd Floor, Brisbane, CA 94005

**B — Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ___ / Domiciled in ▶ ___ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ___ / Domiciled in ▶ ___ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ___ / Domiciled in ▶ ___ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**
Continuation of other Spaces

| Previous Registration No. | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5-660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | 2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| TX 5-911-542 | 2003 |
| TX 5-952-891 | 2004 |
| TX 5-982-339 | 2004 |
| TX 6-051-075 | 2004 |
| TXu 1-211-145 | 2004 |
| TX 6-150-805 | 2005 |
| TX 6-193-537 | 2005 |
| Pending | 2005 |

Certificate will be mailed in window envelope to this address:

Name ▼
Craig Abruzzo, Esq. / IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼
Brisbane, CA 94005

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-193-537

EFFECTIVE DATE OF REGISTRATION

6 (Month) 20 (Day) 2005 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

IGN Database: Published updates from January 1, 2005 - March 31, 2005

PREVIOUS OR ALTERNATIVE TITLES ▼ IGN.com; Gamespy.com; Group Registration for automated database entitled "IGN Database"; Published updates January 1, 2005 through March 31, 2005

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative publications dates: January 1, 2005 - March 14, 2005 ; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼ IGN Entertainment, Inc.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United States }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 2005 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published. Month ▶ March Day ▶ 31 Year ▶ 2005; United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IGN Entertainment, Inc.
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY:
APPLICATION RECEIVED JUN 20 2005
ONE DEPOSIT RECEIVED JUN 20 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY sjm FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

(SEE FORM TX/CON FOR LIST OF PREVIOUS REGISTRATIONS)

**6**

**DERIVATIVE WORK OR COMPILATION**
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Craig M. Abruzzo, Esq.
IGN Entertainment, Inc.
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

Area code and daytime telephone number ▶ (415) 508-2078 Fax number ▶ (415) 508-2611

Email ▶ cabruzzo@ign.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Craig M. Abruzzo, Esq., Senior Counsel Date ▶

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Craig M. Abruzzo, Esq. / IGN Entertainment, Inc.
Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor
City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev: July 2003 ♻ Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET FOR APPLICATION FORMS

Form TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 6-193-537

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

6 (Month) 20 (Day) 2005 (Year)

CONTINUATION SHEET RECEIVED
JUN 20 2005

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, **only**. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A of this sheet is intended to identify the basic application.**
  **Space B is a continuation of Space 2 on the basic application.**
  **Space B is not applicable to Short Forms.**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

IGN Database: Published updates from January 1, 2005 - March 31, 2005

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

IGN Entertainment, Inc., 8000 Marina Boulevard, 2nd Floor, Brisbane, CA 94005

## B Continuation of Space 2

**d** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ______ Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ______ Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ______ Domiciled in ▶ ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**

**Continuation of other Spaces**

| Previous Registration No. | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5-660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | 2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| TX 5-911-542 | 2003 |
| TX 5-952-891 | 2004 |
| TX 5-982-339 | 2004 |
| TX 6-051-075 | 2004 |
| TXu 1-211-145 | 2004 |
| Pending | 2004 |

**Certificate will be mailed in window envelope to this address:**

Name ▼
Craig Abruzzo, Esq. / IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

September 2003 — 20,000 Web Rev: September 2003 ♻ Printed on recycled paper U.S. Government Printing Office: 2003-496-605/60,034

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-265-139

EFFECTIVE DATE OF REGISTRATION
Dec 22 2004
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
Group Registration for automated database entitled "IGN Database", Published updates from July 1, 2004 - September 30, 2004

PREVIOUS OR ALTERNATIVE TITLES ▼
IGN.com Database

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼
Representative publication dates July 6 2004 September 24 2004 daily revisions

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a NAME OF AUTHOR ▼
IGN Entertainment, Inc
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Revised compilation of database materials and new text

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 30 Year ▶ 2004
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
IGN Entertainment, Inc
8000 Marina Boulevard, 2nd Floor
Brisbane CA 94005

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED DEC 22 2004
ONE DEPOSIT RECEIVED DEC 22 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 1 pages

EXAMINED BY HCM

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work as shown by space 6 on this application

(See attached Form TX/CON for previous registrations )

If your answer is Yes give Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Claimant's previously published database and third party components

