# Exhibit B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
TX 7-336-226

**Effective date of registration:**
November 15, 2010

## Title

**Title of Work:** PC MAGAZINE

**Volume** 29 **Number** 11 **Date on Copies** November, 2010

**Frequency of publication** Monthly

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 26, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0888-8507

## Author

■ **Author:** Ziff Davis, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Ziff Davis, Inc.

28 East 28th Street, 11th Floor, Legal Dept., New York, NY, 10016, United States

## Rights and Permissions

**Organization Name:** Ziff Davis, Inc.

**Name:** Tara L Goldfrank

**Email:** tara_goldfrank@ziffdavis.com **Telephone:** 212-503-3554

**Address:** 28 East 28th Street

11th Floor, Legal Dept.

New York, NY 10016 United States

## Certification

**Name:** Tara Goldfrank

**Date:** November 15, 2010

---

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
TX 7-309-017

**Effective date of registration:**
August 2, 2010

## Title

**Title of Work:** PC MAGAZINE

**Volume** 29 **Number** 5 **Date on Copies** May 2010

**Frequency of publication** Monthly

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 26, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 0888-8507

## Author

- **Author:** Ziff Davis, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

**Anonymous:** Yes **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Ziff Davis, Inc.

28 East 28th Street, 11th Floor, Legal Dept., New York, NY 10016, United States

## Rights and Permissions

**Organization Name:** Ziff Davis, Inc.

**Name:** Tara Goldfrank

**Email:** tara_goldfrank@ziffdavis.com **Telephone:** 212-503-3554

**Address:** 28 East 28th Street
11th Floor, Legal Dept.
New York, NY 10016 United States

## Certification

**Name:** Tara Goldfrank

**Date:** August 2, 2010

---