# Exhibit C

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**TXu 2-537-337**
**Effective Date of Registration:**
April 14, 2026
**Registration Decision Date:**
April 17, 2026

## Supplementary Registration

**Supplement To:** TXu002479203, 2025

## Title

**Title of Work:** "MedPage Today" Editorial Database Article Archive as of March 17, 2025

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Medpage Today, LLC
  **Author Created:** text, compilation of database information
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Medpage Today, LLC
114 Fifth Avenue, 15th Floor, New York, NY, 10011, United States

## Certification

**Name:** Gili Karev, Authorized agent of Ziff Davis, LLC
**Date:** April 14, 2026

---

**Correspondence:** Yes
**Explanation of Amplifications:** This supplementary registration is being filed to correct the identity of the Author and Claimant. The work is a compilation of articles created as 'works made for hire' pursuant to 17 U.S.C. § 101. At all relevant times, the content was authored

by employees or freelancers under written agreements with Medpage Today, LLC, a wholly owned subsidiary of Ziff Davis. The original registration incorrectly identified Ziff Davis as the Author/Claimant. This application identifies Medpage Today, LLC as the correct Author/Claimant. All rights in the database and the underlying content were vested in the named subsidiary at the time of creation and remain so.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**TXu 2-479-203**
**Effective Date of Registration:**
April 01, 2025
**Registration Decision Date:**
April 07, 2025

## Title

**Title of Work:** "MedPage Today" Editorial Database Article Archive as of March 17, 2025

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Ziff Davis
  **Author Created:** text, compilation of database information
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ziff Davis
114 Fifth Avenue, 15th Floor, New York, NY, 10011, United States

## Certification

**Name:** Gili Karev
**Date:** April 01, 2025

---

**Correspondence:** Yes

**Registration #:** TXu002479203
**Service Request #:** 1-14898865380

Ziff Davis Legal Department
Attn: George Wukoson
114 Fifth Avenue
15th Floor
New York, NY 10011

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**TXu 2-480-401**
**Effective Date of Registration:**
April 09, 2025
**Registration Decision Date:**
April 11, 2025

## Title

**Title of Work:** "DailyOM" Editorial Database Article Archive as of April 5, 2025

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Ziff Davis
  **Author Created:** text, compilation of database information
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ziff Davis
114 Fifth Avenue, 15th Floor, New York, NY, 10011, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, Select AI generated horoscopes

**New material included in claim:** text, compilation of database information

## Certification

**Name:** Gili Karev
**Date:** April 09, 2025

---

**Correspondence:** Yes

**Registration #:** TXu002480401
**Service Request #:** 1-14903297867

Ziff Davis Legal Department
Attn: George Wukoson
114 Fifth Avenue
15th Floor
New York, NY 10011

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**TXu 2-537-365**
**Effective Date of Registration:**
April 14, 2026
**Registration Decision Date:**
April 17, 2026

## Supplementary Registration

**Supplement To:** TXu002480401, 2025

## Title

**Title of Work:** "DailyOM" Editorial Database Article Archive as of April 5, 2025

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Everyday Health Media, LLC
  **Author Created:** text, compilation of database information
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Everyday Health Media, LLC
114 Fifth Avenue, 15th Floor, New York, NY, 10011, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, Select AI generated horoscopes

**New material included in claim:** text, compilation of database information

## Certification

**Name:** Gili Karev, Authorized agent of Ziff Davis, LLC
**Date:** April 14, 2026

**Correspondence:** Yes

**Explanation of Amplifications:** This supplementary registration is being filed to correct the identity of the Author and Claimant. The work is a compilation of articles created as 'works made for hire' pursuant to 17 U.S.C. § 101. At all relevant times, the content was authored by employees or freelancers under written agreements with Everyday Health Media, LLC, a wholly owned subsidiary of Ziff Davis. The original registration incorrectly identified Ziff Davis as the Author/Claimant. This application identifies Everyday Health Media, LLC as the correct Author/Claimant. All rights in the database and the underlying content were vested in the named subsidiary at the time of creation and remain so.