UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br>News Cases<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW) |

**DECLARATION OF DAVIDA BROOK IN SUPPORT OF NEWS PLAINTIFFS' OMNIBUS REPLY MEMORANDUM OF LAW IN SUPPORT OF NEWS PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Davida Brook, hereby declare as follows:

1. I am a Partner at Susman Godfrey L.L.P. located at 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067. I represent Plaintiff The New York Times Company ("The Times") in this case and I am also News Plaintiffs' Liaison Counsel.

2. I make this declaration in support of News Plaintiffs' Omnibus Reply Memorandum of Law.

3. Attached as Exhibit 1368 is a slipsheet for the document bearing Bates OPCO_MDL_000478120. A true and correct copy of the produced document bearing Bates OPCO_MDL_000478120 is being provided via flash drive.

4. Attached as Exhibit 1369 is a slipsheet for the document bearing Bates OPCO_MDL_002141667. A true and correct copy of the produced document bearing Bates OPCO_MDL_002141667 is being provided via flash drive.

5. Exhibit 1370 is intentionally skipped.

6. Attached as Exhibit 1371 is a true and correct copy of the produced document bearing Bates NYT_01072507.

7. Attached as Exhibit 1372 is a true and correct copy of an article titled, "Microsoft is closing its employee library and cutting back on subscriptions," The Verge, January 15, 2026, [https://www.theverge.com/tech/862531/microsoft-library-closure-transition-changes-notepad?].

8. Attached as Exhibit 1373 is a true and correct copy of Ex. 1 to the deposition of Microsoft's witness Brent Hecht.

9. Attached as Exhibit 1374 is a true and correct copy of Ex. 4 (OPCO_MDL_004772532) to the deposition of OpenAI's witness Michelle B. Fradin.

10. Attached as Exhibit 1375 is a true and correct copy of Ex. 12 (OPCO_MDL_004810138) to the deposition of OpenAI's witness Chris Koch.

11. Attached as Exhibit 1376 is a slipsheet for the document bearing Bates OPCO_MDL_004898318. A true and correct copy of the produced document bearing Bates OPCO_MDL_004898318 is being provided via flash drive.

12. Attached as Exhibit 1377 is a slipsheet for the document bearing Bates OPCO_MDL_004898283. A true and correct copy of the produced document bearing Bates OPCO_MDL_004898283 is being provided via flash drive.

13. Attached as Exhibit 1378 is a slipsheet for the document bearing Bates OPCO_MDL_004898299. A true and correct copy of the produced document bearing Bates OPCO_MDL_004898299 is being provided via flash drive.

14. Attached as Exhibit 1379 is a slipsheet for the document bearing Bates

OPCO_MDL_004898275. A true and correct copy of the produced document bearing Bates OPCO_MDL_004898275 is being provided via flash drive.

15. Attached as Exhibit 1380 is a slipsheet for the document bearing Bates NYT_00701445. A true and correct copy of the produced document bearing Bates NYT_00701445 is being provided via flash drive.

16. Attached as Exhibit 1381 is a true and correct copy of a chart that provides a brief description of all the amicus briefs filed in this action. I personally oversaw the preparation of this chart and can attest to the contents contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California on November 20, 2026.

*/s/ Davida Brook*
Davida Brook