**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: OpenAI, Inc. Copyright Infringement Litigation

This Document Relates To:

Case No. 1:23-cv-11195
Case No. 1:24-cv-03285
Case No. 1:24-cv-04872

Case No. 1:25-md-3143 (SHS) (OTW)

# Correction to Declaration of Catherine Tucker, Ph.D. In Support Of Defendant Microsoft Corporation's Motion For Summary Judgment In News Plaintiffs' Consolidated Cases

I, Catherine Tucker, Ph.D., declare:

1. I am over the age of 18 and am competent to make this declaration.

2. I submitted an opening expert report in this case on April 24, 2026 ("Opening Report"), a rebuttal report on May 29, 2026 ("Rebuttal Report"), a reply report on June 26, 2026, a Declaration on September 4, 2026 in support of Defendant Microsoft Corporation's motion for summary judgment ("September 2026 Declaration"), and a Declaration on October 22, 2026 in support of Defendant Microsoft Corporation's opposition to Plaintiffs' motion for partial summary judgment ("October 2026 Declaration").[1]

3. This declaration ("Declaration") includes a copy of Figure 2 from my September 2026 Declaration, with a correction to the y-axis formatting. This Declaration does not contain any new opinions. My September and October 2026 Declarations include my qualifications, curriculum vitae, a list of all the cases in which I have testified as an expert at trial or in deposition during the previous four years.

4. The statements in this Declaration are true and accurate to the best of my knowledge, information, and belief. Except as otherwise stated herein, I make this Declaration based on my personal knowledge and professional expertise, documents produced in this case as cited herein, and research and analysis conducted by me or under my direction and supervision.

## I. CORRECTED SEPTEMBER 2026 DECLARATION, FIGURE 2

5. I submit this Declaration to correct the formatting of Figure 2 from my September 2026 Declaration which shows the New York Times's revenue for all products by

[1] Declaration of Catherine Tucker, Ph.D. In Support of Defendant Microsoft Corporation's Motion for Summary Judgment in News Plaintiffs' Consolidated Cases, *In re: OpenAI, Inc. Copyright Infringement Litigation,* 1:25-MD-03143-SHS/OTW, ECF 1732 (Public), ECF 1733 (Sealed), September 4, 2026 ("Tucker September 2026 Declaration").

revenue type and quarter from Q1 2018 to Q4 2025. This formatting correction does not affect the underlying data or the opinions I provided based on this analysis.

6. The New York Times's revenue in Q4 2025 was $802 million which is accurately reflected in the backup I previously provided with my Opening Report. Despite providing the correct numbers in my backup, the y-axis in Figure 2 from my September 2026 Declaration was set to a maximum value of $750 million, and therefore a portion of The New York Times's Q4 2025 was not visually displayed in Figure 2. An updated figure with the formatting of the y-axis scale corrected is provided below.

# September 2026 Declaration Figure 2 with Formatting Corrections New York Times Revenue For All Products, by Revenue Type and Quarter[2]




**Notes:**
Sample: Data collected from The New York Times's publicly filed Form 10-Q and Earnings Release financial statements.

---

2 **Sources**: New York Times Form 10-Q and Earnings Release, Q1 2018–Q4 2025, available at https://www.nytco.com/investors/reports-and-filings/; New York Times Form 10-Q Q3 2025, available at https://www.nytco.com/investors/reports-and-filings/ ("Subscription revenues consist of revenues from subscriptions to our digital and print products (which include our news product, as well as The Athletic and our Audio, Cooking, Games and Wirecutter products), and single-copy and bulk sales of our print products[.] [...] Advertising revenue is primarily derived from advertisers (such as luxury goods, technology, and financial companies) promoting products, services or brands on digital platforms in the form of display, audio, email and video ads; in print in the form of column-inch ads; and at live events. [...] Affiliate, licensing and other revenues include revenues from licensing, Wirecutter affiliate referrals, commercial printing, the leasing of floors in

Y-axis: Revenue is the total revenue for "The New York Times Company" in a given quarter, calculated as the sum of subscription, advertising, and other revenues. Subscription revenue includes revenues from (1) subscriptions to all digital and print products, which includes The Times's "news product, as well as The Athletic and our Audio, Cooking, Games and Wirecutter products," and (2) single-copy and bulk-sales of The Times's print products. Advertising revenue includes revenues from all digital advertisements (display, audio, email, and video ads), print advertisements (column-inch ads), and advertisements at live events. Other revenue includes revenues from licensing, Wirecutter affiliate referrals, commercial printing, the leasing of commercial real estate, and The Times's live events business and retail commerce. As of Q3 2025, The Times refers to "Other Revenues" as "Affiliate, Licensing, and Other Revenues." Beginning in Q1 2022, revenue for "The New York Times Company" included revenue from The Athletic.

X-axis: Bing Chat was released on February 7, 2023. On September 21, 2023, Microsoft re-branded Bing Chat as Copilot. The initial version of ChatGPT was released to the public on November 30, 2022. The World Health Organization declared COVID-19 a pandemic on March 11, 2020. The Times acquired The Athletic on January 6, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of November, 2026 at Miami, Florida.

Catherine Tucker, Ph.D.

the Company Headquarters, our live events business and retail commerce."); "CDC Museum COVID-19 Timeline," *U.S. Centers for Disease Control and Prevention*, July 8, 2024, available at https://www.cdc.gov/museum/timeline/covid19.html; Hirsch, Lauren, Kevin Draper, and Katherine Rosman, "New York Times Co. to Buy The Athletic for $550 Million in Cash," *The New York Times*, January 6, 2022, available at https://www.nytimes.com/2022/01/06/business/new-york-times-the-athletic.html; "Introducing ChatGPT," *OpenAI*, November 30, 2022, available at https://openai.com/index/chatgpt/; Mehdi, Yusuf, "Reinventing Search With a New AI-Powered Microsoft Bing and Edge, Your Copilot for the Web," *Official Microsoft Blog*, Microsoft, February 7, 2023, available at https://blogs.microsoft.com/blog/2023/02/07/reinventing-search-with-a-new-ai-powered-microsoft-bing-and-edge-your-copilot-for-the-web/; Mehdi, Yusuf, "Announcing Microsoft Copilot, Your Everyday AI Companion," *Official Microsoft Blog*, November 15, 2023, available at https://blogs.microsoft.com/blog/2023/09/21/announcing-microsoft-copilot-your-everyday-ai-companion/.