**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OpenAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-03285-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>*REDACTED -- FILED PUBLICLY* |

**DECLARATION OF TOM GOLDSTEIN**

I, Tom Goldstein, declare as follows:

1. I have been retained by counsel for Chicago Tribune Company, LLC ("Chicago Tribune"); *Daily News*, LP ("New York Daily News"); Orlando Sentinel Communications Company, LLC ("Orlando Sentinel"); Sun-Sentinel Company, LLC ("Sun-Sentinel"); San Jose Mercury-News, LLC ("San Jose Mercury News"); DP Media Network, LLC ("Denver Post"); ORB Publishing, LLC ("Orange County Register"); and Northwest Publications, LLC ("Pioneer Press") (collectively, "*Daily News* Plaintiffs") and for The New York Times Company ("The Times") (together with the *Daily News* Plaintiffs, "News Plaintiffs") to provide expert opinions regarding technical issues in the case.

2. Exhibit AA to this declaration is a true and correct copy of Exhibit 5 to my Rebuttal Expert Report dated May 29, 2026, on behalf of Daily News Plaintiffs and The Times (ECF 1773, Exhibit B). [redacted]

[redacted]

3. [redacted]

| [redacted] | [redacted] | [redacted] |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

[redacted] [redacted]

1 [redacted]

[redacted]

[redacted]

| [redacted] | [redacted] | [redacted] |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

[redacted]

[redacted]

[redacted] [redacted]

| [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

9. I also note that I was provided with a number of ChatGPT conversations including RAG and was asked to provide demonstratives, which are attached as Exhibits Z1-Z22 to this declaration. Each demonstrative pairs a ChatGPT conversation log produced in discovery with the text of the asserted work(s) it reproduces or discusses. The underlying conversation logs were normalized so that special characters appear correctly, and then formatted. Each exhibit displays the full text of the matched asserted work at the top, followed by the conversation itself below, with portions of the conversation set side by side against the specific passage of the asserted work they correspond to. Within the conversation, text appearing in the model's own generated output is

[redacted]

marked in red, and text appearing only in content the model retrieved through web browsing or a tool call (but not reproduced in the model's own output) is marked in blue. This highlighting was done by searching for 4-grams (groups of 4 adjacent words) that appear in both the chat log and the asserted work.

10. Side-by-side pairings in Exhibits Z1-Z22 were chosen using an automated matching process that first looks for n-gram overlaps between the chat log and the asserted work. These overlap regions are then expanded by widening the snippet to include text above and below the matching n-grams until the snippet was approximately the same size as the model's output message. Where a portion of the conversation discusses or paraphrases the asserted work without reproducing its exact language, I chose a passage of the asserted work to show as a "related excerpt" when it was topically relevant or contained summarization. I then manually reviewed every automated pairing against the full conversation and the full asserted-work text to confirm that the match is substantively accurate — correcting cases where the automated process did not select the most relevant passage. These hand-checked and corrected snippets are the ones that appear in the exhibits.

11. I submit this declaration in connection with News Plaintiffs' Motion for Summary Judgment on OpenAI's Infringement of News Plaintiffs' Content Used for Retrieval Augmented Generation and Outputs.

12. The statements set forth in my expert reports, including the opinions, analyses, and conclusions, are based on my specialized knowledge, education, and experience, as applied to the facts of this case. If called upon to do so, I could and would testify competently to those opinions, analyses, and conclusions. Nothing in any of my reports or this declaration is intended to modify, withdraw, or otherwise alter any opinions, analyses, or conclusions that I provided during my deposition conducted on July 30 and July 31, 2026.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of November 2026.

Executed in Washington, D.C.

______________________________
Tom Goldstein