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Revised compilation updated daily and new text

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.

a Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Craig M Abruzzo Esq
IGN Entertainment, Inc
8000 Marina Boulevard, 2nd Floor
Brisbane CA 94005

Area code and daytime telephone number ▶ (415) 508 2078 Fax number ▶ (415) 508 2611

Email ▶ cabruzzo@ign com

**8**

**CERTIFICATION** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Craig M Abruzzo Esq Date ▶ 12/16/04

Handwritten signature (X) ▼

X C.M. Abruzzo

**9**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Craig Abruzzo / IGN Entertainment Inc |
| Number/Street/Apt ▼ | 8000 Marina Boulevard 2nd Floor |
| City/State/ZIP ▼ | Brisbane CA 94005 |

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

June 1999—200 000
WEB REV June 1999

PRINTED ON RECYCLED PAPER

★U S GOVERNMENT PRINTING OFFICE 1999-454-879/49

# CONTINUATION SHEET FOR APPLICATION FORMS

FORM TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 6-265-139

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A of this sheet is intended to identify the basic application**
  **Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short forms**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX or VA**

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

Dec. 22 2004
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
DEC 22 2004

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY

## A Identification of Application

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE (Give the title as given under the heading "Title of this Work in Space 1 of the basic form)

Group Registration for automated database entitled "IGN Database"
Published updates from July 1, 2004 - September 30, 2004

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA)

IGN Entertainment, Inc , 8000 Marina Boulevard, 2nd Floor, Brisbane, CA 94005

## B Continuation of Space 2

**d** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX or VA*

CONTINUATION OF (Check which) ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**
**Continuation of other Spaces**

| Previous Registration | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5 660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5 728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | √2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| TX 5-911-542 | 2003 |
| TX 5-952-891 | 2004 |
| TX 5-982-339 | 2004 |
| Pending | 2004 |

**Certificate will be mailed in window envelope to this address**

Name ▼
Craig Abruzzo Esq / IGN Entertainment, Inc

Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼
Brisbane, CA 94005

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit Material

Library of Congress Copyright Office
101 Independence Avenue, S.E.
Washington, D C. 20559-6000

**D**

Fees are effective through June 30 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999—30 000
WEB REV June 1999

PRINTED ON RECYCLED PAPER

★U S GOVERNMENT PRINTING OFFICE 2000-461 113/78

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TX 6-150-805

EFFECTIVE DATE OF REGISTRATION
3 (Month) 30 (Day) 2005 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Group Registration for automated database entitled "IGN Database";
Published updates from October 1, 2004 - December 31, 2004

PREVIOUS OR ALTERNATIVE TITLES ▼
IGN.com Database

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative publications dates: October 1, 2004 - December 31, 2004 ; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
IGN Entertainment, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ December Day ▶ 31 Year ▶ 2004
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IGN Entertainent, Inc.
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED MAR 30 2005
ONE DEPOSIT RECEIVED
MAR 30 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY slm

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

(SEE FORM TX/CON FOR LIST OF PREVIOUS REGISTRATIONS)

**6**

**DERIVATIVE WORK OR COMPILATION**
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text

**7**

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Craig M. Abruzzo, Esq.
IGN Entertainment, Inc.
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

Area code and daytime telephone number ▶ (415) 508-2078 Fax number ▶ (415) 508-2611

Email ▶ cabruzzo@ign.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Craig M. Abruzzo, Esq., Assistant General Counsel Date ▶ 3/25/2005

Handwritten signature (X) ▼

X [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼
Craig M. Abruzzo, Esq. / IGN Entertainment, Inc.
Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor
City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx Web Rev: July 2003 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET FOR APPLICATION FORMS

Form TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 6-150-805

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

3 (Month) 30 (Day) 2005 (Year)

CONTINUATION SHEET RECEIVED
MAR 3 0 2005

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
Group Registration for automated database entitled "IGN Database"; Published updates from October 1, 2004 - December 31, 2004

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

IGN Entertainment, Inc., 8000 Marina Boulevard, 2nd Floor, Brisbane, CA 94005

**B**
**Continuation of Space 2**

**d** NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**
**Continuation of other Spaces**

| Previous Registration No. | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5-660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | 2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| TX 5-911-542 | 2003 |
| TX 5-952-891 | 2004 |
| TX 5-982-339 | 2004 |
| TX 6-051-075 | 2004 |
| Pending | 2004 |

Certificate will be mailed in window envelope to this address:

Name ▼
Craig Abruzzo, Esq. / IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

September 2003 — 20,000 Web Rev: September 2003 ♻ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,034

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-982-339

EFFECTIVE DATE OF REGISTRATION

Month June Day 22 Year 2004

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼

Group Registration for automated database entitled "IGN com Database", Published updates from January 1, 2004 - March 31, 2004

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

Representative publication dates January 2, 2004 - January 12, 2004, daily revisions

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a NAME OF AUTHOR ▼ IGN Entertainment, Inc

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ; Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Revised compilation of database materials and new text

**NOTE**

Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ; Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ; Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2004 ◀ Year This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published Month ▶ March Day ▶ 31 Year ▶ 2004
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

IGN Entertainment, Inc
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED JUN 22 2004
ONE DEPOSIT RECEIVED JUN 22 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY | FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work as shown by space 6 on this application

If your answer is "Yes" give Previous Registration Number ▶ (See attached Form TX/CON for previous registrations ) Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Claimant's previously published database and third party components

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Revised compilation updated daily and new text

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Craig M Abruzzo, Esq
IGN Entertainment, Inc
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

Area code and daytime telephone number ▶ (415) 508-2078 Fax number ▶ (415) 508-2611

Email ▶ cabruzzo@ign com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Craig M Abruzzo, Esq Date ▶ 6/17/2004

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼ Craig Abruzzo /IGN Entertainment, Inc

Number/Street/Apt ▼ 8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼ Brisbane, CA 94005

YOU MUST:
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

June 1999—200 000
WEB REV June 1999

U S GOVERNMENT PRINTING OFFICE 1999-454-879/49

# CONTINUATION SHEET FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A of this sheet is intended to identify the basic application**
  **Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short forms**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX or VA**

FORM TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 5-982-339

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

June 22 2004
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
JUN 2 2 2004

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY

## A Identification of Application

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form)
  Group Registration for automated database entitled "IGN com Database",
  Published updates from January 1, 2004 - March 31, 2004
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA)
  IGN Entertainment, Inc , 8000 Marina Boulevard, 2nd Floor, Brisbane, CA 94005

## B Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ____ Domiciled in ▶ ____ }
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ____ Domiciled in ▶ ____ }
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ____ Domiciled in ▶ ____ }
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA TX or VA*

CONTINUATION OF (Check which) ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**
**Continuation of other Spaces**

| Previous Registration | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5-660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | 2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| Pending (2) | 2003 |

**Certificate will be mailed in window envelope to this address**

Name ▼
Craig Abruzzo, Esq./ IGN Entertainment, Inc

Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼
Brisbane, CA 94005

**YOU MUST:**
Complete all necessary spaces
Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit Material

**MAIL TO:**
Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**D**

Fees are effective through June 30 2002 After that date check the Copyright office Website at www loc gov/copyright or call (202) 707-3000 for current fee information

November 1999—30 000
WEB REV June 1999

PRINTED ON RECYCLED PAPER

☆U S GOVERNMENT PRINTING OFFICE 2000-461 113/78

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG TX 6-051-075

EFFECTIVE DATE OF REGISTRATION

Month Sep Day 20 Year 2004

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

## 1

TITLE OF THIS WORK ▼
Group Registration for automated database entitled "IGN Database", Published updates from April 1, 2004 - June 30, 2004

PREVIOUS OR ALTERNATIVE TITLES ▼
IGN com Database

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

Representative publication dates April 1, 2004 - June 28, 2004, daily revisions

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a** NAME OF AUTHOR ▼
IGN Entertainment, Inc

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Revised compilation of database materials and new text

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases
2004 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published
Month ▶ June Day ▶ 30 Year ▶ 2004
United States ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
IGN Entertainment, Inc
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED SEP 20 2004
ONE DEPOSIT RECEIVED SEP 20 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY [signature] FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▶ (See attached Form TX/CON for previous registrations ) Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Claimant's previously published database and third party components

See instructions before completing this space

b *Material Added to This Work* Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Revised compilation updated daily and new text

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Craig M Abruzzo, Esq
IGN Entertainment, Inc
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005
Area code and daytime telephone number ▶ (415) 508-2078 Fax number ▶ (415) 508-2611
Email ▶ cabruzzo@ign com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Craig M Abruzzo, Esq Date ▶ 9/17/02

Handwritten signature (X) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Craig Abruzzo / IGN Entertainment, Inc
Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor
City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

June 1999—200 000
WEB REV June 1999
★U S GOVERNMENT PRINTING OFFICE 1999-454-879/49

# CONTINUATION SHEET FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

FORM TX /CON
UNITED STATES COPYRIGHT OFFICE
TX 6-051-075

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION
(Month) Sep (Day) 20 (Year) 2004

CONTINUATION SHEET RECEIVED
SEP 20 2004

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Group Registration for automated database entitled "IGN Database";
  Published updates from April 1, 2004 - June 30, 2004
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  IGN Entertainment, Inc., 8000 Marina Boulevard, 2nd Floor, Brisbane, CA 94005

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**
Continuation of other Spaces

| Previous Registration | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5-660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | 2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| TX 5-911-542 | 2003 |
| TX 5-952-891 | 2004 |
| TX 5-982-339 | 2004 |

**Certificate will be mailed in window envelope to this address:**

Name ▼
Craig Abruzzo, Esq./ IGN Entertainment, Inc.

Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999—30,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/76

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-911-542

[redacted]

EFFECTIVE DATE OF REGISTRATION

12 29 03
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
Group Registration for automated database entitled "IGN com Database",
Published updates from July 1, 2003 - September 30, 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative publication dates July 1, 2003 July 16, 2003 daily revisions
If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a NAME OF AUTHOR ▼
IGN Entertainment, Inc
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Revised compilation of database materials and new text

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions
NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions
NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2003 ◀ Year
b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 30 Year ▶ 2003
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
IGN Entertainment, Inc
8000 Marina Boulevard
Brisbane, CA 94005

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED DEC 29 2003
ONE DEPOSIT RECEIVED DEC 29 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 5

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work as shown by space 6 on this application

(See attached Form TX/CON for previous registrations )

If your answer is Yes give **Previous Registration Number** ▶ **Year of Registration** ▶

## 6

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Claimant's previously published database and third party components

See instructions before completing this space

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Revised compilation updated daily and new text

## 7

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Craig M Abruzzo Esq
IGN Entertainment Inc
29 West 34th Street 11th Floor
New York NY 10001

Area code and daytime telephone number ▶ (212) 601 2277 Fax number ▶ (212) 725-4630

Email ▶ cabruzzo@ign com

## 8

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Craig M Abruzzo Esq Date ▶ 12/22/03

Handwritten signature (X) ▼

X [signature]

## 9

**Certificate will be mailed in window envelope to this address**

Name ▼
Sean Deeney /IGN Entertainment Inc

Number/Street/Apt ▼
8000 Marina Boulevard

City/State/ZIP ▼
Brisbane CA 94005

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

June 1999—200 000
WEB REV June 1999

PRINTED ON RECYCLED PAPER

☆U S GOVERNMENT PRINTING OFFICE 1999-454-879/49

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTR TX 5-741-112

TX5-741-112

TX TXU

EFFECTIVE DATE OF REGISTRATION

5 (Month) 21 (Day) 03 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Group Registration for automated database entitled "IGN.com Database";
Published updates from January 1, 2003 - March 31, 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative publication dates: January 2, 2003 - March 10, 2003; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a NAME OF AUTHOR ▼
IGN Entertainment, Inc.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March Day ▶ 31 Year ▶ 2003
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IGN Entertainment, Inc.
3240 Bayshore Boulevard
Brisbane, CA 94005

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAY 21 2003
ONE DEPOSIT RECEIVED MAY 21 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY [handwritten initials] FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

See attached Form TX/CON for previous registrations.

If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6**

DERIVATIVE WORK OR COMPILATION

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text.

**7**

a DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Craig M. Abruzzo, Esq.
IGN Entertainment, Inc.
29 West 34th Street 11th Floor
New York, NY 10001

Area code and daytime telephone number ▶ (212) 601-2277 Fax number ▶ (212) 725-4630

Email ▶ cabruzzo@ign.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Craig M. Abruzzo, Esq. Date ▶ 3/15/2003

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Sean Deorsey / IGN Entertainment, Inc.

Number/Street/Apt ▼
3240 Bayshore Boulevard

City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

PRINTED ON RECYCLED PAPER

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE TX 5-803-826

TXU

EFFECTIVE DATE OF REGISTRATION

SEPTEMBER 22, 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Group Registration for automated database entitled "IGN com Database", Published updates from April 1, 2003 - June 30, 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

Representative publication dates April 2 2003 June 3 2003 daily revisions

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
IGN Entertainment, Inc

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Revised compilation of database materials and new text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ June Day ▶ 30 Year ▶ 2003
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
IGN Entertainment, Inc
3240 Bayshore Boulevard
Brisbane, CA 94005

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED SEP 22 2003
ONE DEPOSIT RECEIVED SEP 22 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY JRP

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes" give Previous Registration Number ▶ Year of Registration ▶

(See attached Form TX/CON for previous registrations )

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Claimant's previously published database and third party components

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Revised compilation updated daily and new text

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Craig M Abruzzo Esq
IGN Entertainment, Inc
29 West 34th Street 11th Floor
New York NY 10001

Area code and daytime telephone number ▶ (212) 601 2277 Fax number ▶ (212) 725-4630

Email ▶ cabruzzo@ign com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Craig M Abruzzo Esq Date ▶ 9/17/2003

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Sean Deorsey / IGN Entertainment, Inc

Number/Street/Apt ▼
3240 Bayshore Boulevard

City/State/ZIP ▼
Brisbane, CA 94005

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

June 1999—200 000
WEB REV June 1999

☆U S GOVERNMENT PRINTING OFFICE 1999-454-879/49

# CONTINUATION SHEET FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

FORM TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 5-803-826

PA PA AU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

SEPTEMBER 22, 2003
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
SEP 22 2003

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE. (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Group Registration for automated database entitled "IGN com Database", Published updates from April 1, 2003 - June 30, 2003
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  IGN Entertainment, Inc , 3240 Bayshore Boulevard, Brisbane, CA 94005

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF (Check which) ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**

Continuation of other Spaces

| Previous Registration | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596 110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5-660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-748-014 | 2002 |
| Pending (1) | 2002 |
| Pending (2) | 2003 |

Certificate will be mailed in window envelope to this address

Name ▼
Sean Dorsey / IGN Entertainment, Inc

Number/Street/Apt ▼
3240 Bayshore Boulevard

City/State/ZIP ▼
Brisbane, CA 94005

**D**

Complete all necessary spaces
Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999—30,000
WEB REV: June 1999

PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/78

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 5-952-891

EFFECTIVE DATE OF REGISTRATION

Mar 29 2004
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Group Registration for automated database entitled "IGN.com Database";
Published updates from October 1, 2003 - December 31, 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative publication dates: October 1, 2003 - November 19, 2003; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
IGN Entertainment, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ December Day ▶ 31 Year ▶ 2003
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IGN Entertainment, Inc.
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
MAR 29 2004
ONE DEPOSIT RECEIVED
MAR 29 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY | FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▶ (See attached Form TX/CON for previous registrations.) **Year of Registration** ▶

## 6

**DERIVATIVE WORK OR COMPILATION**

**a** **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space

**b** **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text.

## 7

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Craig M. Abruzzo, Esq.
IGN Entertainment, Inc.
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

Area code and daytime telephone number ▶ (415) 508-2078 Fax number ▶ (415) 508-2611

Email ▶ cabruzzo@ign.com

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Craig M. Abruzzo, Esq. Date ▶ 3/19/2004

Handwritten signature (X) ▼

X ______________________________

## 9

**Certificate will be mailed in window envelope to this address:**

| | |
|---|---|
| Name ▼ | Craig Abruzzo / IGN Entertainment, Inc. |
| Number/Street/Apt ▼ | 8000 Marina Boulevard, 2nd Floor |
| City/State/ZIP ▼ | Brisbane, CA 94005 |

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV. June 1999

PRINTED ON RECYCLED PAPER

★U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/49

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-588-959

EFFECTIVE DATE OF REGISTRATION

JUNE 11, 2002
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS WORK ▼
Group Registration for automated database entitled "IGN.com Database"; Published updates from January 1, 2002 - March 31, 2002

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative publication dates: January 2, 2002 - January 3, 2002; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a** NAME OF AUTHOR ▼
Snowball, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March Day ▶ 31 Year ▶ 2002
United States ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IGN Entertainment, Inc. (formerly known as Snowball, Inc.)
3240 Bayshore Boulevard
Brisbane, CA 94005

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JUN 11 2002
ONE DEPOSIT RECEIVED JUN 11 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY JRP

FORM TX

CHECKED BY

☑ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text.

**7**

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Craig M. Abruzzo, Esq.
IGN Entertainment, Inc.
475 Park Avenue South, 4th Floor
New York, NY 10016

Area code and daytime telephone number ▶ (212) 601-2274 Fax number ▶ (212) 601-2246

Email ▶ cabruzzo@ign.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Craig M. Abruzzo, Esq. Date ▶ 6/7/2002

Handwritten signature (X) ▼

X C. M. Abruzzo

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Sean Deorsey / IGN Entertainment, Inc.

Number/Street/Apt ▼
3240 Bayshore Boulevard

City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

PRINTED ON RECYCLED PAPER

©U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

# FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 5-596-110

EFFECTIVE DATE OF REGISTRATION

Month Sep Day 27 Year 2002

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Group Registration for automated database entitled "IGN.com Database";
Published updates from April 1, 2002 - June 30, 2002

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative publication dates: April 4, 2002 - June 26, 2002; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼ IGN Entertainment, Inc.
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼ Snowball, Inc.
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2002 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published. Month ▶ June Day ▶ 30 Year ▶ 2002
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IGN Entertainment, Inc. (formerly known as Snowball, Inc.)
3240 Bayshore Boulevard
Brisbane, CA 94005

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED SEP 27 2002
ONE DEPOSIT RECEIVED SEP 27 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY [signature] FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ Pending Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Claimant's previously published database and third party components

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and new text.

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Craig M. Abruzzo, Esq.
IGN Entertainment, Inc.
770 Broadway, Ste. 224
New York, NY 10003

Area code and daytime telephone number ▶ (212) 601-2274 Fax number ▶ (212) 601-2246

Email ▶ cabruzzo@ign.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Craig M. Abruzzo, Esq. Date ▶ 9/25/02

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Sean Deorsey / IGN Entertainment, Inc.

Number/Street/Apt ▼
3240 Bayshore Boulevard

City/State/ZIP ▼
Brisbane, CA 94005

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000 PRINTED ON RECYCLED PAPER ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

## FORM TX

**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

RF

TXu 1-211-145

EFFECTIVE DATE OF REGISTRATION

Dec 22 2004
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Group Registration for automated database entitled "IGN Database", Published updates from July 1, 2004 - September 30, 2004

PREVIOUS OR ALTERNATIVE TITLES ▼
IGN.com Database

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative publication dates: July 6, 2004; September 24, 2004; daily revisions

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼
IGN Entertainment, Inc

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised compilation of database materials and new text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 30 Year ▶ 2004
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
IGN Entertainment, Inc
8000 Marina Boulevard, 2nd Floor
Brisbane, CA 94005

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
DEC 22 2004
ONE DEPOSIT RECEIVED
DEC 22 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 1 pages

EXAMINED BY HLM

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 5

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☑ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▶ (See attached Form TX/CON for previous registrations ) Year of Registration ▶

## 6

**DERIVATIVE WORK OR COMPILATION**

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Claimant's previously published database and third party components

See instructions before completing this space

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Revised compilation updated daily and new text

## 7

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.
Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Craig M Abruzzo Esq
IGN Entertainment, Inc
8000 Marina Boulevard 2nd Floor
Brisbane CA 94005

Area code and daytime telephone number ▶ (415) 508 2078 Fax number ▶ (415) 508 2611

Email ▶ cabruzzo@ign com

## 8

**CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of IGN Entertainment, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Craig M Abruzzo Esq Date ▶ 12/16/04

Handwritten signature (X) ▼

X C.M. Abruzzo

## 9

**Certificate will be mailed in window envelope to this address**

Name ▼
Craig Abruzzo / IGN Entertainment Inc

Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼
Brisbane CA 94005

Complete all necessary spaces
Sign your application in space 8

1 Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

June 1999—200 000
WEB REV June 1999

PRINTED ON RECYCLED PAPER

U S GOVERNMENT PRINTING OFFICE 1999-454-879/49

# CONTINUATION SHEET FOR APPLICATION FORMS

FORM TX /CON
UNITED STATES COPYRIGHT OFFICE

TXu 1-211-145

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

Dec. 22 2004
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
DEC 22 2004

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA PA, SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A of this sheet is intended to identify the basic application**
  **Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short forms**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.

- TITLE. (Give the title as given under the heading "Title of this Work in Space 1 of the basic form )

Group Registration for automated database entitled "IGN Database",
Published updates from July 1, 2004 - September 30, 2004

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX, or VA )

IGN Entertainment, Inc , 8000 Marina Boulevard, 2nd Floor, Brisbane, CA 94005

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE (Name of Country) OR { Citizen of ▶ ____ / Domiciled in ▶ ____ }

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE (Name of Country) OR { Citizen of ▶ ____ / Domiciled in ▶ ____ }

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE (Name of Country) OR { Citizen of ▶ ____ / Domiciled in ▶ ____ }

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes, see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX or VA*

CONTINUATION OF (Check which) ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 5

**C**
Continuation of other Spaces

| Previous Registration | Year of Registration |
|---|---|
| TX 5-588-959 | 2002 |
| TX 5-596-110 | 2002 |
| TX 5-630-964 | 2002 |
| TX 5-630-965 | 2002 |
| TX 5-630-966 | 2002 |
| TX 5 660-528 | 2002 |
| TX 5-660-529 | 2002 |
| TX 5-660-530 | 2002 |
| TX 5-728-111 | 2002 |
| TX 5-741-112 | 2003 |
| TX 5-748-014 | 2002 |
| TX 5-752-817 | 2003 |
| TX 5-789-384 | 2002 |
| TX 5-803-826 | 2003 |
| TX 5-911-542 | 2003 |
| TX 5-952-891 | 2004 |
| TX 5-982-339 | 2004 |
| Pending | 2004 |

**Certificate will be mailed in window envelope to this address**

Name ▼
Craig Abruzzo Esq./ IGN Entertainment, Inc

Number/Street/Apt ▼
8000 Marina Boulevard, 2nd Floor

City/State/ZIP ▼
Brisbane CA 94005

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit Material

Library of Congress Copyright Office
101 Independence Avenue, S.E.
Washington, D C. 20559-6000

**D**

Fees are effective through June 30 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999—30 000
WEB REV June 1999

PRINTED ON RECYCLED PAPER

★U S GOVERNMENT PRINTING OFFICE 2000-461 113/78

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**TX 8-119-728**
**Effective Date of Registration:**
November 13, 2009

## Title

**Title of Work:** GROUP REGISTRATION FOR AUTOMATED DATABASE ENTITLED "IGN DATABASE"; PUBLISHED UPDATES FROM JANUARY 1, 2009 THROUGH MARCH 31, 2009; REPRESENTATIVE PUBLICATION DATES: JANUARY 1, 2009-MARCH 31, 2009; DAILY REVISIONS

**Previous or Alternate Title:** IGN DATABASE: PUBLISHED UPDATES FROM JANUARY 1, 2009 - MARCH 31, 2009; IGN.COM; GAMESPY.COM

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** March 31, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** IGN Entertainment, Inc.
  **Author Created:** revised compilation of database materials and new text.
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** IGN Entertainment, Inc.
8000 Marina Boulevard, 2nd Floor, Brisbane, CA, 94005

## Limitation of copyright claim

**Material excluded from this claim:** Claimant's previously published database and third party components.
**Previously registered:** Yes
**Previous registration and year:** TX 6-648-466, 2007
TX 6-648-424, 2008
**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Revised compilation updated daily and new text.

## Certification



CONFIDENTIAL

**Name:** Mary McGuire
**Date:** November 09, 2009

---

**Copyright Office notes:** Regarding previous registration: 35 registrations for IGN databases between 2002 and 2008.



CONFIDENTIAL